# Exhibit A

| | Debit | Credit | |
|---|---|---|---|
| **Revenue** 2019 | | | |
| Trophy Deer Hunts | | $9,166 | November and December (12 month Average) |
| Cattle Sales | | $6,600 | Sold June and November (12 month Average) |
| **Expenses** | | | |
| Ranch Foreman | $650 | | |
| Dozer Work | $750 | | |
| Farming | $475 | | |
| Handy Man | $600 | | |
| Electricity | $475 | | |
| Ranch Fuel | $325 | | |
| Deer and Cattle Feed | $850 | | |
| Pest Control | $60 | | |
| Miscellaneous | $200 | | |
| | $4,385 | $15,766 | |
| Net | | **$11,381** | |