**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC, KRISJENN | § | CASE NO. 20-50805 |
| RANCH, LLC, SERIES UVALDE | § | |
| RANCH, KRISJENN RANCH, LLC | § | |
| SERIES PIPELINE ROW | § | |
| | § | |
| DEBTOR | § | |

**ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER**
**AUTHORIZING THE DEBTOR-IN-POSSESSION TO INCUR FINANCING**

This matter came before the Court on KrisJenn Ranch, LLC, KrisJenn Ranch and LLC Series Uvalde Ranch (the "Debtor"), Motion For Entry of an Order Authorizing the Debtor-in-Possession to Incur Post-Petition Financing (the "Motion") seeking relief pursuant to 11 U.S.C. Sections 364 and 503 and Federal Rules of Bankruptcy Procedure 4001 The Court having reviewed the pleadings and papers in support of the Motion and having heard the arguments of counsel, finds that there is good cause for the Motion and hereby grants relief as follows:,

**THE COURT FINDS THAT:**

1. At this time the Debtor has no ability to fund the administration of this bankruptcy matter other than to obtain debtor-in-possession, post-petition financing on an unsecured basis, pursuant to 11 U.S.C. §§ 364(b) and 503(b).

2. Due to lack of liquidity, the Debtor has sought permission to obtain an interest free loan from Larry Wright (the "Lender"), who is Debtor's Manager and 30% Member.

3. The transaction proposed in the Motion are within the sound business judgment of the Debtor.

4. The proposed financing is critical to preserving and enhancing Debtor's abilities to fund its operations.

5. Debtor is unable to obtain financing on terms competitive with or more favorable than the financing currently offered by Lending Parties, therefore relief under 11 U.S.C. § 364(b) is appropriate.

6. The Debtor has provided adequate and sufficient notice of the hearing on Debtor's Motion, by providing notice to 1) the United States Trustee, 2) the Top 20 Unsecured Creditors, 3) any party with an interest in the cash collateral, 4) the Internal Revenue Service, and 5) the official unsecured creditor's committee if any. Such notice is appropriate, adequate and proper under the circumstances.

**IT IS THEREFORE ORDERED THAT:**

7. The Debtor is authorized to obtain an interest free post-petition loan from Larry Wright in accordance with Exhibit B to Debtor's Motion.

8. The funds provided by the Lending Parties shall be used to pay expenses in accordance with Exhibit A to Debtor's Motion and Court authorized professional fees.

Debtor shall not borrow more than $75,000.00, without providing notice and obtaining a hearing before the Court.

###

**Submitted By:**

                MULLER SMEBERG, PLLC

By: /s/ *Ronald J. Smeberg*
       RONALD J. SMEBERG
       State Bar No. 24033967
       111 W. Sunset Rd.
       San Antonio, Texas 78209
       210-664-5000 (Tel)
       210-598-7357 (Fax)
       ron@muller-smeberg.com
       ATTORNEY FOR DEBTOR