**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| *In re*: | § | Chapter 11 |
| | § | |
| KrisJenn Ranch, LLC, KrisJenn Ranch, | § | |
| LLC–Series Uvalde Ranch, KrisJenn | § | Case No. 20-50805-RBK |
| Ranch, LLC–Series Pipeline ROW, | § | |
| | § | |
| *Debtors* | § | |

**ORDER GRANTING CREDITORS DMA PROPERTIES, INC.'S**
**AND LONGBRANCH ENERGY, LP'S AMENDED MOTION TO SEVER / DKT # 22**

On this date came on for consideration the Amended Motion to Sever or Dismiss [Dkt # 22] filed by DMA Properties, Inc. and Longbranch Energy, LP, both creditors identified in the

**Page 1 of 2**

voluntary bankruptcy petition (collectively "Movant" and/or "DMA / Longbranch"), and any responses filed by the Debtor KrisJenn Ranch, LLC's two related series, KrisJenn Ranch, LLC Series Uvalde Ranch ("Series Uvalde") and KrisJenn Ranch, LLC Series Pipeline ROW ("Series Pipeline ROW"), and by any other person or entity, and having reviewed such documents, the governing law, and the file as a whole, the Court is of the opinion and hereby finds that the Motion should be granted in pertinent part as set forth below.

**IT IS THEREFORE ORDERED** by the Court that the Motion to Sever or Dismiss is **GRANTED** in pertinent part, and that the Clerk of Court shall sever the chapter 11 bankruptcy proceedings of KrisJenn Ranch, LLC's two related series, Series Uvalde and Series Pipeline ROW, into separate chapter 11 bankruptcy proceedings.

**IT IS FURTHER ORDERED,** in the interest of justice, that the Court hereby waives any filing fees associated with such severed cases, and the Clerk of Court is hereby directed not to charge the Debtor and/or the Movant for any such fees that may have been otherwise associated with the severed matters.

# # #

Submitted by:

| | |
|---|---|
| **BURNS & BLACK, PLLC** | **ATTORNEYS FOR** |
| 750 Rittiman Road | **LONGBRANCH ENERGY, LP** |
| San Antonio, Texas 78209-5500 | **AND DMA PROPERTIES, INC.** |
| Telephone: (210) 829-2022 | |
| Facsimile: (210) 829-2021 | |
| Email: mblack@burnsandblack.com | |
| By: /s/ Michael J. Black | |
|     MICHAEL J. BLACK | |
|     Bar No. 02384400 | |