# Exhibit B
# Asilo Investment Resolution Certificate

## KRISJENN RANCH, L.L.C., a Texas limited liability company and KRISJENN RANCH, L.L.C., a Texas limited liability company – Series Uvalde Ranch
### RESOLUTION CERTIFICATE

The undersigned hereby certify to **ASILO INVESTMENTS, LTD.**, a Texas limited partnership ("Lender"), that the undersigned have custody of the business records of **KRISJENN RANCH, L.L.C.**, a Texas limited liability company and **KRISJENN RANCH, L.L.C.**, a Texas limited liability company – Series Uvalde Ranch (the "Company"), are authorized to execute and deliver this certificate on behalf of the Company, and hold the positions designated by the undersigned's names below, and further certify the following:

1. Attached hereto as Exhibit A is a full, true and correct copy of the Resolutions duly adopted by the Members of the Company in conformity with the Certificate of Formation and Operating Agreement of the Company ("Organizational Documents") and in accordance with applicable laws.

2. The Resolutions attached hereto have not been amended, modified or rescinded and are in full force and effect on the date hereof.

3. All franchise and other taxes required to maintain the Company's existence have been paid and none of such taxes are delinquent. The Company is currently existing and in good standing under the laws of the State of Texas and each other jurisdiction in which registration or qualification to do business is necessary to hold the Company's properties or to conduct the Company's business.

4. No proceedings or actions are pending for the forfeiture of the Company's authority to do business or for its dissolution, voluntarily or involuntarily, or cessation of normal business operations.

5. The undersigned are the sole Members of the Company. The Company is a manager-managed limited liability company.

6. True, correct, current, and complete copies of the Company's Organizational Documents, and all amendments thereto have been delivered to Lender.

7. Larry M. Wright is the sole Manager of the Company.

8. The following are the sole Members of the Company:

    Larry M. Wright        Jennifer J. Wright
    Gwynne A. Wright    Kristal D. Cohle

9. The Members have created **KRISJENN RANCH, L.L.C.**, a Texas limited liability company – Series Uvalde Ranch, as a series limited liability company, under the same Organizational Documents as **KRISJENN RANCH, L.L.C.**, a Texas limited liability company. The Manager and Members specifically intend that the Company, consisting of **KRISJENN RANCH, L.L.C.**, a Texas limited liability company – Series Uvalde Ranch, and **KRISJENN RANCH, L.L.C.**, a Texas limited liability company, will be jointly and severally liable on the indebtedness described in the attached Resolutions, and their assets shall be jointly and severally liable for such indebtedness.

10. This Resolution Certificate may be executed in counterparts, each of which shall be binding on the signatory or signatories thereto, and all of which, when taken together, shall constitute one and the same document. Facsimile signatures, and scanned and e-mailed signatures, on this Resolution Certificate shall be deemed to be original signatures, for all purposes.

EXECUTED to be effective as of August 10, 2017.

_____
Larry M. Wright

_____
Jennifer J. Wright

_____
Gwynne A. Wright

_____
Kristal D. Cohle

# EXHIBIT A
# RESOLUTIONS

| | |
|---|---|
| Date of Action: | August 10, 2017 |
| Company: | **KRISJENN RANCH, L.L.C.**, a Texas limited liability company and **KRISJENN RANCH, L.L.C.**, a Texas limited liability company – Series Uvalde Ranch, jointly and severally |
| Lender: | **ASILO INVESTMENTS, LTD.**, a Texas limited partnership |
| Loan: | Term loan in the original principal amount of **$4,100,000.00** evidenced by a note in said amount executed by the Company and payable to the order of Lender |
| Purpose: | Acquisition of Assets and Working Capital |
| Authorized Officer: | **Larry M. Wright**, as Manager |
| Loan Documents: | The promissory note, deeds of trust, mortgages, guaranties, security agreements and other instruments or documents pertaining to the Loan. |

On the Date of Action, the Members of the Company resolved as set forth below with respect to the Loan, and authorized and directed the Authorized Officer to execute and deliver the Loan Documents on behalf of the Company and any entity on behalf of which it acts hereunder:

RESOLVED, that the Company shall obtain the Loan from Lender and in connection therewith shall enter into, execute and deliver the Loan Documents on such terms and conditions as Lender may require and as may be approved by the Authorized Officer (in his sole discretion, evidenced by his execution of the respective Loan Document), and that the Authorized Officer may do all acts necessary or appropriate to facilitate or comply with the terms and spirit of the Loan Documents and all extensions, increases, renewals and modifications thereto, all and any such actions heretofore taken by the Company or its officers are hereby, in all things, affirmed and ratified; and, further,

RESOLVED, that the Company be, and hereby is authorized and empowered to comply with the terms and provisions of all Loan Documents, and to pledge, mortgage and encumber the Company's assets and property, and the assets and property of any entity on behalf of which it acts, and hereafter to enter into, execute and deliver any modifications, increases, extensions or renewals of the Loan Documents, all without further resolution or act; and further,

RESOLVED, that any Authorized Officer may act separately with respect to any action authorized hereunder, and the joinder of no other officer (including any other Authorized Officer, if any) is required, and that the attestation of the secretary or assistant secretary of the Company and the impression of the corporate seal of the Company on any of the Loan Documents is hereby waived; and further;

RESOLVED, that these Resolutions shall continue in effect until such time as Lender receives actual notice to the contrary, however, upon receipt by Lender of such contrary notice, all prior actions or documents, taken or executed pursuant to these Resolutions, shall continue as valid and the Company shall be fully bound thereby, such contrary notice shall operate simply to revoke or modify the authority of such Authorized Officer to take future action on behalf of the Company; and, further,

RESOLVED, that the Company represents, to and for the benefit of Lender, that the Company is solvent in all senses, including that the Company's assets exceed its liabilities and that the Company is able to pay its debts as they mature in the normal course of business; and, further,

RESOLVED, that both entities constituting the Company, will be jointly and severally liable on the Loan, and their assets shall be jointly and severally liable for such indebtedness; and further,

RESOLVED, that these Resolutions are made for the intended reliance of Lender.