**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: § | | CHAPTER 11 |
| § | | |
| KRISJENN RANCH, LLC, KRISJENN § | | CASE NO. 20-50805 |
| RANCH, LLC, SERIES UVALDE § | | |
| RANCH, KRISJENN RANCH, LLC § | | |
| SERIES PIPELINE ROW § | | |
| § | | |
| DEBTOR § | | |

## DEBTOR'S WITNESS AND EXHIBIT LIST FOR MAY 21, 2020 HEARINGS

KrisJenn Ranch, LLC, KrisJenn Ranch, LLC Series Uvalde Ranch, KrisJenn Ranch, LLC Series Pipeline Row ( the "Debtor"), hereby submits this Witness and Exhibit List for the May 21, 2020, hearing on the following matters:

1) *Motion for Entry of an Order Authorizing the Debtor-In-Possession to Incur Financing* [docket no. 4]

2) *Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [docket no. 6]

3) *Motion to Sever or Dismiss Cases [docket no. 18]*.

### I. EXHIBIT LIST

| NO. | DESCRIPTION | OFFER | OBJ. | ADMIT DATE | NOT/AD DATE |
|---|---|---|---|---|---|
| 1. | Operating Agreement dated August 7, 2012 | | | | |
| 2. | Miscellaneous Company Invoices | | | | |
| 3. | February 2020 Bank Statement | | | | |
| 4. | Case Headings for Cause No. 2019-355 in District Court of Panola County, Cause No. 19CV34877 in District Court of Shelby County, & Cause No. 19CV35048 in District Court of Shelby County | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5. | Second Loan Modification Agreement | | | | | |
| 6. | Assumed Name Certificate. | | | | | |
| 7. | 30 Day Budget. | | | | | |
| 8. | Tax Return | | | | | |
| 9. | Any exhibits designated by any other party. | | | | | |
| 10. | Any rebuttal exhibits. | | | | | |
| | ARTICLES ON SERIES IN BANKRUPTCY | | | | | |
| A. | Series LLCs, the UCC, and the Bankruptcy Code—A Series of Unfortunate Events? | | | | | |
| B. | The Series LLC: Suggestions for Surviving Some Serious Uncertainties | | | | | |
| C. | A Bankruptcy Litigation Framework for Series LLC Eligibility, Property of the Estate, and Substantive Consolidation | | | | | |
| | | | | | | |
| | | | | | | |

## II. WITNESS LIST

1. Larry Wright, Debtor's Representative

2. Any witness called by any other party

3. Any rebuttal witnesses

Dated: May 19, 2020

        Respectfully submitted,

By: */s/ Ronald J. Smeberg*
Ronald J. Smeberg, Esq.
State Bar No. 24033967
**MULLER SMEBERG, PLLC**
111 W. Sunset Rd.
San Antonio, Texas 78209
210-664-5000 (Tel)
210-598-7357 (Fax)
ron@smeberg.com
**ATTORNEY FOR DEBTOR**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing documents were served upon those parties registered in the system; they were also emailed to certain parties in interest, as indicated below, on May 19, 2020.

## SERVICE LIST

Christopher S. Johns
Christen Mason Hebert
JOHNS & COUNSEL PLLC
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
512-399-3150
512-572-8005 fax
cjohns@johnsandcounsel.com
chebert@johnsandcounsel.com

Timothy Cleveland
Austin Hammer Krist
CLEVELAND | TERRAZAS PLLC
4611 Bee Cave Road, Suite 306B
Austin, Texas 78746
512-689-8698
tcleveland@clevelandterrazas.com
akrist@clevelandterrazas.com

BURNS & BLACK, PLLC
750 Rittiman Road
San Antonio, Texas 78209-5500
Telephone: (210) 829-2022
Facsimile: (210) 829-2021
Email: mblack@burnsandblack.com

Laura L. Worsham
Jones, Allen & Fuquay, L.L.P.
Dallas Office
8828 Greenville Ave
Dallas, TX 75243
Phone: 214-343-7400
Fax: 214-343-7455
lworsham@jonesallen.com

Andrew Seger
KEY, TERRELL & SEGER LLP
4825 50th St., Ste. A
Lubbock TX 79414
Phone: (806) 792-1944
Fax: (806) 792-2135
aseger@thesegerfirm.com

Shane P. Tobin (USTP)
Office of The United States Trustee
615 E. Houston Street, Suite 533
San Antonio, TX 78205
Shane.P.Tobin@usdoj.gov