**First State Bank** of Uvalde



PO Box 1908
Uvalde, TX 78802-1908

**RETURN SERVICE REQUESTED**

>001186 3977543 0001 092849 10Z 1

KRISJENN RANCH LLC
410 SPYGLASS RD
MC QUEENEY TX 78123-3418

## Statement Ending 02/29/2020
*KRISJENN RANCH LLC*     Page 1 of 4
Account Number:XXXXXX9308

### Managing Your Accounts

| | | |
|---|---|---|
| Main Office | First State Bank of Uvalde |
| Phone Number | 830-278-6231 |
| Mailing Address | P.O. Box 1908<br>Uvalde, TX 78802-1908 |
| Website | www.fsbuvalde.com |

---

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Basic Business | XXXXXX9308 | $5,065.19 |

## Basic Business-XXXXXX9308

### Account Summary

| Date | Description | Amount | Description | Amount |
|---|---|---|---|---|
| 02/01/2020 | **Beginning Balance** | **$6,389.29** | Minimum Balance | $5,065.19 |
| | 0 Credit(s) This Period | $0.00 | | |
| | 3 Debit(s) This Period | $1,324.10 | | |
| 02/29/2020 | **Ending Balance** | **$5,065.19** | | |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 02/18/2020 | ACH Payment<br>HMF HMFUSA.com | $216.81 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 1034 | 02/14/2020 | $825.66 | 1035 | 02/18/2020 | $281.63 |

\* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/01/2020 | $6,389.29 | 02/14/2020 | $5,563.63 | 02/18/2020 | $5,065.19 |

*[handwritten notes:]*

5065.19
− 3131.28   Tx. Farm Hay
− 1190

1631

1036    743.91

EQUAL HOUSING LENDER   BRANCHES: CAMP WOOD · CARRIZO SPRINGS · CONCAN · LEAKEY · SABINAL · UTOPIA · MAIN STREET · UVALDE   Member FDIC



**First State Bank**
of Uvalde

## Statement Ending 02/29/2020

KRISJENN RANCH LLC

Page 3 of 4

Account Number:XXXXXX9308





#1034             02/14/2020             $825.66

#1035             02/18/2020             $281.63

02/20/2020 E232320 N4J00 03000/03000

0147C 4810 34775V3