NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

# SECOND LOAN MODIFICATION AGREEMENT

This Second Loan Modification Agreement (this "Agreement") is made and entered into this 20th day of December, 2019 (the "Effective Date"), by and between (i) KrisJenn Ranch, L.L.C., a Texas Limited Liability Company ("KrisJenn Ranch"); KrisJenn Ranch, L.L.C. - Series Uvalde Ranch, a series of KrisJenn Ranch, L.L.C., a Texas Limited Liability Company ("KrisJenn Uvalde"); KrisJenn Ranch, L.L.C. - Series Pipeline ROW, a series of KrisJenn Ranch, L.L.C., a Texas Limited Liability Company ("KrisJenn Pipeline"); and Larry M. Wright, an individual ("Wright"; and KrisJenn Ranch, KrisJenn Uvalde, KrisJenn Pipeline, and Wright, collectively, "Borrowers"), and (ii) McLeod Oil, LLC, a Texas Limited Liability Company ("Lender"; and together with Borrowers, the "Parties").

WHEREAS, reference is made to (i) that certain Loan Agreement dated February 8, 2019, by and between KrisJenn Ranch and Wright, as borrowers, and Lender, as lender, as modified by that certain Loan Modification Agreement dated November 13, 2019 (the "First Modification"), by and between KrisJenn Ranch and Wright, as borrowers, and Lender, as lender (as modified by the First Modification, the "Loan Agreement"), (ii) that certain Term Note dated February 8, 2019, by and between KrisJenn Ranch and Wright, as borrowers, and Lender, as lender, in the original principal amount of $3,400,000.00 (which amount was subsequently increased to $3,500,000.00 [such amount, the "Principal Loan Amount"] pursuant to the First Modification), with a "Maturity Date" (herein so called) of February 8, 2020 (as modified by the First Modification, the "Note"), (iii) that certain Deed of Trust dated February 8, 2019, from KrisJenn Ranch to Adam McLeod, as Trustee, for the benefit of Lender, covering certain property situated in Uvalde County, Texas, recorded as Doc 2019000476, Official Public Records, Uvalde County, Texas (the "Uvalde County Deed of Trust"), and (iv) that certain Deed of Trust dated February 8, 2019, from Wright to Adam McLeod, as Trustee, for the benefit of Lender, covering certain mineral interests in Webb County, Texas, recorded as Doc 352098, OPR 4549, 0061-0086, Official Public Records, Webb County, Texas (the "Webb County Deed of Trust"; and the Loan Agreement, Note, Uvalde County Deed of Trust, and Webb County Deed of Trust, collectively, the "Loan Documents"); and

WHEREAS, reference is made to that certain Deed, Conveyance, Assignment and Bill of Sale dated effective April 3, 2018 (the "Black Duck Conveyance"), by and between Black Duck Properties, LLC ("Black Duck"), as assignor, and TCRG East Texas Pipeline 1, LLC ("TCRG"), as assignee (recorded under [a] Instrument 2018-4273, Official Public Records, Nacogdoches County, Texas; [b] Instrument No. 2018-00370530, Real Property Records, Angelina County, Texas; [c] Instrument No. 2018-002769, Real Property Records, Shelby

---

SECOND LOAN MODIFICATION AGREEMENT                                                                 PAGE 1

County, Texas; and [d] Instrument No. 0019469, Real Property Records, Rusk County, Texas), wherein Black Duck conveyed to TCRG all of its right, title and interest in and to a pipeline system and related facilities situated in Angelina, Nacogdoches, Shelby, and Rusk Counties, Texas, including without limitation all associated rights-of-way, easements, permits, leases, and other rights and properties appurtenant thereto (*all* real and personal property described therein, collectively, the "P-21 Pipeline System"); and

**WHEREAS**, pursuant to that certain Compromise Settlement Agreement by and between TCRG and Borrowers, KrisJenn Pipeline intends to acquire the P-21 Pipeline System from TCRG contemporaneously herewith, pursuant to that certain Deed, Conveyance, Assignment, and Bill of Sale (the "TCRG Reconveyance"), a true and correct copy of the unexecuted version of which being attached as Exhibit "A" hereto and made a part by reference (a copy of the Black Duck Conveyance being attached as Exhibit A to the TCRG Reconveyance); and

**WHEREAS**, Borrowers and Lender now desire to modify, renew, and extend the Loan Documents to increase the Principal Loan Amount to provide funds to KrisJenn Pipeline to acquire the P-21 Pipeline System, to extend the Maturity Date, to add the P-21 Pipeline System as additional collateral thereunder, and to clarify certain facts;

**NOW, THEREFORE**, in consideration of the mutual promises and agreements exchanged, the Parties agree as follows, notwithstanding anything to the contrary contained in the previous Loan Documents, to wit:

1. The Parties hereby modify the Loan Documents by adding KrisJenn Pipeline and KrisJenn Uvalde as additional borrowers under the Loan Agreement and Note, and as additional grantors under the Uvalde County Deed of Trust.

2. The Parties hereby modify the Loan Documents by increasing the Principal Loan Amount borrowed by Borrowers from Lender from the previous Three Million Five Hundred Thousand dollars and no cents ($3,500,000.00) to Five Million Nine Hundred Thousand dollars and no cents ($5,900,000.00).

