# Exhibit 7

|  |  | Debit | Credit |  |
|---|---|---|---|---|
| **Revenue** | 2019 |  |  |  |
| Trophy Deer Hunts |  |  | $9,166 | November and December (12 month Average) |
| Cattle Sales |  |  | $6,600 | Sold June and November (12 month Average) |
| **Expenses** |  |  |  |  |
| Ranch Foreman |  | $650 |  |  |
| Dozer Work |  | $750 |  |  |
| Farming |  | $475 |  |  |
| Handy Man |  | $600 |  |  |
| Electricity |  | $475 |  |  |
| Ranch Fuel |  | $325 |  |  |
| Deer and Cattle Feed |  | $850 |  |  |
| Pest Control |  | $60 |  |  |
| Miscellaneous |  | $200 |  |  |
| Appraisal Fees |  | $20,000 |  |  |
|  |  | $24,385 | $15,766 |  |
| Net |  |  | -$8,619 |  |