*#18 Motion to Sever filed by Michael J. Black for Creditors DMA Properties, Inc. and Longbranch Energy, L.P.*

## EXHIBIT AND WITNESS LIST

AO 187 (REV. 4/82)

| DMA Properties, Inc. & Longbranch Energy, Inc. vs. Krisjenn Ranch, LLC. | | DISTRICT COURT<br>Western (San Antonio) |
|---|---|---|
| **PLAINTIFF'S ATTORNEY**<br><br>Tim Cleveland | **DEFENDANT'S ATTORNEY**<br><br>Ron Smeberg | **DOCKET NUMBER**<br>20-50805 K-11 |
| | | **TRIAL DATE(S)**<br>May 21, 2020 |
| **PRESIDING JUDGE**<br><br>RONALD B. KING | **ELECTRONIC COURT RECORDING OPERATOR**<br>Terrance Kanyumbu | **COURTROOM DEPUTY**<br><br>Deanna Castleberry |

FILED MAY 21 2020 U.S. BANKRUPTCY COURT BY_____ DEPUTY

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 05/21/20 | XXXX | XXXX | Resolution Certification for Asilo loan, dated August 10, 2017 |
| 2 | | 05/21/20 | XXXX | XXXX | Longbranch Assignment dated August 11, 2017 |
| 3 | | 05/21/20 | XXXX | XXXX | Real Estate Lien Note, dated August 14, 2017 |
| 4 | | 05/21/20 | XXXX | XXXX | Amended Master Statement for Asilo Loan, dated August 14, 2017 |
| 5 | | 05/21/20 | XXXX | XXXX | Deed of Trust, dated January 18, 2018 |
| 6 | | 05/21/20 | XXXX | XXXX | DMA Agreement, dated February 7, 2018 |
| 7 | | 05/21/20 | XXXX | XXXX | Notice of Default to Black Duck Properties, LLC., dated September 27, 2018 |
| 8 | | 05/21/20 | XXXX | XXXX | Loan Agreement with McLeod, dated February 8, 2019 |
| 9 | | 05/21/20 | XXXX | XXXX | "Kill your 20%" email, dated April 16, 2019 |
| 10 | | 05/21/20 | XXXX | XXXX | Compromise Settlement Agreement with TCRG, dated November 11, 2019 |
| 11 | | 05/21/20 | XXXX | XXXX | Deed and Conveyance of the ROW from TCRG, dated December 20, 2019 |
| 12 | | 05/21/20 | XXXX | XXXX | Opinion Agreement with McLeod, dated December 20, 2019 |
| 13 | | 05/21/20 | XXXX | XXXX | Second Modified Loan Agreement with McLeod, dated December 20, 2019 |
| 14 | | 05/21/20 | XXXX | XXXX | Larry Wright's Answers to DMA's Interrogatories in Shelby County Littigation, dated April 20, 2010 |
| 15 | | 05/21/20 | XXXX | XXXX | Summary of Assets and Liabilities of Debtors, dated April 27, 2020 |
| 16 | | 05/21/20 | XXXX | XXXX | Debtors' Adversary Complaint, dated April 27, 2020 |
| 17 | | 05/21/20 | XXXX | XXXX | Amended Debtors' Response to DMA's Motion to Sever or Dismiss, dated May 13, 2020. |

| | | | | | |
|---|---|---|---|---|---|
| | 1 | 05/21/20 | XXXX | XXXX | Operating Agreement dated August 7, 2012 |
| | 2 | 05/21/20 | XXXX | XXXX | Miscellaneous Company Invoices |
| | 3 | 05/21/20 | XXXX | XXXX | February 2020 Bank Statement |
| | 4 | 05/21/20 | XXXX | XXXX | Case Headings for Cause No. 2019-355 in District Court of Panola County, Cause No. 19CV34877 in District Court of Shelby County, & Cause No. 19CV35048 in District Court of Shelby County |
| | 5 | 05/21/20 | XXXX | XXXX | Second Loan Modification Agreement |
| | 6 | 05/21/20 | XXXX | XXXX | Assumed Name Certificate. |
| | 7 | 05/21/20 | XXXX | XXXX | 30 Day Budget. |
| | 8 | 05/21/20 | XXXX | XXXX | Tax Return |
| | | | | | |
| W/1 | | 05/21/20 | --------- | ---------- | Larry Michael Wright |

Include a notation as to the location of any exhibit not held with the case file or not available because of size.