**The relief described hereinbelow is SO ORDERED.**

**Signed May 21, 2020.**



_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH, KRISJENN RANCH, LLC-SERIES PIPELINE ROW, | § § § § § | CASE NO. 20-50805-RBK |
| | § § | |
| DEBTORS | § | CHAPTER 11 |

### ORDER DISMISSING MOTION AS MOOT

On this day came on to be considered the *Motion to Sever or Dismiss* filed by DMA Properties, Inc. and Longbranch Energy, LP (ECF No. 18), and it appears to the Court that the *Motion* should be dismissed as moot.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced *Motion* is hereby **DISMISSED AS MOOT**.

# # #