| AO 435 (Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | FOR COURT USE ONLY |  |
|---|---|---|---|---|
| *Please Read Instructions:* | TRANSCRIPT ORDER | | DUE DATE: | |
| 1. NAME Ronald J. Smeberg | 2. PHONE NUMBER 210-695-6684 | | 3. DATE May 22, 2020 | |
| 4. DELIVERY ADDRESS OR EMAIL ron@smeberg.com | 5. CITY San Antonio | | 6. STATE TX | 7. ZIP CODE 78209 |
| 8. CASE NUMBER 20-50805 | 9. JUDGE King | DATES OF PROCEEDINGS | | |
| | | 10. FROM 5/21/2020 | 11. TO | |
| 12. CASE NAME In re Krisjenn Ranch, LLC et al | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY San Antonio | 14. STATE TX | |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [x] TESTIMONY (Specify Witness) Larry Wright | |
| [x] OPENING STATEMENT (Plaintiff) | | | |
| [x] OPENING STATEMENT (Defendant) | | | |
| [x] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [x] CLOSING ARGUMENT (Defendant) | | | |
| [x] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | FILED |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | MAY 26 2020 |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | U.S. BANKRUPTCY COURT BY RG DEPUTY |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE [signature]
19. DATE 5/22/2020

ESTIMATE TOTAL: 0.00
PROCESSED BY: Rosa M. Gonzalez
PHONE NUMBER: 210-472-5733
COURT ADDRESS: 615 E. Houston Ste. 597 SA, TX. 78253

TRANSCRIPT TO BE PREPARED BY: Exceptional

| ORDER RECEIVED | DATE 5/27 | BY Toni Hudson | | |
|---|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION: COURT COPY  TRANSCRIPTION COPY  ORDER RECEIPT  ORDER COPY