**Fill in this information to identify the case:**

Debtor name  KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, Series Uvalde Ranch, KRISJENN RANCH, LLC, Series Pipeline Row

United States Bankruptcy Court for the:
Western District of Texas, San Antonio Division

Case number (if known):  20-50805

☑ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑ *Schedule H: Codebtors* (Official Form 206H)

❑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☑ *Amended Schedule* _____

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/04/2020
　　　　　　　MM/ DD/ YYYY

X /s/ Larry Wright _____
Signature of individual signing on behalf of debtor

Larry Wright _____
Printed name

Manager _____
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, Series Uvalde Ranch, KRISJENN RANCH, LLC, Series Pipeline Row

United States Bankruptcy Court for the:
Western District of Texas, San Antonio Division

Case number (if known): 20-50805

☑ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 First State Bank of Uvalde | Checking account | 9308 | $4,330.95 |

4. **Other cash equivalents** *(Identify all)*
   **None**

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $4,330.95

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit
   **None**

| Debtor | **KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, Series Uvalde Ranch, KRISJENN RANCH, LLC, Series Pipeline Row** | Case number *(if known)* | **20-50805** |
|---|---|---|---|
| | Name | | |

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**None**

**9.  Total of Part 2**

Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81. _____

---

## Part 3:  Accounts receivable

**10.  Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | **Current value of debtor's interest** |
|---|---|---|

**11.  Accounts Receivable**

| 11a. 90 days old or less: | **$0.00** <br> face amount | – | **$0.00** <br> doubtful or uncollectible accounts | = ..... ➔ | **$0.00** |
|---|---|---|---|---|---|
| 11b. Over 90 days old: | **$125,000.00** <br> face amount | – | **$0.00** <br> doubtful or uncollectible accounts | = ..... ➔ | **$0.00** |

**12.  Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                    **$0.00**

---

## Part 4:  Investments

**13.  Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of fund or stock: | % of ownership: | | |
|---|---|---|---|
| 15.1  **Thunder Rock Holdings, LLC (30% Owner)** | **30.00 %** | | **$699,999.90** |

---

**Schedule A/B: Property**

| Debtor | **KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, Series Uvalde Ranch,** | Case number *(if known)* | **20-50805** |
|---|---|---|---|
| | **KRISJENN RANCH, LLC, Series Pipeline Row** | | |
| | Name | | |

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 Series Uvalde Ranch     $5,900,000.00

**Additional Page Total** - *See continuation page for additional entries*     $6,722,909.16

**17.** **Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.     $13,322,909.06

**Part 5:** Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.** **Raw materials**

None

**20.** **Work in progress**

None

**21.** **Finished goods, including goods held for resale**

None

**22.** **Other inventory or supplies**

None

**23.** **Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | **KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, Series Uvalde Ranch, KRISJENN RANCH, LLC, Series Pipeline Row** | Case number *(if known)* | **20-50805** |
|---|---|---|---|
| | Name | | |

---

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☐ No. Go to Part 7.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops — either planted or harvested** | | | |
| None | | | |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| 29.1 **18 Angus Cows (plus calves)** | **(Unknown)** | | $30,000.00 |
| **Additional Page Total** - *See continuation page for additional entries* | | | $4,000.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 **2010 John Deer 110hp Tractor** | **(Unknown)** | | $35,000.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 **Deer Feed** | **(Unknown)** | | $1,000.00 |
| **Additional Page Total** - *See continuation page for additional entries* | | | $1,000.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| None | | | |

**33. Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.                                      $71,000.00

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes       Book value ___**(Unknown)**___ Valuation method _____ Current value ___**$1,000.00**___

            Book value ___**(Unknown)**___ Valuation method _____ Current value ___**$1,000.00**___

---

| Debtor | KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, Series Uvalde Ranch, KRISJENN RANCH, LLC, Series Pipeline Row | Case number *(if known)* | 20-50805 |
|---|---|---|---|
| | Name | | |

---

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☑ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

