**The relief described hereinbelow is SO ORDERED.**

**Signed June 05, 2020.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| _In re_: | § | Chapter 11 |
| | § | |
| | § | Case No. 20-50805-RBK |
| KrisJenn Ranch, LLC, KrisJenn | § | |
| Ranch, LLC, Series Uvalde Ranch*, | § | |
| KrisJenn Ranch, LLC, Series Pipeline | § | Case No. 20-51083-RBK * |
| Row** | § | |
| _Debtors_ | § | Case No. 20-51084-RBK ** |
| | § | |

### ORDER GRANTING CREDITORS DMA PROPERTIES, INC.'S
### AND LONGBRANCH ENERGY, LP'S
### AMENDED MOTION TO SEVER / DKT # 22

On May 21, 2020 came on for consideration the Amended Motion to Sever or Dismiss [Dkt # 22] filed by DMA Properties, Inc. and Longbranch Energy, LP (collectively "Movant" and/or "DMA / Longbranch"), and any responses filed by the Debtors KrisJenn Ranch, LLC, KrisJenn Ranch, LLC – Series Uvalde Ranch and KrisJenn Ranch, LLC – Series Pipeline ROW, and following a hearing regarding the Motion conducted on May 21, 2020, and having duly considered the parties' pleadings, the evidence, including the exhibits admitted into evidence and the

testimony of the Debtors' principal Mr. Larry Wright, and the applicable law, the Court is of the opinion and hereby finds that the Motion should be granted in pertinent part as set forth below.

**IT IS THEREFORE ORDERED** by the Court that the Motion to Sever or Dismiss is **GRANTED** in pertinent part as follows:

1.  The Court finds that each of the Debtors in this chapter 11 proceeding is treated under applicable Texas law and under the Bankruptcy Code as a separate person and therefore should each file separate bankruptcy cases.

2.  The Court finds that each of the Debtors are "persons" for the purposes of 11 U.S.C. § 101(41), and as such the chapter 11 cases of the Debtors KrisJenn Ranch, LLC – Series Uvalde Ranch and KrisJenn Ranch, LLC – Series Pipeline ROW shall be and they are hereby SEVERED from this case involving the Debtor KrisJenn Ranch, LLC.

3.  Debtors' counsel shall promptly, but not later than fourteen (14) days following the date of the signing and entry of this Order, file amended voluntary chapter 11 petitions in bankruptcy separately for the Debtor KrisJenn Ranch, LLC – Series Uvalde Ranch and KrisJenn Ranch, LLC – Series Pipeline ROW, and not later than thirty (30) days following the date of the signing and entry of this Order shall pay to the United States Bankruptcy Clerk the applicable filing fees for such severed cases.  Should the Debtors fail to file such amended voluntary chapter 11 petitions together with applicable schedules and filing fees, then the bankruptcy shall be dismissed as to each Debtor or Debtors failing to do so.

4.  The chapter 11 cases of KrisJenn Ranch, LLC, KrisJenn Ranch, LLC – Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW shall be separately docketed but, in accordance with the Court's separate *Sua Sponte* Order for Joint Administration in this

proceeding, shall be jointly administered in accordance with the terms of the *Sua Sponte* Order for Joint Administration.

5. All proofs of claim shall be filed under the case number representing the Debtor's estate against which the claim is made, and there shall be separate proofs of claim registers in each case.

6. Each of the Debtors shall file a separate plan of reorganization in their respective chapter 11 cases unless the Court orders otherwise.

7. Nothing in this order shall be construed as findings or a ruling as to whether substantive consolidation is appropriate in this case and no party waives its rights to seek substantive consolidation in the future.

# # #

Order Prepared by:

Michael J. Black
Attorney in Charge for DMA / Longbranch
BURNS & BLACK, PLLC
750 Rittiman Road
San Antonio, Texas 78209-5500

