UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
HENRY G. HOBBS, JR.
ACTING UNITED STATES TRUSTEE
SHANE P. TOBIN
TRIAL ATTORNEY
903 SAN JACINTO BLVD, ROOM 230
AUSTIN, TX 78701
Telephone: (512) 916-5328
Facsimile: (512) 916-5331

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KRISJENN RANCH, LLC | § | CASE NO. 20-50805-RBK |
| | § | CHAPTER 11 |
| DEBTOR IN POSSESSION | § | |

**REPORT OF THE UNITED STATES TRUSTEE OF
INABILITY TO APPOINT A CREDITORS' COMMITTEE**

COMES NOW Henry G Hobbs, Jr., the United States Trustee for Region 7 ("UST"), who, by and through the undersigned attorney respectfully reports as follows:

1. The voluntary petition in this case under chapter 11 of the Bankruptcy Code (11 U.S.C. § 1101, et seq.) was filed on 4/27/2020.

2. The United States Trustee is responsible for appointing a committee of creditors holding unsecured claims (Creditors' Committee) pursuant to 11 U.S.C. § 1102(a)(1).

3. The United States Trustee has attempted to solicit creditors interested in serving on the Unsecured Creditors' Committee from the 20 largest unsecured creditors. After excluding governmental units, secured creditors and insiders, the United States Trustee has been unable to solicit sufficient interest in serving on the Committee, in order to appoint a proper Committee.

THEREFORE, the United States Trustee has been unable to appoint an Unsecured Creditors' Committee as contemplated by 11 U.S.C. § 1102.

        Respectfully submitted,

        HENRY G. HOBBS, JR.
        ACTING UNITED STATES TRUSTEE
        REGION 7


        By: /s/ Shane P. Tobin
            Shane P. Tobin
            Trial Attorney
            CA State Bar No. 317282
            903 San Jacinto Blvd, Room 230
            Austin, TX 78701
            (512) 916-5328
            (512) 916-5331 Fax
            Shane.P.Tobin@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above **United States Trustee's Report of Inability to Appoint a Creditors' Committee** was served via First Class Mail on the parties listed on the attached mailing matrix, on this the 8th day of June, 2020.

        /s/ Shane P. Tobin
        Shane P. Tobin
        Trial Attorney

```
Label Matrix for local noticing          KrisJenn Ranch, LLC                      United States Trustee (SMG511)
0542-5                                   410 Spyglass Rd                          U.S. Trustee's Office
Case 20-50805-rbk                        McQueeney, TX 78123-3418                 615 E. Houston, Suite 533
Western District of Texas                                                         P.O. Box 1539
San Antonio                                                                       San Antonio, TX 78295-1539
Mon Jun  8 13:45:05 CDT 2020

U.S. BANKRUPTCY COURT                    Albert, Neely & Kuhlmann, LLP            Angelina County
615 E. HOUSTON STREET, ROOM 597          1600 Oil & Gas Building                  c/o John P. Dillman
SAN ANTONIO, TX 78205-2055               309 W 7th St                             Linebarger Goggan Blair & Sampson LLP
                                         Fort Worth, TX 76102-5113                P.O. Box 3064
                                                                                  Houston, Tx 77253-3064

Angelina County Tax Assessor             Bigfoot Energy Services, LLC             C&W Fuels, Inc.
606 E Lufkin Ave                         312 W Sabine St                          Po Box 40
Lufkin, TX 75901-0434                    Carthage, TX 75633-2519                  Hondo, TX 78861-0040


CLEVELAND                                DMA Properties, Inc.                     DUKE, BANISTER, RICHMOND, PLLC
TERRAZAS PLLC                            c/o Michael J. Black                     Jeffrey Duke
Timothy Cleveland                        BURNS & BLACK, PLLC                      P.O. Box 175
4611 Bee Cave Road, Suite 306 B          750 Rittiman Road                        Fulshear, TX 77441-0175
Austin, TX 78746-5284                    San Antonio, TX 78209-5500

Davis, Cedillo & Mendoza, Inc.           Granstaff Gaedke & Edgmon PC             Guadalupe County
755 E Mulberry Ave Ste 500               5535 Fredericksburg Rd Ste 110           c/o Tara LeDay
San Antonio, TX 78212-3135               San Antonio, TX 78229-3553               P.O. Box 1269
                                                                                  Round Rock, TX 78680-1269

Hopper's Soft Water Service              Internal Revenue Service                 JOHNS &COUNSEL PLLC
120 W Frio St                            Po Box 7346                              Christopher S. Johns
Uvalde, TX 78801-3699                    Philadelphia, PA 19101-7346              14101 Highway 290 West, Suite 400A
                                                                                  Austin, TX 78737-9376

KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, Se    Larry Wright                      Longbranch Energy
410 Spyglass Rd                          410 Spyglass Rd                          c/O DUKE BANISTER RICHMOND
Mc Queeney, TX 78123-3418                Mc Queeney, TX 78123-3418                Po Box 175
                                                                                  Fulshear, TX 77441-0175

Longbranch Energy, LP                    METTAUER LAW FIRM, PLLC                  McLeod Oil, LLC
DMA Properties, Inc.                     c/o April Prince                         c/o John W. McLeod, Jr.
c/o Mr. Michael J. Black                 403 Nacogdoches St Ste 1                 700 N Wildwood Dr
Burns & Black, PLLC                      Center, TX 75935-3810                    Irving, TX 75061-8832
750 Rittiman Road
San Antonio, Texas 78209-5500

McLeod Oil, LLC                          Medina Electric                          Medina's Pest Control
c/o Laura L. Worsham                     2308 18th St.                            1490 S Homestead Rd
Jones Allen & Fuquay, LLP                Po Box 370                               Uvalde, TX 78801-7625
8828 Greenville Avenue                   Hondo, TX 78861-0370
Dallas, Texas 75243-7143

Nacogdoches County Tax Assessor          Nacogdoches County, et al.               Rusk County Appraisal District
101 W Main St Ste 100                    c/o Tab Beall                            107 N Van Buren St
Nacogdoches, TX 75961-4820               Perdue Brandon Fielder Collins & Mott    Henderson, TX 75652-3113
                                         PO Box 2007
                                         Tyler, TX  75710-2007
```

| | | |
|---|---|---|
| Shelby County<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | Shelby County Tax Collector<br>200 St. Augustine St.<br>Center, TX 75935-3959 | Tenaha ISD Tax Assessor-Collector<br>138 College St<br>Tenaha, TX 75974-5612 |
| (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Texas Farm Store<br>236 E Nopal St<br>Uvalde, TX 78801-5391 | United States Trustee - SA12<br>US Trustee's Office<br>615 E Houston, Suite 533<br>PO Box 1539<br>San Antonio, TX 78295-1539 |
| Uvalco Supply<br>2521 E Main St<br>Uvalde, TX 78801-4940 | Uvalde County Tax Assessor<br>Courthouse Plaza, Box 8<br>Uvalde, TX 78801-5239 | Uvalde County Tax Office<br>209 N High St.<br>Uvalde, TX 78801-5207 |
| Uvalde County Tax Office<br>c/o Carlos M. Arce<br>Perdue, Brandon, Fielder, Collins & Mott<br>613 NW Loop 410, Ste. 550<br>San Antonio, TX 78216-5593 | Ronald J. Smeberg<br>The Smeberg Law Firm, PLLC<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Texas Comptroller of Public Accounts<br>Capitol Station<br>Po Box 13528<br>Austin, TX 78711-3528 | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients     0<br>Total                    40 |