UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE: Krisjenn Ranch, LLC

CASE NO. 20-50805-RBK
CHAPTER 11

PROCEEDING MEMO - §341 MEETING ON 6/8/20, AT 11:00 a.m.

1. Disclosure statement filed by attorney for debtor pursuant to 11 U.S.C. § 329 and Bankruptcy Rule 2016(b): YES

2. Debtor(s) appeared: YES

3. Counsel for debtor(s) appeared: YES

4. Meeting adjourned to _____, at _____ a.m.

   OR

   Meeting concluded: YES

5. Notes of Presiding Officer:

   - First MOR due June 20, covers April and May

DATE PETITION FILED: 4/27/20
BAR DATE: 8/31/20
PLUS 120 DAYS: 8/25/20

CREDITORS' COMMITTEE FORMED: NO   NOTICE OF APPOINTMENT FILED: Yes

/s/ Shane P. Tobin
Presiding Officer

REV 7/1/2003