

**The relief described hereinbelow is SO ORDERED.**

**Signed June 05, 2020.**

_____
Ronald B. King
Chief United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| KrisJenn Ranch, LLC | § | Case No. 20-50805-rbk |
| KrisJenn Ranch, LLC–Series Uvalde Ranch | § | Case No. 20-51083-rbk |
| KrisJenn Ranch, LLC–Series Pipeline ROW | § | Case No. 20-51084-rbk |
| | § | |
| Debtors. | § | |

### *SUA SPONTE* ORDER FOR JOINT ADMINISTRATION

On April 29, 2020, the creditors DMA Properties, Inc. and Longbranch Energy, LP filed an Amended Motion to Sever or Dismiss (Dkt # 22) (the "Motion"). On May 21, 2020, the Court granted the Motion and severed the cases, and *sua sponte* ordered that the three cases be jointly administered upon the filing of amended petitions and payment of the required filing fees. (Dkt # 47.) On June 5, 2020, KrisJenn Ranch, LLC–Series Uvalde Ranch and KrisJenn Ranch, LLC–Series Pipeline ROW filed their petition and schedules and paid the required filing fees. The Court, after due deliberation and sufficient cause appearing, finds that the chapter 11 cases of KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW be jointly administered in accordance with the terms of this Order, as follows:

1. Nothing contained in this Order shall be construed as directing or otherwise effecting a substantive consolidation of the Chapter 11 Cases of the Debtors; it is the Court's intention to jointly administer the Chapter 11 Cases of the Debtors for procedural purposes only.

2. The Debtors' Chapter 11 Cases are to be jointly administered under *In re KrisJenn Ranch, LLC*, Case No. 20-50805-rbk.

3. Judge Ronald B. King shall preside over these jointly administered cases.

4. The joint caption of the Chapter 11 Cases shall read as shown in attached **Exhibit A**.

5. All original pleadings shall be captioned as set out above and all original docket entries shall be made in the case of *In re KrisJenn Ranch, LLC*, Case No. 20-50805-rbk.

6. All proofs of claim shall be filed under the case number representing the Debtor's estate against which the claim is made.

7. The Debtors shall file a combined monthly operating report in the case of *In re KrisJenn Ranch, LLC*, Case No. 20-50805-rbk; however, each of the Debtors shall attach to the combined MOR-6 Statement of Income (Loss) and MOR-7 Cash Receipts and Disbursements an MOR-6 and MOR-7 detailing the Debtor's own income, receipts and disbursements.

8. Each of the Debtors shall (a) maintain separate financial accounts and records; (b) not be liable for the claims against any of the other Debtors by virtue of this Order; (c) file separate Bankruptcy Schedules and Statements of Financial Affairs; and (d) establish a "due to/due from" system of accounting to track any intercompany transactions.

9. A docket entry shall be made in each of the Debtors' cases substantially as follows:

An order has been entered in this case directing the joint administration of the chapter 11 cases of KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW; the docket for KrisJenn Ranch, LLC should be consulted for all matters affecting this case.

10. Debtors shall file a master service list in *In re KrisJenn Ranch, LLC*, Case No. 20-50805-rbk that includes all creditors, persons filing Notices of Appearances, and all parties-in-interest in all of the Debtors' jointly administered cases for future noticing requirements.

11. This Order shall be served by the Debtors on interested parties and all parties included on the master service list.

### 

Order Prepared by:

Shane P. Tobin
Trial Attorney for the United States Trustee
903 San Jacinto Ave., Room 230
Austin, Texas 78701

# EXHIBIT A
## JOINTLY ADMINISTERED CASES CAPTION

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| KrisJenn Ranch, LLC, *et al.* | § | Case No. 20-50805-rbk |
| | § | |
| Debtors. | § | (Jointly Administered) |

United States Bankruptcy Court
Western District of Texas

In re:  
KrisJenn Ranch, LLC, KrisJenn Ranch, LLC  
    Debtor

Case No. 20-50805-rbk  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0542-5     User: paezd     Page 1 of 1     Date Rcvd: Jun 08, 2020  
                         Form ID: pdfintp     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2020.
         +Shane P. Tobin,    U.S. Trustee's Office,    903 San Jacinto Ave., Room 230,    Austin, TX 78701-2450

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2020                                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2020 at the address(es) listed below:
         Carlos M Arce    on behalf of Creditor    Uvalde County Tax Office carce@pbfcm.com, mvaldez@pbfcm.com;mvaldez@ecf.courtdrive.com  
         Charles John Muller, IV    on behalf of Plaintiff    Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row john@muller-smeberg.com, mary.ables-miller@chamberlainlaw.com  
         John P. Dillman    on behalf of Creditor    Shelby County houston_bankruptcy@publicans.com  
         John P. Dillman    on behalf of Creditor    Angelina County houston_bankruptcy@publicans.com  
         Laura L. Worsham    on behalf of Creditor    McLeod Oil, LLC lworsham@jonesallen.com, kmcdonald@jonesallen.com  
         Michael J. Black    on behalf of Creditor    Longbranch Energy, LP mblack@burnsandblack.com, mcollins@burnsandblack.com  
         Michael J. Black    on behalf of Creditor    DMA Properties, Inc. mblack@burnsandblack.com, mcollins@burnsandblack.com  
         Ronald J. Smeberg    on behalf of Debtor    KrisJenn Ranch, LLC, KrisJenn Ranch, LLC, Series Uvalde Ranch, KrisJenn Ranch, LLC, Series Pipeline Row ron@smeberg.com, ronaldsmeberg@yahoo.com  
         Ronald J. Smeberg    on behalf of Plaintiff    Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row ron@smeberg.com, ronaldsmeberg@yahoo.com  
         Tab Beall    on behalf of Creditor    Nacogdoches County, et al. tbeall@pbfcm.com, tylbkc@pbfcm.com;tbeall@ecf.inforuptcy.com  
         Tara LeDay    on behalf of Creditor    Guadalupe County tleday@ecf.courtdrive.com;kmorriss@mvbalaw.com;vcovington@mvbalaw.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com  
         United States Trustee - SA12    USTPRegion07.SN.ECF@usdoj.gov  
                                                                                                                                                     TOTAL: 12