IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| **KrisJenn Ranch, LLC,** *et al.* | § | |
| | § | |
| | § | Case No. 20-50805-RBK |
| | § | |
| **Debtors** | § | (Jointly Administered) |

## DEBTOR'S NOTICE OF MASTER SERVICE LIST FILING

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW KrisJenn Ranch, LLC, *et al.* ("Debtor") and hereby files this Master Service List attached hereto and incorporated by reference as Exhibit "A."

Dated: June 15, 2020

                Respectfully Submitted,

                MULLER SMEBERG, PLLC

                By: /s/ Ronald J. Smeberg .
                      RONALD J. SMEBERG
                      State Bar No. 24033967
                      MULLER SMEBERG, PLLC
                      111 W. Sunset
                      San Antonio, Texas 78209
                      210-664-5000 (Tel)
                      210-598-7357 (Fax)
                      ron@smeberg.com
                      ATTORNEY FOR DEBTOR

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 15, 2020, true and correct copies of the foregoing will be forwarded electronically via the Court's ECF System, or by U.S. first class mail, postage prepaid, on, all parties listed in the attached Exhibit "A".

                              */s/ Ronald J. Smeberg*

                              RONALD J. SMEBERG

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| **KrisJenn Ranch, LLC,** *et al.* | § § § § | Case No. 20-50805-RBK |
| Debtors | § § | (Jointly Administered) |

### EXHIBIT "A" - MASTER SERVICE LIST

**DEBTOR**

KrisJenn Ranch, LLC
410 Spyglass Rd
McQueeney, TX 78123-3418

**GOVERNMENT ENTITIES**

Office of the UST
615 E Houston, Room 533
PO Box 1539
San Antonio, TX 78295-1539

U.S. Attorney
Attn: Bkcy Division
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

Internal Revenue Services
Special Procedures Branch
300 E. 8th St.
STOP 5026 AUS
Austin, TX 78701

Texas Comptroller of
Public Account
Attn: Bankruptcy
P.O. Box 149359
Austin, TX 78714-9359

Angelina County
Tax Assessor
606 E Lufkin Ave,
Lufkin, Texas 75901

Nacogdoches County Tax
Assessor Collector
101 West Main Street
Nacogdoches, Texas 75961

Rusk County
202 N Main St,
Henderson, Texas 75652

Shelby County, Tax Collector
200 St. Augustine St.
Center, Texas 75935

Tenaha ISD Tax
Assessor-Collector
138 College St
Tenaha, TX 75974-5612

Uvalde Tax Assessor
Courthouse Plaza, Box 8
Uvalde, Texas 78801

**NOTICE PARTIES**

METTAUER LAW FIRM
c/o April Prince
403 Nacogdoches St Ste 1
Center, TX 75935-3810

Albert, Neely & Kuhlmann
1600 Oil & Gas Building
309 W 7th St
Fort Worth, TX 76102-6900

Laura L. Worsham
JONES, ALLEN & FUQUAY, LLP
8828 Greenville Ave.
Dallas, Texas 75243

Craig Crockett
CRAIG M. CROCKETT, PC
5201 Camp Bowie Blvd. #200
Fort Worth, Texas 76107

Christopher S. Johns
JOHNS &COUNSEL PLLC
14101 Highway 290 West,
ste 400A
Austin, Texas 78737

Timothy Cleveland
CLEVELAND|TERRAZAS
PLLC
4611 Bee Cave Road, ste 306B
Austin, Texas 78746

Andrew R. Seger
KEY TERRELL & SEGER

4825 50th Street, ste A
Lubbock, Texas 79414

**SECURED CREDITORS**

McLeod Oil, LLC
c/o John W. McLeod, Jr.
700 N Wildwood Dr
Irving, TX 75061-8832

**UNSECURED CREDITORS**

Bigfoot Energy Services
312 W Sabine St
Carthage, TX 75633-2519

C&W Fuels, Inc.
Po Box 40
Hondo, TX 78861-0040

Davis, Cedillo & Mendoza

755 E Mulberry Ave Ste 500
San Antonio, TX 78212-3135

Granstaff Gaedke & Edgmon
5535 Fredericksburg Rd Ste 110
San Antonio, TX 78229-3553

Hopper's Soft Water Service
120 W Frio St
Uvalde, TX 78801-3602

Larry Wright
410 Spyglass Rd
Mc Queeney, TX 78123-3418

Medina Electric
2308 18th St.
Po Box 370
Hondo, TX 78861-0370

Medina's Pest Control

1490 S Homestead Rd
Uvalde, TX 78801-7625

Texas Farm Store
236 E Nopal St
Uvalde, TX 78801-5317

Uvalco Supply
2521 E Main St
Uvalde, TX 78801-4940

Longbranch Energy
c/o DUKE BANISTER
RICHMOND
PO Box 175
Fulshear, TX 77441-0175

DMA Properties, Inc.
896 Walnut Street at
US 123 BYP
Seneca, SC 29678