# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## San Antonio Division

Bankruptcy Case No.: 20−50805−rbk

Chapter No.: 11

Judge: Ronald B. King

IN RE: **KrisJenn Ranch, LLC**, Debtor(s)

## NOTICE OF PAST DUE DEADLINE FOR FILING OF DOCUMENT

The original signed Declaration for Electronic Filing has not been electronically filed into CM/ECF for the filing of:

*46* – Amended Schedules and Summary: ( Amended Schedule(s): A/B), Amended Statement of Financial Affairs filed by Ronald J. Smeberg for Debtor Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row. –Declaration for Electronic Filing due by 06/12/2020 (Smeberg, Ronald)

**Please electronically file the original Declaration for Electronic Filing immediately.** If the Declaration for Electronic Filing is not filed by **July 3, 2020**, as to any original petition, matrix, statement and schedules, this case will be dismissed by the court and that, as to any amended petition, statement, schedule or matrix, the amendment(s) will be stricken by the Court.

Dated: 6/19/20

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Declaration Due Letter]** [LtrDclrdu]

United States Bankruptcy Court
Western District of Texas

In re:  Case No. 20-50805-rbk
KrisJenn Ranch, LLC  Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0542-5     User: admin     Page 1 of 1     Date Rcvd: Jun 19, 2020
                         Form ID: 234     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2020.
db          KrisJenn Ranch, LLC,    410 Spyglass Rd,    McQueeney, TX 78123-3418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2020 at the address(es) listed below:

         Carlos M Arce    on behalf of Creditor    Uvalde County Tax Office carce@pbfcm.com, mvaldez@pbfcm.com;mvaldez@ecf.courtdrive.com
         Charles John Muller, IV    on behalf of Plaintiff    Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row john@muller-smeberg.com, mary.ables-miller@chamberlainlaw.com
         John P. Dillman    on behalf of Creditor    Shelby County houston_bankruptcy@publicans.com
         John P. Dillman    on behalf of Creditor    Angelina County houston_bankruptcy@publicans.com
         Laura L. Worsham    on behalf of Creditor    McLeod Oil, LLC lworsham@jonesallen.com, kmcdonald@jonesallen.com
         Michael J. Black    on behalf of Creditor    Longbranch Energy, LP mblack@burnsandblack.com, mcollins@burnsandblack.com
         Michael J. Black    on behalf of Creditor    DMA Properties, Inc. mblack@burnsandblack.com, mcollins@burnsandblack.com
         Ronald J. Smeberg    on behalf of Debtor    KrisJenn Ranch, LLC, Series Pipeline Row ron@smeberg.com, ronaldsmeberg@yahoo.com
         Ronald J. Smeberg    on behalf of Debtor    KrisJenn Ranch, LLC, Series Ulvade Ranch ron@smeberg.com, ronaldsmeberg@yahoo.com
         Ronald J. Smeberg    on behalf of Plaintiff    Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row ron@smeberg.com, ronaldsmeberg@yahoo.com
         Ronald J. Smeberg    on behalf of Debtor    KrisJenn Ranch, LLC ron@smeberg.com, ronaldsmeberg@yahoo.com
         Tab Beall    on behalf of Creditor    Nacogdoches County, et al. tbeall@pbfcm.com, tylbkc@pbfcm.com;tbeall@ecf.inforuptcy.com
         Tara LeDay    on behalf of Creditor    Guadalupe County tleday@ecf.courtdrive.com;kmorriss@mvbalaw.com;vcovington@mvbalaw.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com
         United States Trustee - SA12    USTPRegion07.SN.ECF@usdoj.gov
                                                                                                                           TOTAL: 14