**MOR-1**

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK
PROPOSED PLAN DATE: _____

UNITED STATES BANKRUPTCY COURT

PETITION DATE: 4/27/2020
DISTRICT OF TEXAS: Western
DIVISION: San Antonio

## MONTHLY OPERATING REPORT SUMMARY FOR MON April/May 2020

| | MONTH | 4/27 - 5/31/2020 | | | | | |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | | 3,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | | -5,071.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | | -5,071.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-7) | | 1,640.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 5,071.00 | 5,071.00 | 0.00 | 0.00 | 0.00 | 0.00 |

\*\*\*The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee\*\*\*

### REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE

| | | EXP. DATE |
|---|---|---|
| CASUALTY | YES ( ) NO ( ) | _____ |
| LIABILITY | YES (X) NO ( ) | _____ |
| VEHICLE | YES (X) NO ( ) | _____ |
| WORKERS | YES ( ) NO ( ) | _____ |
| OTHER | YES ( ) NO ( ) | _____ |

CIRCLE ONE
- Are all accounts receivable being collected within terms? Yes **No**
- Are all post-petition liabilities, including taxes, being paid within terms? **Yes** No
- Have any pre-petition liabilities been paid? Yes **No**
  If so, describe _____
- Are all funds received being deposited into DIP bank accounts? **Yes** No
- Were any assets disposed of outside the normal course of business? Yes **No**
  If so, describe _____
- Are all U.S. Trustee Quarterly Fee Payments current? **Yes** No
- What is the status of your Plan of Reorganization? _____

ATTORNEY NAME: Ronald Smeberg
FIRM NAME: Muller Smeberg, PLLC
ADDRESS: 111 W Sunset Rd
CITY, STATE, ZIP: San Ant TX 78209
TELEPHONE/FAX: 210-664-5000

*Larry Wright*
*Larry Wright*

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _____ TITLE _____ CPA
(ORIGINAL SIGNATURE)

Jerry G. Miers, CPA
(PRINT NAME OF SIGNATORY)

DATE: 6/29/2020

MOR-1
Revised 01/01/98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH 5/31/2020 0:00 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | | 21,260.00 | | | | | |
| Accounts Receivable, Net | | | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | 477,490.00 | | | | | |
| Other | | | | | | | |
| TOTAL CURRENT ASSETS | 0.00 | 498,750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | | | | | | | |
| Less Accumulated Depreciation | | | | | | | |
| NET BOOK VALUE OF PP & E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | |
| 3. Electric Deposit | | | | | | | |
| 4. | | | | | | | |
| TOTAL ASSETS | $0.00 | $498,750.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-2

*Revised 07-01-98*

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | MONTH 5/31/2020 0:00 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | | | | | | |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured | | 5,900,000.00 | | | | | |
| Priority Debt | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | | 26,331.00 | | | | | |
| Other | | 183,174.00 | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 0.00 | 6,109,505.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | 0.00 | 6,109,505.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | -5,605,684.00 | | | | | |
| RETAINED EARNINGS: Filing Date | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | -5,071.00 | -5,071.00 | -5,071.00 | -5,071.00 | -5,071.00 | -5,071.00 |
| TOTAL OWNER'S EQUITY (NET WORTH) | 0.00 | -5,610,755.00 | -5,071.00 | -5,071.00 | -5,071.00 | -5,071.00 | -5,071.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $0.00 | $498,750.00 | ($5,071.00) | ($5,071.00) | ($5,071.00) | ($5,071.00) | ($5,071.00) |

* Per Schedules and Statement of Affairs

MOR-3

*Revised 07-01 98*

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | | | | | | |
| TAX PAYABLE | | | | | | |
| Federal Payroll Taxes | | | | | | |
| State Payroll Taxes | | | | | | |
| Ad Valorem Taxes | | | | | | |
| Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

**MOR-4**

*Revised 07 01 98*

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## AGING OF POST-PETITION LIABILITIES
MONTH _____

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 0.00 | | | | | |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**

