# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 20−50805−rbk

Chapter No.: 11

Judge: Ronald B. King

IN RE: **KrisJenn Ranch, LLC** , Debtor(s)

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on **5/21/20** was filed on **6/30/20**. The following deadlines apply:

The parties have until **July 7, 2020** to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is **July 21, 2020**.

If a request for redaction is filed, the redacted transcript is due **July 31, 2020**.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **September 28, 2020** unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber **Toni Hudson of Exceptional Reporting Services, Inc. (361) 949−2988**, or you may view the document at the clerk's office public terminal.

Dated: 7/1/20

Barry D. Knight
Clerk, U. S. Bankruptcy Court
BY: Daniel Paez

[Notice of Filing of Transcript and of Deadlines Related to Restriction and Redaction (BK)] [NtcftddlrrBKap] ]

United States Bankruptcy Court
Western District of Texas

In re:  
KrisJenn Ranch, LLC  
    Debtor

Case No. 20-50805-rbk  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0542-5     User: paezd     Page 1 of 1     Date Rcvd: Jul 01, 2020  
                        Form ID: 260     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2020.
     +Austin Krist,    Cleveland Terrazas, PLLC,    4611 Bee Cave Rd., Suite 306-B,    West Lake Hills, TX 78746-5284
     +Tim Cleveland,    Cleveland Terrazas, PLLC,    4611 Bee Cave Rd., Suite 306-B,    West Lake Hills, TX 78746-5284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2020                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2020 at the address(es) listed below:
         Carlos M Arce    on behalf of Creditor    Uvalde County Tax Office carce@pbfcm.com, mvaldez@pbfcm.com;mvaldez@ecf.courtdrive.com
         Charles John Muller, IV    on behalf of Plaintiff    Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row john@muller-smeberg.com, mary.ables-miller@chamberlainlaw.com
         Charles John Muller, IV    on behalf of Counter Defendant    Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row john.muller@chamberlainlaw.com, mary.ables-miller@chamberlainlaw.com
         John P. Dillman    on behalf of Creditor    Angelina County houston_bankruptcy@publicans.com
         John P. Dillman    on behalf of Creditor    Shelby County houston_bankruptcy@publicans.com
         Laura L. Worsham    on behalf of Creditor    McLeod Oil, LLC lworsham@jonesallen.com, kmcdonald@jonesallen.com
         Michael J. Black    on behalf of Creditor    Longbranch Energy, LP mblack@burnsandblack.com, mcollins@burnsandblack.com
         Michael J. Black    on behalf of Creditor    DMA Properties, Inc. mblack@burnsandblack.com, mcollins@burnsandblack.com
         Ronald J. Smeberg    on behalf of Plaintiff    Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row ron@smeberg.com, ronaldsmeberg@yahoo.com
         Ronald J. Smeberg    on behalf of 3rd Pty Defendant    Black Duck Properties, LLC ron@smeberg.com, ronaldsmeberg@yahoo.com
         Ronald J. Smeberg    on behalf of Debtor    KrisJenn Ranch, LLC, Series Ulvade Ranch ron@smeberg.com, ronaldsmeberg@yahoo.com
         Ronald J. Smeberg    on behalf of Debtor    KrisJenn Ranch, LLC ron@smeberg.com, ronaldsmeberg@yahoo.com
         Ronald J. Smeberg    on behalf of Debtor    KrisJenn Ranch, LLC, Series Pipeline Row ron@smeberg.com, ronaldsmeberg@yahoo.com
         Ronald J. Smeberg    on behalf of Counter Defendant    Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row ron@smeberg.com, ronaldsmeberg@yahoo.com
         Tab Beall    on behalf of Creditor    Nacogdoches County, et al. tbeall@pbfcm.com, tylbkc@pbfcm.com;tbeall@ecf.inforuptcy.com
         Tara LeDay    on behalf of Creditor    Guadalupe County tleday@ecf.courtdrive.com;kmorriss@mvbalaw.com;vcovington@mvbalaw.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com
         United States Trustee - SA12    USTPRegion07.SN.ECF@usdoj.gov

                                                                                                  TOTAL: 17