

**The relief described hereinbelow is SO ORDERED.**

**Signed July 06, 2020.**

_____
Ronald B. King
Chief United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| KRISJENN RANCH, LLC, | § | |
| KRISJENN RANCH, LLC–SERIES | § | |
| UVALDE, KRISJENN RANCH, LLC– | § | |
| SERIES PIPELINE ROW, | § | Case No. 20-50805-RBK |
| | § | |
| Debtors | § | |

### ORDER ON DEBTOR'S APPLICATION TO EMPLOY
### ACCOUNTANT JERRY G. MIERS, C.P.A. *NUNC PRO TUNC*

This matter came before the Court pursuant to the Application to Employ Jerry G. Miers, C.P.A. ("Accountant") *Nunc Pro Tunc* as accountant in the above-captioned Chapter 11 bankruptcy case. Based upon the Application and the information contained therein, and the supporting exhibits and good cause appearing, any responses thereto, and the arguments of counsel, if any, this Court is of the opinion that (i) Accountant, has no connection with the Debtor, the Trustee, this Court, or any creditor or party in interest, (ii) Accountant is a "disinterested person" within the meaning of Bankruptcy Code § 101(14), and (iii) the employment of Accountant is in the best interest of the bankruptcy estate. It is, therefore:

ORDERED that the Debtor is authorized to employ Accountant *nunc pro tunc* as an accountant and it is further ORDERED, ADJUDGED and DECREED that,

1. The Debtor may employ Accountant in the regular course of business for the following services:

    a. Assisting debtor with preparing financial statements and monthly operating reports including but not limited to journal entries and corrections;

    b. Conducting debtor's general bookkeeping;

    c. Preparing annual and quarterly tax returns and

    d. Preparing biweekly payroll

###

Submitted By:
By:＿＿/s/ Ronald J. Smeberg
RONALD J. SMEBERG
State Bar No. 24033967

MULLER SMEBERG, PLLC
111 W. Sunset
San Antonio, Texas 78209
210-664-5000 (Tel)
210-598-7357 (Fax)
ron@smeberg.com
ATTORNEY FOR DEBTOR