MOR-1

UNITED STATES BANKRUPTCY COURT

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK
PROPOSED PLAN DATE:

PETITION DATE:
DISTRICT OF TEXAS: Western
DIVISION: San Antonio

## MONTHLY OPERATING REPORT SUMMARY FOR MON April/May 2020

| MONTH | 4/27 - 5/31/2020 | 06/01/ - 6/30/2020 | | | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 3,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | -5,071.00 | -11,038.96 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | -5,071.00 | -11,038.96 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 1,640.00 | 10,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 8,671.00 | 11,038.96 | 11,038.96 | 0.00 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE |
|---|---|---|
| CASUALTY | YES (✓) NO ( ) | __-__-__ |
| LIABILITY | YES (✓) NO ( ) | __-__-__ |
| VEHICLE | YES (✓) NO ( ) | __-__-__ |
| WORKER'S | YES ( ) NO (✓) | __-__-__ |
| OTHER | YES ( ) NO (✓) | __-__-__ |

| | CIRCLE ONE |
|---|---|
| Are all accounts receivable being collected within terms? | (Yes) No |
| Are all post-petition liabilities, including taxes, being paid within terms? | (Yes) No |
| Have any pre-petition liabilities been paid? If so, describe | Yes (No) |
| Are all funds received being deposited into DIP bank accounts? | (Yes) No |
| Were any assets disposed of outside the normal course of business? If so, describe | Yes (No) |
| Are all U.S. Trustee Quarterly Fee Payments current? | (Yes) No |
| What is the status of your Plan of Reorganization? | |

ATTORNEY NAME: Ronald Smeberg
FIRM NAME: Muller Smeberg, PLLC
ADDRESS: 111 W Sunset Rd
CITY, STATE, ZIP: San Ant TX 78209
TELEPHONE/FAX: 210-664-5000

Larry Wright
KrisJenn Ranch LLC
Manager

*I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.*

SIGNED X [signature] TITLE: CPA CPA
(ORIGINAL SIGNATURE)

Jerry G. Miers, CPA
(PRINT NAME OF SIGNATORY)

7/29/2020
DATE

Revised 07/01/98

MOR-1

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

# COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH 5/31/2020 0:00 | MONTH 6/30/2020 0:00 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | | 21,260.00 | 10,221.06 | | | | |
| Accounts Receivable, Net | | | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | 477,490.00 | 477,490.11 | | | | |
| Other | | | | | | | |
| TOTAL CURRENT ASSETS | 0.00 | 498,750.00 | 487,711.17 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | | | | | | | |
| Less Accumulated Depreciation | | | | | | | |
| NET BOOK VALUE OF PP & E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER ASSETS | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | |
| 3. Electric Deposit | | | | | | | |
| 4. | | | | | | | |
| **TOTAL ASSETS** | $0.00 | $498,750.00 | $487,711.17 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-2

*Revised 07 01 98*

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

# COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | MONTH 5/31/2020 0:00 | MONTH 6/30/2020 0:00 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | | | | | | |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured | | 5,900,000.00 | 5,900,000.00 | | | | |
| Priority Debt | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | | 26,331.00 | 26,330.95 | | | | |
| Other | | 183,174.00 | 183,174.52 | | | | |
| TOTAL PRE-PETITION LIABILITIES | 0.00 | 6,109,505.00 | 6,109,505.47 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | 0.00 | 6,109,505.00 | 6,109,505.47 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | -5,605,684.00 | -5,605,684.41 | | | | |
| RETAINED EARNINGS: Filing Date | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | -5,071.00 | -16,109.89 | | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | 0.00 | -5,610,755.00 | -5,621,794.30 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $0.00 | $498,750.00 | $487,711.17 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

**MOR-3**

*Revised 07 01 98*

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

# SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| ***TRADE ACCOUNTS PAYABLE*** | | | | | | |
| TAX PAYABLE | | | | | | |
| Federal Payroll Taxes | | | | | | |
| State Payroll Taxes | | | | | | |
| Ad Valorem Taxes | | | | | | |
| Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

***Payment requires Court Approval**

**MOR-4**

*Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

**AGING OF POST-PETITION LIABILITIES**
**MONTH** ____________

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 0.00 | | | | | |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**AGING OF ACCOUNTS RECEIVABLE**

