IN THE UNITED STATES BANKRUPCTY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| KrisJenn Ranch, LLC, | § | CASE NO. 20-50805 (RBK) |
| | § | |
| Debtor. | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that **LANGLEY & BANACK, INC.** has been retained as counsel for **DMA Properties, Inc. and Frank Daniel Moore** in the above-referenced proceeding, and that pursuant to Section 1109(b) of the United States Bankruptcy Code and Rule 2002 of the Bankruptcy Rules, the undersigned requests that all notices given or required to be served in this case be given to and served upon the following:

**NATALIE F. WILSON**
LANGLEY & BANACK INC.
Trinity Plaza II, Suite 700
745 East Mulberry
San Antonio, Texas 78212-3166
(210) 736-6600 Telephone
(210) 735-6889 Telecopier
nwilson@langleybanack.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the United States Bankruptcy Code, the foregoing request includes all notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, disclosure statements, answers, responses, memoranda or briefs in support of the foregoing and any other documents brought before the Court with respect to these proceedings, including but not limited to contested and non-contested matters, and adversary proceedings, whether or not Applicant is named as a party defendant in those particular matters or proceedings, whether formal or informal, whether written or oral and whether transmitted or conveyed

personally or by mail, delivery, telephone, e-mail, telegraph, telex or otherwise.

**Dated: August 5, 2020**

Respectfully submitted,

**LANGLEY & BANACK, INC.**
745 E Mulberry Ave Suite 700
San Antonio, TX 78212
(210) 736-6600
(210) 735-6889 (fax)

*/s/ Natalie F. Wilson*
Natalie F. Wilson
State Bar No. 24076779
nwilson@langleybanack.com

**COUNSEL FOR Defendants/Third Party Plaintiffs DMA Properties, Inc. and Frank Daniel Moore**

## Certificate of Service

I hereby certify that on August 5, 2020 a true and correct copy of the foregoing document was transmitted to each of the parties via the Court's electronic transmission facilities and/or via electronic mail as noted below. For those parties not registered to receive electronic service, a true and correct copy of the foregoing document was served by United States Mail, first class, postage prepaid, at the address noted below.

| **FOR THE DEBTOR**<br>Ronald J. Smeberg<br>Email: ron@smeberg.com<br>The Smeberg Law Firm, PLLC<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926 | Shane P. Tobin<br>Email: shane.p.tobin@usdoj.gov<br>OFFICE OF THE U.S. TRUSTEE<br>903 San Jacinto Blvd, Room 230<br>Austin, Texas 78701<br>**UNITED STATES TRUSTEE** |
|---|---|

*/s/ Natalie F. Wilson*
NATALIE F. WILSON