IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC, *et al* | § | CASE NO. 20-50805-rbk |
| | § | |
| | § | |
| DEBTOR | § | (Jointly Administered) |

**MOTION REQUESTING EXPEDITED CONSIDERATION OF DEBTOR'S JOINT EXPEDITED MOTION TO EXTEND DEBTORS' EXCLUSIVITY PERIOD BY 90 DAYS**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**DEBTOR HAS REQUESTED EXPEDITED CONSIDERATION OF THIS MOTION AND HAS REQUESTED THAT A HEARING BE HELD ON THIS MOTION AT THE COURT'S EARLIEST CONVENIENCE. IF THE COURT IN FACT SETS THIS MOTION FOR AN EXPEDITED HEARING, THEN ONLY ATTENDANCE AT THE HEARING IS NECESSARY TO PRESERVE YOUR RIGHTS**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

KrisJenn Ranch, LLC, KrisJenn Ranch, LLC Series Pipeline ROW, and KrisJenn Ranch, LLC Series Uvalde Ranch's (the "Debtors"), Debtor and Debtors-in-Possession submit this Motion Requesting Expedited Consideration of Debtor's Joint Motion to Extend Debtors' Exclusivity Period by 90 Days (the "Motion"), and in support thereof respectfully shows the Court as follows:

## BACKGROUND

1. On April 27, 2020, (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (as amended, the "Code"). The Debtors continue to manage their financial affairs as a debtors-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code. No creditors' committee has yet been

1

appointed in this case by the United States Trustee. No trustee or examiner has been requested or appointed.

2. Debtors, KrisJenn Ranch, LLC and Series Uvale Ranch purchased the KrisJenn Ranch (the "Ranch") in 2013 for $3,952,000 and then invested an additional $840,000 in the Ranch. The Ranch derives its income from the sale of cattle and a white-tail deer hunting lease operation.

3. The Ranch is encumbered by a $5.9 million loan from Mcleod Oil ("Mcleod") related to an investment in a pipeline and its right of way. The origins of this loan are complicated. In 2017, Debtor and Larry Wright loaned $4.1 million and $1.2 million, respectively, to Black Duck, LLC ("Black Duck"). Debtor, Krisjenn Ranch, LLC owned a 50% interest in Black Duck, and Daniel Moore owned the other 50% interest in Black Duck. The purpose of the loans was to fund Black Duck's purchase of a discontinued oil pipeline (the "Pipeline") and right of way for $5 million plus closing costs of the purchase. The full $4.1 million that Debtor loaned to Black Duck was obtained through a loan between Debtor and Asilo Investments, Ltd. ("Asilo"). The Pipeline and right of way were purchased pursuant to a purchase money contract that was assigned to Black Duck from Longbranch Energy, L.P. ("Longbranch"). Under the assignment, Longbranch retained a 20% net profit share interest. The terms of that agreement are currently in dispute. Daniel Moore sold his 50% interest in Black Duck back to the company in exchange for a 20% net profit share interest to his Company DMA Properties, Inc. The terms of the agreement with Moore/DMA Properties, Inc. are also currently in dispute.

4. In 2018, Black Duck sold the Pipeline and right of way to TCRG East Texas Pipeline 1, LLC ("TCRG") for $2.5 million, and—as part of the deal—Black Duck retained 16% of the gross profit from the Pipeline and right of way. The aggregate, projected profit to Black

2

Duck and other interested parties was $48,000 per day. Black Duck was unable to pay its debts to Debtor, and Debtor foreclosed on the note securing its loan to Black Duck. Shortly thereafter, in late 2018, Black Duck ceased being a going concern and was eventually wound down. The $2.5 million received from TCRG was allocated to Debtor to pay the debts encumbering the Pipeline and right of way—$1.2 million was used to repay Larry Wright, and $1.3 million was used to pay down the Asilo loan principal and accrued interest.

5. The loan from Mcleod was originally obtained to refinance the remaining $3.4 million loan from Asilo. Shortly after the TCRG purchase, Longbranch and Moore threatened TCRG with litigation for having purchased the Pipeline and right of way. As a result, Debtor KrisJenn Ranch, LLC agreed to repurchase the Pipeline and right of way from TCRG in 2019. Debtor repurchased the Pipeline and right of way under the Series Pipeline ROW by obtaining an additional $2.5 million in financing from Mcleod, increasing the total amount loaned from Mcleod to $5.9 million. All three Debtors are borrowers under the Mcleod debt.

6. Approximately $6.05 million is outstanding on the Mcleod debt. The Mcleod debt is also secured by the Pipeline and the right of way. Debtors defaulted on payments due to Mcleod in February 2020.

7. The issues regarding the pipeline are being litigation in Adversary Number 20-05027, which is set for trail on December 7, 2020. Debtors need to resolve the litigation to determine the terms for their plan of reorganization.

8. Pursuant to Section 1121, Debtors' exclusivity period is set to terminate by operation of law on August 25, 2020. After notice and hearing, this Court has the inherent authority to extend the 120-day period. *See* 11 U.S.C. 1121(d).

