**The relief described hereinbelow is SO ORDERED.**

**Signed August 06, 2020.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC, *et al* | § | CASE NO. 20-50805-rbk |
| | § | |
| | § | |
| DEBTOR | § | (Jointly Administered) |

### ORDER SETTING EXPEDITED HEARING OF DEBTORS' JOINT EXPEDITED MOTION TO EXTEND DEBTORS' EXCLUSIVITY PERIOD BY 90 DAYS

On Consideration of K KrisJenn Ranch, LLC, KrisJenn Ranch, LLC Series Pipeline ROW, and KrisJenn Ranch, LLC Series Uvalde Ranch's, Motion Requesting Expedited Consideration of Debtor's Joint Motion to Extend Debtors' Exclusivity Period by 90 Days, and it appearing to the Court that notice was sufficient under the circumstances and that the relief sought should be granted; it is hereby

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED THAT **this expedited hearing will be heard on August 17, 2020 @10:30am. Via TELEPHONE -- NO "IN PERSON" APPEARANCE IS REQUIRED UNTIL AN EVIDENTIARY HEARING IS REQUESTED. Parties DO NOT need to email for authority to appear by telephone for this matter.** **The conference call in number is 888-278-0296, access code: 9198559.**

it is further

ORDERED that the Movant shall give notice of this expedited hearing by forwarding a copy of this Order by email, facsimile transmission, or telephone, if possible, to all parties listed on the Service List attached to the motion, and shall evidence such service by the filing of a certificate of service with the Court prior to the scheduled hearing.

###

Respectfully submitted,

MULLER SMEBERG, PLLC

By:/s/ Ronald J. Smeberg
Ronald J. Smeberg
SBN: 24033967
111 W. Sunset
San Antonio, Texas 78209 Tel: (210) 664-5000
Fax: (210) 598-7357

**ATTORNEY FOR DEBTOR**