**The relief described hereinbelow is SO ORDERED.**

**Signed August 17, 2020.**

_____
**Ronald B. King
Chief United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC, *et al* | § | CASE NO. 20-50805-rbk |
| | § | |
| | § | |
| DEBTOR | § | (Jointly Administered) |

## ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTOR-IN-POSSESSION TO INCUR FINANCING

This matter came before the Court on KrisJenn Ranch, LLC, KrisJenn Ranch, LLC Series Pipeline ROW, and KrisJenn Ranch, LLC Series Uvalde Ranch's (the "Debtors"), *Joint Motion to Extend Debtors' Exclusivity Period by 90 Days* (the "Motion")

The Court finding that it is more likely than not that the Court will Confirm a Plan of Reorganization in Debtors' Cases in a reasonable period of time and that Debtors' Motion is well taken and, it is therefore,

ORDERED, ADJUDGED AND DECREED that the period set forth in 11 U.S.C. § 1121(d) is extended as follows:

The Debtors shall have the exclusive right to file a disclosure statement and plan of reorganization up to and including November 25, 2020;

The Debtors shall have the exclusive right to solicit and confirm their plans of reorganization up to and including January 25, 2021.

###

**Submitted By:**

        MULLER SMEBERG, PLLC

By: /s/ *Ronald J. Smeberg*
        RONALD J. SMEBERG
        State Bar No. 24033967
        111 W. Sunset Rd.
        San Antonio, Texas 78209
        210-664-5000 (Tel)
        210-598-7357 (Fax)
        ron@muller-smeberg.com
        ATTORNEY FOR DEBTORS