IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC, *et al* | § | CASE NO. 20-50805-rbk |
| | § | |
| | § | |
| DEBTOR | § | (Jointly Administered) |

**JOINT APPLICATION TO EMPLOY ACCOUNTANT**
**DOUGLAS G. DEFFENBAUGH, C.P.A.**

**************************************************************************

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS. IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD. A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

**************************************************************************

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

KrisJenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, and KrisJenn Ranch, LLC, Series Pipeline Row ("Debtors") respectfully makes this Joint application ("Application") to employ DOUGLAS G. DEFFENBAUGH, C.P.A. ("ACCOUNTANT") as accountant, representing as follows:

1. On April 27, 2020, Debtors filed a petition under Chapter 11 of the Title 11, United States Code.

2. Debtors have continued possession and management of their property as Debtors-in-Possession.

3. The Debtors had employed Jerry Miers as accountant; however, Miers sold his practice to Accountant. Therefore, Debtors wish to employ Accountant as their new accountant.

4. In connection with the performance of its duties and obligations as Debtors-in-Possession, the Debtors request authority to employ ACCOUNTANT as their accountant to assist Debtors with preparing financial statements and account entry adjustments, conduct Debtors' bookkeeping, prepare quarterly tax returns, and prepare tax returns at the rates set forth in Exhibit "A" ("Deffenbaugh Engagement Letter").

5. Debtors have selected this accountant because of their experience and knowledge in matters of this character and the Debtors believes this accountant is well qualified to represent the Debtors, as debtors in possession, in this case. Furthermore, it is necessary for the Debtors, as debtors in possession, to employ ACCOUNTANT for such professional services.

6. In compliance with 11 U.S.C. §329 and Rule 2014, DOUGLAS G. DEFFENBAUGH has attached a declaration as Exhibit "B" detailing the connections with the Debtors or any party-in-interest. To the extent Exhibit "B" discloses any connection, the Debtors believe it is not sufficient to prohibit employment as counsel.

**Statement of Disinterestedness**

7. Based on the declaration of DOUGLAS G. DEFFENBAUGH attached as Exhibit "B" ("Declaration of Proposed Accountant"), the Debtors believe ACCOUNTANT is a "disinterested person" as that term is defined by 11 U.S.C. § 101(14). Other than set forth in this Jointly Administered Debtor's Application to Employ, ACCOUNTANT has no connections with the debtors, creditors, any other party- in-interest, respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, and has no interest adverse to the Estate that would disqualify ACCOUNTANT from employment.

**Employment**

8. Debtors have transferred all files to Mr. Douglas G. Deffenbaugh.

WHEREFORE, the Debtors hereby request that they be authorized to employ DOUGLAS G. DEFFENBAUGH, C.P.A. on at the rates set forth on Exhibit "A" and that the Debtors have such other and further relief as is just.

Dated: September 3, 2020

Respectfully Submitted,

MULLER SMEBERG, PLLC

By: /s/ Ronald J. Smeberg .
RONALD J. SMEBERG
State Bar No. 24033967
MULLER SMEBERG, PLLC
111 W. Sunset
San Antonio, Texas 78209
210-664-5000 (Tel)
210-598-7357 (Fax)
ron@smeberg.com
ATTORNEY FOR DEBTOR

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2020, true and correct copies of the foregoing motion will be forwarded electronically via the Court's ECF System, or by U.S. first class mail, postage prepaid, on, all parties listed on the attached Service List.

/s/ Ronald J. Smeberg

RONALD J. SMEBERG

## SERVICE LIST

**DEBTOR**

KrissJenn Ranch, LLC
410 Spyglass Rd
McQueeney, TX 78123-3418

**GOVERNMENT ENTITIES**

Office of the UST
615 E Houston, Room 533
PO Box 1539
San Antonio, TX 78295-1539

U.S. Attorney
Attn: Bkcy Division
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

Internal Revenue Services
Special Procedures Branch
300 E. 8th St.
STOP 5026 AUS
Austin, TX 78701

Texas Comptroller of
Public Account
Attn: Bankruptcy
P.O. Box 149359
Austin, TX 78714-9359

Angelina County
Tax Assessor
606 E Lufkin Ave,
Lufkin, Texas 75901

Nacogdoches County Tax
Assessor Collector
101 West Main Street
Nacogdoches, Texas 75961

Rusk County
202 N Main St,
Henderson, Texas 75652

Shelby County, Tax Collector
200 St. Augustine St.
Center, Texas 75935

Tenaha ISD Tax
Assessor-Collector
138 College St
Tenaha, TX 75974-5612

Uvalde Tax Assessor
Courthouse Plaza, Box 8
Uvalde, Texas 78801

**NOTICE PARTIES**

METTAUER LAW FIRM
c/o April Prince
403 Nacogdoches St Ste 1
Center, TX 75935-3810

Albert, Neely & Kuhlmann
1600 Oil & Gas Building
309 W 7th St
Fort Worth, TX 76102-6900

Laura L. Worsham
JONES, ALLEN & FUQUAY, LLP
8828 Greenville Ave.
Dallas, Texas 75243

Craig Crockett
CRAIG M. CROCKETT, PC
5201 Camp Bowie Blvd. #200
Fort Worth, Texas 76107

Christopher S. Johns
JOHNS &COUNSEL PLLC
14101 Highway 290 West,
ste 400A
Austin, Texas 78737

Timothy Cleveland
CLEVELAND|TERRAZAS PLLC
4611 Bee Cave Road, ste 306B
Austin, Texas 78746

Andrew R. Seger
KEY TERRELL & SEGER
4825 50th Street, ste A
Lubbock, Texas 79414

**SECURED CREDITORS**

McLeod Oil, LLC
c/o John W. McLeod, Jr.
700 N Wildwood Dr
Irving, TX 75061-8832

**UNSECURED CREDITORS**

Bigfoot Energy Services
312 W Sabine St
Carthage, TX 75633-2519

C&W Fuels, Inc.
Po Box 40
Hondo, TX 78861-0040

Davis, Cedillo & Mendoza
755 E Mulberry Ave Ste 500
San Antonio, TX 78212-3135

Granstaff Gaedke & Edgmon
5535 Fredericksburg Rd Ste 110
San Antonio, TX 78229-3553

Hopper's Soft Water Service
120 W Frio St
Uvalde, TX 78801-3602

Larry Wright
410 Spyglass Rd
Mc Queeney, TX 78123-3418

Medina Electric
2308 18th St.
Po Box 370
Hondo, TX 78861-0370

Medina's Pest Control
1490 S Homestead Rd
Uvalde, TX 78801-7625

Texas Farm Store
236 E Nopal St
Uvalde, TX 78801-5317

Uvalco Supply
2521 E Main St
Uvalde, TX 78801-4940

Longbranch Energy
c/o DUKE BANISTER
RICHMOND

PO Box 175
Fulshear, TX 77441-0175

DMA Properties, Inc.
896 Walnut Street at
US 123 BYP
Seneca, SC 29678

5