

# Douglas G. Deffenbaugh, C.P.A.

DOUGLAS G. DEFFENBAUGH

*EXHIBIT A*

## ENGAGEMENT LETTER FOR BANKRUPTCY ACCOUNTING WORK

August 1 2020

This letter is to outline the terms of my engagement to provide accounting services for KrisJenn Ranch, LLC and any series LLC in Case No. 20-50805 in The U.S. Bankruptcy Court for the Western District of Texas, San Antonio Division at the request of the Larry Wright. As part of my engagement I will: Prepare the Monthly Operating Report and any related bookkeeping services. Any other requested accounting services will be at the same hourly rate described herein.

It is your responsibility to provide all the information required for the preparation of complete and accurate monthly operating reports. You represent that the information you provide will be accurate and complete to the best of your knowledge. I will not audit or otherwise verify the information provided, although I may ask for clarification if the information appears to be incorrect, inconsistent, or incomplete. My work in connection with the preparation of the monthly operating report does not include any procedures designed to discover errors or other irregularities, should any exist. **You have the final responsibility for the monthly operating report and, therefore, you should carefully review them before you sign and file them.**

My fees for these services will be at the rate of $200.00 per hour. The fees are due upon completion of the work and presentation of invoice after any necessary court approval. Checks should be made payable to Douglas G. Deffenbaugh, CPA. You may terminate this engagement at any time. Should you do so, however, you remain liable for all unpaid fees as discussed above. I reserve the right to withdraw from this engagement at any time for any reason. I will notify you of any decision by me to withdraw. I will take all reasonable steps to assist in the orderly transfer of your work.

If the foregoing is in accordance with your understanding, please sign the enclosed copy of this letter in the space provided and return it to me along with your tax information. If you have any questions, please do not hesitate to contact me. I appreciate your business.

Respectfully,

*Doug Deffenbaugh, CPA*

Doug Deffenbaugh, CPA

Accepted by: _____

Date _____ Title _____

14350 Northbrook Drive, Suite 200
San Antonio, Texas 78232

doug@deffenbaughandlange.com

(210) 496-0612
Fax: 12105798325