**MOR-1**

**UNITED STATES BANKRUPTCY COURT**

*CASE NAME:* KrisJenn Ranch, LLC

*CASE NUMBER:* 20-50805-RBK

*PROPOSED PLAN DATE:*

*PETITION DATE:*

*DISTRICT OF TEXAS:* Western

*DIVISION:* San Antonio

## MONTHLY OPERATING REPORT SUMMARY  FOR MONTH  *August*  2020

| MONTH | 04/27 - 05/31/2020 | 06/01/- 6/30/2020 | 7/1-7/31/2020 | 8/1-8/31/2020 | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 3,600.00 | 0.00 | 3,781.90 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | -5,071.00 | -11,038.96 | -25,787.17 | -2,078.18 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | -5,071.00 | -11,038.96 | -25,787.17 | -2,078.18 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 1,640.00 | 10,000.00 | 29,566.07 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 8,671.00 | 11,038.96 | 29,569.07 | 2,078.18 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | EXP. DATE |
|---|---|
| CASUALTY | YES ( ) NO ( ) |
| LIABILITY | YES ( ) NO ( ) |
| VEHICLE | YES ( ) NO ( ) |
| WORKER'S | YES ( ) NO ( ) |
| OTHER | YES ( ) NO ( ) |

CIRCLE ONE

Are all accounts receivable being collected within terms? **Yes**  No

Are all post-petition liabilities, including taxes, being paid within terms? **Yes**  No

Have any pre-petition liabilities been paid? Yes  **No**
  If so, describe

Are all funds received being deposited into DIP bank accounts? **Yes**  No

Were any assets disposed of outside the normal course of business? Yes  **No**
  If so, describe

Are all U.S. Trustee Quarterly Fee Payments current? **Yes**  No

What is the status of your Plan of Reorganization?

*ATTORNEY NAME:* Ronald Smeberg

*FIRM NAME:* Muller Smeberg, PLLC

*ADDRESS:* 111 W Sunset Rd

*CITY, STATE, ZIP:* San Ant TX  78209

*TELEPHONE/FAX:* 210-664-5000

*I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct*

SIGNED X *Larry Wright*  TITLE: Mgr.  9/17/20
  (ORIGINAL SIGNATURE)

(PRINT NAME OF SIGNATORY)  DATE  Revised 07/01/98

**MOR-1**

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH 5/31/2020 0:00 | MONTH 6/30/2020 0:00 | MONTH 7/31/2020 0:00 | MONTH 8/31/2020 0:00 | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | | 21,260.00 | 10,221.06 | 4,433.89 | 2,355.71 | | |
| Accounts Receivable, Net | | | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | 477,490.00 | 477,490.11 | 477,490.11 | 477,490.11 | | |
| Other | | | | | | | |
| TOTAL CURRENT ASSETS | 0.00 | 498,750.00 | 487,711.17 | 481,924.00 | 479,845.82 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | | | | | | | |
| Less Accumulated Depreciation | | | | | | | |
| NET BOOK VALUE OF PP & E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | |
| 3. Electric Deposit | | | | | | | |
| 4. | | | | | | | |
| **TOTAL ASSETS** | $0.00 | $498,750.00 | $487,711.17 | $481,924.00 | $479,845.82 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

**MOR-2**

*Revised 07/01/98*

CASE NAME:  KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | MONTH 5/31/2020 0:00 | MONTH 6/30/2020 0:00 | MONTH 7/31/2020 0:00 | MONTH 8/31/2020 0:00 | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| LIABILITIES | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | | | | | | |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured | | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | | |
| Priority Debt | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | | 26,331.00 | 26,330.95 | 46,330.95 | 46,330.95 | | |
| Other | | 183,174.00 | 183,174.52 | 183,174.52 | 183,174.52 | | |
| TOTAL PRE-PETITION LIABILITIES | 0.00 | 6,109,505.00 | 6,109,505.47 | 6,129,505.47 | 6,129,505.47 | 0.00 | 0.00 |
| TOTAL LIABILITIES | 0.00 | 6,109,505.00 | 6,109,505.47 | 6,129,505.47 | 6,129,505.47 | 0.00 | 0.00 |
| OWNER'S EQUITY (DEFICIT) | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | -5,605,684.00 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | | |
| RETAINED EARNINGS: Filing Date | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | -5,071.00 | -16,109.89 | -41,897.06 | -43,975.24 | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | 0.00 | -5,610,755.00 | -5,621,794.30 | -5,647,581.47 | -5,649,659.65 | 0.00 | 0.00 |
| TOTAL LIABILITIES & OWNERS EQUITY | $0.00 | $498,750.00 | $487,711.17 | $481,924.00 | $479,845.82 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

