**The relief described hereinbelow is SO ORDERED.**

**Signed September 28, 2020.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| **KRISJENN RANCH, LLC,** *et al* | § | CASE NO. 20-50805-rbk |
| | § | |
| | § | |
| DEBTOR | § | (Jointly Administered) |

### ORDER ON JOINT APPLICATION TO EMPLOY
### ACCOUNTANT DOUGLAS G. DEFFENBAUGH, C.P.A.

This matter came before the Court pursuant to the Application to Employ Douglas G. Deffenbaugh, C.P.A. ("Accountant") as accountant in the above-captioned Chapter 11 bankruptcy case. Based upon the Application and the information contained therein, and the supporting exhibits and good cause appearing, any responses thereto, and the arguments of counsel, if any, this Court is of the opinion that (i) Accountant, has no connection with the Debtors, the Trustee, this Court, or any creditor or party in interest, (ii) Accountant is a "disinterested person" within the meaning of Bankruptcy Code § 101(14), and (iii) the employment of Accountant is in the best interest of the bankruptcy estate. It is, therefore:

ORDERED that the Debtors are authorized to employ Accountant as an accountant and it is further ORDERED, ADJUDGED and DECREED that,

1. The Debtors may employ Accountant in the regular course of business for the following services:

    a. Assisting debtors with preparing financial statements and monthly operating reports including but not limited to journal entries and corrections;

    b. Conducting debtors' general bookkeeping;

    c. Preparing annual and quarterly tax returns and

    d. Preparing biweekly payroll

###

Submitted By:
By:     /s/ Ronald J. Smeberg
RONALD J. SMEBERG
State Bar No. 24033967

MULLER SMEBERG, PLLC
111 W. Sunset
San Antonio, Texas 78209
210-664-5000 (Tel)
210-598-7357 (Fax)
ron@smeberg.com
ATTORNEY FOR DEBTOR