## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

|  |  |  |
|---|---|---|
| IN RE:<br>KRISSJEN RANCH, LLC.<br>    *DEBTOR* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 20-50805<br><br>CHAPTER 11 |

|  |  |  |
|---|---|---|
| **KRISJENN RANCH, LLC and**<br>**KRISJENN RANCH, LLC-SERIES**<br>**UVALDE RANCH, and KRISJENN**<br>**RANCH, LLC-SERIES PIPELINE**<br>**ROW as successors in interest to**<br>**BLACKDUCK PROPERTIES, LLC,**<br>    *PLAINTIFFS*<br><br>v.<br><br><br>**DMA PROPERTIES, INC., and**<br>**LONGBRANCH ENERGY, LP**<br>    *DEFENDANTS* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Adversary No. 20-05027** |

|  |  |
|---|---|
| **DMA PROPERTIES, INC.**<br>    *CROSS-PLAINTIFF/*<br>    *THIRD PARTY PLAINTIFF*<br><br>v.<br><br><br>**KRISJENN RANCH, LLC**<br>**KRISJENN RANCH, LLC-SERIES**<br>**UVALDE RANCH, and KRISJENN**<br>**RANCH, LLC-SERIES PIPELINE** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

| | |
|---|---|
| **ROW** | § |
| **BLACKDUCK PROPERTIES, LLC,** | § |
| **LARRY WRIGHT, and JOHN TERRILL** | § |
| *CROSS-DEFENDANTS/* | § |
| *THIRD PARTY DEFENDANTS* | § |

**Adversary No. 20-05027**

---

### NOTICE OF APPEARANCE OF COUNSEL FOR
### DAVID STROLLE

---

TO THE HONORABLE COURT:

Robert E. Valdez, of the firm VALDEZ & TREVIÑO, ATTORNEYS AT LAW, P.C., 8023 Vantage Drive, Suite 700, San Antonio, Texas 78230, files his Notice of Appearance of Counsel for David Strolle. This appearance is for the limited purpose of representing David Strolle with respect to the pending Deposition.

Mr. Valdez requests that the Court and all parties copy him on all future pleadings, notices, correspondence or other matters pertaining the scheduled deposition at his attention at VALDEZ & TREVIÑO, ATTORNEYS AT LAW, P.C

Respectfully submitted,

**VALDEZ & TREVIÑO, ATTORNEYS AT LAW**
Callaghan Tower
8023 Vantage Dr., Suite 700
San Antonio, Texas 78230
Telephone: (210) 598-8686
Fax: (210) 598-8797

 */s/ Robert E. Valdez*
**Robert E. Valdez**
State Bar No. 20428100
revaldez@valdeztrevino.com
**Brittany M. Passdar-Shirazi**
State Bar No. 24089611
bpassdar-shirazi@valdeztrevino.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by way of e-service through the CM/ECF system by notice of electronic filing or via email on the 8th day of October 2020:

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, Texas 78209
210-829-2022
210-829-2021 fax
mblack@bumsandblack.com
*Attorneys for Longbranch Energy, LP and*
*DMA Properties, Inc.*

Christopher S. Johns
Christen Mason Hebert
JOHNS & COUNSEL PLLC
14101 Highway 290 West, Suite 400A
Austin, Texas 78737
512-399-3150
512-572-8005 fax
cjohns@johnsandcounsel.com
chebert@johnsandcounsel.com

Timothy Cleveland
CLEVELAND|TERRAZAS PLLC
4611 Bee Cave Road, Suite 306B
Austin, Texas 78746
512-689-8698
tcleveland@clevelandterrazas.com

Natalie Wilson
LANGLEY & BANACK, INC.
745 East Mulberry Avenue|Suite 700
San Antonio, TX 78212
210-736-6600
lwilson@langleybanack.com
Attorneys for DMA Properties, Inc.

Jeffery Duke
DUKE BANISTER MILLER & MILLER
22310 Grand Comer Drive, Suite 110
Katy, Texas 77494
jduke@dbmmlaw.com
Counsel for Longbranch Energy, LP

OFFICE OF THE UNITED STATES TRUSTEE
903 San Jacinto Blvd, Room 230
Austin, Texas 78701
shane.p.tobin@usdoj.gov
United States Trustee

Ezekiel J. Perez
State Bar No. 24096782
111 W. Sunset Rd.
San Antonio, TX 78209
Telephone: 210-664-5000
Facsimile: 210-598-7357
zeke@muller-smeberg.com

                                        /s/ Robert E. Valdez
                                        **Robert E. Valdez**