**MOR-1**

## UNITED STATES BANKRUPTCY COURT

CASE NAME:   KrisJenn Ranch, LLC

CASE NUMBER:  20-50805-RBK

PROPOSED PLAN DATE:

PETITION DATE:

DISTRICT OF TEXAS:  Western

DIVISION:  San Antonio

## MONTHLY OPERATING REPORT SUMMARY  FOR MONTH     September                   2020

| MONTH | 04/27 - 05/31/2020 | 06/01/- 6/30/2020 | 7/1-7/31/2020 | 8/1-8/31/2020 | 9/1-9/30/2020 | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 3,600.00 | 0.00 | 3,781.90 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | -5,071.00 | -11,038.96 | -25,787.17 | -2,078.18 | -29,086.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | -5,071.00 | -11,038.96 | -25,787.17 | -2,078.18 | -29,086.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 1,640.00 | 10,000.00 | 29,566.07 | 0.00 | 29,056.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 8,671.00 | 11,038.96 | 29,569.07 | 2,078.18 | 29,086.00 | 29,086.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE |
|---|---|---|
| CASUALTY | YES ( ) NO ( ) | -    -    - |
| LIABILITY | YES ( ) NO ( ) | -    -    - |
| VEHICLE | YES ( ) NO ( ) | -    -    - |
| WORKER'S | YES ( ) NO ( ) | -    -    - |
| OTHER | YES ( ) NO ( ) | -    -    - |

CIRCLE ONE

Are all accounts receivable being collected within terms?          Yes  (No)

Are all post-petition liabilities, including taxes, being paid within terms?   (Yes)  No

Have any pre-petition liabilities been paid?          Yes  (No)

  If so, describe

Are all funds received being deposited into DIP bank accounts?     (Yes)  No

Were any assets disposed of outside the normal course of business?   Yes  (No)

  If so, describe

Are all U.S. Trustee Quarterly Fee Payments current?        (Yes)  No

What is the status of your Plan of Reorganization?

ATTORNEY NAME:   Ronald  Smeberg

FIRM NAME:   Muller Smeberg, PLLC

ADDRESS:   111 W Sunset Rd

CITY, STATE, ZIP:   San Ant TX          78209

TELEPHONE/FAX:  210-664-5000

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _Larry Wright_   TITLE: _Manager_

(ORIGINAL SIGNATURE)

(PRINT NAME OF SIGNATORY)          DATE       Revised 07/01/98

**MOR-1**

CASE NAME:  KrisJenn Ranch, LLC

CASE NUMBER: 20-50805-RBK

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH 5/31/2020 0:00 | MONTH 6/30/2020 0:00 | MONTH 7/31/2020 0:00 | MONTH 8/31/2020 0:00 | MONTH 9/1-9/30/2020 | MONTH |
|---|---|---|---|---|---|---|---|
| CURRENT ASSETS | | | | | | | |
| Cash | | 21,260.00 | 10,221.06 | 4,433.89 | 2,355.71 | 269.71 | |
| Accounts Receivable, Net | | | | | | | |
| Inventory:  Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | 477,490.00 | 477,490.11 | 477,490.11 | 477,490.11 | 477,490.11 | |
| Other | | | | | | | |
| TOTAL CURRENT ASSETS | 0.00 | 498,750.00 | 487,711.17 | 481,924.00 | 479,845.82 | 477,759.82 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | | | | | | | |
| Less Accumulated Depreciation | | | | | | | |
| NET BOOK VALUE OF PP & E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER ASSETS | | | | | | | |
| 1.  Tax Deposits | | | | | | | |
| 2.  Investments in Subsidiaries | | | | | | | |
| 3.  Electric Deposit | | | | | | | |
| 4. | | | | | | | |
| TOTAL ASSETS | $0.00 | $498,750.00 | $487,711.17 | $481,924.00 | $479,845.82 | $477,759.82 | $0.00 |

