IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC, *et al* | § | CASE NO. 20-50805-rbk |
| | § | |
| | § | |
| DEBTOR | § | (Jointly Administered) |

**MOTION REQUESTING EXPEDITED CONSIDERATION OF DEBTORS'
SECOND JOINT EXPEDITED MOTION TO EXTEND DEBTORS'
EXCLUSIVITY PERIOD**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**DEBTOR HAS REQUESTED EXPEDITED CONSIDERATION OF THIS MOTION AND HAS REQUESTED THAT A HEARING BE HELD ON THIS MOTION AT THE COURT'S EARLIEST CONVENIENCE. IF THE COURT IN FACT SETS THIS MOTION FOR AN EXPEDITED HEARING, THEN ONLY ATTENDANCE AT THE HEARING IS NECESSARY TO PRESERVE YOUR RIGHTS**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

KrisJenn Ranch, LLC, KrisJenn Ranch, LLC Series Pipeline ROW, and KrisJenn Ranch, LLC Series Uvalde Ranch's (the "Debtors"), Debtor and Debtors-in-Possession submit this Motion Requesting Expedited Consideration of Debtors' Second Joint Motion to Extend Debtors' Exclusivity Period (the "Motion"), and in support thereof respectfully shows the Court as follows:

**BACKGROUND**

1. Debtors, KrisJenn Ranch, LLC and Series Uvalde Ranch purchased the KrisJenn Ranch (the "Ranch") in 2013 for $3,952,000 and then invested an additional $840,000 in the Ranch. The Ranch derives its income from the sale of cattle and a white-tail deer hunting lease operation.

1

2. The Ranch and a 60-mile pipeline and right of way (the "Pipeline") are encumbered by a $5.9 million loan from Mcleod Oil ("Mcleod") related to an investment in a pipeline and its right of way. Longbranch Energy, L.P. ("Longbranch") and DMA Properties, Inc. have claimed disputed interests in the Pipeline. The issues regarding the pipeline are being litigated in Adversary Number 20-05027, which was set for trial on December 7, 2020. This trial date has since been continued to January 11, 2021. Debtors need to resolve the litigation to determine the terms for their plan of reorganization.

3. Pursuant to this Court's order on Debtors' Joint Expedited Motion to Extend Debtors' Exclusivity Period by 90 Days signed August 17, 2020 (Dckt No. 73), Debtors' exclusivity period is set to terminate by operation of law on November 25, 2020. After notice and hearing, this Court has the inherent authority to extend the 120-day period. *See* 11 U.S.C. 1121(d). Debtors, in the underlying motion, are requesting the court extend exclusivity for filing their plans until February 11, 2021, and to solicit and confirm their plan until April 25, 2021.

## RELIEF REQUESTED

4. Debtors request the court set an expedited hearing on Debtors' Second Joint Motion to Extend Debtors' Exclusivity Period.

## PRAYER

WHEREFORE, premises considered, Debtors respectfully requests that the Court grant this request and set the Joint Motion to Extend Debtors' Exclusivity Period to be heard at the Court's earliest convenience.

Dated: November 5, 2020

Respectfully submitted,

MULLER SMEBERG, PLLC

By:   /s/ Ronald J. Smeberg      .
     RONALD J. SMEBERG
     State Bar No. 24033967
     MULLER SMEBERG, PLLC
     111 W. Sunset
     San Antonio, Texas 78209
     210-664-5000 (Tel)
     210-598-7357 (Fax)
     ron@smeberg.com
     ATTORNEY FOR DEBTOR

## CERTIFICATE OF CONFERENCE

The undersigned certifies that he conferenced with the United States Trustee and counsel for Mcleod Oil, Longbranch, and DMA via email. DMA, Longbranch and McLeod Oil are unopposed to expediting the underlying motion.

     /s/ Ronald J. Smeberg
     RONALD J. SMEBERG

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2020, true and correct copies of the foregoing will be forwarded electronically via the Court's ECF System, or by U.S. first class mail, postage prepaid, on, all parties listed on the attached Service List.

     /s/ Ronald J. Smeberg
     RONALD J. SMEBERG

## SERVICE LIST

**DEBTOR**

KrissJenn Ranch, LLC
410 Spyglass Rd
Mc Queeney, TX 78123-3418

**GOVERNMENT ENTITIES**

Office of the UST
615 E Houston, Room 533
PO Box 1539
San Antonio, TX 78295-1539

U.S. Attorney
Attn: Bkcy Division
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

Internal Revenue Services
Special Procedures Branch
300 E. 8th St. STOP 5026 AUS
Austin, TX 78701

Texas Comptroller of Public Account

3

Attn: Bankruptcy
P.O. Box 149359
Austin, TX 78714-9359

Angelina County Tax Assessor
606 E Lufkin Ave,
Lufkin, Texas 75901

Nacogdoches County Tax Assessor Collector
101 West Main Street
Nacogdoches, Texas 75961

Rusk County
202 N Main St,
Henderson, Texas 75652

Shelby County, Tax Collector
200 St. Augustine St.
Center, Texas 75935

Tenaha ISD Tax Assessor-Collector
138 College St
Tenaha, TX 75974-5612

Uvalde Tax Assessor
Courthouse Plaza, Box 8
Uvalde, Texas 78801

**NOTICE PARTIES**

METTAUER LAW FIRM
c/o April Prince
403 Nacogdoches St Ste 1
Center, TX 75935-3810

Albert, Neely & Kuhlmann
1600 Oil & Gas Building
309 W 7th St
Fort Worth, TX 76102-6900

Laura L. Worsham
JONES, ALLEN & FUQUAY, LLP
8828 Greenville Ave.
Dallas, Texas 75243

Craig Crockett
CRAIG M. CROCKETT, PC
5201 Camp Bowie Blvd. #200
Fort Worth, Texas 76107

Christopher S. Johns
JOHNS &COUNSEL PLLC
14101 Highway 290 West, ste 400A
Austin, Texas 78737

Timothy Cleveland
CLEVELAND|TERRAZAS PLLC
4611 Bee Cave Road, ste 306B
Austin, Texas 78746

**SECURED CREIDITORS**

McLeod Oil, LLC
c/o John W. McLeod, Jr.
700 N Wildwood Dr
Irving, TX 75061-8832

**UNSECURED CREIDITORS**

Bigfoot Energy Services
312 W Sabine St
Carthage, TX 75633-2519

C&W Fuels, Inc.
Po Box 40
Hondo, TX 78861-0040

Davis, Cedillo & Mendoza

755 E Mulberry Ave Ste 500
San Antonio, TX 78212-3135

Granstaff Gaedke & Edgmon
5535 Fredericksburg Rd Ste 110
San Antonio, TX 78229-3553

Hopper's Soft Water Service
120 W Frio St
Uvalde, TX 78801-3602

Larry Wright
410 Spyglass Rd
Mc Queeney, TX 78123-3418

Medina Electric
2308 18th St.
Po Box 370
Hondo, TX 78861-0370

Medina's Pest Control
1490 S Homestead Rd
Uvalde, TX 78801-7625

Texas Farm Store
236 E Nopal St
Uvalde, TX 78801-5317

Uvalco Supply
2521 E Main St
Uvalde, TX 78801-4940

Longbranch Energy
c/o DUKE BANISTER RICHMOND
Po Box 175
Fulshear, TX 77441-0175

DMA Properties, Inc.

4

896 Walnut Street at US
123 BYP
Seneca, SC 29678