

**The relief described hereinbelow is SO ORDERED.**

**Signed November 05, 2020.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC, *et al* | § | CASE NO. 20-50805-rbk |
| | § | |
| | § | |
| DEBTOR | § | (Jointly Administered) |

### ORDER SETTING EXPEDITED HEARING OF DEBTORS' SECOND JOINT EXPEDITED MOTION TO EXTEND DEBTORS' <u>EXCLUSIVITY PERIOD</u>

On Consideration of K KrisJenn Ranch, LLC, KrisJenn Ranch, LLC Series Pipeline ROW, and KrisJenn Ranch, LLC Series Uvalde Ranch's, Motion Requesting Expedited Consideration of Debtors' Second Joint Motion to Extend Debtors' Exclusivity Period, and it appearing to the Court that notice was sufficient under the circumstances and that the relief sought should be granted; it is hereby

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that a hearing on the following shall be heard on November 10, 2020 @10am. **VIA Telephone Dial 888-278-0296 Access Code 9198559.**

**DEBTORS' SECOND JOINT EXPEDITED MOTION TO EXTEND DEBTORS' EXCLUSIVITY PERIOD**

it is further

ORDERED that the Movant shall give notice of this expedited hearing by forwarding a copy of this Order by email, facsimile transmission, or telephone, if possible, to all parties listed on the Service List attached to the motion, and shall evidence such service by the filing of a certificate of service with the Court prior to the scheduled hearing.

### 

Respectfully submitted,

MULLER SMEBERG, PLLC

By:/s/ Ronald J. Smeberg
Ronald J. Smeberg
SBN: 24033967
111 W. Sunset
San Antonio, Texas 78209
Tel: (210) 664-5000
Fax: (210) 598-7357

**ATTORNEY FOR DEBTORS**

2