**The relief described hereinbelow is SO ORDERED.**

**Signed November 10, 2020.**



_____
**Ronald B. King
Chief United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC, *et al* | § | CASE NO. 20-50805-rbk |
| | § | |
| | § | |
| DEBTOR | § | (Jointly Administered) |

### ORDER GRANTING DEBTORS' SECOND JOINT EXPEDITED MOTION TO EXTEND DEBTORS' EXCLUSIVITY PERIOD

This matter came before the Court on KrisJenn Ranch, LLC, KrisJenn Ranch, LLC Series Pipeline ROW, and KrisJenn Ranch, LLC Series Uvalde Ranch's (the "Debtors"), *Second Joint Motion to Extend Debtors' Exclusivity Period* (the "Motion")

The Court finding that it is more likely than not that the Court will Confirm a Plan of Reorganization in Debtors' Cases in a reasonable period of time and that Debtors' Motion is well taken and, it is therefore,

ORDERED, ADJUDGED AND DECREED that the period set forth in 11 U.S.C. § 1121 (d) is extended as follows:

The Debtors shall have the exclusive right to file a disclosure statement and plan of reorganization up to and including February 11, 2021;

The Debtors shall have the exclusive right to solicit and confirm their plans of reorganization up to and including April 26, 2021

###

**Submitted By:**

        MULLER SMEBERG, PLLC

        By: /s/ *Ronald J. Smeberg*
            RONALD J. SMEBERG
            State Bar No. 24033967
            111 W. Sunset Rd.
            San Antonio, Texas 78209
            210-664-5000 (Tel)
            210-598-7357 (Fax)
            ron@muller-smeberg.com
            ATTORNEY FOR DEBTORS