**UNITED STATES BANKRUPTCY COURT**

MOR-1
CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK
PROPOSED PLAN DATE: _____

PETITION DATE: _____
DISTRICT OF TEXAS: Western
DIVISION: San Antonio

**MONTHLY OPERATING REPORT SUMMARY FOR MONTH** October 2020

| MONTH | 04/27 - 05/31/2020 | 06/01 - 6/30/2020 | 7/1-7/31/2020 | 8/1-8/31/2020 | 9/1-9/30/2020 | 10/1-10/31/2020 |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 3,600.00 | 0.00 | 3,781.90 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | -5,071.00 | -11,038.96 | -25,787.17 | -2,078.18 | -29,086.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | -5,071.00 | -11,038.96 | -25,787.17 | -2,078.18 | -29,086.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 1,840.00 | 10,000.00 | 29,566.07 | 0.00 | 29,056.00 | 29,086.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 8,671.00 | 11,038.96 | 29,569.07 | 2,078.18 | 29,086.00 | 29,086.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

REQUIRED INSURANCE MAINTAINED
AS OF SIGNATURE DATE

| | | EXP. DATE |
|---|---|---|
| CASUALTY | YES (✓) NO ( ) | __-__-__ |
| LIABILITY | YES (✓) NO ( ) | __-__-__ |
| VEHICLE | YES (✓) NO ( ) | __-__-__ |
| WORKER'S | YES (✓) NO ( ) | __-__-__ |
| OTHER | YES (✓) NO ( ) | __-__-__ |

CIRCLE ONE
- Are all accounts receivable being collected within terms? **Yes** No
- Are all post-petition liabilities, including taxes, being paid within terms? **Yes** No
- Have any pre-petition liabilities been paid? Yes **No**
  If so, describe _____
- Are all funds received being deposited into DIP bank accounts? **Yes** No
- Were any assets disposed of outside the normal course of business? Yes **No**
  If so, describe _____
- Are all U.S. Trustee Quarterly Fee Payments current? **Yes** No
- What is the status of your Plan of Reorganization? _____

ATTORNEY NAME: Ronald Smeberg
FIRM NAME: Muller Smeberg, PLLC
ADDRESS: 111 W Sunset Rd
CITY, STATE, ZIP: San Ant TX 78209
TELEPHONE/FAX: 210-664-5000

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _[signature]_  TITLE: Mgr.
(ORIGINAL SIGNATURE)

(PRINT NAME OF SIGNATORY)  DATE

Revised 07/01/98

MOR-1

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH 5/31/2020 0:00 | MONTH 6/30/2020 0:00 | MONTH 7/31/2020 0:00 | MONTH 8/31/2020 0:00 | MONTH 9/1-9/30/2020 | MONTH 10/1-10/31/2020 |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | | 21,260.00 | 10,221.06 | 4,433.89 | 2,355.71 | 269.71 | 269.71 |
| Accounts Receivable, Net | | | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | 477,490.00 | 477,490.11 | 477,490.11 | 477,490.11 | 477,490.11 | 477,490.11 |
| Other | | | | | | | |
| TOTAL CURRENT ASSETS | 0.00 | 498,750.00 | 487,711.17 | 481,924.00 | 479,845.82 | 477,759.82 | 477,759.82 |
| PROPERTY, PLANT & EQUIP. @ COST | | | | | | | |
| Less Accumulated Depreciation | | | | | | | |
| NET BOOK VALUE OF PP & E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | |
| 3. Electric Deposit | | | | | | | |
| 4. | | | | | | | |
| TOTAL ASSETS | $0.00 | $498,750.00 | $487,711.17 | $481,924.00 | $479,845.82 | $477,759.82 | $477,759.82 |

