## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC, KRISJENN | § | CASE NO. 20-50805 RANCH, |
| LLC - SERIES UVALDE | § | |
| RANCH, KRISJENN RANCH, LLC | § | |
| - SERIES PIPELINE ROW | § | |
| | § | |
| DEBTORS | § | |

### ORDER GRANTING EXPEDITED CONSIDERATION OF DEBTORS' AGREED MOTION TO MODIFY CASH COLLATERAL ORDER

On Consideration of KrisJenn Ranch, LLC ("KJR"), KrisJenn Ranch, LLC - Series Uvalde Ranch ("KJR-Ranch"), and KrisJenn Ranch, LLC - Series Pipeline ROW ("KJR-ROW"; and KJR, KJR-Ranch, and KJR-ROW, collectively, the "Debtors")'s Motion Requesting Expedited Consideration of Debtors' Agreed Motion to Modify Cash Collateral Order (the "Motion"), and it appearing to the Court that notice was sufficient under the circumstances and that the relief sought

should be granted; it is hereby

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that a hearing on

    a. Debtors' Agreed Motion to Modify Cash Collateral Order is hereby set at the date and time stated at the top of this Order.

And it is further

ORDERED that the Movant shall give notice of this expedited hearing all parties listed on the Service List attached to the Motion.

###

Respectfully submitted,

By: /s/ Ronald J. Smeberg
RONALD J. SMEBERG
State Bar No. 24033967
THE SMEBERG LAW FIRM, PLLC
4 Imperial Oaks
San Antonio, Texas 78248
210-695-6684 (Tel)
281-754-4042 (Fax)
ron@smeberg.com
ATTORNEY FOR DEBTOR