MOR-1

# UNITED STATES BANKRUPTCY COURT

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK
PROPOSED PLAN DATE: _____

PETITION DATE: 4/27/2020
DISTRICT OF TEXAS: Western
DIVISION: San Antonio

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH NOVEMBER 2020

| MONTH | 04/27 - 05/31/20 | 06/01 - 6/30/2020 | 7/1-7/31/2020 | 8/1-8/31/2020 | 9/1-9/30/2020 | 10/1-10/31/2020 | 11/1-11/30/2020 |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 3,600.00 | 0.00 | 3,781.90 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | -5,071.00 | -11,038.96 | -25,787.17 | -2,078.18 | -29,086.00 | 0.00 | -15.00 |
| NET INCOME (LOSS) (MOR-6) | -5,071.00 | -11,038.96 | -25,787.17 | -2,078.18 | -29,086.00 | 0.00 | -15.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 1,640.00 | 10,000.00 | 29,566.07 | 0.00 | 29,056.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 8,671.00 | 11,038.96 | 29,569.07 | 2,078.18 | 29,086.00 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

### REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE

| | | EXP. DATE |
|---|---|---|
| CASUALTY | YES (X) NO ( ) | __-__-__ |
| LIABILITY | YES (X) NO ( ) | __-__-__ |
| VEHICLE | YES (X) NO ( ) | __-__-__ |
| WORKER'S | YES ( ) NO ( ) | __-__-__ |
| OTHER | YES ( ) NO ( ) | __-__-__ |

CIRCLE ONE

Are all accounts receivable being collected within terms? **Yes** No
Are all post-petition liabilities, including taxes, being paid within terms? **Yes** No
Have any pre-petition liabilities been paid? Yes **No**
If so, describe _____
Are all funds received being deposited into DIP bank accounts? **Yes** No
Were any assets disposed of outside the normal course of business? Yes **No**
If so, describe _____
Are all U.S. Trustee Quarterly Fee Payments current? Yes No
What is the status of your Plan of Reorganization? _____

ATTORNEY NAME: Ronald Smeberg
FIRM NAME: The Smeberg Law Firm, PLLC
ADDRESS: 4 Imperial Oaks
CITY, STATE, ZIP: San Antonio, TX 78248
TELEPHONE/FAX: 210-695-6684

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _Larry Wright_ TITLE: Mgr.
(ORIGINAL SIGNATURE)
12-31-20
(PRINT NAME OF SIGNATORY)       DATE

MOR-1

Revised 07/01/98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH 5/31/2020 | MONTH 6/30/2020 | MONTH 7/31/2020 | MONTH 8/31/2020 | MONTH 9/30/2020 | MONTH 10/31/2020 | MONTH 11/30/2020 |
|---|---|---|---|---|---|---|---|---|
| CURRENT ASSETS | | | | | | | | |
| Cash | | 21,260.00 | 10,221.06 | 4,433.89 | 2,355.71 | 269.71 | 269.71 | 254.71 |
| Accounts Receivable, Net | | | | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | | |
| Prepaid Expenses | | | | | | | | |
| Investments | | 477,490.00 | 477,490.11 | 477,490.11 | 477,490.11 | 477,490.11 | 477,490.11 | 477,490.11 |
| Other | | | | | | | | |
| TOTAL CURRENT ASSETS | 0.00 | 498,750.00 | 487,711.17 | 481,924.00 | 479,845.82 | 477,759.82 | 477,759.82 | 477,744.82 |
| PROPERTY, PLANT & EQUIP. @ COST | | | | | | | | |
| Less Accumulated Depreciation | | | | | | | | |
| NET BOOK VALUE OF PP & E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER ASSETS | | | | | | | | |
| 1. Tax Deposits | | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | | |
| 3. Electric Deposit | | | | | | | | |
| 4. | | | | | | | | |
| TOTAL ASSETS | $0.00 | $498,750.00 | $487,711.17 | $481,924.00 | $479,845.82 | $477,759.82 | $477,759.82 | $477,744.82 |

