**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **KRISJENN RANCH, LLC,** *et al* | § | **CASE NO. 20-50805-rbk** |
| | § | |
| | § | |
| **DEBTOR** | § | **(Jointly Administered)** |

**DEBTORS' THIRD JOINT EXPEDITED MOTION TO EXTEND**
**DEBTORS' EXCLUSIVITY PERIOD**

**DEBTORS HAVE REQUESTED EXPEDITED CONSIDERATION OF THIS MOTION AND HAS REQUESTED THAT A HEARING BE HELD ON THIS MOTION AT THE COURT'S EARLIEST CONVENIENCE.  IF THE COURT IN FACT SETS THIS MOTION FOR AN EXPEDITED HEARING, THEN ONLY ATTENDANCE AT THE HEARING IS NECESSARY TO PRESERVE YOUR RIGHTS**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

KrisJenn Ranch, LLC, KrisJenn Ranch, LLC Series Pipeline ROW, and KrisJenn Ranch, LLC Series Uvalde Ranch's (the "Debtors"), Debtor and Debtors-in-Possession, hereby file this *Third Joint Motion to Extend Debtors' Exclusivity Period* (the "Motion") and in support, respectfully represent as follows:

**PROCEDURAL BACKGROUND**

1.     On April 27, 2020, (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (as amended, the "Code").  The Debtors continue to manage their financial affairs as a debtors-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.  No creditors' committee has yet been appointed in this case by the United States Trustee.  No trustee or examiner has been requested or appointed.

**JURISDICTION AND VENUE**

2.       This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(1), (b)(2)(A) and (M).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408(1) because the Debtors' places of business have been located in this district for more than 180 days preceding the filing of this bankruptcy case.

**BACKGROUND AND REQUEST FOR RELIEF**

3.       Debtors, KrisJenn Ranch, LLC and Series Uvalde Ranch purchased the KrisJenn Ranch (the "Ranch") in 2013 for $3,952,000 and then invested an additional $840,000 in the Ranch.  The Ranch derives its income from the sale of cattle and a white-tail deer hunting lease operation.

4.       The Ranch and a 60 mile pipeline and right of way (the "Pipeline")  are encumbered by a $5.9 million loan from Mcleod Oil ("Mcleod") related to an investment in a pipeline and its right of way.  Longbranch Energy, L.P. ("Longbranch") and DMA Properties, Inc.  have claimed disputed interests in the Pipeline.   The issues regarding the pipeline are being litigated in Adversary Number 20-05027, which was set for trial on December 7, 2020.  This trial date was continued to January 11, 2021, and after several days of trial, the trial was continued to February 11, 2021, because several members of the Plaintiffs contracted Covid 19.  Debtors need to resolve the litigation to determine the terms for their plan of reorganization.

5.       Pursuant to this Court's order on Debtors' Second Joint Expedited Motion to Extend Debtors' Exclusivity Period signed November 10, 2020 (Dckt No. 90), Debtors' exclusivity period is set to terminate on February 11, 2021, the same day the related adversary trial

is set to resume.  After notice and hearing, this Court has the inherent authority to extend the 120-day period. *See* 11 U.S.C. 1121(d).

6.      Once the litigation is resolved, a confirmable plan will be promptly filed; however, at this juncture, a plan proposed would likely be significantly different from the final plan resulting in unnecessary expense.   Debtors are requesting a third extension in the exclusivity period until April 12, 2021, due to the postponed adversary trial date.  Therefore, Debtors request the court extend exclusivity for filing their plans until April 12, 2021, and to solicit and confirm their plan until June 28, 2021.

## CERTIFICATE OF CONFERENCE

The undersigned certifies that he conferenced via electronic mail on January 27, 2021 with the United States Trustee and bankruptcy counsel for Mcleod Oil, Longbranch, and DMA. Counsel for DMA and Longbranch are unopposed and the other counsels have not yet taken a position on the motion.

## PRAYER

WHEREFORE, PREMESIS CONSIDERED, the Debtors pray that the Court set this motion for hearing and, upon said hearing, extend exclusivity for filing Debtors' plans until April 12, 2021, and exclusivity to solicit and confirm their plans until June 28, 2021, and for such other and further relief that the Court deems justified.

