The relief described hereinbelow is SO ORDERED.

Signed January 28, 2021.

_____
Ronald B. King
Chief United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC, *et al* | § | CASE NO. 20-50805-rbk |
| | § | |
| | § | |
| DEBTOR | § | (Jointly Administered) |

ORDER SETTING EXPEDITED HEARING OF DEBTORS' THIRD
JOINT EXPEDITED MOTION TO EXTEND DEBTORS'
EXCLUSIVITY PERIOD

On Consideration of KrisJenn Ranch, LLC, KrisJenn Ranch, LLC Series Pipeline ROW, and KrisJenn Ranch, LLC Series Uvalde Ranch's, Motion Requesting Expedited Consideration of Debtor's Third Joint Motion to Extend Debtors' Exclusivity Period, and it appearing to the Court that notice was sufficient under the circumstances and that the relief sought should be granted; it is hereby

ORDERED that the **Debtors' THIRD Joint Expedited Motion to Extend Debtors' Exclusivity Period** is granted as set forth herein; and it is further

ORDERED that a hearing on the following shall be heard on **February 3, 2021 @9:30am. Via Telephone Dial (650) 479-3207 Access Code 160-686-6761.**

t

**DEBTORS' THIRD JOINT EXPEDITED MOTION TO EXTEND DEBTORS' EXCLUSIVITY PERIOD**

it is further

ORDERED that the Movant shall give notice of this expedited hearing by forwarding a copy of this Order by email, facsimile transmission, or telephone, if possible, to all parties listed on the Service List attached to the motion, and shall evidence such service by the filing of a certificate of service with the Court prior to the scheduled hearing.

###

Submitted By:

THE SMEBERG LAW FIRM, PLLC

By: /s/ *Ronald J. Smeberg*_____
RONALD J. SMEBERG
State Bar No. 24033967
4 Imperial Oaks
San Antonio, Texas 78248
210-695-6684 (Tel)
210-598-7357 (Fax)
ron@smeberg.com
ATTORNEY FOR DEBTORS