MOR-1

**UNITED STATES BANKRUPTCY COURT**

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK
PROPOSED PLAN DATE: _____

PETITION DATE: _____
DISTRICT OF TEXAS: Western
DIVISION: San Antonio

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH January 2021

| MONTH | 04/27 - 05/31/2020 | 06/01 - 6/30/2020 | 7/1-7/31/2020 | 8/1-8/31/2020 | 9/1-9/30/2020 | 10/1-10/31/2020 | 11/1-11/30/2020 | 12/1-12/31/2020 | 1/1-1/31/2021 |
|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 3,800.00 | 0.00 | 3,781.90 | 0.00 | 0.00 | 0.00 | 0.00 | 50,000.00 | 0.00 |
| INCOME BEFORE INT, DEPREC/TAX (MOR-6) | -5,071.00 | -11,038.96 | -25,787.17 | -2,078.18 | -29,086.00 | 0.00 | 0.00 | 38,126.83 | -32,339.21 |
| NET INCOME (LOSS) (MOR-6) | -5,071.00 | -11,038.96 | -25,787.17 | -2,078.18 | -29,086.00 | 0.00 | 0.00 | 38,126.83 | -32,339.21 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-8) | 1,540.00 | 10,000.00 | 29,569.07 | 0.00 | 29,058.00 | 0.00 | 0.00 | 0.00 | 30,000.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 8,871.00 | 11,038.96 | 29,569.07 | 2,078.18 | 29,086.00 | 29,086.00 | 15.00 | 11,873.17 | 32,339.21 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | EXP. DATE | |
|---|---|---|
| CASUALTY | YES (X) NO ( ) | _____ |
| LIABILITY | YES (X) NO ( ) | _____ |
| VEHICLE | YES ( ) NO ( ) | _____ |
| WORKERS | YES ( ) NO ( ) | _____ |
| OTHER | YES ( ) NO ( ) | _____ |

Are all accounts receivable being collected within terms? (Yes) No
Are all post-petition liabilities, including taxes, being paid within terms? (Yes) No
Have any pre-petition liabilities been paid? Yes (No)
If so, describe _____
Are all funds received being deposited into DIP bank accounts? (Yes) No
Were any assets disposed of outside the normal course of business? Yes (No)
If so, describe _____
Are all U.S. Trustee Quarterly Fee Payments current? (Yes) No
What is the status of your Plan of Reorganization? _____

ATTORNEY NAME: Ronald Smeberg
FIRM NAME: The Smeberg Law Firm
ADDRESS: 4 Imperial Oaks
CITY, STATE, ZIP: San Antonio, TX 78248
TELEPHONE/FAX: 210-695-6684

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _____ Manager
(ORIGINAL SIGNATURE)

_____ _____
(PRINT NAME OF SIGNATORY) DATE

Revised 07/01/98

MOR-1

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH 5/31/2020 0:00 | MONTH 6/30/2020 0:00 | MONTH 7/31/2020 0:00 | MONTH 8/31/2020 0:00 | MONTH 9/1-9/30/2020 | MONTH 10/1-10/31/2020 | MONTH 11/1-11/30/2020 | MONTH 12/1-12/31/2020 | MONTH 1/1-1/31/2021 |
|---|---|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | | | |
| Cash | | | 21,260.00 | 10,221.06 | 4,433.89 | 2,355.71 | 269.71 | 269.71 | 254.71 | 38,381.54 | 6,042.33 |
| Accounts Receivable, Net | | | | | | | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | | | | | |
| Prepaid Expenses | | | | | | | | | | | |
| Investments | | | 477,490.00 | 477,490.11 | 477,490.11 | 477,490.11 | 477,490.11 | 477,490.11 | 477,490.11 | 477,490.11 | 477,490.11 |
| Other | | | | | | | | | | | |
| TOTAL CURRENT ASSETS | | 0.00 | 498,750.00 | 487,711.17 | 481,924.00 | 479,845.82 | 477,759.82 | 477,759.82 | 477,744.82 | 515,871.65 | 483,532.44 |
| **PROPERTY, PLANT & EQUIP. @ COST** | | | | | | | | | | | |
| Less Accumulated Depreciation | | | | | | | | | | | |
| NET BOOK VALUE OF PP & E | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | | | | | |
| 1. Tax Deposits | | | | | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | | | | | |
| 3. Electric Deposit | | | | | | | | | | | |
| 4. | | | | | | | | | | | |
| **TOTAL ASSETS** | | $0.00 | $498,750.00 | $487,711.17 | $481,924.00 | $479,845.82 | $477,759.82 | $477,759.82 | $477,744.82 | $515,871.65 | $483,532.44 |

