

**The relief described hereinbelow is SO ORDERED.**

**Signed April 12, 2021.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC, *et al* | § | CASE NO. 20-50805-rbk |
| | § | |
| | § | |
| DEBTOR | § | (Jointly Administered) |

### ORDER GRANTING DEBTORS' FOURTH JOINT EXPEDITED MOTION TO EXTEND DEBTORS' EXCLUSIVITY PERIOD

This matter came before the Court on KrisJenn Ranch, LLC, KrisJenn Ranch, LLC Series Pipeline ROW, and KrisJenn Ranch, LLC Series Uvalde Ranch's (the "Debtors"), *Fourth Joint Motion to Extend Debtors' Exclusivity Period* (the "Motion")

The Court finding that it is more likely than not that the Court will Confirm a Plan of Reorganization in Debtors' Cases in a reasonable period of time and that Debtors' Motion is well taken and, it is therefore,

ORDERED, ADJUDGED AND DECREED that the period set forth in 11 U.S.C. § 1121 (d) is extended as follows:

The Debtors shall have the exclusive right to file a disclosure statement and plan of reorganization up to and including July 12, 2021;

The Debtors shall have the exclusive right to solicit and confirm their plans of reorganization up to and including October 12, 2021.

###

**Submitted By:**

THE SMEBERG LAW FIRM, PLLC

By: /s/ *Ronald J. Smeberg*
RONALD J. SMEBERG
State Bar No. 24033967
4 Imperial Oaks
San Antonio, Texas 78248
210-695-6684 (Tel)
210-598-7357 (Fax)
ron@smeberg.com
ATTORNEY FOR DEBTORS