**UNITED STATES BANKRUPTCY COURT**

MOR-1
CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK
PROPOSED PLAN DATE: _____

PETITION DATE: _____
DISTRICT OF TEXAS: Western
DIVISION: San Antonio

**MONTHLY OPERATING REPORT SUMMARY FOR MONTH** March 2021

| MONTH | 9/1-9/30/2020 | 10/1-10/31/2020 | 11/1-11/30/2020 | 12/1-12/31/2020 | 1/1-1/31/2021 | 2/1-2/28/2021 | 3/1-3/31/2021 |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0.00 | 0.00 | 0.00 | 50,000.00 | 0.00 | 0.00 | 5,933.38 |
| INCOME BEFORE INT, DEPREC ,TAX (MOR-6) | -29,086.00 | 0.00 | 0.00 | 38,126.83 | -32,339.21 | -3,934.30 | 1,235.29 |
| NET INCOME (LOSS) (MOR-6) | -29,086.00 | 0.00 | 0.00 | 38,126.83 | -32,339.21 | -3,934.30 | 1,235.29 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 30,000.00 | 0.00 | 2,464.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 29,086.00 | 29,086.00 | 0.00 | 15.00 | 11,873.17 | 32,339.21 | 3,934.30 | 4,698.09 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE | | CIRCLE ONE |
|---|---|---|---|---|
| CASUALTY | YES (X) NO ( ) | _____ | Are all accounts receivable being collected within terms? | Yes No |
| LIABILITY | YES (X) NO ( ) | _____ | Are all post-petition liabilities, including taxes, being paid within terms? | Yes No |
| VEHICLE | YES ( ) NO ( ) | _____ | Have any pre-petition liabilities been paid? | Yes No |
| WORKERS | YES ( ) NO ( ) | _____ | If so, describe |  |
| OTHER | YES ( ) NO ( ) | _____ | Are all funds received being deposited into DIP bank accounts? | Yes No |
|  |  |  | Were any assets disposed of outside the normal course of business? | Yes No |
|  |  |  | If so, describe |  |
|  |  |  | Are all U.S. Trustee Quarterly Fee Payments current? | Yes No |
|  |  |  | What is the status of your Plan of Reorganization? |  |

ATTORNEY NAME: Ronald Smeberg
FIRM NAME: The Smeberg Law Firm
ADDRESS: 4 Imperial Oaks
CITY, STATE, ZIP: San Antonio TX 78248
TELEPHONE/FAX: 210-695-6684

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _Larry W_____ TITLE: mgr
(ORIGINAL SIGNATURE)

_____ _____
(PRINT NAME OF SIGNATORY) DATE

MOR-1

Revised 07/01/98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH 9/1-9/30/2020 | MONTH 10/1-10/31/2020 | MONTH 11/1-11/30/2020 | MONTH 12/1-12/31/2020 | MONTH 1/1-1/31/2021 | MONTH 2/1-2/28/2021 | MONTH 3/1-3/31/2021 |
|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | |
| Cash | | 269.71 | 269.71 | 254.71 | 38,381.54 | 6,042.33 | 2,108.03 | 3,343.32 |
| Accounts Receivable, Net | | | | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | | |
| Prepaid Expenses | | | | | | | | |
| Investments | | 477,490.11 | 477,490.11 | 477,490.11 | 477,490.11 | 477,490.11 | 477,490.11 | 477,490.11 |
| Other | | | | | | | | |
| TOTAL CURRENT ASSETS | 0.00 | 477,759.82 | 477,759.82 | 477,744.82 | 515,871.65 | 483,532.44 | 479,598.14 | 480,833.43 |
| **PROPERTY, PLANT & EQUIP. @ COST** | | | | | | | | |
| Less Accumulated Depreciation | | | | | | | | |
| NET BOOK VALUE OF PP & E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | | |
| 1. Tax Deposits | | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | | |
| 3. Electric Deposit | | | | | | | | |
| 4. | | | | | | | | |
| TOTAL ASSETS | $0.00 | $477,759.82 | $477,759.82 | $477,744.82 | $515,871.65 | $483,532.44 | $479,598.14 | $480,833.43 |

