MOR-1

UNITED STATES BANKRUPTCY COURT

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK
PROPOSED PLAN DATE: ______

PETITION DATE: ______
DISTRICT OF TEXAS: Western
DIVISION: San Antonio

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH April 2021

| MONTH | 9/1-9/30/2020 | 10/1-10/31/2020 | 11/1-11/30/2020 | 12/1-12/31/2020 | 1/1-1/31/2021 | 2/1-2/28/2021 | 3/1-3/31/2021 | 4/1-4/30/2021 |
|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0.00 | 0.00 | 0.00 | 50,000.00 | 0.00 | 0.00 | 5,933.35 | 2,000.00 |
| INCOME BEFORE INT. DEPREC./TAX (MOR-6) | -29,086.00 | 0.00 | 0.00 | 38,126.83 | -32,339.21 | -3,934.30 | 1,235.29 | -616.77 |
| NET INCOME (LOSS) (MOR-6) | -29,086.00 | 0.00 | 0.00 | 38,126.83 | -32,339.21 | -3,934.30 | 1,235.29 | -616.77 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 29,086.00 | 0.00 | 0.00 | 0.00 | 30,000.00 | 0.00 | 2,464.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 29,086.00 | 29,086.00 | 15.00 | 11,873.17 | 32,339.21 | 3,934.30 | 4,698.06 | 2,616.77 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE |
|---|---|---|
| CASUALTY | YES (x) NO ( ) | __-__-__ |
| LIABILITY | YES (x) NO ( ) | __-__-__ |
| VEHICLE | YES (x) NO ( ) | __-__-__ |
| WORKER'S | YES ( ) NO ( ) | __-__-__ |
| OTHER | YES ( ) NO ( ) | __-__-__ |

CIRCLE ONE

Are all accounts receivable being collected within terms? **Yes** No
Are all post-petition liabilities, including taxes, being paid within terms? **Yes** No
Have any pre-petition liabilities been paid? Yes **No**
If so, describe ______
Are all funds received being deposited into DIP bank accounts? **Yes** No
Were any assets disposed of outside the normal course of business? Yes **No**
If so, describe ______
Are all U.S. Trustee Quarterly Fee Payments current? **Yes** No
What is the status of your Plan of Reorganization? ______

ATTORNEY NAME: Ronald Smeberg
FIRM NAME: The Smeberg Law Firm
ADDRESS: 4 Imperial Oaks
CITY, STATE, ZIP: San Antonio TX 78248
TELEPHONE/FAX: 210-695-6684

*I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.*

SIGNED X [signature] TITLE: Mgr.
(ORIGINAL SIGNATURE)

(PRINT NAME OF SIGNATORY) DATE 6-3-21

Revised 07/01/98

MOR-1

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH 5/31/2020 0:00 | MONTH 6/30/2020 0:00 | MONTH 7/31/2020 0:00 | MONTH 8/31/2020 0:00 | MONTH 9/1-9/30/2020 | MONTH 10/1-10/31/2020 | MONTH 11/1-11/30/2020 | MONTH 12/1-12/31/2020 | MONTH 1/1-1/31/2021 | MONTH 2/1-2/28/2021 | MONTH 3/1-3/31/2021 | MONTH 4/1-4/30/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CURRENT ASSETS | | | | | | | | | | | | | |
| Cash | | 21,260.00 | 10,221.06 | 4,433.89 | 2,355.71 | 269.71 | 269.71 | 254.71 | 38,381.54 | 6,042.33 | 2,108.03 | 3,343.32 | 3,343.32 |
| Accounts Receivable, Net | | | | | | | | | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | | | | | | | |
| Prepaid Expenses | | | | | | | | | | | | | |
| Investments | | 477,490.00 | 477,490.11 | 477,490.11 | 477,490.11 | 477,490.11 | 477,490.11 | 477,490.11 | 477,490.11 | 477,490.11 | 477,490.11 | 477,490.11 | 477,490.11 |
| Other | | | | | | | | | | | | | |
| TOTAL CURRENT ASSETS | 0.00 | 498,750.00 | 487,711.17 | 481,924.00 | 479,845.82 | 477,759.82 | 477,759.82 | 477,744.82 | 515,871.65 | 483,532.44 | 479,598.14 | 480,833.43 | 480,833.43 |
| PROPERTY, PLANT & EQUIP. @ COST | | | | | | | | | | | | | |
| Less Accumulated Depreciation | | | | | | | | | | | | | |
| NET BOOK VALUE OF PP & E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER ASSETS | | | | | | | | | | | | | |
| 1. Tax Deposits | | | | | | | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | | | | | | | |
| 3. Electric Deposit | | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | |
| TOTAL ASSETS | $0.00 | $498,750.00 | $487,711.17 | $481,924.00 | $479,845.82 | $477,759.82 | $477,759.82 | $477,744.82 | $515,871.65 | $483,532.44 | $479,598.14 | $480,833.43 | $480,833.43 |

