IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC, *et al* | § | CASE NO. 20-50805-rbk |
| | § | |
| | § | |
| DEBTOR | § | (Jointly Administered) |

### ORDER ON DEBTOR'S APPLICATION TO EMPLOY KEN HOERSTER AND TEXAS RANCHES FOR SALE AS REAL ESTATE BROKER

This matter came before the Court pursuant to the Application for Order Authorizing and approving Ken Hoerster and Texas Ranches for Sale as Real Estate Broker in the above-captioned Chapter 11 bankruptcy case. Based upon the Application and the information contained therein, and the supporting exhibits and good cause appearing, any responses thereto, and the arguments of counsel, if any, this Court is of the opinion that (i) Ken Hoerster and Texas Ranches for Sale and its personnel have no connection with the Debtor, the Trustee, this Court, or any creditor or

1

party in interest, (ii) Ken Hoerster and Texas Ranches for Sale are "disinterested person(s)" within the meaning of Bankruptcy Code § 101(14), and (iii) the employment of Ken Hoerster and Texas Ranches for Sale is in the best interests of the bankruptcy estate. It is, therefore:

ORDERED that the Debtor is authorized to employ Ken Hoerster and Texas Ranches for Sale as Real Estate Brokers with respect to the Debtor's land situated in Uvalde County, Texas described as follows: 980 +/- Acres out of A0164 ABSTRACT 0164 SURVEY 687 21.04, A0165 ABSTRACT 0165 SURVEY 689 950.36; and it is further ORDERED, ADJUDGED and DECREED that,

1. The Debtor's Application shall be, and hereby is, granted and approved.

2. The Debtor may employ Ken Hoerster and Texas Ranches for Sale under the terms expressed in the Application;

3. The Debtor may pay Ken Hoerster and Texas Ranches for Sale under the terms of the Application in conjunction with the sale of the subject property;

###

Submitted by:

THE SMEBERG LAW FIRM, PLLC

By: /s/ *Ronald Smeberg*
RONALD SMEBERG
Texas Bar No. 24033967
Email: ron@smeberg.com
4 Imperial Oaks
San Antonio, Texas 78248
(210) 695-6684 (Tel)
(210) 598-7357 (Fax)

ATTORNEY FOR DEBTOR