# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 20−50805−rbk
Chapter No.: 11
Judge: Ronald B. King

IN RE: **KrisJenn Ranch, LLC** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at  VIA PHONE:(650)479−3207; AC 160−686−6761

on  **8/4/21  at  09:30 AM**

TELEPHONIC Hearing to Consider and Act Upon the Following: DIAL IN INFORMATION IS AS FOLLOWS: (650) 479−3207 Access Code 160−686−6761 (1) IF TIME ESTIMATE EXCEEDS 20 MINUTES OR (2) IF EXHIBITS WILL BE OFFERED PLEASE CONTACT DEANNA CASTLEBERRY @ deanna_Castleberry@txwb.uscourts.gov (Related Document(s): 124 Debtor's Joint Disclosure Statement to Substantively Consolidated Plan of Reorganization filed by Ronald J. Smeberg for Debtor KrisJenn Ranch, LLC. Series Uvalde Ranch and KrisJenn Ranch LLC., Series Pipeline Row (Smeberg, Ronald) Hearing Scheduled For 8/4/2021 at 9:30 AM at VIA TELEPHONE−Conference Dial−In Number: (650)479−3207; Access Code: 160−686−6761 (Castleberry, Deanna)

Dated:  7/13/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKapac]