**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In Re:                                                            Chapter 11

KRISJENN RANCH, LLC

                                                                 Case No. 20-50805

Debtor

## WITHDRAWAL OF CLAIM 2 FILED BY GUADALUPE COUNTY, TEXAS

1. The undersigned, who has offices at 700 Jeffrey Way, Suite 100, P.O. Box 1269, Round Rock, Texas 78680, is the attorney for Guadalupe County, Texas and is authorized to withdraw this claim on behalf of claimant.

2. Therefore, the claimant withdraws this claim as it has been satisfied.

Date: July 15, 2021

                                                                   Respectfully submitted,

                                                                   **McCREARY, VESELKA, BRAGG**
                                                                   **& ALLEN, P.C.**

                                                            By: */s/ Tara LeDay*
                                                               Tara LeDay (TX 24106701)
                                                               P. O. Box 1269
                                                               Round Rock, TX 78680
                                                               Telephone: (512) 323-3200
                                                               Fax: (512) 323-3205
                                                               Email: tleday@mvbalaw.com

                                                              *Attorneys for Guadalupe County, Texas*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on July 15, 2021, a true and correct copy of the foregoing document was served by U.S. Postal Service and via the Electronic Case Filing System for the United States Bankruptcy Court for the Western District of Texas, San Antonio Division.

                                        */s/ Tara LeDay*
                                        Tara LeDay

Debtor:
**Krisjenn Ranch, LLC**
410 Spyglass Rd
McQueeney, TX 78123-3418

Debtor Attorney:
**Ronald J. Smeberg**
The Smeberg Law Firm, PLLC
2010 W Kings Hwy
San Antonio, TX 78201-4926