MOR-1

# UNITED STATES BANKRUPTCY COURT

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK
PROPOSED PLAN DATE: _____

PETITION DATE: _____
DISTRICT OF TEXAS: Western
DIVISION: San Antonio

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH May 2021

| MONTH | 1/1-1/31/2021 | 2/1-2/28/2021 | 3/1-3/31/2021 | 4/1-4/30/2021 | 5/1-5/31/2021 |
|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0.00 | 0.00 | 5,933.38 | 2,000.00 | 50,000.00 |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | -32,339.21 | -3,934.30 | 1,235.29 | -616.77 | 1,659.65 |
| NET INCOME (LOSS) (MOR-6) | -32,339.21 | -3,934.30 | 1,235.29 | -616.77 | 1,659.65 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 30,000.00 | 0.00 | 2,464.00 | 0.00 | 44,200.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 32,339.21 | 3,934.30 | 4,698.09 | 2,616.77 | 48,340.35 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE | | CIRCLE ONE | |
|---|---|---|---|---|---|
| | | | Are all accounts receivable being collected within terms? | Yes | No |
| | | | Are all post-petition liabilities, including taxes, being paid? | Yes | No |
| | | | Have any pre-petition liabilities been paid? | Yes | No |
| CASUALTY | YES (x) NO ( ) | ____-____-____ | If so, describe _____ | | |
| LIABILITY | YES (x) NO ( ) | ____-____-____ | Are all funds received being deposited into DIP bank acct? | Yes | No |
| VEHICLE | YES ( ) NO ( ) | ____-____-____ | Were any assets disposed of outside the normal course of business? | Yes | No |
| WORKER'S | YES ( ) NO ( ) | ____-____-____ | If so, describe _____ | | |
| OTHER | YES ( ) NO ( ) | ____-____-____ | Are all U.S. Trustee Quarterly Fee Payments current? | Yes | No |

What is the status of your Plan of Reorganization? _____ filed as of 7/19/2021

ATTORNEY NAME: Ronald Smeberg
FIRM NAME: Smeberg Law Firm, PLLC
ADDRESS: 4 Imperial Oaks
CITY, STATE, ZIP: San Antonio, TX 78248
TELEPHONE/FAX: 210-695-6684

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _____ (ORIGINAL SIGNATURE)
TITLE: Mgr.
(PRINT NAME OF SIGNATORY) _____
DATE: _____
Revised 07/01/98

MOR-1

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH 1/1-1/31/2021 | MONTH 2/1-2/28/2021 | MONTH 3/1-3/31/2021 | MONTH 4/1-4/30/2021 | MONTH 5/1-5/31/2021 |
|---|---|---|---|---|---|---|
| CURRENT ASSETS | | | | | | |
| Cash | | 6,042.33 | 2,108.03 | 3,343.32 | 2,726.55 | 4,386.20 |
| Accounts Receivable, Net | | | | | | |
| Inventory: Lower of Cost or Market | | | | | | |
| Prepaid Expenses | | | | | | |
| Investments | | 477,490.11 | 477,490.11 | 477,490.11 | 477,490.11 | 477,490.11 |
| Other | | | | | | |
| TOTAL CURRENT ASSETS | 0.00 | 483,532.44 | 479,598.14 | 480,833.43 | 480,216.66 | 481,876.31 |
| PROPERTY, PLANT & EQUIP. @ COST | | | | | | |
| Less Accumulated Depreciation | | | | | | |
| NET BOOK VALUE OF PP & E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER ASSETS | | | | | | |
| 1. Tax Deposits | | | | | | |
| 2. Investments in Subsidiaries | | | | | | |
| 3. Electric Deposit | | | | | | |
| 4. | | | | | | |
| TOTAL ASSETS | $0.00 | $483,532.44 | $479,598.14 | $480,833.43 | $480,216.66 | $481,876.31 |

