**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC, *et al* | § | CASE NO. 20-50805-rbk |
| | § | |
| | § | |
| DEBTOR | § | (Jointly Administered) |

**KRISJENN RANCH, LLC, KRISJENN RANCH LLC, SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC, SERIES PIPELINE ROW'S AGREED MOTION TO RESET HEARING ON DEBTORS' DISCLOSURE STATEMENT**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

KrisJenn Ranch, LLC, KrisJenn Ranch LLC, Series Uvalde Ranch, and KrisJenn Ranch, LLC, Series Pipeline Row (collectively, the "Debtors"), the Debtors and Debtors-in-Possession in the above captioned case, hereby file this Agreed Motion to Reset Hearing on Debtors' Disclosure Statement (the "Motion") and in support of this Motion, the Debtors respectfully represent as follows:

1. On April 27, 2020 (the "Petition Date"), Debtors filed a joint voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

2. On April 29, 2020, DMA and Borders filed an Amended Motion to Sever or Dismiss seeking to split the joint filing into three separate bankruptcy filings [Dkt. No. 22].

3. The motion to sever was granted on June 5, 2020—splitting the joint bankruptcy filing into the three separate cases [Dkt. No. 47].

4. On July 12, 2021, Debtors filed their Consolidated Plan of Reorganization [Dkt. No. 123] and Joint Disclosure Statement to Substantively Consolidated Plan of Reorganization ("Disclosure Statement") [Dkt. No. 124] into Cause No. 20-208050-rbk, the primary bankruptcy case.

5. On July 19, 2021, Debtors filed amended plans of reorganization and disclosure statements into debtors' respective bankruptcy filings at the Court's request [Dkt. Nos. 129, 130].

6. The Court set the hearing on Debtors' Disclosure Statement for August 4, 2021.

7. On July 27, 2021, counsel for the main creditor in this matter—McLeod Oil—contacted Debtors' counsel with substantive concerns regarding Debtors' Disclosure Statement and concerns regarding whether McLeod had sufficient time to respond to the disclosure statement.

8. Counsel for both Debtor and McLeod wish to work through McLeod's concerns regarding the disclosure statement.

9. For this reason, Debtors believe good cause exists to reset the hearing on Debtors' Disclosure Statement by thirty (30) days. Holding a hearing on Debtors' Disclosure Statement prior to Debtors thoroughly understanding and addressing McLeod's concerns will likely lead to additional amendments causing unnecessary expenses to befall Debtors' estates.

10. Based on the above issue, Debtors requests the Court reset the hearing on Debtors' Disclosure Statement by thirty (30) days.

WHEREFORE, Debtors respectfully request that the Court enter an Order resetting the hearing on Debtors' Disclosure Statement for thirty (30) days and grant Debtors all other relief they are justly entitled.

Dated: July 30, 2021

Respectfully submitted,

By: /s/ Ronald J. Smeberg

RONALD J. SMEBERG
State Bar No. 24033967
THE SMEBERG LAW FIRM, PLLC
4 Imperial Oaks
San Antonio, Texas 78248
210-695-6684 (Tel)
281-754-4042 (Fax)
ron@smeberg.com
ATTORNEY FOR DEBTORS

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 29, 2021, I Conferenced with counsel for McLeod Oil, either by phone or via email regarding this motion. McLeod Oil is in agreement with this motion.

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2021, true and correct copies of the foregoing motion will be forwarded electronically via the Court's ECF System, or by U.S. first class mail, postage prepaid, on, all parties listed on the attached Service List.

/s/ Ronald J. Smeberg
RONALD J. SMEBERG

## SERVICE LIST

**DEBTOR**

KrisJenn Ranch, LLC
410 Spyglass Rd
Mc Queeney, TX 78123-3418

**GOVERNMENT ENTITIES**

Office of the UST
615 E Houston, Room 533
PO Box 1539
San Antonio, TX 78295-1539

U.S. Attorney
Attn: Bkcy Division

601 NW Loop 410, Suite 600
San Antonio, Texas 78216

Internal Revenue Services
Special Procedures Branch
300 E. 8th St. STOP 5026 AUS
Austin, TX 78701

Texas Comptroller of Public Account
Attn: Bankruptcy
P.O. Box 149359
Austin, TX 78714-9359

Angelina County Tax Assessor

606 E Lufkin Ave,
Lufkin, Texas 75901

Nacogdoches County Tax Assessor Collector
101 West Main Street
Nacogdoches, Texas 75961

Rusk County
202 N Main St,
Henderson, Texas 75652

Shelby County, Tax Collector
200 St. Augustine St.

3

Center, Texas 75935

Tenaha ISD Tax Assessor-Collector
138 College St
Tenaha, TX 75974-5612

Uvalde Tax Assessor
Courthouse Plaza, Box 8
Uvalde, Texas 78801

**NOTICE PARTIES**

METTAUER LAW FIRM
c/o April Prince
403 Nacogdoches St Ste 1
Center, TX 75935-3810

Albert, Neely & Kuhlmann
1600 Oil & Gas Building
309 W 7th St
Fort Worth, TX 76102-6900

Laura L. Worsham
JONES, ALLEN & FUQUAY, LLP
8828 Greenville Ave.
Dallas, Texas 75243

Craig Crockett
CRAIG M. CROCKETT, PC
5201 Camp Bowie Blvd. #200
Fort Worth, Texas 76107

Christopher S. Johns
JOHNS &COUNSEL PLLC
14101 Highway 290 West, ste 400A
Austin, Texas 78737

Timothy Cleveland
CLEVELAND|TERRAZAS PLLC
4611 Bee Cave Road, ste 306B
Austin, Texas 78746

**SECURED CREIDITORS**

McLeod Oil, LLC
c/o John W. McLeod, Jr.
700 N Wildwood Dr
Irving, TX 75061-8832

**UNSECURED CREIDITORS**

Bigfoot Energy Services

312 W Sabine St
Carthage, TX 75633-2519

C&W Fuels, Inc.
Po Box 40
Hondo, TX 78861-0040

Davis, Cedillo & Mendoza
755 E Mulberry Ave Ste 500
San Antonio, TX 78212-3135

Granstaff Gaedke & Edgmon
5535 Fredericksburg Rd Ste 110
San Antonio, TX 78229-3553

Hopper's Soft Water Service
120 W Frio St
Uvalde, TX 78801-3602

Larry Wright
410 Spyglass Rd
Mc Queeney, TX 78123-3418

Medina Electric
2308 18th St.
Po Box 370
Hondo, TX 78861-0370

Medina's Pest Control
1490 S Homestead Rd
Uvalde, TX 78801-7625

Texas Farm Store
236 E Nopal St
Uvalde, TX 78801-5317

Uvalco Supply
2521 E Main St
Uvalde, TX 78801-4940

Longbranch Energy
c/o DUKE BANISTER RICHMOND
Po Box 175
Fulshear, TX 77441-0175

DMA Properties, Inc.
896 Walnut Street at US 123 BYP
Seneca, SC 29678