IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| KRISJENN RANCH, LLC, KRISSJENN RANCH, LLC, SERIES UVALDE RANCH, KRISSJENN RANCH, LLC, SERIES PIPELINE ROW | § § § § § § | CASE NO. 20-50805-rbk |
| | § § | CHAPTER 11 |
| DEBTOR | § | (Jointly Administered) |

**McLEOD OIL LLC'S COMMENT TO DEBTOR'S APPLICATION TO EMPLOY KEN HOERSTER AND TEXAS RANCHES FOR SALE AS REAL ESTATE BROKER**

NOW COMES McLeod Oil, LLC ("McLeod Oil") and files this its Comment to Debtor's Application to Employ Ken Hoerster and Texas Ranches for Sale as Real Estate Broker as follows:

1. McLeod Oil has no objection to the employment of Ken Hoerster and Texas Ranches on the conditions set forth in Debtor's Application.

2. However, Debtor's statement in Paragraph 6 as to McLeod Oil's contention of the outstanding indebtedness is incorrect. The outstanding indebtedness owing to McLeod Oil under the Loan and applicable documents is in excess of the amounts set forth in Paragraph 6.

Respectfully submitted,

**JONES, ALLEN & FUQUAY, L.L.P.**
8828 Greenville Avenue
Dallas, Texas 75243
Telephone: (214) 343-7400
Facsimile: (214) 343-7455

By: */s/ Laura L. Worsham*
    Laura L. Worsham
    State Bar No. 22008050
    Attorneys for McLEOD OIL, LLC

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above been served on the parties set forth below electronically and as otherwise set out, this 31st day of July, 2021:

| | |
|---|---|
| Ronald J. Smeberg<br>Attorney for Debtor<br>THE SMEBERG LAW FIRM, PLLC<br>4 Imperial Oaks<br>San Antonio, Texas 78248<br>ron@smeberg.com<br>**By Notice of Electronic Filing** | U.S. Trustee<br>615 E. Houston, Room 533<br>P.O. Box 1539<br>San Antonio, Texas 78295-1539<br>**By Notice of Electronic Filing** |

                                                /s/ Laura L. Worsham
                                                Laura L. Worsham