# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 20–50805–rbk
Chapter No.: 11
Judge: Ronald B. King

IN RE: **KrisJenn Ranch, LLC**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at San Antonio Courtroom 1, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on **9/1/21 at 09:30 AM**

Hearing to Consider and Act Upon the Following: (IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E–MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov) (Related Document(s): 121 Application to Employ Ken Hoerster and Texas Ranches For Sale, Real Estate Broker filed by Ronald J Smeberg for Debtor KrisJenn Ranch, LLC. Hearing Scheduled For 9/1/2021 at 9:30 AM at SA Courtroom 1 (Castleberry, Deanna)

Dated: 8/2/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKap20]