

**The relief described hereinbelow is SO ORDERED.**

**Signed August 02, 2021.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC, *et al* | § | CASE NO. 20-50805-rbk |
| | § | |
| | § | |
| DEBTOR | § | (Jointly Administered) |

### KRISJENN RANCH, LLC, KRISJENN RANCH LLC, SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC, SERIES PIPELINE ROW'S AGREED MOTION TO RESET HEARING ON DEBTORS' DISCLOSURE STATEMENT

On this day, came on to be considered the Agreed Motion to Reset Hearing on Debtors' Disclosure Statement (the "Motion") filed by L KrisJenn Ranch, LLC, KrisJenn Ranch LLC, Series Uvalde Ranch, and KrisJenn Ranch, LLC, Series Pipeline Row (collectively, the "Debtors"), the Debtors herein. The Court, having considered the Motion and noting that proper notice and an opportunity for a hearing has been provided to all parties in interest as required by the Federal Rules of Bankruptcy Procedure, finds that the Motion has merit and should be **APPROVED** as provided herein.

It is therefore, **ORDERED** that the **hearing on Debtors' Joint Disclosure Statement to**

**Substantively Consolidated Plan of Reorganization is hereby reset to September 8, 2021 @10:30**

a.m. "LIVE Hearing in Courtroom #1, 3rd Floor, 615 E. Houston Street, San Antonio, Texas. Mr. Smeberg responsible for notice..

# # #

Order Submitted by:

The Smeberg Law Firm, PLLC
By:        /s/ *Ronald J. Smeberg*
RONALD J. SMEBERG State Bar No. 24033967
4 Imperial Oaks
San Antonio, Texas 78209
210-695-6684 (Tel)
210-598-7357 (Fax)
ron@smeberg.com
ATTORNEY FOR DEBTOR