## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **KRISJENN RANCH, LLC,** | § | |
| **KRISJENN RANCH, LLC, SERIES U** | § | **Case No. 20-50805** |
| | § | |
| Debtor | § | |
| | § | |
| And | § | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **KRISJENN RANCH, LLC** | § | |
| **SERIES ULVADE RANCH** | § | **Case No. 20-51083** |
| | § | |
| Debtor | § | |
| | § | |
| And | § | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **KRISJENN RANCH, LLC** | § | |
| **SERIES PIPELINE ROW** | § | **Case No. 20-51084** |
| | § | |
| Debtor | § | **Jointly Administered under** |
| | § | **Case 20-50805** |

## NOTICE OF RESET HEARING

PLEASE TAKE NOTICE that the hearing on Debtors' Joint Disclosure Statement to Substantively Consolidated Plan of Reorganization has been continued from August 4, 2021, at 9:30 a.m. to A LIVE HEARING ON September 8, 2021, at 10:30 a.m. at Judge King's Courtroom, Court Room No. 3, U.S. Bankruptcy Court, 615 E. Houston, San Antonio, Texas.

Dated: August 3, 2021

1

Respectfully submitted,

By: /s/ Ronald J. Smeberg .
    RONALD J. SMEBERG
    State Bar No. 24033967

    SMEBERG LAW FIRM, PLLC
    4 Imperial Oaks
    San Antonio, Texas 78248
    210-695-6684 (Tel)
    210-598-7357 (Fax)
    ron@smeberg.com
    ATTORNEY FOR DEBTOR

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2021, true and correct copies of the foregoing notice were mailed by U.S. first class mail, postage prepaid, on, all parties listed on the attached Service List.

*/s/ Ronald J. Smeberg*
RONALD J. SMEBERG

## SERVICE LIST

**DEBTOR**

KrissJenn Ranch, LLC
410 Spyglass Rd
Mc Queeney, TX 78123-3418

**GOVERNMENT ENTITIES**

Office of the UST
615 E Houston, Room 533
PO Box 1539
San Antonio, TX 78295-1539

U.S. Attorney
Attn: Bkcy Division
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

Internal Revenue Services
Special Procedures Branch
300 E. 8th St. STOP 5026 AUS
Austin, TX 78701

Texas Comptroller of Public Account
Attn: Bankruptcy
P.O. Box 149359
Austin, TX 78714-9359

Angelina County Tax Assessor
606 E Lufkin Ave,
Lufkin, Texas 75901

Nacogdoches County Tax Assessor Collector
101 West Main Street
Nacogdoches, Texas 75961

Rusk County
202 N Main St,
Henderson, Texas 75652

Shelby County, Tax Collector
200 St. Augustine St.
Center, Texas 75935

Tenaha ISD Tax Assessor-Collector
138 College St
Tenaha, TX 75974-5612

Uvalde Tax Assessor
Courthouse Plaza, Box 8
Uvalde, Texas 78801

**NOTICE PARTIES**

METTAUER LAW FIRM
c/o April Prince
403 Nacogdoches St Ste 1
Center, TX 75935-3810

Albert, Neely & Kuhlmann
1600 Oil & Gas Building
309 W 7th St
Fort Worth, TX 76102-6900

McLeod Oil, LLC
c/o Laura L. Worsham
Jones, Allen & Fuquay, LLP
8828 Greenville Ave.
Dallas, Texas 75243

Craig Crockett
Craig M. Crockett, PC
5201 Camp Bowie Blvd. #200
Fort Worth, Texas 76107

Christopher S. Johns
JOHNS &COUNSEL PLLC
14101 Highway 290 West, ste 400A
Austin, Texas 78737

Timothy Cleveland
CLEVELAND|TERRAZAS PLLC
4611 Bee Cave Road, ste 306B
Austin, Texas 78746

Andrew R. Seger
KEY TERRELL & SEGER
4825 50th Street, ste A
Lubbock, Texas 79414

Longbranch Energy, LP and DMA Properties, Inc.
c/o Mr. Michael J. Black
BURNS & BLACK, PLLC
750 Rittiman Road
San Antonio, Texas 78209-5500

Nacogdoches County, et al.
c/o Tab Beall
Perdue, Brandon, Fielder, Collins & Mott, LLP
PO Box 2007
Tyler, TX 75710-2007

Shelby County
Angelina County
c/o John Dillman
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX 77253-3064

The County of Guadalupe, Texas
c/o Tara LeDay

3

McCreary, Veselka, Bragg & Allen, P.C.,
P. O. Box 1269,
Round Rock, Texas 78680

**SECURED CREIDITORS**

McLeod Oil, LLC
c/o John W. McLeod, Jr.
700 N Wildwood Dr
Irving, TX 75061-8832

**UNSECURED CREIDITORS**

Bigfoot Energy Services
312 W Sabine St
Carthage, TX 75633-2519

C&W Fuels, Inc.
Po Box 40
Hondo, TX 78861-0040

Davis, Cedillo & Mendoza
755 E Mulberry Ave Ste 500
San Antonio, TX 78212-3135

Granstaff Gaedke & Edgmon
5535 Fredericksburg Rd Ste 110
San Antonio, TX 78229-3553

Hopper's Soft Water Service
120 W Frio St
Uvalde, TX 78801-3602

Larry Wright
410 Spyglass Rd
Mc Queeney, TX 78123-3418

Medina Electric
2308 18th St.
Po Box 370
Hondo, TX 78861-0370

Medina's Pest Control
1490 S Homestead Rd
Uvalde, TX 78801-7625

Texas Farm Store
236 E Nopal St
Uvalde, TX 78801-5317

Uvalco Supply
2521 E Main St
Uvalde, TX 78801-4940

Longbranch Energy
c/o DUKE BANISTER RICHMOND
Po Box 175
Fulshear, TX 77441-0175

DMA Properties, Inc.
896 Walnut Street at US 123 BYP
Seneca, SC 29678