

**The relief described hereinbelow is SO ORDERED.**

**Signed August 05, 2021.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC, et al | § | CASE NO. 20-50805-rbk |
| | § | |
| | § | |
| DEBTOR | § | (Jointly Administered) |

### ORDER GRANTING DEBTORS' MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO APPROVE SALE OF REAL ESTATE ASSET FREE AND CLEAR OF <u>ALL INTERESTS PURSUANT TO 11 U.S.C. § 363(b)</u>

On consideration of Debtors' Request for Expedited Consideration of Motion to Approve Sale of Real Estate Asset Free and Clear of All Interests Pursuant to 11 U.S.C. § 363(b) (the "Motion") filed by KrisJenn Ranch, LLC, KrisJenn Ranch LLC, Series Uvalde Ranch, and KrisJenn Ranch, LLC, Series Pipeline Row (collectively, the "Debtors"), and it appearing to the Court that notice was sufficient under the circumstances and that the relief sought should be

granted; it is hereby

ORDERED that the Motion is granted as set forth herein; and it is further ORDERED that a

hearing on

    a) **Debtors' Expedited Motion to Approve Sale of Real Estate Asset Free and Clear**

       **of All Interests Pursuant to 11 U.S.C. § 363(b) and (f)**

**Expedited Hearing  set on August 9, 2021 @10am . VIA Telephone at Dial (650) 479-3207 Access Code 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..**

And it is further

ORDERED that the Movant shall give notice of this expedited hearing all parties listed

on the Service List attached to the Motion.

###

Respectfully submitted,

SMEBERG LAW FIRM, PLLC
By:____/s/ *Ronald J. Smeberg*_____.
RONALD J. SMEBERG
State Bar No. 24033967
SMEBERG LAW FIRM, PLLC
4 Imperial Oaks
San Antonio, TX 78248
210-695-6684 (Tel)
210-598-7357 (Fax)
ron@smeberg.com
ATTORNEY FOR DEBTORS