# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 20–50805–rbk

Chapter No.: 11

Judge: Ronald B. King

IN RE: **KrisJenn Ranch, LLC** , Debtor(s)

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on **12/9/20** was filed on **8/16/21**. The following deadlines apply:

The parties have until **August 23, 2021** to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is **September 7, 2021**.

If a request for redaction is filed, the redacted transcript is due **September 16, 2021**.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **November 15, 2021** unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber **Toni Hudson, Exceptional Reporting Services, Inc, 361 949–2988**, or you may view the document at the clerk's office public terminal.

Dated:  8/17/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court
BY: Terrance Kanyumbu

**[Notice of Filing of Transcript and of Deadlines Related to Restriction and Redaction (BK)]** [NtcftddlrrBKap] ]