

**The relief described hereinbelow is SO ORDERED.**

**Signed September 01, 2021.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KRISJENN RANCH, LLC, | § | CASE NO. 20-50805-RBK |
| | § | |
| DEBTOR | § | CHAPTER 11 |
| | § | (JOINTLY ADMINISTERED) |

**ORDER DISMISSING APPLICATION AS MOOT**

On September 1, 2021, came on to be heard the *Debtor's Application to Employ Ken Hoerster and Texas Ranches For Sale as Real Estate Broker* (ECF No. 121), and it appears to the Court that the *Application* should be dismissed as moot.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced *Application* is hereby **DISMISSED AS MOOT**.

# # #