# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC, et. al. | § | CASE NO. 20-50805-rbk |
| | § | |
| | § | |
| DEBTORS | § | (Jointly Administered) |

## NOTICE OF FILING

COMES NOW, KrisJenn Ranch, LLC, KrisJenn Ranch LLC, Series Uvalde Ranch, and KrisJenn Ranch, LLC, Series Pipeline Row (the "Debtors"), and notice that the following were filed on September 28, 2021 in the respective cases:

**CASE NO. 20-50805 [DOC. 154] KRISJENN RANCH, LLC, KRISJENN RANCH LLC, SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC, SERIES PIPELINE ROW'S SECOND AMENDED SUBSTANTIVELY CONSOLIDATED PLAN OF REORGANIZATION**

**CASE NO. 20-50805 [DOC. 155] DEBTORS' SECOND AMENDED JOINT DISCLOSURE STATEMENT TO SECOND AMENDED SUBSTANTIVELY CONSOLIDATED PLAN OF REORGANIZATION**

**CASE NO. 20-51083 [DOC. 19] KRISJENN RANCH, LLC, KRISJENN RANCH LLC, SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC, SERIES PIPELINE ROW'S SECOND AMENDED SUBSTANTIVELY CONSOLIDATED PLAN OF REORGANIZATION**

**CASE NO. 20-51083 [DOC. 20] DEBTORS' SECOND AMENDED JOINT DISCLOSURE STATEMENT TO SECOND AMENDED SUBSTANTIVELY CONSOLIDATED PLAN OF REORGANIZATION**

**CASE NO. 20-51084 [DOC. 20] KRISJENN RANCH, LLC, KRISJENN RANCH LLC, SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC, SERIES PIPELINE ROW'S SECOND AMENDED SUBSTANTIVELY CONSOLIDATED PLAN OF REORGANIZATION**

**CASE NO. 20-51084 [DOC. 21] DEBTORS' SECOND AMENDED JOINT DISCLOSURE STATEMENT TO SECOND AMENDED SUBSTANTIVELY CONSOLIDATED PLAN OF REORGANIZATION**

A copy of these documents may be received directly from the Debtors' counsel at The Smeberg Law Firm, 4 Imperial Oaks, San Antonio, Texas 78248, ron@smeberg.com or by contacting Ronald Smeberg at 210-695-6684.

Dated: September 29, 2021

THE SMEBERG LAW FIRM, PLLC

BY:/s/ *Ronald J. Smeberg*　　　　　
Ronald J. Smeberg
4 Imperial Oaks
San Antonio, Texas 78248
Tel: (210) 695-6684
Fax: (210) 598-7357
ATTORNEY FOR DEBTORS

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2021, true and correct copies of the foregoing notice were mailed by U.S. first class mail, postage prepaid, on, all parties listed on the attached Service List.

                     */s/ Ronald J. Smeberg*
                     RONALD J. SMEBERG

## SERVICE LIST

**DEBTOR**
KrisJenn Ranch, LLC
410 Spyglass Rd
Mc Queeney, TX 78123-3418

**GOVERNMENT ENTITIES**

Office of the UST
615 E Houston, Room 533
PO Box 1539
San Antonio, TX 78295-1539

U.S. Attorney
Attn: Bkcy Division
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

Internal Revenue Services
Special Procedures Branch
300 E. 8th St. STOP 5026 AUS
Austin, TX 78701

Texas Comptroller of Public Account
Attn: Bankruptcy
P.O. Box 149359
Austin, TX 78714-9359

Angelina County Tax Assessor
606 E Lufkin Ave,
Lufkin, Texas 75901

Nacogdoches County Tax Assessor Collector
101 West Main Street
Nacogdoches, Texas 75961

Rusk County
202 N Main St,
Henderson, Texas 75652

Shelby County, Tax Collector
200 St. Augustine St.
Center, Texas 75935

Tenaha ISD Tax Assessor-Collector
138 College St
Tenaha, TX 75974-5612

Uvalde Tax Assessor
Courthouse Plaza, Box 8
Uvalde, Texas 78801

**NOTICE PARTIES**

METTAUER LAW FIRM
c/o April Prince
403 Nacogdoches St Ste 1
Center, TX 75935-3810

Albert, Neely & Kuhlmann
1600 Oil & Gas Building
309 W 7th St
Fort Worth, TX 76102-6900

Laura L. Worsham
JONES, ALLEN & FUQUAY, LLP
8828 Greenville Ave.
Dallas, Texas 75243

Craig Crockett
CRAIG M. CROCKETT, PC
5201 Camp Bowie Blvd. #200
Fort Worth, Texas 76107

Christopher S. Johns
JOHNS &COUNSEL PLLC
14101 Highway 290 West, ste 400A
Austin, Texas 78737

3

Timothy Cleveland
CLEVELAND|TERRAZAS PLLC
4611 Bee Cave Road, ste 306B
Austin, Texas 78746

Andrew R. Seger
KEY TERRELL & SEGER
4825 50th Street, ste A
Lubbock, Texas 79414

**SECURED CREIDITORS**

McLeod Oil, LLC
c/o John W. McLeod, Jr.
700 N Wildwood Dr
Irving, TX 75061-8832

**UNSECURED CREIDITORS**

Bigfoot Energy Services
312 W Sabine St
Carthage, TX 75633-2519

C&W Fuels, Inc.
Po Box 40
Hondo, TX 78861-0040

Davis, Cedillo & Mendoza
755 E Mulberry Ave Ste 500
San Antonio, TX 78212-3135

Granstaff Gaedke & Edgmon
5535 Fredericksburg Rd Ste 110
San Antonio, TX 78229-3553

Hopper's Soft Water Service
120 W Frio St
Uvalde, TX 78801-3602

Larry Wright
410 Spyglass Rd
Mc Queeney, TX 78123-3418

Medina Electric
2308 18th St.
Po Box 370
Hondo, TX 78861-0370

Medina's Pest Control
1490 S Homestead Rd
Uvalde, TX 78801-7625

Texas Farm Store
236 E Nopal St
Uvalde, TX 78801-5317

Uvalco Supply
2521 E Main St
Uvalde, TX 78801-4940

Longbranch Energy
c/o DUKE BANISTER RICHMOND
Po Box 175
Fulshear, TX 77441-0175

DMA Properties, Inc.
896 Walnut Street at US 123 BYP
Seneca, SC 29678

4