**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In Re:                                                                               Chapter 11

KRISJENN RANCH, LLC

                                                                                  Case No. 20-50805

Debtor

**WITHDRAWAL OF ADMINISTRATIVE EXPENSE CLAIM 8 FILED BY GUADALUPE COUNTY, TEXAS**

1. The undersigned, who has offices at 700 Jeffrey Way, Suite 100, P.O. Box 1269, Round Rock, Texas 78680, is the attorney for Guadalupe County, Texas and is authorized to withdraw this claim on behalf of claimant.

2. Therefore, the claimant withdraws this claim.

Date: October 8, 2021

                                                  Respectfully submitted,

                                                  **McCREARY, VESELKA, BRAGG & ALLEN, P.C.**

                                                  By: */s/ Tara LeDay*
                                                     Tara LeDay (TX 24106701)
                                                     P. O. Box 1269
                                                     Round Rock, TX 78680
                                                     Telephone: (512) 323-3200
                                                     Fax: (512) 323-3205
                                                     Email: tleday@mvbalaw.com

                                                  *Attorneys for Guadalupe County, Texas*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 8, 2021, a true and correct copy of the foregoing document was served by U.S. Postal Service and via the Electronic Case Filing System for the United States Bankruptcy Court for the Western District of Texas, San Antonio Division.

*/s/ Tara LeDay*
Tara LeDay

Debtor:
Krisjenn Ranch, LLC
410 Spyglass Rd
McQueeney, TX 78123-3418

Debtor Attorney:
Ronald J. Smeberg
The Smeberg Law Firm, PLLC
2010 W Kings Hwy
San Antonio, TX 78201-4926