**The relief described hereinbelow is SO ORDERED.**

**Signed October 13, 2021.**



_____
**Ronald B. King
Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KRISJENN RANCH, LLC, | § | CASE NO. 20-50805-RBK |
| | § | |
| DEBTOR | § | CHAPTER 11 |
| | § | (JOINTLY ADMINISTERED) |

**ORDER DISMISSING OBJECTION AS MOOT**

On this day came on to be considered the *Debtor's Joint Objection to Claims 2, 3, 4, and 5 in Case 20-51084, Claim 6 in Case 20-50805, and Claim 2 in Case 20-51083 Filed By McLeod Oil, LLC and Motion for Determination of Post-Petition Fees and Costs Under 11 U.S.C. § 506(b)* (ECF No. 162), and it appears to the Court that the *Objection* should be dismissed as moot.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced *Objection* is hereby **DISMISSED AS MOOT**.

### # # #