IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC, et. al. | § | CASE NO. 20-50805-rbk |
| | § | |
| | § | |
| DEBTORS | § | (Jointly Administered) |

## REPORT OF THE SALE OF AN INTEREST IN REAL PROPERTY

TO THE HONORABLE RONALD B. KING, UNITED STATES CHIEF BANKRUPTCY JUDGE

COMES NOW, KrisJenn Ranch, LLC, KrisJenn Ranch LLC, Series Uvalde Ranch, and KrisJenn Ranch, LLC, Series Pipeline Row (the "Debtors"), and makes and files this Report pursuant to the provisions Federal Rule of Bankruptcy Procedure 6004(f)(1), and in support thereof respectfully represent to the Court as follows:

**I.**

On August 11, 2021, the Court signed its Amended Order on Debtors' Motion to Approve Sale of Real Estate Asset Free and Clear of All Interests Pursuant to 11 U.S.C. § 363(b) and (f) [Doc. 144].

**II.**

Attached to this Report and incorporated herein by reference is a copy of the closing statement.

**III.**

The Debtors have deposited the net sales proceeds into a new Debtor In Possession account for this case.

**IV.**

The Debtors have delivered a Warranty Deed to the purchaser.

Dated: October 13, 2021

                                          THE SMEBERG LAW FIRM, PLLC

                                          BY:/s/ *Ronald J. Smeberg*_____
                                          Ronald J. Smeberg
                                          4 Imperial Oaks
                                          San Antonio, Texas 78248
                                          Tel: (210) 695-6684
                                          Fax: (210) 598-7357
                                          ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2021, true and correct copies of the foregoing notice were mailed by U.S. first class mail, postage prepaid, on, all parties listed on the attached Service List.

                                          */s/ Ronald J. Smeberg*_____
                                            RONALD J. SMEBERG

# SERVICE LIST

**DEBTOR**
KrisJenn Ranch, LLC
410 Spyglass Rd
Mc Queeney, TX 78123-3418

**GOVERNMENT ENTITIES**

Office of the UST
615 E Houston, Room 533
PO Box 1539
San Antonio, TX 78295-1539

U.S. Attorney
Attn: Bkcy Division
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

Internal Revenue Services
Special Procedures Branch
300 E. 8th St. STOP 5026 AUS
Austin, TX 78701

Texas Comptroller of Public Account
Attn: Bankruptcy
P.O. Box 149359
Austin, TX 78714-9359

Angelina County Tax Assessor
606 E Lufkin Ave,
Lufkin, Texas 75901

Nacogdoches County Tax Assessor Collector
101 West Main Street
Nacogdoches, Texas 75961

Rusk County
202 N Main St,
Henderson, Texas 75652

Shelby County, Tax Collector
200 St. Augustine St.
Center, Texas 75935

Tenaha ISD Tax Assessor-Collector
138 College St
Tenaha, TX 75974-5612

Uvalde Tax Assessor
Courthouse Plaza, Box 8
Uvalde, Texas 78801

**NOTICE PARTIES**

METTAUER LAW FIRM
c/o April Prince
403 Nacogdoches St Ste 1
Center, TX 75935-3810

Albert, Neely & Kuhlmann
1600 Oil & Gas Building
309 W 7th St
Fort Worth, TX 76102-6900

Laura L. Worsham
JONES, ALLEN & FUQUAY, LLP
8828 Greenville Ave.
Dallas, Texas 75243

Craig Crockett
CRAIG M. CROCKETT, PC
5201 Camp Bowie Blvd. #200
Fort Worth, Texas 76107

Christopher S. Johns

JOHNS &COUNSEL PLLC
14101 Highway 290 West, ste 400A
Austin, Texas 78737

Timothy Cleveland
CLEVELAND|TERRAZAS PLLC
4611 Bee Cave Road, ste 306B
Austin, Texas 78746

Andrew R. Seger
KEY TERRELL & SEGER
4825 50th Street, ste A
Lubbock, Texas 79414

**SECURED CREIDITORS**

McLeod Oil, LLC
c/o John W. McLeod, Jr.
700 N Wildwood Dr
Irving, TX 75061-8832

**UNSECURED CREIDITORS**

Bigfoot Energy Services
312 W Sabine St
Carthage, TX 75633-2519

C&W Fuels, Inc.
Po Box 40
Hondo, TX 78861-0040

Davis, Cedillo & Mendoza
755 E Mulberry Ave Ste 500
San Antonio, TX 78212-3135

3

Granstaff Gaedke &
Edgmon
5535 Fredericksburg Rd
Ste 110
San Antonio, TX 78229-3553

