

**The relief described hereinbelow is SO ORDERED.**

**Signed November 10, 2021.**

_____
**Ronald B. King**
**United States Bankruptcy Judge**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KRISJENN RANCH, LLC, ET AL | § | |
| | § | CASE NO. 20-50805-RBK |
| | § | |
| | § | |
| DEBTORS | § | CHAPTER 11 |
| | § | |

### ORDER DISMISSING MOTION AS MOOT

On this day came on to be considered the "Motion Requesting Expedited Consideration of Debtors' Fifth Joint Expedited Motion to Extend Debtors' Exclusivity Period" (ECF No. 168), and it appears to the Court that the *Motion* should be dismissed as moot.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced *Motion* is hereby **DISMISSED AS MOOT.**

### # # #