# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 20−50805−rbk
Chapter No.: 11
Judge: Ronald B. King

IN RE: **KrisJenn Ranch, LLC** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at     VIA PHONE:(650)479−3207; AC 160−686−6761

on     **1/12/22 at 09:30 AM**

Hearing to Consider and Act Upon the Following: (1.) IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E−MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov.)(Relate d Document(s): 163 Amended Debtor's Joint Objection to Claim CLAIMS 2, 3, 4, AND 5 IN CASE 20−51084, CLAIM 6 IN CASE 20−50805, AND CLAIM 2 IN CASE 20−51083 OF MCLEOD OIL, LLC. filed by Ronald J Smeberg for Debtor KrisJenn Ranch, LLC. (related document(s): 162 Objection to Claim 6 Mecleod Oil, LLC. filed by Charles John Muller IV for Debtor KrisJenn Ranch, LLC. Hearing Scheduled For 1/12/2022 at 9:30 AM at VIA TELEPHONE−Conference Dial−In Number: (650)479−3207; Access Code: 160−686−6761 (Castleberry, Deanna)

Dated: 11/10/21

                                                                              Barry D. Knight
                                                           Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKap20]