**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** § | | **Chapter 11** |
| § | | |
| **KRISJENN RANCH, LLC, et al** § | | **Case No. 20-50805** |
| § | | |
| **Debtor** § | | **(Jointly Administered)** |

**SUMMARY OF FIRST INTERIM APPLICATION FOR PAYMENT OF ATTORNEY'S FEES BY THE SMEBERG LAW FIRM, PLLC, ATTORNEY FOR KRISJENN RANCH, LLC, KRISJENN RANCH LLC, SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC, SERIES PIPELINE ROW, DEBTORS-IN-POSSESSION, FOR PROFESSIONAL SERVICES RENDERED FROM APRIL 27, 2020 THROUGH OCTOBER 31, 2021**

I.   **CLIENT--** KrisJenn Ranch, LLC, KrisJenn Ranch LLC, Series Uvalde Ranch, and

KrisJenn Ranch, LLC, Series Pipeline Row, Debtors in Possession

II.  **REQUESTING APPLICANT/FIRM --** The Smeberg Law Firm, PLLC, Attorney

for the Debtors in Possession

a. **TOTAL AMOUNT OF FEES AND EXPENSES REQUESTED -** $92,421.59
b. **Fees:** $90,643.00
c. **Expenses:** $1,778.59
d. **Total Fees and Expenses Paid by Fee Procedure Order: $54,096.80**
e. **Remaining Fees Owed: $38,324.79**
f. **Time Period Covered:** April 27, 2020 – October 31, 2021

III. **BREAKDOWN OF CURRENT APPLICATION –**

| **TIMEKEEPER NAME** | **HOURS** | **RATE** | **FEE** |
|---|---|---|---|
| Ronald J. Smeberg, Managing Attorney | 159.9 | $325.00 | $51,967.50 |
| Ezekiel J. Perez, Associate Attorney | 15.9 | $250.00 | $3,975.00 |
| Craig O'Neil, Associate Attorney | 47.8 | $250.00 | $11,950.00 |
| Paige Burough, Associate | 34.5 | $225.00 | $7,762.50 |
| Paige Burough, Law Clerk | 6.6 | $120.00 | $792.00 |

| | | | |
|---|---|---|---|
| Denielle Anguiano, Legal Assistant | 107.3 | $120.00 | $12,876.00 |
| Denise Saathoff, Legal Assistant | 11 | $120.00 | $1,320.00 |

**MINIMUM FEE INCREMENTS-** Minimum fee increments are .1 of an hour.

**IV.** **PRIOR APPLICATIONS:** None.

**V.** **OTHER CO-EQUAL OR ADMINISTRATIVE CLAIMANTS IN THIS CASE:**

Charles John Muller, IV, Douglas G. Deffenbaugh, C.P.A., United States Trustee.

**VI.** **RESULTS OBTAINED:** The Smeberg Law Firm, PLLC has participated in assisting the Debtors with administration of the estate including preparing schedules, preparing and prosecuting first day motions, reviewing Monthly Operating Reports, assisting Debtor with analyzing and correcting financials, negotiating with creditors, negotiating with the United States Trustee, prosecuting motions to employ professionals, representing Debtor at various hearings, and drafting Debtor's plan of reorganization.

**VII.** This application is not in excess of the rates disclosed under Appendix L-2016-a-2.

Dated: November 10, 2021

    Respectfully Submitted,

    THE SMEBERG LAW FIRM, PLLC.

    By: */s/ Ronald J. Smeberg*
    RONALD J. SMEBERG
    State Bar No. 24033967
    4 Imperial Oaks
    San Antonio, Texas 78248
    (210) 695-6684, Telephone
    (210) 598-7357, Facsimile
    ron@smeberg.com
    ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the forgoing was served by electronic mail through the Court's ECF system to all parties who have registered an appearance in this case and forwarded to all parties listed on the attached Service List, by first class mail, postage prepaid, on November 10, 2021.

                                        /s/ Ronald J. Smeberg
                                        RONALD J. SMEBERG

## SERVICE LIST

**DEBTOR**
KrissJenn Ranch, LLC
410 Spyglass Rd
Mc Queeney, TX 78123-3418

**GOVERNMENT ENTITIES**

Office of the UST
615 E Houston, Room 533
PO Box 1539
San Antonio, TX 78295-1539

U.S. Attorney
Attn: Bkcy Division
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

Internal Revenue Services
Special Procedures Branch
300 E. 8th St. STOP 5026 AUS
Austin, TX 78701

Texas Comptroller of Public Account
Attn: Bankruptcy
P.O. Box 149359
Austin, TX 78714-9359

Angelina County Tax Assessor
606 E Lufkin Ave,
Lufkin, Texas 75901

Nacogdoches County Tax
Assessor Collector
101 West Main Street
Nacogdoches, Texas 75961

Rusk County
202 N Main St,
Henderson, Texas 75652

Shelby County, Tax Collector
200 St. Augustine St.
Center, Texas 75935

Tenaha ISD Tax Assessor-Collector
138 College St
Tenaha, TX 75974-5612

Uvalde Tax Assessor
Courthouse Plaza, Box 8
Uvalde, Texas 78801

**NOTICE PARTIES**

METTAUER LAW FIRM
c/o April Prince
403 Nacogdoches St Ste 1
Center, TX 75935-3810

Albert, Neely & Kuhlmann
1600 Oil & Gas Building
309 W 7th St
Fort Worth, TX 76102-6900

Laura L. Worsham
JONES, ALLEN & FUQUAY, LLP
8828 Greenville Ave.
Dallas, Texas 75243

Craig Crockett
CRAIG M. CROCKETT, PC
5201 Camp Bowie Blvd. #200
Fort Worth, Texas 76107

3

Christopher S. Johns
JOHNS &COUNSEL PLLC
14101 Highway 290 West,
ste 400A
Austin, Texas 78737

Timothy Cleveland
CLEVELAND|TERRAZAS PLLC
4611 Bee Cave Road, ste 306B
Austin, Texas 78746

Andrew R. Seger
KEY TERRELL & SEGER
4825 50th Street, ste A
Lubbock, Texas 79414

**SECURED CREIDITORS**

McLeod Oil, LLC
c/o John W. McLeod, Jr.
700 N Wildwood Dr
Irving, TX 75061-8832

**UNSECURED CREIDITORS**

Bigfoot Energy Services
312 W Sabine St
Carthage, TX 75633-2519

C&W Fuels, Inc.
Po Box 40
Hondo, TX 78861-0040

Davis, Cedillo & Mendoza
755 E Mulberry Ave Ste 500
San Antonio, TX 78212-3135

Granstaff Gaedke & Edgmon
5535 Fredericksburg Rd
Ste 110
San Antonio, TX 78229-3553

Hopper's Soft Water Service
120 W Frio St
Uvalde, TX 78801-3602

Larry Wright
410 Spyglass Rd
Mc Queeney, TX 78123-3418

Medina Electric
2308 18th St.
Po Box 370
Hondo, TX 78861-0370

Medina's Pest Control
1490 S Homestead Rd
Uvalde, TX 78801-7625

Texas Farm Store
236 E Nopal St
Uvalde, TX 78801-5317

Uvalco Supply
2521 E Main St
Uvalde, TX 78801-4940

Longbranch Energy
c/o DUKE BANISTER RICHMOND
Po Box 175
Fulshear, TX 77441-0175

DMA Properties, Inc.
896 Walnut Street at US 123 BYP
Seneca, SC 29678