**The relief described hereinbelow is SO ORDERED.**

**Signed December 07, 2021.**

_____
**Ronald B. King
United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| KRISJENN RANCH, LLC, et al | § | Case No. 20-50805 |
| | § | |
| Debtor | § | (Jointly Administered) |

**ORDER APPROVING FIRST INTERIM APPLICATION FOR PAYMENT OF ATTORNEY'S FEES BY THE SMEBERG LAW FIRM, PLLC, ATTORNEY FOR KRISJENN RANCH, LLC, KRISJENN RANCH LLC, SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC, SERIES PIPELINE ROW, DEBTORS-IN-POSSESSION, FOR PROFESSIONAL SERVICES RENDERED FROM APRIL 27, 2020 THROUGH OCTOBER 31, 2021**

Having considered the First Interim Application for Payment of Attorney's Fees of The Smeberg Law Firm, PLLC (the "Application"), the Court finds that (a) it has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334; (b) consideration of the Application is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) notice of the Application was appropriate and no other or further notice of the Application need be given; (d) no objections were filed against the Application or are hereby overruled on the merits; (e) The Smeberg Law Firm, PLLC's services were necessary and beneficial to the Debtors; (f) pursuant to sections 330 and 331 of the Bankruptcy Code and the factors listed in Johnson v. Georgia Highway Express, Inc., 488 F.2d

714 (5th Cir. 1974), The Smeberg Law Firm, PLLC's fees and expenses requested in the Application are appropriate, reasonable, and necessary; and (g) the legal and factual bases set forth in the Application establish just cause to grant the relief requested in the Application.

Accordingly, it is ORDERED that the relief requested in the Application is GRANTED; and it is further

**ORDERED** that The Smeberg Law Firm, PLLC is entitled to allowance of, on an interim basis, $90,643.00 in compensation for the Fee Application Period as a chapter 11 administrative expense of the Debtor's estate pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code; and it is further

**ORDERED** that The Smeberg Law Firm, PLLC is entitled to allowance of, on an interim basis, $1,778.59 in reimbursable expenses for the Fee Application Period as a chapter 11 administrative expense of the Debtors' estate pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code; and it is further

**ORDERED** that payment in the amount of $38,324.79 is authorized and directed to be paid by the reorganized Debtors from assets of the Debtors' estate, representing all unpaid amounts owing to The Smeberg Law Firm, PLLC on account of the Application; and it is further

**ORDERED** that the Court shall retain jurisdiction over any dispute arising from or relating to the implementation of this Order.

# # #

Submitted By:

THE SMEBERG LAW FIRM, PLLC.

By: */s/ Ronald J. Smeberg*
RONALD J. SMEBERG
State Bar No. 24033967
4 Imperial Oaks
San Antonio, Texas 78248
(210) 695-6684, Telephone
(210) 598-7357, Facsimile
ron@smeberg.com