**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** § | | **Chapter 11** |
| **KRISJENN RANCH, LLC,** § | | |
| *Debtor* § | | **Case No. 20-50805** |
| § | | |

**ORDER APPROVING FIRST INTERIM APPLICATION FOR PAYMENT OF ATTORNEY FEES BY CJ MULLER & ASSOCIATES, PLLC, ATTORNEYS FOR KRISJENN RANCH, LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC-SERIES PIPELINE ROW (COLLECTIVELY THE "DEBTORS") FOR PROFESSIONAL SERVICES RENDERED FROM <u>APRIL 27, 2020 THROUGH DECEMBER 7, 2021</u>**

Having considered the First Interim Application for Payment of Attorney Fees of CJ Muller & Associates, PLLC (the "Application"), the Court finds that (a) it has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157, 1334; (b) consideration of the Application is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) notice of the Application was appropriate and no other or further notice of the Application need be given; (d) no objections were filed against the Application or are hereby overruled on the merits; (e) CJ Muller & Associates, PLLC's services were necessary and beneficial to the Debtors; (f) pursuant to sections 330 and 331 of the

Bankruptcy Code and the factors listed in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), CJ Muller & Associates, PLLC's fees and expenses requested in the Application are appropriate, reasonable, and necessary; and (g) the legal and factual bases set forth in the Application establish just cause to grant the relief requested in the Application.

Accordingly, it is **ORDERED** that the relief requested in the Application is **GRANTED**; and it is therefore:

**ORDERED** that CJ Muller & Associates, PLLC is entitled to allowance of, on an interim basis, $150,096.38 in compensation for services rendered between April 27, 2020 through December 7, 2021 ("Fee Application Period") as a chapter 11 administrative expense of the Debtor's estate pursuant to sections 331, 503(b), and 507 of the Bankruptcy Code;

**ORDERED** that CJ Muller & Associates, PLLC is entitled to allowance of, on an interim basis, $18,174.07 in reimbursable expenses for the Fee Application Period as a chapter 11 administrative expense of the Debtors' estate pursuant to sections 331, 503(b) and 507 of the Bankruptcy Code; and

**ORDERED** that the Court shall retain jurisdiction over any dispute arising from or relating to the implementation of this Order.

# # #

Respectfully Submitted,

CJ MULLER & ASSOCIATES, PLLC

By: /s/ *John Muller*
C. John Muller IV
State Bar No. 24070306
john.muller@cjma.law
Ezekiel J. Perez
State Bar No. 24096782
zeke.perez@cjma.law
111 W. Sunset Rd.
San Antonio, TX 78209
Telephone: 210-664-5000
Facsimile: 210-899-1933

ATTORNEYS FOR DEBTORS