**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re:<br>KRISJENN RANCH, LLC, et al<br>*Debtors* | §<br>§<br>§<br>§ | Chapter 11<br><br>Case No. 20-50805<br>(Jointly Administered) |

**SUMMARY OF FIRST INTERIM APPLICATION FOR PAYMENT OF
ATTORNEY FEES BY CJ MULLER & ASSOCIATES, PLLC,
ATTORNEYS FOR KRISJENN RANCH, LLC,
KRISJENN RANCH, LLC-SERIES UVALDE RANCH, AND KRISJENN
RANCH, LLC-SERIES PIPELINE ROW (COLLECTIVELY THE "DEBTORS")
RENDERED FROM APRIL 27, 2020 THROUGH DECEMBER 7, 2021**

I. **CLIENT--** KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row.

II. **REQUESTING APPLICANT/FIRM --** CJ Muller & Associates, PLLC, Attorneys for the Debtors in Possession.

   a. **Total Amount of Fees and Expenses Requested -** $168,270.45
   b. **Fees:** $150,096.38
   c. **Expenses:** $18,174.07
   d. **Pre-petition Retainer Held in Trust:** $0.00
   e. **Post-petition retainer:** $0.00
   f. **Time Period Covered:** April 27, 2020, through December 7, 2021

III. **BREAKDOWN OF CURRENT APPLICATION –**

| TIMEKEEPER NAME | HOURS | RATE | FEE |
|---|---|---|---|
| C. John Muller IV | 205.4 | $325.00/Hour | $ 70,207.50 |
| Bryan Lopez | 5.6 | $325.00/Hour | $ 2,307.50 |
| Sherry Barnash | 11.25 | $250.00/Hour | $ 2,737.50 |
| Ezekiel Perez | 641.20 | $250.00/Hour | $171,965.00 |
| Craig O'Neil | 258.6 | $250.00/Hour | $ 64,650.00 |

| | | | |
|---|---|---|---|
| Paige Borough | 2.4 | $250.00/Hour | $ 540.00 |
| Denielle Anguiano | 75.1 | $120.00/Hour | $ 5,704.95 |
| Frankie Payne | 266 | $120.00/Hour | $ 32,358.00 |
| Tonda Sutton | 22 | $120.00/Hour | $ 2,640.00 |

**MINIMUM FEE INCREMENTS-** Minimum fee increments are 0.1 of an hour.

**IV.** **PRIOR APPLICATIONS:** None.

**V. OTHER CO-EQUAL OR ADMINISTRATIVE CLAIMANTS IN THIS CASE:**

United States Trustee, Ronald Smeberg (Attorney), and Douglas G. Deffenbaugh, C.P.A.

**VI.** **RESULTS OBTAINED:** CJ Muller & Associates, PLLC successfully prosecuted its claims asserted in Adversary Case No. 20-05027 and defended against counterclaims asserted by DMA Properties, Inc, Frank Daniel Moore, and Longbranch Energy, LP. Following a lengthy trial KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline ROW, as successors in interest to Black Duck Properties, LLC received declaratory relief that the net-profits interests in the Assignment Agreements owned by Longbranch Energy, LP and DMA Properties, Inc. are personal covenants. Moreover, CJ Muller & Associates, PLLC was able to ensure that counter claimants and the third-party plaintiff took nothing in the face of their requests for relief in excess of thirty million dollars.

**VII.** This application is not in excess of the rates disclosed under Appendix L-2016-a-2.

Dated: December 10, 2021.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Summary of Application for Payment of Attorney's Fees by CJ Muller & Associates, PLLC, Attorneys for Plaintiffs, and Counter-Defendants KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row was forwarded to all parties listed on the attached Service List, by first class mail, postage prepaid, on December 10, 2021.

*/s/ John Muller*
C. John Muller IV

## SERVICE LIST

**DEBTOR**

KrisJenn Ranch, LLC
410 Spyglass Rd
Mc Queeney, TX 78123-3418

**GOVERNMENT ENTITIES**

Office of the UST
615 E Houston, Room 533
PO Box 1539
San Antonio, TX 78295-1539

U.S. Attorney
Attn: Bkcy Division
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

Internal Revenue Services
Special Procedures Branch
300 E. 8th St. STOP 5026
AUS Austin, TX 78701

Texas Comptroller of Public Account
Attn: Bankruptcy
P.O. Box 149359
Austin, TX 78714-9359

Angelina County Tax Assessor
606 E Lufkin Ave,
Lufkin, Texas 75901

Nacogdoches County Tax Assessor-Collector
101 West Main Street
Nacogdoches, Texas 75961

Rusk County
202 N Main St,
Henderson, Texas 75652

Shelby County, Tax Collector
200 St. Augustine St.
Center, Texas 75935

Tenaha ISD Tax Assessor-Collector
138 College St
Tenaha, TX 75974-5612

Uvalde Tax Assessor
Courthouse Plaza, Box 8
Uvalde, Texas 78801

**NOTICE PARTIES**

METTAUER LAW FIRM
c/o April Prince
403 Nacogdoches St Ste 1
Center, TX 75935-3810

Albert, Neely & Kuhlmann
1600 Oil & Gas Building
309 W 7th St
Fort Worth, TX 76102-6900

Laura L. Worsham
JONES, ALLEN & FUQUAY, LLP
8828 Greenville Ave.
Dallas, Texas 75243

Craig Crockett
CRAIG M. CROCKETT, PC 5201 Camp Bowie Blvd. #200
Fort Worth, Texas 76107

Christopher S. Johns
JOHNS &COUNSEL PLLC
14101 Highway 290 West,
Ste. 400A
Austin, Texas 78737

Timothy Cleveland
CLEVELAND| TERRAZAS PLLC
4611 Bee Cave Road,
Ste. 306B
Austin, Texas 78746

Andrew R. Seger
KEY TERRELL & SEGER
4825 50th Street, Ste. A
Lubbock, Texas 79414

**SECURED CREDITORS**

McLeod Oil, LLC
c/o John W. McLeod, Jr.
700 N Wildwood Dr
Irving, TX 75061-8832

**UNSECURED CREDITORS**

Bigfoot Energy Services
312 W Sabine St
Carthage, TX 75633-2519
C&W Fuels, Inc.
Po Box 40
Hondo, TX 78861-0040

Davis, Cedillo & Mendoza
755 E Mulberry Ave Ste. 500
San Antonio, TX 78212-3135

Granstaff Gaedke & Edgmon
5535 Fredericksburg Rd Ste 110
San Antonio, TX 78229-3553

Hopper's Soft Water Service
120 W Frio St
Uvalde, TX 78801-3602

Larry Wright
410 Spyglass Rd
Mc Queeney, TX 78123-3418

Medina Electric
2308 18th St. Po Box 370
Hondo, TX 78861-0370

Medina's Pest Control
1490 S Homestead Rd
Uvalde, TX 78801-7625

Texas Farm Store
236 E Nopal St
Uvalde, TX 78801-5317

Uvalco Supply
2521 E Main St
Uvalde, TX 78801-4940

Longbranch Energy
c/o DUKE BANISTER RICHMOND
Po Box 175
Fulshear, TX 77441-0175

DMA Properties, Inc.
896 Walnut Street at US 123 BYP
Seneca, SC 29678