# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 20−50805−rbk
Chapter No.: 11
Judge: Ronald B. King

IN RE: **KrisJenn Ranch, LLC**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at    VIA PHONE:(650)479−3207; AC 160−686−6761

on    **1/5/22   at   09:30 AM**

Hearing to Consider and Act Upon the Following: (1.) IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E−MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov. )(Related Document(s): 184 Motion to Quash Subpoenas and Entry of Protective Order filed by William D. Kuhlmann Jr. for Attorneys Albert, Neely & Kuhlmann, L.L.P., William D Kuhlmann. Hearing Scheduled For 1/5/2022 at 9:30 AM at VIA TELEPHONE−Conference Dial−In Number: (650)479−3207; Access Code: 160−686−6761 (Castleberry, Deanna)

Dated:  12/20/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKaplc]