The relief described hereinbelow is SO ORDERED.

Signed December 21, 2021.

_____
Ronald B. King
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

IN RE:

KRISJENN RANCH, LLC et al

Case No: 20-50805-rbk

Chapter 11

### ORDER

BE IT REMEMBERED that there was presented to the Court the motion for Admission *Pro Hac Vice* filed by __Lynne B. Frank__ ("Applicant")

and the Court, having reviewed the motion, has decided it is meritorious. ACCORDINGLY,

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and

Applicant may appear on behalf of ___William D. Kuhlmann, Jr.___ in the above case.
and Albert, Neely & Kuhlmann, L.L.P.

This order shall not be considered admission to practice generally before this Court or the U.S. District Court for the Western District of Texas.

###