

**The relief described hereinbelow is SO ORDERED.**

**Signed December 21, 2021.**

_____
**Ronald B. King**
**United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KRISJENN RANCH, LLC, | § | CASE NO. 20-50805-RBK |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

### ORDER DISMISSING MOTION AS MOOT

On this day came on to be considered the *Motion for Admission Pro Hac Vice* (ECF No. 182) of Lynne B. Frank, and it appears to the Court that the *Motion* should be dismissed as moot.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced *Motion* is hereby **DISMISSED AS MOOT**.

### # # #