**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** § | **CHAPTER 11** |
| § | |
| **KRISJENN RANCH, LLC, et al** § | **CASE NO. 20-50805-rbk** |
| § | |
| **DEBTOR** § | **(Jointly Administered)** |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that William D. Kuhlmann, Jr. ("Kuhlmann") and Albert, Neely & Kuhlmann, L.L.P. ("ANK") substitute LYNNE B. FRANK of Bruner & Bruner, P.C. as their attorney of record in this case in place of Kuhlmann. Ms. Frank has been admitted pro hac vice by the Court to represent Kuhlmann and ANK in this case, and her information is as follows:

> Lynne B. Frank
> State Bar No. 24087215
> BRUNER & BRUNER, P.C.
> 3700 W. 7th Street
> Fort Worth, Texas 76107-2536
> Telephone: (817) 332-6633
> Facsimile: (817) 332-6619
> lfrank@bjplaw.com

Kuhlmann and ANK are counsel, but not counsel of record, for creditor McLeod Oil, LLC. Kuhlmann and ANK personally received subpoenas via email from the Debtor to Kuhlmann, and on December 17, 2021, Kuhlmann appeared on behalf of himself and his law firm (ANK) upon filing a Motion to Quash Subpoenas and Motion for Protective Order (the "Motion"). The hearing on the Motion is currently set for January 5, 2022. Kuhlmann and ANK desire and agree to substitute Ms. Frank as their attorney of record in this case in place of

Kuhlmann and to represent them in this case, including at the January 5th hearing, and Ms. Frank accepts such substitution.

The undersigned further respectfully request that copies of all pleadings, notices, motions, proceedings, hearings, and documents filed in this case by the Debtor, Trustee, or other interested parties, including creditors of the Debtor, be addressed to and promptly delivered to the Ms. Frank pursuant to Bankruptcy Rules 2002(a), (b), and (f) and 3017(a).

     Respectfully submitted,

*/s/ Lynne B. Frank*
Lynne B. Frank
lfrank@bjplaw.com
State Bar No. 24087215
BRUNER & BRUNER, P.C.
3700 West 7th Street
Fort Worth, Texas 76107-2536
Telephone: (817) 332-6633
Facsimile: (817) 332-6619

**ATTORNEYS FOR WILLIAM D. KUHLMANN, JR. AND ALBERT, NEELY & KUHLMANN, L.L.P.**

*/s/ William D. Kuhlmann, Jr.*
WILLIAM D. KUHLMANN, JR
State Bar No. 11756450
Email: wdkuhlmann@anklaw.com
ALBERT NEELY & KUHLMANN, L.L.P.
1600 Oil & Gas Building
309 West Seventh Street
Fort Worth, Texas 76102
Telephone: (817) 877-0055
Fax: (817) 870-2849

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 22, 2021, a true and correct copy of the foregoing document was served upon all parties who have registered for an appearance in this case electronically via the Court's ECF System, including the following:

C John Muller IV (john.muller@cjma.law)
CJ MULLER & ASSOCIATES, PLLC
111 W. Sunset Road
San Antonio, Texas 78209
*Attorney for Debtor*

Ronald J. Smeberg (ron@smeberg.com)
SMEBERG LAW FIRM, PLLC
4 Imperial Oaks
San Antonio, Texas 78248
*Attorney for Debtor*

Laura L. Worsham (lworsham@jonesallen.com)
Jones, Allen & Fuquay, LLP
8828 Greenville Avenue
Dallas, TX 75243
*Attorney for Creditor McLeod Oil, LLC*

                                      */s/ Lynne B. Frank*
                                      Lynne B. Frank