**MOR-1**

## UNITED STATES BANKRUPTCY COURT

CASE NAME     Kris Jenn Ranch, LLC

CASE NUMBER   20-50805-RBK

PROPOSED PLAN DATE

PETITION DATE

DISTRICT OF TO  Western

DIVISION   San Antonio

### MONTHLY OPERATING REPORT SUMMARY FOR MONTH          September     2021

| MONTH | 1/1-1/31/2021 | 2/1-2/28/2021 | 3/1-3/31/2021 | 4/1-4/30/2021 | 5/1-5/31/2021 | 6/1-6/30/2021 | 7/1-7/31/2021 | 8/1-8/31/2021 | 9/1-9/30/2021 |
|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0.00 | 0.00 | 5,933.38 | 2,003.00 | 50,000.00 | 0.00 | 150.00 | 50,000.00 | 7,142,789.41 |
| INCOME BEFORE INT. DEPREC. TAX (MOR-6) | -32,339.21 | -3,934.30 | 1,235.29 | -616.77 | 1,659.65 | -2,217.91 | -766.79 | 47,813.51 | 7,057,737.95 |
| NET INCOME (LOSS) (MOR-6) | -32,339.21 | -3,934.30 | 1,235.29 | -616.77 | 1,659.65 | -2,217.91 | -766.79 | 47,813.51 | 6,401,075.96 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 30,000.00 | 0.00 | 2,464.00 | 0.00 | 44,200.00 | 0.00 | 0.00 | 0.00 | 31,240.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 32,339.21 | 3,934.30 | 4,698.09 | 2,616.77 | 48,340.35 | 2,217.91 | 916.79 | 2,186.49 | 6,605,260.89 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

REQUIRED INSURANCE MAINTAINED
AS OF SIGNATURE DATE

|  |  | EXP. | DATE |
|---|---|---|---|
| CASUALTY | YES ☒ NO ( ) |  |  |
| LIABILITY | YES ☒ NO ( ) |  |  |
| VEHICLE | YES ( ) NO ( ) |  |  |
| WORKER'S | YES ( ) NO ( ) |  |  |
| OTHER | YES ( ) NO ( ) |  |  |

CIRCLE ONE

Are all accounts receivable being collected within terms?  Yes  No

Are all post-petition liabilities, including taxes, being paid?  Yes  No

Have any pre-petition liabilities been paid?  Yes  No

If so, describe

Are all funds received being deposited into DIP bank accounts?  Yes  No

Were any assets disposed of outside the normal course of business?  Yes  No

If so, describe

Are all U.S. Trustee Quarterly Fee Payments current?  Yes  No

What is the status of your Plan of Reorganization?

ATTORNEY NAME     Ronald  Smeberg

FIRM NAME     The Smeberg Law Firm

ADDRESS     4  Imperial Oaks

CITY, STATE, ZIP.   San Antonio    TX    78248

TELEPHONE FAX.   210-695-6684

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _____   Mgr

(ORIGINAL SIGNATURE)

(PRINT NAME OF SIGNATORY)          DATE     Revised 07/01/98

**MOR-1**

CASE NAME:  KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH 4/1-4/30/2021 | MONTH 5/1-5/31/2021 | MONTH 6/1-6/30/2021 | MONTH 7/1-7/31/2021 | MONTH 8/1-8/31/2021 | MONTH 9/1-9/30/2021 |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | | 2,726.55 | 4,386.20 | 2,168.29 | 1,401.50 | 49,215.01 | 893,954.12 |
| Accounts Receivable, Net | | | | | | | |
| Inventory:  Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | 477,490.11 | 477,490.11 | 477,490.11 | 477,490.11 | 477,490.11 | -10,895.00 |
| Other | | | | | | | |
| TOTAL CURRENT ASSETS | 0.00 | 480,216.66 | 481,876.31 | 479,658.40 | 478,891.61 | 526,705.12 | 883,059.12 |
| PROPERTY, PLANT & EQUIP. @ COST | | | | | | | |
| Less Accumulated Depreciation | | | | | | | |
| NET BOOK VALUE OF PP & E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | |
| 3. Electric Deposit | | | | | | | |
| 4. | | | | | | | |
| **TOTAL ASSETS** | $0.00 | $480,216.66 | $481,876.31 | $479,658.40 | $478,891.61 | $526,705.12 | $883,059.12 |

