**MOR-1**

**UNITED STATES BANKRUPTCY COURT**

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK
PROPOSED PLAN DATE: _____

PETITION DATE: _____
DISTRICT OF TX: Western
DIVISION: San Antonio

**MONTHLY OPERATING REPORT SUMMARY FOR MONTH** October 2021

| MONTH | 1/1-1/31/2021 | 2/1-2/28/2021 | 3/1-3/31/2021 | 4/1-4/30/2021 | 5/1-5/31/2021 | 6/1-6/30/2021 | 7/1-7/31/2021 | 8/1-8/31/2021 | 9/1-9/30/2021 | 10/1-10/31/2021 |
|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0.00 | 0.00 | 5,933.38 | 2,000.00 | 50,000.00 | 0.00 | 150.00 | 50,000.00 | 7,142,789.41 | 0.00 |
| INCOME BEFORE INT, DEPREC, TAX (MOR-6) | -32,339.21 | -3,934.30 | 1,235.29 | -616.77 | 1,659.65 | -2,217.91 | -766.79 | 47,813.51 | 7,037,737.95 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | -32,339.21 | -3,934.30 | 1,235.29 | -616.77 | 1,659.65 | -2,217.91 | -766.79 | 47,813.51 | 6,451,675.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 2,464.00 | 0.00 | 44,200.00 | 0.00 | 0.00 | 0.00 | 31,240.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 32,339.21 | 3,934.30 | 4,698.09 | 2,616.77 | 45,340.35 | 2,217.91 | 916.79 | 2,186.49 | 6,585,260.89 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

REQUIRED INSURANCE MAINTAINED
AS OF SIGNATURE DATE — EXP. DATE

CASUALTY: YES (X) NO ( )
LIABILITY: YES (X) NO ( )
VEHICLE: YES ( ) NO ( )
WORKERS: YES ( ) NO ( )
OTHER: YES ( ) NO ( )

Are all accounts receivable being collected within terms? Yes / No
Are all post-petition liabilities, including taxes, being paid? Yes / No
Have any pre-petition liabilities been paid? Yes / No
If so, describe _____
Are all funds received being deposited into DIP bank accounts? Yes / No
Were any assets disposed of outside the normal course? Yes / No
If so, describe _____
Are all U.S. Trustee Quarterly Fee Payments current? Yes / No
What is the status of your Plan of Reorganization? _____

ATTORNEY NAME: Ronald Smeberg
FIRM NAME: The Smeberg Law Firm
ADDRESS: 4 Imperial Oaks
CITY, STATE, ZIP: San Antonio, TX 78248
TELEPHONE/FAX: 210-695-6684

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X: /s/ Larry Wright Mgr.
(ORIGINAL SIGNATURE)
(PRINT NAME OF SIGNATORY) DATE Revised 07/01/94

MOR-1

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH 4/1-4/30/2021 | MONTH 5/1-5/31/2021 | MONTH 6/1-6/30/2021 | MONTH 7/1-7/31/2021 | MONTH 8/1-8/31/2021 | MONTH 9/1-9/30/2021 | MONTH 10/1-10/31/2021 |
|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | |
| Cash | | | 2,726.55 | 4,386.20 | 2,168.29 | 1,401.50 | 49,215.01 | 893,954.12 | 893,954.12 |
| Accounts Receivable, Net | | | | | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | | | |
| Prepaid Expenses | | | | | | | | | |
| Investments | | | 477,490.11 | 477,490.11 | 477,490.11 | 477,490.11 | 477,490.11 | -10,895.00 | -10,895.00 |
| Other | | | | | | | | | |
| TOTAL CURRENT ASSETS | 0.00 | 480,216.66 | 481,876.31 | 479,658.40 | 478,891.61 | 526,705.12 | 883,059.12 | 883,059.12 |
| PROPERTY, PLANT & EQUIP. @ COST | | | | | | | | | |
| Less Accumulated Depreciation | | | | | | | | | |
| NET BOOK VALUE OF PP & E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | | | |
| 1. Tax Deposits | | | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | | | |
| 3. Electric Deposit | | | | | | | | | |
| 4. | | | | | | | | | |
| TOTAL ASSETS | $0.00 | $480,216.66 | $481,876.31 | $479,658.40 | $478,891.61 | $526,705.12 | $883,059.12 | $883,059.12 |

