**The relief described hereinbelow is SO ORDERED.**

**Signed January 05, 2022.**

_____
**Ronald B. King**
**United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC, et al | § | CASE NO. 20-50805-rbk |
| | § | |
| DEBTOR | § | (Jointly Administered) |

### ORDER

BE IT REMEMBERED that there was presented to the Court, William D. Kuhlmann, Jr.'s ("Mr. Kuhlmann") and Albert, Neely & Kuhlmann, L.L.P.'s ("ANK" and collectively with Mr. Kuhlmann, "Movants") Motion to Quash Subpoenas and Motion for Entry of Protective Order (the "Motion"). The Court, having reviewed the Motion, has decided it should be granted in part. ACCORDINGLY,

IT IS ORDERED that Movants shall submit a privilege log to counsel for Debtors not later than **January 14, 2022**; and

1

IT IS FURTHER ORDERED that neither McLeod Oil, LLC ("McLeod"), John McLeod, nor Adam McLeod have waived the attorney-client privilege and that no exception to the attorney-client privilege has been found; and

IT IS FURTHER ORDERED that Mr. Kuhlmann shall appear for his deposition via Zoom at **1:00 p.m. on January 20, 2022**, which deposition shall be limited by the following rules, requirements, and conditions:

- The deposition shall not exceed a total of three (3) hours in length;
- Counsel for Debtors shall only make factual inquiries concerning the reasonableness and necessity of attorney's fees incurred by McLeod for legal services rendered by Mr. Kuhlmann and ANK; and
- Counsel for Debtors shall be prohibited from questioning Mr. Kuhlmann about (1) attorney-client privileged communications or work-product privileged information; and (2) Mr. Kuhlmann's mental impressions, perceptions, opinions or interpretations of documents or other information.

IT IS FURTHER ORDERED that the hearing currently scheduled in this matter for January 12, 2022, is continued to begin **10:00 a.m. on February 8, 2022,** and such hearing shall take place remotely via **Webex@ https://us-courts.webex.com/meet/King**

IT IS SO ORDERED.

# # #

**2**

SUBMITTED BY:

*/s/ Lynne B. Frank*

Lynne B. Frank (admitted *pro hac vice*)
lfrank@bjplaw.com
State Bar No. 24087215
BRUNER & BRUNER, P.C.
3700 West 7th Street
Fort Worth, Texas 76107-2536
Telephone: (817) 332-6633
Facsimile: (817) 332-6619
***Attorney for William D. Kuhlmann, Jr.
and Albert, Neely & Kuhlmann, L.L.P.***