The relief described hereinbelow is SO ORDERED.

Signed January 06, 2022.

_____
**Ronald B. King**
**United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC, *et al* | § | CASE NO. 20-50805-rbk |
| | § | |
| | § | |
| DEBTOR | § | (Jointly Administered) |

### AMENDED ORDER ON DEBTORS' FIFTH JOINT EXPEDITED MOTION TO EXTEND DEBTORS' EXCLUSIVITY PERIOD AND ORDER CONTINUING <u>DISCLOSURE HEARING</u>

This matter came before the Court on KrisJenn Ranch, LLC, KrisJenn Ranch, LLC Series Pipeline ROW, and KrisJenn Ranch, LLC Series Uvalde Ranch's (the "Debtors"), *Fifth Joint Motion to Extend Debtors' Exclusivity Period* (the "Motion")

The Court finding that it is more likely than not that the Court will Confirm a Plan of Reorganization in Debtors' Cases in a reasonable period of time and that Debtors' Motion is well taken and, it is therefore,

ORDERED, ADJUDGED AND DECREED that the period set forth in 11 U.S.C. § 1121

(d) is extended as follows:

The Debtors shall have the exclusive right to solicit and confirm their plans of reorganization up to and including March 23, 2022; it is further

ORDERED that the hearing on Debtors' Joint Disclosure Statement is Continued from January 19, 2022, until February 23, 2022, at 10:00 am via WEBEX at **https://us-courts.webex.com/meet/King**.

###

**Submitted By:**

THE SMEBERG LAW FIRM, PLLC

By: /s/ *Ronald J. Smeberg*
RONALD J. SMEBERG
State Bar No. 24033967
4 Imperial Oaks
San Antonio, Texas 78248
210-695-6684 (Tel)
210-598-7357 (Fax)
ron@smeberg.com
ATTORNEY FOR DEBTORS