**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **KRISJENN RANCH, LLC, et al** | § | **CASE NO. 20-50805-rbk** |
| | § | |
| **DEBTOR** | § | **(Jointly Administered)** |

**NOTICE OF AGREEMENT TO WITHDRAW
DEBTORS' REQUESTS FOR PRIVILEGE LOG AND DEPOSITION**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

**NOW COME** William D. Kuhlmann, Jr. ("Mr. Kuhlmann") and Albert, Neely & Kuhlmann, L.L.P. ("ANK") and file this Notice of Agreement to Withdraw Debtors' Requests for Privilege Log and Deposition ("Notice"), and in support thereof would respectfully show the Court the following:

On January 5, 2022, the Court entered an order (the "Order") that compelled (1) Mr. Kuhlmann and ANK to submit a privilege log to counsel for Debtors not later than January 14, 2022; and (2) Mr. Kuhlmann to appear for his deposition via Zoom on January 20, 2022. The Order is attached hereto as **Exhibit "A."**

On January 12, 2022, counsel for Debtors, John Muller, emailed Mr. Kuhlmann and advised him that "[w]e have settled this matter and everyone is presently working on drafting the settlement agreement. **We withdraw our request for the privilege log pending approval of the settlement agreement by the bankruptcy court. Of course, we reserve the right to retender the request if this matter does not settle for some unforeseen reason. However, I do not believe that will be an issue. Please let me know if you have**

**any concerns**." (Emphasis added). In reliance on that email from Mr. Muller, ANK and Mr. Kuhlmann have ceased their work on the privilege log. Mr. Muller also confirmed in a follow-up email to Mr. Kuhlmann that the Debtors likewise withdraw their request to take Mr. Kuhlmann's deposition, subject to settlement. The email correspondence between Mr. Kuhlmann and Mr. Muller is attached hereto as **Exhibit "B."**

Accordingly, Mr. Kuhlmann and ANK respectfully request the Court take notice that the Debtors have withdrawn their requests for the privilege log and Mr. Kuhlmann's deposition, which are the subject of the Order. In light of and in reliance on Debtors' withdrawal of their requests, and to stop further incurring of attorneys' fees because of the potential settlement, ANK and Mr. Kuhlmann will therefore not produce a privilege log to Debtors on January 14, 2022, and Mr. Kuhlmann will not appear for his deposition on January 20, 2022; provided, however, if the case does not settle for some unlikely reason, ANK and Mr. Kuhlmann agree to provide the Debtors with a privilege log (at a later date) and Mr. Kuhlmann will appear for his deposition (at a later date) subject to the limitations set forth in the Order.

Respectfully submitted,

*/s/ Lynne B. Frank*
Lynne B. Frank (admitted *pro hac vice*)
lfrank@bjplaw.com
State Bar No. 24087215
BRUNER & BRUNER, P.C.
3700 West 7th Street
Fort Worth, Texas 76107-2536
Telephone: (817) 332-6633
Facsimile: (817) 332-6619

***Attorney for William D. Kuhlmann, Jr. and Albert, Neely & Kuhlmann, L.L.P.***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 13, 2022, a true and correct copy of the foregoing document was served upon all parties listed below electronically via the Court's ECF System.

C John Muller IV (john.muller@cjma.law)
CJ MULLER & ASSOCIATES, PLLC
111 W. Sunset Road
San Antonio, Texas 78209
*Attorney for Debtor*

Ronald J. Smeberg (ron@smeberg.com)
SMEBERG LAW FIRM, PLLC
4 Imperial Oaks
San Antonio, Texas 78248
*Attorney for Debtor*

Laura L. Worsham (lworsham@jonesallen.com)
Jones, Allen & Fuquay, LLP
8828 Greenville Avenue
Dallas, TX 75243
*Attorney for Creditor McLeod Oil, LLC*

                                          */s/ Lynne B. Frank*
                                          Lynne B. Frank