**The relief described hereinbelow is SO ORDERED.**

**Signed January 21, 2022.**

_____
**Ronald B. King
United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC, *et al* | § | CASE NO. 20-50805-rbk |
| | § | |
| | § | |
| DEBTOR | § | (Jointly Administered) |

### ORDER ON KRISJENN RANCH, LLC, KRISJENN RANCH LLC, SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC, SERIES PIPELINE ROW'S MOTION TO EXPEDITE HEARING ON DEBTORS' DISCLOSURE STATEMENT AND SET EXPEDITED CONFIRMATION DATES

On this day, came on to be considered the Motion to Expedite Hearing on Debtors' Disclosure Statement and Set Expedited Confirmation Dates (the "Motion") filed by L KrisJenn Ranch, LLC, KrisJenn Ranch LLC, Series Uvalde Ranch, and KrisJenn Ranch, LLC, Series Pipeline Row (collectively, the "Debtors"), the Debtors herein. The Court, having considered the Motion and noting that proper notice and an opportunity for a hearing has been provided to all parties in interest as required by the Federal Rules of Bankruptcy Procedure, finds that the Motion has merit and should be **APPROVED** as provided herein**.**

It is therefore, **ORDERED** that a **hearing on Debtors' Third Amended Joint Disclosure Statement to Third Amended Substantively Consolidated Plan of Reorganization is hereby set on January 31, 2022 @3pm. Via Telephone at Dial (650) 479-3207 Access Code 160-686-6761#.** Mr. Smeberg shall be responsible for notice to parties.

     #          #          #

Order Submitted by:

    The Smeberg Law Firm, PLLC
    By:     /s/ *Ronald J. Smeberg*
    RONALD J. SMEBERG State Bar No. 24033967
    4 Imperial Oaks
    San Antonio, Texas 78209
    210-695-6684 (Tel)
    210-598-7357 (Fax)
    ron@smeberg.com
    ATTORNEY FOR DEBTOR