# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC | § | CASE NO. 20-50805-rbk |
| | § | |
| | § | |
| DEBTORS | § | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of 1) KrisJenn Ranch, LLC, KrisJenn Ranch LLC, Series Uvalde Ranch, And KrisJenn Ranch, LLC, Series Pipeline Row's Fourth Amended Substantively Consolidated Plan Of Reorganization [Docket No. 211], 2) Debtors' Fourth Amended Joint Disclosure Statement to Fourth Amended Substantively Consolidated Plan of Reorganization [Docket No. 212], 3) Order Approving Debtors' Fourth Amended Joint Disclosure Statement to Fourth Amended Substantively Consolidated Plan of Reorganization, Setting Confirmation Hearing and Fixing Time for Filing Acceptances and Rejections of Debtors' Fourth Amended Substantively Consolidated Plan of Reorganization [Docket. No. 213], and 4) for voting parties, a ballot conforming to Official Form 14 were served by regular First Class mail or electronically to consenting parties to the parties listed below on February 4, 2022.

Dated: February 4, 2022

Respectfully Submitted,

THE SMEBERG LAW FIRM

By: */s/ Ronald J. Smeberg*
Ronald J. Smeberg,
State Bar No. 24033967
4 Imperial Oaks
San Antonio, Texas 78248
210-695-6684 (Tel)
210-598-7357 (Fax)
ATTORNEY FOR DEBTOR

## ECF SERVICE LIST

Via CM/ECF:
USTPRegion07.SN.ECF@usdoj.gov
Office of the UST
615 E Houston, Room 533
PO Box 1539
San Antonio, TX 78295-1539

Via CM/ECF:
houston_bankruptcy@publicans.com
Angelina County Tax Assessor
606 E Lufkin Ave,
Lufkin, Texas 75901

Via CM/ECF: mthomas@pbfcm.com;
tylbkc@pbfcm.com;
mthomas@ecf.courtdrive.com
Nacogdoches County Tax
Assessor Collector
101 West Main Street
Nacogdoches, Texas 75961

Via CM/ECF:
houston_bankruptcy@publicans.com
Shelby County, Tax Collector
200 St. Augustine St.
Center, Texas 75935

Via CM/ECF:
carce@pbfcm.com;mvaldez@pbfcm.com;
mvaldez@ecf.courtdrive.com
Uvalde Tax Assessor
Courthouse Plaza, Box 8
Uvalde, Texas 78801

Via CM/ECF: lfrank@bjplaw.com
Albert, Neely & Kuhlmann
1600 Oil & Gas Building
309 W 7th St
Fort Worth, TX 76102-6900

Via CM/ECF: lworsham@jonesallen.com;
kmcdonald@jonesallen.com
McLeod Oil, LLC
c/o Laura L. Worsham
JONES, ALLEN & FUQUAY, LLP
8828 Greenville Ave.
Dallas, Texas 75243

Via CM/ECF: mblack@burnsandblack.com
DMA Properties, Inc.
896 Walnut Street at US 123 BYP
Seneca, SC 29678

## FIRST CLASS MAIL SERVICE LIST

Office of the UST
615 E Houston, Room 533
PO Box 1539
San Antonio, TX 78295-1539

U.S. Attorney
Attn: Bkcy Division
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

Internal Revenue Services
Special Procedures Branch
300 E. 8th St. STOP 5026 AUS
Austin, TX 78701

Texas Comptroller of Public Account
Attn: Bankruptcy
P.O. Box 149359
Austin, TX 78714-9359

Rusk County
202 N Main St,
Henderson, Texas 75652

Tenaha ISD Tax Assessor-Collector
138 College St
Tenaha, TX 75974-5612

C&W Fuels, Inc.
Po Box 40
Hondo, TX 78861-0040

Davis, Cedillo & Mendoza
755 E Mulberry Ave Ste 500
San Antonio, TX 78212-3135

Granstaff Gaedke & Edgmon
5535 Fredericksburg Rd Ste 110
San Antonio, TX 78229-3553

Hopper's Soft Water Service
120 W Frio St
Uvalde, TX 78801-3602

Medina Electric
2308 18th St.
Po Box 370
Hondo, TX 78861-0370

Medina's Pest Control
1490 S Homestead Rd
Uvalde, TX 78801-7625

Texas Farm Store
236 E Nopal St
Uvalde, TX 78801-5317

Uvalco Supply
2521 E Main St
Uvalde, TX 78801-4940