# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC, *et al* | § | CASE NO. 20-50805-rbk |
| | § | |
| | § | |
| DEBTOR | § | (Jointly Administered) |

## MOTION REQUESTING EXPEDITED CONSIDERATION OF DEBTORS' MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT PURSUANT TO BANKRUPTCY RULE 9019(A)

**************************************************************************
**DEBTORS HAVE REQUESTED EXPEDITED CONSIDERATION OF THIS MOTION AND HAVE REQUESTED THAT A HEARING BE HELD ON THIS MOTION AT THE COURT'S EARLIEST CONVENIENCE. IF THE COURT IN FACT SETS THIS MOTION FOR AN EXPEDITED HEARING, THEN ONLY ATTENDANCE AT THE HEARING IS NECESSARY TO PRESERVE YOUR RIGHTS**
**************************************************************************

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

KrisJenn Ranch, LLC, KrisJenn Ranch, LLC Series Pipeline ROW, and KrisJenn Ranch, LLC Series Uvalde Ranch's (the "Debtors"), Debtors and Debtors-in-Possession submit this Motion Requesting Expedited Consideration of Debtors' Motion for Approval of Settlement Agreement under Rule 9019(a) (the "Motion"), and in support thereof respectfully shows the Court as follows:

### BACKGROUND

1. The final major issue in the Debtors' bankruptcy cases is the amount of attorney fees and interest owed their primary secured creditor McLeod Oil. The Parties have reached a settlement that allows Debtors to pay all of its allowed creditors in full and are seeking court approval of the Settlement Agreement.

### RELIEF REQUESTED

1

2. Debtors request the court set an expedited hearing on Debtors' Motion for Approval of Settlement Agreement under Rule 9019(a).

## PRAYER

WHEREFORE, premises considered, Debtors respectfully request that the Court grant this request and set the Motion for Approval of Settlement Agreement under Rule 9019(a) to be heard at the Court's earliest convenience.

Dated: February 9, 2022

Respectfully submitted,

Submitted By:
SMEBERG LAW FIRM, PLLC

By: */s/ Ronald J. Smeberg*
RONALD J. SMEBERG
State Bar No. 24033967
4 Imperial Oaks.
San Antonio, Texas 78248
210-695-6684 (Tel)
210-598-7357 (Fax)
ron@smeberg.com
ATTORNEY FOR DEBTOR

## CERTIFICATE OF CONFERENCE

I hereby certify that on February 9, 2022, I conferenced via electronic mail with bankruptcy counsel for Mcleod Oil. Counsel for McLeod is unopposed to expediting the motion.

*/s/ Ronald J. Smeberg*
RONALD J. SMEBERG

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2022, true and correct copies of the foregoing will be forwarded electronically via the Court's ECF System, or by U.S. first class mail, postage prepaid, on, all parties listed on the attached Service List.

*/s/ Ronald J. Smeberg*
RONALD J. SMEBERG

# SERVICE LIST

**DEBTOR**

KrissJenn Ranch, LLC
410 Spyglass Rd
Mc Queeney, TX 78123-3418

**GOVERNMENT ENTITIES**

Office of the UST
615 E Houston, Room 533
PO Box 1539
San Antonio, TX 78295-1539

U.S. Attorney
Attn: Bkcy Division
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

Internal Revenue Services
Special Procedures Branch
300 E. 8th St. STOP 5026 AUS
Austin, TX 78701

Texas Comptroller of Public Account
Attn: Bankruptcy
P.O. Box 149359
Austin, TX 78714-9359

Angelina County Tax Assessor
606 E Lufkin Ave,
Lufkin, Texas 75901

Nacogdoches County Tax
Assessor Collector
101 West Main Street
Nacogdoches, Texas 75961

Rusk County
202 N Main St,
Henderson, Texas 75652

Shelby County, Tax Collector
200 St. Augustine St.
Center, Texas 75935

Tenaha ISD Tax Assessor-Collector
138 College St
Tenaha, TX 75974-5612

Uvalde Tax Assessor
Courthouse Plaza, Box 8
Uvalde, Texas 78801

**NOTICE PARTIES**

METTAUER LAW FIRM
c/o April Prince
403 Nacogdoches St Ste 1
Center, TX 75935-3810

Albert, Neely & Kuhlmann
1600 Oil & Gas Building
309 W 7th St
Fort Worth, TX 76102-6900

Laura L. Worsham
JONES, ALLEN & FUQUAY, LLP
8828 Greenville Ave.
Dallas, Texas 75243

Craig Crockett
CRAIG M. CROCKETT, PC
5201 Camp Bowie Blvd. #200
Fort Worth, Texas 76107

Christopher S. Johns
JOHNS &COUNSEL PLLC
14101 Highway 290 West,
ste 400A
Austin, Texas 78737

Timothy Cleveland
CLEVELAND|TERRAZAS PLLC
4611 Bee Cave Road, ste 306B
Austin, Texas 78746

**SECURED CREIDITORS**

McLeod Oil, LLC
c/o John W. McLeod, Jr.
700 N Wildwood Dr
Irving, TX 75061-8832

**UNSECURED CREIDITORS**

Bigfoot Energy Services
312 W Sabine St
Carthage, TX 75633-2519

C&W Fuels, Inc.
Po Box 40
Hondo, TX 78861-0040

Davis, Cedillo & Mendoza
755 E Mulberry Ave Ste 500
San Antonio, TX 78212-3135

Granstaff Gaedke & Edgmon
5535 Fredericksburg Rd Ste 110
San Antonio, TX 78229-3553

Hopper's Soft Water Service
120 W Frio St
Uvalde, TX 78801-3602

Larry Wright
410 Spyglass Rd
Mc Queeney, TX 78123-3418

Medina Electric
2308 18th St.
Po Box 370
Hondo, TX 78861-0370

Medina's Pest Control
1490 S Homestead Rd
Uvalde, TX 78801-7625

Texas Farm Store
236 E Nopal St
Uvalde, TX 78801-5317

Uvalco Supply
2521 E Main St
Uvalde, TX 78801-4940

Longbranch Energy
c/o DUKE BANISTER RICHMOND
Po Box 175
Fulshear, TX 77441-0175

DMA Properties, Inc.
896 Walnut Street at US 123 BYP
Seneca, SC 29678