The relief described hereinbelow is SO ORDERED.

Signed February 10, 2022.

_____
**Ronald B. King**
**United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC, *et al* | § | CASE NO. 20-50805-rbk |
| | § | |
| | § | |
| DEBTOR | § | (Jointly Administered) |

### ORDER SETTING EXPEDITED HEARING OF
### DEBTORS' MOTION FOR APPROVAL OF SETTLEMENT
### AGREEMENT PURSUANT TO BANKRUPTCY RULE 9019(A)

On Consideration of KrisJenn Ranch, LLC, KrisJenn Ranch, LLC Series Pipeline ROW, and KrisJenn Ranch, LLC Series Uvalde Ranch's, Motion Requesting Expedited Consideration of Debtor's Motion for Approval of Settlement Agreement under Rule 9019(a), and it appearing to the Court that notice was sufficient under the circumstances and that the relief sought should be granted; it is hereby

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that a **hearing on the following shall be heard on February 17, 2022 @1:30pm in Courtroom #1, 3rd Floor, 615 E. Houston Street, San Antonio, Texas.**

**DEBTORS' MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT
PURSUANT TO BANKRUPTCY RULE 9019(A)**

and it is further

ORDERED that **If Parties Do Not Wish To Appear In Person, Contact The Courtroom Deputy, Deanna Castleberry By Telephone (210) 472-6720 Ext. 5735 Or By Email At [deanna_castleberry@txwb.uscourts.gov](mailto:deanna_castleberry@txwb.uscourts.gov) To Appear Via Telephone Or WEBEX,** and it is further

ORDERED that the Movant shall give notice of this expedited hearing by forwarding a copy of this Order by email, facsimile transmission, or telephone, if possible, to all parties listed on the Service List attached to the motion, and shall evidence such service by the filing of a certificate of service with the Court prior to the scheduled hearing.

###

Submitted By:

THE SMEBERG LAW FIRM, PLLC

By: /s/ *Ronald J. Smeberg*
RONALD J. SMEBERG
State Bar No. 24033967
4 Imperial Oaks
San Antonio, Texas 78248
210-695-6684 (Tel)
210-598-7357 (Fax)
ron@smeberg.com
ATTORNEY FOR DEBTORS