| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-5<br>Case 20-50805-rbk<br>Western District of Texas<br>San Antonio<br>Mon Feb 14 13:44:41 CST 2022 | KrisJenn Ranch, LLC<br>410 Spyglass Rd<br>McQueeney, TX 78123-3418 | United States Trustee - SA12<br>US Trustee's Office<br>615 E Houston, Suite 533<br>San Antonio, TX 78295-1601 |
| U.S. BANKRUPTCY COURT<br>615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205-2055 | Albert, Neely & Kuhlmann, LLP<br>1600 Oil & Gas Building<br>309 W 7th St<br>Fort Worth, TX 76102-5113 | Angelina County<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 |
| Angelina County Tax Assessor<br>606 E Lufkin Ave<br>Lufkin, TX 75901-0434 | Bigfoot Energy Services, LLC<br>312 W Sabine St<br>Carthage, TX 75633-2519 | C&W Fuels, Inc.<br>Po Box 40<br>Hondo, TX 78861-0040 |
| CLEVELAND<br>TERRAZAS PLLC<br>Timothy Cleveland<br>4611 Bee Cave Road, Suite 306 B<br>Austin, TX 78746-5284 | DMA Properties, Inc.<br>c/o Michael J. Black<br>BURNS & BLACK, PLLC<br>750 Rittiman Road<br>San Antonio, TX 78209-5500 | DMA Properties, Inc.<br>c/o NATALIE F. WILSON<br>745 East Mulberry, Suite 700<br>San Antonio, Texas 78212-3172 |
| DMA Properties, Inc. and Frank Daniel Moore<br>c/o NATALIE F. WILSON<br>745 East Mulberry, Suite 700<br>San Antonio, Texas 78212-3172 | DUKE, BANISTER, RICHMOND, PLLC<br>Jeffrey Duke<br>P.O. Box 175<br>Fulshear, TX 77441-0175 | Davis, Cedillo & Mendoza, Inc.<br>755 E Mulberry Ave Ste 500<br>San Antonio, TX 78212-3135 |
| Frank Daniel Moore<br>c/o NATALIE F. WILSON<br>745 East Mulberry, Suite 700<br>San Antonio, Texas 78212-3172 | Granstaff Gaedke & Edgmon PC<br>5535 Fredericksburg Rd Ste 110<br>San Antonio, TX 78229-3553 | Guadalupe County<br>c/o Tara LeDay<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 |
| Hopper's Soft Water Service<br>120 W Frio St<br>Uvalde, TX 78801-3699 | Internal Revenue Service<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | JOHNS &COUNSEL PLLC<br>Christopher S. Johns<br>14101 Highway 290 West, Suite 400A<br>Austin, TX 78737-9376 |
| KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, Se<br>410 Spyglass Rd<br>Mc Queeney, TX 78123-3418 | Larry Wright<br>410 Spyglass Rd<br>Mc Queeney, TX 78123-3418 | Longbranch Energy<br>c/o DUKE BANISTER RICHMOND<br>Po Box 175<br>Fulshear, TX 77441-0175 |
| Longbranch Energy, LP<br>DMA Properties, Inc.<br>c/o Mr. Michael J. Black<br>Burns & Black, PLLC<br>750 Rittiman Road<br>San Antonio, Texas 78209-5500 | METTAUER LAW FIRM, PLLC<br>c/o April Prince<br>403 Nacogdoches St Ste 1<br>Center, TX 75935-3810 | McLeod Oil, LLC<br>c/o John W. McLeod, Jr.<br>700 N Wildwood Dr<br>Irving, TX 75061-8832 |
| McLeod Oil, LLC<br>c/o Laura L. Worsham<br>Jones Allen & Fuquay, LLP<br>8828 Greenville Avenue<br>Dallas, Texas 75243-7143 | Medina Electric<br>2308 18th St.<br>Po Box 370<br>Hondo, TX 78861-0370 | Medina's Pest Control<br>1490 S Homestead Rd<br>Uvalde, TX 78801-7625 |

| | | |
|---|---|---|
| Nacogdoches County Tax Assessor<br>101 W Main St Ste 100<br>Nacogdoches, TX 75961-4820 | Nacogdoches County, et al.<br>c/o Tab Beall<br>Perdue Brandon Fielder Collins & Mott<br>PO Box 2007<br>Tyler, TX 75710-2007 | Rusk County Appraisal District<br>107 N Van Buren St<br>Henderson, TX 75652-3113 |
| Shelby County<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | Shelby County Tax Collector<br>200 St. Augustine St.<br>Center, TX 75935-3959 | Tenaha ISD Tax Assessor-Collector<br>138 College St<br>Tenaha, TX 75974-5612 |
| (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Texas Farm Store<br>236 E Nopal St<br>Uvalde, TX 78801-5391 | Uvalco Supply<br>2521 E Main St<br>Uvalde, TX 78801-4940 |
| Uvalde County Tax Assessor<br>Courthouse Plaza, Box 8<br>Uvalde, TX 78801-5239 | Uvalde County Tax Office<br>209 N High St.<br>Uvalde, TX 78801-5207 | Uvalde County Tax Office<br>c/o Carlos M. Arce<br>Perdue, Brandon, Fielder, Collins & Mott<br>613 NW Loop 410, Ste. 550<br>San Antonio, TX 78216-5593 |
| Charles John Muller IV<br>Chamberlain Hrdlicka White Williams & Au<br>111 W Sunset Rd<br>San Antonio, TX 78209-2632 | Ronald J Smeberg<br>Smeberg Law Firm, PLLC<br>4 Imperial Oaks<br>San Antonio, TX 78248-1609 | Ronald J. Smeberg<br>The Smeberg Law Firm, PLLC<br>2010 W Kings Hwy<br>San Antonio, TX 78201-4926 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Texas Comptroller of Public Accounts
Capitol Station
Po Box 13528
Austin, TX 78711-3528

End of Label Matrix
Mailable recipients    44
Bypassed recipients     0
Total                  44