IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC | § | CASE NO. 20-50805-rbk |
| | § | |
| | § | |
| DEBTOR | § | (Jointly Administered) |

## TABULATION OF BALLOTING ON DEBTORS' FOURTH AMENDED SUBSTANTIVELY CONSOLIDATED PLAN OF REORGANIZATION

KrisJenn Ranch, LLC, KrisJenn Ranch LLC, Series Uvalde Ranch, and KrisJenn Ranch LLC, Series Pipeline Row (the "Debtors") in the above entitled and numbered cause, certify to the Court the following tabulation of balloting on the Fourth Amended Substantively Consolidated Plan of Reorganization of Debtors KrisJenn Ranch, LLC, KrisJenn Ranch LLC, Series Uvalde Ranch, and KrisJenn Ranch LLC, Series Pipeline Row.

### BALLOT SUMMARY (BY CLAIM)

| | | | Numbers | | Dollars | |
|---|---|---|---|---|---|---|
| CLASS | CREDITORS | NO. OF BALLOTS | ACCEPT | REJECT | ACCEPT | REJECT |
| 1 | McLeod Oil, LLC | 1 | 1 | | $385,000.00 | $0 |
| 5 | Davis, Cedillo & Mendoza, Inc. | 1 | 1 | | $2,945.00 | $0 |

### BALLOT SUMMARY (BY CLASS)

| CLASS | TOTAL# | TOTAL AMOUNT | TOTAL – (Y)/(N) | | TOTAL AMOUNT – (Y)/(N) | | CLASS VOTE |
|---|---|---|---|---|---|---|---|
| 1 | 1 | $385,000.00 | 1 | 0 | $385,000.00 | $0 | Yes |
| 5 | 1 | $2,945.00 | 1 | 0 | $2,945.00 | $0 | Yes |

Dated: February 16, 2022

1

Respectfully submitted,

By:   */s/ Ronald J. Smeberg*
RONALD J. SMEBERG
Texas State Bar No. 24033967

THE SMEBERG LAW FIRM, PLLC
4 Imperial Oaks
San Antonio, Texas 78248
(210) 695-6684, Telephone
(210) 598-7357, Facsimile
ron@smeberg.com
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2022, true and correct copies of the foregoing will be served by electronic mail through the Court's ECF system to all parties who have registered an appearance in this case and forwarded by U.S. first class mail, postage prepaid, on, all parties listed on the attached Service List.

   */s/ Ronald J. Smeberg*
RONALD J. SMEBERG

## SERVICE LIST

**DEBTOR**

KrissJenn Ranch, LLC
410 Spyglass Rd
Mc Queeney, TX 78123-3418

**GOVERNMENT ENTITIES**

Office of the UST
615 E Houston, Room 533
PO Box 1539
San Antonio, TX 78295-1539

U.S. Attorney
Attn: Bkcy Division
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

Internal Revenue Services
Special Procedures Branch
300 E. 8th St. STOP 5026 AUS
Austin, TX 78701

Texas Comptroller of Public Account
Attn: Bankruptcy
P.O. Box 149359
Austin, TX 78714-9359

Angelina County Tax Assessor
606 E Lufkin Ave,
Lufkin, Texas 75901

Nacogdoches County Tax Assessor Collector
101 West Main Street
Nacogdoches, Texas 75961

Rusk County
202 N Main St,
Henderson, Texas 75652

Shelby County, Tax Collector
200 St. Augustine St.
Center, Texas 75935

Tenaha ISD Tax Assessor-Collector

138 College St
Tenaha, TX 75974-5612

Uvalde Tax Assessor
Courthouse Plaza, Box 8
Uvalde, Texas 78801

**NOTICE PARTIES**

METTAUER LAW FIRM
c/o April Prince
403 Nacogdoches St Ste 1
Center, TX 75935-3810

Albert, Neely & Kuhlmann
1600 Oil & Gas Building
309 W 7th St
Fort Worth, TX 76102-6900

Laura L. Worsham
JONES, ALLEN & FUQUAY, LLP
8828 Greenville Ave.
Dallas, Texas 75243

Craig Crockett
Craig M. Crockett, PC
5201 Camp Bowie Blvd. #200
Fort Worth, Texas 76107

Christopher S. Johns
JOHNS &COUNSEL PLLC
14101 Highway 290 West, ste 400A
Austin, Texas 78737

Timothy Cleveland
CLEVELAND|TERRAZAS PLLC
4611 Bee Cave Road, ste 306B
Austin, Texas 78746

SECURED CREIDITORS

McLeod Oil, LLC
c/o John W. McLeod, Jr.
700 N Wildwood Dr
Irving, TX 75061-8832

**UNSECURED CREIDITORS**

Bigfoot Energy Services
312 W Sabine St
Carthage, TX 75633-2519

C&W Fuels, Inc.
Po Box 40
Hondo, TX 78861-0040

Davis, Cedillo & Mendoza
755 E Mulberry Ave Ste 500
San Antonio, TX 78212-3135

Granstaff Gaedke & Edgmon
5535 Fredericksburg Rd Ste 110
San Antonio, TX 78229-3553

