*#206 THIRD AMENDED Chapter 11 Plan filed by Debtor.*

## EXHIBIT AND WITNESS LIST

AO 187 (REV. 4/82)

| KrisJenn Ranch, LLC. | vs. | | DISTRICT COURT<br>Western (San Antonio) |
|---|---|---|---|
| PLAINTIFF'S ATTORNEY<br><br>Ron Smeberg | DEFENDANT'S ATTORNEY | | DOCKET NUMBER<br>20-50805 K-11 |
| | | | TRIAL DATE(S)<br>February 17, 2022 |
| PRESIDING JUDGE<br>**RONALD B. KING** | ELECTRONIC COURT<br>RECORDING OPERATOR<br>Daniel Paez | | COURTROOM DEPUTY<br><br>Deanna Castleberry |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| W/1 | | 2/17/22 | ------ | ------ | **Larry Wright** |

FILED
FEB 17 2022
U.S. BANKRUPTCY COURT
BY _____ DEPUTY