**The relief described hereinbelow is SO ORDERED.**

**Signed February 18, 2022.**

_____
**Ronald B. King
United States Bankruptcy Judge**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC | § | CASE NO. 20-50805-rbk |
| | § | |
| | § | |
| DEBTOR | § | (JOINTLY ADMINISTERED) |

### AGREED ORDER

Upon consideration of the Motion[1] pursuant to 11 U.S.C. § 362 for an Order for Approval of Settlement Agreement Pursuant to Bankruptcy Rule 9019(A), the Court finds that: (a) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 1334(b); (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) proper and adequate

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

notice of the Motion and the hearing thereon has been given and no other or further notice is necessary; (d) Debtors, Larry Wright, McLeod Oil, LLC, John W. McLeod, Jr., and Adam W. McLeod (collectively the "Parties"), agree that the Motion should be granted; and (e) good and sufficient cause exists for the granting of the relief requested in the Motion after due deliberation thereon and all of the proceedings had before the Court in connection with the Motion. It is hereby:

**ORDERED** that the Motion be and is **GRANTED**, and it is further

**ORDERER** that the Parties are authorized to execute the Settlement Agreement to the extent it has not been executed, and may take all actions necessary to fulfill their obligations under the Settlement Agreement.

# # #

Agreed:

THE SMEBERG LAW FIRM, PLLC

By: /s/ *Ronald J. Smeberg*
RONALD J. SMEBERG
State Bar No. 24033967
4 Imperial Oaks
San Antonio, Texas 78248
210-695-6684 (Tel)
210-598-7357 (Fax)
ron@smeberg.com
ATTORNEY FOR DEBTORS


JONES, ALLEN & FUQUAY, LLP

By: /s/ *Laura L. Worsham*
LAURA L. WORSHAM
State Bar No. 22008050
8828 Greenville Ave.
Dallas, Texas 75243
(214) 343-7400
(214) 343-7455 fax
lworsham@jonesallen.com
ATTORNEY FOR CREDITOR MCLEOD OIL