

MOR-1
CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK
PROPOSED PLAN DATE: ___

UNITED STATES BANKRUPTCY COURT

PETITION DATE: ___
DISTRICT OF TEXAS: Western
DIVISION: San Antonio

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH November 2021

| MONTH | June | July | August | September | October | November |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0.00 | 150.00 | 50,000.00 | 7,142,789.41 | 3.00 | 0.00 |
| INCOME BEFORE INT/DEPREC/TAX (MOR-6) | -2,217.91 | -766.79 | 47,813.51 | 7,067,737.95 | 3.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | -2,217.91 | -766.79 | 47,813.51 | 6,401,675.95 | 3.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 31,240.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 2,217.91 | 916.79 | 2,186.49 | 6,605,250.59 | 3.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE | | CIRCLE ONE |
|---|---|---|---|---|
| CASUALTY | YES (X) NO ( ) | ___ | Are all accounts receivable being collected within terms? | Yes / No |
| LIABILITY | YES (X) NO ( ) | ___ | Are all post-petition liabilities, including taxes, being paid within terms? | Yes / No |
| VEHICLE | YES ( ) NO ( ) | ___ | Have any pre-petition liabilities been paid? | Yes / No |
| WORKER'S | YES ( ) NO ( ) | ___ | If so, describe _licensing fee_ | |
| OTHER | YES ( ) NO ( ) | ___ | Are all funds received being deposited into DIP bank accounts? | Yes / No |
| | | | Were any assets disposed of outside the normal course of business? Yes / No | |
| | | | If so, describe ___ | |
| | | | Are all U.S. Trustee Quarterly Fee Payments current? | Yes / No |
| | | | What is the status of your Plan of Reorganization? ___ | |

ATTORNEY NAME: Ronald Smeberg
FIRM NAME: The Smeberg Law Firm, PLLC
ADDRESS: 4 Imperial Oaks
CITY, STATE, ZIP: San Antonio Texas 78248
TELEPHONE/FAX: 210-695-6684

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _Larry W___ TITLE: Mgr
(ORIGINAL SIGNATURE)

(PRINT NAME OF SIGNATORY)    DATE    Revised 07/01/98

MOR-1

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| | | June | July | August | September | October | November |
| **CURRENT ASSETS** | | | | | | | |
| Cash | | 4,386.20 | 2,168.29 | 1,401.50 | 49,215.01 | 893,954.12 | 893,954.12 |
| Accounts Receivable, Net | | | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | 477,490.11 | 477,490.11 | 477,490.11 | -10,895.00 | -10,895.00 | -10,895.00 |
| Other | | | | | | | |
| TOTAL CURRENT ASSETS | 0.00 | 481,876.31 | 479,658.40 | 478,891.61 | 38,320.01 | 883,059.12 | 883,059.12 |
| PROPERTY, PLANT & EQUIP. @ COST | | | | | | | |
| Less Accumulated Depreciation | | | | | | | |
| NET BOOK VALUE OF PP & E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER ASSETS | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | |
| 3. Electric Deposit | | | | | | | |
| 4. | | | | | | | |
| TOTAL ASSETS | $0.00 | $481,876.31 | $479,658.40 | $478,891.61 | $38,320.01 | $883,059.12 | $883,059.12 |

* Per Schedules and Statement of Affairs

**MOR-2**

*Revised 07/01/98*   *Revised 07/01/98*   *Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | | | | | | |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured | | 5,900,000.00 | 5,900,000.00 | 5,900,000.00 | | | |
| Priority Debt | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | | 73,330.95 | 73,330.95 | 73,330.95 | 111,168.58 | 111,168.58 | 111,168.58 |
| Other | | 183,174.52 | 183,174.52 | 183,174.52 | | | |
| TOTAL PRE-PETITION LIABILITIES | 0.00 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 | 111,168.58 | 111,168.58 | 111,168.58 |
| **TOTAL LIABILITIES** | 0.00 | 6,156,505.47 | 6,156,505.47 | 6,156,505.47 | 111,168.58 | 111,168.58 | 111,168.58 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 |
| RETAINED EARNINGS: Filing Date | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | -73,061.24 | -73,061.24 | -73,061.24 | 6,377,574.95 | 6,377,574.95 | 6,377,574.95 |
| TOTAL OWNER'S EQUITY (NET WORTH) | 0.00 | -5,678,745.65 | -5,678,745.65 | -5,678,745.65 | 771,890.54 | 771,890.54 | 771,890.54 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $0.00 | $477,759.82 | $477,759.82 | $477,759.82 | $883,059.12 | $883,059.12 | $883,059.12 |

