# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 20−50805−rbk
Chapter No.: 11
Judge: Ronald B King

IN RE: **KrisJenn Ranch, LLC**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

  at  us−courts.webex.com/meet/King

  on  **3/22/22 at 10:00 AM**

Hearing to Consider and Act Upon the Following: (1.) IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E−MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov.) (Related Document(s): 229 Motion to Lift Automatic Stay filed by Charles Dunn for Interested Party Preciliana Jose Flores. Hearing Scheduled For 3/22/2022 at 10:00 AM at https://us−courts.webex.com/meet/King (Castleberry, Deanna)

Dated: 2/23/22

                                                      Barry D. Knight
                                                      Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKap20]