**MOR-1**

**UNITED STATES BANKRUPTCY COURT**

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK
PROPOSED PLAN DATE:

PETITION DATE:
DISTRICT OF TEXAS: Western
DIVISION: San Antonio

## MONTHLY OPERATING REPORT SUMMARY  FOR MONTH   January   2022

| MONTH | August | September | October | November | December | January |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 50,000.00 | 7,142,789.41 | 3.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT. DEPREC. TAX (MOR-6) | 47,613.51 | 7,057,737.95 | 3.00 | 0.00 | -6,000.00 | -32,641.36 |
| NET INCOME (LOSS) (MOR-6) | 47,613.51 | 6,401,675.96 | 3.00 | 0.00 | -6,000.00 | -32,641.36 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 31,240.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 2,186.49 | 6,605,260.89 | 3.00 | 0.00 | 6,000.00 | 32,641.36 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

**REQUIRED INSURANCE MAINTAINED**
**AS OF SIGNATURE DATE**

|  |  | EXP. DATE |
|---|---|---|
| CASUALTY | YES (X) NO ( ) | - - |
| LIABILITY | YES (X) NO ( ) | - - |
| VEHICLE | YES ( ) NO ( ) | - - |
| WORKERS | YES ( ) NO ( ) | - - |
| OTHER | YES ( ) NO ( ) | - - |

CIRCLE ONE

Are all accounts receivable being collected within terms?  (Yes) No
Are all post-petition liabilities, including taxes, being paid within terms?  (Yes) No
Have any pre-petition liabilities been paid?  Yes (No)
If so, describe
Are all funds received being deposited into DIP bank accounts?  (Yes) No
Were any assets disposed of outside the normal course of business?  Yes (No)
If so, describe
Are all U.S. Trustee Quarterly Fee Payments current?  (Yes) No
What is the status of your Plan of Reorganization?

ATTORNEY NAME: Ronald Smeberg
FIRM NAME: The Smeberg Law Firm, PLLC
ADDRESS: 4 Imperial Oaks

CITY, STATE, ZIP: San Antonio Texas 78248
TELEPHONE/FAX: 210-695-6684

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _____  TITLE: Mgr.
(ORIGINAL SIGNATURE)

(PRINT NAME OF SIGNATORY)   DATE   Revised 01/01/98

**MOR-1**

**CASE NAME:** KrisJenn Ranch, LLC

**CASE NUMBER:** 20-50805-RBK

# COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | 2022 January |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | | 893,954.12 | 893,954.12 | 893,954.12 | 887,954.12 | 855,312.76 | 855,312.76 |
| Accounts Receivable, Net | | | | | | | |
| Inventory:  Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | 477,490.11 | -10,895.00 | -10,895.00 | -10,895.00 | -10,895.00 | -10,895.00 |
| Other | | | | | | | |
| TOTAL CURRENT ASSETS | 0.00 | 1,371,444.23 | 883,059.12 | 883,059.12 | 877,059.12 | 844,417.76 | 844,417.76 |
| PROPERTY, PLANT & EQUIP. @ COST | | | | | | | |
| Less Accumulated Depreciation | | | | | | | |
| NET BOOK VALUE OF PP & E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER ASSETS | | | | | | | |
| 1.  Tax Deposits | | | | | | | |
| 2.  Investments in Subsidiaries | | | | | | | |
| 3.  Electric Deposit | | | | | | | |
| 4. | | | | | | | |
| **TOTAL ASSETS** | $0.00 | $1,371,444.23 | $883,059.12 | $883,059.12 | $877,059.12 | $844,417.76 | $844,417.76 |

* Per Schedules and Statement of Affairs

**MOR-2**

*Revised 07/01/98*      *Revised 07/01/98*      *Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch, LLC

**CASE NUMBER:** 20-50805-RBK

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | 2022 January |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | | | | | | |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured | | 5,900,000.00 | | | | | |
| Priority Debt | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | | 73,330.95 | 111,168.58 | 111,168.58 | 111,168.58 | 111,168.58 | 111,168.58 |
| Other | | 183,174.52 | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 0.00 | 6,156,505.47 | 111,168.58 | 111,168.58 | 111,168.58 | 111,168.58 | 111,168.58 |
| **TOTAL LIABILITIES** | 0.00 | 6,156,505.47 | 111,168.58 | 111,168.58 | 111,168.58 | 111,168.58 | 111,168.58 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 |
| RETAINED EARNINGS: Filing Date | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | -73,061.24 | 6,377,574.95 | 6,377,574.95 | 6,377,574.95 | 6,371,574.95 | 6,338,933.59 |
| TOTAL OWNER'S EQUITY (NET WORTH) | 0.00 | -5,678,745.65 | 771,890.54 | 771,890.54 | 771,890.54 | 765,890.54 | 733,249.18 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $0.00 | $477,759.82 | $883,059.12 | $883,059.12 | $883,059.12 | $877,059.12 | $844,417.76 |

