**The relief described hereinbelow is SO ORDERED.**

**Signed March 18, 2022.**

_____
**Ronald B. King
United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC, et. al. | § | CASE NO. 20-50805-rbk |
| | § | |
| | § | |
| DEBTOR | § | (Jointly Administered) |

## ORDER MOOTING DEBTORS' AMENDED JOINT OBJECTION
## TO CLAIM NO. 6 IN OF MCLEOD OIL, LLC WITH NOTICE THEREOF

This matter came before the Court pursuant to the Amended Joint Objection Claim No. 6 of Mcleod Oil, LLC with Notice Thereof in the above captioned Jointly Administered Chapter 11 bankruptcy cases. This Court is of the opinion that a hearing on the Amended Joint Objection to Claim No. 6 of Mcleod Oil, LLC with Notice Thereof is no longer necessary. It is therefore:

ORDERED that the Amended Joint Objection is now Moot.

# # #

Respectfully submitted,

THE SMEBERG LAW FIRM, PLLC

/s/ *Ronald J. Smeberg*
Ronald J. Smeberg
State Bar No. 24033967
ron@smeberg.com
4 Imperial Oaks
San Antonio, Texas 78248
Tel: (210) 695-6684
Fax: (210) 598-7357

ATTORNEYS FOR DEBTORS