**Any recovery awarded to Preciliano Jose Flores against the debtors is limited to the insurance proceeds.**

**The relief described hereinbelow is SO ORDERED.**

**Signed March 22, 2022.**



_____

**Ronald B. King**
**United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 20-50805-rbk** |
| | § | |
| | § | **CHAPTER 11** |
| | § | |
| **KRISJENN RANCH, LLC, et.al.** | § | **(Jointly Administered)** |

### ORDER GRANTING RELIEF FROM AUTOMATICE STAY AND DISCHARGE INJUNCTION

Upon consideration of the First Amended Motion for Relief From Automatic Stay, or Alternatively, Motion For Relief From Discharge Injuction filed by Preciliana Jose Flores ("Movant"), on February 23, 2022, and proper notice having been given, no response having been filed, and the court being of the opinion that the requested relief is justified and warranted;

IT IS ORDERED, ADJUDGED AND DECREED that the automatic stay under 11 U.S.C.§ 362 be and is hereby modified, annulled and lifted so that Movant, his heirs or assigns, be permitted to proceed under applicable non-bankruptcy law to enforce remedies to liquidate their claims against Debtor Krisjenn Ranch, LLC in that action entitled "*Preciliano Jose Flores - Plaintiff v. Larry Wright and Krisjenn Ranch, LLC. - Defendants*" and filed in the 25th Judicial District Court

1

of Guadalupe County, Texas under Cause #20-1459-CV-C, solely to pursue recovery against the insurer(s) of any liability insurance policy or policies which would provide coverage against the claims asserted in the aforementioned action pending in the 25th Judicial District Court of Guadalupe County, Texas.

IT IS FURTHER ORDERED that, to the extent an order confirming Debtors' fourth amended substantially consolidated plan of reorganization is entered prior to entry of this order, the discharge injunction is hereby modified, annulled and lifted to allow Movant, his heirs or assigns, to proceed under applicable non-bankruptcy law to enforce remedies to liquidate their claims against Debtor Krisjenn Ranch, LLC in that action entitled *"Preciliano Jose Flores - Plaintiff v. Larry Wright and Krisjenn Ranch, LLC. - Defendants"* and filed in the 25th Judicial District Court of Guadalupe County, Texas under Cause #20-1459-CV-C, solely to pursue recovery against the insurer(s) of any liability insurance policy or policies which would provide coverage against the claims asserted in the aforementioned action pending in the 25th Judicial District Court of Guadalupe County, Texas. IT IS FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant may immediately implement and enforce this Order granting relief from the automatic stay. IT IS FURTHER ORDERED that this Order shall remain in full force and effect if the Debtors should convert this case to any other Chapter of the Bankruptcy Code.

# # #

PREPARED AND SUBMITTED BY:

**THE LAW OFFICES OF THOMAS J. HENRY**
5711 University Heights Blvd., Suite 101
San Antonio, Texas 78249
210/ 656-1000 – Phone
361/ 985-0601 – Facsimile

By: _____
      CHARLES S. DUNN
      State Bar No. 06241200
      *e-mail: cdunn-svc@tjhlaw.com
      **Service by e-mail to this address only**
      *ATTORNEY FOR STATE LITIGATION PLAINTIFF*