**MOR-1**

**UNITED STATES BANKRUPTCY COURT**

| | |
|---|---|
| CASE NAME: | KrisJenn Ranch, LLC |
| CASE NUMBER: | 20-50805-RBK |
| PROPOSED PLAN DATE: | |
| PETITION DATE: | |
| DISTRICT OF TEXAS: | Western |
| DIVISION: | San Antonio |

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH February 2022

| MONTH | September | October | November | December | January | February |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 7,142,784.41 | 3.00 | 0.00 | 0.00 | .00 | 0.00 |
| INCOME BEFORE INT, DEPREC, TAX (MOR-6) | 7,057,733.95 | 3.00 | 0.00 | -6,000.00 | -32,643.36 | -842,385.05 |
| NET INCOME (LOSS) (MOR-6) | 6,401,673.96 | 3.00 | 0.00 | -6,000.00 | -32,643.36 | -842,385.05 |
| PAYMENTS TO INSIDERS (MOR-9) | | .00 | 0.00 | 0.00 | | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 31,240.00 | 0.00 | 0.00 | 0.00 | .00 | 246,982.05 |
| TOTAL DISBURSEMENTS (MOR) | 6,605,262.89 | 3.00 | 0.00 | 6,000.00 | 32,643.36 | 842,385.05 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE | | CIRCLE ONE |
|---|---|---|---|---|
| | | | Are all accounts receivable being collected within terms? | **Yes** No |
| | | | Are all post-petition liabilities, including taxes, being paid within terms? | **Yes** No |
| | | | Have any pre-petition liabilities been paid? | Yes **No** |
| CASUALTY | YES (X) NO ( ) | _____ | If so, describe | |
| LIABILITY | YES (X) NO ( ) | _____ | Are all funds received being deposited into DIP bank accounts? | **Yes** No |
| VEHICLE | YES ( ) NO ( ) | _____ | Were any assets disposed of outside the normal course of business? | Yes **No** |
| WORKER'S | YES ( ) NO ( ) | _____ | If so, describe | |
| OTHER | YES ( ) NO ( ) | _____ | Are all U.S. Trustee Quarterly Fee Payments current? | **Yes** No |
| | | | What is the status of your Plan of Reorganization? | |

| | |
|---|---|
| ATTORNEY NAME: | Ronald Smeberg |
| FIRM NAME: | The Smeberg Law Firm, PLLC |
| ADDRESS: | 4 Imperial Oak |
| CITY, STATE, ZIP: | San Antonio Texas 78248 |
| TELEPHONE/FAX: | 210-695-6684 |

I verify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _[signature]_ TITLE: Mgr.
(ORIGINAL SIGNATURE)

(PRINT NAME OF SIGNATORY) DATE     Revised 07/01/98
Larry Wright

**MOR-1**

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | 2022 February |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | | 893,954.12 | 893,954.12 | 887,954.12 | 855,312.76 | 855,312.76 | 12,927.71 |
| Accounts Receivable, Net | | | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | -10,895.00 | -10,895.00 | -10,895.00 | -10,895.00 | -10,895.00 | -10,895.00 |
| Other | | | | | | | |
| TOTAL CURRENT ASSETS | 0.00 | 883,059.12 | 883,059.12 | 877,059.12 | 844,417.76 | 844,417.76 | 2,032.71 |
| **PROPERTY, PLANT & EQUIP. @ COST** | | | | | | | |
| Less Accumulated Depreciation | | | | | | | |
| NET BOOK VALUE OF PP & E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | |
| 3. Electric Deposit | | | | | | | |
| 4. | | | | | | | |
| **TOTAL ASSETS** | $0.00 | $883,059.12 | $883,059.12 | $877,059.12 | $844,417.76 | $844,417.76 | $2,032.71 |

* Per Schedules and Statement of Affairs

**MOR-2**

Revised 07/01/98   Revised 07/01/98   Revised 07/01/98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | 2022 February |
|---|---|---|---|---|---|---|---|
| LIABILITIES | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | | | | | | |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured | | | | | | | |
| Priority Debt | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | | 111,168.58 | 111,168.58 | 111,168.58 | 111,168.58 | 111,168.58 | 111,168.58 |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 0.00 | 111,168.58 | 111,168.58 | 111,168.58 | 111,168.58 | 111,168.58 | 111,168.58 |
| **TOTAL LIABILITIES** | 0.00 | 111,168.58 | 111,168.58 | 111,168.58 | 111,168.58 | 111,168.58 | 111,168.58 |
| OWNER'S EQUITY (DEFICIT) | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 |
| RETAINED EARNINGS: Filing Date | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | 6,377,574.95 | 6,377,574.95 | 6,377,574.95 | 6,371,574.95 | 6,338,933.59 | 5,496,548.54 |
| TOTAL OWNER'S EQUITY (NET WORTH) | 0.00 | 771,890.54 | 771,890.54 | 771,890.54 | 765,890.54 | 733,249.18 | -109,135.87 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $0.00 | $883,059.12 | $883,059.12 | $883,059.12 | $877,059.12 | $844,417.76 | $2,032.71 |

