**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **KRISJENN RANCH, LLC, et al** | § | **Case No. 20-50805** |
| | § | |
| **Debtor** | § | **(Jointly Administered)** |

**FINAL APPLICATION FOR PAYMENT OF ATTORNEY FEES BY
CJ MULLER & ASSOCIATES, PLLC, ATTORNEYS FOR
KRISJENN RANCH, LLC, KRISJENN RANCH LLC, SERIES UVALDE RANCH,
AND KRISJENN RANCH, LLC, SERIES PIPELINE ROW, DEBTORS-IN-
POSSESSION, FOR PROFESSIONAL SERVICES RENDERED FROM
<u>DECEMBER 8, 2021 THROUGH MARCH 31, 2022</u>**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIS APPLICATION REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR
INTERESTS. IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21)
DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE
GRANTED WITHOUT A HEARING BEING HELD. RESPONSES OR OBJECTIONS
MUST BE IN WRITING AND FILED WITH THE COURT IN ORDER TO SEEK A
HEARING ON THIS APPLICATION.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.     CJ Muller & Associates, PLLC has applied for professional compensation in the amount of $44,125.00 in fees and $1,986.60 in administrative expenses for a total amount requested of $46,111.60.

2.     The time period covered is December 8, through March 31, 2022.

3.     The movant is the attorney for KrisJenn Ranch, LLC, KrisJenn Ranch LLC, Series Uvalde Ranch, and KrisJenn Ranch, LLC, Series Pipeline Row (collectively, the "Debtors"), the Debtors and Debtors-in-Possession.

4.     This is the final application.

-1-

5.      The movant has previously received fees and expenses post-petition.

6.      The movant did not receive an original retainer.

7.      The hourly rates charged for attorneys are $325.00/hour to $350.00/hour for partners and senior attorneys, $250/hour for junior attorneys, and $120/hour for paralegals and law clerks.

Dated: April 1, 2022

Respectfully Submitted,

CJ MULLER & ASSOCIATES, PLLC

By: /s/ *John Muller*
C. John Muller IV
State Bar No. 24070306
john.muller@cjma.law
Ezekiel J. Perez
State Bar No. 24096782
zeke.perez@cjma.law
111 W. Sunset Rd.
San Antonio, TX 78209
Telephone: 210-664-5000
Facsimile: 210-899-1933

ATTORNEYS FOR DEBTORS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the Application for Payment of Attorney's Fees by CJ Muller & Associates, PLLC, Attorneys for Plaintiffs, and Counter-Defendants KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row was forwarded to all parties listed on the attached Service List, by first class mail, postage prepaid, on April 1, 2022.

                                        */s/ John Muller*

                                        JOHN MULLER

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **KRISJENN RANCH, LLC, et al** | § | |
| *Debtors* | § | **Case No. 20-50805** |
| | § | **(Jointly Administered)** |

**FINAL APPLICATION FOR PAYMENT OF ATTORNEY FEES BY CJ
MULLER & ASSOCIATES, PLLC,  ATTORNEYS FOR KRISJENN RANCH,
LLC, KRISJENN RANCH, LLC-SERIES UVALDE RANCH,
AND KRISJENN RANCH, LLC-SERIES PIPELINE ROW
(COLLECTIVELY THE "DEBTORS") RENDERED FROM
<u>DECEMBER 8, 2021 THROUGH MARCH 31, 2022</u>**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**THIS APPLICATION REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR
INTERESTS.  IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21)
DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE
GRANTED WITHOUT A HEARING BEING HELD.  RESPONSES OR OBJECTIONS
MUST BE IN WRITING AND FILED WITH THE COURT IN ORDER TO SEEK A
HEARING ON THIS APPLICATION.**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW CJ Muller & Associates, PLLC f/k/a Muller Smeberg, PLLC

("Applicant"), attorneys for KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch,

and KrisJenn Ranch, LLC-Series Pipeline Row (collectively the "Debtors"), pursuant to 11 U.S.C.

§§ 503(b)(2), 507(a), and 331, as a priority administrative expense, and  files its final fee

application, and would respectfully show as follows:

## I.
## <u>INTRODUCTION</u>

1.     Applicant seeks payment from the bankruptcy estate—as an administrative

expense—professional fees and expenses in the amount of $46,111.60 for the time period

-4-

December 8, 2021 through March 31, 2022. ("Compensation Period").

## II.
## BANKRUPTCY RULE 2016 REQUIREMENTS

2.      Applicant was appointed on April 27, 2020.

3.      All professional services for which an allowance is requested were performed by Applicant for and on behalf of Debtors and not on behalf of any other person.  This application seeks approval of fees of Applicant.

