**MOR-1**

**UNITED STATES BANKRUPTCY COURT**

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK
PROPOSED PLAN DATE: _____

PETITION DATE: _____
DISTRICT OF TEXAS: Western
DIVISION: San Antonio

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH March 2022

| MONTH | October | November | December | January | February | March |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC/TAX (MOR-6) | 3.00 | 0.00 | -6,000.00 | -32,641.36 | -842,385.05 | -14,194.35 |
| NET INCOME (LOSS) (MOR-6) | 3.00 | 0.00 | -6,000.00 | -32,641.36 | -842,385.05 | -14,194.35 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 246,982.05 | 2,945.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 3.00 | 0.00 | 6,000.00 | 32,641.36 | 842,385.05 | 14,194.35 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | EXP. DATE | | CIRCLE ONE |
|---|---|---|---|
| CASUALTY | YES (X) NO ( ) | Are all accounts receivable being collected within terms? | Yes No |
| LIABILITY | YES (X) NO ( ) | Are all post-petition liabilities, including taxes, being paid within terms? | Yes No |
| VEHICLE | YES ( ) NO ( ) | Have any pre-petition liabilities been paid? | Yes No |
| WORKERS | YES ( ) NO ( ) | If so, describe paid per Plan | |
| OTHER | YES ( ) NO ( ) | Are all funds received being deposited into DIP bank accounts? | Yes No |
| | | Were any assets disposed of outside the normal course of business? | Yes No |
| | | If so, describe | |
| | | Are all U.S. Trustee Quarterly Fee Payments current? | Yes No |
| | | What is the status of your Plan of Reorganization? Confirmed | |

ATTORNEY NAME: Ronald Smeberg
FIRM NAME: The Smeberg Law Firm, PLLC
ADDRESS: 4 Imperial Oaks
CITY, STATE, ZIP: San Antonio Texas 78248
TELEPHONE/FAX: 210-695-6684

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _Larry Wright_ TITLE: Manager
(ORIGINAL SIGNATURE)

(PRINT NAME OF SIGNATORY) DATE Revised 07/01/98

MOR-1

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | 2022 March |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | | 893,954.12 | 887,954.12 | 855,312.76 | 855,312.76 | 12,927.71 | -1,266.64 |
| Accounts Receivable, Net | | | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | -10,895.00 | -10,895.00 | -10,895.00 | -10,895.00 | -10,895.00 | -10,895.00 |
| Other | | | | | | | |
| TOTAL CURRENT ASSETS | 0.00 | 883,059.12 | 877,059.12 | 844,417.76 | 844,417.76 | 2,032.71 | -12,161.64 |
| PROPERTY, PLANT & EQUIP. @ COST | | | | | | | |
| Less Accumulated Depreciation | | | | | | | |
| NET BOOK VALUE OF PP & E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | |
| 3. Electric Deposit | | | | | | | |
| 4. | | | | | | | |
| **TOTAL ASSETS** | $0.00 | $883,059.12 | $877,059.12 | $844,417.76 | $844,417.76 | $2,032.71 | ($12,161.64) |

\* Per Schedules and Statement of Affairs

**MOR-2**

Revised 07/01/98    Revised 07/01/98    Revised 07/01/98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | 2022 March |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | | | | | | |
| PRE-PETITION LIABILITIES | | | | | | | |
|   Notes Payable - Secured | | | | | | | |
|   Priority Debt | | | | | | | |
|   Federal Income Tax | | | | | | | |
|   FICA/Withholding | | | | | | | |
|   Unsecured Debt | | 111,168.58 | 111,168.58 | 111,168.58 | 111,168.58 | 111,168.58 | 111,168.58 |
|   Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 0.00 | 111,168.58 | 111,168.58 | 111,168.58 | 111,168.58 | 111,168.58 | 111,168.58 |
| **TOTAL LIABILITIES** | 0.00 | 111,168.58 | 111,168.58 | 111,168.58 | 111,168.58 | 111,168.58 | 111,168.58 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 |
| RETAINED EARNINGS: Filing Date | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | 6,377,574.95 | 6,377,574.95 | 6,371,574.95 | 6,338,933.59 | 5,496,548.54 | 5,482,354.19 |
| TOTAL OWNER'S EQUITY (NET WORTH) | 0.00 | 771,890.54 | 771,890.54 | 765,890.54 | 733,249.18 | -109,135.87 | -123,330.22 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $0.00 | $883,059.12 | $883,059.12 | $877,059.12 | $844,417.76 | $2,032.71 | ($12,161.64) |

