MOR-1

| CASE NAME: | KrisJenn Ranch, LLC | | UNITED STATES BANKRUPTCY COURT | | PETITION DATE: | |
|---|---|---|---|---|---|---|
| CASE NUMBER: | 20-50805-RBK | | | | DISTRICT OF TEXAS: | Western |
| PROPOSED PLAN DATE: | | | | | DIVISION: | San Antonio |

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH April 2022

| MONTH | November | December | January | February | March | April |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 3.00 | 0.00 | -6,000.00 | -32,641.36 | -842,385.05 | -70.00 |
| NET INCOME (LOSS) (MOR-6) | 3.00 | 0.00 | -6,000.00 | -32,641.36 | -842,385.05 | -70.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 246,982.05 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 3.00 | 0.00 | 6,000.00 | 32,641.36 | 842,385.05 | 3,515.44 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE | | CIRCLE ONE |
|---|---|---|---|---|
| | | | Are all accounts receivable being collected within terms? | Yes No |
| | | | Are all post-petition liabilities, including taxes, being paid within terms? | Yes No |
| | | | Have any pre-petition liabilities been paid? | Yes No |
| CASUALTY | YES (✓) NO ( ) | _-_-_ | If so, describe | |
| LIABILITY | YES (✓) NO ( ) | _-_-_ | Are all funds received being deposited into DIP bank accounts? | Yes No |
| VEHICLE | YES ( ) NO ( ) | _-_-_ | Were any assets disposed of outside the normal course of business? | Yes No |
| WORKERS | YES ( ) NO ( ) | _-_-_ | If so, describe | |
| OTHER | YES ( ) NO ( ) | _-_-_ | Are all U.S. Trustee Quarterly Fee Payments current? | Yes No |
| | | | What is the status of your Plan of Reorganization? | |

| ATTORNEY NAME: | Ronald Smeberg |
|---|---|
| FIRM NAME: | The Smeberg Law Firm, PLLC |
| ADDRESS: | 4 Imperial Oaks |
| CITY, STATE, ZIP: | San Antonio Texas 78248 |
| TELEPHONE/FAX: | 210-695-6684 |

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _Larry Wright_ TITLE _Manager_
(ORIGINAL SIGNATURE)

_____ DATE _____
(PRINT NAME OF SIGNATORY)

MOR-1                                                           Revised 07/01/98

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | 2022 April |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | | 887,954.12 | 855,312.76 | 855,312.76 | 12,927.71 | -1,266.64 | 0.00 |
| Accounts Receivable, Net | | | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | -10,895.00 | -10,895.00 | -10,895.00 | -10,895.00 | -10,895.00 | -10,895.00 |
| Other | | | | | | | |
| TOTAL CURRENT ASSETS | 0.00 | 877,059.12 | 844,417.76 | 844,417.76 | 2,032.71 | -12,161.64 | -10,895.00 |
| PROPERTY, PLANT & EQUIP. @ COST | | | | | | | |
| Less Accumulated Depreciation | | | | | | | |
| NET BOOK VALUE OF PP & E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | |
| 3. Electric Deposit | | | | | | | |
| 4. | | | | | | | |
| **TOTAL ASSETS** | $0.00 | $883,059.12 | $877,059.12 | $844,417.76 | $844,417.76 | $2,032.71 | ($10,895.00) |

