## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **KRISJENN RANCH, LLC** | § | **CASE NO.: 20-50805-rbk** |
| | § | |
| *Debtor.* | § | |
| | § | |
| **KRISJENN RANCH, LLC,** *ET AL.,* | § | |
| | § | |
| *Plaintiffs,* | § | |
| **v.** | § | **Adversary No. 20-05027-RBK** |
| | § | |
| **DMA PROPERTIES, INC.,** *ET AL.,* | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

## R. ADAM SWICK'S MOTION TO WITHDRAW

Akerman LLP moves to withdraw as counsel for Defendants DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP (collectively, the "Defendants"). Defendants have consented to the withdrawal and continue to be represented by Christopher S. Johns, Timothy Cleveland, and Austin H. Krist.

### CONCLUSION

For these reasons, R. Adam Swick and Akerman LLP respectfully ask the Court to withdraw as counsel for Defendants DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP.

Dated: May 27, 2026                              Respectfully submitted,

                                                 AKERMAN LLP

86448739;2

*/s/ R. Adam Swick*
R. Adam Swick, SBN: 24051794
500 West 5th Street, Suite 1210
Austin, TX 78701
Telephone: (737) 999-7103
Facsimile: (512) 623-6701
adam.swick@akerman.com

*Attorneys for DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP*

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2026 a true and correct copy of the foregoing was served via the Court's Electronic Case Filing System to all parties requesting such service, including the parties on the attached Service List:

*/s/ R. Adam Swick*
R. Adam Swick

2

86448739;2

## SERVICE LIST

Charlie Shelton
HAYWARD PLLC
7600 Burnet Road, Suite 530
Austin, Texas 78757
737-881-7100
cshelton@haywardfirm.com

*Counsel for Larry Wright and Express H2O Pipeline ROW, LLC*

Jeffery Duke
JF DUKE AND ASSOCIATES
11819 Great Oaks Drive
College Station, Texas 77494
jeff@jfduke.com

*Counsel for Longbranch Energy, LP*

KrisJenn Ranch, LLC
KrisJenn Ranch, LLC—Series Uvalde Ranch
KrisJenn Ranch, LLC—Series Pipeline Row
c/o Larry Wright
733 Admiral Benbow Lane
McQueeny, Texas 78123
larrymwright54@gmail.com

*Debtor and Plaintiff*

James Rose
OFFICE OF THE U.S. TRUSTEE
903 San Jacinto Blvd, Room 230
Austin, Texas 78701
james.rose@usdoj.gov

*United States Trustee*

Ronald J. Smeberg
THE SMEBERG LAW FIRM, PLLC
2010 W Kings Hwy
San Antonio, Texas 78201-4926
ron@smeberg.com

*Counsel for Black Duck Properties, LLC*

Laura L. Worsham
JONES, ALLEN & FUQUAY, L.L.P.
8828 Greenville Avenue
Dallas, Texas 75243
lworsham@jonesallen.com

*Counsel for McLeod Oil, LLC*

Michael Black
BURNS & BLACK PLLC
750 Rittiman Road
San Antonio, Texas 78209
mblack@burnsandblack.com

*/s/ R. Adam Swick*
R. Adam Swick

86448739;2