**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | **CHAPTER 11** |
| | § | |
| **KRISJENN RANCH, LLC** | § | |
| | § | |
| *Debtor.* | § | **CASE NO.: 20-50805-rbk** |
| | § | |
| **KRISJENN RANCH, LLC, *ET AL.*,** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | **Adversary No. 20-05027-RBK** |
| **v.** | § | |
| | § | |
| **DMA PROPERTIES, INC., *ET AL.*,** | § | |
| | § | |
| *Defendants.* | § | |

### ORDER ON R. ADAM SWICK'S MOTION TO WITHDRAW

The Court having considered R. Adam Swick's motion to withdraw as counsel for Defendants DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP, is of the opinion that the same should be GRANTED.

It is therefore ORDERED that R. Adam Swick and Akerman are withdrawn as counsel for Defendants DMA Properties, Inc., Frank Daniel Moore, and Longbranch Energy, LP

SIGNED this _____ day of _____, 2026.

_____
JUDGE PRESIDING

86448755;2

Order Prepared By:

R. Adam Swick
Texas Bar No. 24051794
AKERMAN LLP
500 West 5th Street, Suite 1210
Austin, TX 78701
Tel.: (737) 999-7103
Fax: (512) 623-6701
adam.swick@akerman.com

*Withdrawing Counsel for Longbranch Energy LP,*
*DMA Properties, Inc., and Frank Daniel Moore*

2

86448755;2