**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **KRISJENN RANCH, LLC,** *et al* | § | **CASE NO. 20-50805-rbk** |
| | § | |
| | § | |
| | § | |
| **DEBTOR** | § | **(Jointly Administered)** |

## UNOPPOSED MOTION TO WITHDRAW

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

The Smeberg Law Firm, PLLC and Ronald Smeberg, Counsel for Debtors ("Counsel"), request Court permission to withdraw as counsel for Debtors in case numbers

20-50805, 20-51083, 20-51084, and 20-05027 and shows:

The Court authorized Ronald Smeberg's employment representing Debtors on April 27, 2020, with Muller Smeberg, PLLC. (Doc. 10, Case 20-50805). On May 1, 2020, Ronald Smeberg filed Adversary Case 20-05027. While Ronald Smeberg was still listed as counsel of record, substantively, John Muller assumed all duties in regard to the adversary case when on November 18, 2020, (Doc. 92, Case 20-50805) Ronald Smeberg noticed all parties that he would be continuing the Debtors' representation in the bankruptcy cases with Smeberg Law Firm, PLLC. At the same time John Muller ceased any work on the underlying bankruptcy cases and solely worked on the adversary case.[1]   John Muller was granted a withdrawal from the adversary case June 10, 2025 (Doc. 445, Case 20-05027).

The Court entered orders confirming Debtors' plans in the underlying bankruptcy cases on February 28, 2022.   Litigation in adversary  20-05027 continued but the underlying bankruptcy

---

[1] Effectively, when Ron Smeberg left the Muller Smeberg firm, he continued on as bankruptcy general counsel and John Muller continued on as the adversary counsel.

1

cases were closed on April 28, 2022. Ronald Smeberg and the Smeberg Law Firm, PLLC have not participated in the litigation since at least that time and have no basis for knowledge of the underlying issues in the litigation, which counsel understands form the basis for the Court's show cause order regarding whether the bankruptcy case should be converted to chapter 7. Further, Ronald Smeberg and the Smeberg Law Firm, PLLC have no basis for providing information to the Court for or against conversion.

There are the following issues pending in the bankruptcy case:

1) **Show Cause Hearing set for 6/11/2026 at 10:00 AM at https://www.zoomgov.com/my/king.txwb via Zoom or Call 669-254-5252 Meeting ID: 161 6636 6756** as to whether the Case Should be Converted to Chapter 7.

For the reasons stated herein, Counsel requests Court authority to withdraw as Debtors' counsel in cases 20-50805, 20-51083, 20-51084, and 20-05027 and grant Counsel any other relief he is so justly entitled.

Dated: June 1, 2026

Respectfully submitted,

By:/s/ Ronald J. Smeberg
RONALD J. SMEBERG
Texas State Bar No. 24033967
The Smeberg Law Firm, PLLC
4 Imperial Oaks
San Antonio, Texas 78248
(210) 695-6684, Telephone
(210) 598-7357, Facsimile
WITHDRAWING ATTORNEY FOR
DEBTORS

## CERTIFICATE OF CONFERENCE

The undersigned certifies that he conferenced with Larry Write, John Muller, Charlie Shelton, and Austin Krist, and they are all unopposed to withdrawal of the Ronald Smeberg and the Smeberg Law Firm.

/s/ Ronald J. Smeberg

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2026, true and correct copies of the foregoing motion were forwarded by U.S. first class mail, postage prepaid, on, all parties listed on the attached Service List or served via the Court's electronic servicing system.

/s/ Ronald J. Smeberg
RONALD J. SMEBERG

## SERVICE LIST

**DEBTOR**

KrisJenn Ranch, LLC
410 Spyglass Rd
Mc Queeney, TX 78123-3418

**GOVERNMENT ENTITIES**

Office of the UST
615 E Houston, Room 533
PO Box 1539
San Antonio, TX 78295-1539

U.S. Attorney
Attn: Bkcy Division
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

Internal Revenue Services
Special Procedures Branch
300 E. 8th St. STOP 5026 AUS
Austin, TX 78701

Texas Comptroller of Public Account
Attn: Bankruptcy
P.O. Box 149359
Austin, TX 78714-9359

Angelina County Tax Assessor
606 E Lufkin Ave,
Lufkin, Texas 75901

Nacogdoches County Tax Assessor Collector
101 West Main Street
Nacogdoches, Texas 75961

Rusk County
202 N Main St,
Henderson, Texas 75652

Shelby County, Tax Collector
200 St. Augustine St.
Center, Texas 75935

Tenaha ISD Tax Assessor-Collector
138 College St
Tenaha, TX 75974-5612

Uvalde Tax Assessor
Courthouse Plaza, Box 8
Uvalde, Texas 78801

**NOTICE PARTIES**

METTAUER LAW FIRM
c/o April Prince
403 Nacogdoches St Ste 1

Center, TX 75935-3810

Albert, Neely & Kuhlmann
1600 Oil & Gas Building
309 W 7th St
Fort Worth, TX 76102-6900

Laura L. Worsham
JONES, ALLEN & FUQUAY, LLP
8828 Greenville Ave.
Dallas, Texas 75243

Craig Crockett
CRAIG M. CROCKETT, PC
5201 Camp Bowie Blvd. #200
Fort Worth, Texas 76107

Christopher S. Johns
JOHNS &COUNSEL PLLC
14101 Highway 290 West, ste 400A
Austin, Texas 78737

Timothy Cleveland
CLEVELAND|TERRAZAS PLLC
4611 Bee Cave Road, ste 306B
Austin, Texas 78746

3

**SECURED CREIDITORS**

McLeod Oil, LLC
c/o John W. McLeod, Jr.
700 N Wildwood Dr
Irving, TX 75061-8832

**UNSECURED CREIDITORS**

Bigfoot Energy Services
312 W Sabine St
Carthage, TX 75633-2519

C&W Fuels, Inc.
Po Box 40
Hondo, TX 78861-0040

Davis, Cedillo & Mendoza
755 E Mulberry Ave Ste 500
San Antonio, TX 78212-3135

Granstaff Gaedke & Edgmon
5535 Fredericksburg Rd Ste 110
San Antonio, TX 78229-3553

Hopper's Soft Water Service
120 W Frio St
Uvalde, TX 78801-3602

Larry Wright
410 Spyglass Rd
Mc Queeney, TX 78123-3418

Medina Electric
2308 18th St.
Po Box 370
Hondo, TX 78861-0370

Medina's Pest Control

1490 S Homestead Rd
Uvalde, TX 78801-7625

Texas Farm Store
236 E Nopal St
Uvalde, TX 78801-5317

Uvalco Supply
2521 E Main St
Uvalde, TX 78801-4940

Longbranch Energy
c/o DUKE BANISTER RICHMOND
Po Box 175
Fulshear, TX 77441-0175

DMA Properties, Inc.
896 Walnut Street at US 123 BYP
Seneca, SC 29678