## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **KRISJENN RANCH, LLC,** *et al* | § | **CASE NO. 20-50805-rbk** |
| | § | |
| | § | |
| **DEBTOR** | § | **(Jointly Administered)** |

### ORDER GRANTING DEBTORS' COUNSEL'S UNOPPOSERD MOTION TO WITHDRAW

On consideration of Debtors' Counsel's Unopposed Motion to Withdraw as Counsel (the "Motion") filed by Ronald Smeberg and The Smeberg Law Firm, the counsel for Debtors, and it appearing to the Court that notice was sufficient under the circumstances and that the relief sought should be granted; it is hereby

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that Ronald Smeberg, and the Smeberg Law Firm are excused as the attorney of record for the Debtors in Bankruptcy Cases 20-50585, 20-51083, 20-51084, and Adversary Case 20-05027.

###

Respectfully submitted,


*/s/ Ronald J. Smeberg*


SMEBERG LAW FIRM, PLLC
RONALD J. SMEBERG
Texas State Bar No. 24033967
4 Imperial Oaks
San Antonio, Texas 78248
(210) 695-6684, Telephone
(210) 598-7357, Facsimile
WITHDRAWING ATTORNEY FOR DEBTORS