**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **KRISJENN RANCH, LLC,** *et al* | § | **CASE NO. 20-50805-rbk** |
| | § | |
| | § | |
| | § | |
| **DEBTOR** | § | **(Jointly Administered)** |

**MOTION TO CONTINUE SHOW CAUSE HEARING**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

The Smeberg Law Firm, PLLC and Ronald Smeberg, Withdrawing Counsel for Debtors ("Counsel"), request the court continue the show cause hearing set by the Court for hearing on June 11, 2026, at 10:00am and shows:

The Court authorized Ronald Smeberg's employment representing Debtors on April 27, 2020, with Muller Smeberg, PLLC. (Doc. 10, Case 20-50805). On May 1, 2020, Ronald Smeberg filed Adversary Case 20-05027. While Ronald Smeberg was still listed as counsel of record, substantively, John Muller assumed all duties in regard to the adversary case when on November 18, 2020, (Doc. 92, Case 20-50805) Ronald Smeberg noticed all parties that he would be continuing the Debtors' representation in the bankruptcy cases with Smeberg Law Firm, PLLC. At the same time John Muller ceased any work on the underlying bankruptcy cases and solely worked on the adversary case.[1] John Muller was granted a withdrawal from the adversary case June 10, 2025 (Doc. 445, Case 20-05027).

The Court entered orders confirming Debtors' plans in the underlying bankruptcy cases on February 28, 2022. Litigation in adversary 20-05027 continued but the underlying bankruptcy

---

[1] Effectively, when Ron Smeberg left the Muller Smeberg firm, he continued on as bankruptcy general counsel and John Muller continued on as the adversary counsel.

1

cases were closed on April 28, 2022. Ronald Smeberg and the Smeberg Law Firm, PLLC have not participated in the litigation since at least that time and have no basis for knowledge of the underlying issues in the litigation, which counsel understands form the basis for the Court's show cause order regarding whether the bankruptcy case should be converted to chapter 7. Further, Ronald Smeberg and the Smeberg Law Firm, PLLC have no basis for providing information to the Court for or against conversion. Therefore, Ronald Smeberg has filed an unopposed motion to withdraw as counsel for the Debtors.

In addition to John Muller's withdrawal, Herbert Shelton filed a notice of withdrawal on July 1, 2025 (Doc. 464, Case 20-05027) from representing the Debtors; hence, Debtors appear to have no counsel prosecuting litigation on the Debtor's behalf. The only active counsel in the adversary not from the Defendant's "side" appears to be Herbert Shelton, who represents Express H20 Pipeline & Row, LLC.

Finally, there is active related state court litigation pending related to the pipeline row, which was the central asset in the Bankruptcy Cases. In late June there is at least one hearing scheduled related to the pipeline row that apparently is dispositive of the pipeline row issues.

For these reasons, the Smeberg Law Firm believes there is good cause to continue the show cause hearing for at least 30 days to 1) allow Debtor an opportunity to retain new counsel; and 2) to allow the state court proceedings to complete.

**PRAYER**

For the reasons stated herein, Counsel requests Court continue the show cause hearing set for June 11, 2026, and grant any other relief so justly entitled.

Dated: June 1, 2026

2

Respectfully submitted,

By:*/s/ Ronald J. Smeberg*
    RONALD J. SMEBERG
    Texas State Bar No. 24033967
    The Smeberg Law Firm, PLLC
    4 Imperial Oaks
    San Antonio, Texas 78248
    (210) 695-6684, Telephone
    (210) 598-7357, Facsimile
    WITHDRAWING ATTORNEY FOR
    DEBTORS

## CERTIFICATE OF CONFERENCE

The undersigned certifies that he conferenced with Larry Wright, John Muller, Charlie Shelton, and Austin Krist.  Larry Wright, John Muller, Charlie Shelton are not opposed to the continuance, Austin Krist may be opposed.

*/s/ Ronald J. Smeberg*
RONALD J. SMEBERG