**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **KRISJENN RANCH, LLC,** *et al* | § | **CASE NO. 20-50805-rbk** |
| | § | |
| | § | |
| **DEBTOR** | § | **(Jointly Administered)** |

**<u>ORDER GRANTING MOTION TO CONTINUE SHOW CAUSE HEARING</u>**

On consideration of Motion to Continue Show Cause Hearing (the "Motion") filed by Ronald Smeberg and The Smeberg Law Firm, the counsel for Debtors, and it appearing to the Court that notice was sufficient under the circumstances and that the relief sought should be granted; it is hereby

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that the Show Cause Hearing Set for June 11, 2026, at 10:00am is continued to the date and time stated at the top of this Order.

###

Respectfully submitted,


*/s/ Ronald J. Smeberg*


SMEBERG LAW FIRM, PLLC
RONALD J. SMEBERG
Texas State Bar No. 24033967
4 Imperial Oaks
San Antonio, Texas 78248
(210) 695-6684, Telephone
(210) 598-7357, Facsimile
WITHDRAWING ATTORNEY FOR DEBTORS