**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **KRISJENN RANCH, LLC,** *et al* | § | **CASE NO. 20-50805-rbk** |
| | § | |
| | § | |
| | § | |
| **DEBTOR** | § | **(Jointly Administered)** |

**MOTION REQUESTING EXPEDITED CONSIDERATION OF UNOPPOSED MOTION**
**TO WITHDRAW AND MOTION TO CONTINUE SHOW CAUSE HEARING**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**COUNSEL HAS REQUESTED EXPEDITED CONSIDERATION OF THIS MOTION AND HAVE REQUESTED THAT A HEARING BE HELD ON THIS MOTION AT THE COURT'S EARLIEST CONVENIENCE. IF THE COURT IN FACT SETS THIS MOTION FOR AN EXPEDITED HEARING, THEN ONLY ATTENDANCE AT THE HEARING IS NECESSARY TO PRESERVE YOUR RIGHTS**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Ronald Smeberg, Debtors' counsel, submits this Motion Requesting Expedited Consideration of the Unopposed Motion to Withdraw and Motion to Continue Show Cause Hearing (the "Motion"), and in support thereof respectfully shows the Court as follows:

### BACKGROUND

The Court authorized Ronald Smeberg's employment representing Debtors on April 27, 2020, with Muller Smeberg, PLLC. (Doc. 10, Case 20-50805). On May 1, 2020, Ronald Smeberg filed Adversary Case 20-05027. While Ronald Smeberg was still listed as counsel of record, substantively, John Muller assumed all duties in regard to the adversary case when on November 18, 2020, (Doc. 92, Case 20-50805) Ronald Smeberg noticed all parties that he would be continuing the Debtors' representation in the bankruptcy cases with Smeberg Law Firm, PLLC. At the same time John Muller ceased any work on the underlying bankruptcy cases and solely

worked on the adversary case.[1] John Muller was granted a withdrawal from the adversary case June 10, 2025 (Doc. 445, Case 20-05027).

The Court entered orders confirming Debtors' plans in the underlying bankruptcy cases on February 28, 2022. Litigation in adversary 20-05027 continued but the underlying bankruptcy cases were closed on April 28, 2022. Ronald Smeberg and the Smeberg Law Firm, PLLC have not participated in the litigation since at least that time and have no basis for knowledge of the underlying issues in the litigation, which counsel understands form the basis for the Court's show cause order regarding whether the bankruptcy case should be converted to chapter 7. Further, Ronald Smeberg and the Smeberg Law Firm, PLLC have no basis for providing information to the Court for or against conversion. Therefore, Ronald Smeberg has filed an unopposed motion to withdraw as counsel for the Debtors.

In addition to John Muller's withdrawal, Herbert Shelton filed a notice of withdrawal on July 1, 2025 (Doc. 464, Case 20-05027) from representing the Debtors; hence, Debtors appear to have no counsel prosecuting litigation on the Debtor's behalf. The only active counsel in the adversary not from the Defendant's "side" appears to be Herbert Shelton, who represents Express H20 Pipeline & Row, LLC.

Finally, there is active related state court litigation pending related to the pipeline row, which was the central asset in the Bankruptcy Cases. In late June there is at least one hearing scheduled related to the pipeline row that apparently is dispositive of the pipeline row issues.

### **RELIEF REQUESTED**

Ronald Smeberg requests the court set an expedited hearing on the following motions:

1) Unopposed Motion to Withdraw and

---

[1] Effectively, when Ron Smeberg left the Muller Smeberg firm, he continued on as bankruptcy general counsel and John Muller continued on as the adversary counsel.

2) Motion to Continue Show Cause Hearing

## PRAYER

WHEREFORE, premises considered, Ronald Smeberg respectfully requests that the Court grant this request and set the Unopposed Motion to Withdraw and Motion to Continue Show Cause Hearing for hearing no later than June 5, 2026, or at the Court earliest convenience for a web based hearing.

Dated: June 1, 2026

Respectfully submitted,

SMEBERG LAW FIRM, PLLC

By:    /s/ *Ronald J. Smeberg*
RONALD J. SMEBERG
State Bar No. 24033967
4 Imperial Oaks.
San Antonio, Texas 78248
210-695-6684 (Tel)
210-598-7357 (Fax)
ron@smeberg.com
WITHDRAWING ATTORNEY FOR DEBTOR

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 29, 2026, via email, I conferenced with Larry Wright, John Muller, Charlie Shelton, and Austin Krist. Larry Wright, John Muller, Charlie Shelton are not opposed to Expedited Consideration, Austin Krist may be opposed.

*/s/ Ronald J. Smeberg*
RONALD J. SMEBERG