**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **KRISJENN RANCH, LLC,** *et al* | § | **CASE NO. 20-50805-rbk** |
| | § | |
| | § | |
| **DEBTOR** | § | **(Jointly Administered)** |

**ORDER SETTING EXPEDITED HEARINGS**

On Consideration of Motion Requesting Expedited Consideration of the Unopposed Motion to Withdraw and Motion to Continue Show Cause Hearing (the "Motion"), and it appearing to the Court that notice was sufficient under the circumstances and that the relief sought should be granted; it is hereby

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that a hearing on the following shall be heard at the date and time stated at the top of this Order via zoom at **https://www.zoomgov.com/my/king.txwb via Zoom or Call 669-254-5252 Meeting ID: 161 6636 6756**:

1) Unopposed Motion to Withdraw and

2) Motion to Continue Show Cause Hearing

it is further

ORDERED that the Movant shall give notice of this expedited hearing by forwarding a copy of this Order by email, facsimile transmission, or telephone, if possible, to all parties listed on the Service List attached to the motion, and shall evidence such service by the filing of a certificate of service with the Court prior to the scheduled hearing.

###

Submitted By:

THE SMEBERG LAW FIRM, PLLC

By: /s/ *Ronald J. Smeberg*_____
RONALD J. SMEBERG
State Bar No. 24033967
4 Imperial Oaks
San Antonio, Texas 78248
210-695-6684 (Tel)
210-598-7357 (Fax)
ron@smeberg.com
ATTORNEY FOR DEBTORS

2