**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **KRISJENN RANCH, LLC,** *et al* | § | **CASE NO. 20-50805-rbk** |
| | § | |
| | § | |
| **DEBTOR** | § | **(Jointly Administered)** |

**ORDER GRANTING DEBTORS' COUNSEL'S UNOPPOSED MOTION TO**
**WITHDRAW**

On consideration of Debtors' Counsel's Unopposed Motion to Withdraw as Counsel (the "Motion") filed by C. John Muller IV and CJ Muller & Associates PLLC,  counsel for Debtors, and it appearing to the Court that notice was sufficient under the circumstances and that the relief sought should be granted; it is hereby

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that C. John Muller IV and CJ Muller & Associates PLLC are excused as the attorney of record for the Debtors in Bankruptcy Cases 20-50805.

###

Respectfully submitted,

*/s/ John Muller*

CJ MULLER & ASSOCIATES, PLLC
C. John Muller IV
State Bar No. 24070306
john.muller@cjma.law
111 W. Sunset Rd.
San Antonio, Texas 78209
Telephone: (210) 664-5000
Facsimile: (210) 598-7357

WITHDRAWING ATTORNEY FOR DEBTORS