**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **KRISJENN RANCH, LLC, *et al*** | § | **CASE NO. 20-50805-rbk** |
| | § | |
| | § | |
| | § | |
| **DEBTOR** | § | **(Jointly Administered)** |

## MOTION TO EXPEDITE

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW CJ Muller & Associates, PLLC ("CJMA") counsel of record for KrisJenn Ranch, LLC, KrisJenn Ranch, LLC-Series Uvalde Ranch, and KrisJenn Ranch, LLC-Series Pipeline Row, as successors-in-interest to Black Duck Properties, LLC  (collectively "KrisJenn") and submits this Motion Requesting Expedited Consideration of the Unopposed Motion to Withdraw and Motion to Continue Show Cause Hearing (the "Motion"), and in support thereof respectfully shows the Court as follows:

## BACKGROUND

On May 1, 2020, Ronald Smeberg filed Adversary Case 20-05027 and C. John Muller IV assumed all duties in regard to the adversary case. On November 18, 2020, (Doc. 92, Case 20-50805) Ronald Smeberg noticed all parties that he would be continuing the Debtors' representation in the bankruptcy cases with Smeberg Law Firm, PLLC.  At the same time John Muller ceased any work on the underlying bankruptcy cases and solely worked on the adversary case.[1]

On June 10, 2025  The Court granted CJMA's Motion to Withdraw Attorney in the adversary case  20-05027.  C. John Muller IV and CJMA have not participated in the bankruptcy

---

[1] Effectively, when Ron Smeberg left the Muller Smeberg firm, he continued on as bankruptcy general counsel and John Muller continued on as the adversary counsel.

1

case and have no basis for knowledge of the underlying issues in the bankruptcy case, which counsel understands form the basis for the Court's show cause order regarding whether the bankruptcy case should be converted to chapter 7.   Further, C. John Muller IV and CJMA have no basis for providing information to the Court for or against conversion.

## RELIEF REQUESTED

C. John Muller IV requests the court set an expedited hearing on his Unopposed Motion to Withdraw.

WHEREFORE, PREMISES CONSIDERED, C. John Muller IV respectfully requests that the Court grant this request and set the Unopposed Motion to Withdraw for hearing no later than June 5, 2026, or at the Court's earliest convenience for a web based hearing.

Dated: June 1, 2026                     Respectfully submitted,

CJ MULLER & ASSOCIATES, PLLC

By:  /s/ John Muller
   C. John Muller IV
   State Bar No. 24070306
   john.muller@cjma.law
   111 W. Sunset Rd.
   San Antonio, Texas 78209
   Telephone: (210) 664-5000
   Facsimile: (210) 598-7357

ATTORNEYS FOR KRISJENN

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 29, 2026, via email, I conferenced with Larry Wright, Ronald Smeberg, Charlie Shelton, and Austin Krist. Larry Wright, Ronald Smeberg, Charlie Shelton are not opposed to Expedited Consideration, Austin Krist may be opposed.

/s/John Muller
C. John Muller IV

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2026, true and correct copies of the foregoing motion were forwarded by U.S. first class mail, postage prepaid, on all parties listed on the attached Service List or served via the Court's electronic servicing system.

/s/ *John Muller*
C. John Muller IV

**SERVICE LIST**

**DEBTOR**

KrisJenn Ranch, LLC
410 Spyglass Rd
Mc Queeney, TX 78123-3418

**GOVERNMENT ENTITIES**

Office of the UST
615 E Houston, Room 533
PO Box 1539
San Antonio, TX 78295-1539

U.S. Attorney
Attn: Bkcy Division
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

Internal Revenue Services
Special Procedures Branch
300 E. 8th St. STOP 5026 AUS
Austin, TX 78701

Texas Comptroller of Public Account
Attn: Bankruptcy
P.O. Box 149359
Austin, TX 78714-9359

Angelina County Tax Assessor
606 E Lufkin Ave,
Lufkin, Texas 75901

Nacogdoches County Tax Assessor Collector
101 West Main Street
Nacogdoches, Texas 75961

Rusk County
202 N Main St,
Henderson, Texas 75652

Shelby County, Tax Collector
200 St. Augustine St.
Center, Texas 75935

Tenaha ISD Tax Assessor-Collector
138 College St
Tenaha, TX 75974-5612

Uvalde Tax Assessor
Courthouse Plaza, Box 8
Uvalde, Texas 78801

**NOTICE PARTIES**

METTAUER LAW FIRM
c/o April Prince
403 Nacogdoches St Ste 1
Center, TX 75935-3810

Albert, Neely & Kuhlmann
1600 Oil & Gas Building
309 W 7th St
Fort Worth, TX 76102-6900

Laura L. Worsham
JONES, ALLEN & FUQUAY, LLP
8828 Greenville Ave.
Dallas, Texas 75243

Craig Crockett
CRAIG M. CROCKETT, PC
5201 Camp Bowie Blvd. #200
Fort Worth, Texas 76107

Christopher S. Johns
JOHNS &COUNSEL PLLC
14101 Highway 290 West, ste 400A
Austin, Texas 78737

Timothy Cleveland
CLEVELAND|TERRAZAS PLLC
4611 Bee Cave Road, ste 306B
Austin, Texas 78746

**SECURED CREDITORS**

3

McLeod Oil, LLC
c/o John W. McLeod, Jr.
700 N Wildwood Dr
Irving, TX 75061-8832

**UNSECURED CREDITORS**

Bigfoot Energy Services
312 W Sabine St
Carthage, TX 75633-2519

C&W Fuels, Inc.
Po Box 40
Hondo, TX 78861-0040

Davis, Cedillo & Mendoza
755 E Mulberry Ave Ste 500
San Antonio, TX 78212-3135

Granstaff Gaedke & Edgmon

5535 Fredericksburg Rd
Ste 110
San Antonio, TX 78229-3553

Hopper's Soft Water Service
120 W Frio St
Uvalde, TX 78801-3602

Larry Wright
410 Spyglass Rd
Mc Queeney, TX 78123-3418

Medina Electric
2308 18th St.
Po Box 370
Hondo, TX 78861-0370

Medina's Pest Control
1490 S Homestead Rd

Uvalde, TX 78801-7625

Texas Farm Store
236 E Nopal St
Uvalde, TX 78801-5317

Uvalco Supply
2521 E Main St
Uvalde, TX 78801-4940

Longbranch Energy
c/o DUKE BANISTER RICHMOND
Po Box 175
Fulshear, TX 77441-0175

DMA Properties, Inc.
896 Walnut Street at US 123 BYP
Seneca, SC 29678