**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO  DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **KRISJENN RANCH, LLC,** *et al* | § | **Case No. 20-50805** |
| | § | |
| | § | |
| | § | |
| | § | **(Jointly Administered)** |

**NOTICE OF EXPEDITED HEARING ON UNOPPOSED MOTION TO WITHDRAW ATTORNEY [DOC. NO. 262]; AND MOTION TO CONTINUE SHOW CAUSE HEARING FILED BY RONALD J. SMEBERG FOR DEBTOR KRISJENN RANCH, LLC [DOC. NO. 263]**

PLEASE TAKE NOTICE that an expedited hearing on

1)  Debtor's *Unopposed Motion to Withdraw Attorney* [Doc. No.262] and

2)  *Motion to Continue Show Cause Hearing* [Doc. No. 263]

has been set for June 4, 2026, at 2:00 p.m. via Zoom at **https://www.zoomgov.com/my/king.txwb** or Call 669-254-5252 Meeting ID: 161 6636 6756.

Dated: June 1, 2026

Respectfully Submitted,

THE SMEBERG LAW FIRM, PLLC

By:____/s/ *Ronald J. Smeberg*_____

RONALD J. SMEBERG
State Bar No. 24033967
4 Imperial Oaks
San Antonio, TX 78248
210-695-6684 (Tel)
210-598-7357 (Fax)
ron@smeberg.com
ATTORNEY FOR DEBTORS