**FILED**

**July 22, 2025**   **3:05 P.M.**

Meagan Moore
Clerk of District Court
Angelina County, Texas

By: Scott, Kimberly
Deputy

NO. CV-00461-24-08

| | | |
|---|---|---|
| EXPRESS H2O PIPELINE AND ROW, LLC, | § § | IN THE DISTRICT COURT OF |
| *Plaintiff* | § § | |
| vs. | § § | ANGELINA COUNTY |
| WESTLAKE CHEMICAL OPCO, LP., | § § | |
| *Defendant* | § | 159th JUDICIAL DISTRICT |

**Exhibit A**

## [PROPOSED] ORDER ON MOTIONS FOR SUMMARY JUDGMENT

CAME TO BE HEARD (1) Plaintiff's Motion for Partial Summary Judgment Granting Express's Declaratory Relief ("Plaintiff's Motion"), (2) Defendant's Traditional Motion for Summary Judgment ("Defendant's Motion"), (3) Plaintiff's Objections to Defendant's Summary Judgment Evidence and (4) Plaintiff's Objections To Defendant's Response To Plaintiff's Partial Motion For Summary Judgment (together, "Plaintiff's Objections"), and (5) Defendant's Objections to Plaintiff Motion for Summary Judgment Evidence ("Defendant's Objections"). After review of these motions, responsive briefing, and arguments of counsel, it is **ORDERED, ADJUDGED, AND DECREED** that:

1.      Plaintiff's Objections and Defendant's Objections are **DENIED** and **OVERRULED.**

2.      Defendant's Motion is **DENIED**.

3.      Plaintiff's Motion is **GRANTED** as indicated herein.

4.      The Court **FINDS** and **DECLARES** that (1) the Gulf Easements[1] were first filed and are superior to the Westlake Easements;[2] (2) the Westlake Easements irreconcilably conflict

---

[1] As identified in Plaintiff's Motion and Exhibit A hereto.
[2] As identified in Defendant's Motion and Exhibit B hereto.

1

with the Gulf Easements; (3) the Westlake Easements must yield to the Gulf Easements; and (4) therefore, the Westlake Easements are invalid and ineffective.

5. Trial is set on December 1, 2025. The parties are ordered to submit a new Docket Control Order within 14 days based on this trial date. Any additional dispositive motions should be filed at least 90 days prior to the trial date.

Signed: 7/21/2025 04:19 PM

Signed on July ___, 2025.

_____
HONORABLE JUDGE TODD KASSAW

## Exhibit A – Gulf Easements

"Gulf Easements" refer to the following conveyances by which Plaintiff claims title:

- KrisJenn Ranch, LLC to Express H2O Pipeline & ROW LLC, on or about dated February 22, 2023, recorded as Special Warranty Deed, Instrument No. 2023-1331 in the real property records of Nacogdoches County, Texas.
- TCRG East Texas Pipeline 1, LLC, to KrisJenn Ranch LLC, on or about dated December 20, 2019, recorded as Instrument No. 2020-163 in the real property records of Nacogdoches County and Instrument No. 2020-00390181 in the real property records of Angelina County, Texas.
- Black Duck Properties, LLC to TCRG East Texas Pipeline, LLC, on or about April 3, 2018, recorded as Instrument No. 2018-4273 and filed June 4, 2018, Volume No. 4762, Page 81, in the Real Property Records of Nacogdoches, County, Texas.
- The Express Gas Pipeline, LP to Black Duck Properties, LLC, on or about August 14, 2017, recorded as Instrument No. 2017-6123, Volume 4631, Page 232 of the Real Property records of Nacogdoches County, Texas.
- Lancer Resources, LP to The Express Gas Pipeline, LP, on or about January 5, 2009, recorded as Instrument No. 2009-132878, Volume 2995, Page 116 of the Real Property records of Nacogdoches County, Texas.
- TE Products Pipeline Company, LP, to Lancer Resources Company, on or about July 21, 1992, recorded as Instrument No. 1992-6434, Vol. 824, Page 29 of the Real Property records of Nacogdoches County, Texas.
- Gulf Refining Company and Gulf Oil Company, which are successors in interest to Gulf Pipe Line Company and Gulf Production Company, to TE Products Pipeline Company, LP (fka Texas Eastern Transmission Corporation), on or about November 2, 1959, via Instrument dated December 5, 1959 and recorded at Volume 286, Page 124 of the Real Property records of Nacogdoches, County, Texas.
- Various landowners to Gulf Pipe Line Company and Gulf Production Company between 1907 and 1925.

## EXHIBIT B – WESTLAKE EASEMENTS

"Westlake Easements" refer to the following conveyances by which Defendant claims title:

