**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE No. 20-50805-rbk** |
| **KRISJENN RANCH, LLC** | § | |
| | § | **CHAPTER 11** |
| **MOVANTS.** | § | **(Jointly Administered)** |

---

**ORDER GRANTING MOTION FOR CLARIFICATION OF ORDER TO SHOW CAUSE**

---

CAME ON for consideration Express H2O Pipeline and ROW, LLC and Larry Wright's *Motion for Clarification of the Court's Order to Show Cause* (the "Motion"). The Court, after consideration of the Motion and any pleadings, arguments, and evidence of parties in support of, or in opposition to, the Motion, finds the Motion should be granted. Accordingly, it is hereby

1. ORDERED that the Motion is GRANTED; it is further

2. ORDERED that the Court will issue an amended Order to Show Cause; it is further

3. ORDERED that the Court retains jurisdiction related to the interpretation and

enforcement of this Order.

### END OF ORDER ###

Order submitted by:

By: */s/ Charlie Shelton*
Charlie Shelton
Texas State Bar No. 24079317
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

***Counsel for Express H2O Pipeline
and ROW, LLC and Larry Wright***