**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE No. 20-50805-rbk** |
| **KRISJENN RANCH, LLC, et al.** | § | |
| | § | **CHAPTER 11** |
| **Debtors.** | § | **(Jointly Administered)** |

**MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO CONTINUE**
**ORDER TO SHOW CAUSE HEARING AND MOTION FOR**
**CLARIFICATION OF ORDER TO SHOW CAUSE**
**(Reference Docket Nos. 270 & 271)**

COMES NOW, Express H2O Pipeline and ROW, LLC and Larry Wright ("Movants") and files this *Motion for Expedited Consideration* (the "Motion to Expedite") of the *Motion to Continue Order to Show Cause Hearing* (Docket No. 270) and *Motion for Clarification of Order to Show Cause* (Docket No. 271) (the "Motions"). In support thereof, the Movants would show the Court as follows:

1.      Underlying Motions: On June 1, 2026, the Movants filed the Motion to Continue Order to Show Cause Hearing (Docket No. 270) and the Movants seek a brief continuance of the Conversion Hearing to permit: (1) parallel state court proceedings in Angelina County District Court to reach final resolution on June 29-30, 2026, which will permit all parties to benefit from the clarity and finality that will result from the conclusion of the state court proceedings and which will directly impact the viability of the Debtor's Chapter 11 Plan and the grounds asserted in the Order to Show Cause; and (2) the Debtor to retain substitute counsel.

2.      Also on June 1, 2026, the Movants filed a Motion for Clarification of Order to Show Cause (Docket No. 271) requesting that the Court (i) clarify the specific provisions of the confirmed Plan, and the conduct or omissions alleged to constitute "cause" under 11 U.S.C. §

1112(b), that are the subject of the Order to Show Cause and (ii) afford Movants and other parties in interest a reasonable opportunity following such clarification to prepare and present evidence, including by resetting or continuing the June 11, 2026 hearing as necessary.

3.      Need for Expedited Consideration: Movants believe the Motions need to be set for expedited consideration because 1) the court has a hearing set for June 11, 2026 and the parties will need to know as far in advance as practicable: a) whether the hearing will proceed on that day notwithstanding the continuance motions; and b) if the hearings do progress, what issues with the Debtor's plan the parties need to be prepared to address.

4.      Time Estimate for Hearing: Movants believe 30 minutes on the Motions is sufficient.

5.      Deadline for When Hearing is Needed: Movants respectfully request a hearing from the Court at the same time and date as Ronald J. Smeberg's Motion to Continue Hearing (Docket No. 263) and Motion to Withdraw Attorney (Docket No. 262) currently set for June 4, 2026 at 2:00 p.m. (CT).

**WHEREFORE**, Movants request that the instant Motion to Expedite be granted and that the Court grants such other relief as the Court deems just and proper.

Dated: June 2, 2026

Respectfully submitted,

**HAYWARD PLLC**

By: */s/ Charlie Shelton*
Charlie Shelton
Texas State Bar No. 24079317
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

***Counsel for Express H2O Pipeline and***

*ROW, LLC and Larry Wright*

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 1, 2026, the undersigned conferred with the following via email. As of the time of filing this motion, Mr. Smeberg indicated no opposition and Mr. Krist indicated he would respond later the morning of June 2, 2026. No other party has responded.

cdunn@teamjustice.com;
Lulú Ortiz <lortiz@clevelandkrist.com>;
Natalie Wilson <nwilson@langleybanack.com>;
Chris Johns <chris@cobbjohns.com>;
Cathi Johnston <cjohnston@langleybanack.com>;
Stacy Foushee <sfoushee@langleybanack.com>;
lworsham@jonesallen.com;
kmcdonald@jonesallen.com;
John Muller <john.muller@cjma.law>;
Tim Cleveland <tcleveland@clevelandkrist.com>;
Ronald Smeberg <ron@smeberg.com>;
Austin Krist <akrist@clevelandkrist.com>

/s/ *Charlie Shelton*
Charlie Shelton

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2026, the foregoing pleading was served via CM/ECF on all parties requesting such service. Additionally, on the same date or within one business day thereof, the pleading was served via United States First Class Mail to all parties on the service list below who did not receive electronic service.

| | |
|---|---|
| Cobb & Johns PLLC<br>Attn: Christopher S. Johns & Michael Cotton<br>13341 West U.S. Highway 290, Building 2<br>Austin, TX 78737<br>chris@cobbjohns.com<br>michael@cobbjohns.com<br><br>***Attorneys for Longbranch Energy, DMA Properties, and Frank Daniel Moore*** | Cleveland Krist PLLC<br>Attn: Timothy Cleveland & Austin H. Krist<br>303 Camp Craft Road, Suite 325<br>Austin, TX 78746<br>tcleveland@clevelandkrist.com<br>akrist@clevelandkrist.com<br><br>***Attorneys for Longbranch Energy, DMA Properties, and Frank Daniel Moore*** |
| Langley & Banack<br>Attn: Natalie F. Wilson<br>745 East Mulberry Avenue, Suite 700<br>San Antonio, TX 78212<br>nwilson@langleybanack.com<br><br>***Attorneys for DMA Properties and Frank Daniel Moore*** | Burns & Black PLLC<br>Attn: Michael Black<br>750 Rittiman Road<br>San Antonio, TX 78209<br>mblack@burnsandblack.com<br><br>***Attorneys for Longbranch Energy*** |
| JF Duke and Associates<br>Attn: Jeffery Duke<br>11819 Great Oaks Drive<br>College Station, TX 77494<br>jeff@jfduke.com<br><br>***Attorneys for Longbranch Energy*** | United States Trustee<br>Attn: Shane P. Tobin<br>903 San Jacinto Blvd., Room 230<br>Austin, TX 78701<br><br>United States Trustee<br>Attn: Erin Coughlin<br>615 E Houston, Suite 533<br>San Antonio, TX 78295-1539<br><br>***United States Trustee*** |

*/s/ Charlie Shelton*
Charlie Shelton