

**The relief described hereinbelow is SO ORDERED.**

**Signed June 03, 2026.**

_____
**Ronald B. King**
**United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE No. 20-50805-rbk** |
| **KRISJENN RANCH, LLC, et al.** | § | |
| | § | **CHAPTER 11** |
| **Debtors.** | § | |

---

**ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION OF
MOTION TO CONTINUE ORDER TO SHOW CAUSE HEARING AND MOTION FOR
CLARIFICATION OF ORDER TO SHOW CAUSE**
**(Reference Docket Nos. 270)**

---

On this date, came on for consideration the *Motion for Expedited Consideration* (the "Motion to Expedite") of the *Motion to Continue Order to Show Cause Hearing* (Docket No. 270) (the "Motions") filed by Express H2O Pipeline and ROW, LLC and Larry Wright ("Movants"). The Court finds that the Motion to Expedite should be granted as set forth below. It is therefore,

**ORDERED** that a hearing on the Motions is scheduled on an **Expedited basis for a hearing on June 4, 2026 @2pm via ZOOM https://www.zoomgov.com/my/ king.txwb**; it is further

2

**ORDERED** that counsel for the Movants shall promptly serve a notice of the hearing.

**# # # END OF ORDER # # #**

*Order Prepared By:*

Charlie Shelton
Texas State Bar No: 24079317
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

*Counsel for Express H2O Pipeline*
*and ROW, LLC and Larry Wright*