**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **KRISJENN RANCH, LLC,** | § | CASE NO. 20-50805-rbk |
| | § | |
| Debtor. | § | CHAPTER 11 |
| | § | |
| | § | (Jointly Administered) |

**SUPPLEMENT TO MOTION TO CONTINUE HEARING ON ORDER TO SHOW CAUSE FOR CONVERSION OF CHAPTER 11 CASE TO CHAPTER 7**

Express H2O Pipeline and ROW LLC ("Express H2O") and Larry Wright (collectively, "Movants") file this Supplement to their Motion to Continue (Docket No. 270) the hearing on the Order to Show Cause for Conversion of the confirmed Chapter 11 case of KrisJenn Ranch, LLC to Chapter 7 (the "Conversion Hearing"), currently scheduled for June 11, 2026. In addition, and without waiver of, the reasons identified in the Motion to Continue, Movants provides the Court with an update on proceedings in the 159th Judicial District Court of Angelina County, Texas (the "Angelina County Court"), *Express H2O Pipeline and ROW, LLC v. Westlake Chemical OPCO, LP*, No. CV-00461-24-08.

1.      On May 1, 2026, Express H2O filed in the Angelina County Court a motion for permission to appeal the Court's summary judgment order on title and superiority of the pipeline right of way ("ROW"). Express H2O believes it is beneficial to all parties for the appellate courts to consider the title issues as soon as possible instead of waiting until after a final judgment.

2.      On June 3, 2026, the Angelina County Court signed an order granting permission for an immediate appeal of the controlling questions of law governing title to the ROW and further provides that "all proceedings in [the Angelina] Court are STAYED pending resolution of the

permissive appeal" under Texas Rule of Appellate Procedure 29.5. A copy of the order is attached as Exhibit A.

3. The certified questions for appeal go to the heart of title to the ROW—specifically, the priority, validity, and exclusivity of the competing easement instruments. If the court of appeals accepts the appeal, the appellate court will decide title to the ROW as a matter of law in a determination binding on all parties. The permissive appeal will proceed on an accelerated basis. TEX. CIV. PRAC. & REM. CODE 51.014 (f); TEX. R. APP. P. 28.3.

4. Because all trial-court proceedings are now stayed pending the permissive appeal, the June 29–30, 2026 injunction hearing referenced in the Motion will not proceed as anticipated. The path to a final, binding determination of title to the ROW now runs through the appellate process rather than the trial court.

5. This development strengthens and further necessitates a continuance of any action by this Court. An appellate ruling on the controlling questions of law will definitively resolve the title issues, and allowing the appellate process to play out before the Court considers conversion serves the interests of all parties. Moreover, any action by this Court that affects ownership or control of the ROW—including conversion of the case to Chapter 7 and the appointment of a trustee—would disrupt the appellate process now underway. The ROW is the very asset whose title the court of appeals is poised to decide, and a change in its ownership or stewardship (or even an assertion of ownership or some right to the ROW by a trustee) while the appeal is pending would inject uncertainty into the appeal, risk mooting or complicating the controlling questions, and undermine the orderly and final resolution that the permissive appeal is designed to achieve.

6. Notably, the Twelfth Court of Appeals in Tyler is familiar with the title issues in the Angelina County case. On November 19, 2025, that court denied Westlake's petition for writ

of mandamus challenging the summary-judgment rulings on title, finding that the trial court did not abuse his discretion in the orders and concluding that Westlake's complaints are "better presented as a matter for appeal." *In re Westlake Chemical OpCo LP*, No. 12-25-00293-CV (Tex. App.—Tyler Nov. 19, 2025, orig. proceeding). The appellate court has thus already indicated that the orderly appellate process, now underway through the permissive appeal process, is the proper avenue for resolving the title questions governing the ROW.

7.      Indeed, converting the case, or appointing a Chapter 7 trustee, before the appellate determination would risk inconsistent results, waste estate resources on questions the appellate court is poised to resolve, and inject uncertainty into the ROW that would chill ongoing marketing efforts. By contrast, a brief continuance coordinated with the appeal preserves the value of the estate's assets and avoids the risk of conflicting orders, to the benefit of the Debtor, its creditors, and all parties in interest.

8.      Movants therefore respectfully request that the Court continue the Conversion Hearing pending resolution of the permissive appeal, or at a minimum until the court of appeals has determined whether to accept the appeal. To keep the Court apprised, Movants will file a status report within five business days after the court of appeals rules on acceptance of the appeal.

WHEREFORE, Express H2O Pipeline and ROW, LLC and Larry Wright respectfully request that the Court continue the hearing on the Order to Show Cause pending resolution of the permissive interlocutory appeal in the Angelina Court proceedings, and grant such other and further relief as the Court deems just and proper.

Dated: June 3, 2026

Respectfully submitted,

**HAYWARD PLLC**

By: /s/ Charlie Shelton
Charlie Shelton
Texas State Bar No. 24079317
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

***Counsel for Express H2O Pipeline and ROW, LLC and Larry Wright***

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2026, the foregoing was served via CM/ECF on all parties requesting such service. Additionally, on the same date or within one business day thereof, the foregoing was served via United States First Class Mail to all parties on the service list who did not receive electronic service.

