

**FILED**

June 3, 2026          9:18 AM

Meagan Moore
Clerk of District Court
Angelina County, Texas

By: Velasquez, Samantha

Deputy

**NO. CV-00461-24-08**

| | | |
|---|---|---|
| **EXPRESS H2O PIPELINE AND ROW, LLC.,** | § § § | **IN THE DISTRICT COURT OF** |
| *Plaintiff* | § § | |
| **vs.** | § § | **ANGELINA COUNTY** |
| **WESTLAKE CHEMICAL OPCO, LP.,** | § § | |
| *Defendant* | § | **159th JUDICIAL DISTRICT** |

## ORDER GRANTING PLAINTIFF'S MOTION FOR PERMISSIVE INTERLOCUTORY APPEAL

The Court considered Plaintiff's Motion for Permissive Interlocutory Appeal. The Motion is GRANTED.

All proceedings in this Court are STAYED pending resolution of the permissive appeal pursuant to Texas Rule of Appellate Procedure 29.5.

6/2/2026 8:13:57 AM

SIGNED this _____ day of _____, 2026.


_____
HON. TODD KASSAW

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Tracy Neal on behalf of Scott Skelton
Bar No. 00784979
tneal@ssbww.law
Envelope ID: 114377649
Filing Code Description: Motion (No Fee)
Filing Description: Plaintiff's Motion for Permissive Interlocutory Appeal
Status as of 5/1/2026 3:32 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Andy WTindel | | atindel@andytindel.com | 5/1/2026 1:15:03 PM | SENT |
| Scott CSkelton | | sskelton@ssbww.law | 5/1/2026 1:15:03 PM | SENT |
| Kirk Mathis | | kmathis@cmzlaw.net | 5/1/2026 1:15:03 PM | SENT |
| Collin D.Kennedy | | cdk@hanshawkennedy.com | 5/1/2026 1:15:03 PM | SENT |
| Cameron Byrd | | cbyrd@azalaw.com | 5/1/2026 1:15:03 PM | SENT |
| Tanner Franklin | 24082506 | tanner@thegoodlawyer.com | 5/1/2026 1:15:03 PM | SENT |
| Tracy Neal | | tneal@ssbww.law | 5/1/2026 1:15:03 PM | SENT |
| Christin Morgan | | cmorgan@ssbww.law | 5/1/2026 1:15:03 PM | SENT |
| John Zavitsanos | | jzavitsanos@AZALAW.COM | 5/1/2026 1:15:03 PM | SENT |
| Todd W.Mensing | | tmensing@azalaw.com | 5/1/2026 1:15:03 PM | SENT |
| Tammi Byrd | | tbyrd@azalaw.com | 5/1/2026 1:15:03 PM | SENT |
| Myrna Flores | | mflores@azalaw.com | 5/1/2026 1:15:03 PM | SENT |
| Austin Krist | | akrist@clevelandkrist.com | 5/1/2026 1:15:03 PM | SENT |
| Yvette Latin | | ylatin@fenley-bate.com | 5/1/2026 1:15:03 PM | SENT |
| Craig M. Crockett | | craig@crockettfirm.com | 5/1/2026 1:15:03 PM | SENT |
| Curtis (Curt) W.Fenley | | cfenley@fenley-bate.com | 5/1/2026 1:15:03 PM | SENT |
| Gus Atchison | | gatchison@fenley-bate.com | 5/1/2026 1:15:03 PM | SENT |
| Susie Aguilar | | saguilar@fenley-bate.com | 5/1/2026 1:15:03 PM | SENT |
| Angee Owens | | aowens@fenley-bate.com | 5/1/2026 1:15:03 PM | SENT |
| Melanie Arnold | | melanie@thegoodlawyer.com | 5/1/2026 1:15:03 PM | SENT |
| Lourdes Ortiz | | lortiz@clevelandkrist.com | 5/1/2026 1:15:03 PM | SENT |
| Rachel W.Herrera | | rwh@hanshawkennedy.com | 5/1/2026 1:15:03 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Tracy Neal on behalf of Scott Skelton
Bar No. 00784979
tneal@ssbww.law
Envelope ID: 114377649
Filing Code Description: Motion (No Fee)
Filing Description: Plaintiff's Motion for Permissive Interlocutory Appeal
Status as of 5/1/2026 3:32 PM CST

Case Contacts

| | | | | |
|---|---|---|---|---|
| Rachel W.Herrera | | rwh@hanshawkennedy.com | 5/1/2026 1:15:03 PM | SENT |
| Amanda Heine | | aheine@winstead.com | 5/1/2026 1:15:03 PM | SENT |
| Emily Adler | | eadler@azalaw.com | 5/1/2026 1:15:03 PM | SENT |
| Eservice Fenley | | EserviceCF3@fenley-bate.com | 5/1/2026 1:15:03 PM | SENT |
| Kristi von Heimburg | | kvon@cmzlaw.net | 5/1/2026 1:15:03 PM | SENT |
| Kasey Ratliff | | kratliff@winstead.com | 5/1/2026 1:15:03 PM | SENT |
| Holli VirginiaPryor-Baze | | hbaze@ssbww.law | 5/1/2026 1:15:03 PM | SENT |
| Nina Nelson | | nnelson@winstead.com | 5/1/2026 1:15:03 PM | SENT |
| Christopher JSachitano | | sach@sachlaw.com | 5/1/2026 1:15:03 PM | SENT |
| Bailey JWingate | | Bailey@wingatelaw.com | 5/1/2026 1:15:03 PM | SENT |
| Matthew Davis | | mdavis@azalaw.com | 5/1/2026 1:15:03 PM | SENT |
| Michelle Bass | | mbass@sachlaw.com | 5/1/2026 1:15:03 PM | SENT |
| Aidan Read | | Aidan.Read@oag.texas.gov | 5/1/2026 1:15:03 PM | SENT |
| Thomas J. Forestier | | tforestier@winstead.com | 5/1/2026 1:15:03 PM | SENT |
| Christopher Robertson | | crobertson@winstead.com | 5/1/2026 1:15:03 PM | SENT |
| Peyton Schow | | ps@hanshawkennedy.com | 5/1/2026 1:15:03 PM | SENT |
| Thomas E. Frashier | | tfrashier@azalaw.com | 5/1/2026 1:15:03 PM | SENT |
| Julisa Tristan | | Julisa.Tristan@oag.texas.gov | 5/1/2026 1:15:03 PM | SENT |
| Brent WCoon | | Brent@bcoonlaw.com | 5/1/2026 1:15:03 PM | SENT |