**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE No. 20-50805-rbk** |
| **KRISJENN RANCH, LLC** | § | |
| | § | **CHAPTER 11** |
| **DEBTOR.** | § | **(Jointly Administered)** |

## NOTICE OF EXPEDITED HEARING

PLEASE TAKE NOTICE that an Expedited Hearing on the *Motion to Continue Order to Show Cause Hearing* (Docket No. 270) (the "Motion") filed by Express H20 Pipeline and Row, LLC and Larry Wright (the "Movants") has been set to take place on **Thursday, June 4, 2026 at 2:00 P.M. (CT)** before Honorable Judge King virtually via Zoom at https://www.zoomgov.com/my/king.txwb or Call 669-254-5252; Meeting ID: 161 6636 6756. For further information to participate in the Zoom hearing, please follow: https://www.txwb.uscourts.gov/honorable-ronald-b-king-us-bankruptcy-judge.

Dated: June 3, 2026

Respectfully submitted,

**HAYWARD PLLC**

*/s/ Charlie Shelton*
Charlie Shelton
Texas State Bar No. 24079317
7600 Burnet Road, Suite 530
Austin, Texas 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

***Counsel for Express H20 Pipeline and Row, LLC and Larry Wright***

NOTICE OF EXPEDITED HEARING

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 3, 2026, the foregoing Notice was served via CM/ECF on all parties requesting such service. Additionally, on June 3, 2026, or within one business day thereof, the foregoing Notice was served via United States First Class Mail to the parties listed below.

| | |
|---|---|
| Cobb & Johns PLLC<br>Attn: Christopher S. Johns & Michael Cotton<br>13341 West U.S. Highway 290, Building 2<br>Austin, TX 78737<br>chris@cobbjohns.com<br>michael@cobbjohns.com<br><br>***Attorneys for Longbranch Energy, DMA Properties, and Frank Daniel Moore*** | Cleveland Krist PLLC<br>Attn: Timothy Cleveland & Austin H. Krist<br>303 Camp Craft Road, Suite 325<br>Austin, TX 78746<br>tcleveland@clevelandkrist.com<br>akrist@clevelandkrist.com<br><br>***Attorneys for Longbranch Energy, DMA Properties, and Frank Daniel Moore*** |
| Langley & Banack<br>Attn: Natalie F. Wilson<br>745 East Mulberry Avenue, Suite 700<br>San Antonio, TX 78212<br>nwilson@langleybanack.com<br><br>***Attorneys for DMA Properties and Frank Daniel Moore*** | Burns & Black PLLC<br>Attn: Michael Black<br>750 Rittiman Road<br>San Antonio, TX 78209<br>mblack@burnsandblack.com<br><br>***Attorneys for Longbranch Energy*** |
| JF Duke and Associates<br>Attn: Jeffery Duke<br>11819 Great Oaks Drive<br>College Station, TX 77494<br>jeff@jfduke.com<br><br>***Attorneys for Longbranch Energy*** | United States Trustee<br>Attn: Shane P. Tobin<br>903 San Jacinto Blvd., Room 230<br>Austin, TX 78701<br><br>United States Trustee<br>Attn: Erin Coughlin<br>615 E Houston, Suite 533<br>San Antonio, TX 78295-1539<br><br>***United States Trustee*** |

/s/ *Charlie Shelton*
Charlie Shelton

NOTICE OF EXPEDITED HEARING