

**SO ORDERED.**

**SIGNED this 04th day of June, 2026.**

_____
**RONALD B. KING**
**UNITED STATES BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **KRISJENN RANCH, LLC,** *et al* | § | **CASE NO. 20-50805-rbk** |
| | § | |
| | § | |
| | § | |
| **DEBTOR** | § | **(Jointly Administered)** |

## ORDER GRANTING MOTION TO CONTINUE SHOW CAUSE HEARING

On consideration of Motion to Continue Show Cause Hearing (the "Motion") filed by

Ronald Smeberg and The Smeberg Law Firm, the counsel for Debtors, and it appearing to the

Court that notice was sufficient under the circumstances and that the relief sought should be

granted; it is hereby

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that the Show Cause Hearing Set for June 11, 2026, at 10:00am is continued

to the date and time stated at the top of this Order.

###

Respectfully submitted,


*/s/ Ronald J. Smeberg*


SMEBERG LAW FIRM, PLLC
RONALD J. SMEBERG
Texas State Bar No. 24033967
4 Imperial Oaks
San Antonio, Texas 78248
(210) 695-6684, Telephone
(210) 598-7357, Facsimile
WITHDRAWING ATTORNEY FOR DEBTORS

