**The relief described hereinbelow is SO ORDERED.**

**Signed June 04, 2026.**

_____
**Ronald B. King**
**United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC, *et al* | § | CASE NO. 20-50805-rbk |
| | § | |
| | § | |
| | § | |
| DEBTOR | § | (Jointly Administered) |

### ORDER GRANTING DEBTORS' COUNSEL'S UNOPPOSED MOTION TO WITHDRAW

On consideration of Debtors' Counsel's Unopposed Motion to Withdraw as Counsel (the "Motion") filed by C. John Muller IV and CJ Muller & Associates PLLC, counsel for Debtors, and it appearing to the Court that notice was sufficient under the circumstances and that the relief sought should be granted; it is hereby

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that C. John Muller IV and CJ Muller & Associates PLLC are excused as the attorney of record for the Debtors in Bankruptcy Cases 20-50805.

### ###

Respectfully submitted,

*/s/ John Muller*

CJ MULLER & ASSOCIATES, PLLC
C. John Muller IV
State Bar No. 24070306
john.muller@cjma.law
111 W. Sunset Rd.
San Antonio, Texas 78209
Telephone: (210) 664-5000
Facsimile: (210) 598-7357

WITHDRAWING ATTORNEY FOR DEBTORS