

**The relief described hereinbelow is SO ORDERED.**

**Signed June 03, 2026.**

_____
**Ronald B. King**
**United States Bankruptcy Judge**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE No. 20-50805-rbk** |
| **KRISJENN RANCH, LLC, et al.** | § | |
| | § | **CHAPTER 11** |
| Debtors. | § | |

**ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION OF**
**MOTION TO CONTINUE ORDER TO SHOW CAUSE HEARING AND MOTION FOR**
**CLARIFICATION OF ORDER TO SHOW CAUSE**
**(Reference Docket Nos. 270)**

On this date, came on for consideration the _Motion for Expedited Consideration_ (the "Motion to Expedite") of the _Motion to Continue Order to Show Cause Hearing_ (Docket No. 270) (the "Motions") filed by Express H2O Pipeline and ROW, LLC and Larry Wright ("Movants"). The Court finds that the Motion to Expedite should be granted as set forth below. It is therefore,

**ORDERED** that a hearing on the Motions is scheduled on an **Expedited basis for a hearing on June 4, 2026 @2pm via ZOOM https://www.zoomgov.com/my/king.txwb**; it is further

**ORDERED** that counsel for the Movants shall promptly serve a notice of the hearing.

**# # # END OF ORDER # # #**

*Order Prepared By:*

Charlie Shelton
Texas State Bar No: 24079317
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

*Counsel for Express H2O Pipeline
and ROW, LLC and Larry Wright*

United States Bankruptcy Court

Western District of Texas

In re:                                                                    Case No. 20-50805-rbk

KrisJenn Ranch, LLC                                                        Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-5            User: admin            Page 1 of 4

Date Rcvd: Jun 03, 2026            Form ID: pdfintp            Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | KrisJenn Ranch, LLC, 410 Spyglass Rd, McQueeney, TX 78123-3418 |
| aty | + | Albert, Neely & Kuhlmann, L.L.P., 1600 Oil and Gas Building, 309 West Seventh Street, Fort Worth, TX 76102-6900 |
| aty | + | Alexa L. Gervasi, Cobb & Gervasi, PLLC, 1250 S Capital of Texas Hwy, Building 3, Suite 400, 78746 Austin, TX 78746-6446 |
| aty | + | David P Strolle, Valdez & Trevino, 8023 Vantage Drive suite 700, 8023, San Antonio, TX 78230-4791 |
| aty | + | Robert E. Valdez, Valdez & Trevino, Callaghan Tower, 8023 Vantage Dr., #700, San Antonio, TX 78230-4791 |
| aty | + | William D Kuhlmann, 1600 Oil and Gas Building, 309 West Seventh Street, Fort Worth, TX 76102-6900 |
| aty | + | William D. Kuhlmann, Jr., Albert, Neely & Kuhlmann, L.L.P., 400 Oil & Gas Building, 309 W. 7th Street, Fort Worth, TX 76102-6900 |
| cr | | DMA Properties, Inc., c/o Burns & Black, PLLC, Burns & Black, PLLC, 750 Rittiman Road, San Antonio, TX 78209-5500 |
| cr | | Longbranch Energy, LP, c/o Burns & Black, PLLC, Burns & Black, PLLC, 750 Rittiman Road, San Antonio, TX 78209-5500 |
| cr | | Nacogdoches County, et al., c/o Tab Beall, Perdue Brandon Fielder Collins & Mott, PO Box 2007, Tyler, TX 75710-2007 |
| cr | + | Uvalde County Tax Office, c/o Carlos M. Arce, PBFCM, LLP, 613 NW Loop 410, Suite 550, San Antonio, TX 78216-5593 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Jun 03 2026 22:47:00 | Angelina County, Linebarger Goggan Blair & Sampson LLP, c/o John P Dillman, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: julie.parsons@mvbalaw.com | Jun 03 2026 22:47:00 | Guadalupe County, c/o Tara LeDay, PO Box 1269, Round Rock, TX 78680-1269 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Jun 03 2026 22:47:00 | Shelby County, Linebarger Goggan Blair & Sampson LLP, C/O John P. Dillman, P.O. Box 3064, Houston, TX 77253-3064 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| intp | ##+ | Jerry G. Miers, 17111 Blanco Trail, San Antonio, TX 78248-2620 |
| intp | ##+ | Larry Wright, 410 Spyglass Road, McQueeney, TX 78123-3418 |
| cr | ##+ | McLeod Oil, LLC, c/o Laura L. Worsham, Jones Allen & Fuquay, LLP, 8828 Greenville Avenue, Dallas, TX 75243-7143 |

