| AO 435 (Rev. 10/23) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY |
|---|---|---|
| | **TRANSCRIPT ORDER** | DUE DATE: |
| *Please Read Instructions:* | | |

| 1. NAME Charlie Shelton | 2. PHONE NUMBER (737) 881 7100 | 3. DATE 6/8/2026 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL cshelton@haywardfirm.com | 5. CITY Austin | 6. STATE TX | 7. ZIP CODE 78757 |

| 8. CASE NUMBER 20 50805 | 9. JUDGE King | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 6/4/2026 | 11. TO 6/4/2026 |
| 12. CASE NAME KrisJenn Ranch, LLC et al. | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY San Antonio | 14. STATE TX |

### 15. ORDER FOR

| | |
|---|---|
| ☐ APPEAL | ☐ CRIMINAL |
| ☐ NON-APPEAL | ☐ CIVIL |

| | |
|---|---|
| ☐ CRIMINAL JUSTICE ACT | ☒ BANKRUPTCY |
| ☐ IN FORMA PAUPERIS | ☐ OTHER |

### 16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☒ TESTIMONY (Specify Witness) | |
| ☒ OPENING STATEMENT (Plaintiff) | 06/04/2026 | All Witnesses | 06/04/2026 |
| ☒ OPENING STATEMENT (Defendant) | 06/04/2026 | | |
| ☒ CLOSING ARGUMENT (Plaintiff) | 06/04/2026 | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☒ CLOSING ARGUMENT (Defendant) | 06/04/2026 | | |
| ☒ OPINION OF COURT | 06/04/2026 | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

### 17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| 7-Day | ☒ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| Next-Day | ☐ | ☐ | NO. OF COPIES | | |
| 2-Hour | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

FILED
JUN 09 2026
U.S. BANKRUPTCY COURT
BY BCS DEPUTY

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE /s/ Charlie Shelton | PROCESSED BY *Bianca Salinas* | |
| 19. DATE 6/8/2026 | PHONE NUMBER 210-472-6720 | |

| TRANSCRIPT TO BE PREPARED BY Veritext Legal Solutions www.veritext.com 817-336-3042 | COURT ADDRESS 615 E. Houston, Ste.597 San Antonio, TX 78205 |
|---|---|

| ORDER RECEIVED | DATE | BY | | |
|---|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | 6/9/26 | BCS | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY