# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 20–50805–rbk

Chapter No.: 11

Judge: Ronald B King

IN RE: **KrisJenn Ranch, LLC** , Debtor(s)

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on **06/04/2026** was filed on **06/16/2026**. The following deadlines apply:

The parties have until **June 23, 2026** to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is **July 7, 2026**.

If a request for redaction is filed, the redacted transcript is due **July 17, 2026**.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **September 14, 2026** unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber **Veritext Legal Solutions Tel: 800–727–6396**, or you may view the document at the clerk's office public terminal.

Dated:  6/16/26

Robert Joseph Lawson
Clerk, U. S. Bankruptcy Court
BY: Bridget Hardage

**[Notice of Filing of Transcript and of Deadlines Related to Restriction and Redaction (BK)]** [NtcftddlrrBKap] ]