**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LARRY WRIGHT,<br>*Petitioner* | § | |
| | § | |
| | § | |
| -vs- | § | Case No. SA-25-CV-01452-XR |
| | § | |
| RONALD B. KING, U.S. BANKRUPTCY | § | |
| JUDGE FOR THE WESTERN DISTRICT | § | |
| OF TEXAS, SAN ANTONIO DIVISION, | § | |
| *Respondent* | § | |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Larry Wright's petition for a writ of mandamus is **DENIED** for the reasons set forth in the Court's Order dated June 16, 2026.

It is so **ORDERED**.

**SIGNED** this 16th day of June, 2026.

 

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE