**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE No. 20-50805-rbk** |
| **KRISJENN RANCH, LLC** | § | |
| | § | **CHAPTER 11** |
| **DEBTOR.** | § | **(Jointly Administered)** |

# LARRY WRIGHT'S WITNESS AND EXHIBIT LIST FOR HEARINGS SET FOR SEPTEMBER 29, 2026 AT 10:00 A.M. (CT)

Larry Wright (the "Wright") reserves the right to call any or all of the following as witnesses at the above-referenced hearings, including, but not limited to, by affidavit, declaration, or proffer.

1. Larry Wright;
2. Christopher Sachitano;
3. Any witness called or designated by any other party; and
4. Any rebuttal or impeachment witnesses, as appropriate.

Movants reserve all rights to introduce and/or request judicial notice of any or all of the following exhibits as evidence at the hearings, each as may be amended, and expressly including any filed responses thereto, and any exhibits, schedules, addenda, and any and all other attachments or amendments thereto:

| No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| M-1 | Order to Show Cause (Docket No. 257) | | |
| M-2 | Motion for Clarification of Order to Show Cause (Docket No. 271) | | |
| M-3 | Proposed Order to Motion for Clarification of Order to Show Cause (Docket No. 271-1) | | |
| M-4 | Larry Wright's Response to Order to Show Cause Why Case Should Not Be Converted to Chapter 7 (Docket No. 293) | | |
| M-5 | Brief in Response to the Court's Order to Show Cause and in Support of Conversion from Chapter 11 to Chapter 7 (Docket No. 297) | | |
| M-6 | Order Confirming KrisJenn Ranch, LLC, KrisJenn Ranch LLC, Series Uvalde Ranch, and KrisJenn Ranch, LLC, Series Pipeline Row's Fourth Amended Substantively Consolidated Plan of Reorganization (Docket No. 234) | | |
| M-7 | Certificate of Termination Dated May 9, 2023 | | |
| M-8 | Final Judgment After Remand (Docket No. 329) | | |
| M-9 | Opinion After Remand (Docket No. 330) | | |
| M-10 | Order on Bankruptcy Appeal (Docket No. 485) | | |
| M-11 | Final Judgment (Docket No. 486) | | |

| | | | |
|---|---|---|---|
| M-12 | DMA's Motion to Enforce Judgment and for Sanctions and Seeking Leave to File Fraudulent Transfer Claims (Docket No. 498) | | |
| M-13 | Wright's Motion to Dismiss for Lack of Jurisdiction and Authority or, Alternatively, Motion to Stay (Docket No. 542) | | |
| M-14 | Order on Plaintiff's Amended Motion for Partial Summary Judgment on Defendant's Declaratory Judgment Claim Filed on October 22, 2025<br><br>In re: *Express H20 Pipeline and Row, LLC vs. Westlake Chemical OPCO, LP*; Case No. CV-000461-24-08; In the District Court of Angelina County, 159th Judicial District, Texas | | |
| M-15 | Order on Plaintiff's Motion for Partial Summary Judgment on Westlake's Suit to Quiet Title Claim Filed on October 22, 2025<br><br>In re: *Express H20 Pipeline and Row, LLC vs. Westlake Chemical OPCO, LP*; Case No. CV-000461-24-08; In the District Court of Angelina County, 159th Judicial District, Texas | | |
| M-16 | Order on Plaintiff's Motion for Partial Summary Judgment on Plaintiff's Suit to Quiet Title Claim Filed on October 22, 2025<br><br>In re: *Express H20 Pipeline and Row, LLC vs. Westlake Chemical OPCO, LP*; Case No. CV-000461-24-08; In the District Court of Angelina County, 159th Judicial District, Texas | | |
| M-17 | Hearing Transcript re: Motion to Enforce Constructive Trust on February 5, 2025<br><br>In re: *KrisJenn Ranch, LLC, et al. vs. DMA Properties, Inc., et al.* | | |

| | | | |
|---|---|---|---|
| | Any document entered or filed in the above-styled bankruptcy case, including any exhibits thereto. | | |
| | All exhibits necessary for impeachment and/or rebuttal purposes | | |
| | All exhibits identified by or offered by any other party at the hearing. | | |

Wright reserves the right to supplement or amend the proposed exhibits as may be required. Wright further reserves the right to introduce any impeachment or rebuttal exhibit as may be required. Wright further reserves the right to call any witness introduced by any other party and to call any impeachment or rebuttal witness as may be required.

Dated: September 24, 2026

Respectfully submitted,

**HAYWARD PLLC**

By: /s/*Charlie Shelton*
Charlie Shelton
Texas State Bar No: 24079317
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

***Counsel for Larry Wright***

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2026, the foregoing was served via CM/ECF on all parties requesting such service. Additionally, on the same date or within one business day thereof, the foregoing without exhibits was served via United States First Class Mail to all parties on the service list below who did not receive electronic service.

| | |
|---|---|
| Cobb & Johns PLLC<br>Attn: Christopher S. Johns & Michael Cotton<br>13341 West U.S. Highway 290, Building 2<br>Austin, TX 78737<br>chris@cobbjohns.com<br>michael@cobbjohns.com<br><br>***Attorneys for Longbranch Energy, DMA Properties, and Frank Daniel Moore*** | Cleveland Krist PLLC<br>Attn: Timothy Cleveland & Austin H. Krist<br>303 Camp Craft Road, Suite 325<br>Austin, TX 78746<br>tcleveland@clevelandkrist.com<br>akrist@clevelandkrist.com<br><br>***Attorneys for Longbranch Energy, DMA Properties, and Frank Daniel Moore*** |
| Langley & Banack<br>Attn: Natalie F. Wilson<br>745 East Mulberry Avenue, Suite 700<br>San Antonio, TX 78212<br>nwilson@langleybanack.com<br><br>***Attorneys for DMA Properties and Frank Daniel Moore*** | Burns & Black PLLC<br>Attn: Michael Black<br>750 Rittiman Road<br>San Antonio, TX 78209<br>mblack@burnsandblack.com<br><br>***Attorneys for Longbranch Energy*** |
| JF Duke and Associates<br>Attn: Jeffery Duke<br>11819 Great Oaks Drive<br>College Station, TX 77494<br>jeff@jfduke.com<br><br>***Attorneys for Longbranch Energy*** | United States Trustee<br>Attn: Shane P. Tobin<br>903 San Jacinto Blvd., Room 230<br>Austin, TX 78701<br><br>United States Trustee<br>Attn: Erin Coughlin<br>615 E Houston, Suite 533<br>San Antonio, TX 78295-1539<br><br>***United States Trustee*** |

*/s/ Charlie Shelton*
Charlie Shelton