Exhibit
M-1
exhibitsticker.com

UNITED STATES BANKRUPTCY COURT ★ WESTERN DISTRICT OF TEXAS ★

**The relief described hereinbelow is SO ORDERED.**

**Signed May 22, 2026.**

**Ronald B. King**
**United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 20-50805-RBK |
| | § | |
| KRISJENN RANCH, LLC | § | |
| | § | |
| Debtor. | § | CHAPTER 11 |

**ORDER TO SHOW CAUSE**

This matter comes before the Court in connection with Adversary No. 20-5027, and specifically Defendant DMA Properties, Inc.'s Motion to Enforce Judgment and Sanctions and Seeking Leave to File Fraudulent Transfer Claims, responses and reply thereto, and Third-Party Defendant Larry Wright's Motion to Dismiss for Lack of Subject Matter Jurisdiction and Authority. (Adv. No. 20-5027, ECF Nos. 498, 542).

After reviewing the parties' motions, the record in the adversary proceeding and the underlying bankruptcy case, and the arguments presented at the hearing on May 12, 2026, the Court finds that the record raises substantial questions regarding KrisJenn Ranch, LLC's (the

"Reorganized Debtor") compliance with the confirmed Plan of Reorganization sufficient to warrant inquiry under 11 U.S.C. § 1112(b)(4).[1]

IT IS THEREFORE ORDERED that the Reorganized Debtor shall appear by **Zoom** at a hearing **on June 11, 2026, at 10:00 a.m.** at **https://www.zoomgov.com/my/king.txwb via Zoom Meeting ID: 161 66366756**, and show cause why this case should not be converted from chapter 11 to chapter 7 for cause, including, but not limited to, 11 U.S.C. § 1112(b).

IT IS FURTHER ORDERED that any party in interest may appear and be heard at the hearing on this Order to Show Cause.

IT IS FURTHER ORDERED that the Clerk of the Court shall immediately cause a copy of this Order to be served on the Reorganized Debtor and the United States trustee; and notice of entry of this Order shall be served on all other parties in interest in this case.

# # #

[1] Any consideration of this Order to Show Cause is independent of the Court's rulings on DMA's Motion to Enforce Judgment and for Sanctions and Seeking Leave to File Fraudulent Transfer Claims and Wright's Motion to Dismiss for Lack of Jurisdiction and Authority (Adv. No. 20-5027, ECF Nos. 498, 542).