Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Jane Nelson
Deputy Secretary of State

Exhibit
M-7

# Office of the Secretary of State

The undersigned, as Secretary of State of Texas, does hereby certify that the attached is a true and correct copy of each document on file in this office as described below:

KRISJENN RANCH, L.L.C.
Filing Number: 702627622

Certificate of Termination — May 09, 2023

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on July 01, 2026.

Jane Nelson
Secretary of State

M-7 0001

**Form 651**

Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

**Filing Fee: $40**

# Certificate of Termination of a Domestic Entity

**Filed in the Office of the Secretary of State of Texas**
**Filing #: 702627622 05/09/2023**
**Document #: 1244985960002**
**Image Generated Electronically for Web Filing**

## Entity Information

The name of the domestic entity is:

**KRISJENN RANCH, L.L.C.**

The entity is organized as a : **Domestic Limited Liability Company (LLC)** under the laws of Texas.

The date of formation of the entity is: **May 7, 1997**

The file number issued to the entity by the secretary of state is: **702627622**

## Governing Persons

The names and addresses of each of the filing entity's governing person are:

NAME OF GOVERNING PERSON :
IF INDIVIDUAL
**Larry Wright**
OR
IF ORGANIZATION

ADDRESS OF GOVERNING PERSON :
**410 Spyglass McQueeney TX, USA 78123**

## Event Requiring Winding Up

The nature of the event requiring winding up is:

**A voluntary decision to wind up the entity has been approved in the manner required by the Texas Business Organizations Code and by the governing documents of the entity.**

## Completion of Winding Up

The filing entity has complied with the provisions of the Texas Business Organizations Code governing its winding up.

## Effectiveness of Filing

☑ A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

## Tax Certificate

A. ☑ Attached hereto is a certificate from the comptroller of public accounts that all taxes under title 2, Tax Code, have been paid.

Certificate of Account Status_Krisjenn Ranch LLC.pdf

B. ☐ The entity is a domestic non profit corporation and is not required to provide a certificate of account status under the provisions of the Texas Business Organizations Code.

**Execution**

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date: **May 9, 2023**

**Larry Wright Managing Member**

Signature and title of authorized person(s)

**FILING OFFICE COPY**

**TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**

**Comptroller.Texas.Gov**

May 9, 2023

KRISJENN RANCH, L.L.C.
410 SPYGLASS RD
MC QUEENEY TX 78123-3418

## Certificate of Account Status

THE STATE OF TEXAS
COUNTY OF TRAVIS

I, Glenn Hegar, Comptroller of Public Accounts of the State of Texas, DO HEREBY CERTIFY that according to the records of this office

KRISJENN RANCH, L.L.C.

has filed all required reports for taxes administered by the Comptroller under Title 2, Tax Code, and taxes reported due on those reports have been paid. This certificate must be filed with the Texas Secretary of State to legally end the entity's existence in Texas. This certificate is valid through December 31, 2023.

GIVEN UNDER MY HAND AND SEAL
OF OFFICE in the City of
Austin, this 9th day of
May, 2023 A.D.

Glenn Hegar
Texas Comptroller

Taxpayer number: 30119798541
File number: 0702627622

NOTE: Failure by registered Texas entities to legally end existence with the Texas Secretary of State on or before the expiration of this certificate will result in additional franchise tax responsibilities. Texas entities not registered with the Texas Secretary of State and all out-of-state entities are responsible for franchise tax through the last date of business in this state.