Exhibit
M-11

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re:<br><br>KRISJENN RANCH, LLC<br><br>*Debtor* | §<br>§<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Bankruptcy Case No. 5:20-50805-RBK |
| KRISJENN RANCH, LLC, and KRISJENN RANCH, LLC-SERIES UVALDE RANCH and KRISJENN RANCH, LLC-SERIES PIPELINE ROW as Successors in Interest to BLACKDUCK PROPERTIES, LLC<br>*Appellants/Cross-appellees*,<br><br>-vs-<br><br>DMA PROPERTIES, INC., LONGBRANCH ENERGY, LP, and FRANK DANIEL MOORE,<br>*Appellees/Cross-appellants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. SA-24-CV-365-XR<br><br>*Consolidated*<br><br>Case No. SA-24-CV-367-XR<br><br>(Consolidated Appeal from the United States Bankruptcy Court for the Western District of Texas Adversary Proc. No. 20-05207-RBK) |

**FINAL JUDGMENT**

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

For the reasons stated in the Court's Order issued contemporaneously with this Final Judgment, **IT IS ORDERED** that the Bankruptcy Court's Final Judgment After Remand is **AFFIRMED**.

**IT IS FURTHER ORDERED** that KrisJenn Ranch's Motion Seeking Relief from the Bankruptcy Court's Final Judgment (ECF No. 16) and KrisJenn Ranch's Motion for Leave to Amend/Correct Certificate of Conference (ECF No. 17) are **DISMISSED** as **MOOT.**

**IT IS FUTHER ORDERED** that the appeal before this Court is **CLOSED**.

It is so **ORDERED**.

**SIGNED** this 11th day of August, 2025.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE