FILED
October 22, 2025 4:00 PM
Meagan Moore
Clerk of District Court
Angelina County, Texas
By: Velasquez, Samantha
Deputy

NO. CV-00461-24-08

| | | |
|---|---|---|
| EXPRESS H2O PIPELINE AND ROW, LLC,<br>*Plaintiff* | § | IN THE DISTRICT COURT OF |
| vs. | § | ANGELINA COUNTY |
| WESTLAKE CHEMICAL OPCO, LP.,<br>*Defendant* | § | 159th JUDICIAL DISTRICT |

Exhibit
M-14

**ORDER ON PLAINTIFF'S AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT ON DEFENDANT'S DECLARATORY JUDGMENT CLAIM**

The Court has considered Plaintiff Express H2O Pipeline and ROW, LLC's Amended Motion for Partial Summary Judgment on Defendant's Declaratory Judgment Claim ("Motion"). After reviewing the Motion, response, and arguments of counsel, the Court finds that the Motion should be **GRANTED.**

It is therefore **ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Amended Motion for Summary Judgment on Defendant's Declaratory Judgment Claim is **GRANTED** and that Defendant take nothing by way of its declaratory judgment action. This order disposes of all claims for declaratory relief asserted by Defendant.

Signed on October _____, 2025.
Signed: 10/22/2025 03:23 PM

HONORABLE JUDGE TODD KASSAW

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Tracy Neal on behalf of Scott Skelton
Bar No. 00784979
tneal@ssbww.law
Envelope ID: 107081233
Filing Code Description: No Fee Documents
Filing Description: Letter to Judge Kassaw
Status as of 10/21/2025 9:31 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Andy WTindel | | atindel@andytindel.com | 10/21/2025 9:05:11 AM | SENT |
| Scott CSkelton | | sskelton@ssbww.law | 10/21/2025 9:05:11 AM | SENT |
| Craig M. Crockett | | craig@crockettfirm.com | 10/21/2025 9:05:11 AM | SENT |
| Tanner Franklin | 24082506 | tanner@thegoodlawyer.com | 10/21/2025 9:05:11 AM | SENT |
| Reies Flores | | rflores@azalaw.com | 10/21/2025 9:05:11 AM | SENT |
| Tracy Neal | | tneal@ssbww.law | 10/21/2025 9:05:11 AM | SENT |
| Christin Morgan | | cmorgan@ssbww.law | 10/21/2025 9:05:11 AM | SENT |
| Emily Adler | | eadler@azalaw.com | 10/21/2025 9:05:11 AM | SENT |
| Lourdes Ortiz | | lortiz@clevelandkrist.com | 10/21/2025 9:05:11 AM | SENT |
| Todd W.Mensing | | tmensing@azalaw.com | 10/21/2025 9:05:11 AM | SENT |
| Tammi Byrd | | tbyrd@azalaw.com | 10/21/2025 9:05:11 AM | SENT |
| Myrna Flores | | mflores@azalaw.com | 10/21/2025 9:05:11 AM | SENT |
| Austin Krist | | akrist@clevelandkrist.com | 10/21/2025 9:05:11 AM | SENT |
| Yvette Latin | | ylatin@fenley-bate.com | 10/21/2025 9:05:11 AM | SENT |
| Holli VirginiaPryor-Baze | | hbaze@ssbww.law | 10/21/2025 9:05:11 AM | SENT |
| Curtis (Curt) W.Fenley | | cfenley@fenley-bate.com | 10/21/2025 9:05:11 AM | SENT |
| Gus Atchison | | gatchison@fenley-bate.com | 10/21/2025 9:05:11 AM | SENT |
| Susie Aguilar | | saguilar@fenley-bate.com | 10/21/2025 9:05:11 AM | SENT |
| Angee Owens | | aowens@fenley-bate.com | 10/21/2025 9:05:11 AM | SENT |
| Melanie Arnold | | melanie@thegoodlawyer.com | 10/21/2025 9:05:11 AM | SENT |
| Eservice Fenley | | EserviceCF3@fenley-bate.com | 10/21/2025 9:05:11 AM | SENT |
| Kasey Ratliff | | kratliff@winstead.com | 10/21/2025 9:05:11 AM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Tracy Neal on behalf of Scott Skelton
Bar No. 00784979
tneal@ssbww.law
Envelope ID: 107081233
Filing Code Description: No Fee Documents
Filing Description: Letter to Judge Kassaw
Status as of 10/21/2025 9:31 AM CST

Case Contacts

| | | | | |
|---|---|---|---|---|
| Kasey Ratliff | | kratliff@winstead.com | 10/21/2025 9:05:11 AM | SENT |
| Christopher Robertson | | crobertson@winstead.com | 10/21/2025 9:05:11 AM | SENT |
| Christopher JSachitano | | sach@sachlaw.com | 10/21/2025 9:05:11 AM | SENT |
| Bailey JWingate | | Bailey@wingatelaw.com | 10/21/2025 9:05:11 AM | SENT |
| Matthew Davis | | mdavis@azalaw.com | 10/21/2025 9:05:11 AM | SENT |
| Michelle Bass | | mbass@sachlaw.com | 10/21/2025 9:05:11 AM | SENT |
| Thomas J. Forestier | | tforestier@winstead.com | 10/21/2025 9:05:11 AM | SENT |