CHICAGO TITLE OF TEXAS LLC
15727 ANTHEM PARKWAY 210
SAN ANTONIO, TX 78249

Payer Code: 10015

Exhibit
M-18

If you have questions contact:

Phone: 210-482-3600

TEP00153725_2361_4725 1 of 2

KrisJenn Ranch, LLC DIP #2 CASE#20-5060
410 Spyglass
Mc Queeney, TX 78123

## Instructions for Transferor

For sales or exchanges of certain real estate, the person responsible for closing a real estate transaction must report the real estate proceeds to the IRS and must furnish this statement to you. To determine if you have to report the sale or exchange of your main home on your tax return, see the Instructions for Schedule D (Form 1040). If the real estate was not your main home, report the transaction on Form 4797, Form 6252, and/or the Schedule D for the appropriate income tax form. If box 4 is checked and you received or will receive like-kind property, you must file Form 8824.

**Federal mortgage subsidy.** You may have to recapture (pay back) all or part of a federal mortgage subsidy if all the following apply.

- You received a loan provided from the proceeds of a qualified mortgage bond or you received a mortgage credit certificate.
- Your original mortgage loan was provided after 1990.
- You sold or disposed of your home at a gain during the first 9 years after you received the federal mortgage subsidy.
- Your income for the year you sold or disposed of your home was over a specified amount.

This will increase your tax. See Form 8828 and Pub. 523.

**Transferor's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the filer assigned to distinguish your account.

**Box 1.** Shows the date of closing.

**Box 2.** Shows the gross proceeds from a real estate transaction, generally the sales price. Gross proceeds include cash and notes payable to you, notes assumed by the transferee (buyer), and any notes paid off at settlement. Box 2 does not include the value of other property or services you received or will receive. See *Box 4*.

**Box 3.** Shows the address or legal description of the property transferred.

**Box 4.** If checked, shows that you received or will receive services or property (other than cash or notes) as part of the consideration for the property transferred. The value of any services or property (other than cash or notes) is not included in box 2.

**Box 5.** If checked, shows that you are a foreign person (nonresident alien, foreign partnership, foreign estate, or foreign trust).

**Box 6.** Shows certain real estate tax on a residence charged to the buyer at settlement. If you have already paid the real estate tax for the period that includes the sale date, subtract the amount in box 6 from the amount already paid to determine your deductible real estate tax. But if you have already deducted the real estate tax in a prior year, generally report this amount as income on the "Other income" line of Schedule 1 (Form 1040). For more information, see Pub. 523, Pub. 525, and Pub. 530.

**Future developments.** For the latest developments related to Form 1099-S and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1099S*.

**FreeFile.** Go to *www.irs.gov/FreeFile* to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

Taxable State: TX

☐ CORRECTED (if checked)

| | | | |
|---|---|---|---|
| FILER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone number<br>CHICAGO TITLE OF TX LLC<br>15727 ANTHEM PARKWAY 210<br>SAN ANTONIO, TX 78249 | 1 Date of closing<br>08/26/2021<br>2 Gross proceeds<br>$ 7,450,000.00 | OMB No. 1545-0997<br>**2021**<br>Form **1099-S** | **Proceeds From Real Estate Transactions** |
| FILER'S TIN: 27-3335167 / TRANSFEROR'S TIN: XX-XXX0947 | 3 Address (including city, state, and ZIP code) or legal description<br>979.9 Ac. +- in Uvalde County/Uvalde TX | | **Copy B For Transferor**<br>This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. |
| TRANSFEROR'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code<br>KrisJenn Ranch, LLC DIP #2 CASE#20-5060<br>410 Spyglass<br>Mc Queeney, TX 78123 | 4 Transferor received or will receive property or services as part of the consideration (if checked) ▶ ☐<br>5 If checked, transferor is a foreign person (nonresident alien, foreign partnership, foreign estate, or foreign trust) ▶ ☐ | | |
| Account number (see instructions): 4300232102649 | 6 Buyer's part of real estate tax<br>$ | | |

Form **1099-S** (keep for your records) www.irs.gov/Form1099S Department of the Treasury - Internal Revenue Service