Exhibit
M-19
exhibitsticker.com

# MASTER STATEMENT

**Settlement Date:** August 26, 2021 **Escrow Number:** [redacted]2649
**Disbursement Date:** August 26, 2021 **Escrow Officer:** Win DuBose
**Buyer:** The Texas 1031 Exchange Company as Qualified Intermediary for A&S Ranch, LTD
14002 N. US Hwy 83
Uvalde, TX 78801
**Seller:** KrisJenn Ranch, LLC
410 Spyglass
Mc Queeney, TX 78123
**Property:** 979.9 Ac. +- in Uvalde County
Uvalde, TX 78801
A0164 ABSTRACT 0164 SURVEY 687 21.04 and A0165 ABSTRACT 0165 SURVEY 689
950.36 Parcel ID(s): 17846 17849

| SELLER $ DEBITS | SELLER $ CREDITS | | BUYER $ DEBITS | BUYER $ CREDITS |
|---|---|---|---|---|
| | | **FINANCIAL CONSIDERATION** | | |
| | 7,450,000.00 | Sale Price of Property | 7,450,000.00 | |
| | | Deposit or earnest money | | 50,000.00 |
| | | **PRORATIONS/ADJUSTMENTS** | | |
| 3,805.50 | | All Property Taxes at $5,836.17 "Uvalde County" 01/01/21-08/26/21 | | 3,805.50 |
| | | **COMMISSIONS** | | |
| 25,000.00 | | Commission Selling Agent to Texas Ranches for Sale $7,450,000.00 @ 0.0000% = $0.00 Note: Total Includes Adjustment of $25,000.00 - Texas Ranches for Sale | | |
| | | **TITLE & ESCROW CHARGES** | | |
| 20.00 | | Title - Courier Fee (Seller) to Chicago Title of Texas, LLC | | |
| 300.00 | | Title - Escrow Fee to Chicago Title of Texas, LLC | 300.00 | |
| 60.00 | | Title - Tax Cert-Uvalde to Chicago Title FBO Uvalde County Appraisal District | | |
| 15,821.00 | | Title - Owner's Title Insurance to Chicago Title of Texas, LLC | 15,821.00 | |
| 1.00 | | Title - State of Texas Policy Guaranty Fee to Texas Title Insurance Guaranty Association | 1.00 | |
| | | Policies to be issued: Owners Policy Coverage: $7,450,000.00 Premium: $31,642.00 Version: Owner's Policy of Title Insurance (T-1) - 2014 | | |
| | | **GOVERNMENT CHARGES** | | |
| | | Recording Fees to Chicago Title of Texas, LLC | 90.00 | |
| 78.00 | | Release of Lien - McLeod ($78.00) to Chicago Title of Texas, LLC | | |
| | | **MISCELLANEOUS CHARGES** | | |
| 25,000.00 | | Consulting Fee to Cory Molloy | | |

**MASTER STATEMENT - Continued**

| SELLER $ DEBITS | SELLER $ CREDITS | | BUYER $ DEBITS | BUYER $ CREDITS |
|---|---|---|---|---|
| | | **MISCELLANEOUS CHARGES** | | |
| 697.50 | | Document Preparation Fee to Dodson & Everett, LLC (All Fees pd. in Full) | 697.50 | |
| 52,031.49 | | Payment to Truste to United States Trustee | | |
| 3,247.50 | | Survey to D. G. Smyth & Co., Inc. | 3,247.50 | |
| | | Exchange credits fbo A&S Ranch, Ltd | | 715,026.31 |
| 6,430,000.00 | | Interim Payments to McLeod Oil LLC | | |
| 893,938.01 | | Estate of KrisJenn Ranch, LLC Series Uvalde Ranch Debtor in Possession Account No. 2 to Estate of KrisJenn Ranch, LLC Series Uvalde Ranch Debtor in Possession Account No. 2 | | |
| 7,450,000.00 | 7,450,000.00 | **Subtotals** | 7,470,157.00 | 768,831.81 |
| | | **Balance Due FROM Buyer** | | 6,701,325.19 |
| 7,450,000.00 | 7,450,000.00 | **TOTALS** | 7,470,157.00 | 7,470,157.00 |

**APPROVED and ACCEPTED**

Buyer and Seller understand the Closing or Escrow Agent has assembled this information representing the transaction from the best information available from other sources and cannot guarantee the accuracy thereof. Any real estate agent or lender involved may be furnished a copy of this Statement. Buyer and Seller understand that tax and insurance prorations and reserves were based on figures for the preceding year or supplied by others or estimates for current year, and in the event of any change for current year, all necessary adjustments must be made between Buyer and Seller direct. The undersigned hereby authorizes Chicago Title of Texas, LLC to make expenditures and disbursements as shown and approves same for payment. The undersigned also acknowledges receipt of Loan Funds, if applicable, in the amount shown above and a receipt of a copy of this Statement. understand the Closing or Escrow Agent has assembled this information representing the transaction from the best information available from other sources and cannot guarantee the accuracy thereof. The Lender involved may be furnished a copy of this Statement. The undersigned hereby authorizes Chicago Title of Texas, LLC to make expenditures and disbursements as shown and approves same for payment. The undersigned also acknowledges receipt of loan funds in the amount shown above and a receipt of a copy of this Statement.

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

SELLER:

KrisJenn Ranch, LLC

BY: Larry R Wright

Larry Wright
Manager

BUYER: SIGNED IN COUNTERPARTS

The Texas 1031 Exchange Company

BY:________________
Sydney Miller

**READ AND APPROVED:**

Read & Approved:

A&S Ranch, LTD, Exchangor

BY: [signature]
Allyn Lavern Archer, Authorized Signer

To the best of my knowledge, the Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.