Receipt

Exhibit M-20

# CHECKS IN THIS STATEMENT

BROADWAY BANK [redacted] 1128 — 066 — Date 9-5-19 — $ 7500.00 — seven thousand five hundred DOLLARS — Name Larry Wright — Signature Larry W Wright — NONNEGOTIABLE — 066

Amt $7,500.00 9-5-2019

LARRY M WRIGHT — 3019 — 8-23-19 — Pay to the order of Davis, Cedillo & Mendoza, Inc. $ 8963 86/xx — eight thousand nine hundred sixty three & 86/xx DOLLARS — BROADWAY BANK — Lawsuit — For 0018787-#254667 — Larry W Wright — [redacted] 1128 3019

Ck# 3019 Amt $8,963.86 9-5-2019

LARRY M WRIGHT — 3012 — 7-20-19 — Pay to the order of R&S Ventures, LLC $ 2,000 00/xx — two thousand and 00/xx DOLLARS — BROADWAY BANK — Larry Wright — [redacted] 1128 3012

Ck# 3012 Amt $2,000.00 8-26-2019

LARRY M WRIGHT — 3020 — 9-12-19 — Pay to the order of Michael Homany $ 5,094 00/xx — five thousand ninety four 00/xx DOLLARS — BROADWAY BANK — Larry Wright — [redacted] 1128 3020

Ck# 3020 Amt $5,094.00 9-17-2019

LARRY M WRIGHT — 3016 — 8-5-19 — Pay to the order of McLeod Oil, Inc. $ 59,500 00/xx — fifty-nine thousand five hundred 00/xx DOLLARS — BROADWAY BANK — 4.50% $3.4 total — For Ranch Loan Payoff — Larry Wright — [redacted] 1128 3016

Ck# 3016 Amt $59,500.00 9-13-2019

LARRY M WRIGHT — 3021 — 9-12-19 — Pay to the order of JV Pool & Spa $ 180 00/xx — one hundred eighty and 00/xx DOLLARS — BROADWAY BANK — For 8-29 invoice — Larry W Wright — [redacted] 1128 3021

Ck# 3021 Amt $180.00 9-18-2019

plus "1900 paid

LARRY M WRIGHT — 3017 — AUG 16 2019 — 8-9-19 — Pay to the order of PNC Mortgage $ 732 49/xx — seven hundred thirty two & 49/xx DOLLARS — BROADWAY BANK — PD AUG 19 2019 — For 1000522901 — Larry Wright — [redacted] 1128 3017

Ck# 3017 Amt $732.49 8-20-2019

LARRY M WRIGHT — 3022 — 9-10-19 — Pay to the order of Uvalde Pump Service $ 9743 24/xx — nine thousand seven hundred forty three & 24/xx DOLLARS — BROADWAY BANK — For Water #15405 - New Pumps — Larry W Wright — [redacted] 1128 3022

Ck# 3022 Amt $9,743.24 9-17-2019

LARRY M WRIGHT — 3018 — 8-28-19 — Pay to the order of Granstaff Gaedke & Edgmon $ 7388 66/xx — seven thousand three hundred eighty eight 66/xx DOLLARS — BROADWAY BANK — For Aug-26-9786 — Larry W Wright — [redacted] 1128 3018

Ck# 3018 Amt $7,388.66 9-6-2019

BROADWAY BANK [redacted] 1128 — Date 9-19-19 — Larry Wright — 152459 199.20 — 1952 2985.68 — Total 3184.88 — 010

Amt $3,184.88 9-19-2019

BDMY-062-000043-002-000-190920 000043 X03