NEEDED to close RANCH Sale; TRANSACTIONS Are proceeDS to close Chpt. 11 & RANCH sale

San Antonio, TX 78209

Return Service Requested

broadway.bank
800.531.7650

004184 0.6500 AB 0.461 TR00017

BDWY

KRISJENN RANCH LLC
DEBTOR IN POSSESSION #2
CASE# 20-50805
410 SPYGLASS RD
MCQUEENEY TX 78123-3418

Exhibit
M-21

# Bank Statement

SUMMARY OF ACCOUNTS

| Account Type | Account # | Balance as of Feb 28, 2022 | YTD Interest |
|---|---|---|---|
| ADVANTAGE BUSINESS CHECKING | [redacted]3032 | $13,530.71 | $0.00 |

This statement reports your balances and activity from Jan 31, 2022 thru Feb 28, 2022 on the following accounts.

ADVANTAGE BUSINESS CHECKING — Account # [redacted]3032 — Balance: $13,530.71

| | |
|---|---|
| Balance Last Statement | 855,315.76 |
| Total Debits | 841,785.05 |
| Checks Written | 32,000.00 |

From RANCH Closing

Checks Written

| Check # | Date Paid | Amount | Check # | Date Paid | Amount |
|---|---|---|---|---|---|
| 106 | 02-15 | 32,000.00 | | | |

Other Withdrawals

| | | | |
|---|---|---|---|
| Feb 22 | WITHDRAWAL | McLeoD oil Settlement – 1031 → pAy off | 385,000.00 |
| Feb 22 | WITHDRAWAL | Muller – Final Bill Lawsuit | 214,382.05 |
| Feb 25 | WITHDRAWAL | trans – DMA wire – 54,471.85 ↔ | 201,000.00 |
| Feb 25 | WITHDRAWAL | LOSS | 9,400.00 |
| Feb 28 | DEP-Paper Statement Fee | | 3.00 |

Income, 20 Disposal well – note

Balance This Statement 13,530.71

Running Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01-31 | $855,315.76 | 02-22 | $223,933.71 | 02-28 | $13,530.71 |
| 02-15 | $823,315.76 | 02-25 | $13,533.71 | | |

END OF STATEMENT