TDL 07117734 3/21/34 (u)
BROADWAY BANK
[redacted] 3032
2-20-22
066 $ 214382.05
Received the sum of: two hundred fourteen thousand three hundred eighty-two - 05/100 dollars
Name KrisTenn Ranch LLC
Signature Larry Wright
NON-NEGOTIABLE
45220-10666 066

Amt $214,382.05 2-22-2022

Cashier Check
Muller
Legal Fees

(1) Bankruptcy Attorney

TDL 07117734 3/21/34 (22)
BROADWAY BANK
[redacted] 3032
2-20-22
066 $ 385000.00
Received the sum of: three hundred eighty-five thousand - xx/100 dollars
Name KrisTenn Ranch LLC
Signature Larry Wright
NON-NEGOTIABLE
45220-10666 066

Amt $385,000.00 2-22-2022

Cashier Check
McleodWire
Settlement

plus
#6,430,000

Exhibit
M-22

BROADWAY BANK
[redacted] 3032
2-25-22
066 $ 9400.00
Received the sum of: nine thousand four hundred — dollars
Name Larry Wright
Signature Larry Wright
NON-NEGOTIABLE
45220-10666 066

Amt $9,400.00 2-25-2022

BROADWAY BANK
[redacted] 3032
02/25/2022
066 $ 201000.00
Received the sum of: two hundred one thousand + 00/100 dollars
Name KrisJenn Ranch LLC, Larry Wright
Signature Larry Wright
NON-NEGOTIABLE
45220-10666 066

Amt $201,000.00 2-25-2022

- Final -
DMA-Wire
54,471.85

KRISJENN RANCH LLC
DEBTOR IN POSSESSION #2
CASE# 20-50805
410 SPYGLASS RD
MCQUEENEY, TX 78123-3418
106
2-1-22
Pay to the order of Smeberg Law Firm $ 32,000.00/xx
thirty-two thousand & 00/xx dollars
BROADWAY BANK
For chpt. 11
Larry Wright
[redacted] 3032 0106

Ck# 106 Amt $32,000.00 2-15-2022

Final Legal Bill
(2) Bankruptcy

(3) William Germany attorney

BDWY-002-004184-002-000-220331 004184 I05