Frost
P.O. Box 1600 San Antonio, Texas 78296 Member FDIC

ACCOUNT INFORMATION CALL
830-643-3456 OR 1-800-513-7678

Exhibit
M-23

STATEMENT ISSUED
06-13-2022

Page 3 of 3

LARRY MICHAEL WRIGHT

| Check | Amount | Check | Amount | Check | Amount |
| --- | --- | --- | --- | --- | --- |
| 05/16/22#1007 | $34,563.31 | 05/19/22#1008 | $20,000.00 | 05/16/22#1010 | $14,000.00 |
| 05/16/22#1011 | $200,000.00 | 05/26/22#1013 | $200,000.00 | 06/01/22#1015 | $560.80 |
| 05/31/22#1016 | $3,500.00 | 05/13/22#7576836 | $4,000.00 | 05/26/22#0 | $4,000.00 |
| 06/06/22#0 | $4,500.00 | | | | |

Check 1008: 5-11-22, Pay to the order of Mo Walt, $20,000.00, twenty thousand and 00/xx, memo: Draw - May, Larry Wright

Check 1010: 5-13-22, Pay to the order of Chase Card Services, $14,000.00, fourteen thousand and 00/xx, memo: VISA 4147 2024 — 5774 4344, Larry Wright

Check 1011: 5-13-22, Pay to the order of LARRY WRIGHT, $200,000.00, two hundred thousand and 00/xx, Larry Wright

Check 1013: 5-23-22, Pay to the order of Gwynne Wright, $200,000.00, two hundred thousand and 00/xx, Larry Wright

Check 1015: 5-23-22, Pay to the order of Nacogdoches County, $560.80, five hundred sixty and 80/xx, Larry Wright

Check 1016: 5-22-22, Pay to the order of Commerce... Service, $3,500.00, three thousand five hundred and 00/xx, memo: 4344, Larry Wright

Withdrawal 5-13-22, Larry Wright, McQueeney TX 78123, $4,000.00

Withdrawal 5-26-22, Larry Wright, McQueeney TX 78123, $4,000.00

Withdrawal 6-6-22, Larry Wright, McQueeney TX 78123, $4,500.00

Expenses pipeline consulting

taxes pipeline

M-23 0001