**SO ORDERED.**

**SIGNED this 29th day of September, 2026.**

**RONALD B. KING**
**UNITED STATES BANKRUPTCY JUDGE**

MOOT

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE No. 20-50805-rbk** |
| **KRISJENN RANCH, LLC** | § | |
| | § | **CHAPTER 11** |
| **MOVANTS.** | § | **(Jointly Administered)** |

**ORDER GRANTING MOTION TO CONTINUE ORDER TO SHOW CAUSE HEARING**

CAME ON for consideration Express H2O Pipeline and ROW, LLC and Larry Wright's *Motion to Continue Order to Show Cause Hearing* (the "Motion"). After careful consideration of the Motion and arguments and facts put forth in support of same, the Court finds it should be granted. Accordingly, it is hereby

**1.** ORDERED that the Motion is granted; it is further

**2.** ORDERED that the June 11, 2026 hearing on the Court's Order to Show Cause (Docket No. 257) is continued to the time and date set forth above; it is further

**3.** ORDERED that the Court retains jurisdiction with respect to the interpretation and enforcement of this Order.

### END OF ORDER ###

Prepared By:

Charlie Shelton
Texas State Bar No. 24079317
**HAYWARD PLLC**
7600 Burnet Road, Suite 530
Austin, Texas 78757
(737) 881-7101 (tel/fax)
cshelton@haywardfirm.com

***Counsel for Express H2O Pipeline and ROW, LLC and Larry Wright***

MOOT