**The relief described hereinbelow is SO ORDERED.**

**Signed September 29, 2026.**

**Ronald B. King**
**United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **KRISJENN RANCH, LLC, ET AL.,** | § | **CASE NO. 20-50805-RBK** |
| | § | |
| **DEBTOR** | § | **CHAPTER 11** |

**ORDER CONVERTING CASE TO CHAPTER 7**

On September 29, 2026, came on to be heard the Court's *Order to Show Cause* (ECF No. 257). Larry Wright, DMA Properties, Inc. ("DMA"), Frank Daniel Moore ("Moore"), and Longbranch Energy, LP ("Longbranch") appeared by and through counsel of record and announced ready. After hearing the evidence and argument of counsel, the Court is of the opinion that, pursuant to 11 U.S.C. §1112(b)(4), this case should be converted for cause to a case under chapter 7 for the reasons given in the findings of fact and conclusions of law stated on the record following the close of the evidence pursuant to Fed. R. Bankr. P. 7052 and 9014.

It is **ORDERED** that this case is hereby converted to a case under chapter 7 of the Bankruptcy Code.

It is further **ORDERED** that the United States trustee appoint a chapter 7 trustee to administer this case in chapter 7 and set a date and time for the § 341 meeting of creditors.

It is further **ORDERED** that Larry Wright amend the schedules and statement of financial affairs and attend the first meeting of creditors on the date and at the time scheduled by the United States trustee.

# # #