# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 20−50805−rbk
Chapter No.: 7
Judge: Ronald B King

IN RE: **KrisJenn Ranch, LLC** , Debtor(s)

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on **9/29/26** was filed on **10/5/26**. The following deadlines apply:

The parties have until **October 13, 2026** to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is **October 26, 2026**.

If a request for redaction is filed, the redacted transcript is due **November 5, 2026**.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **January 4, 2027** unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber **ACCESS TRANSCRIPTS 855 873 2223**, or you may view the document at the clerk's office public terminal.

Dated: 10/6/26

Robert Joseph Lawson
Clerk, U. S. Bankruptcy Court
BY: Laurie Boyd