**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **KRISJENN RANCH, LLC, KRISSJENN RANCH, LLC, SERIES UVALDE RANCH, KRISSJENN RANCH, LLC, SERIES PIPELINE ROAW,** | § § § § | **Case No. 20-50805-RBK** **Jointly Administered** |
| | § | |
| **Debtors.** | § | **Chapter 7** |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**
**OF ALL NOTICES, PLEADINGS AND ORDERS**

TO ALL PARTIES:

PLEASE TAKE NOTICE that the undersigned hereby appears as (proposed) counsel to Christy Heimer, Chapter 7 Trustee (the "Trustee"), in the above-captioned, jointly administered Chapter 7 cases, and, pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010, requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be served upon the Trustee by and through service on the following counsel:

Jay H. Ong, Esq.
Munsch Hardt Kopf & Harr, P.C.
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: (512) 391-6100
Facsimile: (512) 391-6149
jong@munsch.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, but is not limited to, all pleadings, orders, notices, and other papers referred to in any rule of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, order, pleading or

request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone or otherwise.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby further requests that the Debtor and its counsel, the United States Trustee, the Clerk of the Court, and all parties filing a notice of appearance herein place the undersigned's name and address, as counsel to the Trustee on any mailing matrix to be prepared or existing in the above-referenced case.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is not intended to be, and shall not constitute a waiver of strict service in connection with any adversary proceeding related to this case, and shall not constitute a waiver of any: (i) right to have final orders in non-core matters entered only after de novo review by a District Court judge; (ii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iii) other rights, claims, actions, defenses, setoffs or recoupments to which the Trustee is or may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Respectfully submitted:

By: * /s/ Jay H. Ong*

Jay H. Ong
Texas State Bar No. 24028756
MUNSCH HARDT KOPF & HARR, P.C.
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: (512) 391-6100
Facsimile: (512) 391-6149
Email: jong@munsch.com

*(Proposed) Counsel for Christy Heimer, Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of October, 2026, I personally caused to be served a true and correct copy of this document electronically via the Court's electronic filing system on all parties entitled to notice through such system.

*/s/ Jay H. Ong*
Jay H. Ong