**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE No. 20-50805-rbk** |
| **KRISJENN RANCH, LLC, ET AL.** | § | |
| | § | **CHAPTER 7** |
| **Debtor.** | § | **(Converted)** |

**DEBTORS' MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, LISTS, STATEMENT OF FINANCIAL AFFAIRS, AND RELATED DOCUMENTS**

COMES NOW Larry Wright, principal of the Debtors in the above captioned Chapter 11 bankruptcy case, and requests an extension of fourteen (14) days in which to file the Debtors' conversion schedules and amended statement of financial affairs. In support thereof, Mr. Wright would respectfully show as follows:

1. KrisJenn Ranch, LLC, KrisJenn Ranch, LLC, Series Uvalde Ranch, and KrisJenn Ranch, LLC, Series Pipeline Row filed their Chapter 11 bankruptcy case on April 27, 2020. The Top 20 List of Unsecured Creditors, Schedules, Statement of Financial Affairs, and Creditors Matrix were filed with the Petition (Docket No. 1).

2. On April 30, 2020, Debtors filed Amended Schedules A/B (Docket No. 23).

3. On June 5, 2020, Debtors filed Amended Schedules A/B (Docket No. 46).

4. On February 3, 2022, Debtors filed a Fourth Amended Joint Disclosure Statement (Docket No. 212) (the "Disclosure Statement").

5. On February 15, 2022, the Debtors filed a First Amendment to Fourth Amended Substantively Consolidated Plan of Reorganization (Docket No. 222) (the "Plan").

6. On February 28, 2026, the Court entered an Order Confirming the Plan (Docket No 234).

7. On April 28, 2022, the above-captioned bankruptcy case closed.

8. On May 22, 2026, the Court entered an Order Reopening the Bankruptcy Case (Docket No. 258) and an Order Show Cause (Docket No. 257), to show cause why this case should not be converted from Chapter 11 to Chapter 7.

9. On May 29, 2026, the Court entered an Order Converting Case to Chapter 7 (Docket No. 301) (the "Conversion Order").

10. The meeting of creditors required pursuant to Section 341 of the United States Bankruptcy Code is scheduled to be held on November 4, 2026.

11. Debtors' bankruptcy schedules, statement of financial affairs, and related filings are due October 13, 2026.

12. As this Court is aware, the Debtors no longer exist and the Conversion Order directs Larry Wright personally to prepare the conversion schedules and attend the creditor's meeting. Mr. Wright, however, is a required witness for the [trial] trial, which is scheduled to be held on October 13, 2026 and October 14, 2026. Additionally, Mr. Wright has been preparing for that trial. Accordingly, Mr. Wright requests an extension until Tuesday, October 27, 2026, in which to file the required schedules, statement of financial affairs, and related documents.

13. October 27, 2026 should not present any impediment to the Trustee's administration of the bankruptcy estate. Further, the meeting of creditors is scheduled for November 4, 2026, so well after October 27, 2026.

14. Further still, this is Mr. Wright's first request for an extension of this particular deadline.

WHEREFORE, Mr. Wright respectfully requests the Court enter an Order: 1) granting him an extension up to and including October 27, 2026, to file the Debtors' conversion schedules and amended statement of financial affairs required by Federal Rule of Bankruptcy Procedure 1007; and 2) granting Debtor such further and additional relief as is appropriate.

Dated: October 12, 2026

Respectfully submitted,

**HAYWARD PLLC**

By: /s/*Charlie Shelton*
Charlie Shelton
Texas State Bar No. 24079317
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

***Counsel for Larry Wright***

## CERTFICATE OF CONFERENCE

On October 8, 2026, the undersigned emailed Mr. Jay Ong, Counsel for Chapter 7 Trustee Ms. Christy L. Heimer. He has not indicated yet whether the Trustee agrees to or opposes the requested relief.

/s/ Charlie Shelton
Charlie Shelton

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically via the court's CM/ECF system on October 12, 2026, thus effecting service on any parties requesting service. Additionally, on October 12, 2026, the foregoing was served via U.S. First Class Mail to all parties listed below.

| | |
|---|---|
| KrisJenn Ranch, LLC, et al.<br>410 Spyglass Rd.<br>McQueeney, TX 78123-3418<br><br>***Debtors*** | The Smeberg Law Firm PLLC<br>Attn: Ronald J. Smeberg<br>2010 W Kings Hwy.<br>San Antonio, TX 78201<br><br>***Debtors' Counsel*** |
| Christy L. Heimer<br>P.O. Box 140193<br>Austin, TX 78714<br><br>***Chapter 7 Trustee*** | Munsch Hardt Kopf & Harr, P.C.<br>Attn: Jay H. Ong<br>1717 West 6th Street, Suite 250<br>Austin, TX 78703<br><br>***Counsel for the Chapter 7 Trustee*** |

/s/ Charlie Shelton
Charlie Shelton