**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE No. 20-50805-rbk** |
| **KRISJENN RANCH, LLC, ET AL.** | § | |
| | § | **CHAPTER 7** |
| **Debtor.** | § | |

**ORDER GRANTING MOTION FOR ORDER GRANTING DEBTORS ADDITIONAL TIME TO FILE SCHEDULES, LISTS, AND STATEMENT OF FINANCIAL AFFAIRS**

CAME ON for consideration, the *Motion for Extension of Time to File Schedules, Lists, Statement of Financial Affairs, and Related Documents* (the "Motion") filed by Larry Wright as principal for KrisJenn Ranch, LLC, KrisJenn Ranch, LLC, Series Uvalde Ranch, and KrisJenn Ranch, LLC, Series Pipeline Row (the "Debtors") seeking an extension of fourteen (14) days to the deadline for Mr. Wrigh to file the Debtors' conversion schedules and amended statement of financial affairs pursuant to Federal Rule of Bankruptcy Procedure 1007 (collectively, the "Schedules, Lists, and Statements"). The Court, finding it has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334, and this being a core proceeding under 28 U.S.C. § 157(b)(2) and that notice of the Motion has been given to the Chapter 7 Trustee and that no other

or further notice of the Motion need be given and that good cause appears therefor hereby finds the Motion should be granted. Accordingly, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the time within which Mr. Wright must file the Debtors' conversion schedules and amended statement of financial affairs is hereby extended to and including October 27, 2026, without prejudice to the Debtors' right to seek additional extensions.

# # #

***Submitted by:***

**HAYWARD PLLC**

Charlie Shelton
Texas State Bar No: 24079317
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

***Counsel for Larry Wright***