**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE No. 20-50805-rbk** |
| **KRISJENN RANCH, LLC, ET AL.** | § | |
| | § | **CHAPTER 7** |
| **Debtor.** | § | **(Converted)** |

---

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Larry Wright

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
- ❑ Plaintiff
- ❑ Defendant
- ❑ Other (describe) ____________________

For appeals in a bankruptcy case and not in an adversary proceeding.
- ☐ Debtor
- ☐ Creditor
- ☐ Trustee
- ☒Other (describe) Debtor principal and interested party

### Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken: Order Converting Case to Chapter 7 (Docket No. 301)

2. State the date on which the judgment—or the appealable order or decree—was entered: September 29, 2026 ________________

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

See additional sheet

### Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

- ☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

Charlie Shelton

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: 10/12/2026

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

Charlie Shelton
Hayward PLLC
7600 Burnet Road, Suite 530, Austin TX, 78757
737-881-7101; cshelton@haywardfirm.com

## PARTIES TO THE APPEAL

**Appellant — Larry Wright**

Represented by:

- Charlie Shelton (TX Bar No. 24079317), Hayward PLLC, 7600 Burnet Road, Suite 530, Austin, TX 78757; phone/fax (737) 881-7100; cshelton@haywardfirm.com

**Appellees — Longbranch Energy, LP; DMA Properties, Inc.; and Frank Daniel Moore**

Represented by:

- Christopher S. Johns (TX Bar No. 24044849), Johns & Counsel PLLC, 13341 W. US-290, Building 2, Austin, TX 78737; 512-399-3150; fax 512-572-8005; chris@johnsandcounsel.com

- Timothy Cleveland (TX Bar No. 24055318) and Austin H. Krist (TX Bar No. 24106170), Cleveland | Krist PLLC, 4611 Bee Cave Road, Suite 306B, Austin, TX 78746; 512-689-8698; tcleveland@clevelandkrist.com; akrist@clevelandkrist.com

- Natalie F. Wilson (TX Bar No. 24076779), Langley & Banack, 745 East Mulberry Avenue, Suite 700, San Antonio, TX 78212; 210-736-6600; fax 210-735-6889; nwilson@langleybanack.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically via the court's CM/ECF system on October 12, 2026, thus effecting service on any parties requesting service. Additionally, on October 12, 2026 or within one business day thereof, the foregoing was served via U.S. First Class Mail to all parties listed below.

| | |
|---|---|
| KrisJenn Ranch, LLC, et al.<br>410 Spyglass Rd.<br>McQueeney, TX 78123-3418<br><br>***Debtors*** | Munsch Hardt Kopf & Harr, P.C.<br>Attn: Jay H. Ong<br>1717 West 6th Street, Suite 250<br>Austin, TX 78703<br><br>***Counsel for the Chapter 7 Trustee*** |
| Christy L. Heimer<br>P.O. Box 140193<br>Austin, TX 78714<br><br>***Chapter 7 Trustee*** | |

*/s/ Charlie Shelton*
Charlie Shelton