**Notwithstanding the Recitals in this Order, the Sua Sponte Order for Joint Administration (ECF No. 49) was entered on June 8, 2020.**
**The relief described hereinbelow is SO ORDERED.**

**Signed October 13, 2026.**

**Ronald B. King**
**United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 20-50805-rbk |
| KRISJENN RANCH, LLC, et al., | § | |
| | § | CHAPTER 7 |
| Debtors.[1] | § | (Jointly Administered) |

**STIPULATION AND AGREED ORDER PRESERVING ESTATE**
**<u>RIGHTS IN THE EXPRESS PIPELINE RIGHT-OF-WAY AND RELATED CLAIMS</u>**

Christy Heimer, the chapter 7 trustee (the "**Trustee**") of and for KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW and their bankruptcy estates (collectively, "**KrisJenn**" or the "**Debtors**" and, their respective bankruptcy estates, collectively, the "**Estate**") under the above-captioned, jointly administered case (collectively, "**Bankruptcy Case**"); KrisJenn; Larry Wright, individually ("**Wright**"); Express H2O Pipeline & ROW, LLC ("**Express H2O**" and, collectively with the Trustee, KrisJenn and Wright, the "**Parties**") stipulate and agree as follows:

**<u>RECITALS</u>**

A. On April 27, 2020, KrisJenn Ranch, LLC filed a voluntary chapter 11 petition. Pursuant to the Bankruptcy Court's sua sponte order entered on June 8, 2024, the Debtors' Bankruptcy Case

[1] [1] The Debtors are KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW, substantively consolidated under the Plan.

was ordered jointly administered. On February 28, 2022, the Bankruptcy Court confirmed in the Bankruptcy Cases the Fourth Amended Substantively Consolidated Plan of Reorganization [ECF No. 211] (the "**Plan**") by order [ECF No. 234] (the "**Confirmation Order**").

B. Section 10.02 of the Plan provides that title vested in the Reorganized Debtor (as defined therein) on the condition that it comply with the Plan and that, upon default and conversion to chapter 7, "all property vested in KrisJenn Ranch, LLC and all subsequently acquired property owned as of or after the conversion date shall re-vest and constitute property of the bankruptcy estate in the converted case." The Plan preserves the Debtors' claims under sections 544, 547–550 of the Bankruptcy Code and applicable state law, and paragraph 19 of the Confirmation Order makes the Bankruptcy Court the primary venue for any dispute regarding the sale, transfer, or encumbrance of the Pipeline ROW.

C. In February 2023, KrisJenn transferred record title to the approximately 67-mile pipeline easement and right-of-way comprising property of the Estates on the Petition Date and known as the Express Pipeline (the "**ROW**") to Express H2O.

D. Express H2O is the plaintiff in Express H2O Pipeline & ROW, LLC v. Westlake Chemical OPCO, LP, Cause No. CV-00461-24-08, pending in the 159th/217th Judicial District Court of Angelina County, Texas (the "**Westlake Litigation**"), which seeks to quiet title to, and recover damages for trespass and conversion relating to, the ROW. Final trial is set for October 13–14, 2026. Neither KrisJenn, the Estate, nor the Trustee is a party to the Westlake Litigation. The Trustee has no objection to the trial proceeding as scheduled.

E. On September 29, 2026, the Bankruptcy Court reopened and converted the Bankruptcy Case to chapter 7 for cause under 11 U.S.C. § 1112(b)(4), and ordered Wright to amend the schedules and statement of financial affairs and to attend the meeting of creditors [ECF No. 301] (the "**Conversion Order**"). The Trustee was thereupon appointed.

F. In its Opinion After Remand [Adv. No. 20-05027, ECF No. 330] and Final Judgment After Remand [Adv. ECF No. 329], both entered March 26, 2024, the Bankruptcy Court, the Honorable Ronald B. King presiding, found, *inter alia*, that the transfer of the ROW from KrisJenn to Express was made "in violation of the terms of the confirmed chapter 11 plan". The Judgment imposed a constructive trust "on the ROW in the hands of Express H2O, LLC." The District Court affirmed on August 11, 2025 [Case No. 5:24-cv-00365-XR, ECF Nos. 20, 21]. On September 29, 2026, the Bankruptcy Court reaffirmed the Final Judgment After Remand and noted that Express H2O is not a party to the adversary proceeding [Adv. ECF No. 639].

G. The Parties reserve all rights regarding the meaning and effect of the Judgment.

## STIPULATION

1. **No Adverse Effect on the Estate.** No judgment, order, finding of fact, conclusion of law, verdict, ruling, settlement, release, or other result or relief in the Westlake Litigation (each, a "**Westlake Result**") shall or may adversely affect, preclude, impair, diminish, or prejudice any of the Trustee's or Estate's alleged rights, title, claims and/or interests, whether arising at law or

in equity (collectively, the "**Estate Claims**"): (a) in, to or for the ROW, its proceeds, or any portion of the foregoing, including but not limited to under Plan § 10.02 and 11 U.S.C. § 541; (b) against Express H2O, Wright, or any of their members, managers, insiders, affiliates, related entities, transferees, successors, or assigns, relating to the ROW or Plan, including but not limited to claims for turnover, avoidance and/or recovery under 11 U.S.C. §§ 542, 544, 548, 549, and/or 550, the Texas Uniform Fraudulent Transfer Act, breach of fiduciary duty, relief in connection with the Plan, or arising under any other applicable law; or (c) in, to or for the value of any of the foregoing or any portion thereof.

