**SPLIT, LEAD−JTADMIN, REOPEN, APPEAL, CONVERTED**

# U.S. Bankruptcy Court
# Western District of Texas (San Antonio)
# Bankruptcy Petition #: 20−50805−rbk

*Assigned to:* Bankruptcy Judge Ronald B King
Chapter 7
Previous chapter 11
Original chapter 11
Voluntary

*Date filed:* 04/27/2020
*Date converted:* 09/29/2026
*Date reopened:* 05/22/2026
*341 meeting:* 11/04/2026
*Deadline for objecting to discharge:* 01/04/2027

*Debtor disposition:* Discharge Not Applicable

***Debtor***
**KrisJenn Ranch, LLC**
410 Spyglass Rd
McQueeney, TX 78123−3418
GUADALUPE−TX
Tax ID / EIN: 74−2840947
***dba*** **KrisJenn Ranch, LLC, Series Uvalde Ranch, KrisJenn Ranch, LLC, Series Pipeline Row**

represented by **KrisJenn Ranch, LLC**
PRO SE

**Charles John Muller, IV**
Chamberlain Hrdlicka White Williams & Au
111 W Sunset Rd
San Antonio, TX 78209
210−664−5000
Email: john.muller@cjma.law
*TERMINATED: 06/04/2026*

**Ronald J Smeberg**
(See above for address)
*TERMINATED: 06/04/2026*

**Ronald J. Smeberg**
(See above for address)
*TERMINATED: 06/04/2026*

***Trustee***
**Christy L Heimer**
PO Box 140193
Austin, TX 78714
512−291−7105

represented by **Jay Ong**
Munsch Hardt Kopf & Harr, P.C.
1717 West 6th St #250
Austin, TX 78703
(512) 391−6100
Fax : (512) 391−6149
Email: jong@munsch.com

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 10/12/2026 | | 314 | Notice of Appeal and Statement of Election filed by Herbert C Shelton IIfor Interested Party Larry Wright. (Attachments: # 1 Exhibit A)(Shelton, Herbert) (Related Document(s): 301 Order Converting Case to Chapter 7. (related document(s): 257 Order to Charles John Muller, IV, Ronald J. Smeberg and Krisjenn Ranch, LLC. to Appear and Show Cause why this case should not be converted from chapter 11 to chapter 7 for cause, including, but not limited to, 11 U.S.C. § 1112(b). **Show Cause Hearing set for 6/11/2026 at 10:00 AM at https://www.zoomgov.com/my/king.txwb via Zoom or Call 669−254−5252 Meeting ID: 161 6636 6756** (Order entered on |

| | | | |
|---|---|---|---|
| | | | 5/22/2026)) (Order entered on 9/29/2026)) |
| 10/13/2026 | | | ICC−Fee Terminated for Notice of Appeal and Statement of Election (filed 10/12/2026) (20−50805) [misc,doc] ($298.00), Amount $ 298.00, Receipt A26817100 (re:Doc# 314) (U.S. Treasury) |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE No. 20-50805-rbk** |
| **KRISJENN RANCH, LLC, ET AL.** | § | |
| | § | **CHAPTER 7** |
| **Debtor.** | § | **(Converted)** |

---

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Larry Wright

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
- ❑ Plaintiff
- ❑ Defendant
- ❑ Other (describe) ____________________

For appeals in a bankruptcy case and not in an adversary proceeding.
- ☐ Debtor
- ☐ Creditor
- ☐ Trustee
- ☒Other (describe) Debtor principal and interested party

### Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken: Order Converting Case to Chapter 7 (Docket No. 301)

2. State the date on which the judgment—or the appealable order or decree—was entered: September 29, 2026

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

See additional sheet

### Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

- ☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

*Charlie Shelton*

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: 10/12/2026

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

Charlie Shelton
Hayward PLLC
7600 Burnet Road, Suite 530, Austin TX, 78757
737-881-7101; cshelton@haywardfirm.com

## PARTIES TO THE APPEAL

**Appellant — Larry Wright**

Represented by:

- Charlie Shelton (TX Bar No. 24079317), Hayward PLLC, 7600 Burnet Road, Suite 530, Austin, TX 78757; phone/fax (737) 881-7100; cshelton@haywardfirm.com

**Appellees — Longbranch Energy, LP; DMA Properties, Inc.; and Frank Daniel Moore**

Represented by:

- Christopher S. Johns (TX Bar No. 24044849), Johns & Counsel PLLC, 13341 W. US-290, Building 2, Austin, TX 78737; 512-399-3150; fax 512-572-8005; chris@johnsandcounsel.com

- Timothy Cleveland (TX Bar No. 24055318) and Austin H. Krist (TX Bar No. 24106170), Cleveland | Krist PLLC, 4611 Bee Cave Road, Suite 306B, Austin, TX 78746; 512-689-8698; tcleveland@clevelandkrist.com; akrist@clevelandkrist.com

- Natalie F. Wilson (TX Bar No. 24076779), Langley & Banack, 745 East Mulberry Avenue, Suite 700, San Antonio, TX 78212; 210-736-6600; fax 210-735-6889; nwilson@langleybanack.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically via the court's CM/ECF system on October 12, 2026, thus effecting service on any parties requesting service. Additionally, on October 12, 2026 or within one business day thereof, the foregoing was served via U.S. First Class Mail to all parties listed below.

| | |
|---|---|
| KrisJenn Ranch, LLC, et al.<br>410 Spyglass Rd.<br>McQueeney, TX 78123-3418<br><br>***Debtors*** | Munsch Hardt Kopf & Harr, P.C.<br>Attn: Jay H. Ong<br>1717 West 6th Street, Suite 250<br>Austin, TX 78703<br><br>***Counsel for the Chapter 7 Trustee*** |
| Christy L. Heimer<br>P.O. Box 140193<br>Austin, TX 78714<br><br>***Chapter 7 Trustee*** | |

*/s/ Charlie Shelton*
Charlie Shelton

**The relief described hereinbelow is SO ORDERED.**

**Signed September 29, 2026.**

**Ronald B. King**
**United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **KRISJENN RANCH, LLC, ET AL.,** | § | **CASE NO. 20-50805-RBK** |
| | § | |
| **DEBTOR** | § | **CHAPTER 11** |

**ORDER CONVERTING CASE TO CHAPTER 7**

On September 29, 2026, came on to be heard the Court's *Order to Show Cause* (ECF No. 257). Larry Wright, DMA Properties, Inc. ("DMA"), Frank Daniel Moore ("Moore"), and Longbranch Energy, LP ("Longbranch") appeared by and through counsel of record and announced ready. After hearing the evidence and argument of counsel, the Court is of the opinion that, pursuant to 11 U.S.C. §1112(b)(4), this case should be converted for cause to a case under chapter 7 for the reasons given in the findings of fact and conclusions of law stated on the record following the close of the evidence pursuant to Fed. R. Bankr. P. 7052 and 9014.

It is **ORDERED** that this case is hereby converted to a case under chapter 7 of the Bankruptcy Code.

It is further **ORDERED** that the United States trustee appoint a chapter 7 trustee to administer this case in chapter 7 and set a date and time for the § 341 meeting of creditors.

It is further **ORDERED** that Larry Wright amend the schedules and statement of financial affairs and attend the first meeting of creditors on the date and at the time scheduled by the United States trustee.

# # #