# List of Parties to Appeal

## *20-50805 KrisJenn Ranch, LLC, et al.*

## Notice of Appeal – CM/ECF Doc. 314 – filed on behalf of Interested Party Larry Wright

**Appellant:**

| | | |
|---|---|---|
| **Larry Wright**<br>410 Spyglass Road<br>McQueeney, TX 78123<br><br>***(Interested Party / Appellant)*** | Represented by | **Herbert C Shelton, II**<br>Hayward PLLC<br>7600 Burnet Road, Suite 530<br>Austin, TX 78757<br>(737) 881-7100<br>(737) 881-7100 (fax)<br>**cshelton@haywardfirm.com** |

**Appellees:**

| | | |
|---|---|---|
| **Longbranch Energy, LP;**<br>**DMA Properties, Inc.; and,**<br>**Frank Daniel Moore**<br><br>***(Creditors / Interested Parties / Appellees)*** | Represented by | **Austin Hammer Krist**<br>303 Camp Craft Road<br>Suite 325<br>Austin, TX 78746<br>737-900-7107<br>akrist@clevelandkrist.com<br><br>**Natalie F. Wilson**<br>Langley & Banack, Inc<br>Trinity Plaza II, Suite 700<br>745 East Mulberry<br>San Antonio, TX 78212-3166<br>(210) 736-6600<br>(210) 735-6889 (fax)<br>nwilson@langleybanack.com |

**Interested Party:**

| | | |
|---|---|---|
| **Christy L Heimer**<br>PO Box 140193<br>Austin, TX 78714<br>512-291-7105<br>512-883-8082 (fax)<br>clheimer@trusteeheimer.com | Represented by | **Jay Ong**<br>Munsch Hardt Kopf & Harr, P.C.<br>1717 West 6th St #250<br>Austin, TX 78703<br>(512) 391-6100<br>(512) 391-6149 (fax)<br>jong@munsch.com |

| | | |
|---|---|---|
| ***(Chapter 7 Trustee / Interested Party)*** | | |