# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## San Antonio Division

IN RE: **KrisJenn Ranch, LLC** , Debtor(s)

| | |
|---|---|
| Bankruptcy Case No.: | 20−50805−rbk |
| Chapter No.: | 7 |
| Judge: | Ronald B King |

### TRANSMISSION OF NOTICE OF APPEAL TO DISTRICT COURT

TO THE CLERK, UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF TEXAS:

Pursuant to Fed. R. Bankr. P. 8003(d), the Bankruptcy Clerk has transmitted the Notice of Appeal filed in Bankruptcy Case No.: 20−50805−rbk . A subsequent transmittal shall be made once the record on appeal is complete pursuant to Fed. R. Bankr. P. 8010(b). The Notice of Appeal, filed by **Interested Party Larry Wright**, relates to:

CM/ECF Doc. 301 entered 9/29/2026 Order Converting Case to Chapter 7.

| | |
|---|---|
| ☑ | Filing Fee Paid |
| ☐ | Filing Fee Not Paid |
| ☑ | Additional Items: Bankruptcy Docket Sheet;<br><br>List of Parties |

**REMARKS**:

Dated: 10/13/26

Robert Joseph Lawson
Clerk, U. S. Bankruptcy Court

BY: Rob Lawson , Deputy Clerk

**[LtrTrnNtcDCBK]** [LtrTrnNtcDCBK]