**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE No. 20-50805-rbk** |
| **KRISJENN RANCH, LLC, et al.** | § | |
| | § | **CHAPTER 7** |
| **DEBTORS.** | § | **(Converted)** |

## CERTIFICATE OF SERVICE

On October 27, 2026, Larry Wright (the "Wright") filed KrisJenn Ranch, LLC, KrisJenn Ranch, LLC, Series Uvalde Ranch, KrisJenn Ranch, LLC, Series Pipeline ROW's (the "Debtors") Conversion Schedules (the "Conversion Schedules") (Docket No. 320). I hereby certify that on October 27, 2026, the Conversion Schedules were served via the Court's CM/ECF system to all parties requesting such service. Additionally, on October 27, 2026, or within one business day thereof, the Conversion Schedules were served to the parties listed below via U.S. First Class Mail.

| | |
|---|---|
| KrisJenn Ranch, LLC, KrisJenn Ranch, LLC, Series Uvalde Ranch, KrisJenn Ranch, LLC, Series Pipeline ROW<br>410 Spyglass Rd.<br>McQueeney, TX 78123-3418<br><br>***Debtors*** | Christy L. Heimer<br>P.O. Box 140193<br>Austin, TX 78714<br><br>***Chapter 7 Trustee*** |
| Munsch Hardt Kopf & Harr, P.C.<br>Attn: Jay Ong<br>1717 West 6th Street #250<br>Austin, TX 78703<br><br>***Counsel for the Chapter 7 Trustee*** | Jones, Allen & Faquay LLP<br>Attn: Laura L. Worsham<br>8828 Greenville Avenue<br>Dallas, TX 75243<br><br>***Notice of Appearance for McLeod Oil, LLC*** |

| | |
|---|---|
| Perdue, Brandon, Fielder, Collins & Mott LLP<br>Attn: Tab Beall<br>P.O. Box 2007<br>Tyler, TX 75710-2007<br><br>***Notice of Appearance for Nacogdoches County, et al.*** | Burns & Black, PLLC<br>Attn: Mr. Michael J. Black<br>750 Rittiman Road<br>San Antonio, TX 78209-5500<br><br>***Notice of Appearance for Longbranch Energy, LP and DMA Properties, Inc.*** |
| Perdue, Brandon, Fielder, Collins & Mott LLP<br>Attn: Carlos M. Arce<br>613 NW Loop 410, Suite 550<br>San Antonio, TX 78216<br><br>***Notice of Appearance for Uvalde County, Southwest Texas Junior College, Uvalde Co Road/Flood, Uvalde Co Underground WTR Cons Dist and Knippa ISD*** | Linebarger Goggan Blair & Sampson, LLP<br>Attn: John P. Dillman<br>P.O. Box 3064<br>Houston, TX 77253-3064<br><br>***Notice of Appearance to Shelby County and Angelina County*** |
| McCreary, Veselka, Bragg & Allen, P.C.<br>Attn: Tara LeDay<br>P.O. Box 1269<br>Round Rock, TX 78680<br><br>***Notice of Appearance for the County of Guadalupe, Texas*** | Langley & Banack, Inc.<br>Attn: Natalie F. Wilson<br>Trinity Plaza II, Suite 700<br>745 East Mulberry<br>San Antonio, TX 78212-3166<br><br>***Notice of Appearance for DMA Properties, Inc. and Frank Daniel Moore*** |
| Valdez & Trevino<br>Attn: Robert E. Valdez<br>Callaghan Tower<br>8023 Vantage Drive, Suite 700<br>San Antonio, TX 78230<br><br>***Notice of Appearance for David Strolle*** | JF Duke and Associates<br>Attn: Jeffery Duke<br>11819 Great Oaks Drive<br>College Station, TX 77494<br>jeff@jfduke.com<br><br>***Attorneys for Longbranch Energy*** |
| Cobb & Johns PLLC<br>Attn: Christopher S. Johns & Michael Cotton<br>13341 West U.S. Highway 290, Building 2<br>Austin, TX 78737<br>chris@cobbjohns.com<br>michael@cobbjohns.com<br><br>***Attorneys for Longbranch Energy, DMA Properties, and Frank Daniel Moore*** | Cleveland Krist PLLC<br>Attn: Timothy Cleveland & Austin H. Krist<br>303 Camp Craft Road, Suite 325<br>Austin, TX 78746<br>tcleveland@clevelandkrist.com<br>akrist@clevelandkrist.com<br><br>***Attorneys for Longbranch Energy, DMA Properties, and Frank Daniel Moore*** |

Respectfully Submitted,

**HAYWARD PLLC**

*/s/ Charlie Shelton*
Charlie Shelton
Texas State Bar No. 24079317
7600 Burnet Road, Suite 530
Austin, Texas 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

***Counsel for Larry Wright***