# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 20−50805−rbk
Chapter No.: 7
Judge: Ronald B King

IN RE: **KrisJenn Ranch, LLC** , Debtor(s)

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

Notice having been previously given that creditors of the above−named debtors were not required to file proofs of claim, and it now appearing that a possible dividend may be declared for creditors at a later date, it is ORDERED, AND NOTICE HEREBY GIVEN THAT

**1/21/27** is hereby fixed as the last date for filing of proofs of claim by any creditor of the above−named debtors who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. A proof of claim filed by a governmental unit is timely filed if it is filed not later than 180 days after the date of the order for relief. Creditors and governmental units must file a claim, whether or not they are included in the list of creditors filed by the debtors, no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed using the court's Online Claim Filing System without having to complete a paper proof claim form. This is located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov.

*Those filers who do not have access to the internet may obtain an official B410 Proof of Claim form at any bankruptcy clerk's office and submit it to the following:*

*MAIL ORIGINAL PROOF OF CLAIM TO:*

*U. S. BANKRUPTCY COURT*
*615 E. HOUSTON STREET, ROOM 597*
*SAN ANTONIO, TX 78205*

*MAIL COPY OF PROOF OF CLAIM TO:*

*Christy L Heimer*
*PO Box 140193*
*Austin, TX 78714*

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

***** ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE.*

Dated: 10/26/26

Robert Joseph Lawson
Clerk, U. S. Bankruptcy Court

**[Set Bar Date Notice/Order]** [Ntcosbrdtapac]

United States Bankruptcy Court

Western District of Texas

In re: KrisJenn Ranch, LLC
Debtor

Case No. 20-50805-rbk
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0542-5 | User: admin | Page 1 of 5
Date Rcvd: Oct 26, 2026 | Form ID: 148 | Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | KrisJenn Ranch, LLC, 410 Spyglass Rd, McQueeney, TX 78123-3418 |
| 18010512 | | Albert, Neely & Kuhlmann, LLP, 1600 Oil & Gas Building, 309 W 7th St, Fort Worth, TX 76102-6900 |
| 18010514 | | Bigfoot Energy Services, LLC, 312 W Sabine St, Carthage, TX 75633-2519 |
| 18010515 | | C&W Fuels, Inc., Po Box 40, Hondo, TX 78861-0040 |
| 18010516 | + | CLEVELAND, TERRAZAS PLLC, Timothy Cleveland, 4611 Bee Cave Road, Suite 306 B, Austin, TX 78746-5284 |
| 18063109 | + | DMA Properties, Inc., c/o NATALIE F. WILSON, 745 East Mulberry, Suite 700, San Antonio, Texas 78212-3172 |
| 18010518 | | DMA Properties, Inc., c/o Michael J. Black, BURNS & BLACK, PLLC, 750 Rittiman Road, San Antonio, TX 78209-5500 |
| 18075225 | + | DMA Properties, Inc. and Frank Daniel Moore, c/o NATALIE F. WILSON, 745 East Mulberry, Suite 700, San Antonio, Texas 78212-3172 |
| 18010519 | + | DUKE, BANISTER, RICHMOND, PLLC, Jeffrey Duke, P.O. Box 175, Fulshear, TX 77441-0175 |
| 18010517 | | Davis, Cedillo & Mendoza, Inc., 755 E Mulberry Ave Ste 500, San Antonio, TX 78212-3135 |
| 18063110 | + | Frank Daniel Moore, c/o NATALIE F. WILSON, 745 East Mulberry, Suite 700, San Antonio, Texas 78212-3172 |
| 18010520 | | Granstaff Gaedke & Edgmon PC, 5535 Fredericksburg Rd Ste 110, San Antonio, TX 78229-3553 |
| 18010521 | + | Hopper's Soft Water Service, 120 W Frio St, Uvalde, TX 78801-3699 |
| 18010523 | + | JOHNS &COUNSEL PLLC, Christopher S. Johns, 14101 Highway 290 West, Suite 400A, Austin, TX 78737-9376 |
| 18010524 | | KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, Series U, 410 Spyglass Rd, Mc Queeney, TX 78123-3418 |
| 18010526 | | Longbranch Energy, c/o DUKE BANISTER RICHMOND, Po Box 175, Fulshear, TX 77441-0175 |
| 18012099 | | Longbranch Energy, LP, DMA Properties, Inc., c/o Mr. Michael J. Black, Burns & Black, PLLC, 750 Rittiman Road San Antonio, Texas 78209-5500 |
| 18010530 | | METTAUER LAW FIRM, PLLC, c/o April Prince, 403 Nacogdoches St Ste 1, Center, TX 75935-3810 |
| 18010527 | | McLeod Oil, LLC, c/o John W. McLeod, Jr., 700 N Wildwood Dr, Irving, TX 75061-8832 |
| 18010529 | | Medina's Pest Control, 1490 S Homestead Rd, Uvalde, TX 78801-7625 |
| 18010531 | | Nacogdoches County Tax Assessor, 101 W Main St Ste 100, Nacogdoches, TX 75961-4820 |
| 18011722 | | Nacogdoches County, et al., c/o Tab Beall, Perdue Brandon Fielder Collins & Mott, PO Box 2007, Tyler, TX 75710-2007 |
| 18010532 | | Rusk County Appraisal District, 107 N Van Buren St, Henderson, TX 75652-3113 |
| 18010533 | + | Shelby County Tax Collector, 200 St. Augustine St., Center, TX 75935-3959 |
| 18010534 | | Tenaha ISD Tax Assessor-Collector, 138 College St, Tenaha, TX 75974-5612 |
| 18010536 | + | Texas Farm Store, 236 E Nopal St, Uvalde, TX 78801-5391 |
| 18010537 | | Uvalco Supply, 2521 E Main St, Uvalde, TX 78801-4940 |
| 18010538 | + | Uvalde County Tax Assessor, Courthouse Plaza, Box 8, Uvalde, TX 78801-5239 |
| 18015056 | + | Uvalde County Tax Office, 209 N High St., Uvalde, TX 78801-5207 |
| 18012402 | + | Uvalde County Tax Office, c/o Carlos M. Arce, Perdue, Brandon, Fielder, Collins & Mott, 613 NW Loop 410, Ste. 550, San Antonio, TX 78216-5593 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Oct 27 2026 05:16:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78295-1601 |
| 18026302 | | Email/Text: houston_bankruptcy@LGBS.com | Oct 27 2026 05:17:00 | Angelina County, c/o John P. Dillman, Linebarger Goggan Blair & Sampson LLP, P.O. Box 3064, Houston, Tx 77253-3064 |

