# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 20-50805-rbk** |
| **KRISJENN RANCH, LLC,** | § | |
| | § | **Chapter 7** |
| **Debtor.** | § | |

**ORDER APPROVING APPLICATION TO EMPLOY MUNSCH HARDT KOPF & HARR, P.C. AS GENERAL BANKRUPTCY COUNSEL TO THE TRUSTEE**

CAME ON FOR CONSIDERATION the *Trustee's Application to Employ Munsch Hardt Kopf & Harr, P.C. as General Bankruptcy Counsel to the Trustee* (the "Application") filed by Christy Heimer, not individually but in her capacity as the duly appointed chapter 7 trustee (in such capacity, the "Trustee"), for and on behalf of KrisJenn Ranch, LLC (the "Debtor").[1] After having considered the Application, the Declaration of Jay H. Ong in support of the Application (the "Declaration"), and the record before it, and finding that no objections to the Application have been filed, the Court further finds that: (i) notice and service of the Application were adequate and sufficient under the particular circumstances; (ii) the proposed employment of Munsch Hardt Kopf

[1] Capitalized terms used herein, not otherwise defined, shall be given the meaning ascribed in the Application.

& Harr, P.C. ("Munsch Hardt") as general bankruptcy counsel for the Trustee is necessary and in the best interests of the Debtor's Estate; (iii) Munsch Hardt and its shareholders and associates do not represent or hold any interest adverse to the Trustee or the Debtor's Estate such that Munsch Hardt would be disqualified from representing the Trustee in this bankruptcy case; (iv) Munsch Hardt and each of its shareholders and associates is a "disinterested person" with respect to the specific matters for which Munsch Hardt is retained, as such term is defined under 11 U.S.C. § 101(14); and (v) the proposed terms of the engagement are reasonable and appropriate under the particular circumstances. Accordingly, the Court finds and concludes that the Application should be approved. Therefore, pursuant to 11 U.S.C. § 327(a), it is hereby

**ORDERED** that the Application is **APPROVED**. It is further

**ORDERED** that the Trustee is authorized to retain and employ Munsch Hardt as her general bankruptcy counsel, as of October 5, 2026, to perform the services more particularly set forth in the Application and pursuant to the terms of the Engagement Agreement (as amended) attached to the Declaration. It is further

**ORDERED** that Munsch Hardt shall be compensated in accordance with the Engagement Agreement, and subject to interim and final fee applications for allowance of its compensation and expenses pursuant to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any further applicable order of the Court. It is further

**ORDERED** that this Court shall retain jurisdiction over any and all issues arising from or relating to the implementation and interpretation of this Order.

# # #

Order Respectfully Submitted (agreed as to form and substance) by:

*/s/ Jay H. Ong*
Jay H. Ong
Texas Bar No. 24028756
Tara LeDay
Texas Bar No. 24106701
Beverly A. Bass
Texas Bar No. 24125116
MUNSCH HARDT KOPF & HARR, P.C.
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: (512) 391-6100
Facsimile: (512) 391-6149
Email: jong@munsch.com
tleday@munsch.com
bbass@munsch.com

*(Proposed) Counsel for Christy Heimer, Chapter 7 Trustee*