# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 20−50805−rbk
Chapter No.: 7
Judge: Ronald B King

IN RE: **KrisJenn Ranch, LLC** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at https://www.zoomgov.com/my/king.txwb, via Zoom or by phone. Call−in number:, 669−254−5252 Code: 161 6636 6756

on **11/5/26 at 11:00 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 325 Motion for Leave to File Designation of Record and Statement of Issues Out of Time and To Deem Them Timely Filed as Filed by Herbert C Shelton II for Interested Party Larry Wright Hearing Scheduled For 11/5/2026 at 11:00 AM at https://www.zoomgov.com/my/king.txwb via Zoom or Call 669−254−5252 Meeting ID: 161 6636 6756 (Castleberry, Deanna)

Dated: 11/2/26

Robert Joseph Lawson
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKap]