**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE No. 20-50805-rbk** |
| **KRISJENN RANCH, LLC, ET AL.** | § | |
| | § | **CHAPTER 7** |
| **Debtor.** | § | **(Converted)** |

## NOTICE OF RESCHEDULED MEETING OF CREDITORS UNDER SECTION 341 OF THE BANKRUPTCY CODE

PLEASE TAKE NOTICE that the meeting of creditors in the above-captioned case under 11 U.S.C. § 341, previously set for **November 4, 2026 at 1:00 p.m. (Central)**, has been rescheduled, with the agreement of the Chapter 7 Trustee, Christy L. Heimer.

PLEASE TAKE FURTHER NOTICE that the meeting of creditors is now set for: **November 18, 2026 at 10:00 a.m. (Central)**

PLEASE TAKE FURTHER NOTICE that the meeting will be conducted by telephone and video via Zoom. The connection information remains unchanged:

- **Zoom video:** Go to Zoom.us/join and enter Meeting ID **271 250 6827**, Passcode **1208385126**; or
- **Telephone:** Call **(915) 245-4499**.

PLEASE TAKE FURTHER NOTICE that the debtor's representative must attend the meeting to be questioned under oath. Creditors may attend but are not required to do so. The meeting may be further continued or adjourned to a later date; if so, the new date will be noted on the court docket.

Dated: November 2, 2026 Respectfully submitted,

**HAYWARD PLLC**

By: /s/*Charlie Shelton*

Charlie Shelton
Texas State Bar No. 24079317
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

***Counsel for Larry Wright***

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2026, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system, thereby effecting service on all parties requesting electronic notice, and was served on the following parties via U.S. First Class Mail and/or electronic mail:

| | |
|---|---|
| KrisJenn Ranch, LLC, et al.<br>410 Spyglass Rd.<br>McQueeney, TX 78123-3418<br><br>***Debtors*** | Munsch Hardt Kopf & Harr, P.C.<br>Attn: Jay H. Ong<br>1717 West 6th Street, Suite 250<br>Austin, TX 78703<br><br>***Counsel for the Chapter 7 Trustee*** |
| Christy L. Heimer<br>P.O. Box 140193<br>Austin, TX 78714<br><br>***Chapter 7 Trustee*** | |

*/s/ Charlie Shelton*
Charlie Shelton