**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| KrisJenn Ranch, LLC | § | Case No. 20-50805-rbk |
| | § | |
| Debtor. | § | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE THAT** the undersigned hereby files this notice of appearance as counsel for Express H2O Pipeline & ROW, LLC ("**Express**"), a creditor and party-in-interest in the above-referenced bankruptcy case. Such counsel hereby enters their appearance under § 1109(b) of the United States Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and such counsel hereby requests, under Bankruptcy Rules 2002, 3017 and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon them at the following mailing addresses:

Jason Binford
**Kane Russell Coleman Logan PC**
401 Congress Avenue, Suite 2100
Austin, TX 78701
Phone: (512) 487-6566
Email: jbinford@krcl.com

**PLEASE TAKE FURTHER NOTICE THAT**, under § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, email, or otherwise filed or made with regard to the referenced cases and proceedings herein with respect to (1) that

affects or seeks to affect in any way, any rights or interests of any creditor or party of interest in this case, with respect to: a) the debtor; b) property of the estate, or proceeds thereof in which the alleged debtor may claim an interest; or c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or other conduct by Express.

**PLEASE TAKE FURTHER NOTICE THAT**, neither this Notice of Appearance nor any former or later appearance, pleading, claim or suit will waive (1) Express's right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) Express's right to trial by jury in any proceeding in these cases or any case, controversy, or proceeding related to these cases, (3) Express's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, action, defenses, including defenses to jurisdiction, setoffs, or recoupment's to which Express may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Express expressly reserves.

Dated: November 4, 2026

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

*/s/ Jason Binford*
Jason Binford (SBN 24045499)
401 Congress Ave., Suite 2100
Austin, Texas 78701
Telephone: (512) 487-6566
Email: jbinford@krcl.com

**COUNSEL FOR EXPRESS H20 PIPELINE & ROW, LLC**

**CERTIFICATE OF SERVICE**

I certify that on November 4, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Western District of Texas.

/s/ *Jason Binford*
Jason Binford