**The relief described hereinbelow is SO ORDERED.**

**Signed November 05, 2026.**

**Ronald B. King**
**United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE No. 20-50805-rbk** |
| **KRISJENN RANCH, LLC, ET AL.** | § | |
| | § | **CHAPTER 7** |
| | § | **(Converted)** |

**ORDER GRANTING APPELLANT LARRY WRIGHT'S MOTION FOR LEAVE TO FILE DESIGNATION OF RECORD AND STATEMENT OF ISSUES OUT OF TIME AND TO DEEM THEM TIMELY FILED**

Came on for consideration Appellant Larry Wright's Motion for Leave to File Designation of Record and Statement of Issues Out of Time and to Deem Them Timely Filed (the "Motion"). The Court, having considered the Motion and finding that the failure to timely file was the result of excusable neglect under Federal Rule of Bankruptcy Procedure 9006(b)(1), and that good cause exists for the relief requested, is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the deadline under Federal Rule of Bankruptcy Procedure 8009(a)(1) is extended to and including October 29, 2026, and Appellant's Designation of Record on Appeal and Statement of Issues to Be Presented, filed at Docket No. 324, are deemed timely filed.

### END OF ORDER ###

Order Submitted by:

By: /s/*Charlie Shelton*
Charlie Shelton
Texas State Bar No. 24079317
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

***Counsel for Larry Wright***