**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 20-50805-rbk** |
| **KRISJENN RANCH, LLC,** | § | |
| | § | **Chapter 7** |
| **Debtor.** | § | |

**CHAPTER 7 TRUSTEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

TO THE HONORABLE RONALD B. KING, U.S. BANKRUPTCY JUDGE:

Christy L. Heimer, not individually but in her capacity as the duly appointed chapter 7 trustee (in such capacity, the "Trustee"), for and on behalf of Debtor KrisJenn Ranch, LLC, files this *Designation of Additional Items to Be Included in the Record on Appeal* (the "Designation") pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(2)(A), and respectfully states as follows:

## I. BACKGROUND

1. On September 29, 2026, the Court entered its *Order Converting Case to Chapter 7* [Docket No. 301], converting this case under 11 U.S.C. § 1112(b)(4).

2. On October 12, 2026, Appellant Larry Wright ("Appellant") filed his *Notice of Appeal and Statement of Election* [Docket No. 314], electing to have the appeal heard by the United States District Court for the Western District of Texas.

3. On October 29, 2026, Appellant filed his *Statement of Issues to Be Presented and Designation of Items to Be Included in the Record on Appeal* [Docket No. 324] (the "Appellant's Designation"), together with his *Motion for Leave to File Designation of Record and Statement of Issues Out of Time and to Deem Them Timely Filed* [Docket No. 325], which was subsequently granted on November 5, 2026 at Docket No. 336.

## II. DESIGNATION OF ADDITIONAL ITEMS

4. Trustee hereby designates the following additional items to be included in the record on appeal pursuant to Rule 8009(a)(2)(A):

### A. Items from the Main Bankruptcy Case (No. 20-50805-rbk)

| No. | Docket No. | Date Filed/ Entered | Description |
|---|---|---|---|
| 1. | 1 | 04/27/2020 | *Voluntary Petition* of KrisJenn Ranch, LLC ("KrisJenn") under Chapter 11 |
| 2. | 219 | 02/14/2022 | DMA Properties, Inc ("DMA")'s and Frank Daniel Moore ("Moore")'s *Objection to Confirmation of Plan* |
| 3. | 220 | 02/14/2022 | Longbranch Energy, L.P. ("Longbranch")'s *Objection to Confirmation of Plan* |
| 4. | 221 | 02/15/2022 | Longbranch's *Amended Limited Objection to Confirmation of Plan* |
| 5. | 222 | 02/15/2022 | *Amendment to Fourth Amended Chapter 11 Plan* |
| 6. | 246 | 04/27/2022 | *Order On Motion for Entry of Final Decree Closing Case* |
| 7. | 249 | 09/24/2025 | Transcript of the August 6, 2025 hearing |
| 8. | 250 | 01/02/2026 | Transcript of the November 19, 2025 hearing |
| 9. | 252 | 01/12/2026 | Transcript of October 29, 2025 hearing |
| 10. | 271 | 06/01/2026 | *Motion for Clarification of Order to Show Cause* |
| 11. | 275 | 06/03/2026 | *Supplement to Motion to Continue Hearing on Order to Show Cause* |
| 12. | 289 | 06/16/2026 | Transcript of June 4, 2026 hearing |
| 13. | 297 | 09/22/2026 | *Brief in Response to the Court's Order to Show Cause and in Support of Conversion from Chapter 11 to Chapter 7* |

### B. Items from the Related Adversary Proceeding (Adv. No. 20-05027-rbk)

| No. | Docket No. | Date Filed/ Entered | Description |
|---|---|---|---|
| 14. | 1 | 04/27/20 | *Original Adversary Complaint Requesting Declaratory Relief* |
| 15. | 6 | 06/01/20 | *Counterclaims and Third Party Claims* |
| 16. | 236 | 03/24/21 | *Opinion* |
| 17. | 237 | 03/24/21 | *Final Judgment* |
| 18. | 241 | 04/07/21 | DMA's *Notice of Appeal* |
| 19. | 242 | 04/07/21 | Longbranch's *Notice of Appeal* |

