# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## San Antonio Division

| | | |
|---|---|---|
| IN RE: **KrisJenn Ranch, LLC** , Debtor(s) | Bankruptcy Case No.: | 20−50805−rbk |
| | Chapter No.: | 7 |
| | Judge: | Ronald B King |

## TRANSMISSION OF RECORD ON APPEAL TO DISTRICT COURT

TO THE CLERK, UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF TEXAS:

Pursuant to Fed. R. Bankr. P. 8010(b) the undersigned hereby transmits the following record for entry on the docket of the United States District Court for Civil Action Number 5:26−cv−06552

CM/ECF Doc. 301 entered 9/29/2026 Order Converting Case to Chapter 7.

| | |
|---|---|
| ☐ | Notice of Appeal, Order/Judgment, Docket Report, List of Parties to the Appeal and Designation(s) [if any]. |
| ☑ | Items designated by Appellant |
| ☐ | Items designated by Appellee |
| ☐ | No designation of Record on Appeal Filed |
| ☐ | Copies of items designated by Appellant/Appellee have not been provided nor copy fee paid by filer pursuant to FRBP 8006 |
| ☐ | Additional Items: |

**REMARKS**:

The Appellant's designation of the record on appeal and statement of the issues is complete.

Dated: 11/13/26

Robert Joseph Lawson
Clerk, U. S. Bankruptcy Court

BY: Rob Lawson , Deputy Clerk