**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 20-50805-rbk** |
| **KRISJENN RANCH, LLC,**[1] | § | |
| | § | **Chapter 7** |
| **Debtor.** | § | |

**TRUSTEE'S MOTION FOR EXPEDITED HEARING TO CONSIDER THE UNOPPOSED MOTION FOR ORDER DIRECTING PARTIES TO MEDIATION AND APPOINTING JUDICIAL MEDIATOR**
[Related to Docket No. 341]

TO THE HONORABLE RONALD B. KING, U.S. BANKRUPTCY JUDGE:

Christy Heimer, not individually but in her capacity as the duly appointed chapter 7 trustee herein (in such capacity, the "Trustee"), for and on behalf of KrisJenn Ranch, LLC (the "Debtor") and its bankruptcy estate ("Estate"), hereby moves (this "Motion for Expedited Hearing") for an expedited hearing of the *Motion for Order Directing Parties to Mediation and Appointing Judicial Mediator* (the "Motion")[2], in support of which the Trustee respectfully shows as follows:

1. By this Motion, the Trustee hereby seeks an expedited hearing to consider the Motion, under which the Trustee seeks entry of an order directing parties to mediation and appointing Bankruptcy Judge Christopher G. Bradley as the independent judicial mediator.

2. As detailed in the Motion, the Trustee and Parties seek to conduct the mediation as soon as reasonably practicable, and which is further justified where all of the implicated parties consent. Moreover, the statute of limitations governing the Estate's potential claims under the Texas Uniform Fraudulent Transfer Act, Tex. Bus. & Com. Code §§ 24.001 *et seq.* ("TUFTA"), presumably expires on February 23, 2027. In light of that approaching deadline and given that the

[1] The Debtor in this chapter 7 case, along with the last four digits of its federal tax identification number, is: KrisJenn Ranch, LLC (0947). The Debtor's substantively consolidated affiliates were KrisJenn Ranch, LLC, Series Uvalde Ranch and KrisJenn Ranch, LLC, Series Pipeline Row.

[2] Capitalized terms used and not otherwise defined herein have those same definitions as are set forth in the Motion.

upcoming holiday season will necessarily limit the availability of the Parties, their counsel, and the proposed judicial Mediator, the Trustee believes it is essential and in the best interests of the estate to preserve as much time as possible to schedule and conduct a meaningful mediation.

3. The Trustee estimates less than 30 minutes to resolve the underlying Motion at hearing. The Trustee's counsel requests that the hearing not be set for Monday, November 23, 2026 between 10:30 a.m. and 1 p.m. (Central time), due to a conflicting hearing setting before Judge Thomas in an unrelated case.

4. For the foregoing reasons, expedited consideration of the Motion is warranted.

WHEREFORE, the Trustee respectfully requests that this Court grant this Motion for Expedited Hearing, schedule a hearing to consider the Motion at the earliest date and time convenient to the Court and its staff, and grant the Trustee such other and further relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED this 17th day of November 2026.

By: *<u>/s/ Jay H. Ong</u>*

Jay H. Ong
Texas Bar No. 24028756
Tara LeDay
Texas Bar No. 24106701
Beverly A. Bass
Texas Bar No. 24125116
MUNSCH HARDT KOPF & HARR, P.C.
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: (512) 391-6100
Facsimile: (512) 391-6149
Email: jong@munsch.com
tleday@munsch.com
bbass@munsch.com

**Counsel for Christy Heimer,**
**Chapter 7 Trustee**

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that on the 15th and 17th days of November 2026, he personally conferred with counsel for the Express H20 Pipeline & Row, LLC (J. Binford), for DMA Properties, Inc. and Longbranch Energy, LP (C. Johns), and for the U.S. Trustee (J. Hanzlik), via email and telephone, regarding the relief requested by this Motion, and pursuant thereto, understands that the Parties support such relief while the U.S. Trustee is unopposed.

By: */s/ Jay H. Ong*
Jay H. Ong, Esq

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 17th day of November 2026, she personally caused true and correct copies of the foregoing pleading, together with all exhibits thereto, to be served electronically on those parties requesting electronic service through the Court's CM/ECF system.

By: */s/ Beverly Bass*
Beverly A. Bass, Esq.