**The relief described hereinbelow is SO ORDERED.**

**Signed November 19, 2026.**

**Ronald B. King**
**United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 20-50805-rbk** |
| **KRISJENN RANCH, LLC,[1]** | § | |
| | § | **Chapter 7** |
| **Debtor.** | § | |

**ORDER GRANTING TRUSTEE'S MOTION FOR EXPEDITED HEARING TO CONSIDER MOTION DIRECTING PARTIES TO MEDIATION AND APPOINTING JUDICIAL MEDIATOR**

Before the Court is the Motion for Expedited Hearing to Consider the *Motion for Order Directing Parties to Mediation and Appointing Judicial Mediator* (the "Motion") filed by Christy Heimer, not individually but in her capacity as the duly appointed chapter 7 trustee herein (in such capacity, the "Trustee"), for and on behalf of KrisJenn Ranch, LLC (the "Debtor") and its bankruptcy estate (the "Estate"), requesting an expedited hearing to consider the *Motion for Order Directing Parties to Mediation and Appointing Judicial Mediator* [Docket No. 341] ("Unopposed Motion"). The Court finds that the Motion should be granted as set forth below.

[1] The Debtor in this chapter 7 case, along with the last four digits of its federal tax identification number, is: KrisJenn Ranch, LLC (0947). The Debtor's substantively consolidated affiliates were KrisJenn Ranch, LLC, Series Uvalde Ranch and KrisJenn Ranch, LLC, Series Pipeline Row.

ACCORDINGLY, IT IS THEREFORE ORDERED that the *Unopposed Motion* is hereby scheduled for a **Expedited Hearing on November 23, 2026 @9:30am via ZOOM at https://www.zoomgov.com/my/king.txwb Meeting ID: 161-6636-67566.** Trustee's counsel are responsible for notice.

# # #

Order Respectfully Submitted by (agreed as to form and substance):

*/s/ Jay H. Ong*

Jay H. Ong
Texas Bar No. 24028756
Tara LeDay
Texas Bar No. 24106701
Beverly A. Bass
Texas Bar No. 24125116
Munsch Hardt Kopf & Harr, P.C.
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: (512) 391-6100
Facsimile: (512) 391-6149
Email: jong@munsch.com
tleday@munsch.com
bbass@munsch.com

Counsel for Christy Heimer, Chapter 7 Trustee