**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 20-50805-rbk** |
| **KRISJENN RANCH, LLC,**[1] | § | |
| | § | **Chapter 7** |
| **Debtor.** | § | |

**NOTICE OF EXPEDITED HEARING TO CONSIDER**
**TRUSTEE'S EXPEDITED MOTION FOR ORDER DIRECTING**
**<u>PARTIES TO MEDIATION AND APPOINTING JUDICIAL MEDIATOR</u>**
[Relates to Docket No. 341]

TO ALL PARTIES IN INTEREST, PLEASE TAKE NOTICE THAT:

An expedited hearing (the "<u>Hearing</u>") has been scheduled to take place on **<u>November 23, 2026 at 9:30 a.m. (prevailing Central Time)</u>** to consider *Trustee's Expedited Motion for Order Directing Parties to Mediation and Appointing Judicial Mediator* [Docket No. 341] (the "<u>Motion</u>"). The Hearing is scheduled to proceed on the "Zoom" video platform before the Honorable Ronald B. King, United States Bankruptcy Judge, at the following Zoom link: https://www.zoomgov.com/my/king.txwb via Zoom or Call 669-254-5252 Meeting ID: 161 6636 6756.

Parties wishing to be heard with respect to the Motion must attend the Hearing.

[1] The Debtor in this chapter 7 case, along with the last four digits of its federal tax identification number, is: KrisJenn Ranch, LLC (0947). The Debtor's substantively consolidated affiliates were KrisJenn Ranch, LLC, Series Uvalde Ranch and KrisJenn Ranch, LLC, Series Pipeline Row.

Dated: November 19, 2026

Respectfully submitted,

By: */s/ Beverly A. Bass*

Jay H. Ong
Texas Bar No. 24028756
Beverly A. Bass
Texas Bar No. 24125116
MUNSCH HARDT KOPF & HARR, P.C.
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: (512) 391-6100
Facsimile: (512) 391-6149
Email: jong@munsch.com
bbass@munsch.com

**Counsel For Christy Heimer, Chapter 7 Trustee**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that in addition to service through the Court-approved noticing agent, she personally caused to be served a true and correct copy of this document on November 19, 2026, on the parties receiving service through the Court's CM/ECF system and on the attached service list via first class U.S. mail.

By: */s/ Beverly A. Bass*
Beverly A. Bass

Label Matrix for local noticing
0542-5
Case 20-50805-rbk
Western District of Texas
San Antonio
Thu Nov 19 13:00:03 CST 2026

KrisJenn Ranch, LLC
410 Spyglass Rd
McQueeney, TX 78123-3418

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
San Antonio, TX 78295-1601

U.S. BANKRUPTCY COURT
615 E. HOUSTON STREET, ROOM 597
SAN ANTONIO, TX 78205-2055

Albert, Neely & Kuhlmann, LLP
1600 Oil & Gas Building
309 W 7th St
Fort Worth, TX 76102-6900

Angelina County
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx 77253-3064

Angelina County Tax Assessor
606 E Lufkin Ave
Lufkin, TX 75901-0434

Bigfoot Energy Services, LLC
312 W Sabine St
Carthage, TX 75633-2519

C&W Fuels, Inc.
Po Box 40
Hondo, TX 78861-0040

CLEVELAND
TERRAZAS PLLC
Timothy Cleveland
4611 Bee Cave Road, Suite 306 B
Austin, TX 78746-5284

DMA Properties, Inc.
c/o Michael J. Black
BURNS & BLACK, PLLC
750 Rittiman Road
San Antonio, TX 78209-5500

DMA Properties, Inc.
c/o NATALIE F. WILSON
745 East Mulberry, Suite 700
San Antonio, Texas 78212-3172

DMA Properties, Inc. and Frank Daniel Moore
c/o NATALIE F. WILSON
745 East Mulberry, Suite 700
San Antonio, Texas 78212-3172

DUKE, BANISTER, RICHMOND, PLLC
Jeffrey Duke
P.O. Box 175
Fulshear, TX 77441-0175

Davis, Cedillo & Mendoza, Inc.
755 E Mulberry Ave Ste 500
San Antonio, TX 78212-3135

Express H2O Pipeline & ROW LLC
c/o Kane Russell Coleman Logan PC
Attn: Jason Binford
401 Congress Ave #2100
Austin TX 78701-3798

Frank Daniel Moore
c/o NATALIE F. WILSON
745 East Mulberry, Suite 700
San Antonio, Texas 78212-3172

Granstaff Gaedke & Edgmon PC
5535 Fredericksburg Rd Ste 110
San Antonio, TX 78229-3553

Guadalupe County
c/o Tara LeDay
P.O. Box 1269
Round Rock, TX 78680-1269

Hopper's Soft Water Service
120 W Frio St
Uvalde, TX 78801-3699

Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346

JOHNS &COUNSEL PLLC
Christopher S. Johns
14101 Highway 290 West, Suite 400A
Austin, TX 78737-9376

KRISJENN RANCH, LLC, KRISJENN RANCH, LLC, Se
410 Spyglass Rd
Mc Queeney, TX 78123-3418

Larry Wright
410 Spyglass Rd
Mc Queeney, TX 78123-3418

Longbranch Energy
c/o DUKE BANISTER RICHMOND
Po Box 175
Fulshear, TX 77441-0175

Longbranch Energy, LP
DMA Properties, Inc.
c/o Mr. Michael J. Black
Burns & Black, PLLC
750 Rittiman Road
San Antonio, Texas 78209-5500

METTAUER LAW FIRM, PLLC
c/o April Prince
403 Nacogdoches St Ste 1
Center, TX 75935-3810

McLeod Oil, LLC
c/o John W. McLeod, Jr.
700 N Wildwood Dr
Irving, TX 75061-8832

McLeod Oil, LLC
c/o Laura L. Worsham
Jones Allen & Fuquay, LLP
8828 Greenville Avenue
Dallas, Texas 75243-7143

Medina Electric
2308 18th St.
Po Box 370
Hondo, TX 78861-0370

Medina's Pest Control
1490 S Homestead Rd
Uvalde, TX 78801-7625

Nacogdoches County Tax Assessor
101 W Main St Ste 100
Nacogdoches, TX 75961-4820

Nacogdoches County, et al.
c/o Tab Beall
Perdue Brandon Fielder Collins & Mott
PO Box 2007
Tyler, TX 75710-2007

Rusk County Appraisal District
107 N Van Buren St
Henderson, TX 75652-3113

Shelby County
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx 77253-3064

Shelby County Tax Collector
200 St. Augustine St.
Center, TX 75935-3959

Tenaha ISD Tax Assessor-Collector
138 College St
Tenaha, TX 75974-5612

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Farm Store
236 E Nopal St
Uvalde, TX 78801-5391

Uvalco Supply
2521 E Main St
Uvalde, TX 78801-4940

Uvalde County Tax Assessor
Courthouse Plaza, Box 8
Uvalde, TX 78801-5239

Uvalde County Tax Office
209 N High St.
Uvalde, TX 78801-5207

Uvalde County Tax Office
c/o Carlos M. Arce
Perdue, Brandon, Fielder, Collins & Mott
613 NW Loop 410, Ste. 550
San Antonio, TX 78216-5593

Christy L Heimer
PO Box 140193
Austin, TX 78714-0193

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Texas Comptroller of Public Accounts
Capitol Station
Po Box 13528
Austin, TX 78711-3528

| End of Label Matrix | |
|---|---|
| Mailable recipients | 43 |
| Bypassed recipients | 0 |
| Total | 43 |