3. Upon execution and delivery of this Agreement to Lender, Lender shall wire transfer the additional Two Million Four Hundred Thousand dollars and no cents ($2,400,000.00) as follows: (i) $2,300,000.00 shall be wired to TCRG, and (ii) $100,000.00 shall be wired to Borrowers; and Borrowers shall repay this additional Two Million Four Hundred Thousand dollars and no cents ($2,400,000.00) in accordance with the terms of the Loan Agreement and the Term Note (as same are modified herein); provided, however, that $2,300,000.00 of this additional amount may be used only to acquire the P-21 Pipeline System from TCRG.

4. The Parties hereby modify the Loan Documents by extending the Maturity Date to August 8, 2021.

5. The Parties hereby modify the Loan Documents by adding the P-21 Pipeline System as additional collateral under the Loan Agreement and as additional "Mortgaged Property" under, and as defined in, the Uvalde County Deed of Trust.

6. Borrowers hereby agree to pay the Note and comply with the obligations expressed in the Loan Documents, as modified herein. For value received, Borrowers hereby renew and extend the Note and other Loan Documents and promise to pay to the order of Lender, according to the modified terms set forth herein, the Principal Amount and interest on the Note, as set forth in the Loan Agreement. All unpaid amounts are due by the Maturity Date, as modified herein.

7. Following the Effective Date, Borrowers will do, execute, acknowledge, and deliver all and every further acts, deeds, conveyances, assignments, notices of assignments, transfers, instruments, letters, and assurances as Lender shall, from time to time, reasonably require, for the better assuring, securing, conveying, assigning, transferring, and confirming unto Lender of its rights under the Loan Documents (as modified herein), or for otherwise carrying out the intention or facilitating the performance of the terms of this Agreement.

8. The provisions of this Agreement are incorporated into the Loan Documents. In every other respect, Borrowers and Lender ratify, adopt, and confirm the Loan Documents, stipulate that same are in full force and effect, and agree to be bound thereby, as modified herein.

9. This Agreement may be executed in two or more counterparts, and each counterpart shall be deemed an original, but all such counterparts together shall constitute but one and the same instrument. A facsimile or email version of any signature hereto shall be deemed an original for all purposes. To facilitate recording in several counties, multiple original versions of this Agreement are being prepared and executed.

[The Remainder Of This Page is Intentionally Blank]

Signature Pages to Follow

EXECUTED to be effective as of the date set forth above.

**BORROWERS:**

KRISJENN RANCH, L.L.C., a Texas Limited Liability Company

By: _/s/ Larry M. Wright_
Larry M. Wright, Manager

KRISJENN RANCH, L.L.C.- SERIES PIPELINE ROW,
a series of KRISJENN RANCH, L.L.C., a Texas Limited Liability Company

By: _/s/ Larry M. Wright_
Larry M. Wright, Manager

KRISJENN RANCH, L.L.C.- SERIES UVALDE RANCH,
a series of KRISJENN RANCH, L.L.C., a Texas Limited Liability Company

By: _/s/ Larry M. Wright_
Larry M. Wright, Manager

_/s/ Larry M. Wright_
Larry M. Wright, Individually

[Acknowledgement Page to Follow]

---

**SECOND LOAN MODIFICATION AGREEMENT**  PAGE 4

## ACKNOWLEDGMENTS

STATE OF TEXAS §
§
COUNTY OF Bexar §

This instrument was acknowledged before me on this 20th day of December 2019, by Larry M. Wright, Manager of KrisJenn Ranch, L.L.C., a Texas limited liability company, on behalf of said limited liability company.

_____
Notary Public in and for the State of Texas

*[Notary seal: Tracy L. George, Notary Public - State of Texas, Notary ID#: 12896431-6, My Comm. Expires: April 20, 2020]*

STATE OF TEXAS §
§
COUNTY OF Bexar §

This instrument was acknowledged before me on this 20th day of December 2019, by Larry M. Wright, Manager of KrisJenn Ranch, L.L.C.- Series Pipeline ROW, a series of KrisJenn Ranch, L.L.C., a Texas limited liability company, on behalf of said limited liability company.

_____
Notary Public in and for the State of Texas

*[Notary seal: Tracy L. George, Notary Public - State of Texas, Notary ID#: 12896431-6, My Comm. Expires: April 20, 2020]*

STATE OF TEXAS §
§
COUNTY OF Bexar §

This instrument was acknowledged before me on this 20th day of December 2019, by Larry M. Wright, Manager of KrisJenn Ranch, L.L.C.- Series Uvalde Ranch, a series of KrisJenn Ranch, L.L.C., a Texas limited liability company, on behalf of said limited liability company.

_____
Notary Public in and for the State of Texas

*[Notary seal: Tracy L. George, Notary Public - State of Texas, Notary ID#: 12896431-6, My Comm. Expires: April 20, 2020]*

STATE OF TEXAS §
§
COUNTY OF Bexar §

This instrument was acknowledged before me on this 20th day of December, 2019, by Larry M. Wright.

_____
Notary Public in and for the State of Texas

*[Notary seal: Tracy L. George, Notary Public - State of Texas, Notary ID#: 12896431-6, My Comm. Expires: April 20, 2020]*

[Additional Signature and Acknowledgment to Follow]

**SECOND LOAN MODIFICATION AGREEMENT** PAGE 5

**LENDER:**

MCLEOD OIL, LLC,
a Texas Limited Liability Company

By: _____
    John W. McLeod, Jr., Manager

## ACKNOWLEDGMENT

STATE OF TEXAS     §
                                §
COUNTY OF _____   §

    This instrument was acknowledged before me on this 20th day of December, 2019, by John W. McLeod, Jr., Manager of McLeod Oil, LLC, a Texas limited liability company, on behalf of said limited liability company.

_____
Notary Public in and for the State of Texas