---

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **None** | | | |
| **40.** **Office fixtures** | | | |
| 40.1 19 Beds - $15,000, 4 Dressers - $1,000, 4 Dining Tables - $3,000, 10 Lamps - $500, Linens - $500, 2 TV sets - $500, Miscellaneous kitchen ware - $500, Couches and Bar stools - $8,000 | (Unknown) | | $29,000.00 |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **None** | | | |
| **42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| **None** | | | |
| **43.** **Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | $29,000.00 |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

| Debtor | **KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, Series Uvalde Ranch, KRISJENN RANCH, LLC, Series Pipeline Row** | Case number *(if known)* | **20-50805** |
|---|---|---|---|
| | Name | | |

---

**Part 8:** Machinery, equipment, and vehicles

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  **Ford / Ranch Truck** | (Unknown) | | $7,000.00 |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **None** | | | |
| **49.** **Aircraft and accessories** | | | |
| **None** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1  **Catapiller / Backhoe** | (Unknown) | | $12,000.00 |
| **Additional Page Total** - *See continuation page for additional entries* | | | $4,500.00 |
| **51.** **Total of Part 8**<br>Add lines 47 through 50. Copy the total to line 87. | | | $23,500.00 |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 9:** Real Property

**54.** **Does the debtor own or lease any real property?**
☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

---

| Debtor | KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, Series Uvalde Ranch, KRISJENN RANCH, LLC, Series Pipeline Row | Case number *(if known)* | 20-50805 |
|---|---|---|---|
| | Name | | |

| General description | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | | (Where available) | | |

**55.**  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

None

**56.**  **Total of Part 9**

Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.

_____

**57.**  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58.**  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 10:  Intangibles and Intellectual Property**

**59.**  **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | (Where available) | | |

**60.**  **Patents, copyrights, trademarks, and trade secrets**

None

**61.**  **Internet domain names and websites**

None

**62.**  **Licenses, franchises, and royalties**

None

**63.**  **Customer lists, mailing lists, or other compilations**

None

**64.**  **Other intangibles, or intellectual property**

None

**65.**  **Goodwill**

None

| Debtor | KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, Series Uvalde Ranch, KRISJENN RANCH, LLC, Series Pipeline Row | Case number *(if known)* | 20-50805 |
|---|---|---|---|
| | Name | | |

**66.  Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                                                    _____

**67.  Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No

☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 11:  All other assets**

---

**70.  Does the debtor own any other assets that have not yet been reported on this form?**

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**71.  Notes receivable**

Description (include name of obligor)

**None**

**72.  Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**None**

**73.  Interests in insurance policies or annuities**

**None**

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

**None**

**75.  Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76.  Trusts, equitable or future interests in property**

**None**

Debtor  **KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, Series Uvalde Ranch,**    Case number *(if known)* _____**20-50805**_
     **KRISJENN RANCH, LLC, Series Pipeline Row**
       <sub>Name</sub>

---

**77.** **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

    **None**

**78.** **Total of Part 11**
    Add lines 71 through 77. Copy the total to line 90.  _____

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑No
    ☐Yes

---

Debtor **KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, Series Uvalde Ranch, KRISJENN RANCH, LLC, Series Pipeline Row**

Case number *(if known)* **20-50805**

Name

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $4,330.95 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $13,322,909.06 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $71,000.00 | |
| 86. **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $29,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $23,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................. | → | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** Add lines 80 through 90 for each column...... 91a. | $13,450,740.01 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................................ | | $13,450,740.01 |

Debtor    **KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, Series Uvalde Ranch, KRISJENN RANCH, LLC, Series Pipeline Row**      Case number *(if known)*    **20-50805**

Name

## Additional Page

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1 - *Continued*** | | |
| Describe: | | |
| 16.2 **Series Pipeline Row** | | **$6,500,000.00** |
| 16.3 **Promissory Note from Big Foot Energy Service, LLC** | | $127,377.16 |
| 16.4 **Money Interpleaded in Bigfoot Energy Services, LLC Litigation** | | $95,532.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **29.** **Farm animals - *Continued*** | | | |
| 29.2 **1 Angus Bull** | (Unknown) | | $2,000.00 |
| 29.3 **1 Hereford Bull** | (Unknown) | | $2,000.00 |