United States Bankruptcy Court
Western District of Texas

In re:                                                        Case No. 20-50805-rbk
Krisjenn Ranch, LLC, Krisjenn Ranch, LLC                      Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0542-5          User: lunae          Page 1 of 2          Date Rcvd: Jun 05, 2020
                              Form ID: pdfapac     Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2020.
db           Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series U,    410 Spyglass Rd,
             McQueeney, TX  78123-3418
cr           DMA Properties, Inc.,    c/o Burns & Black, PLLC,    Burns & Black, PLLC,    750 Rittiman Road,
             San Antonio, TX  78209-5500
cr           Longbranch Energy, LP,    c/o Burns & Black, PLLC,    Burns & Black, PLLC,    750 Rittiman Road,
             San Antonio, TX  78209-5500
cr          +McLeod Oil, LLC,    c/o Laura L. Worsham,    Jones Allen & Fuquay, LLP,    8828 Greenville Avenue,
             Dallas, TX  75243-7143
cr          +Uvalde County Tax Office,    c/o Carlos M. Arce,    PBFCM, LLP,    613 NW Loop 410, Suite 550,
             San Antonio, TX  78216-5593
18010512    +Albert, Neely & Kuhlmann, LLP,    1600 Oil & Gas Building,    309 W 7th St,
             Fort Worth, TX  76102-5113
18010513     Angelina County Tax Assessor,    606 E Lufkin Ave,    Lufkin, TX  75901-0434
18010514     Bigfoot Energy Services, LLC,    312 W Sabine St,    Carthage, TX  75633-2519
18010515     C&W Fuels, Inc.,    Po Box 40,    Hondo, TX  78861-0040
18010516    +CLEVELAND,  TERRAZAS PLLC,    Timothy Cleveland,    4611 Bee Cave Road, Suite 306 B,
             Austin, TX  78746-5284
18010518     DMA Properties, Inc.,    c/o Michael J. Black,    BURNS & BLACK, PLLC,    750 Rittiman Road,
             San Antonio, TX  78209-5500
18010519    #+DUKE, BANISTER, RICHMOND, PLLC,    Jeffrey Duke,    P.O. Box 175,    Fulshear, TX  77441-0175
18010517     Davis, Cedillo & Mendoza, Inc.,    755 E Mulberry Ave Ste 500,    San Antonio, TX  78212-3135
18010520     Granstaff Gaedke & Edgmon PC,    5535 Fredericksburg Rd Ste 110,    San Antonio, TX  78229-3553
18024408    +Guadalupe County,    c/o Tara LeDay,    P.O. Box 1269,    Round Rock, TX  78680-1269
18010521    +Hopper's Soft Water Service,    120 W Frio St,    Uvalde, TX  78801-3699
18010523    +JOHNS &COUNSEL PLLC,    Christopher S. Johns,    14101 Highway 290 West, Suite 400A,
             Austin, TX  78737-9376
18010524     KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, Series U,    410 Spyglass Rd,
             Mc Queeney, TX  78123-3418
18010525     Larry Wright,    410 Spyglass Rd,    Mc Queeney, TX  78123-3418
18010526     Longbranch Energy,    c/o DUKE BANISTER RICHMOND,    Po Box 175,    Fulshear, TX  77441-0175
18012099     Longbranch Energy, LP,    DMA Properties, Inc.,    c/o Mr. Michael J. Black,
             Burns & Black, PLLC,    750 Rittiman Road,    San Antonio, Texas 78209-5500
18010530     METTAUER LAW FIRM, PLLC,    c/o April Prince,    403 Nacogdoches St Ste 1,
             Center, TX  75935-3810
18011536    +McLeod Oil, LLC,    c/o Laura L. Worsham,    Jones Allen & Fuquay, LLP,    8828 Greenville Avenue,
             Dallas, Texas 75243-7143
18010527     McLeod Oil, LLC,    c/o John W. McLeod, Jr.,    700 N Wildwood Dr,    Irving, TX  75061-8832
18010529     Medina's Pest Control,    1490 S Homestead Rd,    Uvalde, TX  78801-7625
18010531     Nacogdoches County Tax Assessor,    101 W Main St Ste 100,    Nacogdoches, TX  75961-4820
18011722     Nacogdoches County, et al.,    c/o Tab Beall,    Perdue Brandon Fielder Collins & Mott,
             PO Box 2007,    Tyler, TX  75710-2007
18010532     Rusk County Appraisal District,    107 N Van Buren St,    Henderson, TX  75652-3113
18010533    +Shelby County Tax Collector,    200 St. Augustine St.,    Center, TX  75935-3959
18010534     Tenaha ISD Tax Assessor-Collector,    138 College St,    Tenaha, TX  75974-5612
18010536    +Texas Farm Store,    236 E Nopal St,    Uvalde, TX  78801-5391
18010537     Uvalco Supply,    2521 E Main St,    Uvalde, TX  78801-4940
18010538    +Uvalde County Tax Assessor,    Courthouse Plaza, Box 8,    Uvalde, TX  78801-5239
18012402    +Uvalde County Tax Office,    c/o Carlos M. Arce,    Perdue, Brandon, Fielder, Collins & Mott,