*Revised 07/01/98*

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## STATEMENT OF INCOME (LOSS)

| | MONTH 04/27 - 05/31/20 | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 3,600.00 | | | | | | 3,600.00 |
| TOTAL COST OF REVENUES | 5,183.00 | | | | | | 5,183.00 |
| GROSS PROFIT | -1,583.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,583.00 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | | | | | | | |
| General & Administrative | 1,848.00 | | | | | | 1,848.00 |
| Insiders Compensation | | | | | | | 0.00 |
| Professional Fees | 1,640.00 | | | | | | 1,640.00 |
| Other | | | | | | | 0.00 |
| Other | | | | | | | 0.00 |
| TOTAL OPERATING EXPENSES | 3,488.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,488.00 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -5,071.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -5,071.00 |
| INTEREST EXPENSE | | | | | | | 0.00 |
| DEPRECIATION | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | -5,071.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -5,071.00 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | ($5,071.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($5,071.00) |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

\* *Footnote Mandatory.*

\*\* *Unusual and or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**

*Revised 07 01 98*

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH | MONTH 04/27 - 05/31/20 | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $21,260.00 | $21,260.00 | $21,260.00 | $21,260.00 | $0.00 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | 3,600.00 | | | | | 3,600.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | 26,331.00 | | | | | 26,331.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 29,931.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29,931.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | | | | | | | |
| 8. PAYROLL TAXES PAID | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | 1,844.00 | | | | | 1,844.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | 5,183.00 | | | | | 5,183.00 |
| 17. ADMINISTRATIVE & SELLING | | 4.00 | | | | | 4.00 |
| 18. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 7,031.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,031.00 |
| 19. PROFESSIONAL FEES | | 1,640.00 | | | | | 1,640.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 8,671.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,671.00 |
| 22. NET CASH FLOW | 0.00 | 21,260.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21,260.00 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $21,260.00 | $21,260.00 | $21,260.00 | $21,260.00 | $21,260.00 | $21,260.00 |

* Applies to Individual debtors only

**MOR-7**

**Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

Revised 07 01 98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

# CASH ACCOUNT RECONCILIATION
## MONTH OF 5/31/2020

| BANK NAME | Broadway | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | ▇▇▇8640 | # | # | | |
| ACCOUNT TYPE | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 21,260.02 | | | | $21,260.02 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $21,260.02 | $0.00 | $0.00 | $0.00 | $21,260.02 |
| BEGINNING CASH - PER BOOKS | 0.00 | | | | $0.00 |
| RECEIPTS* | 3,600.00 | | | | $3,600.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 26,330.95 | | | | $26,330.95 |
| CHECKS/OTHER DISBURSEMENTS* | 8,670.93 | | | | $8,670.93 |
| ENDING CASH - PER BOOKS | $21,260.02 | $0.00 | $0.00 | $0.00 | $21,260.02 |

MOR-8

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH 04/27/20 - 05/31/20 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. Jerry G Miers, CPA | 1,640.00 | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $1,640.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-9

*Revised 07/01/98*

# BROADWAY BANK

*We're here for good.*

1177 N.E. Loop 410
San Antonio, TX 78209

Account Number
■■■■■8640     8
Page 1 of 2



*broadway.bank*
*800.531.7650*

KRISJENN RANCH LLC
DEBTOR IN POSSESSION
CASE# 20-50805
410 SPYGLASS RD
MCQUEENEY TX 78123-3418

## Bank Statement

### SUMMARY OF ACCOUNTS

| Account Type | Account # | Balance as of May 31, 2020 | YTD Interest |
|---|---|---|---|
| ADVANTAGE BUSINESS CHECKING | ■■■■8640 | $21,260.02 | $0.00 |

This statement reports your balances and activity from May 01, 2020 thru May 31, 2020 on the following accounts.

**ADVANTAGE BUSINESS CHECKING**    Account #■■■■8640    Balance: $21,260.02

| | | |
|---|---|---|
| Balance Last Statement | | 0.00 |
| Deposits/Credits | | 29,930.95 |
| May 06  CUSTOMER DEPOSIT | | 26,330.95 |
| May 22  CUSTOMER DEPOSIT | | 3,600.00 |
| Total Debits | | 8,670.93 |
| Checks Written | | 8,667.32 |

| Check # | Date Paid | Amount | Check # | Date Paid | Amount |
|---|---|---|---|---|---|
| 102 | 05-28 | 1,844.00 | 105 | 05-27 | 1,038.26 |
| 103 | 05-26 | 1,640.00 | 106 | 05-27 | 955.72 |
| 104 | 05-27 | 289.34 | 108* | 05-27 | 2,900.00 |

* DENOTES MISSING CHECK NUMBER

| Other Withdrawals | | |
|---|---|---|
| May 13  HARLAND CLARKE CHK ORDER 10SV635313215OO | | 3.61 |