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**

*Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

# STATEMENT OF INCOME (LOSS)

| | MONTH 04/27 - 05/31/20 | MONTH 06/01 - 06/30/20 | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 3,600.00 | 0.00 | | | | | 3,600.00 |
| TOTAL COST OF REVENUES | 5,183.00 | 1,035.96 | | | | | 6,218.96 |
| GROSS PROFIT | -1,583.00 | -1,035.96 | 0.00 | 0.00 | 0.00 | 0.00 | -2,618.96 |
| **OPERATING EXPENSES:** | | | | | | | |
| Selling & Marketing | | | | | | | 0.00 |
| General & Administrative | 1,848.00 | 3.00 | | | | | 1,851.00 |
| Insiders Compensation | | | | | | | 0.00 |
| Professional Fees | 1,640.00 | 10,000.00 | | | | | 11,640.00 |
| Other | | | | | | | 0.00 |
| Other | | | | | | | 0.00 |
| **TOTAL OPERATING EXPENSES** | 3,488.00 | 10,003.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,491.00 |
| INCOME BEFORE INT. DEPR/TAX (MOR-1) | -5,071.00 | -11,038.96 | 0.00 | 0.00 | 0.00 | 0.00 | -16,109.96 |
| INTEREST EXPENSE | | | | | | | 0.00 |
| DEPRECIATION | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | -5,071.00 | -11,038.96 | 0.00 | 0.00 | 0.00 | 0.00 | -16,109.96 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| **NET INCOME (LOSS) (MOR-1)** | ($5,071.00) | ($11,038.96) | $0.00 | $0.00 | $0.00 | $0.00 | ($16,109.96) |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

* *Footnote Mandatory.*

** *Unusual and or infrequent item(s) outside the ordinary course of business requires footnote.*

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH | MONTH 04/27 - 05/31/20 | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $21,260.02 | $10,221.06 | $10,221.06 | $10,221.06 | $0.00 |
| **RECEIPTS:** | | | | | | | |
| 2. CASH SALES | | 3,600.00 | | | | | 3,600.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | 26,330.95 | | | | | 26,330.95 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 29,930.95 | 0.00 | 0.00 | 0.00 | 0.00 | 29,930.95 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| **DISBURSEMENTS:** | | | | | | | |
| 7. NET PAYROLL | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | 1,844.00 | | | | | 1,844.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | 5,183.32 | 1,035.96 | | | | 6,219.28 |
| 17. ADMINISTRATIVE & SELLING | | 3.61 | 3.00 | | | | 6.61 |
| 18. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 7,030.93 | 1,038.96 | 0.00 | 0.00 | 0.00 | 8,069.89 |
| 19. PROFESSIONAL FEES | | 1,640.00 | 10,000.00 | | | | 11,640.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| **TOTAL DISBURSEMENTS**** | 0.00 | 8,670.93 | 11,038.96 | 0.00 | 0.00 | 0.00 | 19,709.89 |
| 22. NET CASH FLOW | 0.00 | 21,260.02 | -11,038.96 | 0.00 | 0.00 | 0.00 | 10,221.06 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $21,260.02 | $10,221.06 | $10,221.06 | $10,221.06 | $10,221.06 | $10,221.06 |

* Applies to Individual debtors only

**Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

# CASH ACCOUNT RECONCILIATION
## MONTH OF 6/30/2020

| BANK NAME | Broadway | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | 8640 | # | # | | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 21,260.02 | | | | $21,260.02 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $21,260.02 | $0.00 | $0.00 | $0.00 | $21,260.02 |
| BEGINNING CASH - PER BOOKS | 0.00 | | | | $0.00 |
| RECEIPTS* | 3,600.00 | | | | $3,600.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 26,330.95 | | | | $26,330.95 |
| CHECKS/OTHER DISBURSEMENTS* | 8,670.93 | | | | $8,670.93 |
| ENDING CASH - PER BOOKS | $21,260.02 | $0.00 | $0.00 | $0.00 | $21,260.02 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH 04/27/20 - 05/31/20 | MONTH 06/01 - 06/30-2020 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. Jerry G Miers, CPA | 1,640.00 | | | | | |
| 2. Mueller-Smeburg, PLLC | | 10,000.00 | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $1,640.00 | $10,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**CASE NAME:** KrisJenn Ranch Series pipeline LLC
**CASE NUMBER:** 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH | MONTH | MONTH 06/1 - 06/30/2020 | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **RECEIPTS:** | | | | | | | |
| 2. CASH SALES | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| **DISBURSEMENTS:** | | | | | | | |
| 7. NET PAYROLL | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | 0.00 |
| 18. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. PROFESSIONAL FEES | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| **TOTAL DISBURSEMENTS**** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22. NET CASH FLOW | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Applies to Individual debtors only

**Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

**CASE NAME:** KrisJenn Ranch Ser Pipeline LLC
**CASE NUMBER:** 20-50805-RBK

# CASH ACCOUNT RECONCILIATION
## MONTH OF 6/30/2020

| BANK NAME | | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | | # | # | | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 0.00 | | | | $0.00 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING CASH - PER BOOKS | 0.00 | | | | $0.00 |
| RECEIPTS* | | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | | | | | $0.00 |
| ENDING CASH - PER BOOKS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch Ser Uvalde Ranch LLC
**CASE NUMBER:** 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH | MONTH | MONTH 06/1 - 06/30/2020 | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **RECEIPTS:** | | | | | | | |
| 2. CASH SALES | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| **DISBURSEMENTS:** | | | | | | | |
| 7. NET PAYROLL | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | 0.00 |
| 18. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. PROFESSIONAL FEES | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| **TOTAL DISBURSEMENTS**** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22. NET CASH FLOW | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-7**

* Applies to Individual debtors only

**Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

*Revised 07 01 98*

**CASE NAME:** KrisJenn Ranch Ser Uvalde Ranch LLC
**CASE NUMBER:** 20-50805-RBK

# CASH ACCOUNT RECONCILIATION
## MONTH OF 6/30/2020

| BANK NAME | | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | | # | # | | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 0.00 | | | | $0.00 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING CASH - PER BOOKS | 0.00 | | | | $0.00 |
| RECEIPTS* | | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | | | | | $0.00 |
| ENDING CASH - PER BOOKS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

BROADWAY BANK

*We're here for good.*

1177 N.E. Loop 410
San Antonio, TX 78209
Return Service Requested

Account Number
[redacted]6640
Page 1 of 2



Broadway bank
800.531.7650

014767 0.6500 AB 0.419 TR00059

KRISJENN RANCH LLC
DEBTOR IN POSSESSION
CASE# 20-50805
410 SPYGLASS RD
MCQUEENEY TX 78123-3418

**A change to the Terms and Conditions of Your Account – Your Ability to Withdraw Funds**

**As of July 1, 2020**, we are increasing the amount we make available for withdrawal from checks deposited that are subject to a Case-by-Case delay in availability from $200 to $225. In addition, we are increasing the amount available for withdrawal from checks deposited that are subject to Safeguard Exception and New Account holds from $5,000 to $5,525.

## Bank Statement

SUMMARY OF ACCOUNTS

| Account Type | Account # | Balance as of Jun 30, 2020 | YTD Interest |
|---|---|---|---|
| ADVANTAGE BUSINESS CHECKING | [redacted]6640 | $10,221.06 | $0.00 |

This statement reports your balances and activity from May 31, 2020 thru Jun 30, 2020 on the following accounts

ADVANTAGE BUSINESS CHECKING Account # [redacted]6640 Balance: $10,221.06

| | |
|---|---|
| Balance Last Statement | 21,260.02 |
| Total Debits | 11,038.96 |
| Checks Written | 11,035.96 |

| Check # | Date Paid | Amount | Check # | Date Paid | Amount |
|---|---|---|---|---|---|
| 107 | 06-08 | 1,035.96 | 562020* | 06-01 | 10,000.00 |

* DENOTES MISSING CHECK NUMBER

Other Withdrawals

| | | |
|---|---|---|
| Jun 30 | DEP-Paper Statement Fee | 3.00 |

CHECKS IN THIS STATEMENT




Ck# 107 Amt $1,035.96 6-8-2020

KrisJenn Ranch LLC
2020-101
5-6-20
Snober Law Firm
$ 10,000 00/xx
ten thousand and 00/xx
BROADWAY BANK
Retainer - Chpt. 11
Larry Wright

Ck# 562020 Amt $10,000.00 6-1-2020