**RELIEF REQUESTED**

9. Debtor requests expedited consideration of their Joint Motion to Extend Debtors' Exclusivity Period by 90 Days.

## PRAYER

WHEREFORE, premises considered, Debtor respectfully requests that the Court grant this request and set the Joint Motion to Extend Debtors' Exclusivity Period by 90 Days to be heard at the Court's earliest convenience.

Dated: August 6, 2020

Respectfully submitted,

MULLER SMEBERG, PLLC

By: /s/ Ronald J. Smeberg .
RONALD J. SMEBERG
State Bar No. 24033967
MULLER SMEBERG, PLLC
111 W. Sunset
San Antonio, Texas 78209
210-664-5000 (Tel)
210-598-7357 (Fax)
ron@smeberg.com
ATTORNEY FOR DEBTOR

## CERTIFICATE OF CONFERENCE

The undersigned certifies that he conferenced with the United States Trustee and counsel for Mcleod Oil, Longbranch, and DMA via email. DMA is unopposed and the other counsels have not yet responded.

/s/ Ronald J. Smeberg
RONALD J. SMEBERG

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2020, true and correct copies of the foregoing will be forwarded electronically via the Court's ECF System, or by U.S. first class mail, postage prepaid, on, all parties listed on the attached Service List.

/s/ Ronald J. Smeberg
RONALD J. SMEBERG

# SERVICE LIST

**DEBTOR**

KrissJenn Ranch, LLC
410 Spyglass Rd
Mc Queeney, TX 78123-3418

**GOVERNMENT ENTITIES**

Office of the UST
615 E Houston, Room 533
PO Box 1539
San Antonio, TX 78295-1539

U.S. Attorney
Attn: Bkcy Division
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

Internal Revenue Services
Special Procedures Branch
300 E. 8th St. STOP 5026 AUS
Austin, TX 78701

Texas Comptroller of Public Account
Attn: Bankruptcy
P.O. Box 149359
Austin, TX 78714-9359

Angelina County Tax Assessor
606 E Lufkin Ave,
Lufkin, Texas 75901

Nacogdoches County Tax Assessor Collector
101 West Main Street
Nacogdoches, Texas 75961

Rusk County
202 N Main St,
Henderson, Texas 75652

Shelby County, Tax Collector
200 St. Augustine St.
Center, Texas 75935

Tenaha ISD Tax Assessor-Collector
138 College St
Tenaha, TX 75974-5612

Uvalde Tax Assessor
Courthouse Plaza, Box 8
Uvalde, Texas 78801

**NOTICE PARTIES**

METTAUER LAW FIRM
c/o April Prince
403 Nacogdoches St Ste 1
Center, TX 75935-3810

Albert, Neely & Kuhlmann
1600 Oil & Gas Building
309 W 7th St
Fort Worth, TX 76102-6900

Laura L. Worsham
JONES, ALLEN & FUQUAY, LLP
8828 Greenville Ave.
Dallas, Texas 75243

Craig Crockett
CRAIG M. CROCKETT, PC
5201 Camp Bowie Blvd. #200
Fort Worth, Texas 76107

Christopher S. Johns

JOHNS &COUNSEL PLLC
14101 Highway 290 West, ste 400A
Austin, Texas 78737

Timothy Cleveland
CLEVELAND|TERRAZAS PLLC
4611 Bee Cave Road, ste 306B
Austin, Texas 78746

DMA Properties, Inc. and Frank Daniel Moore
c/o NATALIE F. WILSON
LANGLEY & BANACK INC.
Trinity Plaza II, Suite 700
745 East Mulberry
San Antonio, Texas 78212-3166

**SECURED CREIDITORS**

McLeod Oil, LLC
c/o John W. McLeod, Jr.
700 N Wildwood Dr
Irving, TX 75061-8832

**UNSECURED CREIDITORS**

Bigfoot Energy Services
312 W Sabine St
Carthage, TX 75633-2519

C&W Fuels, Inc.
Po Box 40
Hondo, TX 78861-0040

Davis, Cedillo & Mendoza
755 E Mulberry Ave Ste 500

5

San Antonio, TX 78212-3135

Granstaff Gaedke & Edgmon
5535 Fredericksburg Rd Ste 110
San Antonio, TX 78229-3553

Hopper's Soft Water Service
120 W Frio St
Uvalde, TX 78801-3602

Larry Wright
410 Spyglass Rd
Mc Queeney, TX 78123-3418

Medina Electric
2308 18th St.
Po Box 370
Hondo, TX 78861-0370

Medina's Pest Control
1490 S Homestead Rd
Uvalde, TX 78801-7625

Texas Farm Store
236 E Nopal St
Uvalde, TX 78801-5317

Uvalco Supply
2521 E Main St
Uvalde, TX 78801-4940

Longbranch Energy
c/o DUKE BANISTER RICHMOND
Po Box 175
Fulshear, TX 77441-0175

DMA Properties, Inc.
896 Walnut Street at US 123 BYP

Seneca, SC 29678