**MOR-3**

*Revised 07/01/98*

CASE NAME:     KrisJenn Ranch, LLC
CASE NUMBER:   20-50805-RBK

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | | | | | | |
| TAX PAYABLE | | | | | | |
| Federal Payroll Taxes | | | | | | |
| State Payroll Taxes | | | | | | |
| Ad Valorem Taxes | | | | | | |
| Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | |
| OTHER  ACCRUED LIABILITIES | | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

**MOR-4**

*Revised 07/01/98*

CASE NAME:    KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## AGING OF POST-PETITION LIABILITIES
MONTH                        _____

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 0.00 | | | | | |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**                                                              *Revised 07/01/98*

CASE NAME:  KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## STATEMENT OF INCOME (LOSS)

| | MONTH 04/27 - 05/31/20 | MONTH 06/01 - 06/30/20 | MONTH 7/1-7/31/2020 | MONTH 8/1-8/31/2020 | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 3,600.00 | 0.00 | 3,781.90 | 0.00 | | | 7,381.90 |
| TOTAL COST OF REVENUES | 5,183.00 | 1,035.96 | | | | | 6,218.96 |
| GROSS PROFIT | -1,583.00 | -1,035.96 | 3,781.90 | 0.00 | 0.00 | 0.00 | 1,162.94 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | | | | | | | 0.00 |
| General & Administrative | 1,848.00 | 3.00 | 3.00 | 15.00 | | | 1,869.00 |
| Insiders Compensation | | | | | | | 0.00 |
| Professional Fees | 1,640.00 | 10,000.00 | 29,566.07 | 0.00 | | | 41,206.07 |
| Other | | | | 975.00 | | | 975.00 |
| Other | | | | 1,088.18 | | | 1,088.18 |
| TOTAL OPERATING EXPENSES | 3,488.00 | 10,003.00 | 29,569.07 | 2,078.18 | 0.00 | 0.00 | 45,138.25 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -5,071.00 | -11,038.96 | -25,787.17 | -2,078.18 | 0.00 | 0.00 | -43,975.31 |
| INTEREST EXPENSE | | | | | | | 0.00 |
| DEPRECIATION | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | -5,071.00 | -11,038.96 | -25,787.17 | -2,078.18 | 0.00 | 0.00 | -43,975.31 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | ($5,071.00) | ($11,038.96) | ($25,787.17) | ($2,078.18) | $0.00 | $0.00 | ($43,975.31) |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

\* *Footnote Mandatory.*

\* \* *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**

Revised 07/01/98

CASE NAME:  KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH | MONTH 04/27 - 05/31/20 | MONTH 6/1-6/30/2020 | MONTH 7/1-7/31/2020 | MONTH 8/1-8/31/2020 | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $21,260.02 | $10,221.06 | $4,433.89 | $2,355.71 | $0.00 |
| **RECEIPTS:** | | | | | | | |
| 2. CASH SALES | | 3,600.00 | | 3,781.90 | 0.00 | | 7,381.90 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | 26,330.95 | | 20,000.00 | | | 46,330.95 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 29,930.95 | 0.00 | 23,781.90 | 0.00 | 0.00 | 53,712.85 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| **DISBURSEMENTS:** | | | | | | | |
| 7. NET PAYROLL | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | 1,844.00 | | | | | 1,844.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | 5,183.32 | 1,035.96 | | 1,088.18 | | 7,307.46 |
| 17. ADMINISTRATIVE & SELLING | | 3.61 | 3.00 | 3.00 | 15.00 | | 24.61 |
| 18. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 7,030.93 | 1,038.96 | 3.00 | 1,103.18 | 0.00 | 9,176.07 |
| 19. PROFESSIONAL FEES | | 1,640.00 | 10,000.00 | 29,566.07 | 0.00 | | 41,206.07 |
| 20. U.S. TRUSTEE FEES | | | | | 975.00 | | 975.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 8,670.93 | 11,038.96 | 29,569.07 | 2,078.18 | 0.00 | 51,357.14 |
| 22. NET CASH FLOW | 0.00 | 21,260.02 | -11,038.96 | -5,787.17 | -2,078.18 | 0.00 | 2,355.71 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $21,260.02 | $10,221.06 | $4,433.89 | $2,355.71 | $2,355.71 | $2,355.71 |

\* Applies to Individual debtors only

**MOR-7**

\*\*Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

*Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch, LLC

**CASE NUMBER:** 20-50805-RBK

## CASH ACCOUNT RECONCILIATION

### MONTH OF _____ 8/31/2020

| BANK NAME | Broadway | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | ███ 8640 # | | # | | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 2,355.71 | | | | $2,355.71 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $2,355.71 | $0.00 | $0.00 | $0.00 | $2,355.71 |
| BEGINNING CASH - PER BOOKS | 4,433.89 | | | | $4,433.89 |
| RECEIPTS* | 0.00 | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 2,078.18 | | | | $2,078.18 |
| ENDING CASH - PER BOOKS | $2,355.71 | $0.00 | $0.00 | $0.00 | $2,355.71 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