* Per Schedules and Statement of Affairs

**MOR-2**

*Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | MONTH 5/31/2020 0:00 | MONTH 6/30/2020 0:00 | MONTH 7/31/2020 0:00 | MONTH 8/31/2020 0:00 | MONTH 9/1-9/30/2020 | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | | | | | | |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured | | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | |
| Priority Debt | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | | 26,331.00 | 26,330.95 | 46,330.95 | 46,330.95 | 73,330.95 | |
| Other | | 183,174.00 | 183,174.52 | 183,174.52 | 183,174.52 | 183,174.52 | |
| TOTAL PRE-PETITION LIABILITIES | 0.00 | 6,109,505.00 | 6,109,505.47 | 6,129,505.47 | 6,129,505.47 | 6,156,505.47 | 0.00 |
| **TOTAL LIABILITIES** | 0.00 | 6,109,505.00 | 6,109,505.47 | 6,129,505.47 | 6,129,505.47 | 6,156,505.47 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | -5,605,684.00 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | |
| RETAINED EARNINGS: Filing Date | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | -5,071.00 | -16,109.89 | -41,897.06 | -43,975.24 | -73,061.24 | |
| TOTAL OWNER'S EQUITY (NET WORTH) | 0.00 | -5,610,755.00 | -5,621,794.30 | -5,647,581.47 | -5,649,659.65 | -5,678,745.65 | 0.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $0.00 | $498,750.00 | $487,711.17 | $481,924.00 | $479,845.82 | $477,759.82 | $0.00 |

* Per Schedules and Statement of Affairs

**MOR-3**

*Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | | | | | | |
| TAX PAYABLE | | | | | | |
| Federal Payroll Taxes | | | | | | |
| State Payroll Taxes | | | | | | |
| Ad Valorem Taxes | | | | | | |
| Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | |
| OTHER  ACCRUED LIABILITIES | | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

**MOR-4**

*Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

**AGING OF POST-PETITION LIABILITIES**
**MONTH** _____

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 0.00 | | | | | |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**AGING OF ACCOUNTS RECEIVABLE**

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**                                                          *Revised 07/01/98*

CASE NAME:   KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## STATEMENT OF INCOME (LOSS)

| | MONTH 04/27 - 05/31/20 | MONTH 06/01 - 06/30/20 | MONTH 7/1-7/31/2020 | MONTH 8/1-8/31/2020 | MONTH 9/1-9/30/2020 | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES   (MOR-1) | 3,600.00 | 0.00 | 3,781.90 | 0.00 | | | 7,381.90 |
| TOTAL COST OF REVENUES | 5,183.00 | 1,035.96 | | | | | 6,218.96 |
| GROSS PROFIT | -1,583.00 | -1,035.96 | 3,781.90 | 0.00 | 0.00 | 0.00 | 1,162.94 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | | | | | | | 0.00 |
| General & Administrative | 1,848.00 | 3.00 | 3.00 | 15.00 | 30.00 | | 1,899.00 |
| Insiders Compensation | | | | | | | 0.00 |
| Professional Fees | 1,640.00 | 10,000.00 | 29,566.07 | 0.00 | 29,056.00 | | 70,262.07 |
| Other | | | | 975.00 | | | 975.00 |
| Other | | | | 1,088.18 | | | 1,088.18 |
| TOTAL OPERATING EXPENSES | 3,488.00 | 10,003.00 | 29,569.07 | 2,078.18 | 29,086.00 | 0.00 | 74,224.25 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -5,071.00 | -11,038.96 | -25,787.17 | -2,078.18 | -29,086.00 | 0.00 | -73,061.31 |
| INTEREST EXPENSE | | | | | | | 0.00 |
| DEPRECIATION | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | -5,071.00 | -11,038.96 | -25,787.17 | -2,078.18 | -29,086.00 | 0.00 | -73,061.31 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | ($5,071.00) | ($11,038.96) | ($25,787.17) | ($2,078.18) | ($29,086.00) | $0.00 | ($73,061.31) |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