* Per Schedules and Statement of Affairs

MOR-2

*Revised 07/01/98*

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 5/31/2020 0:00 | MONTH 6/30/2020 0:00 | MONTH 7/31/2020 0:00 | MONTH 8/31/2020 0:00 | MONTH 9/1-9/30/2020 | MONTH 10/1-10/31/2020 |
|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | | | | | |
| PRE-PETITION LIABILITIES | | | | | | |
| Notes Payable - Secured | | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 |
| Priority Debt | | | | | | |
| Federal Income Tax | | | | | | |
| FICA/Withholding | | | | | | |
| Unsecured Debt | | 26,331.00 | 26,330.95 | 46,330.95 | 46,330.95 | 73,330.95 | 73,330.95 |
| Other | | 183,174.00 | 183,174.52 | 183,174.52 | 183,174.52 | 183,174.52 | 183,174.52 |
| **TOTAL PRE-PETITION LIABILITIES** | 0.00 | 6,109,505.00 | 6,109,505.47 | 6,129,505.47 | 6,129,505.47 | 6,156,505.47 | 6,156,505.47 |
| **TOTAL LIABILITIES** | 0.00 | 6,109,505.00 | 6,109,505.47 | 6,129,505.47 | 6,129,505.47 | 6,156,505.47 | 6,156,505.47 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | |
| PREFERRED STOCK | | | | | | |
| COMMON STOCK | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | -5,605,684.00 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 |
| RETAINED EARNINGS: Filing Date | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | -5,071.00 | -16,109.89 | -41,897.06 | -43,975.24 | -73,061.24 | -73,061.24 |
| TOTAL OWNER'S EQUITY (NET WORTH) | 0.00 | -5,610,755.00 | -5,621,794.30 | -5,647,581.47 | -5,649,659.65 | -5,678,745.65 | -5,678,745.65 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $0.00 | $498,750.00 | $487,711.17 | $481,924.00 | $479,845.82 | $477,759.82 | $477,759.82 |

* Per Schedules and Statement of Affairs

MOR-3

Revised 07/01/98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* |  |  |  |  |  |  |
| TAX PAYABLE |  |  |  |  |  |  |
| Federal Payroll Taxes |  |  |  |  |  |  |
| State Payroll Taxes |  |  |  |  |  |  |
| Ad Valorem Taxes |  |  |  |  |  |  |
| Other Taxes |  |  |  |  |  |  |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION |  |  |  |  |  |  |
| ACCRUED INTEREST PAYABLE |  |  |  |  |  |  |
| ACCRUED PROFESSIONAL FEES* |  |  |  |  |  |  |
| OTHER ACCRUED LIABILITIES |  |  |  |  |  |  |
| 1. |  |  |  |  |  |  |
| 2. |  |  |  |  |  |  |
| 3. |  |  |  |  |  |  |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

MOR-4

Revised 07/01/98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

### AGING OF POST-PETITION LIABILITIES
MONTH _____

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 0.00 | | | | | |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

### AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**

*Revised 07/01/98*

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## STATEMENT OF INCOME (LOSS)

| | MONTH 04/27 - 05/31/20 | MONTH 06/01 - 06/30/20 | MONTH 7/1-7/31/2020 | MONTH 8/1-8/31/2020 | MONTH 9/1-9/30/2020 | MONTH 10/1-10/31/2020 | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 3,600.00 | 0.00 | 3,781.90 | 0.00 | | | 7,381.90 |
| TOTAL COST OF REVENUES | 5,183.00 | 1,035.96 | | | | | 6,218.96 |
| GROSS PROFIT | -1,583.00 | -1,035.96 | 3,781.90 | 0.00 | 0.00 | 0.00 | 1,162.94 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | | | | | | | 0.00 |
| General & Administrative | 1,848.00 | 3.00 | 3.00 | 15.00 | 30.00 | 0.00 | 1,899.00 |
| Insiders Compensation | | | | | | | 0.00 |
| Professional Fees | 1,640.00 | 10,000.00 | 29,566.07 | 0.00 | 29,056.00 | 0.00 | 70,262.07 |
| Other | | | | 975.00 | | | 975.00 |
| Other | | | | 1,088.18 | | | 1,088.18 |
| TOTAL OPERATING EXPENSES | 3,488.00 | 10,003.00 | 29,569.07 | 2,078.18 | 29,086.00 | 0.00 | 74,224.25 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -5,071.00 | -11,038.96 | -25,787.17 | -2,078.18 | -29,086.00 | 0.00 | -73,061.31 |
| INTEREST EXPENSE | | | | | | | 0.00 |
| DEPRECIATION | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | -5,071.00 | -11,038.96 | -25,787.17 | -2,078.18 | -29,086.00 | 0.00 | -73,061.31 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | ($5,071.00) | ($11,038.96) | ($25,787.17) | ($2,078.18) | ($29,086.00) | $0.00 | ($73,061.31) |

Accrual Accounting Required, Otherwise Footnote with Explanation.
* Footnote Mandatory.
** Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.