* Per Schedules and Statement of Affairs

MOR-2

*Revised 07/01/98     Revised 07/01/98*

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | MONTH 5/31/2020 | MONTH 6/30/2020 | MONTH 7/31/2020 | MONTH 8/31/2020 | MONTH 9/30/2020 | MONTH 10/31/2020 | MONTH 11/30/2020 |
|---|---|---|---|---|---|---|---|---|
| LIABILITIES | | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | | | | | | | |
| PRE-PETITION LIABILITIES | | | | | | | | |
| Notes Payable - Secured | | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 |
| Priority Debt | | | | | | | | |
| Federal Income Tax | | | | | | | | |
| FICA/Withholding | | | | | | | | |
| Unsecured Debt | | 26,331.00 | 26,330.95 | 46,330.95 | 46,330.95 | 73,330.95 | 73,330.95 | 73,330.95 |
| Other | | 183,174.00 | 183,174.52 | 183,174.52 | 183,174.52 | 183,174.52 | 183,174.52 | 183,174.52 |
| TOTAL PRE-PETITION LIABILITIES | 0.00 | 6,109,505.00 | 6,109,505.47 | 6,129,505.47 | 6,129,505.47 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 |
| TOTAL LIABILITIES | 0.00 | 6,109,505.00 | 6,109,505.47 | 6,129,505.47 | 6,129,505.47 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 |
| OWNER'S EQUITY (DEFICIT) | | | | | | | | |
| PREFERRED STOCK | | | | | | | | |
| COMMON STOCK | | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | -5,605,684.00 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 |
| RETAINED EARNINGS: Filing Date | | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | -5,071.00 | -16,109.89 | -41,897.06 | -43,975.24 | -73,061.24 | -73,061.24 | -73,061.24 |
| TOTAL OWNER'S EQUITY (NET WORTH) | 0.00 | -5,610,755.00 | -5,621,794.30 | -5,647,581.47 | -5,649,659.65 | -5,678,745.65 | -5,678,745.65 | -5,678,745.65 |
| TOTAL LIABILITIES & OWNERS EQUITY | $0.00 | $498,750.00 | $487,711.17 | $481,924.00 | $479,845.82 | $477,759.82 | $477,759.82 | $477,759.82 |

* Per Schedules and Statement of Affairs

MOR-3

Revised 07/01/98    Revised 07/01/98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | | | | | | |
| TAX PAYABLE | | | | | | |
| Federal Payroll Taxes | | | | | | |
| State Payroll Taxes | | | | | | |
| Ad Valorem Taxes | | | | | | |
| Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

MOR-4

Revised 07/01/98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

**AGING OF POST-PETITION LIABILITIES**
MONTH _____

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 0.00 | | | | | |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**AGING OF ACCOUNTS RECEIVABLE**

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-5

*Revised 07/01/98*

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## STATEMENT OF INCOME (LOSS)

| | MONTH 04/27 - 05/31/20 | MONTH 06/01 - 06/30/20 | MONTH 7/1-7/31/2020 | MONTH 8/1-8/31/2020 | MONTH 9/1-9/30/2020 | MONTH 10/1-10/31/2020 | MONTH 11/1-11/30/2020 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 3,600.00 | 0.00 | 3,781.90 | 0.00 | | | | 7,381.90 |
| TOTAL COST OF REVENUES | 5,183.00 | 1,035.96 | | | | | | 6,218.96 |
| GROSS PROFIT | -1,583.00 | -1,035.96 | 3,781.90 | 0.00 | 0.00 | 0.00 | 0.00 | 1,162.94 |
| OPERATING EXPENSES: | | | | | | | | |
| Selling & Marketing | | | | | | | | 0.00 |
| General & Administrative | 1,848.00 | 3.00 | 3.00 | 15.00 | 30.00 | 0.00 | 15.00 | 1,899.00 |
| Insiders Compensation | | | | | | | | 0.00 |
| Professional Fees | 1,640.00 | 10,000.00 | 29,566.07 | 0.00 | 29,056.00 | 0.00 | 0.00 | 70,262.07 |
| Other | | | | 975.00 | | | | 975.00 |
| Other | | | | 1,088.18 | | | | 1,088.18 |
| TOTAL OPERATING EXPENSES | 3,488.00 | 10,003.00 | 29,569.07 | 2,078.18 | 29,086.00 | 0.00 | 15.00 | 74,224.25 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -5,071.00 | -11,038.96 | -25,787.17 | -2,078.18 | -29,086.00 | 0.00 | -15.00 | -73,061.31 |
| INTEREST EXPENSE | | | | | | | | 0.00 |
| DEPRECIATION | | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | -5,071.00 | -11,038.96 | -25,787.17 | -2,078.18 | -29,086.00 | 0.00 | -15.00 | -73,061.31 |
| FEDERAL INCOME TAXES | | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | ($5,071.00) | ($11,038.96) | ($25,787.17) | ($2,078.18) | ($29,086.00) | $0.00 | ($15.00) | ($73,061.31) |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*
\* *Footnote Mandatory.*
\*\* *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**