Dated:  January 28, 2021

3

Submitted By:
SMEBERG LAW FIRM, PLLC

By:____/s/ *Ronald J. Smeberg*_____
RONALD J. SMEBERG
State Bar No. 24033967
4 Imperial Oaks.
San Antonio, Texas 78248
210-695-6684 (Tel)
210-598-7357 (Fax)
ron@smeberg.com
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2021, true and correct copies of the foregoing motion will be forwarded electronically via the Court's ECF System, or by U.S. first class mail, postage prepaid, on, all parties listed on the attached Service List.

*/s/ Ronald J. Smeberg*_____
RONALD J. SMEBERG

## SERVICE LIST

**DEBTOR**

KrissJenn Ranch, LLC
410 Spyglass Rd
Mc Queeney, TX 78123-3418

**GOVERNMENT ENTITIES**

Office of the UST
615 E Houston, Room 533
PO Box 1539
San Antonio, TX 78295-1539

U.S. Attorney
Attn: Bkcy Division
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

Internal Revenue Services
Special Procedures Branch
300 E. 8th St. STOP 5026 AUS
Austin, TX 78701

Texas Comptroller of Public Account
Attn: Bankruptcy
P.O. Box 149359
Austin, TX 78714-9359

Angelina County Tax Assessor
606 E Lufkin Ave,
Lufkin, Texas 75901

Nacogdoches County Tax
Assessor Collector
101 West Main Street
Nacogdoches, Texas 75961

Rusk County
202 N Main St,
Henderson, Texas 75652

Shelby County, Tax Collector
200 St. Augustine St.
Center, Texas 75935

Tenaha ISD Tax Assessor-Collector
138 College St
Tenaha, TX 75974-5612

Uvalde Tax Assessor
Courthouse Plaza, Box 8
Uvalde, Texas 78801

**NOTICE PARTIES**

METTAUER LAW FIRM
c/o April Prince
403 Nacogdoches St Ste 1
Center, TX 75935-3810

Albert, Neely & Kuhlmann
1600 Oil & Gas Building
309 W 7th St
Fort Worth, TX 76102-6900

Laura L. Worsham
JONES, ALLEN & FUQUAY, LLP
8828 Greenville Ave.
Dallas, Texas 75243

Craig Crockett
CRAIG M. CROCKETT, PC
5201 Camp Bowie Blvd. #200
Fort Worth, Texas 76107

Christopher S. Johns
JOHNS &COUNSEL PLLC
14101 Highway 290 West,
ste 400A
Austin, Texas 78737

Timothy Cleveland
CLEVELAND|TERRAZAS PLLC
4611 Bee Cave Road, ste 306B
Austin, Texas 78746

**SECURED CREIDITORS**

McLeod Oil, LLC
c/o John W. McLeod, Jr.
700 N Wildwood Dr
Irving, TX 75061-8832

**UNSECURED CREIDITORS**

Bigfoot Energy Services
312 W Sabine St
Carthage, TX 75633-2519

C&W Fuels, Inc.
Po Box 40
Hondo, TX 78861-0040

Davis, Cedillo & Mendoza
755 E Mulberry Ave Ste 500
San Antonio, TX 78212-3135

Granstaff Gaedke & Edgmon

5535 Fredericksburg Rd Ste 110
San Antonio, TX 78229-3553

Hopper's Soft Water Service
120 W Frio St
Uvalde, TX 78801-3602

Larry Wright
410 Spyglass Rd
Mc Queeney, TX 78123-3418

Medina Electric
2308 18th St.
Po Box 370
Hondo, TX 78861-0370

Medina's Pest Control
1490 S Homestead Rd
Uvalde, TX 78801-7625

Texas Farm Store
236 E Nopal St
Uvalde, TX 78801-5317

Uvalco Supply
2521 E Main St
Uvalde, TX 78801-4940

Longbranch Energy
c/o DUKE BANISTER RICHMOND
Po Box 175
Fulshear, TX 77441-0175

DMA Properties, Inc.
896 Walnut Street at US 123 BYP
Seneca, SC 29678

5