* Per Schedules and Statement of Affairs

MOR-2

Revised 07/01/98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | MONTH 5/31/2020 0:00 | MONTH 6/30/2020 0:00 | MONTH 7/31/2020 0:00 | MONTH 8/31/2020 0:00 | MONTH 9/1-9/30/2020 | MONTH 10/1-10/31/2020 | MONTH 11/1-11/30/2020 | MONTH 12/1-12/31/2020 | MONTH 1/1-1/31/2021 |
|---|---|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | | | | | | | | | |
| **PRE-PETITION LIABILITIES** | | | | | | | | | | |
| Notes Payable - Secured | | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 |
| Priority Debt | | | | | | | | | | |
| Federal Income Tax | | | | | | | | | | |
| FICA/Withholding | | | | | | | | | | |
| Unsecured Debt | | 26,331.00 | 26,330.95 | 46,330.95 | 46,330.95 | 73,330.95 | 73,330.95 | 73,330.95 | 73,330.95 | 73,330.95 |
| Other | | 183,174.00 | 183,174.52 | 183,174.52 | 183,174.52 | 183,174.52 | 183,174.52 | 183,174.52 | 183,174.52 | 183,174.52 |
| TOTAL PRE-PETITION LIABILITIES | 0.00 | 6,109,505.00 | 6,109,505.47 | 6,129,505.47 | 6,129,505.47 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 |
| TOTAL LIABILITIES | 0.00 | 6,109,505.00 | 6,109,505.47 | 6,129,505.47 | 6,129,505.47 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | | | | |
| PREFERRED STOCK | | | | | | | | | | |
| COMMON STOCK | | | | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | -5,605,684.00 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 |
| RETAINED EARNINGS: Filing Date | | | | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | -5,071.00 | -16,109.89 | -41,897.06 | -43,975.24 | -73,061.24 | -73,061.24 | -73,061.24 | -73,061.24 | -73,061.24 |
| TOTAL OWNER'S EQUITY (NET WORTH) | 0.00 | -5,610,755.00 | -5,621,794.30 | -5,647,581.47 | -5,649,659.65 | -5,678,745.65 | -5,678,745.65 | -5,678,745.65 | -5,678,745.65 | -5,678,745.65 |
| TOTAL LIABILITIES & OWNERS EQUITY | $0.00 | $498,750.00 | $487,711.17 | $481,924.00 | $479,845.82 | $477,759.82 | $477,759.82 | $477,759.82 | $477,759.82 | $477,759.82 |

* Per Schedules and Statement of Affairs

MOR-3

Revised 07/01/98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| **TRADE ACCOUNTS PAYABLE** |  |  |  |  |  |  |
| **TAX PAYABLE** |  |  |  |  |  |  |
| Federal Payroll Taxes |  |  |  |  |  |  |
| State Payroll Taxes |  |  |  |  |  |  |
| Ad Valorem Taxes |  |  |  |  |  |  |
| Other Taxes |  |  |  |  |  |  |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION |  |  |  |  |  |  |
| ACCRUED INTEREST PAYABLE |  |  |  |  |  |  |
| ACCRUED PROFESSIONAL FEES* |  |  |  |  |  |  |
| OTHER ACCRUED LIABILITIES |  |  |  |  |  |  |
| 1. |  |  |  |  |  |  |
| 2. |  |  |  |  |  |  |
| 3. |  |  |  |  |  |  |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