* Per Schedules and Statement of Affairs

MOR-2

Revised 07/01/98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | MONTH 9/1-9/30/2020 | MONTH 10/1-10/31/2020 | MONTH 11/1-11/30/2020 | MONTH 12/1-12/31/2020 | MONTH 1/1-1/31/2021 | MONTH 2/1-2/28/2021 | MONTH 3/1-3/31/2021 |
|---|---|---|---|---|---|---|---|---|
| LIABILITIES | | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | | | | | | | |
| PRE-PETITION LIABILITIES | | | | | | | | |
| Notes Payable - Secured | | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 |
| Priority Debt | | | | | | | | |
| Federal Income Tax | | | | | | | | |
| FICA/Withholding | | | | | | | | |
| Unsecured Debt | | 73,330.95 | 73,330.95 | 73,330.95 | 73,330.95 | 73,330.95 | 73,330.95 | 73,330.95 |
| Other | | 183,174.52 | 183,174.52 | 183,174.52 | 183,174.52 | 183,174.52 | 183,174.52 | 183,174.52 |
| TOTAL PRE-PETITION LIABILITIES | 0.00 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 |
| TOTAL LIABILITIES | 0.00 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 |
| OWNER'S EQUITY (DEFICIT) | | | | | | | | |
| PREFERRED STOCK | | | | | | | | |
| COMMON STOCK | | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 |
| RETAINED EARNINGS: Filing Date | | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | -73,061.24 | -73,061.24 | -73,061.24 | -73,061.24 | -73,061.24 | -73,061.24 | -73,061.24 |
| TOTAL OWNER'S EQUITY (NET WORTH) | 0.00 | -5,678,745.65 | -5,678,745.65 | -5,678,745.65 | -5,678,745.65 | -5,678,745.65 | -5,678,745.65 | -5,678,745.65 |
| TOTAL LIABILITIES & OWNERS EQUITY | $0.00 | $477,759.82 | $477,759.82 | $477,759.82 | $477,759.82 | $477,759.82 | $477,759.82 | $477,759.82 |

* Per Schedules and Statement of Affairs

MOR-3

Revised 07/01/98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | | | | | | |
| TAX PAYABLE | | | | | | |
|   Federal Payroll Taxes | | | | | | |
|   State Payroll Taxes | | | | | | |
|   Ad Valorem Taxes | | | | | | |
|   Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
|   1. | | | | | | |
|   2. | | | | | | |
|   3. | | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

MOR-4

*Revised 07/01/98*

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

**AGING OF POST-PETITION LIABILITIES**
MONTH _____

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 0.00 | | | | | |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**AGING OF ACCOUNTS RECEIVABLE**

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-5

*Revised 07/01/98*

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## STATEMENT OF INCOME (LOSS)