* Per Schedules and Statement of Affairs

MOR-2

Revised 07/01/98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | MONTH 5/31/2020 0:00 | MONTH 6/30/2020 0:00 | MONTH 7/31/2020 0:00 | MONTH 8/31/2020 0:00 | MONTH 9/1-9/30/2020 | MONTH 10/1-10/31/2020 | MONTH 11/1-11/30/2020 | MONTH 12/1-12/31/2020 | MONTH 1/1-1/31/2021 | MONTH 2/1-2/28/2021 | MONTH 3/1-3/31/2021 | MONTH 4/1-4/30/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | | | | | | | | | | | | |
| PRE-PETITION LIABILITIES | | | | | | | | | | | | | |
| Notes Payable - Secured | | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 |
| Priority Debt | | | | | | | | | | | | | |
| Federal Income Tax | | | | | | | | | | | | | |
| FICA/Withholding | | | | | | | | | | | | | |
| Unsecured Debt | | 26,331.00 | 26,330.95 | 46,330.95 | 46,330.95 | 73,330.95 | 73,330.95 | 73,330.95 | 73,330.95 | 73,330.95 | 73,330.95 | 73,330.95 | 73,330.95 |
| Other | | 183,174.00 | 183,174.52 | 183,174.52 | 183,174.52 | 183,174.52 | 183,174.52 | 183,174.52 | 183,174.52 | 183,174.52 | 183,174.52 | 183,174.52 | 183,174.52 |
| TOTAL PRE-PETITION LIABILITIES | 0.00 | 6,109,505.00 | 6,109,505.47 | 6,129,505.47 | 6,129,505.47 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 |
| **TOTAL LIABILITIES** | 0.00 | 6,109,505.00 | 6,109,505.47 | 6,129,505.47 | 6,129,505.47 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | | | | | | | |
| PREFERRED STOCK | | | | | | | | | | | | | |
| COMMON STOCK | | | | | | | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | -5,605,684.00 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 |
| RETAINED EARNINGS: Filing Date | | | | | | | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | -5,071.00 | -16,109.89 | -41,897.06 | -43,975.24 | -73,061.24 | -73,061.24 | -73,061.24 | -73,061.24 | -73,061.24 | -73,061.24 | -73,061.24 | -73,061.24 |
| TOTAL OWNER'S EQUITY (NET WORTH) | 0.00 | -5,610,755.00 | -5,621,794.30 | -5,647,581.47 | -5,649,659.65 | -5,678,745.65 | -5,678,745.65 | -5,678,745.65 | -5,678,745.65 | -5,678,745.65 | -5,678,745.65 | -5,678,745.65 | -5,678,745.65 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $0.00 | $498,750.00 | $487,711.17 | $481,924.00 | $479,845.82 | $477,759.82 | $477,759.82 | $477,759.82 | $477,759.82 | $477,759.82 | $477,759.82 | $477,759.82 | $477,759.82 |