* Per Schedules and Statement of Affairs

MOR-2                                                                 Revised 07/01/98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | MONTH 1/1-1/31/2021 | MONTH 2/1-2/28/2021 | MONTH 3/1-3/31/2021 | MONTH 4/1-4/30/2021 | MONTH 5/1-5/31/2021 |
|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | | | | | |
| PRE-PETITION LIABILITIES | | | | | | |
| Notes Payable - Secured | | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 |
| Priority Debt | | | | | | |
| Federal Income Tax | | | | | | |
| FICA/Withholding | | | | | | |
| Unsecured Debt | | 73,330.95 | 73,330.95 | 73,330.95 | 73,330.95 | 73,330.95 |
| Other | | 183,174.52 | 183,174.52 | 183,174.52 | 183,174.52 | 183,174.52 |
| **TOTAL PRE-PETITION LIABILITIES** | 0.00 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 |
| **TOTAL LIABILITIES** | 0.00 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | |
| PREFERRED STOCK | | | | | | |
| COMMON STOCK | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 |
| RETAINED EARNINGS: Filing Date | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | -73,061.24 | -73,061.24 | -73,061.24 | -73,061.24 | -73,061.24 |
| **TOTAL OWNER'S EQUITY (NET WORTH)** | 0.00 | -5,678,745.65 | -5,678,745.65 | -5,678,745.65 | -5,678,745.65 | -5,678,745.65 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $0.00 | $477,759.82 | $477,759.82 | $477,759.82 | $477,759.82 | $477,759.82 |

* Per Schedules and Statement of Affairs

MOR-3                                                                 Revised 07/01/98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* |  |  |  |  |  |  |
| TAX PAYABLE |  |  |  |  |  |  |
| Federal Payroll Taxes |  |  |  |  |  |  |
| State Payroll Taxes |  |  |  |  |  |  |
| Ad Valorem Taxes |  |  |  |  |  |  |
| Other Taxes |  |  |  |  |  |  |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION |  |  |  |  |  |  |
| ACCRUED INTEREST PAYABLE |  |  |  |  |  |  |
| ACCRUED PROFESSIONAL FEES* |  |  |  |  |  |  |
| OTHER ACCRUED LIABILITIES |  |  |  |  |  |  |
| 1. |  |  |  |  |  |  |
| 2. |  |  |  |  |  |  |
| 3. |  |  |  |  |  |  |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

**MOR-4**

Revised 07/01/98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

**AGING OF POST-PETITION LIABILITIES**
MONTH _____

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 0.00 | | | | | |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**AGING OF ACCOUNTS RECEIVABLE**

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**

Revised 07/01/98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

| | MONTH 1/1-1/31/2021 | MONTH 2/1-2/28/2021 | MONTH 3/1-3/31/2021 | MONTH 4/1-4/30/2021 | MONTH 5/1-5/31/2021 | FILING TO DATE |
|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 0.00 | 0.00 | 5,933.38 | 2,000.00 | 50,000.00 | 115,315.28 |
| TOTAL COST OF REVENUES | | | | | | 6,218.96 |
| GROSS PROFIT | 0.00 | 0.00 | 5,933.38 | 2,000.00 | 50,000.00 | 109,096.32 |
| OPERATING EXPENSES: | | | | | | |
| Selling & Marketing | | | | | | 0.00 |
| General & Administrative | 3.00 | 15.00 | 15.00 | 15.00 | 27.00 | 2,001.00 |
| Insiders Compensation | | | | | | 0.00 |
| Professional Fees | 30,000.00 | | 2,464.00 | 0.00 | 44,200.00 | 146,926.07 |
| Other | 1,075.54 | 978.20 | 1,204.19 | 1,056.13 | 1,300.00 | 13,216.60 |
| Other | 1,260.67 | 2,941.10 | 1,014.90 | 1,545.64 | 2,813.35 | 15,882.47 |
| TOTAL OPERATING EXPENSES | 32,339.21 | 3,934.30 | 4,698.09 | 2,616.77 | 48,340.35 | 178,026.14 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -32,339.21 | -3,934.30 | 1,235.29 | -616.77 | 1,659.65 | -68,929.82 |
| INTEREST EXPENSE | | | | | | 0.00 |
| DEPRECIATION | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | -32,339.21 | -3,934.30 | 1,235.29 | -616.77 | 1,659.65 | -68,929.82 |
| FEDERAL INCOME TAXES | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | ($32,339.21) | ($3,934.30) | $1,235.29 | ($616.77) | $1,659.65 | ($68,929.82) |

Accrual Accounting Required, Otherwise Footnote with Explanation.