Hopper's Soft Water
Service
120 W Frio St
Uvalde, TX 78801-3602

Larry Wright
410 Spyglass Rd
Mc Queeney, TX 78123-3418

Medina Electric
2308 18th St.
Po Box 370
Hondo, TX 78861-0370

Medina's Pest Control
1490 S Homestead Rd
Uvalde, TX 78801-7625

Texas Farm Store
236 E Nopal St
Uvalde, TX 78801-5317

Uvalco Supply
2521 E Main St
Uvalde, TX 78801-4940

Longbranch Energy
c/o DUKE BANISTER
RICHMOND
Po Box 175
Fulshear, TX 77441-0175

DMA Properties, Inc.
896 Walnut Street at US
123 BYP
Seneca, SC 29678

# Chicago Title of Texas, LLC

116 N. East Street, Uvalde, TX 78801
Phone: (830)333-7050 | Fax: (830)278-3736



## MASTER STATEMENT

**Settlement Date:** August 26, 2021  **Escrow Number:** 4300232102649
**Disbursement Date:** August 26, 2021  **Escrow Officer:** Win DuBose
**Buyer:** The Texas 1031 Exchange Company as Qualified Intermediary for A&S Ranch, LTD
14002 N. US Hwy 83
Uvalde, TX 78801
**Seller:** KrisJenn Ranch, LLC
410 Spyglass
Mc Queeney, TX 78123
**Property:** 979.9 Ac. +- in Uvalde County
Uvalde, TX 78801
A0164 ABSTRACT 0164 SURVEY 687 21.04 and A0165 ABSTRACT 0165 SURVEY 689 950.36 Parcel ID(s): 17846 17849

| SELLER | | | | BUYER | |
|---|---|---|---|---|---|
| $ DEBITS | $ CREDITS | | | $ DEBITS | $ CREDITS |
| | | **FINANCIAL CONSIDERATION** | | | |
| | 7,450,000.00 | Sale Price of Property | | 7,450,000.00 | |
| | | Deposit or earnest money | | | 50,000.00 |
| | | **PRORATIONS/ADJUSTMENTS** | | | |
| 3,805.50 | | All Property Taxes at $5,836.17 01/01/21-08/26/21 | | | 3,805.50 |
| | | **COMMISSIONS** | | | |
| 25,000.00 | | Commission Selling Agent to Texas Ranches for Sale $7,450,000.00 @ 0.0000% = $0.00 Note: Total Includes Adjustment of $25,000.00 - Texas Ranches for Sale | | | |
| | | **TITLE & ESCROW CHARGES** | | | |
| 20.00 | | Title - Courier Fee (Seller) to Chicago Title of Texas, LLC | | | |
| 300.00 | | Title - Escrow Fee to Chicago Title of Texas, LLC | | 300.00 | |
| 60.00 | | Title - Tax Cert-Uvalde to Chicago Title FBO Uvalde County Appraisal District | | | |
| 15,821.00 | | Title - Owner's Title Insurance to Chicago Title of Texas, LLC | | 15,821.00 | |
| 1.00 | | Title - State of Texas Policy Guaranty Fee to Texas Title Insurance Guaranty Association | | 1.00 | |
| | | Policies to be issued: Owners Policy Coverage: $7,450,000.00  Premium: $31,642.00 Version: Owner's Policy of Title Insurance (T-1) - 2014 | | | |
| | | **GOVERNMENT CHARGES** | | | |
| | | Recording Fees to Chicago Title of Texas, LLC | | 90.00 | |
| 78.00 | | Release of Lien - McLeod ($78.00) to Chicago Title of Texas, LLC | | | |
| | | **MISCELLANEOUS CHARGES** | | | |
| 25,000.00 | | Consulting Fee to Cory Molloy | | | |

| SELLER | | | BUYER | |
|---|---|---|---|---|
| $ DEBITS | $ CREDITS | | $ DEBITS | $ CREDITS |
| | | MISCELLANEOUS CHARGES | | |
| 697.50 | | Document Preparation Fee to Dodson & Everett, LLC | 697.50 | |
| 52,031.49 | | Payment to Truste to United States Trustee | | |
| 3,247.50 | | Survey to D. G. Smyth & Co., Inc. | 3,247.50 | |
| | | Exchange credits fbo A&S Ranch, Ltd | | 715,026.31 |
| 6,430,000.00 | | Interim Payments to McLeod Oil LLC | | |
| 893,938.01 | | Estate of KrisJenn Ranch, LLC Series Uvalde Ranch Debtor in Possession Account No. 2 to Estate of KrisJenn Ranch, LLC Series Uvalde Ranch Debtor in Possession Account No. 2 | | |
| 7,450,000.00 | 7,450,000.00 | **Subtotals** | 7,470,157.00 | 768,831.81 |
| | | **Balance Due FROM Buyer** | | **6,701,325.19** |
| 7,450,000.00 | 7,450,000.00 | **TOTALS** | 7,470,157.00 | 7,470,157.00 |