* Per Schedules and Statement of Affairs

**MOR-2**

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

| LIABILITIES & OWNER'S EQUITY | MONTH 5/1-5/31/2021 | MONTH 6/1-6/30/2021 | MONTH 7/1-7/31/2021 | MONTH 8/1-8/31/2021 | MONTH 9/1-9/30/2021 |
|---|---|---|---|---|---|
| LIABILITIES | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | | | | |
| PRE-PETITION LIABILITIES | | | | | |
| Notes Payable - Secured | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | 0.00 |
| Priority Debt | | | | | |
| Federal Income Tax | | | | | |
| FICA/Withholding | | | | | |
| Unsecured Debt | 73,330.95 | 73,330.95 | 73,330.95 | 73,330.95 | 111,168.58 |
| Other | 183,174.52 | 183,174.52 | 183,174.52 | 183,174.52 | 0.00 |
| TOTAL PRE-PETITION LIABILITIES | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 | 111,168.58 |
| TOTAL LIABILITIES | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 | 111,168.58 |
| OWNER'S EQUITY (DEFICIT) | | | | | |
| PREFERRED STOCK | | | | | |
| COMMON STOCK | | | | | |
| ADDITIONAL PAID-IN CAPITAL | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 |
| RETAINED EARNINGS: Filing Date | | | | | |
| RETAINED EARNINGS: Post Filing Date | -73,061.24 | -73,061.24 | -73,061.24 | -73,061.24 | 6,377,574.95 |
| TOTAL OWNER'S EQUITY (NET WORTH) | -5,678,745.65 | -5,678,745.65 | -5,678,745.65 | -5,678,745.65 | 771,890.54 |
| TOTAL LIABILITIES & OWNERS EQUITY | $477,759.82 | $477,759.82 | $477,759.82 | $477,759.82 | $883,059.12 |

**MOR-3**

**CASE NAME:**  KrisJenn Ranch, LLC
**CASE NUMBER:**  20-50805-RBK

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | | | | | | |
| TAX PAYABLE | | | | | | |
| Federal Payroll Taxes | | | | | | |
| State Payroll Taxes | | | | | | |
| Ad Valorem Taxes | | | | | | |
| Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | |
| OTHER  ACCRUED LIABILITIES | | | | | | |
| 1.  Paid PostPetition | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

**MOR-4**

*Revised 07 01 98*

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

## AGING OF POST-PETITION LIABILITIES
### MONTH

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER |
|------|-------|----------------|---------------|-------------|-------------------------|-------|
| 0-30 | 0.00 | | | | | |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | | | |
|-------|--|--|--|--|--|--|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**

*Revised 07 01 98*

**CASE NAME:**  KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

| | MONTH 4/1-4/30/2021 | MONTH 5/1-5/31/2021 | MONTH 6/1-6/30/2021 | MONTH 7/1-7/31/2021 | MONTH 8/1-8/31/2021 | MONTH 9/1-9/30/2021 | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES  (MOR-1) | 2,000.00 | 50,000.00 | 0.00 | 150.00 | 50,000.00 | 7,142,789.41 | 7,308,254.69 |
| TOTAL COST OF REVENUES | | | | | | | 6,218.96 |
| GROSS PROFIT | 2,000.00 | 50,000.00 | 0.00 | 150.00 | 50,000.00 | 7,142,789.41 | 7,302,035.73 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | | | | | | | 0.00 |
| General & Administrative | 15.00 | 27.00 | 15.00 | 15.00 | 27.00 | 29.93 | 2,087.93 |
| Insiders Compensation | | | | | | | 0.00 |
| Professional Fees | 0.00 | 44,200.00 | 0.00 | 0.00 | 0.00 | 52,757.00 | 199,683.07 |
| Other | 1,056.13 | 1,300.00 | 1,400.00 | 398.79 | 750.00 | 23,578.28 | 39,343.67 |
| Other | 1,545.64 | 2,813.35 | 802.91 | 503.00 | 1,409.49 | 8,686.25 | 27,284.12 |
| TOTAL OPERATING EXPENSES | 2,616.77 | 48,340.35 | 2,217.91 | 916.79 | 2,186.49 | 85,051.46 | 268,398.79 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -616.77 | 1,659.65 | -2,217.91 | -766.79 | 47,813.51 | 7,057,737.95 | 7,033,636.94 |
| INTEREST EXPENSE | | | | | | 530,000.00 | 530,000.00 |
| DEPRECIATION | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | 126,061.99 | 126,061.99 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 656,061.99 | 656,061.99 |
| NET INCOME BEFORE TAXES | -616.77 | 1,659.65 | -2,217.91 | -766.79 | 47,813.51 | 6,401,675.96 | 6,377,574.95 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| NET INCOME (LOSS)  (MOR-1) | ($616.77) | $1,659.65 | ($2,217.91) | ($766.79) | $47,813.51 | $6,401,675.96 | $6,377,574.95 |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