* Per Schedules and Statement of Affairs

MOR-2

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

| LIABILITIES & OWNER'S EQUITY | MONTH 5/1-5/31/2021 | MONTH 6/1-6/30/2021 | MONTH 7/1-7/31/2021 | MONTH 8/1-8/31/2021 | MONTH 9/1-9/30/2021 | MONTH 10/1-10/31/2021 |
|---|---|---|---|---|---|---|
| LIABILITIES | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | | | | | |
| PRE-PETITION LIABILITIES | | | | | | |
| Notes Payable - Secured | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | 0.00 | 0.00 |
| Priority Debt | | | | | | |
| Federal Income Tax | | | | | | |
| FICA/Withholding | | | | | | |
| Unsecured Debt | 73,330.95 | 73,330.95 | 73,330.95 | 73,330.95 | 111,168.58 | 111,168.58 |
| Other | 183,174.52 | 183,174.52 | 183,174.52 | 183,174.52 | 0.00 | 0.00 |
| TOTAL PRE-PETITION LIABILITIES | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 | 111,168.58 | 111,168.58 |
| TOTAL LIABILITIES | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 | 111,168.58 | 111,168.58 |
| OWNER'S EQUITY (DEFICIT) | | | | | | |
| PREFERRED STOCK | | | | | | |
| COMMON STOCK | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 |
| RETAINED EARNINGS: Filing Date | | | | | | |
| RETAINED EARNINGS: Post Filing Date | -73,061.24 | -73,061.24 | -73,061.24 | -73,061.24 | 6,377,574.95 | 6,377,574.95 |
| TOTAL OWNER'S EQUITY (NET WORTH) | -5,678,745.65 | -5,678,745.65 | -5,678,745.65 | -5,678,745.65 | 771,890.54 | 771,890.54 |
| TOTAL LIABILITIES & OWNERS EQUITY | $477,759.82 | $477,759.82 | $477,759.82 | $477,759.82 | $883,059.12 | $883,059.12 |

MOR-3

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| **TRADE ACCOUNTS PAYABLE** |  |  |  |  |  |  |
| **TAX PAYABLE** |  |  |  |  |  |  |
| Federal Payroll Taxes |  |  |  |  |  |  |
| State Payroll Taxes |  |  |  |  |  |  |
| Ad Valorem Taxes |  |  |  |  |  |  |
| Other Taxes |  |  |  |  |  |  |
| **TOTAL TAXES PAYABLE** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **SECURED DEBT POST-PETITION** |  |  |  |  |  |  |
| **ACCRUED INTEREST PAYABLE** |  |  |  |  |  |  |
| **ACCRUED PROFESSIONAL FEES*** |  |  |  |  |  |  |
| **OTHER ACCRUED LIABILITIES** |  |  |  |  |  |  |
| 1. Paid PostPetition |  |  |  |  |  |  |
| 2. |  |  |  |  |  |  |
| 3. |  |  |  |  |  |  |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

**MOR-4**

Revised 07 01 98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

**AGING OF POST-PETITION LIABILITIES**
MONTH _____

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 0.00 | | | | | |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**AGING OF ACCOUNTS RECEIVABLE**