Hopper's Soft Water Service
120 W Frio St
Uvalde, TX 78801-3602

Larry Wright
410 Spyglass Rd
Mc Queeney, TX 78123-3418

Medina Electric
2308 18th St.
Po Box 370
Hondo, TX 78861-0370

Medina's Pest Control
1490 S Homestead Rd
Uvalde, TX 78801-7625

Texas Farm Store
236 E Nopal St
Uvalde, TX 78801-5317

Uvalco Supply
2521 E Main St
Uvalde, TX 78801-4940

Longbranch Energy
c/o DUKE BANISTER RICHMOND
Po Box 175
Fulshear, TX 77441-0175

DMA Properties, Inc.
896 Walnut Street at US 123 BYP
Seneca, SC 29678

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC | § | CASE NO. 20-50805-rbk |
| | § | |
| | § | |
| DEBTOR | § | (Jointly Administered) |

## CLASS 1 BALLOT FOR ACCEPTING OR REJECTING THE FOURTH AMENDED SUBSTANTIVELY CONSOLIDATED PLAN OF REORGANIZATION

Ronald J. Smeberg filed the Fourth Amended Substantively Consolidated Plan of Reorganization dated February 4, 2022 (the "Plan"), for the Debtors in this case. You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 1 under the Plan as an Impaired Secured Creditor. Class 1 is the impaired secured claim of Mcleod Oil filed in the amount of $6,260,196.08 filed in all three Debtors cases. Duplicate Claims 2,3,4 and 5 in 20-51084, Claim 6 in 20-50805, and Claims 2 in 20-5103. After all offsets and pursuant to the Parties' settlement agreement, your remaining claim is for $385,000. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by Ronald J. Smeberg, ℅ The Smeberg Law Firm, PLLC, 4 Imperial Oaks, San Antonio, Texas 78248, (210) 695-6684, ron@smeberg.com at or before **February 14, 2022,** and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

Mcleod Oil, holder of Class 1 impaired secured claims against Debtor, KrisJenn Ranch, LLC, in the unpaid amount of Three Hundred Eighty Five Thousand and 00/100 Dollars ($385,000.00).

[X] CONDITIONALLY ACCEPTS THE PLAN   [ ] REJECTS THE PLAN

*Subject to Court approval of the pending 9019 Motion setting forth the additional payment to CLAIMANT Mcleod Oil, LLC from Debtors' principal. If the 9019 Motion is denied, CLAIMANT Rejects the PLAN.*

Dated: February 14, 2022

McLeod Oil, LLC by its attorney agent,
Print or type name: Laura L. Worsham

Signature: *Laura L. Worsham*

Title (if corporation or partnership): Attorney

Address: Jones, Allen & Fuquay, LLP

8828 Greenville Avenue, Dallas, Texas 75243

**RETURN THIS BALLOT TO:**

The Smeberg Law Firm, PLLC
RONALD J. SMEBERG
4 Imperial Oaks
San Antonio, Texas 78248
(210) 695-6684, Telephone
(210) 598-7357, Facsimile
ron@smeberg.com
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that on this the 4th day of February, 2022, a true and correct copy of the foregoing ballot was forwarded electronically and by U.S. first class mail, postage prepaid, to:

McLeod Oil, LLC
c/o Laura L. Worsham
JONES, ALLEN & FUQUAY, LLP
8828 Greenville Ave.
Dallas, Texas 75243
(214) 343-7400
(214) 343-7455 fax
lworsham@jonesallen.com

      /s/ Ronald J. Smeberg
      RONALD J. SMEBERG

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC | § | CASE NO. 20-50805-rbk |
| | § | |
| | § | |
| DEBTOR | § | (Jointly Administered) |

### CLASS 5 BALLOT FOR ACCEPTING OR REJECTING THE FOURTH AMENDED SUBSTANTIVELY CONSOLIDATED PLAN OF REORGANIZATION

Ronald J. Smeberg filed the Fourth Amended Substantively Consolidated Plan of Reorganization dated February 4, 2022 (the "Plan"), for the Debtors in this case. You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 5 under the Plan as an Impaired Unsecured Creditor. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by Ronald J. Smeberg, ℅ The Smeberg Law Firm, PLLC, 4 Imperial Oaks, San Antonio, Texas 78248, (210) 695-6684, ron@smeberg.com at or before **February 14, 2022,** and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF THE PLAN

Davis, Cedillo & Mendoza, holder of Class 5 impaired unsecured claim against Debtor, KrisJenn Ranch, LLC, in the unpaid amount of Two Thousand Nine Hundred Forty-Five and 00/100 Dollars ($2,945.00).

[ X ] ACCEPTS THE PLAN                    [  ] REJECTS THE PLAN

Dated: February 14, 2022

Print or type name: Davis, Cedillo & Mendoza, Inc.

Signature: _/s/_

Title (if corporation or partnership): Exec. V.P.

Address: 755 E. Mulberry Ave., Ste. 250

San Antonio, Texas 78212

**RETURN THIS BALLOT TO:**

The Smeberg Law Firm, PLLC
RONALD J. SMEBERG
4 Imperial Oaks
San Antonio, Texas 78248
(210) 695-6684, Telephone
(210) 598-7357, Facsimile
ron@smeberg.com
ATTORNEY FOR DEBTOR

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 4th day of February, 2022, a true and correct copy of the foregoing ballot was forwarded by U.S. first class mail, postage prepaid, to:

Davis, Cedillo & Mendoza
755 E. Mulberry Avenue
Suite 250
San Antonio, Texas 78212

　　　_/s/ Ronald J. Smeberg_
　　　RONALD J. SMEBERG