* Per Schedules and Statement of Affairs

**MOR-3**

*Revised 07/01/98*  *Revised 07/01/98*  *Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* |  |  |  |  |  |  |
| TAX PAYABLE |  |  |  |  |  |  |
|   Federal Payroll Taxes |  |  |  |  |  |  |
|   State Payroll Taxes |  |  |  |  |  |  |
|   Ad Valorem Taxes |  |  |  |  |  |  |
|   Other Taxes |  |  |  |  |  |  |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION |  |  |  |  |  |  |
| ACCRUED INTEREST PAYABLE |  |  |  |  |  |  |
| ACCRUED PROFESSIONAL FEES* |  |  |  |  |  |  |
| OTHER ACCRUED LIABILITIES |  |  |  |  |  |  |
| 1. |  |  |  |  |  |  |
| 2. |  |  |  |  |  |  |
| 3. |  |  |  |  |  |  |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

**MOR-4**

*Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

### AGING OF POST-PETITION LIABILITIES
MONTH

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 0.00 | | | | | |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

### AGING OF ACCOUNTS RECEIVABLE

| MONTH | June | July | August | Septemer | October | November |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

| | MONTH June | MONTH July | MONTH August | MONTH Septemer | MONTH October | MONTH November | FILING TO DATE |
|---|---:|---:|---:|---:|---:|---:|---:|
| REVENUES (MOR-1) | 0.00 | 150.00 | 50,000.00 | 7,142,789.41 | 3.00 | | 7,308,254.69 |
| TOTAL COST OF REVENUES | | | | | | | 6,218.96 |
| GROSS PROFIT | 0.00 | 150.00 | 50,000.00 | 7,142,789.41 | 3.00 | 0.00 | 7,302,035.73 |
| **OPERATING EXPENSES:** | | | | | | | |
| Selling & Marketing | | | | | | | 0.00 |
| General & Administrative | 15.00 | 15.00 | 27.00 | 29.93 | 0.00 | | 2,087.93 |
| Insiders Compensation | | | | | | | 0.00 |
| Professional Fees | 0.00 | 0.00 | 0.00 | 52,757.00 | 0.00 | | 199,683.07 |
| Other | 1,400.00 | 398.79 | 750.00 | 23,578.28 | | | 39,343.67 |
| Other | 802.91 | 503.00 | 1,409.49 | 8,686.25 | | | 27,284.12 |
| **TOTAL OPERATING EXPENSES** | 2,217.91 | 916.79 | 2,186.49 | 85,051.46 | 0.00 | 0.00 | 268,398.79 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -2,217.91 | -766.79 | 47,813.51 | 7,057,737.95 | 3.00 | 0.00 | 7,033,636.94 |
| INTEREST EXPENSE | | | | 530,000.00 | | | 530,000.00 |
| DEPRECIATION | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | 0.00 |
| OTHER ITEMS** | | | | 126,061.99 | | | 126,061.99 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 656,061.99 | 0.00 | 0.00 | 656,061.99 |
| NET INCOME BEFORE TAXES | -2,217.91 | -766.79 | 47,813.51 | 6,401,675.96 | 3.00 | 0.00 | 6,377,574.95 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| **NET INCOME (LOSS) (MOR-1)** | ($2,217.91) | ($766.79) | $47,813.51 | $6,401,675.96 | $3.00 | $0.00 | $6,377,574.95 |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