* Per Schedules and Statement of Affairs

**MOR-3**

*Revised 07/01/98*          *Revised 07/01/98*          *Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| | August | September | October | November | December | 2022 |
| *TRADE ACCOUNTS PAYABLE* | | | | | | |
| TAX PAYABLE | | | | | | |
|  Federal Payroll Taxes | | | | | | |
|  State Payroll Taxes | | | | | | |
|  Ad Valorem Taxes | | | | | | |
|  Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | |
| OTHER  ACCRUED LIABILITIES | | | | | | |
|  1. | | | | | | |
|  2. | | | | | | |
|  3. | | | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**\*Payment requires Court Approval**

**MOR-4**

*Revised 07/01/98*

**CASE NAME:**   KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

### AGING OF POST-PETITION LIABILITIES
**MONTH**                                                          Jan-22

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER |
|------|-------|----------------|---------------|-------------|-------------------------|-------|
| 0-30 | 0.00 | | | | | |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

### AGING OF ACCOUNTS RECEIVABLE

| MONTH | August | September | October | November | December | January |
|-------|--------|-----------|---------|----------|----------|---------|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**                                                                    *Revised 07/01/98*

CASE NAME:    KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

| | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO | |
|---|---|---|---|---|---|---|---|---|
| | August | September | October | November | December | January | DATE | |
| REVENUES   (MOR-1) | 50,000.00 | 7,142,789.41 | 3.00 | | | | 7,308,254.69 | 2,022.00 |
| TOTAL COST OF REVENUES | | | | | | | 6,218.96 | |
| GROSS PROFIT | 50,000.00 | 7,142,789.41 | 3.00 | 0.00 | 0.00 | 0.00 | 7,302,035.73 | |
| OPERATING EXPENSES: | | | | | | | | |
| Selling & Marketing | | | | | | | 0.00 | |
| General & Administrative | 27.00 | 29.93 | 0.00 | | | | 2,072.93 | |
| Insiders Compensation | | | | | | | 0.00 | |
| Professional Fees | 0.00 | 52,757.00 | 0.00 | | | | 199,683.07 | |
| Other | 750.00 | 23,578.28 | | | | | 37,943.67 | |
| Other | 1,409.49 | 8,686.25 | | | 6,000.00 | 32,641.36 | 67,340.48 | |
| TOTAL OPERATING EXPENSES | 2,186.49 | 85,051.46 | 0.00 | 0.00 | 6,000.00 | 32,641.36 | 307,040.15 | |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 47,813.51 | 7,057,737.95 | 3.00 | 0.00 | -6,000.00 | -32,641.36 | 6,994,995.58 | |
| INTEREST EXPENSE | | 530,000.00 | | | | | 530,000.00 | |
| DEPRECIATION | | | | | | | 0.00 | |
| OTHER (INCOME) EXPENSE* | | | | | | | 0.00 | |
| OTHER ITEMS** | | 126,061.99 | | | | | 126,061.99 | |
| TOTAL INT, DEPR & OTHER ITEMS | | 656,061.99 | | | | | 656,061.99 | |
| NET INCOME BEFORE TAXES | 47,813.51 | 6,401,675.96 | 3.00 | 0.00 | -6,000.00 | -32,641.36 | 6,338,933.59 | |
| FEDERAL INCOME TAXES | | | | | | | 0.00 | |
| NET INCOME (LOSS)  (MOR-1) | $47,813.51 | $6,401,675.96 | $3.00 | $0.00 | ($6,000.00) | ($32,641.36) | $6,338,933.59 | |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

*  *Footnote Mandatory.*

* * *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**                                                                                          *Revised 07/01/98*

Other - Other payments in January consist of two payments to Larry Wright as reimbursements for closing costs on the sale of the asset as communicated from the accountant.

CASE NAME:  KrisJenn Ranch, LLC

CASE NUMBER: 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $1,401.50 | $49,215.01 | $893,954.12 | $893,954.12 | $2,022.00 | $887,954.12 | $0.00 |
| RECEIPTS: | | | | | | | | |
| 2. CASH SALES | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,315.28 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | | 73,330.95 |
| 5. SALE OF ASSETS | | | 7,450,000.00 | | | | | 7,450,000.00 |
| 6. OTHER (attach list) | | 50,000.00 | | 3.00 | | | | 152,150.00 |
| TOTAL RECEIPTS** | 0.00 | 50,000.00 | 7,450,000.00 | 3.00 | 0.00 | 0.00 | 0.00 | 7,688,796.23 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | | |
| 7. NET PAYROLL | | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | | 1,844.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | 0.00 | 3,668.76 | 0.00 | 0.00 | 0.00 | 0.00 | 8,014.89 |
| 12. INSURANCE | | | 5,017.49 | | 0.00 | 0.00 | 0.00 | 5,017.49 |
| 13. INVENTORY PURCHASES | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | 1,409.49 | 9,257.65 | 0.00 | 0.00 | 0.00 | 0.00 | 37,660.41 |
| 17. ADMINISTRATIVE & SELLING | | 27.00 | 15.00 | 3.00 | 0.00 | 0.00 | 0.00 | 228.61 |
| 18. OTHER (attach list) | | | 6,556,061.99 | | | 6,000.00 | 32,641.36 | 65,653,260.36 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 1,436.49 | 6,574,020.89 | 3.00 | 0.00 | 6,000.00 | 32,641.36 | 6,650,468.75 |
| 19. PROFESSIONAL FEES | | | 31,240.00 | | | | | 178,166.10 |
| 20. U.S. TRUSTEE FEES | | 750.00 | | | | | | 5,630.71 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 2,186.49 | 6,605,260.89 | 3.00 | 0.00 | 6,000.00 | 32,641.36 | 6,833,483.47 |
| 22. NET CASH FLOW | 0.00 | 47,813.51 | 844,739.11 | 0.00 | 0.00 | -6,000.00 | -32,641.36 | 855,312.76 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $49,215.01 | $893,954.12 | $893,954.12 | $893,954.12 | $887,954.12 | $855,312.76 | $855,312.76 |