* Per Schedules and Statement of Affairs

MOR-3

*Revised 07/01/98*   *Revised 07/01/98*   *Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
|  | September | October | November | December | January | February |
| *TRADE ACCOUNTS PAYABLE* |  |  |  |  |  |  |
| TAX PAYABLE |  |  |  |  |  |  |
|   Federal Payroll Taxes |  |  |  |  |  |  |
|   State Payroll Taxes |  |  |  |  |  |  |
|   Ad Valorem Taxes |  |  |  |  |  |  |
|   Other Taxes |  |  |  |  |  |  |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION |  |  |  |  |  |  |
| ACCRUED INTEREST PAYABLE |  |  |  |  |  |  |
| ACCRUED PROFESSIONAL FEES* |  |  |  |  |  |  |
| OTHER ACCRUED LIABILITIES |  |  |  |  |  |  |
| 1. |  |  |  |  |  |  |
| 2. |  |  |  |  |  |  |
| 3. |  |  |  |  |  |  |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

**MOR-4**

*Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

**AGING OF POST-PETITION LIABILITIES**
MONTH     Feb-22

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 0.00 | | | | | |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**AGING OF ACCOUNTS RECEIVABLE**

| MONTH | August | September | October | November | December | January |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**           *Revised 07/01/98*

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

|  | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 7,142,789.41 | 3.00 |  |  |  |  | 7,308,254.69 |
| TOTAL COST OF REVENUES |  |  |  |  |  |  | 6,218.96 |
| GROSS PROFIT | 7,142,789.41 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,302,035.73 |
| **OPERATING EXPENSES:** |  |  |  |  |  |  |  |
| Selling & Marketing |  |  |  |  |  |  | 0.00 |
| General & Administrative | 29.93 | 0.00 |  |  |  | 3.00 | 2,075.93 |
| Insiders Compensation |  |  |  |  |  |  | 0.00 |
| Professional Fees | 52,757.00 | 0.00 |  |  |  | 246,982.05 | 446,665.12 |
| Other | 23,578.28 |  |  |  |  |  | 37,943.67 |
| Other | 8,686.25 |  |  | 6,000.00 | 32,641.36 | 595,400.00 | 662,740.48 |
| **TOTAL OPERATING EXPENSES** | 85,051.46 | 0.00 | 0.00 | 6,000.00 | 32,641.36 | 842,385.05 | 1,149,425.20 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 7,057,737.95 | 3.00 | 0.00 | -6,000.00 | -32,641.36 | -842,385.05 | 6,152,610.53 |
| INTEREST EXPENSE | 530,000.00 |  |  |  |  |  | 530,000.00 |
| DEPRECIATION |  |  |  |  |  |  | 0.00 |
| OTHER (INCOME) EXPENSE* |  |  |  |  |  |  | 0.00 |
| OTHER ITEMS** | 126,061.99 |  |  |  |  |  | 126,061.99 |
| TOTAL INT, DEPR & OTHER ITEMS | 656,061.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 656,061.99 |
| NET INCOME BEFORE TAXES | 6,401,675.96 | 3.00 | 0.00 | -6,000.00 | -32,641.36 | -842,385.05 | 5,496,548.54 |
| FEDERAL INCOME TAXES |  |  |  |  |  |  | 0.00 |
| **NET INCOME (LOSS) (MOR-1)** | $6,401,675.96 | $3.00 | $0.00 | ($6,000.00) | ($32,641.36) | ($842,385.05) | $5,496,548.54 |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

*\* Footnote Mandatory.*

*\*\* Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**  Revised 07/01/98

Other - Other payments in February consist of three payments as follows;to Larry Wright as reimbursements for closing costs on the sale of the asset.
  1) McLeod Wire Settlement $385,000
  2)Wire $201,000 t Larry Wright for settlement.  Of this amount Mr. Wright paid $54,471.85 to DMA
  3) Larry Wright Reimbursement for expenses  $9400

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $49,215.01 | $893,954.12 | $893,954.12 | $893,954.12 | $887,954.12 | $855,312.76 | $0.00 |
| RECEIPTS: | | | | | | | | |
| 2. CASH SALES | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,315.28 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | 0.00 | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | | 73,330.95 |
| 5. SALE OF ASSETS | | 7,450,000.00 | | | | | | 7,450,000.00 |
| 6. OTHER (attach list) | | | 3.00 | | | | | 152,150.00 |
| TOTAL RECEIPTS** | 0.00 | 7,450,000.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,688,796.23 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | | |
| 7. NET PAYROLL | | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | | 1,844.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | 3,668.76 | | 0.00 | 0.00 | 0.00 | 0.00 | 8,014.89 |
| 12. INSURANCE | | 5,017.49 | | | 0.00 | 0.00 | 0.00 | 5,017.49 |
| 13. INVENTORY PURCHASES | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | 9,257.65 | | 0.00 | 0.00 | 0.00 | 0.00 | 37,660.41 |
| 17. ADMINISTRATIVE & SELLING | | 15.00 | 3.00 | | 0.00 | 0.00 | 3.00 | 231.61 |
| 18. OTHER (attach list) | | 6,556,061.99 | | | 6,000.00 | 32,641.36 | 595,400.00 | 66,248,660.36 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 6,574,020.89 | 3.00 | 0.00 | 6,000.00 | 32,641.36 | 595,403.00 | 7,245,871.75 |
| 19. PROFESSIONAL FEES | | 31,240.00 | | | | | 246,982.05 | 425,148.15 |
| 20. U.S. TRUSTEE FEES | | | | | | | | 5,630.71 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 6,605,260.89 | 3.00 | 0.00 | 6,000.00 | 32,641.36 | 842,385.05 | 7,675,868.52 |
| 22. NET CASH FLOW | 0.00 | 844,739.11 | 0.00 | 0.00 | -6,000.00 | -32,641.36 | -842,385.05 | 12,927.71 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $893,954.12 | $893,954.12 | $893,954.12 | $887,954.12 | $855,312.76 | $12,927.71 | $12,927.71 |