## III.
## FEES AND PAYMENT HISTORY

4.      The Applicant is the attorney for KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row.

5.      Applicant has previously applied for professional compensation in the amount of $168,270.45 in fees and expenses.

6.      The time period covered is December 8, 2021, through March 31, 2022.

7.      This is the final fee application for the period covered.

8.      The hourly rates charged for attorneys are $325 to $350.00/hour for partners and senior attorneys, $250/hour for associate attorneys, and $120/hour for paralegals and law clerks.

9.      The Applicant has received payments from Larry Wright in the amount of $392,396.10, as follows:

    a.  $5227.60 on September 1, 2020
    b.  $23,707.20 on October 1, 2020
    c.  $28,609.41 on October 30, 2020
    d.  $35,269.84 on November 30, 2020
    e.  $27,361.20 on January 18, 2021
    f.  $13,638.80 on January 18, 2021
    g.  $44,200.00 on May 7, 2021
    h.  $214,382.05 on February 22, 2022

10.     Applicant has agreed to discount its fees in the amount of $25,000.00

11.     After applying the payments received and the discount, the balance owed on this fee application to be paid from Debtor's funds is $46,111.60.

## IV.
## JOHNSON FACTORS ANALYSIS

12.     Applicant requests compensation based on the factors set forth in 11 U.S.C. § 330(a)(3) and *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974). These factors include the following:

a.  *Time and Labor Required.* A description of the time and labor sorted by category of activity of Applicant appears in Exhibit A.

b.  *The Skill Required to Perform the Legal Services Provided.* Applicant represented Debtors in Adversary No. 20-05027 (the "Adversary"), which included the successful prosecution of a request for declaratory relief concerning a multi-million-dollar pipeline and right-of-way and successful defense of over thirty counterclaims alleging causes of action ranging from breach of contract to fraud. The issues presented were highly complex and required a high level of skill. Applicant has the necessary skills to successfully provide the services needed in this case.

c.  *The Preclusion of Other Employment by the Attorney Due to Acceptance of the Case.* Applicant allocated a large amount of time and staffing to adequately prepare for and participate in the trial in this case; consequently, Applicant was required to refrain from rendering services in other matters.

d.  *The Customary Fee.* The compensation sought herein is comparable to the fees charged by other attorneys of comparable experience in the San Antonio, Texas market.

-6-

e.  _Whether the Fee is Fixed or Contingent._  The fee is fixed at $325.00 to $350.00 per hour for partners and senior attorneys, $250.00 per hour for junior attorneys, and $120.00 per hour for paralegals.  This case was not taken on a contingent basis.

f.  _Time Limitations by the Client or Other Circumstances._  Applicant began representing Debtors at the inception of the Adversary Proceeding and had to, among other things: (1) propound and respond to a large volume of written discovery; (2) defend and take numerous depositions; (3) file and defend dispositive motions, including motions for summary judgment; (4) file numerous discovery motions; (4) prepare for trial; and (5) attend trial, all in less than eight months.

g.  _The Experience, Reputation and Ability of the Attorneys._  Applicant's primary attorney working on this case is C. John Muller IV.  Mr. Muller has developed a reputation as a premier commercial litigator in the San Antonio, Texas market. Debtors selected John Muller based on his experience and knowledge in the field of civil litigation.

h.  _The "Undesirability" of the Case._  This case is not undesirable.

**i.**  _Nature and Length of the Professional Relationship with the Client._  Applicant was retained by Debtor for representation on April 27, 2020.

j.  _Results Obtained._  Applicant successfully prosecuted a request for declaratory relief concerning a multi-million-dollar pipeline and right-of-way and successfully defended against more than thirty counterclaims alleging causes of action ranging from breach of contract to fraud and seeking tens of millions of

dollars in damages.

k.  *Awards in Similar Case.*  The amount requested is similar or less than what other attorneys of similar experience would charge in similar cases.

l.  *Travel Time.*  Applicant did not bill for travel time.

m.  *Other Factors.*  There are no other factors of particular importance to the fee request.

WHEREFORE PREMISES CONSIDERED, pursuant to 11 U.S.C. §§ 503(b)(2), 507(a), and 331, the Applicant respectfully requests the approval of the Fee Application of CJ Muller & Associates for payment of professional fees in the amount of $46,111.60 under 11 U.S.C. § 503 and for all other relief to which it may be justly entitled.

Dated: April 1, 2022.