*Per Schedules and Statement of Affairs

MOR-3

Revised 07/01/98   Revised 07/01/98   Revised 07/01/98

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
|  | October | November | December | January | February | March |
| *TRADE ACCOUNTS PAYABLE* | | | | | | |
| TAX PAYABLE | | | | | | |
|   Federal Payroll Taxes | | | | | | |
|   State Payroll Taxes | | | | | | |
|   Ad Valorem Taxes | | | | | | |
|   Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
|   1. | | | | | | |
|   2. | | | | | | |
|   3. | | | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

MOR-4

*Revised 07/01/98*

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## AGING OF POST-PETITION LIABILITIES

MONTH     Mar-22

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 0.00 | | | | | |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | August | September | October | November | December | January |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**     *Revised 07/01/98*

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

| | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 3.00 | | | | | | 7,308,254.69 |
| TOTAL COST OF REVENUES | | | | | | | 6,218.96 |
| GROSS PROFIT | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,302,035.73 |
| **OPERATING EXPENSES:** | | | | | | | |
| Selling & Marketing | | | | | | | 0.00 |
| General & Administrative | 0.00 | | | | 3.00 | 2,091.04 | 4,166.97 |
| Insiders Compensation | | | | | | | 0.00 |
| Professional Fees | 0.00 | | | | 246,982.05 | 2,945.00 | 449,610.12 |
| Other | | | | | | | 37,943.67 |
| Other | | | 6,000.00 | 32,641.36 | 595,400.00 | 9,158.31 | 671,898.79 |
| **TOTAL OPERATING EXPENSES** | 0.00 | 0.00 | 6,000.00 | 32,641.36 | 842,385.05 | 14,194.35 | 1,163,619.55 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 3.00 | 0.00 | -6,000.00 | -32,641.36 | -842,385.05 | -14,194.35 | 6,138,416.18 |
| INTEREST EXPENSE | | | | | | | 530,000.00 |
| DEPRECIATION | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | 126,061.99 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 656,061.99 |
| NET INCOME BEFORE TAXES | 3.00 | 0.00 | -6,000.00 | -32,641.36 | -842,385.05 | -14,194.35 | 5,482,354.19 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| **NET INCOME (LOSS) (MOR-1)** | $3.00 | $0.00 | ($6,000.00) | ($32,641.36) | ($842,385.05) | ($14,194.35) | $5,482,354.19 |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

\* Footnote Mandatory.

\*\* Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.

**MOR-6**  Revised 07/01/98

Other - Other payments in March consist of three payments as follows;to Larry Wright as reimbursements for closing costs on the sale of the asset.
 1) Nacadoches County $41.42
 2)Rusk County Tax Office $63.42
 3) Larry Wright Reimbursement for expenses $8800
 4) Shelby County Tax Office $253.47

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $893,954.12 | $893,954.12 | $893,954.12 | $887,954.12 | $855,312.76 | $12,927.71 | $0.00 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,315.28 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | 0.00 | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | | 73,330.95 |
| 5. SALE OF ASSETS | | | | | | | | 7,450,000.00 |
| 6. OTHER (attach list) | | 3.00 | | | | | | 152,150.00 |
| TOTAL RECEIPTS** | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,688,796.23 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | | 1,844.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | 0.00 | 0.00 | 0.00 | 0.00 | 8,014.89 |
| 12. INSURANCE | | | | | 0.00 | 0.00 | 0.00 | 5,017.49 |
| 13. INVENTORY PURCHASES | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | 0.00 | 0.00 | 0.00 | 0.00 | 37,660.41 |
| 17. ADMINISTRATIVE & SELLING | | 3.00 | | | 0.00 | 3.00 | | 231.61 |
| 18. OTHER (attach list) | | | | 6,000.00 | 32,641.36 | 595,400.00 | 9,158.31 | 66,257,818.67 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 3.00 | 0.00 | 6,000.00 | 32,641.36 | 595,403.00 | 9,158.31 | 7,255,030.06 |
| 19. PROFESSIONAL FEES | | | | | | 246,982.05 | 2,945.00 | 428,093.15 |
| 20. U.S. TRUSTEE FEES | | | | | | | 2,091.04 | 7,721.75 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 3.00 | 0.00 | 6,000.00 | 32,641.36 | 842,385.05 | 14,194.35 | 7,690,062.87 |
| 22. NET CASH FLOW | 0.00 | 0.00 | 0.00 | -6,000.00 | -32,641.36 | -842,385.05 | -14,194.35 | -1,266.64 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $893,954.12 | $893,954.12 | $887,954.12 | $855,312.76 | $12,927.71 | ($1,266.64) | ($1,266.64) |