* Per Schedules and Statement of Affairs

**MOR-2**

*Revised 07/01/98    Revised 07/01/98    Revised 07/01/98*

CASE NAME: KrisJenn Ranch, LLC
CASE NUMBER: 20-50805-RBK

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | 2022 April |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | | | | | | |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured | | | | | | | |
| Priority Debt | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | | 111,168.58 | 111,168.58 | 111,168.58 | 111,168.58 | 111,168.58 | 111,168.58 |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 0.00 | 111,168.58 | 111,168.58 | 111,168.58 | 111,168.58 | 111,168.58 | 111,168.58 |
| **TOTAL LIABILITIES** | 0.00 | 111,168.58 | 111,168.58 | 111,168.58 | 111,168.58 | 111,168.58 | 111,168.58 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,605,684.41 | -5,604,330.01 |
| RETAINED EARNINGS: Filing Date | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | 6,377,574.95 | 6,371,574.95 | 6,338,933.59 | 5,496,548.54 | 5,482,354.19 | 5,482,266.43 |
| TOTAL OWNER'S EQUITY (NET WORTH) | 0.00 | 771,890.54 | 765,890.54 | 733,249.18 | -109,135.87 | -123,330.22 | -122,063.58 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $0.00 | $883,059.12 | $883,059.12 | $877,059.12 | $844,417.76 | $2,032.71 | ($10,895.00) |

* Per Schedules and Statement of Affairs

MOR-3

*Revised 07/01/98    Revised 07/01/98    Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH<br>November | MONTH<br>December | MONTH<br>January | MONTH<br>February | MONTH<br>March | MONTH<br>April |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* |  |  |  |  |  |  |
| TAX PAYABLE |  |  |  |  |  |  |
|   Federal Payroll Taxes |  |  |  |  |  |  |
|   State Payroll Taxes |  |  |  |  |  |  |
|   Ad Valorem Taxes |  |  |  |  |  |  |
|   Other Taxes |  |  |  |  |  |  |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION |  |  |  |  |  |  |
| ACCRUED INTEREST PAYABLE |  |  |  |  |  |  |
| ACCRUED PROFESSIONAL FEES* |  |  |  |  |  |  |
| OTHER ACCRUED LIABILITIES |  |  |  |  |  |  |
|   1. |  |  |  |  |  |  |
|   2. |  |  |  |  |  |  |
|   3. |  |  |  |  |  |  |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

MOR-4

*Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

**AGING OF POST-PETITION LIABILITIES**
MONTH      Apr-22

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 0.00 | | | | | |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**AGING OF ACCOUNTS RECEIVABLE**

| MONTH | August | September | October | November | December | January |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**      *Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

| | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | | | | | | | 7,308,254.69 |
| TOTAL COST OF REVENUES | | | | | | | 6,218.96 |
| GROSS PROFIT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,302,035.73 |
| **OPERATING EXPENSES:** | | | | | | | |
| Selling & Marketing | | | | | | | 0.00 |
| General & Administrative | | | | 3.00 | 2,091.04 | 70.00 | 4,236.97 |
| Insiders Compensation | | | | | | | 0.00 |
| Professional Fees | | | | 246,982.05 | 2,945.00 | 0.00 | 449,610.12 |
| Other | | | | | | | 37,943.67 |
| Other | | 6,000.00 | 32,641.36 | 595,400.00 | 9,158.31 | | 671,898.79 |
| **TOTAL OPERATING EXPENSES** | 0.00 | 6,000.00 | 32,641.36 | 842,385.05 | 14,194.35 | 70.00 | 1,163,689.55 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 0.00 | -6,000.00 | -32,641.36 | -842,385.05 | -14,194.35 | -70.00 | 6,138,346.18 |
| INTEREST EXPENSE | | | | | | | 530,000.00 |
| DEPRECIATION | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | 126,061.99 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 656,061.99 |
| NET INCOME BEFORE TAXES | 0.00 | -6,000.00 | -32,641.36 | -842,385.05 | -14,194.35 | -70.00 | 5,482,266.43 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| **NET INCOME (LOSS) (MOR-1)** | $0.00 | ($6,000.00) | ($32,641.36) | ($842,385.05) | ($14,194.35) | ($70.00) | $5,482,266.43 |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