- The I.D. and Marguerite Fairchild Educational, Religious Charitable and Civic Foundation to Mustang Pipeline Company, on or about October 18, 1996, recorded in Volume 1080, Page 501 in the Real Property Records of Angelina County, Texas.
- Winston Land and Cattle Company, Inc., to Mustang Pipeline Company, on or about November 26, 1996 by Instrument No. 1996-9669, recorded at Volume 1058, Page 301 in the real property records of Nacogdoches County, Texas.
- Marie Stephens to Mustang Pipeline Company, on or about August 12, 1996, by Instrument No. 82367, recorded at Volume 1076, Page 873, in the real property records of Angelina County, Texas.
- The State of Texas, acting through Garry Mauro, Commissioner of the Texas General Land Office, on behalf of the Permanent School Fund of the State of Texas, to Mustang Pipeline Company, on or about December 16, 1996, a Miscellaneous Easement, ME 970009, recorded in Nacogdoches County, Texas on or about September 2, 1998, and in Angelina County, Texas on or about September 24, 1998 at Volume 1174, Page 1 of the Real Property records of Angelina County, Texas.
- The State of Texas, by and through Garry Mauro, Commissioner of the General Land Office and Chairman of the Texas Parks & Wildlife Board, to Mustang Pipeline Company, on or about January 7, 1997, a Miscellaneous Easement, ME 970024, recorded at Volume 1063, Page 195 of the Real Property Records of Nacogdoches County on or about January 15, 1997.
- Mustang Pipeline Company to Westlake Ethylene Pipeline Corporation, on or about November 30, 2006, in Instrument No. 2006-9947 filed of record on December 11, 2006 in Document No.2006-99457, recorded at Volume 2562, Page 116 of the Real Property Records of Nacogdoches County, Texas.
- The State of Texas acting by and through the Commissioner of the General Land Office, acting by and through the Commissioner of the General Land Office and on behalf of the Permanent School Fund, to Mustang Pipeline Company, effective November 1, 2006, Miscellaneous Easement ME 970009, filed as Instrument No. 116715, Volume 2787, Page 214, in the Real Property records of Nacogdoches County on or about January, 22, 2008..
- The State of Texas, acting by and through Jerry Patterson Commissioner of the General Land Office and Chairman of the Texas Parks & Wildlife Board, to Westlake Ethylene Pipeline Corporation,  on or about November 3, 2008, Miscellaneous Easement ME 970024.
- The State of Texas, by and through the Texas Parks & Wildlife Department, to Westlake Chemical OPCO, LP, on or about September 25, 2017, Miscellaneous Easement ME 970024 by Instrument No. 2017-8120 filed of record at Volume 4668, Page 55, in the Real Property records of Nacogdoches County, Texas.
- The State of Texas, acting by and through George P. Bush, Commissioner of the General Land Office to Westlake Chemical OPCO, LP, on or about April 14, 2018, Miscellaneous Easement ME 970009 by Instrument No. 2018-4191 filed of record at Volume 4760, Page 115, in the real property records of Nacogdoches, Texas.

4

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Tracy Neal on behalf of Scott Skelton
Bar No. 00784979
tneal@ssbww.law
Envelope ID: 103369240
Filing Code Description: No Fee Documents
Filing Description: Correspondence to Judge Kassaw
Status as of 7/21/2025 11:34 AM CST

Associated Case Party: EXPRESS H2O PIPELINE AND ROW LLC.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Tanner Franklin | 24082506 | tanner@thegoodlawyer.com | 7/21/2025 11:08:35 AM | SENT |
| Tracy Neal | | tneal@ssbww.law | 7/21/2025 11:08:35 AM | SENT |
| Holli VirginiaPryor-Baze | | hbaze@ssbww.law | 7/21/2025 11:08:35 AM | SENT |
| Christopher JSachitano | | sach@sachlaw.com | 7/21/2025 11:08:35 AM | SENT |
| Melanie Arnold | | melanie@thegoodlawyer.com | 7/21/2025 11:08:35 AM | SENT |
| Bailey JWingate | | Bailey@wingatelaw.com | 7/21/2025 11:08:35 AM | SENT |
| Michelle Bass | | mbass@sachlaw.com | 7/21/2025 11:08:35 AM | SENT |
| Scott CSkelton | | sskelton@ssbww.law | 7/21/2025 11:08:35 AM | SENT |

Associated Case Party: WESTLAKE CHEMICAL OPCO, LP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Reies Flores | | rflores@azalaw.com | 7/21/2025 11:08:35 AM | SENT |
| Shawn M.Bates | | sbates@azalaw.com | 7/21/2025 11:08:35 AM | SENT |
| Curtis (Curt) W.Fenley | | cfenley@fenley-bate.com | 7/21/2025 11:08:35 AM | SENT |
| Gus Atchison | | gatchison@fenley-bate.com | 7/21/2025 11:08:35 AM | SENT |
| Todd W.Mensing | | tmensing@azalaw.com | 7/21/2025 11:08:35 AM | SENT |
| Tammi Byrd | | tbyrd@azalaw.com | 7/21/2025 11:08:35 AM | SENT |
| Myrna Flores | | mflores@azalaw.com | 7/21/2025 11:08:35 AM | SENT |
| Matthew Davis | | mdavis@azalaw.com | 7/21/2025 11:08:35 AM | SENT |

Case Contacts

_____

_____

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Tracy Neal on behalf of Scott Skelton
Bar No. 00784979
tneal@ssbww.law
Envelope ID: 103369240
Filing Code Description: No Fee Documents
Filing Description: Correspondence to Judge Kassaw
Status as of 7/21/2025 11:34 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Lourdes Ortiz | | lortiz@clevelandkrist.com | 7/21/2025 11:08:35 AM | SENT |
| Susie Aguilar | | saguilar@fenley-bate.com | 7/21/2025 11:08:35 AM | SENT |
| Angee Owens | | aowens@fenley-bate.com | 7/21/2025 11:08:35 AM | SENT |
| Eservice Fenley | | EserviceCF3@fenley-bate.com | 7/21/2025 11:08:35 AM | SENT |
| Andy WTindel | | atindel@andytindel.com | 7/21/2025 11:08:35 AM | SENT |
| Austin Krist | | akrist@clevelandkrist.com | 7/21/2025 11:08:35 AM | SENT |
| Yvette Latin | | ylatin@fenley-bate.com | 7/21/2025 11:08:35 AM | SENT |