/s/ Charlie Shelton
Charlie Shelton

Label Matrix for local noticing
0542-5
Case 20-50805-rbk
Western District of Texas
San Antonio
Wed Jun  3 14:01:34 CDT 2026

KrisJenn Ranch, LLC
410 Spyglass Rd
McQueeney, TX 78123-3418

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
San Antonio, TX 78295-1601

U.S. BANKRUPTCY COURT
615 E. HOUSTON STREET, ROOM 597
SAN ANTONIO, TX 78205-2055

Albert, Neely & Kuhlmann, LLP
1600 Oil & Gas Building
309 W 7th St
Fort Worth, TX 76102-6900

Angelina County
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx 77253-3064

Angelina County Tax Assessor
606 E Lufkin Ave
Lufkin, TX 75901-0434

Bigfoot Energy Services, LLC
312 W Sabine St
Carthage, TX 75633-2519

C&W Fuels, Inc.
Po Box 40
Hondo, TX 78861-0040

CLEVELAND
TERRAZAS PLLC
Timothy Cleveland
4611 Bee Cave Road, Suite 306 B
Austin, TX 78746-5284

DMA Properties, Inc.
c/o Michael J. Black
BURNS & BLACK, PLLC
750 Rittiman Road
San Antonio, TX 78209-5500

DMA Properties, Inc.
c/o NATALIE F. WILSON
745 East Mulberry, Suite 700
San Antonio, Texas 78212-3172

DMA Properties, Inc. and Frank Daniel Moore
c/o NATALIE F. WILSON
745 East Mulberry, Suite 700
San Antonio, Texas 78212-3172

DUKE, BANISTER, RICHMOND, PLLC
Jeffrey Duke
P.O. Box 175
Fulshear, TX 77441-0175

Davis, Cedillo & Mendoza, Inc.
755 E Mulberry Ave Ste 500
San Antonio, TX 78212-3135

Frank Daniel Moore
c/o NATALIE F. WILSON
745 East Mulberry, Suite 700
San Antonio, Texas 78212-3172

Granstaff Gaedke & Edgmon PC
5535 Fredericksburg Rd Ste 110
San Antonio, TX 78229-3553

Guadalupe County
c/o Tara LeDay
P.O. Box 1269
Round Rock, TX 78680-1269

Hopper's Soft Water Service
120 W Frio St
Uvalde, TX 78801-3699

Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346

JOHNS &COUNSEL PLLC
Christopher S. Johns
14101 Highway 290 West, Suite 400A
Austin, TX 78737-9376

KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, Se
410 Spyglass Rd
Mc Queeney, TX 78123-3418

Larry Wright
410 Spyglass Rd
Mc Queeney, TX 78123-3418

Longbranch Energy
c/o DUKE BANISTER RICHMOND
Po Box 175
Fulshear, TX 77441-0175

Longbranch Energy, LP
DMA Properties, Inc.
c/o Mr. Michael J. Black
Burns & Black, PLLC
750 Rittiman Road
San Antonio, Texas 78209-5500

METTAUER LAW FIRM, PLLC
c/o April Prince
403 Nacogdoches St Ste 1
Center, TX 75935-3810

McLeod Oil, LLC
c/o John W. McLeod, Jr.
700 N Wildwood Dr
Irving, TX 75061-8832

McLeod Oil, LLC
c/o Laura L. Worsham
Jones Allen & Fuquay, LLP
8828 Greenville Avenue
Dallas, Texas 75243-7143

Medina Electric
2308 18th St.
Po Box 370
Hondo, TX 78861-0370

Medina's Pest Control
1490 S Homestead Rd
Uvalde, TX 78801-7625

Nacogdoches County Tax Assessor
101 W Main St Ste 100
Nacogdoches, TX 75961-4820

Nacogdoches County, et al.
c/o Tab Beall
Perdue Brandon Fielder Collins & Mott
PO Box 2007
Tyler, TX 75710-2007

Rusk County Appraisal District
107 N Van Buren St
Henderson, TX 75652-3113

Shelby County
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx 77253-3064

Shelby County Tax Collector
200 St. Augustine St.
Center, TX 75935-3959

Tenaha ISD Tax Assessor-Collector
138 College St
Tenaha, TX 75974-5612

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Farm Store
236 E Nopal St
Uvalde, TX 78801-5391

Uvalco Supply
2521 E Main St
Uvalde, TX 78801-4940

Uvalde County Tax Assessor
Courthouse Plaza, Box 8
Uvalde, TX 78801-5239

Uvalde County Tax Office
209 N High St.
Uvalde, TX 78801-5207

Uvalde County Tax Office
c/o Carlos M. Arce
Perdue, Brandon, Fielder, Collins & Mott
613 NW Loop 410, Ste. 550
San Antonio, TX 78216-5593

Charles John Muller IV
Chamberlain Hrdlicka White Williams & Au
111 W Sunset Rd
San Antonio, TX 78209-2632

Ronald J Smeberg
Smeberg Law Firm, PLLC
4 Imperial Oaks
San Antonio, TX 78248-1609

Ronald J. Smeberg
The Smeberg Law Firm, PLLC
2010 W Kings Hwy
San Antonio, TX 78201-4926

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Texas Comptroller of Public Accounts
Capitol Station
Po Box 13528
Austin, TX 78711-3528

End of Label Matrix
Mailable recipients    44
Bypassed recipients     0
Total                  44