TOTAL: 0 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2026        Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2026 at the address(es) listed below:

**Name**        **Email Address**

Austin Hammer Krist

on behalf of Third Pty Plaintif DMA Properties Inc. akrist@clevelandkrist.com

Austin Hammer Krist

on behalf of Third Pty Plaintif Frank Daniel Moore akrist@clevelandkrist.com

Austin Hammer Krist

on behalf of Creditor Longbranch Energy LP akrist@clevelandkrist.com

Austin Hammer Krist

on behalf of Creditor DMA Properties Inc. akrist@clevelandkrist.com

Austin Hammer Krist

on behalf of Interested Party Frank Daniel Moore akrist@clevelandkrist.com

Austin Hammer Krist

on behalf of Defendant DMA Properties Inc. akrist@clevelandkrist.com

Austin Hammer Krist

on behalf of Defendant Longbranch Energy LP akrist@clevelandkrist.com

Carlos M Arce

on behalf of Creditor Uvalde County Tax Office carce@pbfcm.com mvaldez@pbfcm.com;mvaldez@ecf.courtdrive.com

Charles Dunn

on behalf of Interested Party Preciliana Jose Flores cdunn@teamjustice.com

Charles John Muller, IV

on behalf of Debtor KrisJenn Ranch LLC john.muller@cjma.law, mary.ables-miller@chamberlainlaw.com,8612883420@filings.docketbird.com

Erin Coughlin

on behalf of U.S. Trustee United States Trustee - SA12 erin.coughlin@usdoj.gov carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov

Herbert C Shelton, II

on behalf of Plaintiff Krisjenn Ranch LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row cshelton@haywardfirm.com, SVillarreal@haywardfirm.com

Herbert C Shelton, II

on behalf of Respondent Express H2O Pipeline & Row LLC cshelton@haywardfirm.com, SVillarreal@haywardfirm.com

Herbert C Shelton, II

on behalf of Counter Defendant Krisjenn Ranch LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row cshelton@haywardfirm.com, SVillarreal@haywardfirm.com

Herbert C Shelton, II

on behalf of Interested Party Express H2O Pipeline & Row LLC cshelton@haywardfirm.com, SVillarreal@haywardfirm.com

Herbert C Shelton, II

on behalf of 3rd Pty Defendant Larry Wright cshelton@haywardfirm.com SVillarreal@haywardfirm.com

Herbert C Shelton, II

on behalf of Interested Party Larry Wright cshelton@haywardfirm.com SVillarreal@haywardfirm.com

John P. Dillman

on behalf of Creditor Angelina County houston_bankruptcy@lgbs.com

John P. Dillman

on behalf of Creditor Shelby County houston_bankruptcy@lgbs.com

Laura L. Worsham

on behalf of Creditor McLeod Oil  LLC lworsham@jonesallen.com, rrussell@jonesallen.com

Lynne Frank

on behalf of Attorney William D Kuhlmann LFrank@brunerpc.com

Lynne Frank

on behalf of Attorney Albert  Neely & Kuhlmann, L.L.P. LFrank@brunerpc.com

Maria De Lourdes Ortiz

on behalf of Third Pty Plaintif Frank Daniel Moore lortiz@clevelandkrist.com

Maria De Lourdes Ortiz

on behalf of Defendant Longbranch Energy  LP lortiz@clevelandkrist.com

Maria De Lourdes Ortiz

on behalf of Third Pty Plaintif DMA Properties  Inc. lortiz@clevelandkrist.com

Maria De Lourdes Ortiz

on behalf of Defendant DMA Properties  Inc. lortiz@clevelandkrist.com

Maria De Lourdes Ortiz

on behalf of Interested Party Frank Daniel Moore lortiz@clevelandkrist.com

Melissa Emily Valdez

on behalf of Creditor Uvalde County Tax Office mvaldez@pbfcm.com  osonik@pbfcm.com;mvaldez@ecf.courtdrive.com