2. **No Preclusion.** The Trustee and the Estate are not parties to, and are not represented by any party in, the Westlake Litigation. No Westlake Result shall have res judicata, collateral estoppel, judicial estoppel, or other preclusive effect against the Trustee or the Estate, and no Party shall assert otherwise nor support any such assertion.

3. **Valuation.** No valuation, damages award, or settlement amount in the Westlake Litigation shall bind the Trustee or Estate, fix the value of the ROW with respect to the Estate, or be offered against the Estate as evidence of the ROW's value.

4. **Preservation of the ROW.** Pending further order of this Court, Express H2O shall not sell, transfer, lease, encumber, or otherwise dispose of the ROW, any interest in it.

5. **Information.** Express H2O shall serve the Trustee with all further filings in the Westlake Litigation and shall notify the Trustee in writing of any Westlake Result within two (2) business days of its determination.

6. **Entry of Stipulation.** The Parties expressly consent to Bankruptcy Court approval of this Stipulation upon submission by the Trustee to the Bankruptcy Court.

7. **Reservation of Rights.** Nothing in this Stipulation is an admission by any Party regarding title to the ROW, the validity or effect of the February 2023 transfer to Express H2O, or whether the ROW or its proceeds constitute property of the Estate, and each Party reserves all rights, claims, and defenses on those issues.

8. **Jurisdiction; Binding Effect.** The Bankruptcy Court retains exclusive jurisdiction to interpret and enforce this Stipulation. This Stipulation binds the Parties and their respective members, managers, insiders, affiliates, successors, and assigns, and any transferee of the ROW. It is effective upon execution and may be executed in counterparts and by electronic signature.

Dated: October 9, 2026

###

**AGREED AND STIPULATED:**

**MUNSCH HARDT KOPF & HARR, P.C.**

By: *__/s/ Jay H. Ong*______________________
Jay Ong (State Bar No. 24028756)
Tara LeDay (State Bar No. 2416701
Beverly Bass (State Bar No. 24125116)
1717 W 6th St. Ste 250
Austin, Texas 78703
jong@munsch.com
tleday@munsch.com
bbass@munsch.com

***Counsel for Christy Heimer, Chapter 7 Trustee***

**HAYWARD PLLC**

By: ________________________________
Charlie Shelton (State Bar No. 24079317)
7600 Burnet Road, Suite 530
Austin, Texas 78757
(737) 881-7100
cshelton@haywardfirm.com

***Counsel for Larry Wright and Express H2O Pipeline & ROW, LLC***

By: ________________________________
Christopher J. Sachitano, as Manager of Express H2O Pipeline & ROW, LLC

By: ________________________________
Larry Wright, both individually and as Manager of KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW

**AGREED AND STIPULATED:**

**MUNSCH HARDT KOPF & HARR, P.C.**

By: ______________________________
Jay Ong (State Bar No. 24028756)
Tara LeDay (State Bar No. 2416701
Beverly Bass (State Bar No. 24125116)
1717 W 6th St. Ste 250
Austin, Texas 78703
jong@munsch.com
tleday@munsch.com
bbass@munsch.com

***Counsel for Christy Heimer, Chapter 7 Trustee***

**HAYWARD PLLC**

By: ______________________________
Charlie Shelton (State Bar No. 24079317)
7600 Burnet Road, Suite 530
Austin, Texas 78757
(737) 881-7100
cshelton@haywardfirm.com

***Counsel for Larry Wright and Express H2O Pipeline & ROW, LLC***

By: ______________________________
Christopher J. Sachitano, as Manager of Express H2O Pipeline & ROW, LLC

By: ______________________________
Larry Wright, both individually and as Manager of KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW

**AGREED AND STIPULATED:**

**MUNSCH HARDT KOPF & HARR, P.C.**

By: ______________________________
Jay Ong (State Bar No. 24028756)
Tara LeDay (State Bar No. 2416701
Beverly Bass (State Bar No. 24125116)
1717 W 6th St. Ste 250
Austin, Texas 78703
jong@munsch.com
tleday@munsch.com
bbass@munsch.com

***Counsel for Christy Heimer, Chapter 7 Trustee***

**HAYWARD PLLC**

By: ______________________________
Charlie Shelton (State Bar No. 24079317)
7600 Burnet Road, Suite 530
Austin, Texas 78757
(737) 881-7100
cshelton@haywardfirm.com

***Counsel for Larry Wright and Express H2O Pipeline & ROW, LLC***

By: Christopher J. Sachitano
ID oXsX5mNYBJzjy4SZiADKhGHJ
Christopher J. Sachitano, as Manager of Express H2O Pipeline & ROW, LLC

By: L Wright
ID Y2FRJKMtE2QJ37DW8YrJTSvS
Larry Wright, both individually and as Manager of KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW

# eSignature Details

**Signer ID:** **Y2FRJKMtE2QJ37DW8YrJTSvS**
Signed by: Larry Wright
Sent to email: larrymwright54@gmail.com
IP Address: 107.115.224.120
Signed at: Oct 9 2026, 5:10 pm CDT

**Signer ID:** **oXsX5mNYBJzjy4SZiADKhGHJ**
Signed by: Christopher J. Sachitano
Sent to email: SACH@SACHLAW.COM
IP Address: 107.115.9.76
Signed at: Oct 9 2026, 5:13 pm CDT