| | | | | |
|---|---|---|---|---|
| 18024408 | + | Email/Text: jessica.cousineau@mvbalaw.com | Oct 27 2026 05:16:00 | Guadalupe County, c/o Tara LeDay, P.O. Box 1269, Round Rock, TX 78680-1269 |
| 18010522 | | EDI: IRS.COM | Oct 27 2026 08:59:00 | Internal Revenue Service, Po Box 7346, Philadelphia, PA 19101-7346 |
| 18010528 | | Email/Text: consumeraccounting@medinaec.org | Oct 27 2026 05:17:00 | Medina Electric, 2308 18th St., Po Box 370, Hondo, TX 78861-0370 |
| 18023699 | | Email/Text: houston_bankruptcy@LGBS.com | Oct 27 2026 05:17:00 | Shelby County, c/o John P. Dillman, Linebarger Goggan Blair & Sampson LLP, P.O. Box 3064, Houston, Tx 77253-3064 |
| 18010535 | | Email/Text: pacer@cpa.state.tx.us | Oct 27 2026 05:17:00 | Texas Comptroller of Public Accounts, Capitol Station, Po Box 13528, Austin, TX 78711-3528 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18010513 | ## | Angelina County Tax Assessor, 606 E Lufkin Ave, Lufkin, TX 75901-0434 |
| 18010525 | ## | Larry Wright, 410 Spyglass Rd, Mc Queeney, TX 78123-3418 |
| 18011536 | ##+ | McLeod Oil, LLC, c/o Laura L. Worsham, Jones Allen & Fuquay, LLP, 8828 Greenville Avenue, Dallas, Texas 75243-7143 |