| No. | Docket No. | Date Filed/ Entered | Description |
|---|---|---|---|
| 20. | 269 | 08/13/21 | KrisJenn, et al.'s *Notice of Appeal* |
| 21. | 284 | 03/15/23 | *Memorandum Opinion and Order* |
| 22. | 285 | 03/15/23 | *Final Judgment* |
| 23. | 342 | 04/05/24 | KrisJenn, et al.'s *Notice of Appeal* |
| 24. | 348 | 04/23/2024 | DMA's and Longbranch's *Motion for Attorneys' Fees* |
| 25. | 353 | 05/14/2024 | *Order Granting DMA's and Longbranch's Motion for Attorneys' Fees* |
| 26. | 361 | 7/11/2024 | Transcript of January 30, 2024 hearing |
| 27. | 366 | 07/31/2024 | *Order* |
| 28. | 368 | 01/09/2025 | DMA's *Motion to Enforce Constructive Trust* |
| 29. | 377 | 02/03/2025 | DMA's and Longbranch's *Amended Motion to Enforce Constructive Trust and Appoint Process Server or Allow Substitute Service* |
| 30. | 387 | 02/20/2025 | *Order Regarding Motion to Enforce Constructive Trust* |
| 31. | 403 | 02/26/2025 | *Order on Wright's Motion to Vacate* |
| 32. | 456 | 06/26/2025 | Wright's *Motion to Abate* |
| 33. | 458 | 06/26/2025 | Wright's *Application for Temporary Restraining Order* |
| 34. | 467 | 07/02/2025 | *Order Denying Motion to Abate* |
| 35. | 495 | 09/24/2025 | Transcript of August 6, 2025 hearing |
| 36. | 509 | 10/06/2025 | Transcript of September 24, 2025 hearing |
| 37. | 521 | 10/29/2025 | DMA's *Reply in Support of Motion to Enforce Judgment and for Sanctions Seeking Leave to File Fraudulent Transfer Claims* |
| 38. | 539 | 11/04/2025 | Transcript of October 29, 2025 hearing |
| 39. | 559 | 11/17/2025 | Transcript of November 7, 2025 hearing |
| 40. | 568 | 11/25/2025 | Transcript of November 19, 2025 hearing |
| 41. | 574 | 01/14/2026 | Transcript of October 29, 2025 hearing |
| 42. | 578 | 01/29/2026 | Transcript of January 21, 2026 hearing |
| 43. | 586 | 02/23/2026 | Transcript of February 19, 2026 hearing |
| 44. | 599 | 05/18/2026 | Transcript of May 12, 2026 hearing |
| 45. | 604 | 06/16/26 | *Order Denying Petition for Writ of Mandamus* |
| 46. | 605 | 07/06/26 | Text Order |
| 47. | 606 | 07/10/2026 | Wright's *Motion to Compel Mediation and Continue Show Cause Hearing* |

| No. | Docket No. | Date Filed/ Entered | Description |
|---|---|---|---|
| 48. | 610 | 07/21/2026 | DMA's and Longbranch's *Response to Wright's Motion to Compel Mediation and Continue Show Cause Hearing* |
| 49. | 611 | 07/30/26 | Text Order |
| 50. | 613 | 08/06/2026 | *Order Granting in Part Motion to Compel Mediation and Continue Show Cause Hearing* |
| 51. | 616 | 08/13/2026 | *Wright's Motion for Clarification of Judgment After Remand* |
| 52. | 627 | 08/23/26 | DMA's and Longbranch's *Response in Opposition to Wright's Motion for Clarification* |
| 53. | 629 | 09/03/2026 | Wright's *Emergency Motion to Modify Order Compelling Mediation or, in the alternative, to Excuse Mediation Requirement* |
| 54. | 631 | 09/04/2026 | *Order Denying Motion to Modify Order Compelling Mediation* |
| 55. | 635 | 09/15/2026 | *DMA, Longbranch, and Moore's Status Report Regarding Mediation* |
| 56. | 636 | 09/15/2026 | Wright's *Mediation Status Report* |
| 57. | 639 | 09/29/2026 | *Order on DMA's Motion to Enforce Judgment* |
| 58. | 642 | 10/01/2026 | *Order Denying Motion* |
| 59. | 643 | 10/01/2026 | *Order Denying Without Prejudice* |
| 60. | 647 | 10/05/2026 | Transcript of September 29, 2026 hearing |
| 61. | N/A | N/A | Docket Sheet |

## III. TRANSCRIPTS

6. The transcript of the September 29, 2026 hearing has been filed (Docket No. 308; Adv. Docket No. 647) and is designated by Appellant. Each additional transcript designated above has been filed of record (Docket Nos. 249, 250, 252, and 289; Adv. Docket Nos. 361, 495, 509, 539, 559, 568, 574, 578, 586, and 599).

## IV. RESERVATION OF RIGHTS

7. By designating these items, the Trustee does not concede that any issue stated in the Appellant's Designation is properly presented, preserved, or within the scope of the appeal.

8. The Trustee reserves the right to supplement or amend this Designation, including in response to any supplemental or amended designation filed by Appellant or any other party, and to seek correction or modification of the record under Rule 8009(e).

Dated: November 12, 2026

Respectfully submitted,

By: */s/ Jay H. Ong*

Jay H. Ong
Texas Bar No. 24028756
Tara LeDay
Texas Bar No. 24106701
Beverly A. Bass
Texas Bar No. 24125116
MUNSCH HARDT KOPF & HARR, P.C.
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: (512) 391-6100
Facsimile: (512) 391-6149
Email: jong@munsch.com
tleday@munsch.com
bbass@munsch.com

*(Proposed) Counsel for Christy Heimer, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 12th day of November 2026, she personally caused true and correct copies of the foregoing pleading, together with all exhibits thereto, to be served by electronically filing it with the Court using the Court's CM/ECF system, which sent notification to the parties receiving same through such system, and on the parties shown on the attached service list, via first class U.S. Mail.

By: *_/s/ Beverly A. Bass_*
Beverly A. Bass, Esq.