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50.** **Other machinery, fixtures, and equipment - *Continued*** | | | |
| 50.2 **Shredder** | (Unknown) | | $4,500.00 |

Fill in this information to identify the case:

Debtor name __KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, Series Uvalde Ranch, KRISJENN RANCH, LLC, Series Pipeline Row__

United States Bankruptcy Court for the:

__Western District of Texas, San Antonio Division__

Case number (if known): __20-50805__

☑ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:  Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2020 to Filing date | ☐ Operating a business ☐ Other _____ | |
| **For prior year:** From 01/01/2019 to 12/31/2019 | ☑ Operating a business ☑ Other  Interest, Royalties, Rents, Capital Gains. | $1,671,395.00 |
| **For the year before that:** From 01/01/2018 to 12/31/2018 | ☑ Operating a business ☑ Other  Sale of Pipeline and interest income. | $2,566,444.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2020 to Filing date | | |
| **For prior year:** From 01/01/2019 to 12/31/2019 | | |
| **For the year before that:** From 01/01/2018 to 12/31/2018 | | |

| Debtor | KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, Series Uvalde Ranch, KRISJENN RANCH, LLC, Series Pipeline Row | Case number *(if known)* | 20-50805 |
|---|---|---|---|
| | Name | | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer **Check all that apply** |
|---|---|---|---|---|
| 3.1. | Uvalde County Appraisal District | 1/21/20 | $5,821.24 | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | 209 N High St | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other  Taxes |
| | Uvalde, TX 78801 | | | |
| | City          State    ZIP Code | | | |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | | | |
| | Creditor's name | | | |
| | Street | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | |
| | Creditor's name | | | |
| | Street | | | |
| | City          State    ZIP Code | | | |

| Debtor | KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, Series Uvalde Ranch, KRISJENN RANCH, LLC, Series Pipeline Row | Case number *(if known)* | 20-50805 |
|---|---|---|---|
| | Name | | |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 5.1. _____<br>Creditor's name<br>_____<br>Street<br>_____<br>_____<br>City          State     ZIP Code | _____<br>XXXX–__ __ __ __ | _____ | _____ |

## Part 3:  Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity —within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | LONGBRANCH ENERGY, L.P. v. TCRG EAST TEXAS PIPELINE 1, LLC; BLACK DUCK PROPERTIES, LLC; DMA PROPERTIES, INC; LARRY WRIGHT, and KRISJENN RANCH, LLC | | 123rd/273rd JUDICIAL DISTRICT<br>Name<br>Po Box 1953<br>Street<br><br>Center, TX 75935-1953<br>City          State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>19CV34877 | | | |
| 7.2. | Bigfoot Energy Services LLC v. Black Duck Properties, LLC, KrisJenn Ranch, LLC, and KrisJenn Ranch, LLC, A Limited Liability Company-Series Uvalde Ranch, and DMA Properties, LLC | | 123rd District Court of Panola County<br>Name<br>110 S Sycamore St<br>Street<br><br>Carthage, TX 75633-2546<br>City          State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>2019-355 | | | |

| Debtor | KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, Series Uvalde Ranch, KRISJENN RANCH, LLC, Series Pipeline Row | Case number *(if known)* | 20-50805 |
| | Name | | |

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Larry M. Wright, KrisJenn Ranch, LLC and KrisJenn Ranch, LLC-Series Uvalde Ranch as successors to Black Duck Properties, LLC v. Frank Daniel Moore, DMA Properties, Inc., Darin Borders, and Longbranch Energy, LP | | Guadalupe County District Court<br>Name<br>211 W Court St<br>Street<br><br>Seguin, TX 78155-2545<br>City        State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| Case number |
|---|
| 19-1489-CV-C |

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name<br><br>Street<br><br><br>City        State    ZIP Code | Case title<br><br>Case number<br><br>Date of order or assignment | Court name and address<br>Name<br>Street<br><br>City        State    ZIP Code |