             613 NW Loop 410, Ste. 550,    San Antonio, TX  78216-5593
18015056    +Uvalde County Tax Office,    209 N High St.,    Uvalde, TX  78801-5207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/Text: houston_bankruptcy@LGBS.com Jun 05 2020 23:53:53      Angelina County,
             Linebarger Goggan Blair & Sampson LLP,    c/o John P Dillman,    P.O. Box 3064,
             Houston, TX  77253-3064
cr           E-mail/Text: houston_bankruptcy@LGBS.com Jun 05 2020 23:53:53      Shelby County,
             Linebarger Goggan Blair & Sampson LLP,    C/O John P. Dillman,    P.O. Box 3064,
             Houston, TX  77253-3064
18026302     E-mail/Text: houston_bankruptcy@LGBS.com Jun 05 2020 23:53:53      Angelina County,
             c/o John P. Dillman,    Linebarger Goggan Blair & Sampson LLP,    P.O. Box 3064,
             Houston, Tx  77253-3064
18010522     E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 05 2020 23:53:44      Internal Revenue Service,
             Po Box 7346,    Philadelphia, PA  19101-7346
18010528     E-mail/Text: consumeraccounting@medinaec.org Jun 05 2020 23:54:03      Medina Electric,
             2308 18th St.,    Po Box 370,    Hondo, TX  78861-0370
18023699     E-mail/Text: houston_bankruptcy@LGBS.com Jun 05 2020 23:53:53      Shelby County,
             c/o John P. Dillman,    Linebarger Goggan Blair & Sampson LLP,    P.O. Box 3064,
             Houston, TX  77253-3064
18010535     E-mail/Text: pacer@cpa.state.tx.us Jun 05 2020 23:53:58
             Texas Comptroller of Public Accounts,    Capitol Station,    Po Box 13528,
             Austin, TX  78711-3528
                                                                                        TOTAL: 7

```
District/off: 0542-5           User: lunae          Page 2 of 2              Date Rcvd: Jun 05, 2020
                               Form ID: pdfapac     Total Noticed: 42
```

```
                ***** BYPASSED RECIPIENTS (continued) *****

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Guadalupe County,   c/o Tara LeDay,   P.O. Box 1269,   Round Rock, TX 78680-1269
cr*           Nacogdoches County, et al.,   c/o Tab Beall,   Perdue Brandon Fielder Collins & Mott,
            PO Box 2007,   Tyler, TX  75710-2007
                                                             TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2020 at the address(es) listed below:
          Carlos M Arce   on behalf of Creditor   Uvalde County Tax Office carce@pbfcm.com,
           mvaldez@pbfcm.com;mvaldez@ecf.courtdrive.com
          Charles John Muller, IV   on behalf of Plaintiff   Krisjenn Ranch, LLC, Krisjenn Ranch, LLC,
           Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row john@muller-smeberg.com,
           mary.ables-miller@chamberlainlaw.com
          John P. Dillman   on behalf of Creditor   Angelina County houston_bankruptcy@publicans.com
          John P. Dillman   on behalf of Creditor   Shelby County houston_bankruptcy@publicans.com
          Laura L. Worsham   on behalf of Creditor   McLeod Oil, LLC lworsham@jonesallen.com,
           kmcdonald@jonesallen.com
          Michael J. Black   on behalf of Creditor   Longbranch Energy, LP mblack@burnsandblack.com,
           mcollins@burnsandblack.com
          Michael J. Black   on behalf of Creditor   DMA Properties, Inc. mblack@burnsandblack.com,
           mcollins@burnsandblack.com
          Ronald J. Smeberg   on behalf of Debtor   Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde
           Ranch, Krisjenn Ranch, LLC, Series Pipeline Row ron@smeberg.com, ronaldsmeberg@yahoo.com
          Ronald J. Smeberg   on behalf of Plaintiff   Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series
           Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row ron@smeberg.com, ronaldsmeberg@yahoo.com
          Tab Beall   on behalf of Creditor   Nacogdoches County, et al. tbeall@pbfcm.com,
           tylbkc@pbfcm.com;tbeall@ecf.inforuptcy.com
          Tara LeDay   on behalf of Creditor   Guadalupe County
           tleday@ecf.courtdrive.com;kmorriss@mvbalaw.com;vcovington@mvbalaw.com;bankruptcy@mvbalaw.com;aloc
           klin@mvbalaw.com
          United States Trustee - SA12   USTPRegion07.SN.ECF@usdoj.gov
                                                             TOTAL: 12
```