*Handwritten notes:*

21,260.02
10,224.06

1001 — 10,000
1007    1035.96
       –11,035.96

# BROADWAY BANK

*We're here for good.*

1177 N.E. Loop 410
San Antonio, TX 78209

Account Number
▇▇▇▇3640
Page 2 of 2

8



*broadway.bank*
*800.531.7650*

| Balance This Statement | | | | | 21,260.02 |
|---|---|---|---|---|---|

Running Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05-01 | | 05-22 | $29,927.34 | 05-28 | $21,260.02 |
| 05-06 | $26,330.95 | 05-26 | $28,287.34 | | |
| 05-13 | $26,327.34 | 05-27 | $23,104.02 | | |

END OF STATEMENT

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT, PLEASE CONTACT DEPOSIT OPERATIONS**
**By Phone: 210.283.6500/800.531.7650 * By Mail: P.O. Box 17001, San Antonio, TX 78217**

**In Case of Errors or Questions About Your Electronic Transfers** (e.g. ATM or debit card transactions, direct deposits or withdrawals) Telephone us at 210.283.6500 or 800.531.7650 or write us at Card Operations, P.O. Box 17001, San Antonio, TX 78217 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error or problem appeared. (1)Include your name and account number; (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information; and (3) Tell us the dollar amount of the suspected error. (If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.)
We will investigate and if we find we have made an error, we will credit your account when the investigation has been completed.
**Reporting Other Problems** (e.g. Unauthorized Signature or Alteration) You must examine your statement promptly and notify us in writing, within 30 days after the date your statement was mailed or otherwise made available to you, of the facts relevant to any errors, problems or unauthorized transactions on your account. If you fail to report any unauthorized signatures, alterations, or forgeries within 30 days of when your statement was sent or made available, you cannot assert a claim against us and the loss will be entirely yours.
**Deposit Agreement** Your account is governed by the terms of your Deposit Agreement, the Fee Schedule, and other disclosures provided at account opening and amended from time to time. Copies of the current versions of these documents are available at any Banking Center or by calling 210.283.6500 or 800.531.7650.

# CHECKS IN THIS STATEMENT

Page 3

Ck# 102  Amt $1,844.00  5-28-2020
Check 102 — KRISJENN RANCH, LLC, 5-22-20, Pay to: Texas State Comptroller, $1,844.00, "one thousand eight hundred forty four", For: 2020 Franchise, Signed: Larry Wright

Ck# 108  Amt $2,900.00  5-27-2020
Check 108 — KRISJENN RANCH, LLC, 5-23-20, Pay to: Corey Molloy, $2,900.00, "two thousand and nine hundred", For: Dozer — May, Signed: Larry Wright

Ck# 103  Amt $1,640.00  5-26-2020
Check 103 — KRISJENN RANCH, LLC, 5-22-20, Pay to: Jerry G. Miers, CPA, $1,640.00, "one thousand six hundred forty", For: Fee — Taxes 2019, Signed: Larry Wright

Amt $26,330.95  5-6-2020
Broadway Bank deposit ticket — KrisJenn Ranch, LLC, 410 Spyglass, SA, TX, Date 5-6-20, Checks: 22,000.00 and 4,330.95, Total Deposit $26,330.95. Note: "Loan from LW, acct closing First State Bank"

Ck# 104  Amt $289.34  5-27-2020
Check 104 — KRISJENN RANCH, LLC, 5-22-20, Pay to: CKW Fuels, Inc., $289.34, "two hundred eighty-nine & 34/xx", For: Closed Acct #523785-49241, Signed: Larry Wright

Amt $3,600.00  5-22-2020
Deposit ticket — KRISJENN RANCH, LLC, 5-22-20, Checks: Schum 3600.00, Total $3,600.00. Note: "Trl. lease Final payment"

Ck# 105  Amt $1,038.26  5-27-2020
Check 105 — KRISJENN RANCH, LLC, 5-22-2020, Pay to: Uvalco Supply, $1,038.26, "One Thousand thirty eight + 26/xx", For: Acct#WR1001 Closed Acct, Signed: Larry Wright

Ck# 106  Amt $955.72  5-27-2020
Check 106 — KRISJENN RANCH, LLC, 5-22-20, Pay to: Texas Farm Store, $955.72, "Nine hundred fifty-five & 72/xx", For: Ranch Feed, Signed: Larry Wright