**CASE NAME:**   KrisJenn Ranch, LLC
**CASE NUMBER:**   20-50805-RBK

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.
Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.)  (Attach additional pages as necessary).

| INSIDERS: NAME/COMP  TYPE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS  (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH 4/27-5/31/2020 | MONTH 6/1-6/30/2020 | MONTH 07/01-07/31/2020 | MONTH 08/01-08/31/2020 | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. Jerry G Miers, CPA | 1,640.00 | | | | | |
| 2. Mueller-Smeburg, PLLC | | 10,000.00 | 21,684.82 | | | |
| 3. Granstaff, Gaedke and Edgmon | | | 7,881.25 | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS    (MOR-1) | $1,640.00 | $10,000.00 | $29,566.07 | $0.00 | $0.00 | $0.00 |

**MOR-9**

*Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch Series Uvalde Ranch LLC
**CASE NUMBER:** 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH | MONTH 04/27 - 05/31/20 | MONTH 6/1-6/30/2020 | MONTH 7/1-7/31/2020 | MONTH 8/1-8/31/2020 | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **RECEIPTS:** | | | | | | | |
| 2. CASH SALES | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| **DISBURSEMENTS:** | | | | | | | |
| 7. NET PAYROLL | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | 0.00 |
| 18. OTHER (attach list) | | | | | | | 0.00 |
| **TOTAL DISBURSEMENTS FROM OPERATIONS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. PROFESSIONAL FEES | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| **TOTAL DISBURSEMENTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22. NET CASH FLOW | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-7**

\* Applies to Individual debtors only
\*\*Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

*Revised 07/01/98*

**CASE NAME:**  KrisJenn Ranch Series Uvalde Ranch LLC
**CASE NUMBER:**  20-50805-RBK

# CASH ACCOUNT RECONCILIATION
## MONTH OF _____ 8/31/2020

| BANK NAME | Broadway | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | ████ 8640 # | | # | | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 0.00 | | | | $0.00 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING CASH - PER BOOKS | 0.00 | | | | $0.00 |
| RECEIPTS* | 0.00 | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR   CONTRIBUTION BY INDIVIDUAL        DEBTOR   MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 0.00 | | | | $0.00 |
| ENDING CASH - PER BOOKS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch Series Pipeline LLC
**CASE NUMBER:** 20-50805-RBK

## CASH ACCOUNT RECONCILIATION
### MONTH OF _____ 8/31/2020

| BANK NAME | Broadway | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | 8640 # | | # | | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 0.00 | | | | $0.00 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING CASH - PER BOOKS | 0.00 | | | | $0.00 |
| RECEIPTS* | 0.00 | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 0.00 | | | | $0.00 |
| ENDING CASH - PER BOOKS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

CASE NAME:   KrisJenn Ranch Series Pipeline LLC
CASE NUMBER: 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH | MONTH 04/27 - 05/31/20 | MONTH 6/1-6/30/2020 | MONTH 7/1-7/31/2020 | MONTH 8/1-8/31/2020 | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **RECEIPTS:** | | | | | | | |
| 2. CASH SALES | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| **DISBURSEMENTS:** | | | | | | | |
| 7. NET PAYROLL | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | 0.00 |
| 18. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. PROFESSIONAL FEES | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22. NET CASH FLOW | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-7**