*   *Footnote Mandatory.*

* * *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**

*Revised 07/01/98*

CASE NAME:  KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH | MONTH 04/27 - 05/31/20 | MONTH 6/1-6/30/2020 | MONTH 7/1-7/31/2020 | MONTH 8/1-8/31/2020 | MONTH 9/1-9/30/2020 | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $21,260.02 | $10,221.06 | $4,433.89 | $2,355.71 | $0.00 |
| **RECEIPTS:** | | | | | | | |
| 2. CASH SALES | | 3,600.00 | | 3,781.90 | 0.00 | | 7,381.90 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | 26,330.95 | | 20,000.00 | | 27,000.00 | 73,330.95 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 29,930.95 | 0.00 | 23,781.90 | 0.00 | 27,000.00 | 80,712.85 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| **DISBURSEMENTS:** | | | | | | | |
| 7. NET PAYROLL | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | 1,844.00 | | | | | 1,844.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | 5,183.32 | 1,035.96 | | 1,088.18 | | 7,307.46 |
| 17. ADMINISTRATIVE & SELLING | | 3.61 | 3.00 | 3.00 | 15.00 | 30.00 | 54.61 |
| 18. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 7,030.93 | 1,038.96 | 3.00 | 1,103.18 | 30.00 | 9,206.07 |
| 19. PROFESSIONAL FEES | | 1,640.00 | 10,000.00 | 29,566.07 | 0.00 | 29,056.00 | 70,262.07 |
| 20. U.S. TRUSTEE FEES | | | | | 975.00 | | 975.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 8,670.93 | 11,038.96 | 29,569.07 | 2,078.18 | 29,086.00 | 80,443.14 |
| 22. NET CASH FLOW | 0.00 | 21,260.02 | -11,038.96 | -5,787.17 | -2,078.18 | -2,086.00 | 269.71 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $21,260.02 | $10,221.06 | $4,433.89 | $2,355.71 | $269.71 | $269.71 |

\* Applies to Individual debtors only

**MOR-7**

\*\*Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

*Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

# CASH ACCOUNT RECONCILIATION
## MONTH OF 9/1-9/30/2020

| BANK NAME | Broadway | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | 8640 # | | # | | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 269.71 | | | | $269.71 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $269.71 | $0.00 | $0.00 | $0.00 | $269.71 |
| BEGINNING CASH - PER BOOKS | 2,355.71 | | | | $2,355.71 |
| RECEIPTS* | 0.00 | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR   CONTRIBUTION BY INDIVIDUAL        DEBTOR   MFR-2 | 27,000.00 | | | | $27,000.00 |
| CHECKS/OTHER DISBURSEMENTS* | 29,086.00 | | | | $29,086.00 |
| ENDING CASH - PER BOOKS | $269.71 | $0.00 | $0.00 | $0.00 | $269.71 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

CASE NAME:  KrisJenn Ranch Series Uvalde Ranch LLC
CASE NUMBER: 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH | MONTH 04/27 - 05/31/20 | MONTH 6/1-6/30/2020 | MONTH 7/1-7/31/2020 | MONTH 8/1-8/31/2020 | MONTH 9/1-9/30/2020 | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | 0.00 |
| 18. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. PROFESSIONAL FEES | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22. NET CASH FLOW | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-7**

\* Applies to Individual debtors only

\**Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

*Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch Series Uvalde Ranch LLC
**CASE NUMBER:** 20-50805-RBK

## CASH ACCOUNT RECONCILIATION
### MONTH OF _____  9/30/2020

| BANK NAME | Broadway | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | ███ 8640 # | | # | | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 0.00 | | | | $0.00 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING CASH - PER BOOKS | 0.00 | | | | $0.00 |
| RECEIPTS* | 0.00 | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR  CONTRIBUTION BY INDIVIDUAL        DEBTOR   MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 0.00 | | | | $0.00 |
| ENDING CASH - PER BOOKS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

CASE NAME:   KrisJenn Ranch Series Pipeline LLC
CASE NUMBER: 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH | MONTH 04/27 - 05/31/20 | MONTH 6/1-6/30/2020 | MONTH 7/1-7/31/2020 | MONTH 8/1-8/31/2020 | MONTH 9/1-9/30/2020 | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | 0.00 |
| 18. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. PROFESSIONAL FEES | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22. NET CASH FLOW | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Applies to Individual debtors only

**MOR-7**

**Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

*Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch Series Pipeline LLC
**CASE NUMBER:** 20-50805-RBK

## CASH ACCOUNT RECONCILIATION
## MONTH OF _____ 9/30/2020

| BANK NAME | Broadway | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | ████8640 # | | # | | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 0.00 | | | | $0.00 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING CASH - PER BOOKS | 0.00 | | | | $0.00 |
| RECEIPTS* | 0.00 | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR   CONTRIBUTION BY INDIVIDUAL        DEBTOR   MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 0.00 | | | | $0.00 |
| ENDING CASH - PER BOOKS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

**CASE NAME:**   KrisJenn Ranch, LLC
**CASE NUMBER:**  20-50805-RBK

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.
Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.)  (Attach additional pages as necessary).