MOR-6

Revised 07/01/98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 04/27 - 05/31/20 | MONTH 6/1-6/30/2020 | MONTH 7/1-7/31/2020 | MONTH 8/1-8/31/2020 | MONTH 9/1-9/30/2020 | MONTH 10/1-10/31/2020 | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $21,260.02 | $10,221.06 | $4,433.89 | $2,355.71 | $269.71 | $0.00 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | 3,600.00 | | 3,781.90 | 0.00 | | 0.00 | 7,381.90 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | 26,330.95 | | 20,000.00 | | 27,000.00 | | 73,330.95 |
| 5. SALE OF ASSETS | | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 29,930.95 | 0.00 | 23,781.90 | 0.00 | 27,000.00 | 0.00 | 80,712.85 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | 1,844.00 | | | | | | 1,844.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | 5,183.32 | 1,035.96 | | 1,088.18 | | | 7,307.46 |
| 17. ADMINISTRATIVE & SELLING | | 3.61 | 3.00 | 3.00 | 15.00 | 30.00 | 0.00 | 54.61 |
| 18. OTHER (attach list) | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 7,030.93 | 1,038.96 | 3.00 | 1,103.18 | 30.00 | 0.00 | 9,206.07 |
| 19. PROFESSIONAL FEES | | 1,640.00 | 10,000.00 | 29,566.07 | 0.00 | 29,056.00 | | 70,262.07 |
| 20. U.S. TRUSTEE FEES | | | | | 975.00 | | | 975.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 8,670.93 | 11,038.96 | 29,569.07 | 2,078.18 | 29,086.00 | 0.00 | 80,443.14 |
| 22. NET CASH FLOW | 0.00 | 21,260.02 | -11,038.96 | -5,787.17 | -2,078.18 | -2,086.00 | 0.00 | 269.71 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $21,260.02 | $10,221.06 | $4,433.89 | $2,355.71 | $269.71 | $269.71 | $269.71 |

* Applies to Individual debtors only

MOR-7

**Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

Revised 07/01/98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## CASH ACCOUNT RECONCILIATION

MONTH OF 10/1-10/31/2020

| BANK NAME | Broadway | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | 8640 # | | # | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 269.71 | | | | $269.71 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $269.71 | $0.00 | $0.00 | $0.00 | $269.71 |
| BEGINNING CASH - PER BOOKS | 269.71 | | | | $269.71 |
| RECEIPTS* | 0.00 | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 0.00 | | | | $0.00 |
| ENDING CASH - PER BOOKS | $269.71 | $0.00 | $0.00 | $0.00 | $269.71 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

CASE NAME: KrisJenn Ranch Series Pipeline LLC
CASE NUMBER: 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 04/27 - 05/31/20 | MONTH 6/1-6/30/2020 | MONTH 7/1-7/31/2020 | MONTH 8/1-8/31/2020 | MONTH 9/1-9/30/2020 | MONTH 10/1-10/31/2020 | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **RECEIPTS:** | | | | | | | | |
| 2. CASH SALES | | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | 0.00 |
| **DISBURSEMENTS:** | | | | | | | | |
| 7. NET PAYROLL | | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | | 0.00 |
| 18. OTHER (attach list) | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. PROFESSIONAL FEES | | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22. NET CASH FLOW | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

\* Applies to Individual debtors only

\*\*Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7

Revised 07/01/98

CASE NAME: KrisJenn Ranch Series Pipeline LLC
CASE NUMBER: 20-50805-RBK

## CASH ACCOUNT RECONCILIATION
## MONTH OF  10/31/2020

| BANK NAME | Broadway | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | 8640 # | # | | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 0.00 | | | | $0.00 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING CASH - PER BOOKS | 0.00 | | | | $0.00 |
| RECEIPTS* | 0.00 | | | | $0.00* |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 0.00 | | | | $0.00 |
| ENDING CASH - PER BOOKS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-8

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

Revised 07/01/98

CASE NAME: KrisJenn Ranch Series Uvalde Ranch LLC
CASE NUMBER: 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 04/27 - 05/31/20 | MONTH 6/1-6/30/2020 | MONTH 7/1-7/31/2020 | MONTH 8/1-8/31/2020 | MONTH 9/1-9/30/2020 | MONTH 10/1-10/31/2020 | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | 0.00 |
| 18. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. PROFESSIONAL FEES | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22. NET CASH FLOW | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Applies to Individual debtors only
**Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7

Revised 07/01/98

CASE NAME: KrisJenn Ranch Series Uvalde Ranch LLC
CASE NUMBER: 20-50805-RBK

## CASH ACCOUNT RECONCILIATION
### MONTH OF 10/31/2020

| BANK NAME | Broadway | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | 8640 # | # | | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 0.00 | | | | $0.00 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING CASH - PER BOOKS | 0.00 | | | | $0.00 |
| RECEIPTS* | 0.00 | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 0.00 | | | | $0.00 |
| ENDING CASH - PER BOOKS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