Revised 07/01/98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 04/27 - 05/31/20 | MONTH 6/1-6/30/2020 | MONTH 7/1-7/31/2020 | MONTH 8/1-8/31/2020 | MONTH 9/1-9/30/2020 | MONTH 10/1-10/31/2020 | MONTH 11/1-11/30/2020 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $21,260.02 | $10,221.06 | $4,433.89 | $2,355.71 | $269.71 | $269.71 | $0.00 |
| RECEIPTS: | | | | | | | | |
| 2. CASH SALES | | 3,600.00 | | 3,781.90 | 0.00 | | 0.00 | 0.00 | 7,381.90 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | 26,330.95 | | 20,000.00 | | 27,000.00 | | | 73,330.95 |
| 5. SALE OF ASSETS | | | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 29,930.95 | 0.00 | 23,781.90 | 0.00 | 27,000.00 | 0.00 | 0.00 | 80,712.85 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | | |
| 7. NET PAYROLL | | | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | 1,844.00 | | | | | | | 1,844.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | 5,183.32 | 1,035.96 | | 1,088.18 | | | | 7,307.46 |
| 17. ADMINISTRATIVE & SELLING | | 3.61 | 3.00 | 3.00 | 15.00 | 30.00 | 0.00 | 0.00 | 54.61 |
| 18. OTHER (attach list) | | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 7,030.93 | 1,038.96 | 3.00 | 1,103.18 | 30.00 | 0.00 | 0.00 | 9,206.07 |
| 19. PROFESSIONAL FEES | | 1,640.00 | 10,000.00 | 29,566.07 | 0.00 | 29,056.00 | | | 70,262.07 |
| 20. U.S. TRUSTEE FEES | | | | | 975.00 | | | | 975.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 8,670.93 | 11,038.96 | 29,569.07 | 2,078.18 | 29,086.00 | 0.00 | 0.00 | 80,443.14 |
| 22. NET CASH FLOW | 0.00 | 21,260.02 | -11,038.96 | -5,787.17 | -2,078.18 | -2,086.00 | 0.00 | 0.00 | 269.71 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $21,260.02 | $10,221.06 | $4,433.89 | $2,355.71 | $269.71 | $269.71 | $269.71 | $269.71 |

* Applies to Individual debtors only

**MOR-7**

**Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

Revised 07/01/98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## CASH ACCOUNT RECONCILIATION
### MONTH OF 11/1-11/30/2020

| BANK NAME | Broadway | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | ▇▇▇▇8640 | # | | # | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 269.71 | | | | $269.71 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $269.71 | $0.00 | $0.00 | $0.00 | $269.71 |
| BEGINNING CASH - PER BOOKS | 269.71 | | | | $269.71 |
| RECEIPTS* | 0.00 | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 0.00 | | | | $0.00 |
| ENDING CASH - PER BOOKS | $269.71 | $0.00 | $0.00 | $0.00 | $269.71 |

MOR-8

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

Revised 07/01/98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH 4/27-5/31/2020 | MONTH 6/1-6/30/2020 | MONTH 07/01-07/31/2020 | MONTH 08/01-08/31/2020 | MONTH 9/1-9/30/2020 | MONTH 10/1-10/31/2020 | MONTH 11/1-11/30/2020 |
|---|---|---|---|---|---|---|---|
| 1. Jerry G Miers, CPA | 1,640.00 | | | | | | |
| 2. Mueller-Smeburg, PLLC | | 10,000.00 | 21,684.82 | | 27,936.00 | | |
| 3. Granstaff, Gaedke and Edgmon | | | 7,881.25 | | | | |
| 4. Douglas Deffenbaugh CPA | | | | | 1,120.00 | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $1,640.00 | $10,000.00 | $29,566.07 | $0.00 | $29,056.00 | $0.00 | $0.00 |