MOR-4

Revised 07/01/98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

### AGING OF POST-PETITION LIABILITIES
MONTH _____

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 0.00 | | | | | |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

### AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-5

*Revised 07/01/98*

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## STATEMENT OF INCOME (LOSS)

| | MONTH 04/27 - 05/31/20 | MONTH 06/01 - 06/30/20 | MONTH 7/1-7/31/2020 | MONTH 8/1-8/31/2020 | MONTH 9/1-9/30/2020 | MONTH 10/1-10/31/2020 | MONTH 11/1-11/30/2020 | MONTH 12/1-12/31/2020 | MONTH 1/1-1/31/2021 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 3,600.00 | 0.00 | 3,781.90 | 0.00 | | | | 50,000.00 | 0.00 | 7,381.90 |
| TOTAL COST OF REVENUES | 5,183.00 | 1,035.96 | | | | | | | | 6,218.96 |
| GROSS PROFIT | -1,583.00 | -1,035.96 | 3,781.90 | 0.00 | 0.00 | 0.00 | 0.00 | 50,000.00 | 0.00 | 1,162.94 |
| OPERATING EXPENSES: | | | | | | | | | | |
| Selling & Marketing | | | | | | | | | | 0.00 |
| General & Administrative | 1,848.00 | 3.00 | 3.00 | 15.00 | 30.00 | 0.00 | 0.00 | 27.00 | 3.00 | 1,899.00 |
| Insiders Compensation | | | | | | | | | | 0.00 |
| Professional Fees | 1,640.00 | 10,000.00 | 29,566.07 | 0.00 | 29,056.00 | 0.00 | 0.00 | 0.00 | 30,000.00 | 70,262.07 |
| Other | | | | 975.00 | | | | 6,627.54 | 1,075.54 | 975.00 |
| Other | | | | 1,088.18 | | | | 5,218.63 | 1,260.67 | 1,088.18 |
| TOTAL OPERATING EXPENSES | 3,488.00 | 10,003.00 | 29,569.07 | 2,078.18 | 29,086.00 | 0.00 | 0.00 | 11,873.17 | 32,339.21 | 74,224.25 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -5,071.00 | -11,038.96 | -25,787.17 | -2,078.18 | -29,086.00 | 0.00 | 0.00 | 38,126.83 | -32,339.21 | -73,061.31 |
| INTEREST EXPENSE | | | | | | | | | | 0.00 |
| DEPRECIATION | | | | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | -5,071.00 | -11,038.96 | -25,787.17 | -2,078.18 | -29,086.00 | 0.00 | 0.00 | 38,126.83 | -32,339.21 | -73,061.31 |
| FEDERAL INCOME TAXES | | | | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | ($5,071.00) | ($11,038.96) | ($25,787.17) | ($2,078.18) | ($29,086.00) | $0.00 | $0.00 | $38,126.83 | ($32,339.21) | ($73,061.31) |

Accrual Accounting Required. Otherwise Footnote with Explanation.
* Footnote Mandatory.
** Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.