| | MONTH 9/1-9/30/2020 | MONTH 10/1-10/31/2020 | MONTH 11/1-11/30/2020 | MONTH 12/1-12/31/2020 | MONTH 1/1-1/31/2021 | MONTH 2/1-2/28/2021 | MONTH 3/1-3/31/2021 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | | | | 50,000.00 | 0.00 | 0.00 | 5,933.38 | 7,381.90 |
| TOTAL COST OF REVENUES | | | | | | | | 6,218.96 |
| GROSS PROFIT | 0.00 | 0.00 | 0.00 | 50,000.00 | 0.00 | 0.00 | 5,933.38 | 1,162.94 |
| OPERATING EXPENSES: | | | | | | | | |
| Selling & Marketing | | | | | | | | 0.00 |
| General & Administrative | 30.00 | 0.00 | 0.00 | 27.00 | 3.00 | 15.00 | 15.00 | 1,899.00 |
| Insiders Compensation | | | | | | | | 0.00 |
| Professional Fees | 29,056.00 | 0.00 | 0.00 | 0.00 | 30,000.00 | | 2,464.00 | 70,262.07 |
| Other | | | | 6,627.54 | 1,075.54 | 978.20 | 1,204.19 | 975.00 |
| Other | | | | 5,218.63 | 1,260.67 | 2,941.10 | 1,014.90 | 1,088.18 |
| TOTAL OPERATING EXPENSES | 29,086.00 | 0.00 | 0.00 | 11,873.17 | 32,339.21 | 3,934.30 | 4,698.09 | 74,224.25 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -29,086.00 | 0.00 | 0.00 | 38,126.83 | -32,339.21 | -3,934.30 | 1,235.29 | -73,061.31 |
| INTEREST EXPENSE | | | | | | | | 0.00 |
| DEPRECIATION | | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | -29,086.00 | 0.00 | 0.00 | 38,126.83 | -32,339.21 | -3,934.30 | 1,235.29 | -73,061.31 |
| FEDERAL INCOME TAXES | | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | ($29,086.00) | $0.00 | $0.00 | $38,126.83 | ($32,339.21) | ($3,934.30) | $1,235.29 | ($73,061.31) |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

\* *Footnote Mandatory.*

\*\* *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**

*Revised 07/01/98*

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 12/1-12/31/2020 | MONTH 1/1-1/31/2021 | MONTH 2/1-2/28/2021 | MONTH 3/1-3/31/2021 | FILING TO DATE |
|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $254.71 | $38,381.54 | $6,042.33 | $2,108.03 | $0.00 |
| **RECEIPTS:** | | | | | |
| 2. CASH SALES | 0.00 | 0.00 | 0.00 | 5,933.38 | 7,381.90 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | 73,330.95 |
| 5. SALE OF ASSETS | | | | | 0.00 |
| 6. OTHER (attach list) | 50,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL RECEIPTS** | 50,000.00 | 0.00 | 0.00 | 5,933.38 | 80,712.85 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | 0.00 |
| **DISBURSEMENTS:** | | | | | |
| 7. NET PAYROLL | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | 1,844.00 |
| 10. SECURED/RENTAL/LEASES | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | 1,260.67 | | 1,014.90 | 0.00 |
| 12. INSURANCE | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 10,218.63 | 1,075.54 | 2,941.10 | 1,204.19 | 7,307.46 |
| 17. ADMINISTRATIVE & SELLING | 27.00 | 3.00 | 15.00 | 15.00 | 54.61 |
| 18. OTHER (attach list) | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 10,245.63 | 2,339.21 | 2,956.10 | 2,234.09 | 9,206.07 |
| 19. PROFESSIONAL FEES | | 30,000.00 | | 2,464.00 | 70,262.07 |
| 20. U.S. TRUSTEE FEES | 1,627.54 | 0.00 | 978.20 | 0.00 | 975.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 11,873.17 | 32,339.21 | 3,934.30 | 4,698.09 | 80,443.14 |
| 22. NET CASH FLOW | 38,126.83 | -32,339.21 | -3,934.30 | 1,235.29 | 269.71 |
| 23. CASH - END OF MONTH (MOR-2) | $38,381.54 | $6,042.33 | $2,108.03 | $3,343.32 | $269.71 |

MOR-7

Revised 07/01/98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## CASH ACCOUNT RECONCILIATION
### MONTH OF 3/1-3/31/2021

| BANK NAME | Broadway | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | 8640 # | | # | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 2,108.03 | | | | $2,108.03 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $2,108.03 | $0.00 | $0.00 | $0.00 | $2,108.03 |
| BEGINNING CASH - PER BOOKS | 2,108.03 | | | | $2,108.03 |
| RECEIPTS* | 5,933.38 | | | | $5,933.38 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 4,698.09 | | | | $4,698.09 |
| ENDING CASH - PER BOOKS | $3,343.32 | $0.00 | $0.00 | $0.00 | $3,343.32 |