* Per Schedules and Statement of Affairs

MOR-3

*Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

# SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| ***TRADE ACCOUNTS PAYABLE*** | | | | | | |
| TAX PAYABLE | | | | | | |
| Federal Payroll Taxes | | | | | | |
| State Payroll Taxes | | | | | | |
| Ad Valorem Taxes | | | | | | |
| Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

***Payment requires Court Approval**

**MOR-4**

*Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

**AGING OF POST-PETITION LIABILITIES**
**MONTH** ____________

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 0.00 | | | | | |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**AGING OF ACCOUNTS RECEIVABLE**

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

# STATEMENT OF INCOME (LOSS)

| | MONTH 10/1-10/31/2020 | MONTH 11/1-11/30/2020 | MONTH 12/1-12/31/2020 | MONTH 1/1-1/31/2021 | MONTH 2/1-2/28/2021 | MONTH 3/1-3/31/2021 | MONTH 4/1-4/30/2021 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | | | 50,000.00 | 0.00 | 0.00 | 5,933.38 | 2,000.00 | 7,381.90 |
| TOTAL COST OF REVENUES | | | | | | | | 6,218.96 |
| GROSS PROFIT | 0.00 | 0.00 | 50,000.00 | 0.00 | 0.00 | 5,933.38 | 2,000.00 | 1,162.94 |
| **OPERATING EXPENSES:** | | | | | | | | |
| Selling & Marketing | | | | | | | | 0.00 |
| General & Administrative | 0.00 | 0.00 | 27.00 | 3.00 | 15.00 | 15.00 | 15.00 | 1,899.00 |
| Insiders Compensation | | | | | | | | 0.00 |
| Professional Fees | 0.00 | 0.00 | 0.00 | 30,000.00 | | 2,464.00 | 0.00 | 70,262.07 |
| Other | | | 6,627.54 | 1,075.54 | 978.20 | 1,204.19 | 1,056.13 | 975.00 |
| Other | | | 5,218.63 | 1,260.67 | 2,941.10 | 1,014.90 | 1,545.64 | 1,088.18 |
| **TOTAL OPERATING EXPENSES** | 0.00 | 0.00 | 11,873.17 | 32,339.21 | 3,934.30 | 4,698.09 | 2,616.77 | 74,224.25 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 0.00 | 0.00 | 38,126.83 | -32,339.21 | -3,934.30 | 1,235.29 | -616.77 | -73,061.31 |
| INTEREST EXPENSE | | | | | | | | 0.00 |
| DEPRECIATION | | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | 0.00 | 0.00 | 38,126.83 | -32,339.21 | -3,934.30 | 1,235.29 | -616.77 | -73,061.31 |
| FEDERAL INCOME TAXES | | | | | | | | 0.00 |
| **NET INCOME (LOSS) (MOR-1)** | $0.00 | $0.00 | $38,126.83 | ($32,339.21) | ($3,934.30) | $1,235.29 | ($616.77) | ($73,061.31) |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