* Footnote Mandatory.

** Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.

MOR-6

Revised 07/01/98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH | MONTH 1/1-1/31/2021 | MONTH 2/1-2/28/2021 | MONTH 3/1-3/31/2021 | MONTH 4/1-4/30/2021 | MONTH 5/1-5/31/2021 | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $38,381.54 | $6,042.33 | $2,108.03 | $3,343.32 | $2,726.55 | $0.00 |
| **RECEIPTS:** | | | | | | | |
| 2. CASH SALES | | 0.00 | 0.00 | 5,933.38 | 0.00 | 0.00 | 13,315.28 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 73,330.95 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | | 0.00 | 0.00 | 0.00 | 2,000.00 | 50,000.00 | 102,000.00 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 0.00 | 5,933.38 | 2,000.00 | 50,000.00 | 188,646.23 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| **DISBURSEMENTS:** | | | | | | | |
| 7. NET PAYROLL | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | 1,844.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | 1,260.67 | | 1,014.90 | 1,671.77 | 0.00 | 3,947.34 |
| 12. INSURANCE | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | 1,075.54 | 2,941.10 | 1,204.19 | 930.00 | 2,813.35 | 26,490.27 |
| 17. ADMINISTRATIVE & SELLING | | 3.00 | 15.00 | 15.00 | 15.00 | 27.00 | 171.61 |
| 18. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 2,339.21 | 2,956.10 | 2,234.09 | 2,616.77 | 2,840.35 | 32,453.22 |
| 19. PROFESSIONAL FEES | | 30,000.00 | | 2,464.00 | | 44,200.00 | 70,262.07 |
| 20. U.S. TRUSTEE FEES | | 0.00 | 978.20 | 0.00 | 0.00 | 1,300.00 | 4,880.74 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 32,339.21 | 3,934.30 | 4,698.09 | 2,616.77 | 48,340.35 | 107,596.03 |
| 22. NET CASH FLOW | 0.00 | -32,339.21 | -3,934.30 | 1,235.29 | -616.77 | 1,659.65 | 81,050.20 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $6,042.33 | $2,108.03 | $3,343.32 | $2,726.55 | $4,386.20 | |

* Applies to Individual debtors only

**MOR-7**

**Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

Revised 07/01/98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## CASH ACCOUNT RECONCILIATION
### MONTH OF 5/1-5/31/2021

| BANK NAME | Broadway | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | 8640 # | | # | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 2,726.55 | | | | $2,726.55 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $2,726.55 | $0.00 | $0.00 | $0.00 | $2,726.55 |
| BEGINNING CASH - PER BOOKS | 2,726.55 | | | | $2,726.55 |
| RECEIPTS* | 50,000.00 | | | | $50,000.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 48,340.35 | | | | $48,340.35 |
| ENDING CASH - PER BOOKS | $4,386.20 | $0.00 | $0.00 | $0.00 | $4,386.20 |

MOR-8

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

CASE NAME: KrisJenn Ranch Series Pipeline LLC
CASE NUMBER: 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 1/1-1/31/2021 | MONTH 2/1-2/28/2021 | MONTH 3/1-3/31/2021 | MONTH 4/1-4/30/2021 | MONTH 5/1-5/31/2021 | FILING TO DATE |
|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| RECEIPTS: | | | | | | |
| 2. CASH SALES | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | |
| 7. NET PAYROLL | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | 0.00 |
| 12. INSURANCE | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | 0.00 |
| 18. OTHER (attach list) | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. PROFESSIONAL FEES | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22. NET CASH FLOW | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Applies to Individual debtors only

MOR-7

**Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

Revised 07/01/98

CASE NAME: KrisJenn Ranch Series Pipeline LLC
CASE NUMBER: 20-50805-RBK

## CASH ACCOUNT RECONCILIATION
### MONTH OF 5/31/2021

| BANK NAME | Broadway | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | 8640 # | # | | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 0.00 | | | | $0.00 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING CASH - PER BOOKS | 0.00 | | | | $0.00 |
| RECEIPTS* | 0.00 | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 0.00 | | | | $0.00 |
| ENDING CASH - PER BOOKS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-8