### APPROVED and ACCEPTED

Buyer and Seller understand the Closing or Escrow Agent has assembled this information representing the transaction from the best information available from other sources and cannot guarantee the accuracy thereof. Any real estate agent or lender involved may be furnished a copy of this Statement. Buyer and Seller understand that tax and insurance prorations and reserves were based on figures for the preceding year or supplied by others or estimates for current year, and in the event of any change for current year, all necessary adjustments must be made between Buyer and Seller direct. The undersigned hereby authorizes Chicago Title of Texas, LLC to make expenditures and disbursements as shown and approves same for payment. The undersigned also acknowledges receipt of Loan Funds, if applicable, in the amount shown above and a receipt of a copy of this Statement. understand the Closing or Escrow Agent has assembled this information representing the transaction from the best information available from other sources and cannot guarantee the accuracy thereof. The Lender involved may be furnished a copy of this Statement. The undersigned hereby authorizes Chicago Title of Texas, LLC to make expenditures and disbursements as shown and approves same for payment. The undersigned also acknowledges receipt of loan funds in the amount shown above and a receipt of a copy of this Statement.

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

SELLER:

KrisJenn Ranch, LLC
BY: _____
Larry Wright
Manager

BUYER: *SIGNED IN COUNTERPARTS*

The Texas 1031 Exchange Company
BY: _____
Sydney Miller

**READ AND APPROVED:**

Read & Approved:

A&S Ranch, LTD, Exchangor
BY: _____
Allyn Lavern Archer, Authorized Signer

To the best of my knowledge, the Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

| SELLER | | | BUYER | |
|---|---|---|---|---|
| $ DEBITS | $ CREDITS | | $ DEBITS | $ CREDITS |
| | | MISCELLANEOUS CHARGES | | |
| 697.50 | | Document Preparation Fee to Dodson & Everett, LLC | 697.50 | |
| 52,031.49 | | Payment to Truste to United States Trustee | | |
| 3,247.50 | | Survey to D. G. Smyth & Co., Inc. | 3,247.50 | |
| | | Exchange credits fbo A&S Ranch, Ltd | | 715,026.31 |
| 6,430,000.00 | | Interim Payments to McLeod Oil LLC | | |
| 893,938.01 | | Estate of KrisJenn Ranch, LLC Series Uvalde Ranch Debtor in Possession Account No. 2 to Estate of KrisJenn Ranch, LLC Series Uvalde Ranch Debtor in Possession Account No. 2 | | |
| 7,450,000.00 | 7,450,000.00 | Subtotals | 7,470,157.00 | 768,831.81 |
| | | Balance Due FROM Buyer | | 6,701,325.19 |
| 7,450,000.00 | 7,450,000.00 | TOTALS | 7,470,157.00 | 7,470,157.00 |

### APPROVED and ACCEPTED

Buyer and Seller understand the Closing or Escrow Agent has assembled this information representing the transaction from the best information available from other sources and cannot guarantee the accuracy thereof. Any real estate agent or lender involved may be furnished a copy of this Statement. Buyer and Seller understand that tax and insurance prorations and reserves were based on figures for the preceding year or supplied by others or estimates for current year, and in the event of any change for current year, all necessary adjustments must be made between Buyer and Seller direct. The undersigned hereby authorizes Chicago Title of Texas, LLC to make expenditures and disbursements as shown and approves same for payment. The undersigned also acknowledges receipt of Loan Funds, if applicable, in the amount shown above and a receipt of a copy of this Statement. understand the Closing or Escrow Agent has assembled this information representing the transaction from the best information available from other sources and cannot guarantee the accuracy thereof. The Lender involved may be furnished a copy of this Statement. The undersigned hereby authorizes Chicago Title of Texas, LLC to make expenditures and disbursements as shown and approves same for payment. The undersigned also acknowledges receipt of loan funds in the amount shown above and a receipt of a copy of this Statement.

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

SELLER: *SIGNED ON COUNTERPARTS*

KrisJenn Ranch, LLC

BY:_____
Larry Wright
Manager

BUYER:

The Texas 1031 Exchange Company

BY: [signature]
Sydney Miller

READ AND APPROVED:

*SIGNED ON COUNTERPARTS*
Read & Approved:

A&S Ranch, LTD, Exchangor

BY:_____
Allyn Lavern Archer, Authorized Signer

To the best of my knowledge, the Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

MASTER STATEMENT - Continued

_____
Chicago Title of Texas, LLC
Settlement Agent