\* *Footnote Mandatory.*

\* \* *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**

*Revised 07/01/98*

CASE NAME:  KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH | MONTH 4/1-4/30/2021 | MONTH 5/1-5/31/2021 | MONTH 6/1-6/30/2021 | MONTH 7/1-7/31/2021 | MONTH 8/1-8/31/2021 | MONTH 9/1-9/30/2021 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $3,343.32 | $2,726.55 | $4,386.20 | $2,168.29 | $1,401.50 | $49,215.01 | |
| RECEIPTS: | | | | | | | | |
| 2. CASH SALES | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,315.28 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | | 73,330.95 |
| 5. SALE OF ASSETS | | | | | | | 7,450,000.00 | 7,450,000.00 |
| 6. OTHER (attach list) | | 2,000.00 | 50,000.00 | | 150.00 | 50,000.00 | 0.00 | 152,150.00 |
| TOTAL RECEIPTS** | 0.00 | 2,000.00 | 50,000.00 | 0.00 | 150.00 | 50,000.00 | 7,450,000.00 | 238,796.23 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | | |
| 7. NET PAYROLL | | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | | 1,844.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | 1,671.77 | 0.00 | 408.12 | 398.79 | 0.00 | 3,668.76 | 8,423.01 |
| 12. INSURANCE | | | | | | | 5,017.49 | 5,017.49 |
| 13. INVENTORY PURCHASES | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | 930.00 | 2,813.35 | 1,794.79 | 503.00 | 1,409.49 | 9,257.65 | 39,455.20 |
| 17. ADMINISTRATIVE & SELLING | | 15.00 | 27.00 | 15.00 | 15.00 | 27.00 | 15.00 | 243.61 |
| 18. OTHER (attach list) | | | | | | | 6,556,061.99 | 6,556,061.99 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 2,616.77 | 2,840.35 | 2,217.91 | 916.79 | 1,436.49 | 6,574,020.89 | 6,611,045.30 |
| 19. PROFESSIONAL FEES | | | 44,200.00 | 0.00 | 0.00 | 0.00 | 31,240.00 | 178,166.07 |
| 20. U.S. TRUSTEE FEES | | 0.00 | 1,300.00 | 0.00 | 0.00 | 750.00 | 0.00 | 5,630.74 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 2,616.77 | 48,340.35 | 2,217.91 | 916.79 | 2,186.49 | 6,605,260.89 | 6,794,842.11 |
| 22. NET CASH FLOW | 0.00 | -616.77 | 1,659.65 | -2,217.91 | -766.79 | 47,813.51 | 844,739.11 | -6,556,045.88 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $2,726.55 | $4,386.20 | $2,168.29 | $1,401.50 | $49,215.01 | $893,954.12 | |

**MOR-7**

* Applies to Individual debtors only

**Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

*Revised 07 01 98*

CASE NAME:     KrisJenn Ranch, LLC
CASE NUMBER:   20-50805-RBK

Line 18 MOR 7

| | |
|---|---|
| Repay Loan to McLeod | $5,900,000.00 |
| Interest Paid to McLeod | $530,000.00 |
| Closing Costs Paid Per Settlement Sheet | $126,061.99 |
| | $6,556,061.99 |

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

## CASH ACCOUNT RECONCILIATION
### MONTH OF 9/1-9/30/2021

| BANK NAME | Broadway | | | Broadway | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | ████ 8640 # | | # | ████ 3032 | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | -3.00 | | | 893,957.12 | $893,954.12 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | ($3.00) | $0.00 | $0.00 | 893,957.12 | $893,954.12 |
| BEGINNING CASH - PER BOOKS | 49,215.01 | | | 0.00 | $49,215.01 |
| RECEIPTS* | 0.00 | | | 893,969.12 | $893,969.12 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR  CONTRIBUTION BY INDIVIDUAL        DEBTOR   MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 49,218.01 | | | 12.00 | $49,230.01 |
| ENDING CASH - PER BOOKS | ($3.00) | $0.00 | $0.00 | $893,957.12 | $893,954.12 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH 4/1-4/30/2021 | MONTH 5/1-5/31/2021 | MONTH 6/1-6/30/2021 | MONTH 7/1-7/31/2021 | MONTH 8/1-8/31/2021 | MONTH 9/1-9/30/2021 |
|---|---|---|---|---|---|---|
| 1. Jerry G Miers, CPA | | | | | | |
| 2. Mueller-Smeburg, PLLC | | 44,200.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. Granstaff, Gaedke and Edgmon | | | | | | |
| 4. Douglas Deffenbaugh CPA | | | | | | 4,740.00 |
| 5. CJ Mueller & Assoc | | | | | | 26,500.00 |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MO | $0.00 | $44,200.00 | $0.00 | $0.00 | $0.00 | $31,240.00 |