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-5

Revised 07 01 98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

| | MONTH 4/1-4/30/2021 | MONTH 5/1-5/31/2021 | MONTH 6/1-6/30/2021 | MONTH 7/1-7/31/2021 | MONTH 8/1-8/31/2021 | MONTH 9/1-9/30/2021 | MONTH 10/1-10/31/2021 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 2,000.00 | 50,000.00 | 0.00 | 150.00 | 50,000.00 | 7,142,789.41 | 3.00 | 7,308,254.69 |
| TOTAL COST OF REVENUES | | | | | | | | 6,218.96 |
| GROSS PROFIT | 2,000.00 | 50,000.00 | 0.00 | 150.00 | 50,000.00 | 7,142,789.41 | 3.00 | 7,302,035.73 |
| OPERATING EXPENSES: | | | | | | | | |
| Selling & Marketing | | | | | | | | 0.00 |
| General & Administrative | 15.00 | 27.00 | 15.00 | 15.00 | 27.00 | 29.93 | 3.00 | 2,087.93 |
| Insiders Compensation | | | | | | | | 0.00 |
| Professional Fees | 0.00 | 44,200.00 | 0.00 | 0.00 | 0.00 | 52,757.00 | 0.00 | 199,683.07 |
| Other | 1,056.13 | 1,300.00 | 1,400.00 | 398.79 | 750.00 | 23,578.28 | 0.00 | 39,343.67 |
| Other | 1,545.64 | 2,813.35 | 802.91 | 503.00 | 1,409.49 | 8,686.25 | 0.00 | 27,284.12 |
| TOTAL OPERATING EXPENSES | 2,616.77 | 48,340.35 | 2,217.91 | 916.79 | 2,186.49 | 85,051.46 | 3.00 | 268,398.79 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -616.77 | 1,659.65 | -2,217.91 | -766.79 | 47,813.51 | 7,057,737.95 | 0.00 | 7,033,636.94 |
| INTEREST EXPENSE | | | | | | 530,000.00 | 0.00 | 530,000.00 |
| DEPRECIATION | | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | 126,061.99 | 0.00 | 126,061.99 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 656,061.99 | 0.00 | 656,061.99 |
| NET INCOME BEFORE TAXES | -616.77 | 1,659.65 | -2,217.91 | -766.79 | 47,813.51 | 6,401,675.96 | 0.00 | 6,377,574.95 |
| FEDERAL INCOME TAXES | | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | ($616.77) | $1,659.65 | ($2,217.91) | ($766.79) | $47,813.51 | $6,401,675.96 | $0.00 | $6,377,574.95 |

Accrual Accounting Required, Otherwise Footnote with Explanation.
* Footnote Mandatory.
** Unusual and or infrequent item(s) outside the ordinary course of business requires footnote.

MOR-6

Revised 07 01 98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 4/1-4/30/2021 | MONTH 5/1-5/31/2021 | MONTH 6/1-6/30/2021 | MONTH 7/1-7/31/2021 | MONTH 8/1-8/31/2021 | MONTH 9/1-9/30/2021 | MONTH 10/1-10/31/2021 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $3,343.32 | $2,726.55 | $4,386.20 | $2,168.29 | $1,401.50 | $49,215.01 | $893,954.12 |
| RECEIPTS: | | | | | | | | |
| 2. CASH SALES | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | | 13,315.28 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | 7,450,000.00 | 0.00 | 73,330.95 |
| 6. OTHER (attach list) | | 2,000.00 | 50,000.00 | | 150.00 | 50,000.00 | 0.00 | 7,450,000.00 |
| TOTAL RECEIPTS** | 0.00 | 2,000.00 | 50,000.00 | 0.00 | 150.00 | 50,000.00 | 7,450,000.00 | 3.00 | 152,150.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 3.00 | 238,796.23 |
| | | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | | |
| 7. NET PAYROLL | | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | | 1,844.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | 1,671.77 | 0.00 | 408.12 | 398.79 | 0.00 | 3,668.76 | 0.00 | 8,423.01 |
| 12. INSURANCE | | | | | | 5,017.49 | 0.00 | 5,017.49 |
| 13. INVENTORY PURCHASES | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | 930.00 | 2,813.35 | 1,794.79 | 503.00 | 1,409.49 | 9,257.65 | 0.00 | 39,455.20 |
| 17. ADMINISTRATIVE & SELLING | | 15.00 | 27.00 | 15.00 | 15.00 | 27.00 | 15.00 | 3.00 | 243.61 |
| 18. OTHER (attach list) | | | | | | | 6,556,061.99 | 0.00 | 6,556,061.99 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 2,616.77 | 2,840.35 | 2,217.91 | 916.79 | 1,436.49 | 6,574,020.89 | 3.00 | 6,611,045.30 |
| 19. PROFESSIONAL FEES | | | 44,200.00 | 0.00 | 0.00 | 0.00 | 31,240.00 | 0.00 | 178,166.07 |
| 20. U.S. TRUSTEE FEES | | 0.00 | 1,300.00 | 0.00 | 0.00 | 750.00 | 0.00 | 0.00 | 5,630.74 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 2,616.77 | 48,340.35 | 2,217.91 | 916.79 | 2,186.49 | 6,605,260.89 | 3.00 | 6,794,842.11 |
| 22. NET CASH FLOW | 0.00 | -616.77 | 1,659.65 | -2,217.91 | -766.79 | 47,813.51 | 844,739.11 | 0.00 | -6,556,045.88 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $2,726.55 | $4,386.20 | $2,168.29 | $1,401.50 | $49,215.01 | $893,954.12 | $893,954.12 | |