*\* Footnote Mandatory.*

*\*\* Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6** *Revised 07/01/98*

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $4,386.20 | $2,168.29 | $1,401.50 | $49,215.01 | $893,954.12 | $893,954.12 | $0.00 |
| RECEIPTS: | | | | | | | | |
| 2. CASH SALES | | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 13,315.28 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | 0.00 | | | | | | 73,330.95 |
| 5. SALE OF ASSETS | | | | | 7,450,000.00 | | | 7,450,000.00 |
| 6. OTHER (attach list) | | | 150.00 | 50,000.00 | | 3.00 | | 152,150.00 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 150.00 | 50,000.00 | 7,450,000.00 | 3.00 | 0.00 | 7,688,796.23 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | | |
| 7. NET PAYROLL | | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | | 1,844.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | 408.12 | 398.79 | 0.00 | 3,668.76 | 0.00 | 0.00 | 8,423.01 | 3947.34 |
| 12. INSURANCE | | | | | 5,017.49 | | 0.00 | 5,017.49 |
| 13. INVENTORY PURCHASES | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | 1,794.79 | 503.00 | 1,409.49 | 9,257.65 | 0.00 | 0.00 | 39,455.20 | 26490.27 |
| 17. ADMINISTRATIVE & SELLING | | 15.00 | 15.00 | 27.00 | 15.00 | 3.00 | 0.00 | 243.61 | 168.61 |
| 18. OTHER (attach list) | | | | | 6,556,061.99 | | | 6,556,061.99 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 2,217.91 | 916.79 | 1,436.49 | 6,574,020.89 | 3.00 | 0.00 | 6,611,045.30 |
| 19. PROFESSIONAL FEES | | 0.00 | 0.00 | | 31,240.00 | | | 178,166.10 |
| 20. U.S. TRUSTEE FEES | | | 0.00 | 750.00 | | | | 5,630.71 | 4880.74 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 2,217.91 | 916.79 | 2,186.49 | 6,605,260.89 | 3.00 | 0.00 | 6,794,842.11 |
| 22. NET CASH FLOW | 0.00 | -2,217.91 | -766.79 | 47,813.51 | 844,739.11 | 0.00 | 0.00 | 893,954.12 | -5662092 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $2,168.29 | $1,401.50 | $49,215.01 | $893,954.12 | $893,954.12 | $893,954.12 | $893,954.12 |

* Applies to Individual debtors only

**MOR-7**

**Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

*Revised 07/01/98*

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

# CASH ACCOUNT RECONCILIATION

MONTH OF 11/1-11/30/2021

| BANK NAME | Broadway | | | Broadway | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | 3640 # | # | | 3640 | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | -3.00 | | | 893,957.12 | $893,954.12 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | ($3.00) | $0.00 | $0.00 | $893,957.12 | $893,954.12 |
| BEGINNING CASH - PER BOOKS | -3.00 | | | 893,957.12 | $893,954.12 |
| RECEIPTS* | | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | | | | | $0.00 |
| ENDING CASH - PER BOOKS | ($3.00) | $0.00 | $0.00 | $893,957.12 | $893,954.12 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH 06/01-06/30/2021 | MONTH 07/01-07/31/2021 | MONTH 08/01-08/31/2021 | MONTH 9/1-9/30/2021 | MONTH 10/1-10/31/2021 | MONTH 11/1-11/30/2021 |
|---|---|---|---|---|---|---|
| 1. Douglas Deffenbaugh CPA | | | | 4,740.00 | | |
| 2. CJ Mueller & Assoc | | | | 26,500.00 | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $31,240.00 | $0.00 | $0.00 |

**MOR-9**

*Revised 07/01/98*   *Revised 07/01/98*   *Revised 07/01/98*

# BROADWAY BANK

1177 N.E. Loop 410
San Antonio, TX 78209

Account Number
█████ 3032
Page 1 of 2

broadway.bank
800.531.7650

KRISJENN RANCH LLC
DEBTOR IN POSSESSION #2
CASE# 20-50805
410 SPYGLASS RD
MCQUEENEY TX 78123-3418

## Bank Statement
### SUMMARY OF ACCOUNTS

| Account Type | Account # | Balance as of Nov 30, 2021 | YTD Interest |
|---|---|---|---|
| ADVANTAGE BUSINESS CHECKING | █████ 3032 | $893,957.12 | $0.00 |

This statement reports your balances and activity from Oct 31, 2021 thru Nov 30, 2021 on the following accounts.

| ADVANTAGE BUSINESS CHECKING | Account # █████ 3032 | Balance: $893,957.12 |
|---|---|---|
| Balance Last Statement | | 893,957.12 |
| Total Debits | | 0.00 |
| Balance This Statement | | 893,957.12 |

**Running Balances**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10-31 | $893,957.12 | | | | |

END OF STATEMENT