* Applies to Individual debtors only

**Numbers for the current month should balance (match)

RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7

*Revised 07/01/98*

Other - Other payments in January consist of two payments to Larry Wright as reimbursements for closing costs on the sale of the asset.

**CASE NAME:** KrisJenn Ranch, LLC

**CASE NUMBER:** 20-50805-RBK

## CASH ACCOUNT RECONCILIATION

### MONTH OF 01/1-01/31/2022

2022

| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
|---|---|---|---|---|---|
| BANK NAME | Broadway | | | Broadway | |
| ACCOUNT NUMBER | ▇3640 # | # | | ▇3640 | |
| BANK BALANCE | -3.00 | | | 855,315.76 | $855,312.76 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | ($3.00) | $0.00 | $0.00 | $855,315.76 | $855,312.76 |
| BEGINNING CASH - PER BOOKS | -3.00 | | | 887,957.12 | $887,954.12 |
| RECEIPTS* | | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR   CONTRIBUTION BY INDIVIDUAL        DEBTOR   MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | | | | 32,641.36 | $32,641.36 |
| ENDING CASH - PER BOOKS | ($3.00) | $0.00 | $0.00 | $855,315.76 | $855,312.76 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch, LLC

**CASE NUMBER:** 20-50805-RBK

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.    2022
Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.)  (Attach additional pages as necessary).

| INSIDERS: NAME/COMP  TYPE | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS  (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January |
|---|---|---|---|---|---|---|
| 1.  Douglas Deffenbaugh CPA | | 4,740.00 | | | | |
| 2.  CJ Mueller & Assoc | | 26,500.00 | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS    (MOR-1) | $0.00 | $31,240.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-9**

*Revised 07/01/98          Revised 07/01/98          Revised 07/01/98*

 **BROADWAY BANK**

1177 N.E. Loop 410
San Antonio, TX 78209


Account Number
▮▮▮▮ 3032
Page 1 of 2

broadway.bank
800.531.7650

KRISJENN RANCH LLC
DEBTOR IN POSSESSION #2
CASE# 20-50805
410 SPYGLASS RD
MCQUEENEY TX 78123-3418



## Fee Change Notice Effective 3/1/22

- Incoming Wire Transfer fee increase to $15.00 from $12.00
- Outgoing (domestic) Wire Transfer fee increase to $30.00 from $25.00
- BIZ Domestic Wires increase to $15.00 from $12.00
- ACH Return item increase to $6.00 from $5.00

- Analysis Account Monthly Maintenance fee increase to $22.00 from $20.00
- ACH Debit Block increase to $15.00 from $10.00
- Remote Deposit Capture item increase to $.09 from $.07
- Effective 2/1/22 Withdrawal fee at a Non-Broadway Bank ATM increase to $2.00 from $1.50

## Bank Statement

### SUMMARY OF ACCOUNTS

| Account Type | Account # | Balance as of Jan 31, 2022 | YTD Interest |
|---|---|---|---|
| ADVANTAGE BUSINESS CHECKING | ▮▮▮▮3032 | $855,315.76 | $0.00 |

This statement reports your balances and activity from Dec 31, 2021 thru Jan 31, 2022 on the following accounts.

| ADVANTAGE BUSINESS CHECKING | Account # ▮▮▮▮3032 | Balance: $855,315.76 |
|---|---|---|
| Balance Last Statement | | 887,957.12 |
| Total Debits | | 32,641.36 |

**Other Withdrawals**

| Date | Description | Amount |
|---|---|---|
| Jan 05 | WITHDRAWAL | 24,868.96 |
| Jan 11 | WITHDRAWAL | 7,772.40 |

| Balance This Statement | | 855,315.76 |
|---|---|---|

**Running Balances**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12-31 | $887,957.12 | 01-05 | $863,088.16 | 01-11 | $855,315.76 |

END OF STATEMENT

CHECKS IN THIS STATEMENT



Amt $24,868.96 1-5-2022



Amt $7,772.40 1-11-2022

Expenses per Final Closing
Refunded on Payments to
KrisJenn Ranch LLC by
Larry Wright,

Expenses per Final Closing
Refund on payments to
KrisJenn Ranch LLC. by
Larry Wright.

Above Expenses Reported by
Douglas Deffenbaugh Accounting
Firm on Final Reports of
KrisJenn Ranch Sale.