* Applies to Individual debtors only

**MOR-7**  **Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

*Revised 07/01/98*

Other - Other payments in February consist of three payments as follows;to Larry Wright as reimbursements for closing costs on the sale of the asset.
    1) McLeod Wire Settlement $385,000
    2) Wire $201,000 t Larry Wright for settlement. Of this amount Mr. Wright paid $54,471.85 to DMA
    3) Larry Wright Reimbursement for expenses $9400

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

# CASH ACCOUNT RECONCILIATION

**MONTH OF** 01/1-01/31/2022

| BANK NAME | Broadway | | | Broadway | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | 3640 | # | # | 3032 | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | -3.00 | | | 13,530.71 | $13,527.71 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | 600.00 | $600.00 |
| ADJUSTED BANK BALANCE | ($3.00) | $0.00 | $0.00 | $12,930.71 | $12,927.71 |
| BEGINNING CASH - PER BOOKS | -3.00 | | | 855,315.76 | $855,312.76 |
| RECEIPTS* | | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | | | | 842,388.05 | $842,388.05 |
| ENDING CASH - PER BOOKS | ($3.00) | $0.00 | $0.00 | $12,927.71 | $12,924.71 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. 2022
Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February |
|---|---|---|---|---|---|---|
| 1. Douglas Deffenbaugh CPA | 4,740.00 | | | | | |
| 2. CJ Mueller & Assoc | 26,500.00 | | | | | 214,382.05 |
| 3. Smeberg Law Firm | | | | | | 32,000.00 |
| 4. Paul Randles, CPA | | | | | | 600.00 |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $31,240.00 | $0.00 | $0.00 | $0.00 | $0.00 | $246,982.05 |

**MOR-9**

*Revised 07/01/98   Revised 07/01/98   Revised 07/01/98*

# BROADWAY BANK

1177 N.E. Loop 410
San Antonio, TX 78209

Account Number
████████2032
Page 1 of 2

Return Service Requested

broadway.bank
800.531.7650

004184 0.6500 AB 0.461  TR00017

KRISJENN RANCH LLC
DEBTOR IN POSSESSION #2
CASE# 20-50805
410 SPYGLASS RD
MCQUEENEY TX 79123-3418

## Bank Statement
### SUMMARY OF ACCOUNTS

| Account Type | Account # | Balance as of Feb 28, 2022 | YTD Interest |
|---|---|---|---|
| ADVANTAGE BUSINESS CHECKING | ████████2032 | $13,530.71 | $0.00 |

This statement reports your balances and activity from Jan 31, 2022 thru Feb 28, 2022 on the following accounts.

| ADVANTAGE BUSINESS CHECKING | Account # ████████2032 | Balance: $13,530.71 |
|---|---|---|
| Balance Last Statement | | 855,315.76 |
| Total Debits | | 841,785.05 |
| | | 32,000.00 |

### Checks Written

| Check # | Date Paid | Amount | Check # | Date Paid | Amount |
|---|---|---|---|---|---|
| 106 | 02-15 | 32,000.00 | | | |

### Other Withdrawals

| | | | Amount |
|---|---|---|---|
| Feb 22 | WITHDRAWAL | McLeod oil settlement | 385,000.00 |
| Feb 22 | WITHDRAWAL | Muller - Final Bill Lawsuit | 214,382.06 |
| Feb 25 | WITHDRAWAL | trans - OMA wire - 54,471.85 | 201,000.00 |
| Feb 25 | WITHDRAWAL | | 9,400.00 |
| Feb 28 | DEP-Paper Statement Fee | | 3.00 |

Balance This Statement: 13,530.71

### Running Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01-31 | $855,315.76 | 02-22 | $222,933.71 | 02-25 | $13,530.71 |
| 02-15 | $823,315.76 | 02-25 | $13,530.71 | | |

END OF STATEMENT

CHECKS IN THIS STATEMENT

Page 3



Cashier Check
Muller
Legal Fees

Amt $214,382.05 2-22-2022



Cashier Check
McLeod Wire
Settlement

Amt $385,000.00 2-22-2022

Amt $9,400.00 2-25-2022

— Final —
DMA - Wire
54,471.85

Amt $201,000.00 2-25-2022



Ck# 106 Amt $32,000.00 2-15-2022