Respectfully Submitted,

CJ MULLER & ASSOCIATES, PLLC

By: _/s/ John Muller_____
  C. John Muller IV
  State Bar No. 24070306
  john.muller@cjma.law
  Ezekiel J. Perez
  State Bar No. 24096782
  zeke.perez@cjma.law
  111 W. Sunset Rd.
  San Antonio, TX 78209
  Telephone: 210-664-5000
  Facsimile: 210-899-1933

ATTORNEYS FOR DEBTORS

-8-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the Application for Payment of Attorney's Fees by CJ Muller & Associates, PLLC, Attorneys for Plaintiffs, and Counter-Defendants KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row was forwarded to all parties listed on the attached Service List, by first class mail, postage prepaid, on April 1, 2022.

_/s/ John Muller_
JOHN MULLER

**EXHIBIT A**
**Adversary No. 20-05027**

DRAFTING AND MISCELLANEOUS LEGAL SERVICES
**FOR PROFESSIONAL SERVICES RENDERED**

| Bill ID | Date | User | Hours | Description | Qty. | Rate ($) | Total |
|---------|------|------|-------|-------------|------|----------|-------|
| 1598 | 1/10/2022 | Charles Muller | 7.8 | Draft and edit Appellees' Response brief. | 7.8 | 350 | $ 2,730.00 |
| 1598 | 1/5/2022 | Charles Muller | 2 | Inspect station; Confer with security personnel; Confer with client re various traffic issues; Schedule status conference to discuss next steps. | 2 | 350 | $ 700.00 |
| 1557 | 12/10/2021 | Charles Muller | 6.1 | MEDIATION | 6.1 | 350 | $ 2,135.00 |
| 1557 | 12/8/2021 | Charles Muller | 5.5 | Attend McLeod Deposition | 3 | 350 | $ 1,925.00 |
| 1598 | 2/8/2022 | Ezekiel Perez | 0.3 | Consolidate draft agreement and signature pages; confer with J. Muller regarding the same. | 0.3 | 250 | $ 75.00 |
| 1598 | 1/13/2022 | Ezekiel Perez | 5.2 | Continue draft appeal brief; edit documents to be consolidated; confer with J. Muller regarding the same. Research recordation numbers for lien releases (settlement documents). | 5.2 | 250 | $ 1,300.00 |
| 1557 | 12/27/2021 | Ezekiel Perez | 6.6 | Continue draft of response to motion for protection; motion for continuance; and motion to compel. | 6.6 | 250 | $ 1,650.00 |
| 1557 | 12/22/2021 | Ezekiel Perez | 2.6 | Continue draft response to objection. | 2.6 | 250 | $ 650.00 |
| 1557 | 12/28/2021 | Ezekiel Perez | 6.9 | Continue research and draft response to motion for protection; motion to compel; and motion for continuance. | 6.9 | 250 | $ 1,725.00 |
| 1598 | 1/10/2022 | Ezekiel Perez | 8.1 | Draft appellee brief. | 8.1 | 250 | $ 2,025.00 |