\* Applies to Individual debtors only

**MOR-7**    \*\*Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

*Revised 07/01/98*

Other - Other payments in March consist of three payments as follows;to Larry Wright as reimbursements for closing costs on the sale of the asset.
 1) Nacadoches County $41.42
 2)Rusk County Tax Office $63.42
 3) Larry Wright Reimbursement for expenses $8800
 4) Shelby County Tax Office $253.47

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

# CASH ACCOUNT RECONCILIATION

MONTH OF 03/1-03/31/2022

| BANK NAME | Broadway | | | Broadway | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | 8640 # | # | | 3032 | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | -3.00 | | | 4,410.82 | $4,407.82 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | 5,677.46 | $5,677.46 |
| ADJUSTED BANK BALANCE | ($3.00) | $0.00 | $0.00 | ($1,266.64) | ($1,269.64) |
| BEGINNING CASH - PER BOOKS | -3.00 | | | 12,927.71 | $12,924.71 |
| RECEIPTS* | | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | | | | 14,194.35 | $14,194.35 |
| ENDING CASH - PER BOOKS | ($3.00) | $0.00 | $0.00 | ($1,266.64) | ($1,269.64) |

**MOR-8**   *Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7*   *Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

2022

| INSIDERS: NAME/COMP TYPE | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March |
|---|---|---|---|---|---|---|
| 1. Douglas Deffenbaugh CPA | | | | | | |
| 2. CJ Mueller & Assoc | | | | | | 214,382.05 | |
| 3. Smeberg Law Firm | | | | | 32,000.00 | |
| 4. Paul Randles, CPA | | | | | 600.00 | |
| 5. Cedillo Law Firm | | | | | | 2,945.00 |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $246,982.05 | $2,945.00 |

**MOR-9**

*Revised 07/01/98   Revised 07/01/98   Revised 07/01/98*

# BROADWAY BANK

1177 N.E. Loop 410
San Antonio, TX 78209

Return Service Requested

broadway.bank
800.531.7650

Account Number
Page 1 of 2

013917 0.6500 AB 0.461  TR00048

KRISJENN RANCH LLC
DEBTOR IN POSSESSION #2
CASE# 20-50805
410 SPYGLASS RD
MCQUEENEY TX 78123-3418

## Bank Statement

SUMMARY OF ACCOUNTS

| Account Type | Account # | Balance as of Mar 31, 2022 | YTD Interest |
|---|---|---|---|
| ADVANTAGE BUSINESS CHECKING | 3032 | $4,410.82 | $0.00 |

This statement reports your balances and activity from Feb 28, 2022 thru Mar 31, 2022 on the following accounts.

**ADVANTAGE BUSINESS CHECKING**  Account # 3032  Balance: $4,410.82

| | |
|---|---|
| Balance Last Statement | 13,530.71 |
| Total Debits | 9,119.89 |
| Checks Written | 316.89 |

| Check # | Date Paid | Amount | Check # | Date Paid | Amount |
|---|---|---|---|---|---|
| 108 | 03-31 | 63.42 | 109 | 03-31 | 253.47 |

**Other Withdrawals**

| Date | Description | Amount |
|---|---|---|
| Mar 31 | DEP-Paper Statement Fee | 3.00 |
| Mar 31 | WITHDRAWAL | 8,800.00 |

| | |
|---|---|
| Balance This Statement | 4,410.82 |

**Running Balances**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02-28 | $13,530.71 | 03-31 | $4,410.82 | | |

END OF STATEMENT



Amt $8,800.00 3-31-2022

Ck# 108 Amt $63.42 3-31-2022

Ck# 109 Amt $253.47 3-31-2022

| 110 | 3/22 | Nacogdoches County | #41.42 |
| 111 | 3/22 | Cedillo Law Firm | #2,945 |
| 112 | 3/22 | U.S. Trustee | #2,091.04 |
| 113 | 3/27 | Paul Randles | #600 |