\* *Footnote Mandatory.*

\* \* *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**

*Revised 07/01/98*

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $893,954.12 | $893,954.12 | $887,954.12 | $855,312.76 | $12,927.71 | ($1,266.64) | $0.00 |
| **RECEIPTS:** | | | | | | | | |
| 2. CASH SALES | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,315.28 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | 0.00 | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | | 73,330.95 |
| 5. SALE OF ASSETS | | | | | | | | 7,450,000.00 |
| 6. OTHER (attach list) | | | | | | | 4,782.08 | 152,150.00 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,782.08 | 7,688,796.23 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | 0.00 |
| **DISBURSEMENTS:** | | | | | | | | |
| 7. NET PAYROLL | | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | | 1,844.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | 0.00 | 0.00 | 0.00 | 0.00 | 8,014.89 |
| 12. INSURANCE | | | | | 0.00 | 0.00 | 0.00 | 5,017.49 |
| 13. INVENTORY PURCHASES | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | 0.00 | 0.00 | 0.00 | 0.00 | 37,660.41 |
| 17. ADMINISTRATIVE & SELLING | | | | | | 3.00 | 2,161.04 | 319.37 |
| 18. OTHER (attach list) | | | 6,000.00 | 32,641.36 | 595,400.00 | 9,158.31 | | 66,256,464.27 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 0.00 | 6,000.00 | 32,641.36 | 595,403.00 | 9,158.31 | 2,161.04 | 7,255,030.06 |
| 19. PROFESSIONAL FEES | | | | | 246,982.05 | 2,945.00 | | 428,093.15 |
| 20. U.S. TRUSTEE FEES | | | | | | 2,091.04 | | 7,721.75 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 1,354.40 | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 0.00 | 6,000.00 | 32,641.36 | 842,385.05 | 14,194.35 | 3,515.44 | 7,690,062.87 |
| 22. NET CASH FLOW | 0.00 | 0.00 | -6,000.00 | -32,641.36 | -842,385.05 | -14,194.35 | 1,266.64 | 0.00 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $893,954.12 | $887,954.12 | $855,312.76 | $12,927.71 | ($1,266.64) | ($0.00) | $0.00 |

* Applies to Individual debtors only

**MOR-7**   **Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

*Revised 07/01/98*

Other Reorganization - Other payments in April consists of a withdrawal to close out the account.
Other - Total disbursements include two returned checks for $2091.04 each and $600 voided check.
The $2091.04 check was resubmitted and cleared. The $600 check was paid out of the $8,800 withdrawal
in March via cashiers checks.

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

# CASH ACCOUNT RECONCILIATION
## MONTH OF 04/1-04/19/2022

| BANK NAME | Broadway | | | Broadway | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | 8640 # | # | | 3032 | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | -3.00 | | | 0.00 | ($3.00) |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | ($3.00) | $0.00 | $0.00 | $0.00 | ($3.00) |
| BEGINNING CASH - PER BOOKS | -3.00 | | | -1,266.64 | ($1,269.64) |
| RECEIPTS* | | | | 4,782.08 | $4,782.08 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | -1,354.40 | ($1,354.40) |
| CHECKS/OTHER DISBURSEMENTS* | | | | 2,161.04 | $2,161.04 |
| ENDING CASH - PER BOOKS | ($3.00) | $0.00 | $0.00 | $0.00 | ($3.00) |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

Total disbursements include two returned checks for $2091.04 each and $600 voided check.
The $2091.04 check was resubmitted and cleared. The $600 check was paid out of the $8,800 withdrawal in March via cashiers checks.

**CASE NAME:** KrisJenn Ranch, LLC
**CASE NUMBER:** 20-50805-RBK

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. 2022
Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.)  (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | MONTH 4/19/2022 |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | MONTH 4/19/2022 |
|---|---|---|---|---|---|---|
| 1. Douglas Deffenbaugh CPA | | | | | | |
| 2. CJ Mueller & Assoc | | | | 214,382.05 | | |
| 3. Smeberg Law Firm | | | | 32,000.00 | | |
| 4. Paul Randles, CPA | | | | 600.00 | | |
| 5. Cedillo Law Firm | | | | | 2,945.00 | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $246,982.05 | $2,945.00 | $0.00 |