Michael J. Black

on behalf of Defendant Longbranch Energy  LP mblack@burnsandblack.com

Michael J. Black

on behalf of Creditor DMA Properties  Inc. mblack@burnsandblack.com

Michael J. Black

on behalf of Creditor Longbranch Energy  LP mblack@burnsandblack.com

Natalie F. Wilson

on behalf of Creditor DMA Properties  Inc. nwilson@langleybanack.com, cjohnston@langleybanack.com;sfoushee@langleybanack.com

Natalie F. Wilson

on behalf of Third Pty Plaintif DMA Properties  Inc. nwilson@langleybanack.com, cjohnston@langleybanack.com;sfoushee@langleybanack.com

Natalie F. Wilson

on behalf of Interested Party Frank Daniel Moore nwilson@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com

Natalie F. Wilson

on behalf of Defendant DMA Properties  Inc. nwilson@langleybanack.com, cjohnston@langleybanack.com;sfoushee@langleybanack.com

Natalie F. Wilson

on behalf of Third Pty Plaintif Frank Daniel Moore nwilson@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com

Natalie F. Wilson

on behalf of Defendant Longbranch Energy  LP nwilson@langleybanack.com, cjohnston@langleybanack.com;sfoushee@langleybanack.com

Randall Adam Swick

on behalf of Interested Party Frank Daniel Moore adam.swick@akerman.com teresa.barrera@akerman.com;valerie.braun@akerman.com;bentley.harris@akerman.com

Randall Adam Swick

on behalf of Creditor Longbranch Energy  LP adam.swick@akerman.com, teresa.barrera@akerman.com;valerie.braun@akerman.com;bentley.harris@akerman.com

Randall Adam Swick

on behalf of Creditor DMA Properties  Inc. adam.swick@akerman.com, teresa.barrera@akerman.com;valerie.braun@akerman.com;bentley.harris@akerman.com

Ronald J Smeberg

on behalf of Debtor KrisJenn Ranch  LLC, Series Pipeline Row ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

Ronald J Smeberg

on behalf of Debtor KrisJenn Ranch  LLC, Series Ulvade Ranch ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

Ronald J Smeberg

on behalf of Debtor KrisJenn Ranch  LLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

Ronald J. Smeberg

on behalf of Debtor KrisJenn Ranch  LLC ron@smeberg.com, ronaldsmeberg@yahoo.com

Ronald J. Smeberg

on behalf of Debtor KrisJenn Ranch  LLC, Series Pipeline Row ron@smeberg.com, ronaldsmeberg@yahoo.com

Ronald J. Smeberg

on behalf of Counter Defendant Krisjenn Ranch  LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row ron@smeberg.com, ronaldsmeberg@yahoo.com

Ronald J. Smeberg

on behalf of 3rd Pty Defendant Black Duck Properties  LLC ron@smeberg.com, ronaldsmeberg@yahoo.com

Ronald J. Smeberg

on behalf of Plaintiff Krisjenn Ranch  LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row ron@smeberg.com, ronaldsmeberg@yahoo.com

Ronald J. Smeberg

on behalf of Debtor KrisJenn Ranch  LLC, Series Ulvade Ranch ron@smeberg.com, ronaldsmeberg@yahoo.com

Tab Beall

on behalf of Creditor Nacogdoches County  et al. mthomas@pbfcm.com, tylbkc@pbfcm.com;mthomas@ecf.courtdrive.com

Tara LeDay

on behalf of Creditor Guadalupe County tleday@ecf.courtdrive.com;pbowers@mvbalaw.com;vcovington@mvbalaw.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com

Tara T. LeDay

on behalf of Creditor Guadalupe County Tara.LeDay@huschblackwell.com christine.deacon@huschblackwell.com;anne.arundel@huschblackwell.com;tara-leday-0597@ecf.pacerpro.com

United States Trustee - SA12

USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 53