TOTAL: 0 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Austin Hammer Krist | on behalf of Defendant DMA Properties Inc. akrist@clevelandkrist.com |
| Austin Hammer Krist | on behalf of Third Pty Plaintif Frank Daniel Moore akrist@clevelandkrist.com |
| Austin Hammer Krist | on behalf of Third Pty Plaintif DMA Properties Inc. akrist@clevelandkrist.com |
| Austin Hammer Krist | on behalf of Defendant Longbranch Energy LP akrist@clevelandkrist.com |
| Austin Hammer Krist | on behalf of Interested Party Frank Daniel Moore akrist@clevelandkrist.com |
| Austin Hammer Krist | on behalf of Creditor Longbranch Energy LP akrist@clevelandkrist.com |
| Austin Hammer Krist | |

| | |
|---|---|
| | on behalf of Creditor DMA Properties Inc. akrist@clevelandkrist.com |
| Carlos M Arce | on behalf of Creditor Uvalde County Tax Office carce@pbfcm.com mvaldez@pbfcm.com;mvaldez@ecf.courtdrive.com |
| Charles Dunn | on behalf of Interested Party Preciliana Jose Flores cdunn@teamjustice.com |
| Christy L Heimer | clheimer@trusteeheimer.com ch1@trustesolutions.net |
| Erin Coughlin | on behalf of U.S. Trustee United States Trustee - SA12 erin.coughlin@usdoj.gov carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov |
| Herbert C Shelton, II | on behalf of Interested Party Larry Wright cshelton@haywardfirm.com SVillarreal@haywardfirm.com |
| Herbert C Shelton, II | on behalf of Plaintiff Krisjenn Ranch LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row cshelton@haywardfirm.com, SVillarreal@haywardfirm.com |
| Herbert C Shelton, II | on behalf of Respondent Express H2O Pipeline & Row LLC cshelton@haywardfirm.com, SVillarreal@haywardfirm.com |
| Herbert C Shelton, II | on behalf of 3rd Pty Defendant Larry Wright cshelton@haywardfirm.com SVillarreal@haywardfirm.com |
| Herbert C Shelton, II | on behalf of Interested Party Express H2O Pipeline & Row LLC cshelton@haywardfirm.com, SVillarreal@haywardfirm.com |
| Herbert C Shelton, II | on behalf of Counter Defendant Krisjenn Ranch LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row cshelton@haywardfirm.com, SVillarreal@haywardfirm.com |
| Jay Ong | on behalf of Trustee Christy L Heimer jong@munsch.com amays@munsch.com;jay-ong-4326@ecf.pacerpro.com;CourtMail@munsch.com |
| Jessica Lanoue Hanzlik | on behalf of U.S. Trustee United States Trustee - SA12 Jessica.L.Hanzlik@usdoj.gov omar.e.jones@usdoj.gov;adrian.duran@usdoj.gov |
| John P. Dillman | on behalf of Creditor Shelby County houston_bankruptcy@lgbs.com |
| John P. Dillman | on behalf of Creditor Angelina County houston_bankruptcy@lgbs.com |
| Laura L. Worsham | on behalf of Creditor McLeod Oil LLC lworsham@jonesallen.com, rrussell@jonesallen.com |
| Lynne Frank | on behalf of Attorney Albert Neely & Kuhlmann, L.L.P. LFrank@brunerpc.com |
| Lynne Frank | on behalf of Attorney William D Kuhlmann LFrank@brunerpc.com |
| Maria De Lourdes Ortiz | on behalf of Creditor DMA Properties Inc. lortiz@clevelandkrist.com |
| Maria De Lourdes Ortiz | on behalf of Third Pty Plaintif Frank Daniel Moore lortiz@clevelandkrist.com |
| Maria De Lourdes Ortiz | on behalf of Creditor Longbranch Energy LP lortiz@clevelandkrist.com |
| Maria De Lourdes Ortiz | on behalf of Third Pty Plaintif DMA Properties Inc. lortiz@clevelandkrist.com |
| Maria De Lourdes Ortiz | on behalf of Interested Party Frank Daniel Moore lortiz@clevelandkrist.com |
| Maria De Lourdes Ortiz | on behalf of Defendant Longbranch Energy LP lortiz@clevelandkrist.com |
| Maria De Lourdes Ortiz | on behalf of Defendant DMA Properties Inc. lortiz@clevelandkrist.com |
| Melissa Emily Valdez | on behalf of Creditor Uvalde County Tax Office mvaldez@pbfcm.com osonik@pbfcm.com;mvaldez@ecf.courtdrive.com |
| Michael J. Black | |

on behalf of Creditor DMA Properties Inc. mblack@burnsandblack.com

Michael J. Black
on behalf of Creditor Longbranch Energy LP mblack@burnsandblack.com