Label Matrix for local noticing
0542-5
Case 20-50805-rbk
Western District of Texas
San Antonio
Thu Nov 12 20:36:18 CST 2026

KrisJenn Ranch, LLC
410 Spyglass Rd
McQueeney, TX 78123-3418

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
San Antonio, TX 78295-1601

U.S. BANKRUPTCY COURT
615 E. HOUSTON STREET, ROOM 597
SAN ANTONIO, TX 78205-2055

Albert, Neely & Kuhlmann, LLP
1600 Oil & Gas Building
309 W 7th St
Fort Worth, TX 76102-6900

Angelina County
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx 77253-3064

Angelina County Tax Assessor
606 E Lufkin Ave
Lufkin, TX 75901-0434

Bigfoot Energy Services, LLC
312 W Sabine St
Carthage, TX 75633-2519

C&W Fuels, Inc.
Po Box 40
Hondo, TX 78861-0040

CLEVELAND
TERRAZAS PLLC
Timothy Cleveland
4611 Bee Cave Road, Suite 306 B
Austin, TX 78746-5284

DMA Properties, Inc.
c/o Michael J. Black
BURNS & BLACK, PLLC
750 Rittiman Road
San Antonio, TX 78209-5500

DMA Properties, Inc.
c/o NATALIE F. WILSON
745 East Mulberry, Suite 700
San Antonio, Texas 78212-3172

DMA Properties, Inc. and Frank Daniel Moore
c/o NATALIE F. WILSON
745 East Mulberry, Suite 700
San Antonio, Texas 78212-3172

DUKE, BANISTER, RICHMOND, PLLC
Jeffrey Duke
P.O. Box 175
Fulshear, TX 77441-0175

Davis, Cedillo & Mendoza, Inc.
755 E Mulberry Ave Ste 500
San Antonio, TX 78212-3135

Express H2O Pipeline & ROW LLC
c/o Kane Russell Coleman Logan PC
Attn: Jason Binford
401 Congress Ave #2100
Austin TX 78701-3798

Frank Daniel Moore
c/o NATALIE F. WILSON
745 East Mulberry, Suite 700
San Antonio, Texas 78212-3172

Granstaff Gaedke & Edgmon PC
5535 Fredericksburg Rd Ste 110
San Antonio, TX 78229-3553

Guadalupe County
c/o Tara LeDay
P.O. Box 1269
Round Rock, TX 78680-1269

Hopper's Soft Water Service
120 W Frio St
Uvalde, TX 78801-3699

Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346

JOHNS &COUNSEL PLLC
Christopher S. Johns
14101 Highway 290 West, Suite 400A
Austin, TX 78737-9376

KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, Se
410 Spyglass Rd
Mc Queeney, TX 78123-3418

Larry Wright
410 Spyglass Rd
Mc Queeney, TX 78123-3418

Longbranch Energy
c/o DUKE BANISTER RICHMOND
Po Box 175
Fulshear, TX 77441-0175

Longbranch Energy, LP
DMA Properties, Inc.
c/o Mr. Michael J. Black
Burns & Black, PLLC
750 Rittiman Road
San Antonio, Texas 78209-5500

METTAUER LAW FIRM, PLLC
c/o April Prince
403 Nacogdoches St Ste 1
Center, TX 75935-3810

McLeod Oil, LLC
c/o John W. McLeod, Jr.
700 N Wildwood Dr
Irving, TX 75061-8832

McLeod Oil, LLC
c/o Laura L. Worsham
Jones Allen & Fuquay, LLP
8828 Greenville Avenue
Dallas, Texas 75243-7143

Medina Electric
2308 18th St.
Po Box 370
Hondo, TX 78861-0370

Medina's Pest Control
1490 S Homestead Rd
Uvalde, TX 78801-7625

Nacogdoches County Tax Assessor
101 W Main St Ste 100
Nacogdoches, TX 75961-4820

Nacogdoches County, et al.
c/o Tab Beall
Perdue Brandon Fielder Collins & Mott
PO Box 2007
Tyler, TX 75710-2007

Rusk County Appraisal District
107 N Van Buren St
Henderson, TX 75652-3113

Shelby County
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx 77253-3064

Shelby County Tax Collector
200 St. Augustine St.
Center, TX 75935-3959

Tenaha ISD Tax Assessor-Collector
138 College St
Tenaha, TX 75974-5612

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Farm Store
236 E Nopal St
Uvalde, TX 78801-5391

Uvalco Supply
2521 E Main St
Uvalde, TX 78801-4940

Uvalde County Tax Assessor
Courthouse Plaza, Box 8
Uvalde, TX 78801-5239

Uvalde County Tax Office
209 N High St.
Uvalde, TX 78801-5207

Uvalde County Tax Office
c/o Carlos M. Arce
Perdue, Brandon, Fielder, Collins & Mott
613 NW Loop 410, Ste. 550
San Antonio, TX 78216-5593

Christy L Heimer
PO Box 140193
Austin, TX 78714-0193

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Texas Comptroller of Public Accounts
Capitol Station
Po Box 13528
Austin, TX 78711-3528

| End of Label Matrix | |
|---|---|
| Mailable recipients | 43 |
| Bypassed recipients | 0 |
| Total | 43 |