## Part 4:  Certain Gifts and Charitable Contributions

### 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name<br><br>Street<br><br><br>City        State    ZIP Code<br><br>Recipient's relationship to debtor | | | |

## Part 5:  Certain Losses

### 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Debtor | KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, Series Uvalde Ranch, KRISJENN RANCH, LLC, Series Pipeline Row | Case number *(if known)* | 20-50805 |
|---|---|---|---|
| | Name | | |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. _____ | _____ | _____ | $0.00 |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Muller Smeberg, PLLC | Attroney Fees | 3/18/20 | $12,000.00 |
| | | Attorney Fees | 4/21/20 | $12,000.00 |
| | **Address** | | | |
| | 111 W Sunset<br>Street | | | |
| | San Antonio, TX 78209<br>City          State   ZIP Code | | | |
| | **Email or website address** | | | |
| | ron@smeberg.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Larry Wright | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Trustee** | | | |
| | _____ | | | |

| Debtor | KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, Series Uvalde Ranch, KRISJENN RANCH, LLC, Series Pipeline Row | Case number *(if known)* | 20-50805 |
|---|---|---|---|
| | Name | | |

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | VEC Assets, LLC | Shares in entity transferred back to entity when purpose of company ended from sale of ranch. Debtor had been paid his share of the profits and no longer any purpose for the venture. | | (Unknown) |
| | **Address** | | | |
| | 8700 Crownhill Blvd. Ste 407 | | | |
| | Street | | | |
| | San Antonio, TX 78209 | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Debtor was an owner of the entity. | | | |

## Part 7:  Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ | From _____  To _____ |
| Street | |
| _____ | |
| City          State     ZIP Code | |

## Part 8:  Health Care Bankruptcies

### 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Debtor | KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, Series Uvalde Ranch, KRISJENN RANCH, LLC, Series Pipeline Row | Case number *(if known)* | 20-50805 |
|---|---|---|---|
| | Name | | |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1.** Facility name | | |
| Street | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider. | How are records kept? |
| City          State     ZIP Code | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No

☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

| Debtor | KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, Series Uvalde Ranch, KRISJENN RANCH, LLC, Series Pipeline Row | Case number (if known) | 20-50805 |
|---|---|---|---|
| | Name | | |

18.1 _____  XXXX– ___ ___ ___ ___    ☐ Checking    _____  _____
    Name
                                                ☐ Savings
    Street                                                                                      ☐ Money market
                                                ☐ Brokerage
                                                ☐ Other
    City             State    ZIP Code

## 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name | | | ☐ Yes |
| Street | | | |
| | Address | | |
| City        State     ZIP Code | | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name | | | ☐ Yes |
| Street | | | |
| | Address | | |
| City        State     ZIP Code | | | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

Debtor  KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, Series Uvalde Ranch, KRISJENN  Case number *(if known)*  20-50805
RANCH, LLC, Series Pipeline Row
Name

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Wright, Larry<br>Name | 6048 CR 365 | Numerous trophy heads | |
| 410 Spyglass Rd<br>Street | Uvalde, TX 78801 | | |
| Mc Queeney          TX<br>78123-3418<br>City          State    ZIP Code | | | |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.
☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name | _____ | ☐ Pending |
| **Case number** | Street | _____ | ☐ On appeal |
| _____ | City          State    ZIP Code | _____ | ☐ Concluded |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**
☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | _____ | |

| Debtor | KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, Series Uvalde Ranch, KRISJENN RANCH, LLC, Series Pipeline Row | Case number (if known) | 20-50805 |
|---|---|---|---|
| | Name | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.  Black Duck Properties, LLC<br>Name<br>410 Spyglass Rd<br>Street<br><br>Mc Queeney, TX 78123-3418<br>City          State     ZIP Code | | EIN:  8  1 – 0  9  6  5  7  4  6<br><br>**Dates business existed**<br><br>From  12/28/15      To  12/19/2018 |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.2.  KrissJenn Ranch, LLC - Series Pipeline Row, a series of KrissJenn Ranch , LLC<br>Name<br>410 Spyglass Rd<br>Street<br><br>Mc Queeney, TX 78123-3418<br>City          State     ZIP Code | | EIN:  __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____    To _____ |