* Applies to Individual debtors only

**Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

*Revised 07/01/98*

**KrisJenn Ranch, LLC**
**Working Trial Balance**
**08/31/20**

| Account | Beginning 7/31/2020 | Balances | Transactions Dr | (Cr) | Balance 8/31/2020 | Adjustments Dr | # | (CR) | Balance DR/(CR) | |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash - Broadway Bank | 4,433.89 | | 0.00 | 2,078.18 | 2,355.71 | | | | 2,355.71 | |
| Transfers | 0.00 | | | | 0.00 | | | | 0.00 | |
| | | | | | | | | | | |
| Note Rec - Cope-N-Hagan | 0.00 | | | | 0.00 | | | | 0.00 | |
| Nore Rec - SWD - Big Foot Energy | 241,019.11 | | | | 241,019.11 | | | | 241,019.11 | |
| Invest - Thunder Road Ptrshp | | 10,895.00 | | | -10,895.00 | | | | -10,895.00 | |
| Invest - VEC Partnership | 247,366.00 | | | | 247,366.00 | | | | 247,366.00 | |
| | | | | | | | | | | |
| Automotive Equipment | 0.00 | | | | 0.00 | | | | 0.00 | |
| Accum Deprec | 0.00 | 0.00 | | | 0.00 | | | | 0.00 | |
| | | | | | | | | | | |
| Deferred Gain - SWD Instal Sale | | 183,174.52 | | | -183,174.52 | | | | -183,174.52 | |
| | | | | | | | | | | |
| Note Payable - Pipeline | | 5,900,000.00 | | | -5,900,000.00 | | | | -5,900,000.00 | |
| Note Payable - Larry Wright | | 46,330.95 | | | -46,330.95 | | | | -46,330.95 | |
| | | | | | | | | | | |
| Capital - Larry Wright | 5,605,684.41 | 0.00 | 0.00 | | 5,605,684.41 | | | | 5,605,684.41 | -43,975.24 |
| | | | | | | | | | | |
| Trailer Lease | | 3,600.00 | | | -3,600.00 | | | | -3,600.00 | |
| Cattle Auction | 0.00 | 3,781.90 | | | -3,781.90 | | | | -3,781.90 | |
| Interest income | 0.00 | | | | 0.00 | | | | 0.00 | |
| Gain on Sale of SWD | 0.00 | | | | 0.00 | | | | 0.00 | |
| ST Cap Gain VECPtrshp | 0.00 | | | | 0.00 | | | | 0.00 | |
| Loss on Bad Debt | 0.00 | | | | 0.00 | | | | 0.00 | |
| (inc)/Loss Thunder Rd Partnership | 0.00 | | | | 0.00 | | | | 0.00 | |
| (Inc)/Loss VEX Partnership | 0.00 | | | | 0.00 | | | | 0.00 | |
| | | | | | | | | | | |
| Auto & Truck | 0.00 | | | | 0.00 | | | | 0.00 | |
| Bank Service Charge | 6.00 | | 15.00 | | 21.00 | | | | 21.00 | |
| Business Gifts | 0.00 | | | | 0.00 | | | | 0.00 | |
| Contract Labor | 0.00 | | | | 0.00 | | | | 0.00 | |
| Contributions | 0.00 | | | | 0.00 | | | | 0.00 | |
| Depreciation | 0.00 | | | | 0.00 | | | | 0.00 | |
| Feed | 955.72 | | 1,088.18 | | 2,043.90 | | | | 2,043.90 | |
| Fuel | 289.34 | | | | 289.34 | | | | 289.34 | |
| Interest expense | 0.00 | | | | 0.00 | | | | 0.00 | |
| Legal & Professional | 41,206.07 | | | | 41,206.07 | | | | 41,206.07 | |
| Management Fees | 0.00 | | | | 0.00 | | | | 0.00 | |
| Meals & Entertainment | 0.00 | | | | 0.00 | | | | 0.00 | |
| Miscellaneous | 0.00 | | | | 0.00 | | | | 0.00 | |
| Office | 3.61 | | | | 3.61 | | | | 3.61 | |
| Other Deductions - Royalty Income | 0.00 | | | | 0.00 | | | | 0.00 | |
| Quarterly Fees- US Trustee | 0.00 | | 975.00 | | 975.00 | | | | 975.00 | |
| Repairs & Maintenance | 3,935.96 | | | | 3,935.96 | | | | 3,935.96 | |
| Supplies | 1,038.26 | | | | 1,038.26 | | | | 1,038.26 | |
| Taxes - Property | 0.00 | | | | 0.00 | | | | 0.00 | |
| Taxes - Franchise | 1,844.00 | | | | 1,844.00 | | | | 1,844.00 | |
| Travel | 0.00 | | | | 0.00 | | | | 0.00 | 43,975.24 |
| | | | | | | | | | | |
| | 6,147,782.37 | 6,147,782.37 | 2,078.18 | 2,078.18 | 0.00 | 0.00 | | 0.00 | 0.00 | |
| | | | | | | | | | | |
| | | 0.00 | | | | | | | | |

**KrisJenn Ranch, LLC**
**Expenses**
**08/01/2020 - 08/31/2020**

| Date | Check # | Payee | Cash Dr/(Cr) | Bank Charges | Supplies | Office Exp | Legal & Professional | Note Pay - Larry Wright | Feed | Repairs & Maintenance | US Trustee Quarterly | Fuel | Taxes - Franchise |
|------|---------|-------|--------------|--------------|----------|------------|----------------------|-------------------------|------|-----------------------|----------------------|------|-------------------|
| 8/2/2020 | 112 | Texas Farm store | -1,088.18 | | | | | | 1,088.18 | | | | |
| 8/2/2020 | 113 | US Trustee | -325.00 | | | | | | | | 325.00 | | |
| 8/2/2020 | 114 | US Trustee | -325.00 | | | | | | | | 325.00 | | |
| 8/2/2020 | 115 | US Trustee | -325.00 | | | | | | | | 325.00 | | |
| 8/31/2020 | Db | Bank Fees | -15.00 | 15.00 | | | | | | | | | |
| | | | -2,078.18 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,088.18 | 0.00 | 975.00 | 0.00 | 0.00 |