| INSIDERS: NAME/COMP  TYPE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS  (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH 4/27-5/31/2020 | MONTH 6/1-6/30/2020 | MONTH 07/01-07/31/2020 | MONTH 08/01-08/31/2020 | MONTH 9/1-9/30/2020 | MONTH |
|---|---|---|---|---|---|---|
| 1.  Jerry G Miers, CPA | 1,640.00 | | | | | |
| 2.  Mueller-Smeburg, PLLC | | 10,000.00 | 21,684.82 | | 27,936.00 | |
| 3.  Granstaff, Gaedke and Edgmon | | | 7,881.25 | | | |
| 4.  Douglas Deffenbaugh CPA | | | | | 1,120.00 | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS    (MOR-1) | $1,640.00 | $10,000.00 | $29,566.07 | $0.00 | $29,056.00 | $0.00 |

**MOR-9**

*Revised 07/01/98*

## Wisdom Ranch, LLC
## Working Trial Balance
## 09/30/20

| Account | Beginning | Balances | Transactions | | Balance | Adjustments | | | Balance | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 8/31/2020 | | Dr | (Cr) | 9/30/2020 | Dr | # | (CR) | DR/(CR) | |
| Cash - Broadway Bank | 2,355.71 | | 27,000.00 | 29,086.00 | 269.71 | | | | 269.71 | |
| Transfers | 0.00 | | | | 0.00 | | | | 0.00 | |
| | | | | | | | | | | |
| Note Rec - Cope-N-Hagan | 0.00 | | | | 0.00 | | | | 0.00 | |
| Nore Rec - SWD - Big Foot Energy | 241,019.11 | | | | 241,019.11 | | | | 241,019.11 | |
| Invest - Thunder Road Ptrshp | | 10,895.00 | | | -10,895.00 | | | | -10,895.00 | |
| Invest - VEC Partnership | 247,366.00 | | | | 247,366.00 | | | | 247,366.00 | |
| | | | | | | | | | | |
| Automotive Equipment | 0.00 | | | | 0.00 | | | | 0.00 | |
| Accum Deprec | 0.00 | 0.00 | | | 0.00 | | | | 0.00 | |
| | | | | | | | | | | |
| Deferred Gain - SWD Instal Sale | | 183,174.52 | | | -183,174.52 | | | | -183,174.52 | |
| | | | | | | | | | | |
| Note Payable - Pipeline | | 5,900,000.00 | | | -5,900,000.00 | | | | -5,900,000.00 | |
| Note Payable - Larry Wright | | 46,330.95 | | 27,000.00 | -73,330.95 | | | | -73,330.95 | |
| | | | | | | | | | | |
| Capital - Larry Wright | 5,605,684.41 | 0.00 | 0.00 | | 5,605,684.41 | | | | 5,605,684.41 | -73,061.24 |
| | | | | | | | | | | |
| Trailer Lease | | 3,600.00 | | | -3,600.00 | | | | -3,600.00 | |
| Cattle Auction | 0.00 | 3,781.90 | | | -3,781.90 | | | | -3,781.90 | |
| Interest income | 0.00 | | | | 0.00 | | | | 0.00 | |
| Gain on Sale of SWD | 0.00 | | | | 0.00 | | | | 0.00 | |
| ST Cap Gain VECPtrshp | 0.00 | | | | 0.00 | | | | 0.00 | |
| Loss on Bad Debt | 0.00 | | | | 0.00 | | | | 0.00 | |
| (inc)/Loss Thunder Rd Partnership | 0.00 | | | | 0.00 | | | | 0.00 | |
| (Inc)/Loss VEX Partnership | 0.00 | | | | 0.00 | | | | 0.00 | |
| | | | | | | | | | | |
| Auto & Truck | 0.00 | | | | 0.00 | | | | 0.00 | |
| Bank Service Charge | 21.00 | | 30.00 | | 51.00 | | | | 51.00 | |
| Business Gifts | 0.00 | | | | 0.00 | | | | 0.00 | |
| Contract Labor | 0.00 | | | | 0.00 | | | | 0.00 | |
| Contributions | 0.00 | | | | 0.00 | | | | 0.00 | |
| Depreciation | 0.00 | | | | 0.00 | | | | 0.00 | |
| Feed | 2,043.90 | | 0.00 | | 2,043.90 | | | | 2,043.90 | |
| Fuel | 289.34 | | | | 289.34 | | | | 289.34 | |
| Interest expense | 0.00 | | | | 0.00 | | | | 0.00 | |
| Legal & Professional | 41,206.07 | | 29,056.00 | | 70,262.07 | | | | 70,262.07 | |
| Management Fees | 0.00 | | | | 0.00 | | | | 0.00 | |
| Meals & Entertainment | 0.00 | | | | 0.00 | | | | 0.00 | |
| Miscellaneous | 0.00 | | | | 0.00 | | | | 0.00 | |
| Office | 3.61 | | | | 3.61 | | | | 3.61 | |
| Other Deductions - Royalty Income | 0.00 | | | | 0.00 | | | | 0.00 | |
| Quarterly Fees- US Trustee | 975.00 | | 0.00 | | 975.00 | | | | 975.00 | |
| Repairs & Maintenance | 3,935.96 | | | | 3,935.96 | | | | 3,935.96 | |
| Supplies | 1,038.26 | | | | 1,038.26 | | | | 1,038.26 | |
| Taxes - Property | 0.00 | | | | 0.00 | | | | 0.00 | |
| Taxes - Franchise | 1,844.00 | | | | 1,844.00 | | | | 1,844.00 | |
| Travel | 0.00 | | | | 0.00 | | | | 0.00 | 73,061.24 |
| | | | | | | | | | | |
| | 6,147,782.37 | 6,147,782.37 | 56,086.00 | 56,086.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | | | | | | | | | |
| | | 0.00 | | | | | | | | |