Revised 07/01/98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.
Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH 4/27-5/31/2020 | MONTH 6/1-6/30/2020 | MONTH 07/01-07/31/2020 | MONTH 08/01-08/31/2020 | MONTH 9/1-9/30/2020 | MONTH 10/1-10/31/2020 |
|---|---|---|---|---|---|---|
| 1. Jerry G Miers, CPA | 1,640.00 | | | | | |
| 2. Mueller-Smeburg, PLLC | | 10,000.00 | 21,684.82 | | 27,936.00 | |
| 3. Granstaff, Gaedke and Edgmon | | | 7,881.25 | | | |
| 4. Douglas Deffenbaugh CPA | | | | | 1,120.00 | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $1,640.00 | $10,000.00 | $29,566.07 | $0.00 | $29,056.00 | $0.00 |

MOR-9

*Revised 07/01/98*

## KrisJenn Ranch, LLC
## Working Trial Balance
## 10/31/20

| Account | Beginning Balances 9/30/2020 | | Transactions Dr | (Cr) | Balance 10/31/2020 | Adjustments Dr | # | (CR) | Balance DR/(CR) | |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash - Broadway Bank | 269.71 | | | 0.00 | 269.71 | | | | 269.71 | |
| Transfers | 0.00 | | | | 0.00 | | | | 0.00 | |
| | | | | | | | | | | |
| Note Rec - Cope-N-Hagan | 0.00 | | | | 0.00 | | | | 0.00 | |
| Nore Rec - SWD - Big Foot Energy | 241,019.11 | | | | 241,019.11 | | | | 241,019.11 | |
| Invest - Thunder Road Ptrshp | | 10,895.00 | | | -10,895.00 | | | | -10,895.00 | |
| Invest - VEC Partnership | 247,366.00 | | | | 247,366.00 | | | | 247,366.00 | |
| | | | | | | | | | | |
| Automotive Equipment | 0.00 | | | | 0.00 | | | | 0.00 | |
| Accum Deprec | 0.00 | 0.00 | | | 0.00 | | | | 0.00 | |
| | | | | | | | | | | |
| Deferred Gain - SWD Instal Sale | | 183,174.52 | | | -183,174.52 | | | | -183,174.52 | |
| | | | | | | | | | | |
| Note Payable - Pipeline | | 5,900,000.00 | | | -5,900,000.00 | | | | -5,900,000.00 | |
| Note Payable - Larry Wright | | 73,330.95 | | | -73,330.95 | | | | -73,330.95 | |
| | | | | | | | | | | |
| Capital - Larry Wright | 5,605,684.41 | 0.00 | 0.00 | | 5,605,684.41 | | | | 5,605,684.41 | -73,061.24 |
| | | | | | | | | | | |
| Trailer Lease | | 3,600.00 | | | -3,600.00 | | | | -3,600.00 | |
| Cattle Auction | 0.00 | 3,781.90 | | | -3,781.90 | | | | -3,781.90 | |
| Interest income | 0.00 | | | | 0.00 | | | | 0.00 | |
| Gain on Sale of SWD | 0.00 | | | | 0.00 | | | | 0.00 | |
| ST Cap Gain VECPtrshp | 0.00 | | | | 0.00 | | | | 0.00 | |
| Loss on Bad Debt | 0.00 | | | | 0.00 | | | | 0.00 | |
| (inc)/Loss Thunder Rd Partnership | 0.00 | | | | 0.00 | | | | 0.00 | |
| (Inc)/Loss VEX Partnership | 0.00 | | | | 0.00 | | | | 0.00 | |
| | | | | | | | | | | |
| Auto & Truck | 0.00 | | | | 0.00 | | | | 0.00 | |
| Bank Service Charge | 51.00 | | 0.00 | | 51.00 | | | | 51.00 | |
| Business Gifts | 0.00 | | | | 0.00 | | | | 0.00 | |
| Contract Labor | 0.00 | | | | 0.00 | | | | 0.00 | |
| Contributions | 0.00 | | | | 0.00 | | | | 0.00 | |
| Depreciation | 0.00 | | | | 0.00 | | | | 0.00 | |
| Feed | 2,043.90 | | 0.00 | | 2,043.90 | | | | 2,043.90 | |
| Fuel | 289.34 | | | | 289.34 | | | | 289.34 | |
| Interest expense | 0.00 | | | | 0.00 | | | | 0.00 | |
| Legal & Professional | 70,262.07 | | 0.00 | | 70,262.07 | | | | 70,262.07 | |
| Management Fees | 0.00 | | | | 0.00 | | | | 0.00 | |
| Meals & Entertainment | 0.00 | | | | 0.00 | | | | 0.00 | |
| Miscellaneous | 0.00 | | | | 0.00 | | | | 0.00 | |
| Office | 3.61 | | | | 3.61 | | | | 3.61 | |
| Other Deductions - Royalty Income | 0.00 | | | | 0.00 | | | | 0.00 | |
| Quarterly Fees- US Trustee | 975.00 | | 0.00 | | 975.00 | | | | 975.00 | |
| Repairs & Maintenance | 3,935.96 | | | | 3,935.96 | | | | 3,935.96 | |
| Supplies | 1,038.26 | | | | 1,038.26 | | | | 1,038.26 | |
| Taxes - Property | 0.00 | | | | 0.00 | | | | 0.00 | |
| Taxes - Franchise | 1,844.00 | | | | 1,844.00 | | | | 1,844.00 | |
| Travel | 0.00 | | | | 0.00 | | | | 0.00 | 73,061.24 |
| | | | | | | | | | | |
| | 6,174,782.37 | 6,174,782.37 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | |
| | | | | | | | | | | |
| | | 0.00 | | | | | | | | |