MOR-9

Revised 07/01/98  Revised 07/01/98

# KrisJenn Ranch, LLC
## Working Trial Balance
### 11/30/2020

| Account | Beginning Balances 10/31/2020 | | Transactions Dr | (Cr) | Balance 11/30/2020 | Adjustments Dr | # | (CR) | Balance DR/(CR) | |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash - Broadway Bank | 269.71 | | | 15.00 | 254.71 | | | | 254.71 | |
| Transfers | 0.00 | | | | 0.00 | | | | 0.00 | |
| | | | | | | | | | | |
| Note Rec - Cope-N-Hagan | 0.00 | | | | 0.00 | | | | 0.00 | |
| Note Rec - SWD - Big Foot Energy | 241,019.11 | | | | 241,019.11 | | | | 241,019.11 | |
| Invest - Thunder Road Ptrshp | | 10,895.00 | | | -10,895.00 | | | | -10,895.00 | |
| Invest - VEC Partnership | 247,366.00 | | | | 247,366.00 | | | | 247,366.00 | |
| | | | | | | | | | | |
| Automotive Equipment | 0.00 | | | | 0.00 | | | | 0.00 | |
| Accum Deprec | 0.00 | 0.00 | | | 0.00 | | | | 0.00 | |
| | | | | | | | | | | |
| Deferred Gain - SWD Instal Sale | | 183,174.52 | | | -183,174.52 | | | | -183,174.52 | |
| | | | | | | | | | | |
| Note Payable - Pipeline | | 5,900,000.00 | | | -5,900,000.00 | | | | -5,900,000.00 | |
| Note Payable - Larry Wright | | 73,330.95 | | | -73,330.95 | | | | -73,330.95 | |
| | | | | | | | | | | |
| Capital - Larry Wright | 5,605,684.41 | 0.00 | 0.00 | | 5,605,684.41 | | | | 5,605,684.41 | -73,076.24 |
| | | | | | | | | | | |
| Trailer Lease | | 3,600.00 | | | -3,600.00 | | | | -3,600.00 | |
| Cattle Auction | 0.00 | 3,781.90 | | | -3,781.90 | | | | -3,781.90 | |
| Interest income | 0.00 | | | | 0.00 | | | | 0.00 | |
| Gain on Sale of SWD | 0.00 | | | | 0.00 | | | | 0.00 | |
| ST Cap Gain VECPtrshp | 0.00 | | | | 0.00 | | | | 0.00 | |
| Loss on Bad Debt | 0.00 | | | | 0.00 | | | | 0.00 | |
| (inc)/Loss Thunder Rd Partnership | 0.00 | | | | 0.00 | | | | 0.00 | |
| (Inc)/Loss VEX Partnership | 0.00 | | | | 0.00 | | | | 0.00 | |
| | | | | | | | | | | |
| Auto & Truck | 0.00 | | | | 0.00 | | | | 0.00 | |
| Bank Service Charge | 51.00 | | 15.00 | | 66.00 | | | | 66.00 | |
| Business Gifts | 0.00 | | | | 0.00 | | | | 0.00 | |
| Contract Labor | 0.00 | | | | 0.00 | | | | 0.00 | |
| Contributions | 0.00 | | | | 0.00 | | | | 0.00 | |
| Depreciation | 0.00 | | | | 0.00 | | | | 0.00 | |
| Feed | 2,043.90 | | 0.00 | | 2,043.90 | | | | 2,043.90 | |
| Fuel | 289.34 | | | | 289.34 | | | | 289.34 | |
| Interest expense | 0.00 | | | | 0.00 | | | | 0.00 | |
| Legal & Professional | 70,262.07 | | 0.00 | | 70,262.07 | | | | 70,262.07 | |
| Management Fees | 0.00 | | | | 0.00 | | | | 0.00 | |
| Meals & Entertainment | 0.00 | | | | 0.00 | | | | 0.00 | |
| Miscellaneous | 0.00 | | | | 0.00 | | | | 0.00 | |
| Office | 3.61 | | | | 3.61 | | | | 3.61 | |
| Other Deductions - Royalty Income | 0.00 | | | | 0.00 | | | | 0.00 | |
| Quarterly Fees- US Trustee | 975.00 | | 0.00 | | 975.00 | | | | 975.00 | |
| Repairs & Maintenance | 3,935.96 | | | | 3,935.96 | | | | 3,935.96 | |
| Supplies | 1,038.26 | | | | 1,038.26 | | | | 1,038.26 | |
| Taxes - Property | 0.00 | | | | 0.00 | | | | 0.00 | |
| Taxes - Franchise | 1,844.00 | | | | 1,844.00 | | | | 1,844.00 | |
| Travel | 0.00 | | | | 0.00 | | | | 0.00 | 73,076.24 |
| | 6,174,782.37 | 6,174,782.37 | 15.00 | 15.00 | 0.00 | 0.00 | | 0.00 | 0.00 | |