MOR-6

Revised 07/01/98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 04/27 - 05/31/20 | MONTH 6/1-6/30/2020 | MONTH 7/1-7/31/2020 | MONTH 8/1-8/31/2020 | MONTH 9/1-9/30/2020 | MONTH 10/1-10/31/2020 | MONTH 11/1-11/30/2020 | MONTH 12/1-12/31/2020 | MONTH 1/1-1/31/2021 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $21,260.02 | $10,221.06 | $4,433.89 | $2,355.71 | $269.71 | $269.71 | $254.71 | $254.71 | $0.00 |
| RECEIPTS: | | | | | | | | | | |
| 2. CASH SALES | | 3,600.00 | | 3,781.90 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 7,381.90 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | 26,330.95 | | 20,000.00 | | 27,000.00 | | | | | 73,330.95 |
| 5. SALE OF ASSETS | | | | | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | | | 50,000.00 | 0.00 | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 29,930.95 | 0.00 | 23,781.90 | 0.00 | 27,000.00 | 0.00 | 0.00 | 50,000.00 | 0.00 | 80,712.85 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | | | | |
| 7. NET PAYROLL | | | | | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | 1,844.00 | | | | | | | | | 1,844.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | | | 1,260.67 | | 0.00 |
| 12. INSURANCE | | | | | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | 5,183.32 | 1,035.96 | | 1,088.18 | | | | 10,218.63 | 1,075.54 | 7,307.46 |
| 17. ADMINISTRATIVE & SELLING | | 3.61 | 3.00 | 3.00 | 15.00 | 30.00 | 0.00 | 15.00 | 27.00 | 3.00 | 54.61 |
| 18. OTHER (attach list) | | | | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 7,030.93 | 1,038.96 | 3.00 | 1,103.18 | 30.00 | 0.00 | 15.00 | 10,245.63 | 2,339.21 | 9,206.07 |
| 19. PROFESSIONAL FEES | | 1,640.00 | 10,000.00 | 29,566.07 | 0.00 | 29,056.00 | | | | 30,000.00 | 70,262.07 |
| 20. U.S. TRUSTEE FEES | | | | | 975.00 | | | | 1,627.54 | 0.00 | 975.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 8,670.93 | 11,038.96 | 29,569.07 | 2,078.18 | 29,086.00 | 0.00 | 15.00 | 11,873.17 | 32,339.21 | 80,443.14 |
| 22. NET CASH FLOW | 0.00 | 21,260.02 | -11,038.96 | -5,787.17 | -2,078.18 | -2,086.00 | 0.00 | -15.00 | 38,126.83 | -32,339.21 | 269.71 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $21,260.02 | $10,221.06 | $4,433.89 | $2,355.71 | $269.71 | $269.71 | $254.71 | $38,381.54 | ($32,084.50) | $269.71 |

* Applies to Individual debtors only
**Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7

Revised 07/01/98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

# CASH ACCOUNT RECONCILIATION
## MONTH OF 1/1-1/31/2021

| BANK NAME | Broadway | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | 8640 # | | # | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 6,042.33 | | | | $6,042.33 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $6,042.33 | $0.00 | $0.00 | $0.00 | $6,042.33 |
| BEGINNING CASH - PER BOOKS | 38,381.54 | | | | $38,381.54 |
| RECEIPTS* | 0.00 | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 32,339.21 | | | | $32,339.21 |
| ENDING CASH - PER BOOKS | $6,042.33 | $0.00 | $0.00 | $0.00 | $6,042.33 |

MOR-8

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

Revised 07/01/98

CASE NAME: KrisJenn Ranch Series Pipeline LLC
CASE NUMBER: 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 04/27 - 05/31/20 | MONTH 6/1-6/30/2020 | MONTH 7/1-7/31/2020 | MONTH 8/1-8/31/2020 | MONTH 9/1-9/30/2020 | MONTH 10/1-10/31/2020 | MONTH 11/1-11/30/2020 | MONTH 12/1-12/31/2020 | MONTH 1/1-1/31/2021 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| RECEIPTS: | | | | | | | | | | |
| 2. CASH SALES | | | | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | | | | |
| 7. NET PAYROLL | | | | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | | | | 0.00 |
| 18. OTHER (attach list) | | | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. PROFESSIONAL FEES | | | | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22. NET CASH FLOW | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Applies to Individual debtors only
**Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7

Revised 07/01/98

CASE NAME: KrisJenn Ranch Series Pipeline LLC
CASE NUMBER: 20-50805-RBK

## CASH ACCOUNT RECONCILIATION
### MONTH OF 1/31/2021

| BANK NAME | Broadway | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | 8640 # | # | | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 0.00 | | | | $0.00 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING CASH - PER BOOKS | 0.00 | | | | $0.00 |
| RECEIPTS* | 0.00 | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 0.00 | | | | $0.00 |
| ENDING CASH - PER BOOKS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-8