MOR-8

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

Revised 07/01/98

CASE NAME: KrisJenn Ranch Series Uvalde Ranch LLC
CASE NUMBER: 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 9/1-9/30/2020 | MONTH 10/1-10/31/2020 | MONTH 11/1-11/30/2020 | MONTH 12/1-12/31/2020 | MONTH 1/1-1/31/2021 | MONTH 2/1-2/28/2021 | MONTH 3/1-3/31/2022 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **RECEIPTS:** | | | | | | | | |
| 2. CASH SALES | | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | 0.00 |
| **DISBURSEMENTS:** | | | | | | | | |
| 7. NET PAYROLL | | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | | 0.00 |
| 18. OTHER (attach list) | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. PROFESSIONAL FEES | | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22. NET CASH FLOW | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

\* Applies to Individual debtors only

MOR-7

\*\*Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

Revised 07/01/98

CASE NAME: KrisJenn Ranch Series Uvalde Ranch LLC
CASE NUMBER: 20-50805-RBK

## CASH ACCOUNT RECONCILIATION
## MONTH OF 3/31/2021

| BANK NAME | Broadway | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | 8640 # | | # | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 0.00 | | | | $0.00 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING CASH - PER BOOKS | 0.00 | | | | $0.00 |
| RECEIPTS* | 0.00 | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 0.00 | | | | $0.00 |
| ENDING CASH - PER BOOKS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

CASE NAME: KrisJenn Ranch Series Pipeline LLC
CASE NUMBER: 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 9/1-9/30/2020 | MONTH 10/1-10/31/2020 | MONTH 11/1-11/30/2020 | MONTH 12/1-12/31/2020 | MONTH 1/1-1/31/2021 | MONTH 2/1-2/28/2021 | MONTH 3/1-3/31/2022 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| RECEIPTS: | | | | | | | | |
| 2. CASH SALES | | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | | |
| 7. NET PAYROLL | | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | | 0.00 |
| 18. OTHER (attach list) | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. PROFESSIONAL FEES | | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22. NET CASH FLOW | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

\* Applies to Individual debtors only

\*\*Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7

Revised 07/01/98

CASE NAME: KrisJenn Ranch Series Pipeline LLC
CASE NUMBER: 20-50805-RBK

## CASH ACCOUNT RECONCILIATION
### MONTH OF 3/31/2021

| BANK NAME | Broadway | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | 8640 # | | # | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 0.00 | | | | $0.00 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING CASH - PER BOOKS | 0.00 | | | | $0.00 |
| RECEIPTS* | 0.00 | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 0.00 | | | | $0.00 |
| ENDING CASH - PER BOOKS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH 9/1-9/30/2020 | MONTH 10/1-10/31/2020 | MONTH 11/1-11/30/2020 | MONTH 12/1-12/31/2020 | MONTH 1/1-1/31/2021 | MONTH 2/1-2/28/2021 | MONTH 3/1-3/31/2021 |
|---|---|---|---|---|---|---|---|
| 1. Jerry G Miers, CPA | | | | | | | |
| 2. Mueller-Smeburg, PLLC | 27,936.00 | | | | 30,000.00 | | |
| 3. Granstaff, Gaedke and Edgmon | | | | | | | |
| 4. Douglas Deffenbaugh CPA | 1,120.00 | | | | | | 2,464.00 |
| 5. | | | | | | | |
| 6. | | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $29,056.00 | $0.00 | $0.00 | $0.00 | $30,000.00 | $0.00 | $2,464.00 |