* *Footnote Mandatory.*

** *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH | MONTH 04/27 - 05/31/20 | MONTH 6/1-6/30/2020 | MONTH 7/1-7/31/2020 | MONTH 8/1-8/31/2020 | MONTH 9/1-9/30/2020 | MONTH 10/1-10/31/2020 | MONTH 11/1-11/30/2020 | MONTH 12/1-12/31/2020 | MONTH 1/1-1/31/2021 | MONTH 2/1-2/28/2021 | MONTH 3/1-3/31/2021 | MONTH 4/1-4/30/2021 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $21,260.02 | $10,221.06 | $4,433.89 | $2,355.71 | $269.71 | $269.71 | $254.71 | $38,381.54 | $6,042.33 | $2,108.03 | $3,343.32 | $0.00 |
| **RECEIPTS:** | | | | | | | | | | | | | | |
| 2. CASH SALES | | 3,600.00 | | 3,781.90 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,933.38 | 0.00 | 7,381.90 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | 26,330.95 | | 20,000.00 | | 27,000.00 | | | | | | | | 73,330.95 |
| 5. SALE OF ASSETS | | | | | | | | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | | | 50,000.00 | 0.00 | 0.00 | 0.00 | 2,000.00 | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 29,930.95 | 0.00 | 23,781.90 | 0.00 | 27,000.00 | 0.00 | 0.00 | 50,000.00 | 0.00 | 0.00 | 5,933.38 | 2,000.00 | 80,712.85 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | | | | | | | 0.00 |
| **DISBURSEMENTS:** | | | | | | | | | | | | | | |
| 7. NET PAYROLL | | | | | | | | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | 1,844.00 | | | | | | | | | | | | 1,844.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | | | | 1,260.67 | | 1,014.90 | 1,671.77 | 0.00 |
| 12. INSURANCE | | | | | | | | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | 5,183.32 | 1,035.96 | | 1,088.18 | | | | 10,218.63 | 1,075.54 | 2,941.10 | 1,204.19 | 930.00 | 7,307.46 |
| 17. ADMINISTRATIVE & SELLING | | 3.61 | 3.00 | 3.00 | 15.00 | 30.00 | 0.00 | 15.00 | 27.00 | 3.00 | 15.00 | 15.00 | 15.00 | 54.61 |
| 18. OTHER (attach list) | | | | | | | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 7,030.93 | 1,038.96 | 3.00 | 1,103.18 | 30.00 | 0.00 | 15.00 | 10,245.63 | 2,339.21 | 2,956.10 | 2,234.09 | 2,616.77 | 9,206.07 |
| 19. PROFESSIONAL FEES | | 1,640.00 | 10,000.00 | 29,566.07 | 0.00 | 29,056.00 | | | | 30,000.00 | | 2,464.00 | | 70,262.07 |
| 20. U.S. TRUSTEE FEES | | | | | 975.00 | | | | 1,627.54 | 0.00 | 978.20 | 0.00 | 0.00 | 975.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 8,670.93 | 11,038.96 | 29,569.07 | 2,078.18 | 29,086.00 | 0.00 | 15.00 | 11,873.17 | 32,339.21 | 3,934.30 | 4,698.09 | 2,616.77 | 80,443.14 |
| 22. NET CASH FLOW | 0.00 | 21,260.02 | -11,038.96 | -5,787.17 | -2,078.18 | -2,086.00 | 0.00 | -15.00 | 38,126.83 | -32,339.21 | -3,934.30 | 1,235.29 | -616.77 | 269.71 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $21,260.02 | $10,221.06 | $4,433.89 | $2,355.71 | $269.71 | $269.71 | $254.71 | $38,381.54 | $6,042.33 | $2,108.03 | $3,343.32 | $2,726.55 | $269.71 |

* Applies to Individual debtors only

**Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

# CASH ACCOUNT RECONCILIATION

**MONTH OF** 4/1-4/30/2021

| BANK NAME | Broadway | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | [redacted]8640 | # | # | | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 3,343.32 | | | | $3,343.32 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $3,343.32 | $0.00 | $0.00 | $0.00 | $3,343.32 |
| BEGINNING CASH - PER BOOKS | 3,343.32 | | | | $3,343.32 |
| RECEIPTS* | 2,000.00 | | | | $2,000.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 2,616.77 | | | | $2,616.77 |
| ENDING CASH - PER BOOKS | $2,726.55 | $0.00 | $0.00 | $0.00 | $2,726.55 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch Series Uvalde Ranch LLC
**CASE NUMBER:** 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 9/1-9/30/2020 | MONTH 10/1-10/31/2020 | MONTH 11/1-11/30/2020 | MONTH 12/1-12/31/2020 | MONTH 1/1-1/31/2021 | MONTH 2/1-2/28/2021 | MONTH 3/1-3/31/2021 | MONTH 4/1-4/30/2021 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **RECEIPTS:** | | | | | | | | | |
| 2. CASH SALES | | | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | | 0.00 |
| **DISBURSEMENTS:** | | | | | | | | | |
| 7. NET PAYROLL | | | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | | | 0.00 |
| 18. OTHER (attach list) | | | | | | | | | 0.00 |
| **TOTAL DISBURSEMENTS FROM OPERATIONS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. PROFESSIONAL FEES | | | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | | 0.00 |
| **TOTAL DISBURSEMENTS**** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22. NET CASH FLOW | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Applies to Individual debtors only

**Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

**CASE NAME:** KrisJenn Ranch Series Uvalde Ranch LLC
**CASE NUMBER:** 20-50805-RBK

# CASH ACCOUNT RECONCILIATION
## MONTH OF 4/30/2021

| BANK NAME | Broadway | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | [redacted]8640 | # | # | | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 0.00 | | | | $0.00 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING CASH - PER BOOKS | 0.00 | | | | $0.00 |
| RECEIPTS* | 0.00 | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 0.00 | | | | $0.00 |
| ENDING CASH - PER BOOKS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch Series Pipeline LLC
**CASE NUMBER:** 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 9/1-9/30/2020 | MONTH 10/1-10/31/2020 | MONTH 11/1-11/30/2020 | MONTH 12/1-12/31/2020 | MONTH 1/1-1/31/2021 | MONTH 2/1-2/28/2021 | MONTH 3/1-3/31/2021 | MONTH 4/1-4/30/2021 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **RECEIPTS:** | | | | | | | | | |
| 2. CASH SALES | | | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | | 0.00 |
| **DISBURSEMENTS:** | | | | | | | | | |
| 7. NET PAYROLL | | | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | | | 0.00 |
| 18. OTHER (attach list) | | | | | | | | | 0.00 |
| **TOTAL DISBURSEMENTS FROM OPERATIONS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. PROFESSIONAL FEES | | | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | | 0.00 |
| **TOTAL DISBURSEMENTS**** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22. NET CASH FLOW | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Applies to Individual debtors only

**Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8



*Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch Series Pipeline LLC
**CASE NUMBER:** 20-50805-RBK

## CASH ACCOUNT RECONCILIATION
## MONTH OF 4/30/2021

| BANK NAME | Broadway | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | [redacted]8640 | # | # | | |
| ***ACCOUNT TYPE*** | ***OPERATING*** | ***PAYROLL*** | ***TAX*** | ***OTHER FUNDS*** | ***TOTAL*** |
| BANK BALANCE | 0.00 | | | | $0.00 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING CASH - PER BOOKS | 0.00 | | | | $0.00 |
| RECEIPTS* | 0.00 | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 0.00 | | | | $0.00 |
| ENDING CASH - PER BOOKS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |
| 4. | | | | | | | | |
| 5. | | | | | | | | |
| 6. | | | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH 9/1-9/30/2020 | MONTH 10/1-10/31/2020 | MONTH 11/1-11/30/2020 | MONTH 12/1-12/31/2020 | MONTH 1/1-1/31/2021 | MONTH 2/1-2/28/2021 | MONTH 3/1-3/31/2021 | MONTH 4/1-4/30/2021 |
|---|---|---|---|---|---|---|---|---|
| 1. Jerry G Miers, CPA | | | | | | | | |
| 2. Mueller-Smeburg, PLLC | 27,936.00 | | | | 30,000.00 | | | |
| 3. Granstaff, Gaedke and Edgmon | | | | | | | | |
| 4. Douglas Deffenbaugh CPA | 1,120.00 | | | | | | 2,464.00 | |
| 5. | | | | | | | | |
| 6. | | | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $29,056.00 | $0.00 | $0.00 | $0.00 | $30,000.00 | $0.00 | $2,464.00 | $0.00 |