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

Revised 07/01/98

CASE NAME: KrisJenn Ranch Series Uvalde Ranch LLC
CASE NUMBER: 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 1/1-1/31/2021 | MONTH 2/1-2/28/2021 | MONTH 3/1-3/31/2021 | MONTH 4/1-4/30/2021 | MONTH 5/1-5/31/2021 | FILING TO DATE |
|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| RECEIPTS: | | | | | | |
| 2. CASH SALES | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | |
| 7. NET PAYROLL | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | 0.00 |
| 12. INSURANCE | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | 0.00 |
| 18. OTHER (attach list) | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. PROFESSIONAL FEES | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22. NET CASH FLOW | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

\* Applies to Individual debtors only

**MOR-7**

\*\*Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

*Revised 07/01/98*

CASE NAME: KrisJenn Ranch Series Uvalde Ranch LLC
CASE NUMBER: 20-50805-RBK

## CASH ACCOUNT RECONCILIATION
### MONTH OF 5/31/2021

| BANK NAME | Broadway | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | 8640 # | | # | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 0.00 | | | | $0.00 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING CASH - PER BOOKS | 0.00 | | | | $0.00 |
| RECEIPTS* | 0.00 | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 0.00 | | | | $0.00 |
| ENDING CASH - PER BOOKS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-8

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

Revised 07/01/98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH 1/1-1/31/2021 | MONTH 2/1-2/28/2021 | MONTH 3/1-3/31/2021 | MONTH 4/1-4/30/2021 | MONTH 5/1-5/31/2021 |
|---|---|---|---|---|---|
| 1. Jerry G Miers, CPA | | | | | |
| 2. Mueller-Smeburg, PLLC | 30,000.00 | | | | 44,200.00 |
| 3. Granstaff, Gaedke and Edgmon | | | | | |
| 4. Douglas Deffenbaugh CPA | | | 2,464.00 | | |
| 5. | | | | | |
| 6. | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $30,000.00 | $0.00 | $2,464.00 | $0.00 | $44,200.00 |