**MOR-9**

CASE NAME:   KrisJenn Ranch Series Pipeline LLC
CASE NUMBER: 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 3/1-3/31/2021 | MONTH 4/1-4/30/2021 | MONTH 5/1-5/31/2021 | MONTH 6/1-6/30/2021 | MONTH 7/1-7/31/2021 | MONTH 8/1-8/31/2021 | MONTH 9/1-9/30/2021 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| RECEIPTS: | | | | | | | | |
| 2. CASH SALES | | | | | | | | |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | | 0.00 |
| 7. NET PAYROLL | | | | | | | | |
| 8. PAYROLL TAXES PAID | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | | 0.00 |
| 18. OTHER (attach list) | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. PROFESSIONAL FEES | | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22. NET CASH FLOW | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-7**

* Applies to Individual debtors only
**Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

*Revised 07 01 98*

CASE NAME:   KrisJenn Ranch Series Pipeline LLC
CASE NUMBER: 20-50805-RBK

# CASH ACCOUNT RECONCILIATION
## MONTH OF _____ 9/30/2021

| BANK NAME | Broadway | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | 8640 # | | # | | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 0.00 | | | | $0.00 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING CASH - PER BOOKS | 0.00 | | | | $0.00 |
| RECEIPTS* | 0.00 | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR   CONTRIBUTION BY INDIVIDUAL         DEBTOR   MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 0.00 | | | | $0.00 |
| ENDING CASH - PER BOOKS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch Series Uvalde Ranch LLC
**CASE NUMBER:** 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 3/1-3/31/2021 | MONTH 4/1-4/30/2021 | MONTH 5/1-5/31/2021 | MONTH 6/1-6/30/2021 | MONTH 7/1-7/31/2021 | MONTH 8/1-8/31/2021 | MONTH 9/1-9/30/2021 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| RECEIPTS: | | | | | | | | |
| 2. CASH SALES | | | | | | | | |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | | |
| 7. NET PAYROLL | | | | | | | | |
| 8. PAYROLL TAXES PAID | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | | 0.00 |
| 18. OTHER (attach list) | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. PROFESSIONAL FEES | | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22. NET CASH FLOW | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-7**

* Applies to Individual debtors only
**Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

Revised 07 01 98

**CASE NAME:**  KrisJenn Ranch Series Uvalde Ranch LLC
**CASE NUMBER:** 20-50805-RBK

## CASH ACCOUNT RECONCILIATION
## MONTH OF _____ 9/30/2021

| BANK NAME | Broadway | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | 8640 # | | # | | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 0.00 | | | | $0.00 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING CASH - PER BOOKS | 0.00 | | | | $0.00 |
| RECEIPTS* | 0.00 | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR   CONTRIBUTION BY INDIVIDUAL        DEBTOR   MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 0.00 | | | | $0.00 |
| ENDING CASH - PER BOOKS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