MOR-7

\* Applies to Individual debtors only
\*\*Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

Revised 07 01 98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## CASH ACCOUNT RECONCILIATION
### MONTH OF 10/1-10/31/2021

| BANK NAME | Broadway | | | Broadway | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | 8640 # | # | | 3032 | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | -3.00 | | | 893,957.12 | $893,954.12 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | ($3.00) | $0.00 | $0.00 | $893,957.12 | $893,954.12 |
| BEGINNING CASH - PER BOOKS | -3.00 | | | 893,957.12 | $893,954.12 |
| RECEIPTS* | 3.00 | | | 0.00 | $3.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 3.00 | | | 0.00 | $3.00 |
| ENDING CASH - PER BOOKS | ($3.00) | $0.00 | $0.00 | $893,957.12 | $893,954.12 |

MOR-8

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

Revised 07/01/98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH 4/1-4/30/2021 | MONTH 5/1-5/31/2021 | MONTH 6/1-6/30/2021 | MONTH 7/1-7/31/2021 | MONTH 8/1-8/31/2021 | MONTH 9/1-9/30/2021 | MONTH 10/1-10/31/2021 |
|---|---|---|---|---|---|---|---|
| 1. Jerry G Miers, CPA | | | | | | | |
| 2. Mueller-Smeburg, PLLC | | 44,200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. Granstaff, Gaedke and Edgmon | | | | | | | |
| 4. Douglas Deffenbaugh CPA | | | | | | 4,740.00 | 0.00 |
| 5. CJ Mueller & Assoc | | | | | | 26,500.00 | 0.00 |
| 6. | | | | | | | |
| TOTAL PROFESSIONALS (MO | $0.00 | $44,200.00 | $0.00 | $0.00 | $0.00 | $31,240.00 | $0.00 |

MOR-9

CASE NAME: KrisJenn Ranch Series Pipeline LLC
CASE NUMBER: 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 3/1-3/31/2021 | MONTH 4/1-4/30/2021 | MONTH 5/1-5/31/2021 | MONTH 6/1-6/30/2021 | MONTH 7/1-7/31/2021 | MONTH 8/1-8/31/2021 | MONTH 9/1-9/30/2021 | MONTH 10/1-10/31/2021 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| RECEIPTS: | | | | | | | | | |
| 2. CASH SALES | | | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | | | |
| 7. NET PAYROLL | | | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | | | 0.00 |
| 18. OTHER (attach list) | | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. PROFESSIONAL FEES | | | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22. NET CASH FLOW | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

\* Applies to Individual debtors only

MOR-7

\*\*Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

Revised 07 01 98

CASE NAME: KrisJenn Ranch Series Pipeline LLC
CASE NUMBER: 20-50805-RBK

## CASH ACCOUNT RECONCILIATION
### MONTH OF 10/31/2021

| BANK NAME | Broadway | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | ▉8640 # | | # | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 0.00 | | | | $0.00 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING CASH - PER BOOKS | 0.00 | | | | $0.00 |
| RECEIPTS* | 0.00 | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 0.00 | | | | $0.00 |
| ENDING CASH - PER BOOKS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

CASE NAME: KrisJenn Ranch Series Uvalde Ranch LLC
CASE NUMBER: 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 3/1-3/31/2021 | MONTH 4/1-4/30/2021 | MONTH 5/1-5/31/2021 | MONTH 6/1-6/30/2021 | MONTH 7/1-7/31/2021 | MONTH 8/1-8/31/2021 | MONTH 9/1-9/30/2021 | MONTH 10/1-10/31/2021 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| RECEIPTS: | | | | | | | | | |
| 2. CASH SALES | | | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | | | |
| 7. NET PAYROLL | | | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | | | 0.00 |
| 18. OTHER (attach list) | | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. PROFESSIONAL FEES | | | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22. NET CASH FLOW | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Applies to Individual debtors only
**Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7

Revised 07 01 98

CASE NAME: KrisJenn Ranch Series Uvalde Ranch LLC
CASE NUMBER: 20-50805-RBK

# CASH ACCOUNT RECONCILIATION
## MONTH OF 10/31/2021

| BANK NAME | Broadway | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | ▇▇▇▇8640 # | | # | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 0.00 | | | | $0.00 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING CASH - PER BOOKS | 0.00 | | | | $0.00 |
| RECEIPTS* | 0.00 | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 0.00 | | | | $0.00 |
| ENDING CASH - PER BOOKS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