| 1598 | 1/11/2022 | Ezekiel Perez | 6.8 | Draft response brief argument and background; begin draft of settlement agreement on Claim 6. | 6.8 | 250 | $ | 1,700.00 |
|------|-----------|---------------|-----|-----|-----|-----|-----|-----|
| 1557 | 12/20/2021 | Ezekiel Perez | 3.7 | Draft response to Motion for protection. | 3.7 | 250 | $ | 925.00 |
| 1557 | 12/14/2021 | Ezekiel Perez | 0.8 | Edit Dismissal Agreement; calls to A. Krist. and C. Johns; correspondence with opposing counsel regarding the same; finalize agreement and file. | 0.8 | 250 | $ | 200.00 |
| 1598 | 2/2/2022 | Ezekiel Perez | 1.1 | Edit draft settlement agreement and confer with J. Muller regarding the same. | 1.1 | 250 | $ | 275.00 |
| 1557 | 12/13/2021 | Ezekiel Perez | 0.6 | Edit draft subpoenas and finalize the same. | 0.6 | 250 | $ | 150.00 |
| 1557 | 12/8/2021 | Ezekiel Perez | 5.5 | Edit draft subpoenas; edit fee application; edit conference letter to L. Worsham; draft mediation statement. | 5.5 | 250 | $ | 1,375.00 |
| 1557 | 12/21/2021 | Ezekiel Perez | 1.3 | Edit draft subpoenas; edit response to motion for protection. | 1.3 | 250 | $ | 325.00 |
| 1598 | 1/14/2022 | Ezekiel Perez | 7.6 | Edit updated draft appeal brief; confer with W. Germany; finalize brief and file. | 7.6 | 250 | $ | 1,900.00 |
| 1557 | 12/30/2021 | Ezekiel Perez | 5.6 | Finalize draft response and motion to compel. | 5.6 | 250 | $ | 1,400.00 |
| 1557 | 12/15/2021 | Ezekiel Perez | 0.6 | Finalize examination subpoenas; confer with client regarding McLeod claim issue; review responsive documents received from Longbranch. | 0.6 | 250 | $ | 150.00 |
| 1557 | 12/10/2021 | Ezekiel Perez | 4.9 | Finalize fee app; edit subpoenas; confer with J. Muller regarding mediation; client call; call with R. Smeberg. | 4.9 | 250 | $ | 1,225.00 |
| 1557 | 12/08/2021 | Ezekiel Perez | 4.6 | Prepare for, attend, and assist with deposition of A. | 4.6 | 250 | $ | 1,150.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | McLeod; confer with client regarding the same; correspondence from A. Krist. | | | |
| 1598 | 1/12/2022 | Ezekiel Perez | 6.9 | Met with W. Germany regarding joint response brief; continued drafting brief; edits to settlement agreement. | 6.9 | 250 | $ 1,725.00 |
| 1598 | 2/9/2022 | Ezekiel Perez | 0.8 | Multiple correspondence regarding settlement and hearing; review draft motion. | 0.8 | 250 | $ 200.00 |
| 1557 | 12/9/2021 | Ezekiel Perez | 3.6 | Preparations for mediation; edit draft subpoenas; draft litigation hold letter; teleconference with M. Black. | 3.6 | 250 | $ 900.00 |
| 1598 | 1/5/2022 | Ezekiel Perez | 3.9 | Prepare for and attend hearing on motion for protective order; confer regarding updated deadlines; review appeal and begin outlining response argument. | 3.9 | 250 | $ 975.00 |
| 1557 | 12/16/2021 | Ezekiel Perez | 3.4 | Review appeal; confer regarding Kuhlmann subpoena with opposing counsel; draft correspondence regarding the same. | 3.4 | 250 | $ 850.00 |
| 1598 | 1/18/2022 | Ezekiel Perez | 0.2 | Review filing and order. | 0.2 | 250 | $ 50.00 |
| 1557 | 12/8/2021 | Sherry Barnash | 0.7 | Review revised fee application and summary; review and edit letter of correspondence to L. Worsham regarding McLeod production issues; review mediation statement. | 0.7 | 250 | $175.00 |
| 1557 | 12/9/2021 | Sherry Barnash | 0.7 | Review Rule 2004 Subpoena topics for McLeod Oil, LLC deposition; review | 0.7 | 250 | $175.00 |

| | | | | revised fee application, summary, and proposed order. | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | **$ 34,590.00** |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| John Muller | 23.0 | $325/Hour | $  7,490.00 |
| Ezekiel Perez | 91.6 | $250/Hour | $ 22, 900.00 |
| Sherry Barnash | 1.4 | $250/Hour | $     350.00 |

**BILLING SUMMARY**

TOTAL CHARGES FOR THIS BILL:          $ 30740

CONFERENCES AND HEARINGS
**FOR PROFESSIONAL SERVICES RENDERED**

| Bill ID | Date | User | Hours | Description | Qty. | Rate ($) | Total |
|---|---|---|---|---|---|---|---|
| 1598 | 1/13/2022 | Bryan Lopez | 1.8 | Attention to review of settlement agreement; draft, revise and finalize releases of lien for four counties with the ROW. | 1.8 | 325 | $      585.00 |
| 1557 | 12/30/2021 | Charles Muller | 9 | 194 KrisJenn.McLeod - Doc Review; Edit response to MTQ; Prepare for hearing | 9 | 350 | $    3,150.00 |
| | 2/10/2022 | Charles Muller | 0.5 | Attend Hearing. | 0.5 | 350 | $      175.00 |
| 1598 | 1/5/2022 | Charles Muller | 2 | Attend Motion to Quash; Motion for Continuance; Post hearing conference with R. Smeberg and L. Worsham. | 2 | 350 | $      700.00 |
| 1598 | 1/10/2022 | Charles Muller | 0.5 | Client Conference re settlement negotiations; | 0.5 | 350 | $      175.00 |
| 1598 | 1/26/2022 | Charles Muller | 0.5 | Confer with C. Cavallo re development of ROW; Follow-up with L. Worsham regarding settlement agreement. | 0.5 | 350 | $      175.00 |
| 1598 | 1/31/2022 | Ezekiel Perez | 1.5 | Attend hearing on disclosures statement; client teleconference; review filings; review reply brief. | 1.5 | 250 | $      375.00 |
| 1557 | 12/17/2021 | Ezekiel Perez | 1.9 | Call with A. Krist; Correspondence with opposing counsel; review response from Kuhlmann to subpoena; review filing. | 1.9 | 250 | $      475.00 |
| 1598 | 1/20/2022 | Ezekiel Perez | 0.2 | Client communications. | 0.2 | 250 | $        50.00 |