**MOR-9**

*Revised 07/01/98     Revised 07/01/98     Revised 07/01/98*



# BROADWAY BANK

1177 N.E. Loop 410
San Antonio, TX 78209

Account Number
█████ 3032
Page 1 of 2

Return Service Requested

broadway.bank
800.531.7650

004112 0.6500 AB 0.461    TR00017

KRISJENN RANCH LLC
DEBTOR IN POSSESSION #2
CASE# 20-50805
410 SPYGLASS RD
MCQUEENEY TX 78123-3418

## Bank Statement
### SUMMARY OF ACCOUNTS

| Account Type | Account # | Balance as of Apr 30, 2022 | YTD Interest |
|---|---|---|---|
| ADVANTAGE BUSINESS CHECKING | █████3032 | $0.00 | $0.00 |

This statement reports your balances and activity from Mar 31, 2022 thru Apr 30, 2022 on the following accounts.

**ADVANTAGE BUSINESS CHECKING**  Account # █████3032  Balance:

| | | | |
|---|---|---|---|
| Balance Last Statement | | | 4,410.82 |

**Deposits/Credits**  4,182.08

| Date | Description | | Amount |
|---|---|---|---|
| Apr 05 | RETURNED CHECK 112 | | 2,091.04 |
| Apr 08 | RETURNED CHECK 112 | | 2,091.04 |

**Total Debits**  8,592.90

**Checks Written**  7,168.50

| Check # | Date Paid | Amount | Check # | Date Paid | Amount |
|---|---|---|---|---|---|
| 110 | 04-01 | 41.42 | 112 | 04-07 | 2,091.04 |
| 111 | 04-01 | 2,945.00 | 112* | 04-04 | 2,091.04 |

* DENOTES MISSING CHECK NUMBER

**Other Withdrawals**

| Date | Description | Amount |
|---|---|---|
| Apr 05 | Ret NSF OD DR s000000000000112 INSUFFICIENT FUNDS 112 | 35.00 |
| Apr 08 | Ret NSF OD DR s000000000000112 INSUFFICIENT FUNDS 112 | 35.00 |
| Apr 12 | WITHDRAWAL | 1,354.40 |



# BROADWAY BANK

1177 N.E. Loop 410
San Antonio, TX 78209

Account Number
████████3032
Page 2 of 2

broadway.bank
800.531.7650

**Balance This Statement**    0.00

Running Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03-31 | $4,410.82 | 04-05 | $1,389.40 | 04-12 | |
| 04-01 | $1,424.40 | 04-07 | -$701.64 | | |
| 04-04 | -$666.64 | 04-08 | $1,354.40 | | |

END OF STATEMENT

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT, PLEASE CONTACT DEPOSIT OPERATIONS**
By Phone: 210.283.6500/800.531.7650 * By Mail: P.O. Box 17001, San Antonio, TX 78217

**In Case of Errors or Questions About Your Electronic Transfers** (e.g. ATM or debit card transactions, direct deposits or withdrawals) Telephone us at 210.283.6500 or 800.531.7650 or write us at Card Operations, P.O. Box 17001, San Antonio, TX 78217 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error or problem appeared. (1)Include your name and account number; (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information; and (3) Tell us the dollar amount of the suspected error. (If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.)
We will investigate and if we find we have made an error, we will credit your account when the investigation has been completed.
**Reporting Other Problems** (e.g. Unauthorized Signature or Alteration) You must examine your statement promptly and notify us in writing, within 30 days after the date your statement was mailed or otherwise made available to you, of the facts relevant to any errors, problems or unauthorized transactions on your account. If you fail to report any unauthorized signatures, alterations, or forgeries within 30 days of when your statement was sent or made available, you cannot assert a claim against us and the loss will be entirely yours.
**Deposit Agreement** Your account is governed by the terms of your Deposit Agreement, the Fee Schedule, and other disclosures provided at account opening and amended from time to time. Copies of the current versions of these documents are available at any Banking Center or by calling 210.283.6500 or 800.531.7650.



Amt $1,354.40 4-12-2022

Ck# 110 Amt $41.42 4-1-2022

Ck# 111 Amt $2,945.00 4-1-2022

Ck# 112 Amt $2,091.04 4-4-2022

Ck# 112 Amt $2,091.04 4-7-2022