Michael J. Black
on behalf of Defendant Longbranch Energy LP mblack@burnsandblack.com

Natalie F. Wilson
on behalf of Third Pty Plaintif Frank Daniel Moore nwilson@langleybanack.com
cjohnston@langleybanack.com;sfoushee@langleybanack.com

Natalie F. Wilson
on behalf of Defendant DMA Properties Inc. nwilson@langleybanack.com,
cjohnston@langleybanack.com;sfoushee@langleybanack.com

Natalie F. Wilson
on behalf of Third Pty Plaintif DMA Properties Inc. nwilson@langleybanack.com,
cjohnston@langleybanack.com;sfoushee@langleybanack.com

Natalie F. Wilson
on behalf of Creditor DMA Properties Inc. nwilson@langleybanack.com,
cjohnston@langleybanack.com;sfoushee@langleybanack.com

Natalie F. Wilson
on behalf of Defendant Longbranch Energy LP nwilson@langleybanack.com,
cjohnston@langleybanack.com;sfoushee@langleybanack.com

Natalie F. Wilson
on behalf of Interested Party Frank Daniel Moore nwilson@langleybanack.com
cjohnston@langleybanack.com;sfoushee@langleybanack.com

Randall Adam Swick
on behalf of Creditor Longbranch Energy LP adam.swick@akerman.com,
teresa.barrera@akerman.com;valerie.braun@akerman.com;bentley.harris@akerman.com

Randall Adam Swick
on behalf of Interested Party Frank Daniel Moore adam.swick@akerman.com
teresa.barrera@akerman.com;valerie.braun@akerman.com;bentley.harris@akerman.com

Randall Adam Swick
on behalf of Creditor DMA Properties Inc. adam.swick@akerman.com,
teresa.barrera@akerman.com;valerie.braun@akerman.com;bentley.harris@akerman.com

Ronald J Smeberg
on behalf of Debtor KrisJenn Ranch LLC, Series Ulvade Ranch ron@smeberg.com,
ronaldsmeberg@yahoo.com;denielle@smeberg.com

Ronald J Smeberg
on behalf of Debtor KrisJenn Ranch LLC, Series Pipeline Row ron@smeberg.com,
ronaldsmeberg@yahoo.com;denielle@smeberg.com

Ronald J. Smeberg
on behalf of Plaintiff Krisjenn Ranch LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row ron@smeberg.com, ronaldsmeberg@yahoo.com

Ronald J. Smeberg
on behalf of Counter Defendant Krisjenn Ranch LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row ron@smeberg.com, ronaldsmeberg@yahoo.com

Ronald J. Smeberg
on behalf of Debtor KrisJenn Ranch LLC, Series Pipeline Row ron@smeberg.com, ronaldsmeberg@yahoo.com

Ronald J. Smeberg
on behalf of Debtor KrisJenn Ranch LLC, Series Ulvade Ranch ron@smeberg.com, ronaldsmeberg@yahoo.com

Ronald J. Smeberg
on behalf of 3rd Pty Defendant Black Duck Properties LLC ron@smeberg.com, ronaldsmeberg@yahoo.com

Tab Beall
on behalf of Creditor Nacogdoches County et al. mthomas@pbfcm.com, tylbkc@pbfcm.com;mthomas@ecf.courtdrive.com

Tara LeDay
on behalf of Creditor Guadalupe County
tleday@ecf.courtdrive.com;pbowers@mvbalaw.com;vcovington@mvbalaw.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com

Tara T. LeDay
on behalf of Creditor Guadalupe County tleday@munsch.com

United States Trustee - SA12
USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 55