| Debtor | KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, Series Uvalde Ranch, KRISJENN RANCH, LLC, Series Pipeline Row | Case number *(if known)* | 20-50805 |
|---|---|---|---|
| | Name | | |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.3. KrissJenn Ranch, LLC - Series Uvalde Ranch, a series of KrissJenn Ranch , LLC<br>Name<br><br>410 Spyglass Rd<br>Street<br><br><br>Mc Queeney, TX 78123-3418<br>City        State      ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____   To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.4. Thunder Rock Holdings, LLC<br>Name<br><br>8700 Crownhill Blvd. Ste 407<br>Street<br><br><br>San Antonio, TX 78209<br>City        State      ZIP Code | Minority Royalty and 1031 Commercial Land Holding | EIN:  3 2 – 0 5 7 8 5 0 3<br><br>**Dates business existed**<br><br>From 08/31/2018   To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.5. VEC Assets, LLC<br>Name<br><br>8700 Crownhill Blvd. Ste 407<br>Street<br><br><br>San Antonio, TX 78209<br>City        State      ZIP Code | Created to buy minority Interests in Unimproved undivided Ranches with Minerals. | EIN:  3 6 – 4 9 0 9 0 5 5<br><br>**Dates business existed**<br><br>From 08/31/2018   To _____ |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Miers, Jerry G.<br>Name<br><br>17111 Blanco Trl<br>Street<br><br><br>San Antonio, TX 78248-2620<br>City            State          ZIP Code | From _____   To current |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Debtor | KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, Series Uvalde Ranch, KRISJENN RANCH, LLC, Series Pipeline Row | Case number (if known) | 20-50805 |
| | Name | | |

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | Miers, Jerry G. | From _____ To _current_ |
| | Name | |
| | 17111 Blanco Trl | |
| | Street | |
| | San Antonio, TX 78248-2620 | |
| | City          State          ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | | |
| | Name | |
| | Street | |
| | City          State          ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| | Name and address |
|---|---|
| 26d.1. | |
| | Name |
| | Street |
| | City          State          ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Debtor | KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, Series Uvalde Ranch, KRISJENN RANCH, LLC, Series Pipeline Row | Case number (if known) | 20-50805 |
|---|---|---|---|
| | Name | | |

**Name and address of the person who has possession of inventory records**

27.1.

_____
Name

_____
Street

_____

_____
City                                   State              ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Larry Wright | 410 Spyglass Rd Mc Queeney, TX 78123-3418 | Manager, | 30.00 % |
| Gwynne A. Wrigt | 410 Spyglass Rd Mc Queeney, TX 78123-3418 | Member, | 30.00 % |
| Jennifer Jeanne Wright | 248 Bamberger Ave New Braunfels, TX 78132-0015 | Member, | 20.00 % |
| Kristal Dawn Cohle | 627 Williams Way New Braunfels, TX 78130-5269 | Member, | 20.00 % |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ . | From _____<br>To   _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Wright, Jennifer<br>Name<br><br>410 Spyglass Rd<br>Street<br><br>Mc Queeney, TX 78123-3418<br>City                State        ZIP Code | $2,800.00 | 12/2019 | Cash Distribution from Cattle Sale |

**Relationship to debtor**

Member

Debtor    KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, Series Uvalde Ranch, KRISJENN          Case number *(if known)* _____ 20-50805
          RANCH, LLC, Series Pipeline Row
          Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. | Kristal Cohle | $2,800.00 | 12/19/2019 | Distribution from cattle sale. |
| | Name | | | |
| | 627 Williams Way | | | |
| | Street | | | |
| | | | | |
| | New Braunfels, TX 78130 | | | |
| | City          State          ZIP Code | | | |

| Relationship to debtor |
|---|
| Member |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**Part 14:    Signature and Declaration**

| Debtor | KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, Series Uvalde Ranch, KRISJENN RANCH, LLC, Series Pipeline Row | Case number *(if known)* | 20-50805 |
| | Name | | |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____06/04/2020_____
　　　　　　　　MM/ DD/ YYYY

**X** /s/ Larry Wright
　　　Signature of individual signing on behalf of the debtor

　　　Position or relationship to debtor
　　　　　　　Manager

Printed name _____Larry Wright_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Western District of Texas

In re  KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, Series Uvalde Ranch,       Case No. **20-50805**
     KRISJENN RANCH, LLC, Series Pipeline Row

Chapter. **11**

Debtor(s)

# CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):

**Amended Schedules A/B and SOFA**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, electronically or by first class mail, postage prepaid, on 06/05/2020.