KnoJenn Ranch, LLC
Expenses
09/01/2020 - 09/30/2020

| Date | Check # | Payee | Cash Dr/(Cr) | Bank Charges | Supplies | Office Exp | Legal & Professional | Note Pay - Larry Wright | Feed | Repairs & Maintenance | US Trustee Quarterly | Fuel | Taxes - Franchise |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/24/2020 | 116 | Douglas Deffenbaugh, CPA | -1,120.00 | | | | 1,120.00 | | 1,088.18 | | | | |
| 9/27/2020 | 117 | Muller Smeberg | -27,936.00 | | | | 27,936.00 | | | | 325.00 | | |
| 9/30/2020 | Db | Bank Fees | -30.00 | 30.00 | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | -29,086.00 | 30.00 | 0.00 | 0.00 | 29,056.00 | 0.00 | 1,088.18 | 0.00 | 325.00 | 0.00 | 0.00 |



# BROADWAY BANK

We're here for good.

1177 N.E. Loop 410
San Antonio, TX 78209
Return Service Requested

Account Number
████640
Page 1 of 2

broadway.bank
800.531.7650

014591 0.6500 AB 0.419          TR00052

KRISJENN RANCH LLC
DEBTOR IN POSSESSION
CASE# 20-50805
410 SPYGLASS RD
MCQUEENEY TX 78123-3418

## Bank Statement

SUMMARY OF ACCOUNTS

| Account Type | Account # | Balance as of Sep 30, 2020 | YTD Interest |
|---|---|---|---|
| ADVANTAGE BUSINESS CHECKING | ████640 | $28,220.71 | $0.00 |

This statement reports your balances and activity from Aug 31, 2020 thru Sep 30, 2020 on the following accounts.

| ADVANTAGE BUSINESS CHECKING | Account # ████640 | Balance: $28,220.71 |
|---|---|---|
| Balance Last Statement | | 2,355.71 |

| Deposits/Credits | | 27,000.00 |
|---|---|---|
| Sep 28    CUSTOMER DEPOSIT | | 27,000.00 |

| Total Debits | | 1,135.00 |
|---|---|---|

| Checks Written | | 1,120.00 |
|---|---|---|

| Check # | Date Paid | Amount | Check # | Date Paid | Amount |
|---|---|---|---|---|---|
| 116 | 09-28 | 1,120.00 | | | |

| Other Withdrawals | |
|---|---|
| Sep 30    DEP-Paper Statement Fee | 3.00 |
| Sep 30    Maintenance Fee | 12.00 |

| Balance This Statement | | 28,220.71 |
|---|---|---|

Running Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08-31 | $2,355.71 | 09-28 | $28,235.71 | 09-30 | $28,220.71 |

END OF STATEMENT



Ck# 116 Amt $1,120.00 9-28-2020



Amt $27,000.00 9-28-2020