KrisJenn Ranch, LLC
Expenses
10/01/2020 - 10/31/2020

| Date | Check # | Payee | Cash Dr/(Cr) | Bank Charges | Supplies | Office Exp | Legal & Professional | Note Pay - Larry Wright | Feed | Repairs & Maintenance | US Trustee Quarterly | Fuel | Taxes - Franchise |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# BROADWAY BANK

1177 N.E. Loop 410
San Antonio, TX 78209

Account Number
████ 8640
Page 1 of 2

Return Service Requested

broadway.bank
800.531.7650

005189 0.6500 AB 0.419    TR00020

KRISJENN RANCH LLC
DEBTOR IN POSSESSION
CASE# 20-50805
410 SPYGLASS RD
MCQUEENEY TX 78123-3418



Are you getting phone calls that your computer has a virus? Maybe you are getting pop-up warning messages on your computer? This may well be a tech support scam. How do you know and what do you do?

Scammers will try their best to sound like they are from a real company. They will make your "problem" sound urgent and will try to get access to your computer or bank or credit card number.

Before you click the link in the popup or call that number, STOP. Contact the bank and remember:
- Never share your bank account, credit card or Social Security number with anyone who contacts you
- Somebody who tells you to pay with a gift card, money transfer, or bitcoin is a scammer. Always.

Have you spotted a scam? Report it to the FTC at ftc.gov/complaint.

## Bank Statement
### SUMMARY OF ACCOUNTS

| Account Type | Account # | Balance as of Oct 31, 2020 | YTD Interest |
|---|---|---|---|
| ADVANTAGE BUSINESS CHECKING | ████ 8640 | $269.71 | $0.00 |

This statement reports your balances and activity from Sep 30, 2020 thru Oct 31, 2020 on the following accounts.

ADVANTAGE BUSINESS CHECKING    Account # ████ 8640    Balance: $269.71

| | Amount |
|---|---|
| Balance Last Statement | 28,220.71 |
| Total Debits | 27,951.00 |
| Checks Written | 27,936.00 |

| Check # | Date Paid | Amount | Check # | Date Paid | Amount |
|---|---|---|---|---|---|
| 117 | 10-02 | 27,936.00 | | | |

Other Withdrawals

| | | Amount |
|---|---|---|
| Oct 30 | DEP-Paper Statement Fee | 3.00 |
| Oct 30 | Maintenance Fee | 12.00 |

KRISJENN RANCH, LLC
DEBTOR IN POSSESSION
CASE# 20-50805
410 SPYGLASS RD
MCQUEENEY, TX 78123

Check #117
Date: 9-27-20

PAY TO THE ORDER OF: Muller-Smeberg  $27,936.00

twenty-seven thousand nine hundred thirty-six DOLLARS

BROADWAY BANK
(800) 531-7650 • broadway.bank

For: Legal Fees chpt. 11
Signed: Larry Wright

Ck# 117  Amt $27,936.00  10-2-2020