0.00

KrisJenn Ranch, LLC
Expenses
11/01/2020 - 11/30/2020

| Date | Check # | Payee | Cash Dr/(Cr) | Bank Charges | Supplies | Office Exp | Legal & Professional | Note Pay - Larry Wright | Feed | Repairs & Maintenance | US Trustee Quarterly | Fuel | Taxes - Franchise |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/30/2020 | | Broadway Bank | | 3.00 | | | | | | | | | |
| 11/30/2020 | | Broadway Bank | | 12.00 | | | | | | | | | |
| | | | 0.00 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

CASE NAME: KrisJenn Ranch Series Pipeline LLC
CASE NUMBER: 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 04/27 - 05/31/20 | MONTH 6/1-6/30/2020 | MONTH 7/1-7/31/2020 | MONTH 8/1-8/31/2020 | MONTH 9/1-9/30/2020 | MONTH 10/1-10/31/2020 | MONTH 11/1-11/30/2020 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| RECEIPTS: | | | | | | | | |
| 2. CASH SALES | | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | | |
| 7. NET PAYROLL | | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | | 0.00 |
| 18. OTHER (attach list) | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. PROFESSIONAL FEES | | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22. NET CASH FLOW | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

\* Applies to Individual debtors only
\*\*Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7

Revised 07/01/98

CASE NAME: KrisJenn Ranch Series Pipeline LLC
CASE NUMBER: 20-50805-RBK

## CASH ACCOUNT RECONCILIATION
## MONTH OF 11/30/2020

| BANK NAME | Broadway | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | 8640 # | | # | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 0.00 | | | | $0.00 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING CASH - PER BOOKS | 0.00 | | | | $0.00 |
| RECEIPTS* | 0.00 | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 0.00 | | | | $0.00 |
| ENDING CASH - PER BOOKS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

CASE NAME: KrisJenn Ranch Series Uvalde Ranch LLC
CASE NUMBER: 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 04/27 - 05/31/20 | MONTH 6/1-6/30/2020 | MONTH 7/1-7/31/2020 | MONTH 8/1-8/31/2020 | MONTH 9/1-9/30/2020 | MONTH 10/1-10/31/2020 | MONTH 11/1-11/30-2020 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| RECEIPTS: | | | | | | | | |
| 2. CASH SALES | | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | | |
| 7. NET PAYROLL | | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | | 0.00 |
| 18. OTHER (attach list) | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. PROFESSIONAL FEES | | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22. NET CASH FLOW | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Applies to Individual debtors only

**Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7

Revised 07/01/98

CASE NAME: KrisJenn Ranch Series Uvalde Ranch LLC
CASE NUMBER: 20-50805-RBK

## CASH ACCOUNT RECONCILIATION
### MONTH OF 11/30/2020

| | | | | | |
|---|---|---|---|---|---|
| BANK NAME | Broadway | | | | |
| ACCOUNT NUMBER | 8640 # | | # | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 0.00 | | | | $0.00 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING CASH - PER BOOKS | 0.00 | | | | $0.00 |
| RECEIPTS* | 0.00 | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 0.00 | | | | $0.00 |
| ENDING CASH - PER BOOKS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-8

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

Revised 07/01/98

# BROADWAY BANK

1177 N.E. Loop 410
San Antonio, TX 78209

Return Service Requested

Account Number
xxxx3640
Page 1 of 2

broadway.bank
800.531.7650

004916 0.4500 AB 0.419    TR00019

KRISJENN RANCH LLC
DEBTOR IN POSSESSION
CASE# 20-50805
410 SPYGLASS RD
MCQUEENEY TX 78123-3418

## Bank Statement
### SUMMARY OF ACCOUNTS

| Account Type | Account # | Balance as of Nov 30, 2020 | YTD Interest |
|---|---|---|---|
| ADVANTAGE BUSINESS CHECKING | xxxx3640 | $254.71 | $0.00 |

This statement reports your balances and activity from Oct 31, 2020 thru Nov 30, 2020 on the following accounts.

**ADVANTAGE BUSINESS CHECKING**   Account # xxxx3640   Balance: $254.71

| | | | |
|---|---|---|---|
| Balance Last Statement | | | 269.71 |
| Total Debits | | | 15.00 |
| Other Withdrawals | | | 3.00 |
| Nov 30 | DEP-Paper Statement Fee | | 12.00 |
| Nov 30 | Maintenance Fee | | |
| Balance This Statement | | | 254.71 |

**Running Balances**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10-31 | $269.71 | 11-30 | $254.71 | | |

END OF STATEMENT