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

Revised 07/01/98

CASE NAME: KrisJenn Ranch Series Uvalde Ranch LLC
CASE NUMBER: 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 04/27 - 05/31/20 | MONTH 6/1-6/30/2020 | MONTH 7/1-7/31/2020 | MONTH 8/1-8/31/2020 | MONTH 9/1-9/30/2020 | MONTH 10/1-10/31/2020 | MONTH 11/1-11/30/2020 | MONTH 12/1-12/31/2020 | MONTH 1/1-1/31/2021 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| RECEIPTS: | | | | | | | | | | |
| 2. CASH SALES | | | | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | | | | |
| 7. NET PAYROLL | | | | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | | | | 0.00 |
| 18. OTHER (attach list) | | | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. PROFESSIONAL FEES | | | | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22. NET CASH FLOW | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

\* Applies to Individual debtors only

MOR-7

\*\*Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

*Revised 07/01/98*

CASE NAME: KrisJenn Ranch Series Uvalde Ranch LLC
CASE NUMBER: 20-50805-RBK

## CASH ACCOUNT RECONCILIATION
### MONTH OF 1/31/2021

| BANK NAME | Broadway | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | 8640 # | | # | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 0.00 | | | | $0.00 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING CASH - PER BOOKS | 0.00 | | | | $0.00 |
| RECEIPTS* | 0.00 | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 0.00 | | | | $0.00 |
| ENDING CASH - PER BOOKS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-8

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

Revised 07/01/98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH 4/27-5/31/2020 | MONTH 6/1-6/30/2020 | MONTH 07/01-07/31/2020 | MONTH 08/01-08/31/2020 | MONTH 9/1-9/30/2020 | MONTH 10/1-10/31/2020 | MONTH 11/1-11/30/2020 | MONTH 12/1-12/31/2020 | MONTH 1/1-1/31/2021 |
|---|---|---|---|---|---|---|---|---|---|
| 1. Jerry G Miers, CPA | 1,640.00 | | | | | | | | |
| 2. Mueller-Smeburg, PLLC | | 10,000.00 | 21,684.82 | | 27,936.00 | | | | 30,000.00 |
| 3. Granstaff, Gaedke and Edgmon | | | 7,881.25 | | | | | | |
| 4. Douglas Deffenbaugh CPA | | | | | 1,120.00 | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $1,640.00 | $10,000.00 | $29,566.07 | $0.00 | $29,056.00 | $0.00 | $0.00 | $0.00 | $30,000.00 |