MOR-9

Revised 07/01/98

KrisJenn Ranch, LLC
Working Trial Balance
3/31/2021

| Account | Beginning Balances 2/28/2021 | Balances | Transactions Dr | (Cr) | Balance 3/31/2021 | Adjustments Dr | # | (CR) | Balance DR/(CR) | |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash - Broadway Bank | 2,108.03 | | 5,933.38 | 4,698.09 | 3,343.32 | | | | 3,343.32 | |
| Transfers | 0.00 | | | | 0.00 | | | | 0.00 | |
| Note Rec - Cope-N-Hagan | 0.00 | | | | 0.00 | | | | 0.00 | |
| Note Rec - SWD - Big Foot Energy | 241,019.11 | | | | 241,019.11 | | | | 241,019.11 | |
| Invest - Thunder Road Ptrshp | | 10,895.00 | | | -10,895.00 | | | | -10,895.00 | |
| Invest - VEC Partnership | 247,366.00 | | | | 247,366.00 | | | | 247,366.00 | |
| Automotive Equipment | 0.00 | | | | 0.00 | | | | 0.00 | |
| Accum Deprec | 0.00 | 0.00 | | | 0.00 | | | | 0.00 | |
| Deferred Gain - SWD Instal Sale | | 183,174.52 | | | -183,174.52 | | | | -183,174.52 | |
| Note Payable - Pipeline | | 5,900,000.00 | | | -5,900,000.00 | | | | -5,900,000.00 | |
| Note Payable - Larry Wright | | 73,330.95 | | | -73,330.95 | | | | -73,330.95 | |
| Capital - Larry Wright | 5,605,684.41 | 0.00 | | | 5,605,684.41 | | | | 5,605,684.41 | -69,987.63 |
| Trailer Lease | | 3,600.00 | | | -3,600.00 | | | | -3,600.00 | |
| Cattle Auction | 0.00 | 3,781.90 | | 5,933.38 | -9,715.28 | | | | -9,715.28 | |
| Interest income | 0.00 | | | | 0.00 | | | | 0.00 | |
| Gain on Sale of SWD | 0.00 | | | | 0.00 | | | | 0.00 | |
| ST Cap Gain VECPtrshp | 0.00 | | | | 0.00 | | | | 0.00 | |
| Loss on Bad Debt | 0.00 | | | | 0.00 | | | | 0.00 | |
| (inc)/Loss Thunder Rd Partnership | 0.00 | | | | 0.00 | | | | 0.00 | |
| (Inc)/Loss VEX Partnership | 0.00 | | | | 0.00 | | | | 0.00 | |
| Revenue Option Fee- McLeod | -50,000.00 | | | | -50,000.00 | | | | -50,000.00 | |
| Auto & Truck | 0.00 | | | | 0.00 | | | | 0.00 | |
| Bank Service Charge | 111.00 | | 15.00 | | 126.00 | | | | 126.00 | |
| Business Gifts | 0.00 | | | | 0.00 | | | | 0.00 | |
| Contract Labor | 1,305.00 | | 0.00 | | 1,305.00 | | | | 1,305.00 | |
| Contributions | 0.00 | | | | 0.00 | | | | 0.00 | |
| Depreciation | 0.00 | | | | 0.00 | | | | 0.00 | |
| Feed | 8,064.17 | | 1,204.19 | | 9,268.36 | | | | 9,268.36 | |
| Fuel | 1,089.34 | | | | 1,089.34 | | | | 1,089.34 | |
| Ranch electricity | 1,260.67 | | 1,014.90 | | 2,275.57 | | | | 2,275.57 | |
| Interest expense | 0.00 | | | | 0.00 | | | | 0.00 | |
| Legal & Professional | 100,262.07 | | 2,464.00 | | 102,726.07 | | | | 102,726.07 | |
| Management Fees | 0.00 | | | | 0.00 | | | | 0.00 | |
| Meals & Entertainment | 0.00 | | | | 0.00 | | | | 0.00 | |
| Miscellaneous | 0.00 | | | | 0.00 | | | | 0.00 | |
| Office | 3.61 | | | | 3.61 | | | | 3.61 | |
| Other Deductions - Royalty Income | 0.00 | | | | 0.00 | | | | 0.00 | |
| Quarterly Fees- US Trustee | 3,580.74 | | 0.00 | | 3,580.74 | | | | 3,580.74 | |
| Repairs & Maintenance | 10,045.96 | | 0.00 | | 10,045.96 | | | | 10,045.96 | |
| Supplies | 1,038.26 | | | | 1,038.26 | | | | 1,038.26 | |
| Taxes - Property | 0.00 | | | | 0.00 | | | | 0.00 | |
| Taxes - Franchise | 1,844.00 | | | | 1,844.00 | | | | 1,844.00 | |
| Travel | 0.00 | | | | 0.00 | | | | 0.00 | 69,987.63 |
| | 6,174,782.37 | 6,174,782.37 | 10,631.47 | 10,631.47 | 0.00 | 0.00 | | 0.00 | 0.00 | |
| | | | 0.00 | | | | | | | |
| | | | -254.71 | 15 | | | | | | |