*Revised 07/01/98*

**KrisJenn Ranch, LLC**

**Working Trial Balance**

**4/30/2021**

| Account | Beginning 3/31/2021 | Balances | Transactions Dr | Transactions (Cr) | Balance 4/30/2021 | Adjustments Dr | Adjustments # | Adjustments (CR) | Balance DR/(CR) | |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash - Broadway Bank | 3,343.32 | | 2,000.00 | 2,616.77 | 2,726.55 | | | | 2,726.55 | |
| Transfers | 0.00 | | | | 0.00 | | | | 0.00 | |
| Note Rec - Cope-N-Hagan | 0.00 | | | | 0.00 | | | | 0.00 | |
| Note Rec - SWD - Big Foot Energy | 241,019.11 | | | | 241,019.11 | | | | 241,019.11 | |
| Invest - Thunder Road Ptrshp | | 10,895.00 | | | -10,895.00 | | | | -10,895.00 | |
| Invest - VEC Partnership | 247,366.00 | | | | 247,366.00 | | | | 247,366.00 | |
| Automotive Equipment | 0.00 | | | | 0.00 | | | | 0.00 | |
| Accum Deprec | 0.00 | 0.00 | | | 0.00 | | | | 0.00 | |
| Deferred Gain - SWD Instal Sale | | 183,174.52 | | | -183,174.52 | | | | -183,174.52 | |
| Note Payable - Pipeline | | 5,900,000.00 | | | -5,900,000.00 | | | | -5,900,000.00 | |
| Note Payable - Larry Wright | | 73,330.95 | | 2,000.00 | -75,330.95 | | | | -75,330.95 | |
| Capital - Larry Wright | 5,605,684.41 | 0.00 | | | 5,605,684.41 | | | | 5,605,684.41 | -72,604.40 |
| Trailer Lease | | 3,600.00 | | | -3,600.00 | | | | -3,600.00 | |
| Cattle Auction | 0.00 | 9,715.28 | | 0.00 | -9,715.28 | | | | -9,715.28 | |
| Interest income | 0.00 | | | | 0.00 | | | | 0.00 | |
| Gain on Sale of SWD | 0.00 | | | | 0.00 | | | | 0.00 | |
| ST Cap Gain VECPtrshp | 0.00 | | | | 0.00 | | | | 0.00 | |
| Loss on Bad Debt | 0.00 | | | | 0.00 | | | | 0.00 | |
| (inc)/Loss Thunder Rd Partnership | 0.00 | | | | 0.00 | | | | 0.00 | |
| (Inc)/Loss VEX Partnership | 0.00 | | | | 0.00 | | | | 0.00 | |
| Revenue Option Fee- McLeod | -50,000.00 | | | | -50,000.00 | | | | -50,000.00 | |
| Auto & Truck | 0.00 | | | | 0.00 | | | | 0.00 | |
| Bank Service Charge | 126.00 | | 15.00 | | 141.00 | | | | 141.00 | |
| Business Gifts | 0.00 | | | | 0.00 | | | | 0.00 | |
| Contract Labor | 1,305.00 | | 0.00 | | 1,305.00 | | | | 1,305.00 | |
| Contributions | 0.00 | | | | 0.00 | | | | 0.00 | |
| Depreciation | 0.00 | | | | 0.00 | | | | 0.00 | |
| Feed | 9,268.36 | | 615.64 | | 9,884.00 | | | | 9,884.00 | |
| Fuel | 1,089.34 | | | | 1,089.34 | | | | 1,089.34 | |
| Ranch electricity | 2,275.57 | | 422.87 | | 2,698.44 | | | | 2,698.44 | |
| Interest expense | 0.00 | | | | 0.00 | | | | 0.00 | |
| Legal & Professional | 102,726.07 | | 0.00 | | 102,726.07 | | | | 102,726.07 | |
| Management Fees | 0.00 | | | | 0.00 | | | | 0.00 | |
| Meals & Entertainment | 0.00 | | | | 0.00 | | | | 0.00 | |
| Miscellaneous | 0.00 | | | | 0.00 | | | | 0.00 | |
| Office | 3.61 | | | | 3.61 | | | | 3.61 | |
| Other Deductions - Royalty Income | 0.00 | | | | 0.00 | | | | 0.00 | |
| Quarterly Fees- US Trustee | 3,580.74 | | 0.00 | | 3,580.74 | | | | 3,580.74 | |
| Repairs & Maintenance | 10,045.96 | | 930.00 | | 10,975.96 | | | | 10,975.96 | |
| Supplies | 1,038.26 | | 633.26 | | 1,671.52 | | | | 1,671.52 | |
| Taxes - Property | 0.00 | | | | 0.00 | | | | 0.00 | |
| Taxes - Franchise | 1,844.00 | | | | 1,844.00 | | | | 1,844.00 | |
| Travel | 0.00 | | | | 0.00 | | | | 0.00 | 72,604.40 |
| | 6,180,715.75 | 6,180,715.75 | 4,616.77 | 4,616.77 | 0.00 | 0.00 | | 0.00 | 0.00 | |