MOR-9      Revised 07/01/98

## KrisJenn Ranch, LLC
## Working Trial Balance
### 5/31/2021

| Account | Beginning Balances 4/30/2021 | | Transactions Dr | (Cr) | Balance 5/31/2021 | Adjustments Dr | # | (CR) | Balance DR/(CR) | |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash - Broadway Bank | 2,726.55 | | 50,000.00 | 48,340.35 | 4,386.20 | | | | 4,386.20 | |
| Transfers | 0.00 | | | | 0.00 | | | | 0.00 | |
| | | | | | | | | | | |
| Note Rec - Cope-N-Hagan | 0.00 | | | | 0.00 | | | | 0.00 | |
| Note Rec - SWD - Big Foot Energy | 241,019.11 | | | | 241,019.11 | | | | 241,019.11 | |
| Invest - Thunder Road Ptrshp | | 10,895.00 | | | -10,895.00 | | | | -10,895.00 | |
| Invest - VEC Partnership | 247,366.00 | | | | 247,366.00 | | | | 247,366.00 | |
| | | | | | | | | | | |
| Automotive Equipment | 0.00 | | | | 0.00 | | | | 0.00 | |
| Accum Deprec | 0.00 | 0.00 | | | 0.00 | | | | 0.00 | |
| | | | | | | | | | | |
| Deferred Gain - SWD Instal Sale | | 183,174.52 | | | -183,174.52 | | | | -183,174.52 | |
| | | | | | | | | | | |
| Note Payable - Pipeline | | 5,900,000.00 | | | -5,900,000.00 | | | | -5,900,000.00 | |
| Note Payable - Larry Wright | | 75,330.95 | | 50,000.00 | -125,330.95 | | | | -125,330.95 | |
| | | | | | | | | | | |
| Capital - Larry Wright | 5,605,684.41 | 0.00 | | | 5,605,684.41 | | | | 5,605,684.41 | -120,944.75 |
| | | | | | | | | | | |
| Trailer Lease | | 3,600.00 | | | -3,600.00 | | | | -3,600.00 | |
| Cattle Auction | 0.00 | 9,715.28 | | 0.00 | -9,715.28 | | | | -9,715.28 | |
| Interest income | 0.00 | | | | 0.00 | | | | 0.00 | |
| Gain on Sale of SWD | 0.00 | | | | 0.00 | | | | 0.00 | |
| ST Cap Gain VECPtrshp | 0.00 | | | | 0.00 | | | | 0.00 | |
| Loss on Bad Debt | 0.00 | | | | 0.00 | | | | 0.00 | |
| (inc)/Loss Thunder Rd Partnership | 0.00 | | | | 0.00 | | | | 0.00 | |
| (Inc)/Loss VEX Partnership | 0.00 | | | | 0.00 | | | | 0.00 | |
| Revenue Option Fee- McLeod | -50,000.00 | | | | -50,000.00 | | | | -50,000.00 | |
| Auto & Truck | 0.00 | | | | 0.00 | | | | 0.00 | |
| Bank Service Charge | 141.00 | | 27.00 | | 168.00 | | | | 168.00 | |
| Business Gifts | 0.00 | | | | 0.00 | | | | 0.00 | |
| Contract Labor | 1,305.00 | | 0.00 | | 1,305.00 | | | | 1,305.00 | |
| Contributions | 0.00 | | | | 0.00 | | | | 0.00 | |
| Depreciation | 0.00 | | | | 0.00 | | | | 0.00 | |
| Feed | 9,884.00 | | 2,813.35 | | 12,697.35 | | | | 12,697.35 | |
| Fuel | 1,089.34 | | | | 1,089.34 | | | | 1,089.34 | |
| Ranch electricity | 2,698.44 | | 0.00 | | 2,698.44 | | | | 2,698.44 | |
| Interest expense | 0.00 | | | | 0.00 | | | | 0.00 | |
| Legal & Professional | 102,726.07 | | 44,200.00 | | 146,926.07 | | | | 146,926.07 | |
| Management Fees | 0.00 | | | | 0.00 | | | | 0.00 | |
| Meals & Entertainment | 0.00 | | | | 0.00 | | | | 0.00 | |
| Miscellaneous | 0.00 | | | | 0.00 | | | | 0.00 | |
| Office | 3.61 | | | | 3.61 | | | | 3.61 | |
| Other Deductions - Royalty Income | 0.00 | | | | 0.00 | | | | 0.00 | |
| Quarterly Fees- US Trustee | 3,580.74 | | 1,300.00 | | 4,880.74 | | | | 4,880.74 | |
| Repairs & Maintenance | 10,975.96 | | 0.00 | | 10,975.96 | | | | 10,975.96 | |
| Supplies | 1,671.52 | | 0.00 | | 1,671.52 | | | | 1,671.52 | |
| Taxes - Property | 0.00 | | | | 0.00 | | | | 0.00 | |
| Taxes - Franchise | 1,844.00 | | | | 1,844.00 | | | | 1,844.00 | |
| Travel | 0.00 | | | | 0.00 | | | | 0.00 | 120,944.75 |
| | 6,182,715.75 | 6,182,715.75 | 98,340.35 | 98,340.35 | 0.00 | 0.00 | | 0.00 | 0.00 | |