**KrisJenn Ranch, LLC**
**Working Trial Balance**
**9/30/2021**

| Account | Beginning 8/31/2021 | Balances | Transactions Dr | (Cr) | Balance 9/30/2021 | Adjustments Dr | # | (CR) | Balance DR/(CR) | |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash - Broadway Bank | 49,215.01 | | | 49,218.01 | -3.00 | | | | -3.00 | |
| Transfers | 0.00 | | | | 0.00 | | | | 0.00 | |
| Cash - DIP #2 Broadway Bank | | | 893,969.12 | 12.00 | 893,957.12 | | | | 893,957.12 | |
| Note Rec - Cope-N-Hagan | 0.00 | | | | 0.00 | | | | 0.00 | |
| Note Rec - SWD - Big Foot Energy | 241,019.11 | | | 241,019.11 | 0.00 | | | | 0.00 | |
| Invest - Thunder Rock Ptrshp | | 10,895.00 | | | -10,895.00 | | | | -10,895.00 | |
| Invest - VEC Partnership | 247,366.00 | | | 247,366.00 | 0.00 | | | | 0.00 | |
| | | | | | 0.00 | | | | 0.00 | |
| Automotive Equipment | 0.00 | | | | 0.00 | | | | 0.00 | |
| Accum Deprec | 0.00 | 0.00 | | | 0.00 | | | | 0.00 | |
| | | | | | | | | | | |
| Deferred Gain - SWD Instal Sale | | 183,174.52 | 183,174.52 | | 0.00 | | | | 0.00 | |
| Payable Post Pet Exp Pd by Larry Wright | | | | 35,837.63 | -35,837.63 | | | | -35,837.63 | |
| Note Payable - Pipeline | | 5,900,000.00 | 5,900,000.00 | | 0.00 | | | | 0.00 | |
| Note Payable - Larry Wright | | 125,330.95 | 50,000.00 | | -75,330.95 | | | | -75,330.95 | |
| | | | | | 0.00 | | | | 0.00 | |
| Capital - Larry Wright | 5,605,684.41 | 0.00 | | | 5,605,684.41 | | | | 5,605,684.41 | 6,377,574.95 |
| Net Proceeds from Sale | | | | 7,450,000.00 | -7,450,000.00 | | | | -7,450,000.00 | |
| Trailer Lease | | 3,600.00 | | | -3,600.00 | | | | -3,600.00 | |
| Cattle Auction | 0.00 | 9,715.28 | | 0.00 | -9,715.28 | | | | -9,715.28 | |
| Interest income | 0.00 | | | | 0.00 | | | | 0.00 | |
| Loss on Sale of SWD | 0.00 | | 57,844.59 | | 57,844.59 | | | | 57,844.59 | |
| ST Cap Gain VECPtrshp | 0.00 | | 247,366.00 | | 247,366.00 | | | | 247,366.00 | |
| Loss on Bad Debt | 0.00 | | | | 0.00 | | | | 0.00 | |
| (inc)/Loss Thunder Rd Partnership | 0.00 | | | | 0.00 | | | | 0.00 | |
| (Inc)/Loss VEX Partnership | 0.00 | | | | 0.00 | | | | 0.00 | |
| Revenue/Option Fee- McLeod/Chicago | -100,150.00 | | | 50,000.00 | -150,150.00 | | | | -150,150.00 | |
| Auto & Truck | 0.00 | | | | 0.00 | | | | 0.00 | |
| Bank Service Charge | 225.00 | | 46.11 | 31.11 | 240.00 | | | | 240.00 | |
| Closing Costs on Ranch Sale | 0.00 | | 126,061.99 | | 126,061.99 | | | | 126,061.99 | |
| Contract Labor | 1,305.00 | | 0.00 | | 1,305.00 | | | | 1,305.00 | |
| Contributions | 0.00 | | | 0.00 | 0.00 | | | | 0.00 | |
| Depreciation | 0.00 | | | | 0.00 | | | | 0.00 | |
| Feed | 15,004.63 | | 4,703.61 | | 19,708.24 | | | | 19,708.24 | |
| Fuel | 1,089.34 | | 0.00 | | 1,089.34 | | | | 1,089.34 | |
| Ranch electricity | 3,505.35 | | 3,668.76 | | 7,174.11 | | | | 7,174.11 | |
| Interest expense | 0.00 | | 530,000.00 | | 530,000.00 | | | | 530,000.00 | |
| Legal & Professional | 146,926.07 | | 52,757.00 | | 199,683.07 | | | | 199,683.07 | |
| Management Fees | 0.00 | | | | 0.00 | | | | 0.00 | |
| Meals & Entertainment | 0.00 | | | | 0.00 | | | | 0.00 | |
| Miscellaneous | 0.00 | | 150.00 | | 150.00 | | | | 150.00 | |
| Office/insurance | 3.61 | | 5,017.49 | | 5,021.10 | | | | 5,021.10 | |
| Other Deductions - Royalty Income | 0.00 | | | | 0.00 | | | | 0.00 | |
| Quarterly Fees- US Trustee | 5,630.74 | | 0.00 | | 5,630.74 | | | | 5,630.74 | |
| Repairs & Maintenance | 12,375.96 | | 12,888.50 | | 25,264.46 | | | | 25,264.46 | |
| Supplies | 1,671.52 | | 0.00 | | 1,671.52 | | | | 1,671.52 | |
| Taxes - Property | 0.00 | | 5,836.17 | | 5,836.17 | | | | 5,836.17 | |
| Taxes - Franchise | 1,844.00 | | | | 1,844.00 | | | | 1,844.00 | |
| Travel | 0.00 | | | | 0.00 | | | | 0.00 | -6,377,574.95 |
| | 6,232,715.75 | 6,232,715.75 | 8,073,483.86 | 8,073,483.86 | 0.00 | 0.00 | 0.00 | 0.00 | | |