KrisJenn Ranch, LLC
Working Trial Balance
10/31/2021

| Account | Beginning Balances 8/31/2021 | | Transactions Dr | (Cr) | Balance 9/30/2021 | Adjustments Dr | # | (CR) | Balance DR/(CR) | |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash - Broadway Bank | -3.00 | | 3.00 | 3.00 | -3.00 | | | | -3.00 | |
| Transfers | 0.00 | | | | 0.00 | | | | 0.00 | |
| Cash - DIP #2 Broadway Bank | 893,957.12 | | 0.00 | 0.00 | 893,957.12 | | | | 893,957.12 | |
| Note Rec - Cope-N-Hagan | 0.00 | | | | 0.00 | | | | 0.00 | |
| Note Rec - SWD - Big Foot Energy | 0.00 | | | 0.00 | 0.00 | | | | 0.00 | |
| Invest - Thunder Rock Ptrshp | | 10,895.00 | | | -10,895.00 | | | | -10,895.00 | |
| Invest - VEC Partnership | 0.00 | | | 0.00 | 0.00 | | | | 0.00 | |
| Automotive Equipment | 0.00 | | | | 0.00 | | | | 0.00 | |
| Accum Deprec | 0.00 | 0.00 | | | 0.00 | | | | 0.00 | |
| Deferred Gain - SWD Instal Sale | 0.00 | 0.00 | 0.00 | | 0.00 | | | | 0.00 | |
| Payable Post Pet Exp Pd by Larry Wright | | 35,837.63 | | 0.00 | -35,837.63 | | | | -35,837.63 | |
| Note Payable - Pipeline | 0.00 | 0.00 | 0.00 | | 0.00 | | | | 0.00 | |
| Note Payable - Larry Wright | | 75,330.95 | 0.00 | | -75,330.95 | | | | -75,330.95 | |
| | | | | | 0.00 | | | | 0.00 | |
| Capital - Larry Wright | 5,605,684.41 | 0.00 | | | 5,605,684.41 | | | | 5,605,684.41 | 6,377,574.95 |
| Net Proceeds from Sale | | 7,450,000.00 | | 0.00 | -7,450,000.00 | | | | -7,450,000.00 | |
| Trailer Lease | | 3,600.00 | | | -3,600.00 | | | | -3,600.00 | |
| Cattle Auction | 0.00 | 9,715.28 | | 0.00 | -9,715.28 | | | | -9,715.28 | |
| Interest income | 0.00 | | | | 0.00 | | | | 0.00 | |
| Loss on Sale of SWD | 57,844.59 | | 0.00 | | 57,844.59 | | | | 57,844.59 | |
| ST Cap Gain VECPtrshp | 247,366.00 | | 0.00 | | 247,366.00 | | | | 247,366.00 | |
| Loss on Bad Debt | 0.00 | | | | 0.00 | | | | 0.00 | |
| (inc)/Loss Thunder Rd Partnership | 0.00 | | | | 0.00 | | | | 0.00 | |
| (Inc)/Loss VEX Partnership | 0.00 | | | | 0.00 | | | | 0.00 | |
| Revenue/Option Fee- McLeod/Chicago | -150,150.00 | | | 0.00 | -150,150.00 | | | | -150,150.00 | |
| Auto & Truck | 0.00 | | | | 0.00 | | | | 0.00 | |
| Bank Service Charge | 240.00 | | 3.00 | 3.00 | 240.00 | | | | 240.00 | |
| Closing Costs on Ranch Sale | 126,061.99 | | 0.00 | | 126,061.99 | | | | 126,061.99 | |
| Contract Labor | 1,305.00 | | 0.00 | | 1,305.00 | | | | 1,305.00 | |
| Contributions | 0.00 | | | 0.00 | 0.00 | | | | 0.00 | |
| Depreciation | 0.00 | | | | 0.00 | | | | 0.00 | |
| Feed | 19,708.24 | | 0.00 | | 19,708.24 | | | | 19,708.24 | |
| Fuel | 1,089.34 | | 0.00 | | 1,089.34 | | | | 1,089.34 | |
| Ranch electricity | 7,174.11 | | 0.00 | | 7,174.11 | | | | 7,174.11 | |
| Interest expense | 530,000.00 | | 0.00 | | 530,000.00 | | | | 530,000.00 | |
| Legal & Professional | 199,683.07 | | 0.00 | | 199,683.07 | | | | 199,683.07 | |
| Management Fees | 0.00 | | | | 0.00 | | | | 0.00 | |
| Meals & Entertainment | 0.00 | | | | 0.00 | | | | 0.00 | |
| Miscellaneous | 150.00 | | 0.00 | | 150.00 | | | | 150.00 | |
| Office/insurance | 5,021.10 | | 0.00 | | 5,021.10 | | | | 5,021.10 | |
| Other Deductions - Royalty Income | 0.00 | | | | 0.00 | | | | 0.00 | |
| Quarterly Fees- US Trustee | 5,630.74 | | 0.00 | | 5,630.74 | | | | 5,630.74 | |
| Repairs & Maintenance | 25,264.46 | | 0.00 | | 25,264.46 | | | | 25,264.46 | |
| Supplies | 1,671.52 | | 0.00 | | 1,671.52 | | | | 1,671.52 | |
| Taxes - Property | 5,836.17 | | 0.00 | | 5,836.17 | | | | 5,836.17 | |
| Taxes - Franchise | 1,844.00 | | | | 1,844.00 | | | | 1,844.00 | |
| Travel | 0.00 | | | | 0.00 | | | | 0.00 | -6,377,574.95 |
| | 7,585,378.86 | 7,585,378.86 | 6.00 | 6.00 | 0.00 | 0.00 | | 0.00 | 0.00 | |