| 1598 | 1/4/2022 | Ezekiel Perez | 4.1 | Client meeting; negotiations regarding Claim 6; preparations for hearing and deposition; correspondence from L. Frank; teleconference with R. Smeberg regarding the same; review filing. | 4.1 | 250 | $ 1,025.00 |
|------|----------|---------------|-----|------|-----|-----|------------|
| 1598 | 1/6/2022 | Ezekiel Perez | 0.9 | Confer regarding announcement for hearing on claim; correspondence with opposing counsel; review multiple filings.<br><br>Confer regarding draft response to appeal. | 0.9 | 250 | $ 225.00 |
| 1557 | 12/23/2021 | Ezekiel Perez | 0.5 | Confer regarding case plan and continue drafting response to motion for protection and motion to compel. | 0.5 | 250 | $ 125.00 |
| 1598 | 1/3/2022 | Ezekiel Perez | 1.4 | Correspondence with A. Krist; review draft 2004 notice; draft correspondence to K. Frank; review draft witness and exhibit list for hearing on objection to claim 6. | 1.4 | 250 | $ 350.00 |
| 1598 | 1/1/2022 | Ezekiel Perez | 0.2 | Confer with W. Germany regarding status of appeal. | 0.2 | 250 | $ 50.00 |
| 1598 | 1/12/2022 | Sherry Barnash | 0.2 | Confer with E. Perez regarding standards of review and focus of argument. | 0.2 | 250 | $50.00 |
|      |          |               |     |      | 10.7 |     | $ 3,310.00 |

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| John Muller | 12.5 | $325/Hour | $ 4,375.00 |
| Bryan Lopez | 1.8 | $325/Hour | $ 585.00 |
| Ezekiel Perez | 10.7 | $250/Hour | $ 2,675.00 |
| Sherry Barnash | 0.2 | $250/Hour | $ 50.00 |

**BILLING SUMMARY**

     TOTAL CHARGES FOR THIS BILL:    $ 7685.00

PARALEGAL AND CLERICAL
**FOR PROFESSIONAL SERVICES RENDERED**

| 1598 | 1/5/2022 | Frankie Payne | 0.7 | Correspondence with Court reporter re: upcoming deposition of W. Kuhlmann, and hearing on Motion to Quash. | 0.7 | 120 | $ | 84.00 |
|---|---|---|---|---|---|---|---|---|
|  | 3/1/2022 | Frankie Payne | 0.8 | Create assumed name with SOS and send documents to Client for review. | 0.8 | 120 | $ | 96.00 |
| 1557 | 12/8/2021 | Frankie Payne | 0.8 | Draft Letter to L. Worsham for Attorney review. | 0.8 | 120 | $ | 96.00 |
| 1598 | 1/11/2022 | Frankie Payne | 1.6 | Draft Settlement Agreement for Attorney's review. | 1.6 | 120 | $ | 192.00 |
| 1598 | 1/11/2022 | Frankie Payne | 0.8 | Draft table of authorities for appeal brief. | 0.8 | 120 | $ | 96.00 |
| 1598 | 1/4/2022 | Frankie Payne | 0.3 | Email L. Frank regarding 2004 exam. | 0.3 | 120 | $ | 36.00 |
| 1598 | 1/3/2022 | Frankie Payne | 0.3 | Email L. Frank regarding letter. | 0.3 | 120 | $ | 36.00 |
| 1598 | 1/4/2022 | Frankie Payne | 0.3 | Email L. Worsham regarding 2004 exam. | 0.3 | 120 | $ | 36.00 |
|  | 3/30/2022 | Frankie Payne | 0.3 | Email re: Background Check requirements. | 0.3 | 120 | $ | 36.00 |
| 1598 | 1/4/2022 | Frankie Payne | 0.3 | Email W Kuhlmann regarding 2004 exam. | 0.3 | 120 | $ | 36.00 |
| 1557 | 12/10/2021 | Frankie Payne | 4.9 | Finalize and efile Fee Application and Summary of Fee Application. | 4.9 | 120 | $ | 588.00 |
| 1557 | 12/30/2021 | Frankie Payne | 2.5 | Meeting with attorneys to review, revise and compile exhibits for Response to Motion to Quash and Motion for Protective Order and Debtors' Motion to Compel and Motion to Continue.  E-file all documents. | 2.5 | 120 | $ | 300.00 |
| 1557 | 12/30/2021 | Frankie Payne | 2.5 | Prepare witness and exhibit list for hearing scheduled Jan 12, 2022. | 2.5 | 120 | $ | 300.00 |