6/4/2020

/s/ Ronald Smeberg
Ronald Smeberg
Bar Number: 24033967
111 W Sunset Rd
San Antonio, TX 78209-2632
Phone: (210) 664-5000
Email: ron@muller-smeberg.com

**Albert, Neely & Kuhlmann, LLP**
1600 Oil & Gas Building
309 W 7th St
Fort Worth, TX 76102-6900

**Angelina County Tax Assessor**
606 E Lufkin Ave
Lufkin, TX 75901-0434

**Bigfoot Energy Services, LLC**
312 W Sabine St
Carthage, TX 75633-2519

**C&W Fuels, Inc.**
Po Box 40
Hondo, TX 78861-0040

**CLEVELAND|TERRAZAS PLLC**
Timothy Cleveland
4611 Bee Cave Road, Suite 306 B
Austin, TX 78746

**Davis, Cedillo & Mendoza, Inc.**
755 E Mulberry Ave Ste 500
San Antonio, TX 78212-3135

**DMA Properties, Inc.**
896 Walnut Street at US 123 BYP
Seneca, SC 29678

**DUKE, BANISTER, RICHMOND, PLLC**
Jeffrey Duke
P.O. Box 175
Fulshear, TX 77441

**Granstaff Gaedke & Edgmon PC**
5535 Fredericksburg Rd Ste 110
San Antonio, TX 78229-3553

**Hopper's Soft Water Service**
120 W Frio St
Uvalde, TX 78801-3602

**Internal Revenue Service**
Po Box 7346
Philadelphia, PA 19101-7346

**JOHNS &COUNSEL PLLC**
Christopher S. Johns
14101 Highway 290 West, Suite 400A
Austin, TX 78737

**KRISJENN RANCH, LLC,
KRISJENN RANCH, LLC, Series
Uvalde Ranch, KRISJENN
RANCH, LLC, Series Pipeline Row**
410 Spyglass Rd
Mc Queeney, TX 78123-3418

**Larry Wright**
410 Spyglass Rd
Mc Queeney, TX 78123-3418

**Longbranch Energy**
c/o DUKE BANISTER RICHMOND
Po Box 175
Fulshear, TX 77441-0175

**McLeod Oil, LLC**
c/o John W. McLeod, Jr.
700 N Wildwood Dr
Irving, TX 75061-8832

**Medina Electric**
2308 18th St.
Po Box 370
Hondo, TX 78861-0370

**Medina's Pest Control**
1490 S Homestead Rd
Uvalde, TX 78801-7625

**METTAUER LAW FIRM, PLLC**
c/o April Prince
403 Nacogdoches St Ste 1
Center, TX 75935-3810

**Nacogdoches County Tax Assessor**
101 W Main St Ste 100
Nacogdoches, TX 75961-4820

**Rusk County Appraisal District**
107 N Van Buren St
Henderson, TX 75652-3113

**Shelby County Tax Collector**
200 St. Augustine St.
Center, TX 75935

**Tenaha ISD Tax Assessor-Collector**
138 College St
Tenaha, TX 75974-5612

**Texas Comptroller of Public Accounts**
Capitol Station
Po Box 13528
Austin, TX 78711-3528

**Texas Farm Store**
236 E Nopal St
Uvalde, TX 78801-5317

**Uvalco Supply**
2521 E Main St
Uvalde, TX 78801-4940

**Uvalde County Tax Assessor**
Courthouse Plaza, Box 8
Uvalde, TX 78801