MOR-9

Revised 07/01/98

KrisJenn Ranch, LLC
Working Trial Balance
1/31/2021

| Account | Beginning Balances 10/31/2020 | | Transactions Dr | (Cr) | Balance 11/30/2020 | Adjustments Dr | # | (CR) | Balance DR/(CR) | |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash - Broadway Bank | 38,381.54 | | 0.00 | 32,339.21 | 6,042.33 | | | | 6,042.33 | |
| Transfers | 0.00 | | | | 0.00 | | | | 0.00 | |
| | | | | | | | | | | |
| Note Rec - Cope-N-Hagan | 0.00 | | | | 0.00 | | | | 0.00 | |
| Note Rec - SWD - Big Foot Energy | 241,019.11 | | | | 241,019.11 | | | | 241,019.11 | |
| Invest - Thunder Road Ptrshp | | 10,895.00 | | | -10,895.00 | | | | -10,895.00 | |
| Invest - VEC Partnership | 247,366.00 | | | | 247,366.00 | | | | 247,366.00 | |
| | | | | | | | | | | |
| Automotive Equipment | 0.00 | | | | 0.00 | | | | 0.00 | |
| Accum Deprec | 0.00 | 0.00 | | | 0.00 | | | | 0.00 | |
| | | | | | | | | | | |
| Deferred Gain - SWD Instal Sale | | 183,174.52 | | | -183,174.52 | | | | -183,174.52 | |
| | | | | | | | | | | |
| Note Payable - Pipeline | | 5,900,000.00 | | | -5,900,000.00 | | | | -5,900,000.00 | |
| Note Payable - Larry Wright | | 73,330.95 | | | -73,330.95 | | | | -73,330.95 | |
| | | | | | | | | | | |
| Capital - Larry Wright | 5,605,684.41 | 0.00 | 0.00 | | 5,605,684.41 | | | | 5,605,684.41 | -67,288.62 |
| | | | | | | | | | | |
| Trailer Lease | | 3,600.00 | | | -3,600.00 | | | | -3,600.00 | |
| Cattle Auction | 0.00 | 3,781.90 | | | -3,781.90 | | | | -3,781.90 | |
| Interest income | 0.00 | | | | 0.00 | | | | 0.00 | |
| Gain on Sale of SWD | 0.00 | | | | 0.00 | | | | 0.00 | |
| ST Cap Gain VECPtrshp | 0.00 | | | | 0.00 | | | | 0.00 | |
| Loss on Bad Debt | 0.00 | | | | 0.00 | | | | 0.00 | |
| (inc)/Loss Thunder Rd Partnership | 0.00 | | | | 0.00 | | | | 0.00 | |
| (Inc)/Loss VEX Partnership | 0.00 | | | | 0.00 | | | | 0.00 | |
| Revenue Option Fee- McLeod | -50,000.00 | | | 0.00 | -50,000.00 | | | | -50,000.00 | |
| Auto & Truck | 0.00 | | | | 0.00 | | | | 0.00 | |
| Bank Service Charge | 93.00 | | 3.00 | | 96.00 | | | | 96.00 | |
| Business Gifts | 0.00 | | | | 0.00 | | | | 0.00 | |
| Contract Labor | 0.00 | | | | 0.00 | | | | 0.00 | |
| Contributions | 0.00 | | | | 0.00 | | | | 0.00 | |
| Depreciation | 0.00 | | | | 0.00 | | | | 0.00 | |
| Feed | 6,462.53 | | 1,075.54 | | 7,538.07 | | | | 7,538.07 | |
| Fuel | 1,089.34 | | 0.00 | | 1,089.34 | | | | 1,089.34 | |
| Ranch electricity | 0.00 | | 1,260.67 | | 1,260.67 | | | | 1,260.67 | |
| Interest expense | 0.00 | | | | 0.00 | | | | 0.00 | |
| Legal & Professional | 70,262.07 | | 30,000.00 | | 100,262.07 | | | | 100,262.07 | |
| Management Fees | 0.00 | | | | 0.00 | | | | 0.00 | |
| Meals & Entertainment | 0.00 | | | | 0.00 | | | | 0.00 | |
| Miscellaneous | 0.00 | | | | 0.00 | | | | 0.00 | |
| Office | 3.61 | | | | 3.61 | | | | 3.61 | |
| Other Deductions - Royalty Income | 0.00 | | | | 0.00 | | | | 0.00 | |
| Quarterly Fees- US Trustee | 2,602.54 | | 0.00 | | 2,602.54 | | | | 2,602.54 | |
| Repairs & Maintenance | 8,935.96 | | 0.00 | | 8,935.96 | | | | 8,935.96 | |
| Supplies | 1,038.26 | | | | 1,038.26 | | | | 1,038.26 | |
| Taxes - Property | 0.00 | | | | 0.00 | | | | 0.00 | |
| Taxes - Franchise | 1,844.00 | | | | 1,844.00 | | | | 1,844.00 | |
| Travel | 0.00 | | | | 0.00 | | | | 0.00 | 67,288.62 |
| | | | | | | | | | | |
| | 6,174,782.37 | 6,174,782.37 | 32,339.21 | 32,339.21 | 0.00 | 0.00 | | 0.00 | 0.00 | |