Kristenn Ranch, LLC
Expenses
3/01/2021 - 3/31/2021

| Date | Check # | Payee | Cash Dr/(Cr) | Bank Charges | Supplies | Office Exp | Legal & Professional | Note Pay - Larry Wright | Electric | Feed | Mgmt Fee | Repairs & Maintenance | US Trustee Quarterly | Fuel | Taxes - Franchise |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/31/2021 | N/A | Broadway Bank | | 15.00 | | | | | | | | | | | |
| 3/1/2021 | 133 | Medina Electric | | | | | | | 455.91 | | | | | | |
| 3/29/2021 | 135 | Deffenbaugh & Lange | | | | | 2,464.00 | | | | | | | | |
| 3/31/2021 | 136 | Medina Electric | | | | | | | 558.99 | | | | | | |
| 3/30/2021 | 137 | Texas Farm Store | | | | | | | | 1,204.19 | | | | | |
| | | | 0.00 | 15.00 | 0.00 | 0.00 | 2,464.00 | 0.00 | 1,014.90 | 1,204.19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |



# BROADWAY BANK

1177 N.E. Loop 410
San Antonio, TX 78209

Account Number
████8640
Page 1 of 2

Return Service Requested

broadway.bank
800.531.7650

014992 0.6500 AB 0.428    TR00054

KRISJENN RANCH LLC
DEBTOR IN POSSESSION
CASE# 20-50805
410 SPYGLASS RD
MCQUEENEY TX 78123-3418

## Bank Statement
### SUMMARY OF ACCOUNTS

| Account Type | Account # | Balance as of Mar 31, 2021 | YTD Interest |
|---|---|---|---|
| ADVANTAGE BUSINESS CHECKING | ████8640 | $3,343.32 | $0.00 |

This statement reports your balances and activity from Feb 28, 2021 thru Mar 31, 2021 on the following accounts.

| ADVANTAGE BUSINESS CHECKING | Account # ████8640 | Balance: $3,343.32 |
|---|---|---|
| Balance Last Statement | | 2,108.03 |

**Deposits/Credits** — 5,933.38

| | Mar 23 | CUSTOMER DEPOSIT | 5,933.38 |

**Total Debits** — 4,698.09

**Checks Written** — 4,683.09

| Check # | Date Paid | Amount | Check # | Date Paid | Amount |
|---|---|---|---|---|---|
| 133 | 03-01 | 455.91 | 136 | 03-31 | 558.99 |
| 135* | 03-29 | 2,464.00 | 137 | 03-30 | 1,204.19 |

* DENOTES MISSING CHECK NUMBER

**Other Withdrawals**

| Mar 31 | DEP-Paper Statement Fee | 3.00 |
| Mar 31 | Maintenance Fee | 12.00 |