KrisJenn Ranch, LLC

Expenses

4/01/2021 - 4/30/2021

| Date | Check # | Payee | Cash Dr/(Cr) | Bank Charges | Supplies | Office Exp | Legal & Professional | Note Pay - Larry Wright | Electric | Feed | Mgmt Fee | Repairs & Maintenance | US Trustee Quarterly | Fuel | Taxes - Franchise |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/30/2021 | N/A | Broadway Bank | | 15.00 | | | | | | | | | | | |
| 4/2/2021 | 138 | Medina Electric | | | | | | | | | | 633.26 | | | |
| 3/29/2021 | 139 | Texas Farm Store | | | | | | | | 615.64 | | | | | |
| 3/31/2021 | 140 | Corey Malloy- Tractor Repairs | | | | | | | | | | 930.00 | | | |
| 3/30/2021 | 144 | Medina Electric | | | | | | | 422.87 | | | | | | |
| | | | 0.00 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 422.87 | 615.64 | 0.00 | 1,563.26 | 0.00 | 0.00 | 0.00 |




1177 N.E. Loop 410
San Antonio, TX 78209

Return Service Requested

Account Number
[redacted]9640
Page 1 of 2

broadway.bank
800 531 7650

004716 0.6500 AB 0.428 TR00019

KRISJENN RANCH LLC
DEBTOR IN POSSESSION
CASE# 20-50805
410 SPYGLASS RD
MCQUEENEY TX 78123-3418

## Bank Statement

SUMMARY OF ACCOUNTS

| Account Type | Account # | Balance as of Apr 30, 2021 | YTD Interest |
|---|---|---|---|
| ADVANTAGE BUSINESS CHECKING | [redacted]9640 | $2,726.55 | $0.00 |

This statement reports your balances and activity from Mar 31, 2021 thru Apr 30, 2021 on the following accounts.

ADVANTAGE BUSINESS CHECKING Account # [redacted]9640 Balance: $2,726.55

| | | |
|---|---|---|
| Balance Last Statement | | 3,343.32 |
| Deposits/Credits | | 2,000.00 |
| Apr 16 | CUSTOMER DEPOSIT (handwritten: K.W Loan From Larry) | 2,000.00 |
| Total Debits | | 2,618.77 |

Checks Written 2,601.77

| Check # | Date Paid | Amount | Check # | Date Paid | Amount |
|---|---|---|---|---|---|
| 138 | 04-02 | 633.26 | 140 | 04-26 | 930.00 |
| 139 | 04-16 | 615.64 | 144* | 04-29 | 422.87 |

* DENOTES MISSING CHECK NUMBER

Other Withdrawals

| | | |
|---|---|---|
| Apr 30 | DEP-Paper Statement Fee | 3.00 |
| Apr 30 | Maintenance Fee | 12.00 |

SDMY-002-004716-002-000-210501 004716 S08
78123341810

CHECKS IN THIS STATEMENT



Ck# 138 Amt $633.26 4-2-2021

Ranch Water System

Ck# 139 Amt $615.64 4-16-2021

Ck# 140 Amt $930.00 4-26-2021

Ranch Mgr. 330 Tractor Repairs

Ck# 144 Amt $422.87 4-29-2021

Ranch Electricity

Amt $2,000.00 4-16-2021

Loan From Larry Wright