## KrisJenn Ranch, LLC
### Expenses
#### 5/01/2021 - 5/31/2021

| Date | Check # | Payee | Cash Dr/(Cr) | Bank Charges | Supplies | Office Exp | Legal & Professional | Note Pay - Larry Wright | Electric | Feed | Mgmt Fee | Repairs & Maintenance | US Trustee Quarterly | Fuel | Taxes - Franchise |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/6/2021 | N/A | Broadway Bank | | 12.00 | | | | | | | | | | | |
| 5/28/2021 | n/a | Broadway Bank | | 15.00 | | | | | | | | | | | |
| 5/3/2021 | 141 | US Trustee | | | | | | | | | | | 650.00 | | |
| 5/3/2021 | 142 | US Trustee | | | | | | | | | | | 325.00 | | |
| 5/3/2021 | 143 | US Trustee | | | | | | | | | | | 325.00 | | |
| 5/13/2021 | 145 | CJ Muller & Associates | | | | | 44,200.00 | | | | | | | | |
| 5/25/2021 | 146 | Texas Farm Store | | | | | | | | 2,813.35 | | | | | |
| | | | 0.00 | 27.00 | 0.00 | 0.00 | 44,200.00 | 0.00 | 0.00 | 2,813.35 | 0.00 | 0.00 | 1,300.00 | 0.00 | 0.00 |

# BROADWAY BANK

1177 N.E. Loop 410
San Antonio, TX 78209

broadway.bank
800.531.7650

Return Service Requested

004853 0.6500 AB 0.428    TR00020

KRISJENN RANCH LLC
DEBTOR IN POSSESSION
CASE# 20-50805
410 SPYGLASS RD
MCQUEENEY TX 78123-3418

## Bank Statement
### SUMMARY OF ACCOUNTS

| Account Type | Account # | Balance as of May 31, 2021 | YTD Interest |
|---|---|---|---|
| ADVANTAGE BUSINESS CHECKING | 8640 | $4,386.20 | $0.00 |

This statement reports your balances and activity from Apr 30, 2021 thru May 31, 2021 on the following accounts.

**ADVANTAGE BUSINESS CHECKING**     Account # 8640     Balance: $4,386.20

| | Amount |
|---|---|
| Balance Last Statement | 2,726.55 |
| Deposits/Credits | 50,000.00 |
| May 06 — WIRE IN 1444 MCLEOD OIL LLC PO BOX 177357 I BK AMER NYC 82 | 50,000.00 |
| Total Debits | 48,340.35 |
| Checks Written | 48,313.35 |

| Check # | Date Paid | Amount | Check # | Date Paid | Amount |
|---|---|---|---|---|---|
| 141 | 05-03 | 650.00 | 145* | 05-13 | 44,200.00 |
| 142 | 05-03 | 325.00 | 146 | 05-25 | 2,813.35 |
| 143 | 05-03 | 325.00 | | | |

* DENOTES MISSING CHECK NUMBER

**Other Withdrawals**

| Date | Description | Amount |
|---|---|---|
| May 06 | INCOMING WIRE | 12.00 |
| May 28 | DEP-Paper Statement Fee | 3.00 |
| May 28 | Maintenance Fee | 12.00 |

*L.W.* (signature)

**Check #141** — KINGJENN RANCH, LLC — Date: 4/26/21 — Pay to: U.S. Trustees — $650.00 — "Six hundred fifty and 00/xx" — Broadway Bank — Memo: 01, 2021 — Signed: Larry Wright
Ck# 141 Amt $650.00 5-3-2021

**Check #142** — KINGJENN RANCH, LLC — Date: 4-26-21 — Pay to: U.S. Trustees — $325.00 — "Three hundred twenty-five & 00/xx" — Broadway Bank — Memo: 1stQ 2021 — Signed: Larry Wright
Ck# 142 Amt $325.00 5-3-2021

**Check #143** — KINGJENN RANCH, LLC — Date: 4-26-21 — Pay to: US Trustees — $325.00 — "three hundred twenty-five & 00/xx" — Broadway Bank — Memo: 1stQ 2021 — Signed: Larry Wright
Ck# 143 Amt $325.00 5-3-2021

**Check #145** — KINGJENN RANCH, LLC — Date: 5-7-21 — Pay to: W Muller & Associates — $44,200.00 — "Fourty-four thousand two hundred" — Broadway Bank — Memo: Legal Fees — Signed: Larry Wright
Ck# 145 Amt $44,200.00 5-13-2021

**Check #146** — KINGJENN RANCH, LLC — Date: 5-17-21 — Pay to: Texas Farm Store — $2,813.35 — "Two thousand eight hundred thirteen..." — Broadway Bank — Memo: Ranch Feed — Signed: Larry Wright
Ck# 146 Amt $2,813.35 5-25-2021

L.W.