**KrisJenn Ranch, LLC**
**Disbursements**
**9/01/2021 - 9/30/2021**

| Date | Check # | Payee | Cash Dr/(Cr) | Bank Charges | Supplies | Office Exp/Insurance | Legal & Professional | Note Pay - Larry Wright | Electric | Feed | Mgmt Fee | Repairs & Maintenance | US Trustee Quarterly | Fuel | Taxes - Franchise |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/9/2021 | N/A | Broadway Bank | | 25.00 | | | | | | | | | | | |
| 9/30/2021 | N/A | Broadway Bank | | 3.00 | | | | | | | | | | | |
| 9/30/2021 | N/A | Broadway Bank | | 6.11 | | | | | | | | | | | |
| 9/1/2021 | 157 | MEC | | | | | | | 827.57 | | | | | | |
| 9/3/2021 | 158 | CJ Mueller | | | | | 26,500.00 | | | | | | | | |
| 9/9/2021 | 159 | Douglas Deffenbaugh | | | | | 3,100.00 | | | | | | | | |
| 9/15/2021 | 160 | Deffenbaugh & Lange | | | | | 1,640.00 | | | | | | | | |
| 9/30/2021 | 161 | Larry Wright | | | | 1,815.42 | | | | | | | 4,650.00 | | |
| 9/30/2021 | 162 | Larry Wright | | | | | | | 2,841.19 | 2,599.72 | | 5,210.00 | | | |
| | | | 0.00 | 34.11 | 0.00 | 1,815.42 | 31,240.00 | 0.00 | 3,668.76 | 2,599.72 | 0.00 | 9,860.00 | 0.00 | 0.00 | 0.00 |

# Chicago Title of Texas, LLC

116 N. East Street, Uvalde, TX 78801
Phone: (830)333-7050 | Fax: (830)278-3736



## MASTER STATEMENT

| | |
|---|---|
| **Settlement Date:** August 26, 2021 | **Escrow Number:** ███████ |
| **Disbursement Date:** August 26, 2021 | **Escrow Officer:** Win DuBose |

**Buyer:** The Texas 1031 Exchange Company as Qualified Intermediary for A&S Ranch, LTD
14002 N. US Hwy 83
Uvalde, TX 78801

**Seller:** KrisJenn Ranch, LLC
410 Spyglass
Mc Queeney, TX 78123

**Property:** 979.9 Ac. +- in Uvalde County
Uvalde, TX 78801
A0164 ABSTRACT 0164 SURVEY 687 21.04 and A0165 ABSTRACT 0165 SURVEY 689
950.36 Parcel ID(s): 17846 17849

| SELLER | | | | BUYER | |
|---|---|---|---|---|---|
| $ DEBITS | $ CREDITS | | $ DEBITS | $ | CREDITS |
| | | **FINANCIAL CONSIDERATION** | | | |
| | 7,450,000.00 | Sale Price of Property | 7,450,000.00 | | |
| | | Deposit or earnest money | | | 50,000.00 |
| | | **PRORATIONS/ADJUSTMENTS** | | | |
| 3,805.50 | | All Property Taxes at $5,836.17 01/01/21-08/26/21 | | | 3,805.50 |
| | | **COMMISSIONS** | | | |
| 25,000.00 | | Commission Selling Agent to Texas Ranches for Sale $7,450,000.00 @ 0.0000% = $0.00 Note: Total Includes Adjustment of $25,000.00 - Texas Ranches for Sale | | | |
| | | **TITLE & ESCROW CHARGES** | | | |
| 20.00 | | Title - Courier Fee (Seller) to Chicago Title of Texas, LLC | | | |
| 300.00 | | Title - Escrow Fee to Chicago Title of Texas, LLC | 300.00 | | |
| 60.00 | | Title - Tax Cert-Uvalde to Chicago Title FBO Uvalde County Appraisal District | | | |
| 15,821.00 | | Title - Owner's Title Insurance to Chicago Title of Texas, LLC | 15,821.00 | | |
| 1.00 | | Title - State of Texas Policy Guaranty Fee to Texas Title Insurance Guaranty Association | 1.00 | | |
| | | Policies to be issued: Owners Policy Coverage: $7,450,000.00    Premium: $31,642.00 Version: Owner's Policy of Title Insurance (T-1) - 2014 | | | |
| | | **GOVERNMENT CHARGES** | | | |
| | | Recording Fees to Chicago Title of Texas, LLC | 90.00 | | |
| 78.00 | | Release of Lien - McLeod ($78.00) to Chicago Title of Texas, LLC | | | |
| | | **MISCELLANEOUS CHARGES** | | | |
| 25,000.00 | | Consulting Fee to Cory Molloy | | | |