KrisJenn Ranch, LLC
Expenses
10/01/2021 - 10/31/2021

| Date | Check # | Payee | Cash Dr/(Cr) | Bank Charges | Supplies | Office Exp/Insurance | Legal & Professional | Note Pay - Larry Wright | Electric | Feed | Mgmt Fee | Repairs & Maintenance | US Trustee Quarterly | Fuel | Taxes - Franchise |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/29/2021 | N/A | Broadway Bank | | 3.00 | | | | | | | | | | | |
| | | | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# BROADWAY BANK

1177 N.E. Loop 410
San Antonio, TX 78209

Account Number
█████3032
Page 1 of 2                    0

broadway.bank
800.531.7650

KRISJENN RANCH LLC
DEBTOR IN POSSESSION #2
CASE# 20-50805
410 SPYGLASS RD
MCQUEENEY TX 78123-3418



**Buying a gift card to pay someone? Stop! It's a scam.**
Gift cards are for gifts NOT payments.

Gift cards continue to be the most common form of payment requested by scammers. Gift cards are easily purchased and provide instant funds without setting off any alerts. This method also provides anonymity for the scammer as the gift cards are not tied to an account or person. If someone calls you and demands that you pay them with gift cards, it is a scam. If you paid a scammer with a gift card, contact the company that issued the card immediately. To report scams and to read more about gift card scams please visit FTC.gov/giftcards

## Bank Statement
### SUMMARY OF ACCOUNTS

| Account Type | Account # | Balance as of Sep 30, 2021 | YTD Interest |
|---|---|---|---|
| ADVANTAGE BUSINESS CHECKING | ████3032 | $893,957.12 | $0.00 |

This statement reports your balances and activity from Sep 09, 2021 thru Sep 30, 2021 on the following accounts.

**ADVANTAGE BUSINESS CHECKING**   Account #████3032   Balance: $893,957.12

| | | |
|---|---|---|
| Balance Last Statement | | 0.00 |
| **Deposits/Credits** | | **893,969.12** |
| Sep 09 | APX XFER FR DDA████████8640 APX TFR RF#131009006308 CARD# | 25.00 |
| Sep 15 | WIRE IN 1041 CHICAGO TITLE OF TEXAS LLC INTERNATIONAL BANK 50 | 893,938.01 |
| Sep 30 | APX XFER FR DDA████████8640 APX TFR RF#114718007161 CARD# | 6.11 |
| **Total Debits** | | **12.00** |
| **Other Withdrawals** | | |
| Sep 15 | INCOMING WIRE | 12.00 |

# BROADWAY BANK

1177 N.E. Loop 410
San Antonio, TX 78209

Account Number
█████3032
Page 2 of 2   0

broadway.bank
800.531.7650

**Balance This Statement**                                                                 893,957.12

Running Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09-09 | $25.00 | 09-15 | $893,951.01 | 09-30 | $893,957.12 |