| 1598 | 1/10/2022 | Frankie Payne | 2.2 | Review court rules and create shell for Appellees' brief. | 2.2 | 120 | $ | 264.00 |
|------|-----------|---------------|-----|-----------------------------------------------------------|-----|-----|---|--------|
| 1598 | 1/13/2022 | Frankie Payne | 1.1 | Review rules and E-file Appellee's response brief. | 1.1 | 120 | $ | 132.00 |
| 1598 | 1/14/2022 | Frankie Payne | 4.7 | Revisions of Appellees Response brief; Ensure table of authorities is accurate and finalize word count in preparation of filing. | 4.7 | 120 | $ | 564.00 |
| 1598 | 1/9/2022 | Frankie Payne | 0.5 | Work with Court reporter for transcription of D. Borders deposition. | 0.5 | 120 | $ | 60.00 |
| 1557 | 12/21/2021 | Tonda Sutton | 1 | Begin analyzing timeline of CSAs. | 1 | 120 | $ | 120.00 |
| 1598 | 2/9/2022 | Tonda Sutton | 0.3 | Confer with F. Payne re: Settlement Agreement and release. | 0.3 | 120 | $ | 36.00 |
| 1557 | 12/21/2021 | Tonda Sutton | 0.5 | Confer with J. Muller re: subpoenas. Draft email to client re: address for Darin Borders. | 0.5 | 120 | $ | 60.00 |
| 1557 | 12/23/2021 | Tonda Sutton | 0.5 | Confer with J. Muller, Z. Perez, and F. Payne re: CSA timeline. | 0.5 | 120 | $ | 60.00 |
| 1598 | 1/3/2022 | Tonda Sutton | 0.4 | Confer with Z. Perez and F. Payne re: Rule 2004 Notice for D. Borders and Longbranch. | 0.4 | 120 | $ | 48.00 |
| 1557 | 12/14/2021 | Tonda Sutton | 0.2 | Confer with Z. Perez re: dismissal. Confer with J. Muller re: dismissal. | 0.2 | 120 | $ | 24.00 |
| 1557 | 12/13/2021 | Tonda Sutton | 0.5 | Confer with Z. Perez. Revise 2004 Notices. Draft email to A. Krist attaching notices. | 0.5 | 120 | $ | 60.00 |
| 1557 | 12/22/2021 | Tonda Sutton | 1.5 | Continue analyzing timeline of CSAs. | 1.5 | 120 | $ | 180.00 |
| 1557 | 12/27/2021 | Tonda Sutton | 0.5 | Document review with F. Payne. | 0.5 | 120 | $ | 60.00 |
| 1557 | 12/8/2021 | Tonda Sutton | 0.5 | Draft 2005 Subpoena to Daniel Moore. Draft Exhibit A to Subpoena. | 0.5 | 120 | $ | 60.00 |