0.00

-254.71          15

## KrisJenn Ranch, LLC
## Expenses
### 1/01/2021 - 1/31/2021

| Date | Check # | Payee | Cash Dr/(Cr) | Bank Charges | Supplies | Office Exp | Legal & Professional | Note Pay - Larry Wright | Electric | Feed | Repairs & Maintenance | US Trustee Quarterly | Fuel | Taxes - Franchise |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/29/2021 | | Broadway Bank | | 3.00 | | | | | | | | | | |
| 1/11/2021 | 124 | MEC | | | | | | | 616.51 | | | | | |
| 1/12/2021 | 125 | Texas Farm Store | | | | | | | | 1,075.54 | | | | |
| 1/19/2021 | 126 | Muller & Associates | | | | | 30,000.00 | | | | | | | |
| 1/29/2021 | 127 | MEC | | | | | | | 644.16 | | | | | |
| | | | 0.00 | 3.00 | 0.00 | 0.00 | 30,000.00 | 0.00 | 1,260.67 | 1,075.54 | 0.00 | 0.00 | 0.00 | 0.00 |

# BROADWAY BANK

1177 N.E. Loop 410
San Antonio, TX 78209

Account Number
███████ 8640
Page 1 of 2

broadway.bank
800.531.7650

**Return Service Requested**

005040 0.6500 AB 0.428    TR00020

KRISJENN RANCH LLC
DEBTOR IN POSSESSION
CASE# 20-50805
410 SPYGLASS RD
MCQUEENEY TX 78123-3418

## Bank Statement
### SUMMARY OF ACCOUNTS

| Account Type | Account # | Balance as of Jan 31, 2021 | YTD Interest |
|---|---|---|---|
| ADVANTAGE BUSINESS CHECKING | ███████ 8640 | $6,042.33 | $0.00 |

This statement reports your balances and activity from Dec 31, 2020 thru Jan 31, 2021 on the following accounts.

**ADVANTAGE BUSINESS CHECKING**  Account # ███████ 8640  Balance: $6,042.33

| | |
|---|---|
| Balance Last Statement | 38,381.54 |
| Total Debits | 32,339.21 |
| Checks Written | 32,336.21 |

| Check # | Date Paid | Amount | Check # | Date Paid | Amount |
|---|---|---|---|---|---|
| 124 | 01-11 | 616.51 | 126 | 01-19 | 30,000.00 |
| 125 | 01-12 | 1,075.54 | 127 | 01-29 | 644.16 |

**Other Withdrawals**

| Date | Description | Amount |
|---|---|---|
| Jan 29 | DEP-Paper Statement Fee | 3.00 |

**Balance This Statement**  6,042.33

**Running Balances**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12-31 | $38,381.54 | 01-12 | $36,689.49 | 01-29 | $6,042.33 |
| 01-11 | $37,765.03 | 01-19 | $6,689.49 | | |

### END OF STATEMENT

CHECKS IN THIS STATEMENT                                        Page 3

Check #124 — KRISJENN RANCH, LLC, DEBTOR IN POSSESSION, CASE# 20-50805, 410 SPYGLASS RD, MCQUEENEY, TX 78123. Date 1-4-21. Pay to the order of MEC. $616.51. Six hundred sixteen & 51/xx dollars. Broadway Bank. Signed Larry Wright.
Ck# 124 Amt $616.51 1-11-2021

Check #125 — KRISJENN RANCH, LLC. Date 1-8-21. Pay to the order of Texas Farm Store. $1,075.54. One thousand seventy-five & 54/xx dollars. For Ranch Feed. Signed Larry Wright.
Ck# 125 Amt $1,075.54 1-12-2021



Check #126 — KRISJENN RANCH, LLC. Date 1-11-21. Pay to the order of W Mulley & Associates. $30,000.00. Thirty thousand and 00/xx dollars. For Legal Bill - DMA Case. Signed Larry Wright.
Ck# 126 Amt $30,000.00 1-19-2021

Check #127 — KRISJENN RANCH, LLC. Date 1-27-21. Pay to the order of MEC. $644.16. Six hundred forty-four & 16/xx dollars. For Ranch Elec. 2224401. Signed Larry Wright.
Ck# 127 Amt $644.16 1-29-2021

BDWY-002-005040-002-000-210130 005040 S05