█████████ August 26, 2021 05:32 PM

MASTER STATEMENT - Continued

| SELLER | | | | BUYER | | |
|---|---|---|---|---|---|---|
| $ DEBITS | $ | CREDITS | | $ DEBITS | $ | CREDITS |
| | | | **MISCELLANEOUS CHARGES** | | | |
| 697.50 | | | Document Preparation Fee to Dodson & Everett, LLC | 697.50 | | |
| 52,031.49 | | | Payment to Truste to United States Trustee | | | |
| 3,247.50 | | | Survey to D. G. Smyth & Co., Inc. | 3,247.50 | | |
| | | | Exchange credits fbo A&S Ranch, Ltd | | | 715,026.31 |
| 6,430,000.00 | | | Interim Payments to McLeod Oil LLC | | | |
| 893,938.01 | | | Estate of KrisJenn Ranch, LLC Series Uvalde Ranch Debtor in Possession Account No. 2 to Estate of KrisJenn Ranch, LLC Series Uvalde Ranch Debtor in Possession Account No. 2 | | | |
| 7,450,000.00 | 7,450,000.00 | | **Subtotals** | 7,470,157.00 | | 768,831.81 |
| | | | **Balance Due FROM Buyer** | | | 6,701,325.19 |
| 7,450,000.00 | 7,450,000.00 | | **TOTALS** | 7,470,157.00 | | 7,470,157.00 |

## APPROVED and ACCEPTED

Buyer and Seller understand the Closing or Escrow Agent has assembled this information representing the transaction from the best information available from other sources and cannot guarantee the accuracy thereof. Any real estate agent or lender involved may be furnished a copy of this Statement. Buyer and Seller understand that tax and insurance prorations and reserves were based on figures for the preceding year or supplied by others or estimates for current year, and in the event of any change for current year, all necessary adjustments must be made between Buyer and Seller direct. The undersigned hereby authorizes Chicago Title of Texas, LLC to make expenditures and disbursements as shown and approves same for payment. The undersigned also acknowledges receipt of Loan Funds, if applicable, in the amount shown above and a receipt of a copy of this Statement. understand the Closing or Escrow Agent has assembled this information representing the transaction from the best information available from other sources and cannot guarantee the accuracy thereof. The Lender involved may be furnished a copy of this Statement. The undersigned hereby authorizes Chicago Title of Texas, LLC to make expenditures and disbursements as shown and approves same for payment. The undersigned also acknowledges receipt of loan funds in the amount shown above and a receipt of a copy of this Statement.

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

SELLER:

KrisJenn Ranch, LLC

BY: _____
Larry Wright
Manager

BUYER: SIGNED IN COUNTERPARTS

The Texas 1031 Exchange Company

BY:_____
Sydney Miller

**READ AND APPROVED:**

Read & Approved:

A&S Ranch, LTD, Exchangor

BY: _____
Allyn Lavern Archer, Authorized Signer

To the best of my knowledge, the Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

August 26, 2021 05:32 PM

Chicago Title of Texas, LLC
Settlement Agent

# BROADWAY BANK

1177 N.E. Loop 410
San Antonio, TX 78209

Account Number
█████032
Page 1 of 2

0

broadway.bank
800.531.7650

KRISJENN RANCH LLC
DEBTOR IN POSSESSION #2
CASE# 20-50805
410 SPYGLASS RD
MCQUEENEY TX 78123-3418

## Bank Statement
### SUMMARY OF ACCOUNTS

| Account Type | Account # | Balance as of Oct 31, 2021 | YTD Interest |
|---|---|---|---|
| ADVANTAGE BUSINESS CHECKING | ████3032 | $893,957.12 | $0.00 |

This statement reports your balances and activity from Sep 30, 2021 thru Oct 31, 2021 on the following accounts.