### END OF STATEMENT

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT, PLEASE CONTACT DEPOSIT OPERATIONS**
By Phone: 210.283.6500/800.531-7650 * By Mail: P.O. Box 17001, San Antonio, TX 78217

**In Case of Errors or Questions About Your Electronic Transfers** (e.g. ATM or debit card transactions, direct deposits or withdrawals) Telephone us at 210.283.6500 or 800.531.7650 or write us at Card Operations, P.O. Box 17001, San Antonio, TX 78217 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error or problem appeared. (1)Include your name and account number; (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information; and (3) Tell us the dollar amount of the suspected error. (If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.)
We will investigate and if we find we have made an error, we will credit your account when the investigation has been completed.
**Reporting Other Problems** (e.g. Unauthorized Signature or Alteration) You must examine your statement promptly and notify us in writing, within 30 days after the date your statement was mailed or otherwise made available to you, of the facts relevant to any errors, problems or unauthorized transactions on your account. If you fail to report any unauthorized signatures, alterations, or forgeries within 30 days of when your statement was sent or made available, you cannot assert a claim against us and the loss will be entirely yours.
**Deposit Agreement** Your account is governed by the terms of your Deposit Agreement, the Fee Schedule, and other disclosures provided at account opening and amended from time to time. Copies of the current versions of these documents are available at any Banking Center or by calling 210.283.6500 or 800.531.7650.

# BROADWAY BANK

1177 N.E. Loop 410
San Antonio, TX 78209

Account Number
■■■■■8640
Page 1 of 2

**Return Service Requested**

broadway.bank
800.531.7650

014148 0.6500 AB 0.461  TR00107

KRISJENN RANCH LLC
DEBTOR IN POSSESSION
CASE# 20-50805
410 SPYGLASS RD
MCQUEENEY TX 78123-3418



**Buying a gift card to pay someone? Stop! It's a scam.**
**Gift cards are for gifts NOT payments.**

Gift cards continue to be the most common form of payment requested by scammers. Gift cards are easily purchased and provide instant funds without setting off any alerts. This method also provides anonymity for the scammer as the gift cards are not tied to an account or person. If someone calls you and demands that you pay them with gift cards, it is a scam. If you paid a scammer with a gift card, contact the company that issued the card immediately. To report scams and to read more about gift card scams please visit FTC.gov/giftcards

## Bank Statement
### SUMMARY OF ACCOUNTS

| Account Type | Account # | Balance as of Sep 30, 2021 | YTD Interest |
|---|---|---|---|
| ADVANTAGE BUSINESS CHECKING | ■■■■■8640 | -$3.00 | $0.00 |

This statement reports your balances and activity from Aug 31, 2021 thru Sep 30, 2021 on the following accounts.

**ADVANTAGE BUSINESS CHECKING**   Account # ■■■■■8640

| | | |
|---|---|---|
| Balance Last Statement | | Balance: -$3.00 |
| Total Debits | | 49,215.01 |
| | | 49,218.01 |
| Checks Written | | 49,183.90 |

| Check # | Date Paid | Amount | Check # | Date Paid | Amount |
|---|---|---|---|---|---|
| 157 | 09-08 | 827.57 | 160 | 09-27 | 1,640.00 |
| 158 | 09-03 | 26,500.00 ✓ | 161 | 09-30 | 4,650.00 |
| 159 | 09-16 | 3,100.00 ✓ | 162 | 09-30 | 12,466.33 |

**Other Withdrawals**

| Date | Description | Amount |
|---|---|---|
| Sep 09 | APX XFER TO DDA ■■■■■3032 APX TFR RF#131009006308 CARD# | 25.00 |
| Sep 30 | DEP-Paper Statement Fee | 3.00 |
| Sep 30 | APX XFER TO DDA ■■■■■3032 APX TFR RF#114718007161 CARD# | 6.11 |

**BROADWAY BANK**
1177 N.E. Loop 410
San Antonio, TX 78209

Account Number
████8640
Page 2 of 2

broadway.bank
800.531.7650

# BROADWAY BANK

1177 N.E. Loop 410
San Antonio, TX 78209

Account Number
████8640
Page 2 of 2

broadway.bank
800.531.7650

## Balance This Statement

-3.00

### Running Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08-31 | $49,215.01 | 09-09 | $21,862.44 | 09-30 | -$3.00 |
| 09-03 | $22,715.01 | 09-16 | $18,762.44 | | |
| 09-08 | $21,887.44 | 09-27 | $17,122.44 | | |