| 1557 | 12/13/2021 | Tonda Sutton | 0.7 | Draft new Rule 2004 Notice of Examination to Darin Borders.  Draft new Rule 2004 Notice of Examination to Longbranch Energy.  Draft Exhibit A to Longbranch's Notice. | 0.7 | 120 | $ | 84.00 |
|------|-----------|--------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------|-----|-----|---|-------|
| 1557 | 12/14/2021 | Tonda Sutton | 0.5 | Draft Rule 2004 Notice for Oral Examination to Darin Borders.  Draft Rule 2004 Notice for Oral Examination to Longbranch Energy.  Draft Exhibit A to Longbranch's Notice. | 0.5 | 120 | $ | 60.00 |
| 1557 | 12/20/2021 | Tonda Sutton | 1 | Draft Subpoena to Appear and Testify at Hearing for Darin Borders, Longbranch Energy, Adam McLeod, John McLeod, McLeod Oil, William Kuhlmann, and Albert, Neely & Kuhlmann. | 1 | 120 | $ | 120.00 |
| 1598 | 2/1/2022 | Tonda Sutton | 0.3 | Meet with J. Muller and client to perform notary services. | 0.3 | 120 | $ | 36.00 |
| 1557 | 12/30/2021 | Tonda Sutton | .1 | Client Correspondence | .1 | 120 | $ | 12.00 |
| | 2/22/2022 | Tonda Sutton | 0.5 | Meeting with J. Muller and client to notarize Releases of Memorandums and Mineral Deed.  Scan Notices of Lien and Releases of Memorandums. | 0.5 | 120 | $ | 60.00 |
| 1557 | 12/8/2021 | Tonda Sutton | 0.5 | Meeting with J. Muller and F. Payne. | 0.5 | 120 | $ | 60.00 |
| 1557 | 12/9/2021 | Tonda Sutton | 3 | Meeting with J. Muller. Draft new 2004 Subpoenas for Adam McLeod, John McLeod, Laura Worsham, Christie Hebert, and William Kuhlmann, Jr.  Draft Exhibits for each | 3 | 120 | $ | 360.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | **Subpoena. Revise Daniel Moore's 2004 Subpoena and Exhibit.** | | | |
| 1598 | 1/3/2022 | Tonda Sutton | 0.1 | **Online search for status of Kuhlmann service.** | 0.1 | 120 | $ 12.00 |
| 1557 | 12/8/2021 | Tonda Sutton | 0.7 | **Research rules re: electronic discovery. Confer with Z. Perez re: electronic discovery. Draft new 2004 Subpoena to Darin Borders. Draft Exhibit A to Subpoena. To attorney for review.** | 0.7 | 120 | $ 84.00 |
| 1557 | 12/29/2021 | Tonda Sutton | 0.7 | **Review and organize emails produced by L. Worsham to potentially be used as exhibits for Response to Motion to Quash.** | 0.7 | 120 | $ 84.00 |
| 1557 | 12/9/2021 | Tonda Sutton | 1 | **Review and revise all Subpoenas and Exhibits.** | 1 | 120 | $ 120.00 |
| 1598 | 1/11/2022 | Tonda Sutton | 2 | **Review Appellees Brief. Draft Table of Authorities. Perform cite checks. Revise Table of Authorities.** | 2 | 120 | $ 240.00 |
| 1557 | 12/8/2021 | Tonda Sutton | 0.2 | **Review email from L. Worsham. Reply email to L. Worsham.** | 0.2 | 120 | $ 24.00 |
| 1598 | 1/24/2022 | Tonda Sutton | 0.3 | **Review email from RC Caviglia at ABC Legal confirming cancelled service request.** | 0.3 | 120 | $ 36.00 |
| 1598 | 1/24/2022 | Tonda Sutton | 0.3 | **Review emails from ABC Legal re: Kuhlmann service attempts. Cancel service request.** | 0.3 | 120 | $ 36.00 |
| 1598 | 2/8/2022 | Tonda Sutton | 0.3 | **Review letter and check from L. Frank and upload to Clio.** | 0.3 | 120 | $ 36.00 |
| 1557 | 12/21/2021 | Tonda Sutton | 0.1 | **Review reply email from client.** | 0.1 | 120 | $ 12.00 |

| 1557 | 12/22/2021 | Tonda Sutton | 0.1 | Review reply email from L. Worsham. | 0.1 | 120 | $ | 12.00 |
|---|---|---|---|---|---|---|---|---|
| 1557 | 12/28/2021 | Tonda Sutton | 0.8 | Review Response to Motion to Quash, Competing Motion to Compel, and Motion to Continue. Begin drafting proposed Order. | 0.8 | 120 | $ | 96.00 |
| 1598 | 1/14/2022 | Tonda Sutton | 1 | Reviewing Appellee's Brief to confirm accuracy of Table of Authorities. Collaborate with F. Payne for formatting corrections. | 1 | 120 | $ | 120.00 |
| 1557 | 12/8/2021 | Tonda Sutton | 0.3 | Revise Daniel Moore's 2004 Subpoena and Exhibit A. | 0.3 | 120 | $ | 36.00 |
| 1557 | 12/10/2021 | Tonda Sutton | 0.4 | Revise litigation hold letter to L. Worsham. Duplicate letter for W. Kuhlmann. Draft email to L. Worsham attaching letter. Draft email to W. Kuhlmann attaching letter. | 0.4 | 120 | $ | 48.00 |
| 1557 | 12/15/2021 | Tonda Sutton | 0.2 | Revise Rule 2004 Notice and Exhibit for Longbranch. | 0.2 | 120 | $ | 24.00 |
| 1557 | 12/14/2021 | Tonda Sutton | 0.1 | Revise Rule 2004 Notice to Lonbranch Energy. | 0.1 | 120 | $ | 12.00 |
| 1557 | 12/21/2021 | Tonda Sutton | 0.3 | Revise Subpoenas to Appear. | 0.3 | 120 | $ | 36.00 |
| 1557 | 12/22/2021 | Tonda Sutton | 0.7 | Revise Subpoenas to Appear. Draft email to L. Worsham attaching Subpoenas for Adam and John McLeod. Online request to ABC Legal for service of W. Kuhlmann. | 0.7 | 120 | $ | 84.00 |
| 1557 | 12/21/2021 | Tonda Sutton | 0.3 | Search for service address for Darin Border. Confer with Z. Perez re: same. | 0.3 | 120 | $ | 36.00 |
| 1598 | 2/1/2022 | Tonda Sutton | 0.5 | Meeting preparation. | 0.5 | 120 | $ | 60.00 |
| | | | | | | | $ | 6216.00 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Frankie Payne | 24.5 | $120/Hour | $ 2,952.00 |
| Tonda Sutton | 22.9 | $120/Hour | $ 2,748.00 |