**ADVANTAGE BUSINESS CHECKING**   Account # ████3032

| | Balance: $893,957.12 |
|---|---|
| Balance Last Statement | 893,957.12 |
| Total Debits | 0.00 |
| Balance This Statement | |
| Running Balances | 893,957.12 |

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09-30 | $893,957.12 | | | | |

END OF STATEMENT

0

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT, PLEASE CONTACT DEPOSIT OPERATIONS**
By Phone: 210.283.6500/800.531-7650 * By Mail:  P.O. Box 17001, San Antonio, TX  78217

**In Case of Errors or Questions About Your Electronic Transfers** (e.g. ATM or debit card transactions, direct deposits or withdrawals) Telephone us at 210.283.6500 or 800.531.7650 or write us at Card Operations, P.O. Box 17001, San Antonio, TX 78217 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 30 days after we sent you the FIRST statement on which the error or problem appeared.  (1)Include your name and account number; (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information; and (3) Tell us the dollar amount of the suspected error.  (If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.)

We will investigate and if we find we have made an error, we will credit your account when the investigation has been completed.

**Reporting Other Problems** (e.g. Unauthorized Signature or Alteration)  You must examine your statement promptly and notify us in writing, within 30 days after the date your statement was mailed or otherwise made available to you, of the facts relevant to any errors, problems or unauthorized transactions on your account.  If you fail to report any unauthorized signatures, alterations, or forgeries within 30 days of when your statement was sent or made available, you cannot assert a claim against us and the loss will be entirely yours.

**Deposit Agreement** Your account is governed by the terms of your Deposit Agreement, the Fee Schedule, and other disclosures provided at account opening and amended from time to time.  Copies of the current versions of these documents are available at any Banking Center or by calling 210.283.6500 or 800.531.7650.

# BROADWAY BANK

1177 N.E. Loop 410
San Antonio, TX 78209

**Return Service Requested**

broadway.bank
800.531.7650

004196 0.6500 AB 0.461          TR00017

BDWY

KRISJENN RANCH LLC
DEBTOR IN POSSESSION
CASE# 20-50805
410 SPYGLASS RD
MCQUEENEY TX 78123-3418

# Bank Statement

## SUMMARY OF ACCOUNTS

| Account Type | Account # | Balance as of Oct 31, 2021 | YTD Interest |
|---|---|---|---|
| ADVANTAGE BUSINESS CHECKING | ■■■8640 | -$3.00 | $0.00 |

This statement reports your balances and activity from Sep 30, 2021 thru Oct 31, 2021 on the following accounts.

**ADVANTAGE BUSINESS CHECKING**          Account # ■■■8640          Balance: -$3.00

| Balance Last Statement | | -3.00 |
|---|---|---|

**Deposits/Credits**

| Oct 29 | CREDIT MEMO | 3.00 |
|---|---|---|
| | | 3.00 |

**Total Debits**

| | 3.00 |
|---|---|

**Other Withdrawals**

| Oct 29 | DEP-Paper Statement Fee | |
|---|---|---|
| | | 3.00 |

**Balance This Statement**

Running Balances          -3.00

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09-30 | -$3.00 | | | | |

END OF STATEMENT



closed

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT, PLEASE CONTACT DEPOSIT OPERATIONS**
By Phone: 210.283.6500/800.531-7650 * By Mail:  P.O. Box 17001, San Antonio, TX  78217

**In Case of Errors or Questions About Your Electronic Transfers** (e.g. ATM or debit card transactions, direct deposits or withdrawals)  Telephone us at 210.283.6500 or 800.531.7650 or write us at Card Operations, P.O. Box 17001, San Antonio, TX 78217 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 30 days after we sent you the FIRST statement on which the error or problem appeared.  (1)Include your name and account number; (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information; and (3) Tell us the dollar amount of the suspected error.  (If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.)

We will investigate and if we find we have made an error, we will credit your account when the investigation has been completed.

**Reporting Other Problems** (e.g. Unauthorized Signature or Alteration)  You must examine your statement promptly and notify us in writing, within 30 days after the date your statement was mailed or otherwise made available to you, of the facts relevant to any errors, problems or unauthorized transactions on your account.  If you fail to report any unauthorized signatures, alterations, or forgeries within 30 days of when your statement was sent or made available, you cannot assert a claim against us and the loss will be entirely yours.

**Deposit Agreement** Your account is governed by the terms of your Deposit Agreement, the Fee Schedule, and other disclosures provided at account opening and amended from time to time.  Copies of the current versions of these documents are available at any Banking Center or by calling 210.283.6500 or 800.531.7650.

CHECKING STATEMENT





Amt $3.00 10-29-2021