END OF STATEMENT

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT, PLEASE CONTACT DEPOSIT OPERATIONS
By Phone: 210.283.6500/800.531.7650 * By Mail: P.O. Box 17001, San Antonio, TX 78217

In Case of Errors or Questions About Your Electronic Transfers (e.g. ATM or debit card transactions, direct deposits or withdrawals) Telephone us at 210.283.6500 or 800.531.7650 or write us at Card Operations, P.O. Box 17001, San Antonio, TX 78217 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error or problem appeared. (1)Include your name and account number; (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information; and (3) Tell us the dollar amount of the suspected error. (If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.)
We will investigate and if we find we have made an error, we will credit your account when the investigation has been completed.

Reporting Other Problems (e.g. Unauthorized Signature or Alteration) You must examine your statement promptly and notify us in writing, within 30 days after the date your statement was mailed or otherwise made available to you, of the facts relevant to any errors, problems or unauthorized transactions on your account. If you fail to report any unauthorized signatures, alterations, or forgeries within 30 days of when your statement was sent or made available, you cannot assert a claim against us and the loss will be entirely yours.

Deposit Agreement Your account is governed by the terms of your Deposit Agreement, the Fee Schedule, and other disclosures provided at account opening and amended from time to time. Copies of the current versions of these documents are available at any Banking Center or by calling 210.283.6500 or 800.531.7650.

## Check 157
KRISJENN RANCH, LLC
DEBTOR IN POSSESSION
CASE# 20-50805
410 SPYGLASS RD
MCQUEENEY, TX 78123
Date: 9.1.21
Pay to the order of: MEC
Amount: $827.57
eight hundred twenty-seven 57/xx
For: FiNAl Bill — 1003
Signed: Larry Wright
BROADWAY BANK

Ck# 157 Amt $827.57 9-8-2021
electric

## Check 158
KRISJENN RANCH, LLC
Date: 9.3.21
Pay to the order of: CJ Muller & Assoc
Amount: $26,500.00
twenty-six thousand & five hundred 00/xx
For: $1500 Apperl
Signed: Larry Wright

Ck# 158 Amt $26,500.00 9-3-2021
attorney

## Check 159
KRISJENN RANCH, LLC
Date: 9.9.21
Pay to the order of: Douglas F. Deffebach, CPA
Amount: $3,100.00
three thousand one hundred 00/xx
For: DIP Accounting fees
Signed: Larry Wright

Ck# 159 Amt $3,100.00 9-16-2021
Act

## Check 160
KRISJENN RANCH, LLC
Date: 9.15.21
Pay to the order of: Deffebach & Lawse, PLLC
Amount: $1,640.00
one thousand six hundred forty 00/xx
#5918
For: 2020 Tax Preparation
Signed: Larry Wright

Ck# 160 Amt $1,640.00 9-27-2021
Act

## Check 161
KRISJENN RANCH, LLC
Date: 9.30.21
Pay to the order of: Larry Wright
Amount: $4,650.00
four thousand six hundred fifty 00/xx
reimburse final payments
For: #3135 Corey Molloy $2800; 3138 Juan Rodriguez $1850 ranchers
Signed: Larry Wright

Ck# 161 Amt $4,650.00 9-30-2021

ranch expenses reimbursed

## Check 162
KRISJENN RANCH, LLC
Date: 9.30.21
Pay to the order of: Larry Wright
Amount: $12,466.33
twelve thousand four hundred sixty-six 33/xx
MEC 7-1-20-T-21 $2,841.19
State Farm
5/23 Josh/Corey Molloy $1510  3095  $982.36
3088  $3000    3104  $1227.81
3147  $700     3069 $389.55

Ck# 162 Amt $12,466.33 9-30-2021

$700 √ 3147 - Attached
$185.42 ?  State Farm
$982.36 √ 3095 - Attached - Tx. Farm Store
$1227.81 √ 3104 - " "  Tx Farm Store
$389.55 √ 3109 - Tx. Farm Store
$3000 √ 3088 - attached - Corey Molloy Pd.
$1510 √ 3069 - "  "  "
2841.19    MEC

— Attached # 3135
# 3138

2800 - Corey - ranch mgr
1850 Juan - ranch plumber