### BILLING SUMMARY

TOTAL CHARGES FOR THIS BILL:                $5700.00

EXPENSES
**FOR ADMINISTRATIVE SERVICES RENDERED**

| Bill ID | Date | User | Description | Qty. | Price | Total |
|---------|------|------|-------------|------|-------|-------|
| 1598 | 02/07/2022 | Expense | Court Reporter Darin Borders | | $526.75 | $526.75 |
| 1598 | 02/07/2022 | Expense | Deposition Adam McLeod | 1 | $1,322.30 | $1,322.30 |
| 1598 | 01/24/2022 | Expense | Process Server | 1 | $ 135.00 | $ 137.55 |
| | | | | | | $1,986.60 |

**BILLING SUMMARY**

TOTAL CHARGES FOR THIS BILL:          $1984.05

**SUMMARY**

TOTAL FEES:          $ 46,111.60

## SERVICE LIST

**DEBTOR**

KrisJenn Ranch, LLC
410 Spyglass Rd
Mc Queeney, TX 78123-3418

**GOVERNMENT ENTITIES**

Office of the UST
615 E Houston, Room 533
PO Box 1539
San Antonio, TX 78295-1539

U.S. Attorney
Attn: Bkcy Division
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

Internal Revenue Services
Special Procedures Branch
300 E. 8th St. STOP 5026
AUS Austin, TX 78701

Texas Comptroller of
Public Account
Attn: Bankruptcy
P.O. Box 149359
Austin, TX 78714-9359

Angelina County Tax
Assessor
606 E Lufkin Ave,
Lufkin, Texas 75901

Nacogdoches County Tax
Assessor-Collector
101 West Main Street
Nacogdoches, Texas
75961

Rusk County
202 N Main St,
Henderson, Texas 75652

Shelby County, Tax
Collector
200 St. Augustine St.
Center, Texas 75935

Tenaha ISD Tax Assessor-
Collector
138 College St
Tenaha, TX 75974-5612

Uvalde Tax Assessor
Courthouse Plaza, Box 8
Uvalde, Texas 78801

**NOTICE PARTIES**

METTAUER LAW FIRM
c/o April Prince
403 Nacogdoches St Ste 1
Center, TX 75935-3810

Albert, Neely & Kuhlmann
1600 Oil & Gas Building
309 W 7th St
Fort Worth, TX 76102-6900

Laura L. Worsham
JONES, ALLEN &
FUQUAY, LLP
8828 Greenville Ave.
Dallas, Texas 75243

Craig Crockett
CRAIG M. CROCKETT,
PC 5201 Camp Bowie
Blvd. #200
Fort Worth, Texas 76107

Christopher S. Johns
JOHNS &COUNSEL
PLLC
14101 Highway 290 West,
Ste. 400A
Austin, Texas 78737

Timothy Cleveland
CLEVELAND|
TERRAZAS PLLC
4611 Bee Cave Road,
Ste. 306B
Austin, Texas 78746

Andrew R. Seger
KEY TERRELL &
SEGER
4825 50th Street, Ste. A
Lubbock, Texas 79414

**SECURED CREDITORS**

McLeod Oil, LLC
c/o John W. McLeod, Jr.
700 N Wildwood Dr
Irving, TX 75061-8832

**UNSECURED CREDITORS**

Bigfoot Energy Services
312 W Sabine St
Carthage, TX 75633-2519
C&W Fuels, Inc.
Po Box 40
Hondo, TX 78861-0040

Davis, Cedillo & Mendoza
755 E Mulberry Ave Ste.
500
San Antonio, TX 78212-
3135

Granstaff Gaedke &
Edgmon
5535 Fredericksburg Rd
Ste 110
San Antonio, TX 78229-
3553

Hopper's Soft Water
Service
120 W Frio St
Uvalde, TX 78801-3602

Larry Wright
 410 Spyglass Rd
Mc Queeney, TX 78123-
3418
Medina Electric
2308 18th St. Po Box 370
Hondo, TX 78861-0370

Medina's Pest Control
1490 S Homestead Rd
Uvalde, TX 78801-7625

Texas Farm Store
236 E Nopal St
Uvalde, TX 78801-5317

Uvalco Supply
2521 E Main St
Uvalde, TX 78801-4940

Longbranch Energy
c/o DUKE BANISTER
RICHMOND
Po Box 175
Fulshear, TX 77441-0175

DMA Properties, Inc.
896 Walnut Street at US
123 BYP
Seneca, SC 29678